IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| DENVER FOOTE,<br><br>         Plaintiff,<br><br>vs.<br><br>JOHN DOE 1-4; CLARK ALLEN, ERNESTO ESCOBAR HERNANDEZ; JEFFREY GEORGE, DANA WINGERT; and the CITY OF DES MOINES, IOWA,<br><br>         Defendants. | State Case No. LACL149436<br><br>Federal District Court<br>Case No. 4:21-cv-43<br><br><br><br><br><br>NOTICE OF REMOVAL |

**COME NOW** Defendants, City of Des Moines, Dana Wingert, and Brandon Holton, by and through their undersigned counsel, and for their Notice of Removal state as follows:

1. Attached is a copy of the Original Notices, Petition and Jury Demand filed in the Iowa District Court for Polk County on December 23, 2020 and proof of service dated January 14, 2021. This is a complete list of pleadings and other papers filed in the State Court.

2. The Petition makes multiple federal claims Defendants:

    a) Multiple 42 U.S.C. §§1983 and 1985 Claims alleging a violation of the First, Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

    b) A 42 U.S.C. §1983 claim against the City and Police Chief Dana Wingert, alleging various *Monell*-type claims.

3. This case is removed pursuant to 28 U.S.C. §§ 1441(a) and (c).

4. There are no matters pending in the State Court, other than the Petition, which will require resolution by this Court.

5. Plaintiff is represented by counsel, Gina Messamer, 2910 Grand Avenue, Des Moines, Iowa 50312, Telephone: (515) 284-5737, Email: gmessamer@parrishlaw.com

6. This Notice is filed with the Court within thirty days after service of the Petition in which Plaintiff asserts his federal claims.

7. A copy of this Notice of Removal is being filed in the Iowa District Court for

Polk County.

WHEREFORE, Defendants pray the case be removed from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa.

Respectfully submitted,

*/s/ Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, IA  50309-1891
Telephone: (515) 283-4537
Facsimile: (515) 237-1748
E-mail:  mrmackel@dmgov.org
ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on, February 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a true copy of the foregoing was electronically sent via the Clerk of Court and to attorney for Plaintiffs.

The undersigned further certifies that, on February, 9, 2021, I electronically filed the foregoing with the Clerk of Court for Polk County, Iowa via EDMS and a true copy of the foregoing was electronically sent via the Clerk of Court and to attorney for Plaintiffs.

*/s/ Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders