# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **DENVER FOOTE,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**JOHN DOE 1 - 4; CLARK ALLEN; ERNESTO ESCOBAR HERNANDEZ; JEFFREY GEORGE; DANA WINGERT; CITY OF DES MOINES, IOWA,**<br>        **Defendants.** | **CASE NO. 4:21-cv-43**<br><br><br>**MOTION TO CONTINUE SCHEDULING CONFERENCE** |

**COMES NOW** the plaintiff, Denver Foote, by and through her undersigned counsel, Gina Messamer, and for her motion to continue scheduling conference, respectfully states to the court the following:

1.   On February 9, 2021, the above-captioned case was moved to Federal Court.

2.   On March 2, 2021, this Court set a scheduling conference for March 11, 2021 at 1:30 p.m.

3.   The undersigned has a conflict with the above court date and will be in Black Hawk County for depositions in *State of Iowa v. Willie Guyton, Jr.*, Black Hawk County case number FECR191987.

4.   The undersigned's office has been in contact with opposing counsel and she has no objection to a continuance.

5. There is good cause to continue the scheduling conference. No party will be prejudiced by a continuance.

**WHEREFORE**, the plaintiff, Denver Foote, respectfully requests this court grant her motion, continue the scheduling conference, and grant her any other relief the court deems just and equitable under the circumstances.

**PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

By: /s/ Gina Messamer
    Gina Messamer    AT0011823
    2910 Grand Avenue
    Des Moines, Iowa 50312
    Telephone: (515) 284-5737
    Facsimile: (515) 284-1704
    Email: gmessamer@parrishlaw.com
    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Michelle Mackel-Wiederanders
E-Mail: mrmackel@dmgov.org
**ATTORNEY FOR DEFENDANTS**

    /s/ Anita C. Soderblom
    Anita C. Soderblom
    Legal Assistant to Gina Messamer