# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| DENVER FOOTE, | * | CIVIL NO. 4:21-cv-00043-SBJ |
| Plaintiff, | * | |
| v. | * | |
| JOHN DOE 1-4; CLARK ALLEN; ERNESTO ESCOBAR HERNANDEZ; JEFFREY GEORGE; DANA WINGERT; CITY OF DES MOINES, IOWA; | * | **SCHEDULING AND TRIAL SETTING ORDER** |
| Defendants. | * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on March 16, 2021. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 5), it is hereby ordered:

1. A Jury Trial will begin on June 13, 2022, at 9:00 a.m., before United States Magistrate Judge Stephen B. Jackson, Jr., in the United States Courthouse, Des Moines, Iowa. The parties estimate trial will take 4 days.

2. A Final Pretrial Conference will be held on May 19, 2022, at 10:30 a.m., in the United States Courthouse, Des Moines, Iowa, before United States Magistrate Judge Stephen B. Jackson, Jr.

3. The parties must exchange initial disclosures by April 16, 2021.

4. Motions to add parties must be filed by May 14, 2021.

5. Motions for leave to amend pleadings must be filed by May 14, 2021.

6. Plaintiff must designate expert witnesses and disclose their written reports by May 28, 2021.

7. Defendants must designate expert witnesses and disclose their written reports by July 30, 2021.

8. Plaintiff must designate rebuttal expert witnesses and disclose their written reports by August 27, 2021.

9. Discovery must be completed by October 29, 2021. Written discovery must be propounded so that the time for response is not later than this date.

10. Dispositive motions must be filed by December 17, 2021.

IT IS SO ORDERED.

Dated March 18, 2021.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE