IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENVER FOOTE,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN DOE 1-4, CLARK ALLEN, ERNESTO ESCOBAR HERNANDEZ, JEFFREY GEORGE, DANA WINGERT, CITY OF DES MOINES, IOWA,<br>     Defendants. | CASE NO. 4:21-CV-0043<br><br><br>ANSWER TO AMENDED COMPLAINT |

COMES NOW undersigned counsel, and hereby files this Answer to the Amended Complaint on behalf of Defendants, John Doe 1-4, Clark Allen, Ernesto Escobar Hernandez, Jeffrey George, Dana Wingert and City of Des Moines, Iowa, and states the following:

**PARTIES**

1. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 1. Those allegations are therefore denied.

2. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 2. Those allegations are therefore denied

3. Defendants admit to the allegations contained in paragraph 3.

4. Defendants admit to the allegations contained in paragraph 4.

5. Defendants admit to the allegations contained in paragraph 5.

6. Defendants admit to the allegations contained in paragraph 6.

7. Defendants admit to the allegations contained in paragraph 7.

8. Defendants admit to the allegations contained in paragraph 8.

9. Defendants admit to the allegations contained in paragraph 9.

10. Defendants admit to the allegations contained in paragraph 10.

## JURISDICTION AND VENUE

11. Defendants admit to the allegations contained in paragraph 11.

12. Defendants admit to the allegations contained in paragraph 12.

13. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 13. Those allegations are therefore denied.

## GENERAL FACTUAL ALLEGATIONS

14. Defendants deny the allegations contained in paragraph 14, to the extent that the assertions therein are not facts pertaining to or particularized to the case herein.

15. Defendants deny the allegations contained in paragraph 15; this is not a statement of fact, nor are the articles cited in the Amended Complaint.

16. Defendants admit the allegations contained in paragraph 16.

17. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 17. Those allegations are therefore denied.

18. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 18. Those allegations are therefore denied.

19. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 19. Those allegations are therefore denied.

20. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 20. Those allegations are therefore denied.

21. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 21. Those allegations are therefore denied.

22. Defendants deny the allegations contained in paragraph 22.

23. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 23. Those allegations are therefore denied.

24. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 24. Those allegations are therefore denied.

25. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 25. Those allegations are therefore denied.

26. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 26. Those allegations are therefore denied.

27. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 27. Those allegations are therefore denied.

28. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 28. Those allegations are therefore denied.

29. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 29. Those allegations are therefore denied.

30. Defendants deny the allegations contained in paragraph 30.

31. Defendants deny the allegations contained in paragraph 31.

32. Defendants deny the allegations contained in paragraph 32.

33. Defendants deny the allegations contained in paragraph 33.

34. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 34. Those allegations are therefore denied.

35. Defendants deny the allegations contained in paragraph 35.

36. Defendants deny the allegations contained in paragraph 36.

37. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 37. Those allegations are therefore denied.

38. Defendants deny the allegations contained in paragraph 38.

39. Defendants deny the allegations contained in paragraph 39.

40. Defendants deny the allegations contained in paragraph 40.

41. Defendants deny the allegations contained in paragraph 41.

42. Defendants deny the allegations contained in paragraph 42.

43. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 43. Those allegations are therefore denied.

44. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 44. Those allegations are therefore denied.

45. Defendants deny the allegations contained in paragraph 45.

46. Defendants deny the allegations contained in paragraph 46.

47. Defendants deny the allegations contained in paragraph 47.

48. Defendants deny the allegations contained in paragraph 48.

49. Defendants deny the allegations contained in paragraph 49.

50. Defendants deny the allegations contained in paragraph 50.

51. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 51. Those allegations are therefore denied.

52. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 52. Those allegations are therefore denied.

53. Defendants deny the allegations contained in paragraph 53.

54. Defendants deny the allegations contained in paragraph 54.

55. Defendants deny the allegations contained in paragraph 55.

56. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 56. Those allegations are therefore denied.

57. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 57. Those allegations are therefore denied.

58. Defendants deny the allegations contained in paragraph 58.

59. Defendants deny the allegations contained in paragraph 59.

60. Defendants deny the allegations contained in paragraph 60.

61. Defendants deny the allegations contained in paragraph 61.

62. Defendants deny the allegations contained in paragraph 62.

63. Defendants deny the allegations contained in paragraph 63.

64. Defendants deny the allegations contained in paragraph 64.

65. Defendants deny the allegations contained in paragraph 65.

66. Defendants deny the allegations contained in paragraph 66.

67. Defendants deny to the allegations contained in paragraph 67.

68. Defendants admit to the allegations contained in paragraph 68.

69. Defendants deny the allegations contained in paragraph 69.

70. Defendants deny the allegations contained in paragraph 70.

71. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 71. Those allegations are therefore denied.

72. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 72. Those allegations are therefore denied.

73. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 73. Those allegations are therefore denied.

74. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 74. Those allegations are therefore denied.

75. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 75. Those allegations are therefore denied. Further, Defendants deny the characterization of the actions attributed to officers in this paragraph.

76. Defendants admit to the allegations contained in paragraph 76.

77. Defendants admit to the allegations contained in paragraph 77.

78. Defendants deny the allegations contained in paragraph 78.

79. Defendants deny the allegations contained in paragraph 79.

80. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 80. Those allegations are therefore denied.

81. Defendants admit that some of the words contained in paragraph 81 were spoken; deny as to all else.

82. Defendants admit to the allegations contained in paragraph 82.

83. Defendants admit to the allegations contained in paragraph 83, to the extent that they indicated what charges were filed; deny as to them actually "booking" her into jail.

84. Defendants admit to the allegations contained in paragraph 84.

85. Defendants deny the allegations contained in paragraph 85.

86. Defendants deny the allegations contained in paragraph 86.

87. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 87. Those allegations are therefore denied.

88. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 88. Those allegations are therefore denied.

89. Defendants admit to the allegations contained in paragraph 89.

90. Defendants admit to the allegations contained in paragraph 90.

91. Defendants admit to the allegations contained in paragraph 91.

92. Defendants admit to the allegations contained in paragraph 92.

93. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 93. Those allegations are therefore denied.

94. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 94. Those allegations are therefore denied.

95. Defendants deny the allegations contained in paragraph 95.

96. Defendants deny the allegations contained in paragraph 96.

97. Defendants deny the allegations contained in paragraph 97.

98. Defendants deny the allegations contained in paragraph 98.

99. Defendants deny the allegations contained in paragraph 99.

100. Defendants deny the allegations contained in paragraph 100.

101. Defendants deny the allegations contained in paragraph 101.

102. Defendants deny the allegations contained in paragraph 102.

103. Defendants deny the allegations contained in paragraph 103.

104. Defendants deny the allegations contained in paragraph 104.

105. Defendants deny the allegations contained in 105.

106. Defendants deny the allegations contained in paragraph 106.

107. Defendants deny the allegations contained in paragraph 107.

108. Defendants deny the allegations contained in paragraph 108.

109. Defendants deny the allegations contained in paragraph 109.

110. Defendants deny the allegations contained in paragraph 110, to the extent they are meant to describe the circumstances at issue in this case.

111. Defendants deny the allegations contained in paragraph 111, to the extent they are meant to describe the circumstances at issue in this case.

112. Defendants deny the allegations contained in paragraph 112, to the extent they are meant to describe the circumstances at issue in this case.

113. Defendants deny the allegations contained in paragraph 113, to the extent they are meant to describe the circumstances at issue in this case.

114. Defendants deny the allegations contained in paragraph 114, to the extent they are meant to describe the circumstances at issue in this case.

## CAUSES OF ACTION

### COUNT 1
### ILLEGAL SEIZURE
### CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983
### VIOLATION OF 4th AMENDMENT TO THE UNITED STATES CONSTITUTION
**(Against John Doe 1, Holton, Herman, Bagby, Allen, Escobar Hernandez and George, Individually)**

115. Defendants replead the foregoing paragraphs 1 through 114 by reference, as if fully set forth herein.

116. Defendants deny the allegations contained in paragraph 116.

117. Defendants deny the allegations contained in paragraph 117.

118. Defendants deny the allegations contained in paragraph 118.

119. Defendants deny the allegations contained in paragraph 119.

## COUNT 2
## ILLEGAL SEIZURE
## CIVIL RIGHTS VIOLATION OF ARTICLE I, § 8 OF THE IOWA CONSTITUTION
**(Against John Doe 1, Holton, Herman, Bagby, Allen, Escobar Hernandez and George, Individually)**

120. Defendants replead the foregoing paragraphs 1 through 119 by reference, as if fully set forth herein.

121. Defendants deny the allegations contained in paragraph 121.

122. Defendants deny the allegations contained in paragraph 122.

123. Defendants deny the allegations contained in paragraph 123.

124. Defendants deny the allegations contained in paragraph 124.

125. Defendants deny the allegations contained in paragraph 125.

## COUNT 3
## EXCESSIVE FORCE
## CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983
## VIOLATION OF 4th AMENDMENT TO THE UNITED STATES CONSTITUTION
**(Against John Doe 1, Holton, Herman, Individually)**

126. Defendants replead the foregoing paragraphs 1 through 125 by reference, as if fully set forth herein.

127. Defendants deny the allegations contained in paragraph 127.

128. Defendants deny the allegations contained in paragraph 128.

129. Defendants deny the allegations contained in paragraph 129.

130. Defendants deny the allegations contained in paragraph 130.

131. Defendants deny the allegations contained in paragraph 131.

## COUNT 4
## EXCESSIVE FORCE
### CIVIL RIGHTS VIOLATION OF ARTICLE I, § 8 OF THE IOWA CONSTITUTION
**(Against John Doe 1, Holton, Herman, Individually)**

132. Defendants replead the foregoing paragraphs 1 through 131 by reference, as if fully set forth herein.

133. Defendants deny the allegations contained in paragraph 133.

134. Defendants deny the allegations contained in paragraph 134.

135. Defendants deny the allegations contained in paragraph 135.

136. Defendants deny the allegations contained in paragraph 136.

137. Defendants deny the allegations contained in paragraph 137.

## COUNT 5
## RETALIATION
### CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983
### VIOLATION OF 1st AMENDMENT TO THE UNITED STATES CONSTITUTION
**(Against John Doe 1, Holton, Herman, Bagby, Allen, Escobar Hernandez and George, Individually)**

138. Defendants replead the foregoing paragraphs 1 through 137 by reference, as if fully set forth herein.

139. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 139. Those allegations are therefore denied.

140. Defendants deny the allegations contained in paragraph 140.

141. Defendants deny the allegations contained in paragraph 141.

142. Defendants deny the allegations contained in paragraph 142.

143. Defendants deny the allegations contained in paragraph 143.

144. Defendants deny the allegations contained in paragraph 144.

145. Defendants deny the allegations contained in paragraph 145.

146. Defendants deny the allegations contained in paragraph 146.

## COUNT 6
## RETALIATION
**CIVIL RIGHTS VIOLATION OF ARTICLE I, § 7 OF THE IOWA CONSTITUTION**
**(Against John Doe 1 - 4, Allen, Escobar Hernandez and George, Individually)**

147. Defendants replead the foregoing paragraphs 1 through 146 by reference, as if fully set forth herein.

148. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 148. Those allegations are therefore denied.

149. Defendants deny the allegations contained in paragraph 149.

150. Defendants deny the allegations contained in paragraph 150.

151. Defendants deny the allegations contained in paragraph 151.

152. Defendants deny the allegations contained in paragraph 152.

153. Defendants deny the allegations contained in paragraph 153.

154. Defendants deny the allegations contained in paragraph 154.

155. Defendants deny the allegations contained in paragraph 155.

156. Defendants deny the allegations contained in paragraph 156.

## COUNT 7
## CONSPIRACY
**CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. §§ 1983 AND 1985**
**VIOLATION OF 4th 5th, & 14th AMENDMENTS TO THE UNITED STATES CONSTITUTION**
**(Against John Doe 1, Holton, Herman, Bagby, Allen, Escobar Hernandez and George, Individually)**

157. Defendants replead the foregoing paragraphs 1 through 156 by reference, as if fully set forth herein.

158. Defendants deny the allegations contained in paragraph 158.

159. Defendants deny the allegations contained in paragraph 159.

160. Defendants deny the allegations contained in paragraph 160.

161. Defendants deny the allegations contained in paragraph 161.

**COUNT 8
CONSPIRACY
CIVIL RIGHTS VIOLATION OF ARTICLE I, §§ 6 & 8   OF THE IOWA CONSTITUTION
(Against John Doe 1, Holton, Herman, Bagby, Allen, Escobar Hernandez and George,**

**Individually)**

162. Defendants replead the foregoing paragraphs 1 through 161 by reference, as if fully set forth herein.

163. Defendants deny the allegations contained in paragraph 163.

164. Defendants deny the allegations contained in paragraph 164.

165. Defendants deny the allegations contained in paragraph 165.

166. Defendants deny the allegations contained in paragraph 166.

167. Defendants deny the allegations contained in paragraph 167.

**COUNT 9
DILIBERATELY INDIFFERENT POLICIES, PRACTICES,
CUSTOMS, TRAINING AND SUPERVISION
CIVIL RIGHTS VIOLATION UNDER 42 U.S.C. § 1983
VIOLATION OF 1st, 4th 5th, & 14th AMENDMENTS TO THE UNITED STATES CONSTITUTION
(Against Wingert, Individually, and the City of Des Moines, Iowa)**

168. Defendants replead the foregoing paragraphs 1 through 168 by reference, as if fully set forth herein.

169. Defendants admit to the allegations contained in paragraph 169.

170. Defendants admit to the allegations contained in paragraph 170.

171. Defendants admit to the allegations contained in paragraph 171.

172. Defendants admit to the allegations contained in paragraph 172.

173. Defendants deny each and every one of the allegations contained in paragraph 173.

174. Defendants deny the allegations contained in paragraph 174.

175. Defendants deny the allegations contained in paragraph 175.

176. Defendants deny the allegations contained in paragraph 176.

177. Defendants deny the allegations contained in paragraph 177.

178. Defendants deny the allegations contained in paragraph 178.

### COUNT 10
### DILIBERATELY INDIFFERENT POLICIES, PRACTICES, CUSTOMS, TRAINING AND SUPERVISION
### CIVIL RIGHTS VIOLATION OF ARTICLE I, §§ 6, 7 & 8  OF THE IOWA CONSTITUTION
### (Against Wingert, Individually, and the City of Des Moines, Iowa)

179. Defendant replead the foregoing paragraphs 1 through 179 by reference, as if fully set forth herein.

180. Defendants admit to the allegations contained in paragraph 180.

181. Defendants admit to the allegations contained in paragraph 181.

182. Defendants admit to the allegations contained in paragraph 182.

183. Defendants deny each and every one of the allegations contained in paragraph 183.

184. Defendants deny the allegations contained in paragraph 184.

185. Defendants deny the allegations contained in paragraph 185.

186. Defendants deny the allegations contained in paragraph 186.

187. Defendants deny the allegations contained in paragraph 187.

188. Defendants deny the allegations contained in paragraph 188.

189. Defendants deny the allegations contained in paragraph 189.

## COUNT 11
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRISS
**(Against John Doe 1, Holton, Herman, Individually)**

190. Defendants replead the foregoing paragraphs 1 through 189 by reference, as if fully set forth herein.

191. Defendants deny the allegations contained in paragraph 191.

192. Defendants deny the allegations contained in paragraph 192.

193. Defendants deny the allegations contained in paragraph 193.

194. Defendants deny the allegations contained in paragraph 194.

195. Defendants deny the allegations contained in paragraph 195.

196. Defendants deny the allegations contained in paragraph 196.

## COUNT 12
### MALICIOUS PROSECTUION
**(Against John Doe 1,  Holton, Herman, Bagby, Allen, Escobar Hernandez and George, Individually)**

197. Defendants replead the foregoing paragraphs 1 through 197 by reference, as if fully set forth herein.

198. Defendants deny the allegations contained in paragraph 198 to the extent the word "instigate" is attached to Defendants. Plaintiff's illegal actions were the cause of her arrest.

199. Defendants admit to the allegations contained in paragraph 199.

200. Defendants deny the allegations contained in paragraph 200.

201. Defendants deny the allegations contained in paragraph 201.

202. Defendants deny the allegations contained in paragraph 202.

## COUNT 13
## FALSE ARREST / IMPRISONMENT
**(Against John Doe 1, Holton, Herman, Bagby, Allen, Escobar Hernandez and George, Individually)**

203. Defendants replead the foregoing paragraphs 1 through 202 by reference, as if fully set forth herein.

204. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 204. Those allegations are therefore denied.

205. Defendants deny the allegations contained in paragraph 205.

206. Defendants deny the allegations contained in paragraph 206.

## COUNT 14
## LIBEL
**(Against Holton, Herman, Allen, Escobar Hernandez and George, Individually)**

207. Defendants replead the foregoing paragraphs 1 through 206 by reference, as if fully set forth herein.

208. Defendants deny the allegations contained in paragraph 208.

209. Defendants deny the allegations contained in paragraph 209.

210. Defendants deny the allegations contained in paragraph 210.

211. Defendants deny the allegations contained in paragraph 211.

212. Defendants deny the allegations contained in paragraph 212.

## COUNT 15
## ASSAULT AND BATTERY
**(Against John Doe 1 - 4, Individually)**

213. Defendants replead the foregoing paragraphs 1 through 213 by reference, as if fully set forth herein.

214. Defendants deny the allegations contained in paragraph 214.

215. Defendants deny the allegations contained in paragraph 215.

216. Defendants deny the allegations contained in paragraph 216.

217. Defendants deny the allegations contained in paragraph 217.

## **AFFIRMATIVE DEFENSES**

COME NOW Defendants and for their affirmative defenses, set forth the following:

1. Plaintiffs have failed to state a claim upon which relief may be granted.

2. Defendants are not liable under 42 U.S.C. § 1983 because their actions were constitutional.

3. The actions of Defendants were, at all times, justified, necessary, carried out in good faith and with sufficient legal cause, and in conformity with settled principles of constitutional or other law.

4. Defendants have not violated any of the Plaintiff's First, Fourth Fifth, or Fourteenth Amendment rights.

5. Defendants have not violated any of the Plaintiff's rights under the Iowa Constitution.

6. There was probable cause for Plaintiff's arrest.

7. Defendants did not engage in excessive force, malicious prosecution, false arrest or assault and battery.

8. Defendants at all times were motivated with neither an evil intent or motive, nor a reckless or callous indifference, toward any of Plaintiff's rights.

9. Defendant City of Des Moines is not liable in respondeat superior, nor in a *Monell* capacity.

10. Defendant City of Des Moines cannot be found liable for punitive damages.

11. The Defendants are immune pursuant to Iowa Code Chapter 670.

12. The individual Defendants have qualified immunity.

13. Plaintiff's fault exceeds the fault of the Defendant and bars any recovery pursuant to Iowa Code Chapter 668.

14. The Plaintiff's fault must be compared with the fault of the Defendant, if any, and the Plaintiffs' award must be reduced or eliminated by the percentage of fault pursuant to Iowa Code Chapter 668.

15. Any damages incurred by Plaintiff as alleged were the result of Plaintiff's own intentional conduct and Plaintiff is therefore barred from recovery.

16. The Defendants reserve the right to supplement affirmative defenses as discovery continues in this case.

## JURY DEMAND

COMES NOW the Defendants and demand trial by jury on all claims to which it is entitled by law.

Respectfully submitted,

/s/ *Michelle R. Mackel-Wiederanders*
Michelle R. Mackel-Wiederanders    AT0004790
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA  50309-1891
Telephone: (515) 283-4537
Facsimile: (515) 237-1748
E-Mail:  mrmackel@dmgov.org
ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on, June 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a true copy of the foregoing was electronically sent via the Clerk of Court and to attorney for Plaintiffs.

                                                          */s/ Michelle Mackel-Wiederanders*
                                                          Michelle Mackel-Wiederanders