IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENVER FOOTE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE 1-4; CLARK ALLEN,<br>ERNESTO ESCOBAR HERNANDEZ;<br>JEFFREY GEORGE, DANA WINGERT;<br>and the CITY OF DES MOINES, IOWA,<br><br>Defendants. | Case No.  4:21-cv-00043<br><br>MOTION FOR<br>STIPULATED PROTECTIVE ORDER |

COME NOW, the Defendants, and move the Court for entry of the parties' Stipulated

Protective Order, and in further support thereof, the state as follows:

The parties agree that a Protective Order is appropriate to facilitate document production and

other discovery efforts under the Federal Rules of Civil Procedure because documents and

information containing confidential and/or sensitive information, is likely to be disclosed or produced

during the course of discovery in this litigation.

To protect the respective interests of the parties and to facilitate the progress of discovery in

this case, the parties agree that a Stipulated Protective Order should issue.

The parties hereby submit a proposed Stipulated Protective Order in which the parties

entirely agree upon the terms and hereby respectfully request that the Court enter the attached

proposed scheduling order.

WHEREFORE, it is requested that this Court grant this motion and enter the parties proposed

Stipulated Protective Order.

Respectfully Submitted,


  */s/Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders

Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA  50309-1891
Telephone:  515-283-4537
E-Mail:  MRMackel@dmgov.org
ASSISTANT CITY ATTORNEY


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system:


*/s/Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders
Assistant City Attorney