IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENVER FOOTE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE 1, BRANDON HOLTON, ADAM HERMAN, CLARK ALLEN, ERNESTO ESCOBAR HERNANDEZ; JEFFREY GEORGE, KIRK BAGBY, DANA WINGERT; and the CITY OF DES MOINES, IOWA,<br><br>Defendants. | Case No. 4:21-cv-00043<br><br>MOTION TO FILE SEALED DOCUMENTS<br><br>• Sealed Appendix<br>• Memorandum<br>• Statement of Facts |

COME NOW the Defendants and in support of this Motion, the Defendants state:

1. The Defendants have two appendices: one that contains public information and one that contains confidential medical information.

2. The Defendants' Statement of Facts and Memorandum cite to both appendices.

3. As such, those documents contain information from the confidential medical information.

2. Defendants seek to seal the memorandum and statement of facts to avoid making public confidential information.

3. No party will be prejudiced by the granting of this motion.

WHEREFORE, for the reasons set forth above and for good cause shown, Defendants respectfully requests that the Court grant leave to file their memorandum, statement of facts, and a separate confidential appendix under seal.

Respectfully submitted,

 /s/Michelle Mackel-Wiederanders
Michelle Mackel-Wiederanders AT 0004790
400 Robert D. Ray Dr.
Des Moines, IA  50309-1891
Telephone: (515) 283-4537/FAX: (515) 237-1748
E-mail:  mrmackel@dmgov.org
ATTORNEY FOR DEFENDANTS