IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENVER FOOTE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE 1, BRANDON HOLTON, ADAM HERMAN, CLARK ALLEN, ERNESTO ESCOBAR HERNANDEZ; JEFFREY GEORGE, KIRK BAGBY, DANA WINGERT; and the CITY OF DES MOINES, IOWA,<br><br>Defendants. | Case No.  4:21-cv-00043<br><br>MOTION FOR SUMMARY JUDGMENT |

COME NOW Brandon Holton, Adam Herman, Clark Allen, Ernesto Escobar Hernandez,

Jeffrey George, Kirk Bagby, Dana Wingert and the City of Des Moines, Iowa through the

undersigned counsel, and in support of this Motion for Summary Judgment state:

1. Defendants, Brandon Holton, Adam Herman, Clark Allen, Ernesto Escobar Hernandez, Jeffrey George, Kirk Bagby, Dana Wingert and the City of Des Moines, Iowa, are filing contemporaneously herewith this Motion, a Statement of Undisputed Facts, an Appendix and a Memorandum of Law in support of their Motion for Summary Judgment.

2. For the reasons stated in the Memorandum of Law, this Motion for Summary Judgment should be granted. The Memorandum of Law attached hereto is incorporated herein by reference.

3. The factual basis for this Motion is set forth in the Statement of Undisputed Facts, which is incorporated herein by this reference.

4. The Defendants' Appendix in Support of this Motion is also incorporated herein by reference.

WHEREFORE, Brandon Holton, Adam Herman, Clark Allen, Ernesto Escobar Hernandez,

Jeffrey George, Kirk Bagby, Dana Wingert and the City of Des Moines, Iowa pray this Court grant

their  Motion for Summary Judgment and any other such further relief as the Court deems just and equitable.

Respectfully Submitted,


*/s/ Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA 50309-1891
Email: mrmackel@dmgov.org
Telephone: (515) 283-4537

/s/ *Luke DeSmet*
Luke DeSmet
Assistant City Attorney
400 Robert D. Ray Dr.
Des Moines, Iowa 50309-1891
Telephone: (515) 283-4110
Email: lmdesmet@dmgov.org