IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENVER FOOTE,<br>Plaintiff,<br><br>vs.<br><br>JOHN DOE 1, BRANDON HOLTON,<br>ADAM HERMAN, CLARK ALLEN,<br>ERNESTO ESCOBAR HERNANDEZ;<br>JEFFREY GEORGE, KIRK BAGBY, DANA<br>WINGERT; and the CITY OF DES<br>MOINES, IOWA,<br>Defendants. | Case No. 4:21-cv-00043<br><br><br>APPENDIX TO STATEMENT OF<br>UNDISPUTED FACTS IN SUPPORT OF<br>MOTION FOR SUMMARY JUDGMENT |

Deposition of Denver Foote ................................................................................................3

Deposition of Denver Foote, Exhibit A, Google Map ..........................................................177

Deposition of Denver Foote, Exhibit B, Amended Petition ..................................................178

Deposition of Denver Foote, Exhibit C, Google Map ..........................................................207

Deposition of Denver Foote, Exhibit D, Answers to Interrogatories ....................................208

Deposition of Denver Foote, Exhibit E, Photographs..........................................................239

Deposition of Denver Foote, Exhibit F, 2020 Twitter Posts..................................................257

Deposition of Denver Foote, Exhibit G, 2021 Twitter Posts.................................................379

Affidavit of Allan Tunks, Assistant Chief of Police,
Des Moines Police Department ...........................................................................................500

Attachments to Tunks' Affidavit ..........................................................................................503

Photos of damage to Spaghetti Works .................................................................................509

Persons Report for Lonnie Sekou Williams Sr., Case No. 20-15286 ...................................512

Deposition of Adam Herman ...............................................................................................515

Deposition of Brandon Holtan .............................................................................................596

Defendants' Appendix 1

Metro Special Tactics & Response (STAR) Unit, Standard Operating Procedure................668

Polk County Sheriff's Office Booking Information .............................................................684

Email Thread, dated May 31, 2020................................................................................686

Deposition of Jeffrey George.........................................................................................686

Deposition of Clark Allen...............................................................................................731

Deposition of Ernesto Escobar Hernandez ....................................................................778

Complaint and Affidavit, Failure to Disperse..................................................................799

Complaint and Affidavit, Unlawful Assembly ..................................................................801

Complaint and Affidavit, Participate in a Riot .................................................................803

Dispersal Orders..........................................................................................................805

Video of Polk County Courthouse Fire  .........................................................................806

Downtown Camera, 3rd-Court NE-N Remote-2020-05-30_21h00min00s000ms  ..............807

Downtown Camera, 3rd-Court NE-West Cam-2020-05-30_21h00min00s000ms...............808

Body Camera, NataleChiodo_202005310242_WFC1059108_111636920..........................809

Body Camera, ClarkAllen_202005310235_WFC1035595_59205971 .................................810

Hy-Vee Video ..............................................................................................................811

Expert Report: Anthony DiCara .....................................................................................812

Expert Report: Daniel Billington ....................................................................................819

Supplemental Report by Brandon Holtan .......................................................................823

Supplemental Report by Adam Herman ..........................................................................824

Arrest Report ..............................................................................................................826

Jail Booking Information ...............................................................................................827

Affidavit of Kirk Bagby..................................................................................................828

Des Moines Police Department Training Material and Policies ..........................................829

Defendants' Appendix 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION


- - - - - - - - - - - - - - - - -X
DENVER FOOTE,                      :
                                  :
        Plaintiff,                :
                                  :
vs.                               : Case No. 4:21-CV-0043
                                  :
JOHN DOE 1-4, CLARK ALLEN,        :
ERNESTO ESCOBAR HERNANDEZ,        :
JEFFREY GEORGE, DANA WINGERT,     :
CITY OF DES MOINES, IOWA,         :
                                  :
        Defendants.               :
- - - - - - - - - - - - - - - - -X


<u>DEPOSITION OF DENVER FOOTE</u>,

taken by Counsel for the Defendants before
Edie Spriggs Daniels, Certified Shorthand Reporter of
the State of Iowa, at 2910 Grand Avenue, Des Moines,
Iowa, commencing at 9:55 a.m., Wednesday, September 29,
2021.


APPEARANCES:

For the Plaintiff:     GINA MESSAMER, ESQ.
                       Parrish Law Firm
                       2910 Grand Avenue
                       Des Moines, Iowa 50312


For the Defendants:    MICHELLE MACKEL-WIEDERANDERS, ESQ.
                       LUKE DeSMET, ESQ.
                       City of Des Moines Legal
                        Department
                       400 Robert D. Ray Drive
                       Des Moines, Iowa 50309


  EDIE SPRIGGS DANIELS - CERTIFIED SHORTHAND REPORTER

Defendants' Appendix 3

1                          I N D E X

2    WITNESS                          EXAMINATION

3    Denver Foote                       3 (Mackel-Wiederanders)
                                      153 (Messamer)
4                                     155 (Mackel-Wiederanders)
                                      156 (Messamer)
5

6

7

8

9

10                        E X H I B I T S

11   DEFENDANTS' EXHIBITS                          MARKED

12   A - Google Map                                  13

13   B - Amended petition                            18

14   C - Google Map                                  37

15   D - Answers to interrogatories                  41

16   E - Photographs                                 77

17   F - 2020 Twitter posts                          97

18   G - 2021 Twitter posts                         118

19

20

21

22

23

24

25

Defendants' Appendix 4

1          P R O C E E D I N G S

2                  DENVER FOOTE,

3    called as a witness by Counsel for the Defendants,

4    being first duly sworn by the Certified Shorthand

5    Reporter, was examined and testified as follows:

6                     EXAMINATION

7    BY MS. MACKEL-WIEDERANDERS:

8        Q.    All right.  Ms. Foote, as Gina said, I'm

9    Shellie Mackel.  I'm an attorney for the City of

10   Des Moines.  I'm representing the officers and the

11   City in this case, as is Mr. DeSmet.

12           I'm going to just go over a few ground rules

13   to start with.

14           Have you ever been deposed before, what

15   we're doing here?

16       A.    No.

17       Q.    Okay.  Well, since Edie is going to be

18   taking down our words, it's really important that we

19   don't talk over one another, and I'll wait for you to

20   finish an answer and you wait for me to finish a

21   question before we start talking.

22           She can't take down nonverbal cues like nods

23   and uh-huhs and huh-uhs, so you might hear me say is

24   that a yes or is that a no.

25           If there is a question that I ask, I want

Defendants' Appendix 5

1   you to tell me that you don't understand it if you

2   don't understand it because this is sworn testimony,

3   and so whatever is on there is what we're going to

4   accept as the truth, and so I want to make sure that

5   you understand the questions I ask.

6           If you need a break at any time, just let me

7   know, and we'll try to finish up on the next question

8   or two and give you a break.  All right?

9       A.   Okay.

10      Q.   What did you do--and I'm not asking you to

11  disclose any discussions that you had with your

12  attorney, but what did you do to prepare for your

13  deposition today?

14      A.   I met with my reverend, Lizzie Gillman, from

15  St. Andrews Parish before for prayer.

16      Q.   Did you review any documents or any

17  photographs before today?

18      A.   Yeah.  I did the--I read my therapist's

19  notes, I got my paperwork from my chiropractor, and I

20  read the depositions from the officers.

21      Q.   Okay.  Did you read your petition, or

22  anything like that, before today?

23      A.   No.

24      Q.   Do you know what the petition is?

25      A.   No.

Defendants' Appendix 6

1      Q.    Okay.  When a case is filed, it's filed with

2  a petition.  That's the initial lawsuit.

3      A.    Okay.

4      Q.    It's also sometimes called a complaint.

5            So you didn't read that before today?

6      A.    I might have.

7      Q.    I mean recently before today.

8      A.    No.  Okay.

9      Q.    And no photographs or video?

10     A.    No.

11     Q.    Any police reports?

12     A.    Yeah.  Actually, I watched the body cam

13  footage.  It was like a month ago, though.

14     Q.    Okay.  And is that the body cam footage of

15  after you were arrested?

16     A.    Yes.

17     Q.    So I know you answered some kind of basic

18  questions in your interrogatories, so some of this is

19  going to sound repetitive, but it's helpful for me to

20  just get more familiar with you.

21           Where did you grow up?

22     A.    Clear Lake, Iowa.

23     Q.    And when did you graduate high school?

24     A.    2014.

25     Q.    Any post-high-school education?

1      A.    I went to cosmetology school.  I graduated

2   Iowa School of Beauty in Urbandale.

3      Q.    When did you graduate from there?

4      A.    2020, February.

5      Q.    And have you been working in cosmetology

6   since then?

7      A.    Yes.  I was doing hair, so I do hair part

8   time now.

9      Q.    Okay.  Where do you do that?

10      A.    Supercuts on Douglas and Merle Hay.

11      Q.    And what's part time for you?

12      A.    Twenty-five hours.  I was doing full time

13   when I started there, but because of my anxiety, I

14   had to cut my hours down.

15      Q.    Okay.  And so you had been working full time

16   for how long?

17      A.    It was probably like five months.

18      Q.    Okay.  Was there a time between graduating

19   cosmetology school and working at Supercuts that you

20   were employed anywhere else?

21      A.    I was employed at a JCPenney salon, InStyle,

22   but I graduated like right before all the salons

23   closed, so I wasn't able to practice hair until

24   everything opened back up.

25      Q.    Okay.  So prior to cosmetology, what kind of

Defendants' Appendix 8

1  jobs did you hold?

2       A.   I was a shift supervisor at a One Vision in

3  Clear Lake.  It helps mentally disabled people.  Then

4  before that I worked at a Kum & Go.  Then I worked at

5  a Barrel Drive-In, which is like broasted chicken and

6  homemade root beer, for like seven years.

7       Q.   Was that in Clear Lake?

8       A.   Uh-huh.

9       Q.   Where do you live right now?

10      A.   I live at 4216 Ingersoll Avenue, Apartment 3.

11      Q.   It's a disaster down there right now.

12      A.   Yeah.

13      Q.   I know.  That's my neighborhood.

14           Are you married?

15      A.   I am single.

16      Q.   Have you ever been married?

17      A.   No.

18      Q.   Do you have a romantic partner?

19      A.   Yes.

20      Q.   Who is that?

21      A.   Jacob Grobe.

22      Q.   Any kids?

23      A.   No.

24      Q.   So I'm aware that you have accounts on

25  Twitter and Facebook.  Any other social media

Defendants' Appendix 9

1   accounts?

2       A.   I'm on Instagram, but I don't really post

3   that much on there.

4       Q.   Okay.  How about TikTok?

5       A.   Yeah.  I just started a TikTok account maybe

6   like a couple of weeks ago.

7       Q.   Anything else?

8       A.   Nope.

9       Q.   All right.  So other than today, have you

10  ever given sworn testimony before?

11      A.   No.

12      Q.   You've never been to court?

13      A.   No.

14      Q.   So today are you on any medications that

15  would impair your memory or ability to provide

16  truthful testimony?

17      A.   No.

18      Q.   Any health problems that would impair your

19  memory or ability to provide truthful testimony?

20      A.   No.

21      Q.   Are you able to hear clearly today?

22      A.   Yes.

23      Q.   And are you able to see clearly today?

24      A.   Yes.

25      Q.   I see you have glasses on.  Are those

Defendants' Appendix 10

1    corrective?

2         A.    Yeah.

3         Q.    How is your vision without them?

4         A.    Pretty horrible.  I have to use them to

5    drive and live my life.

6         Q.    All right.  I'm going to just kind of open

7    it up for you to tell me a little bit about the

8    events of May 30th, so I'm going to prompt you,

9    though, with a couple of questions.

10             When did you learn about the protests that

11   were going to be at the Capitol on May 30th?

12        A.    I think I saw something on Facebook or

13   Twitter that was shared to my feed.

14        Q.    Okay.  And did you decide to attend right

15   away or do you recall?

16        A.    No.  I was pretty anxious because I went to

17   the protest May 29th, and it was--I've never

18   experienced anything like that, so when I did end up

19   going to the protest on May 30th, the events were

20   already under way.  People were already marching, and

21   stuff.

22        Q.    Let's back up because that's news I haven't

23   heard before.

24             What happened on May 29th that was something

25   you hadn't experienced before?

Defendants' Appendix 11

1      A.    So just like the police presence, so like

2    the line of policing that we ran into marching on

3    May 29th.

4      Q.    Were those Des Moines police officers?

5      A.    Yes.

6      Q.    And where did you run into them?

7      A.    I can't remember.  I just remember we were

8    just like going around the streets.  I only lived in

9    Des Moines not even a year prior, and with the

10   pandemic, and everything, I hadn't explored

11   everything, so I wasn't familiar with the streets, or

12   anything.

13     Q.    What time were you out and about?

14     A.    I remember--I'm trying to like remember.

15   Sorry.  I remember we were at the jail--not the jail.

16   We were at the police department downtown, and there

17   was an event.  I remember sitting on top of like an

18   electrical box with my--like with my sign and my

19   partner and my friends that went with us, and there

20   was an event.  There were speakers, and it was like

21   "Justice for George Floyd".

22          After the event concluded, we like marched

23   down the street where like the officers keep their

24   cars, or whatever, in that fenced-in area, and there

25   were police officers there, and they were lined up.

Defendants' Appendix 12

1          Then I remember they threw tear gas, and

2    that's when I left.

3        Q.    So on the 29th you were there behind the

4    police station when they were throwing tear gas?

5        A.    Yeah.  It was like after the event

6    concluded, people--they decided that we were like

7    going to march, and I'm like okay, so I literally

8    went a block, and I remember there--yeah, where the

9    officers keep their cars.  Maybe we were at city hall

10   where the event was.  They're right next to each

11   other.

12       Q.    They're about a block apart.

13       A.    Uh-huh.

14       Q.    Were you around Hilltop Tire when the

15   windows were all smashed in?

16       A.    No.

17       Q.    Were you keeping regular updates about the

18   day's events?

19       A.    No.

20       Q.    So you said when you arrived, the events

21   were already under way?

22       A.    On May 30th.

23       Q.    On May 30th, right.

24       A.    Yes.

25       Q.    Do you have an idea of what time you went

Defendants' Appendix 13

1    down there, then?  To the Capitol, I mean.

2         A.    No.  It wasn't at the Capitol.  I remember

3    parking on like the Riverview Drive where the--what

4    is that little building called?

5              MS. MESSAMER:  The Hub?

6              THE WITNESS:  The Hub, yes.

7         A.    I had parked over by there, and I could hear

8    people chanting and marching, and we found them I

9    think along Court Ave., and so we just joined the

10   march from there.

11        Q.    And what time would that have been?

12        A.    I can't remember.

13        Q.    Okay.  Did you eventually go to the Capitol?

14        A.    Yes.  So the march ended at the Capitol.

15        Q.    And how long do you think you were at the

16   Capitol from when you joined the march to the

17   Capitol?

18        A.    Maybe like a couple of hours.

19        Q.    And who did you go with?

20        A.    I went with my partner, Jacob.

21        Q.    Did you meet anyone else there?

22        A.    My friend Miranda was there, Miranda Wilson.

23        Q.    Is that Miranda Nicolai also, her last name?

24        A.    Oh, yeah.

25        Q.    And you said you parked.  So was that you

Defendants' Appendix 14

```
1   that drove there?

2        A.    Yeah.

3        Q.    What did you drive at the time?

4        A.    My Buick LeSabre.

5        Q.    Do you still have that?

6        A.    Yes.

7        Q.    And you parked over by The Hub, you said?

8        A.    Uh-huh.

9              MS. MESSAMER:  Be sure to say yes.

10             THE WITNESS:  Yes.

11             MS. MACKEL-WIEDERANDERS:  Thank you.

12             So I have a couple of maps just so we can

13   kind of keep track of this visually, so I'm going to

14   mark this as Defendant's Exhibit A.

15                        (Defendant's Exhibit A was

16                         marked for identification.)

17             MS. MACKEL-WIEDERANDERS:  I'm going to have

18   you mark on here with a Sharpie.

19             Gina, here's a copy for you.  It's going to

20   be obviously just a blank map.

21   BY MS. MACKEL-WIEDERANDERS:

22        Q.    If you can, make a No. 1.

23        A.    Where I was parked at?

24        Q.    Where you were parked, and we're going to

25   have a separate map for when you came back later.
```

Defendants' Appendix 15

1      A.    So you want me to put an A?

2      Q.    A 1 is fine.

3      A.    (Witness complies.)

4      Q.    Okay.  And then if you can kind of draw an

5  arrow as to what route you took then.

6      A.    I believe we went up Locust--or down

7  Lakeview, or whatever that's called, and we went down

8  Locust.

9      Q.    And then you stayed at the Capitol for a

10 while?  Two hours, you said?

11     A.    Yeah.  We went down here, and then we were

12 on Cherry and 7th, and that's when there was that

13 line of officers, and people were confronting them,

14 but I was like way behind.

15     Q.    When you say "confronting them," what do you

16 mean?

17     A.    There was just like--I remember like there

18 was a line of officers in front of the new

19 courthouse, and there was a lot of press, and it was

20 like people were just like standing there, because

21 like we wanted to go down the street to march, but we

22 ran into a line of officers, so we went like down

23 this way, and then we went this way, and then we

24 ended up going back down Locust and ending up at

25 the--is it Locust?  Yeah.  It's the one that like

Defendants' Appendix 16

1   ends right there, and then we went up the stairs to

2   the Iowa State Capitol.

3        Q.   Okay.  Thanks.  You can cap your Sharpie so

4   we don't get it all over the place.

5             Okay.  And so then you stayed at the Capitol

6   for a couple of hours?

7        A.   Yeah.

8        Q.   So you first were down by the criminal

9   courthouse and the Historic Courthouse; is that

10  correct?



11       A.   Uh-huh, yes.

12       Q.   And I believe I saw in some of your answers

13  to interrogatories that you did hear glass breaking

14  there.

15       A.   Yes.

16       Q.   Did you see anyone trying to light the

17  courthouse on fire?

18       A.   No.  All I saw--I heard--I'm sorry.  I heard

19  the glass, and then I saw two officers go towards the

20  Historic building, but I was further away.

21       Q.   Okay.  Did you think about leaving at that

22  point?

23       A.   Yes.

24       Q.   But you didn't?

25       A.   No.

Defendants' Appendix 17

1      Q.    Why not?

2      A.    Because my partner did not want to leave,

3   and I did not want to walk back to my car by myself.

4      Q.    Okay.  And was Miranda still with you at

5   that time?

6      A.    She was not.  She was off--she was like

7   doing her own--like walking around.  I was not

8   comfortable being on like the front of the crowd.  I

9   wanted to stay like behind and with people, kind of.

10     Q.    Why weren't you comfortable being up front?

11     A.    Because of the police presence and the

12  threat of being hurt.

13     Q.    So it didn't concern you to be around people

14  breaking glass?  That's not what concerned you?

15     A.    No.  I was not around that person.  I just

16  heard it and saw the police walk over there.

17     Q.    Then why would the sound of breaking glass

18  be the thing that made you think about going home?

19     A.    Because it was like, oh, I don't want things

20  to escalate.  I thought it was just a march.

21     Q.    So that caused you to think about going

22  home, being concerned about it escalating, but that's

23  not what concerned you about being up front?

24     A.    No.

25     Q.    All right.  So you stayed with the group,

Defendants' Appendix 18

1    and then you marched back to the Capitol; correct?

2        A.    Yes.

3        Q.    And you stayed at the Capitol for two more

4    hours?

5        A.    Yes.

6        Q.    And at any point during that period of time

7    did any officer approach you?

8        A.    No.

9        Q.    Did any officer speak to you?

10       A.    No.

11       Q.    Did any officer throw any tear gas at you?

12       A.    No.  I know they were throwing tear gas like

13   in the crowd, and then that's when we left the

14   Capitol.

15       Q.    Okay.  So at the Capitol, you're there for a

16   couple of hours, and at some point somebody starts

17   shooting off tear gas?

18       A.    Uh-huh.

19       Q.    Do you know that that's Des Moines police

20   officers?

21       A.    No.

22       Q.    So some law enforcement agency, we assume,

23   shot off some tear gas?

24       A.    Yes.

25       Q.    And that is what made you decide to leave?

Defendants' Appendix 19

1      A.    Yes.

2      Q.    Do you think that was the intent of the tear

3  gas?

4      A.    Probably.

5            MS. MACKEL-WIEDERANDERS:  All right.  I'm

6  going to go to your petition.  This is what I

7  described earlier.  This is what started the lawsuit.

8  I'm going to assume that you went over this with your

9  attorney because it has factual allegations about

10  your version of what happened that evening, and I'm

11  going to mark this as Exhibit B.

12                        (Defendant's Exhibit B was

13                         marked for identification.)

14  BY MS. MACKEL-WIEDERANDERS:

15      Q.    All right.  So we're going to go to

16  paragraph 20, which is on page 5.

17            Okay.  So I'm just going to go through each

18  of these and get a little more detail here, so we're

19  on paragraph 20, which says, "As the protesters

20  walked down East Locust Street toward the Capitol,

21  Ms. Foote observed a police vehicle drive through the

22  crowd, coming close to hitting several people."

23            That's correct?

24      A.    Yes.

25      Q.    Was that a Des Moines police officer's

Defendants' Appendix 20

1    vehicle?

2         A.    It was an unmarked vehicle, but they had--it

3    had police lights like on the inside behind the

4    windshield.

5         Q.    So you can't say that that was a Des Moines

6    police officer, then?

7         A.    I cannot.

8         Q.    Do you know what time that was?  I'm

9    interested because then we can look up the car cam

10   and see if we can find video of it.

11        A.    I am not sure.

12        Q.    After 10 o'clock?

13        A.    Yeah.  I want to say 9 to 10:30.

14        Q.    Okay.  Which direction was it going?

15        A.    West.

16        Q.    Okay.  On Locust?

17        A.    Yes.

18        Q.    Did you see it hit anyone?

19        A.    No.

20        Q.    Did you see people have to get out of the

21   way?

22        A.    Yes.

23        Q.    What were they having to do to get out of

24   the way?

25        A.    They had to jump out of the way or run.  I

Defendants' Appendix 21

1    remember my partner yelling like "what the fuck."

2        Q.    Okay.

3        A.    Sorry for the language.

4        Q.    That's fine.

5              How fast was it going, do you think?

6        A.    At least like 25.

7        Q.    So basically plowing through people?

8        A.    Yeah.

9        Q.    Did it have a siren on?

10       A.    No.

11       Q.    So you think on Locust.  Do you have any

12   idea what cross street?

13       A.    It was--  Can I see the map?

14       Q.    Yes, of course.

15       A.    It was in between 3rd and 2nd, I believe, or

16   at least 4th and 2nd.

17       Q.    East or west of the river?

18       A.    West.  I have to get my directions.

19       Q.    Okay.  Did you make any complaints about

20   that to anyone?

21       A.    Yeah.  I remember I--I think I posted on

22   Twitter about it.

23       Q.    Aside from posting on Twitter, did you make

24   any complaints to the Des Moines Police Department

25   about that activity?

Defendants' Appendix 22

1      A.   No.

2      Q.   Of course, you didn't know if it was

3  Des Moines police or someone else, right, at the

4  time?

5      A.   Yes.  I did speak about it at a city council

6  meeting one time.

7      Q.   Okay.  Paragraph 21.  We're going to go back

8  to Exhibit B.

9           "When the protesters arrived at the Capitol,

10  they were met by police in riot gear."

11          Were you personally met by police in riot

12  gear?

13     A.   No.

14     Q.   Then how do you know others were?

15     A.   Because they were at the top of the steps

16  and I was at the very bottom.  Looking up I could see

17  them.

18     Q.   When you say "met with," what do you mean by

19  that?

20     A.   Like they walked up the stairs and there was

21  just a line of police officers already in place.

22     Q.   So there was a line of police officers

23  keeping people out of the Capitol?

24     A.   Yes, away from the Capitol.

25     Q.   Do you know what police department that was?

Defendants' Appendix 23

1       A.    I don't.

2       Q.    What do you consider riot gear?

3       A.    Like the heavy--the shields that say police,

4    the like all black outfits, and if they have like--I

5    don't know if they're holding tear gas, more

6    protection versus a normal police officer.

7       Q.    So they're wearing more protective gear?

8       A.    Uh-huh, yes.

9       Q.    So how close did you ever get to these

10   riot-geared officers?

11      A.    I think I went--I went up to maybe--so

12   there's like the stairs, and then there's a flat, and

13   then there's stairs, and then there's the police.  I

14   went to the flat part where there's like the benches,

15   but I didn't stay up there.  I was mostly loitering

16   down by the front street in between the garden and

17   where the stairs start.

18      Q.    So more than 20 feet away, more than

19   50 feet?  What do you think?

20      A.    Maybe 25.  I don't know how many stairs

21   there are, but I didn't go like up the stairs or in

22   the front.

23      Q.    Okay.  All right.  We're going to move on to

24   paragraph 22.

25            "Though the group of the protesters at the

Defendants' Appendix 24

1    Capitol was peacefully protesting and not engaged in

2    any illegal activity, police deployed multiple

3    canisters of tear gas into the crowd."

4            Again, do you have any idea what law

5    enforcement agency that was?

6        A.    No.

7        Q.    How do you know that every person at the

8    Capitol was not engaged in illegal activity?

9        A.    I guess I cannot say for sure.  I know the

10   people that I saw, the people I witnessed were

11   grieving, they were angry, and they just wanted

12   change.

13       Q.    Uh-huh.  But you can't categorically say

14   that there was no one engaged in a crime in that area.

15       A.    I did not witness a crime.

16       Q.    But you made a statement that no one at the

17   Capitol was engaged in any criminal activity.  That's

18   different.

19           MS. MESSAMER:  I'm going to object that that

20   mischaracterizes what the complaint is.  That's not

21   something she authored.

22           MS. MACKEL-WIEDERANDERS:  Okay.

23   BY MS. MACKEL-WIEDERANDERS:

24       Q.    The group of protesters at the Capitol was

25   not engaged in any illegal activity, is what your

Defendants' Appendix 25

1    statement says.

2        A.    Yes.

3        Q.    Is that true, that you can say that?

4        A.    Yes.  I did not witness any criminal

5    activity, so I can say that everyone was not.

6        Q.    The entire group of people at the Capitol

7    was not engaged in criminal activity?

8        A.    Yes.

9        Q.    Wow.  Okay.  Hundreds of people, you checked

10   that out?

11       A.    From what I witnessed.  I can't--

12       Q.    No, that's your statement.  No one up there

13   was engaged in criminal activity.  And you're stating

14   today under oath that's a true statement?

15             MS. MESSAMER:  I'm going to object.  That

16   misrepresents the record.  She already testified that

17   she did not witness any, Shellie.

18             MS. MACKEL-WIEDERANDERS:  Again, that's not

19   the question I asked.

20   BY MS. MACKEL-WIEDERANDERS:

21       Q.    All right.  The tear gas burned your eyes

22   and you needed assistance rinsing them out.  That's

23   paragraph 24.

24             So as far away as you were, you still got

25   some tear gas that burned your eyes?

Defendants' Appendix 26

1    A.    Yes.

2    Q.    And that was from officers who you don't

3    know who they are?

4    A.    Yes.

5    Q.    Or what law enforcement agency they're from?

6    A.    Yes.

7    Q.    And you needed assistance rinsing them out?

8    A.    Yes.

9    Q.    Who helped you rinse them out?

10    A.    A stranger.

11    Q.    How did they assist you?

12    A.    I was--like my eyes were burning.  I was

13    touching them.  Somebody came up to me, a gentleman.

14    He said, "Don't rub your eyes.  Here's some water.

15    Open them."  And that's the whole interaction.  It

16    was while we were leaving the Capitol.

17    Q.    Okay.  Did you have goggles with you?

18    A.    Yes.

19    Q.    Were you wearing them?

20    A.    No.

21    Q.    Why is that?

22    A.    Because I didn't--I don't know.

23    Q.    Do you remember what you were wearing that

24    night?

25    A.    I was wearing black jeans, my Puma sneakers,

Defendants' Appendix 27

1  and my black rain jacket.

2       Q.    Okay.  Red bandana?

3       A.    Yes.

4       Q.    And was that what you used for a mask?

5       A.    Yes.

6       Q.    And you had a bag with you?

7       A.    Yes; this bag that I have with me today.

8       Q.    Okay.  Were you carrying any water bottles

9  in the bag?

10      A.    Yes, I believe I was.

11      Q.    More than one?

12      A.    Just one.

13      Q.    How about rocks?

14      A.    No.

15      Q.    Any medical supplies?

16      A.    No.

17      Q.    All right.  What else was in your bag, then?

18      A.    There was my car keys, wallet, phone.  I

19  know I had a thing--a little pink pepper spray that I

20  carry with me every day.  Nothing else, that I can

21  think of.  Maybe like tissues, or something.

22      Q.    Why did you bring goggles with you?

23      A.    Because I saw the videos from people

24  protesting all over the nation, and I just wanted to

25  be prepared.

1       Q.    Did you have to buy them?

2       A.    I did not buy them.

3       Q.    Where did you get them?

4       A.    My partner had them already, like already

5   owned.

6       Q.    So Jacob already owned goggles?

7       A.    Yes.

8       Q.    Multiple pairs?

9       A.    Yeah; just two.

10      Q.    All right.  So the person who rinsed out

11  your eyes, did that alleviate the effects of the tear

12  gas, then?

13      A.    Enough so that I could see.

14      Q.    Still burning?

15      A.    Yeah.  I was further away, so I didn't get

16  the full impact.

17      Q.    How long did it burn?

18      A.    Like 10, 15 minutes.

19      Q.    Okay.  So you had a law enforcement agency

20  at that point disperse tear gas, and it's your

21  testimony that you never heard a dispersal order?

22      A.    I did not.

23      Q.    At the Capitol you never heard a dispersal

24  order?

25      A.    No.

Defendants' Appendix 29

1      Q.   So it was the tear gas that made you go

2   away?

3      A.   Uh-huh.

4      Q.   And then paragraph 25 of Exhibit B,

5   "Ms. Foote left the Capitol area and walked towards

6   Court Avenue."

7           What was your intent of walking toward

8   Court Avenue again?

9      A.   Staying with the crowd.  So everyone was

10  walking.  We were, you know, in a crowd.  I didn't

11  want to be by myself or be--so I guess that was the

12  reason why.

13     Q.   So when you say a crowd, how many people?

14     A.   Everyone that was at the Capitol.

15     Q.   Okay.  So hundreds of people?

16     A.   Yeah.

17     Q.   Where were you planning to go?

18     A.   I have no idea.  I remember saying that I

19  wanted to leave.

20     Q.   But you didn't?

21     A.   No.

22     Q.   Why not?

23     A.   Because I didn't want to walk by myself.

24     Q.   So at that point from the Capitol, you're

25  walking down Court Avenue.  How far would it have

Defendants' Appendix 30

1    been to your car to take a right off towards The Hub?

2        A.    So when I did leave, it was--we were like

3    right at the corner of The Hub, and that's when I did

4    leave, when the people--when the crowd was like

5    closest to my car.

6        Q.    So it's your testimony that you left the

7    Capitol on Court Avenue?

8        A.    We left down Locust, and then I believe we

9    went like this way around, and then we ended up here.

10   I'm not exactly sure of the same route, but I know we

11   walked down Locust, because I remember going down the

12   stairs and going down that street.

13       Q.    So your testimony is that you walked past

14   the street The Hub is on?

15       A.    Either the street or it was the street over.

16       Q.    And then you went back?

17       A.    Yeah, uh-huh, and then we were at where the

18   parking garage is on that corner.

19       Q.    And when you left, did anybody leave with

20   you?

21       A.    My partner, Jacob.

22       Q.    All right.  We're going to go on to

23   paragraph 26.

24            "Ms. Foote observed police pepper-spraying

25   individuals who were violating no laws, were not

Defendants' Appendix 31

1    being violent or threatening, and who were not

2    assembled with others who were breaking the law."

3           So how do you know who was assembled with

4    whom at that point?  Are you talking about the entire

5    200 people?

6       A.   No.  I'm talking--so this specifically is

7    about when we were at the court by The Hub.  There

8    were, I remember--what prompted me to leave is when

9    they broke the windows at that parking garage, but

10   there were people that were like across the street

11   that were being pepper-sprayed, and they were just

12   standing there, like because there was a line of

13   officers.

14      Q.   And were those Des Moines police officers,

15   do you know?

16      A.   I cannot say.

17      Q.   So you are aware, though, at that moment

18   that someone was breaking windows at the parking

19   ramp?

20      A.   Yes.  I witnessed that.

21      Q.   And how did they break the windows?

22      A.   I'm not sure.  I think maybe there was like

23   loose brick, or something, from the sidewalk, and I

24   just remember like hearing the glass, turning around,

25   and seeing like people like being like, "Oh my God.

Defendants' Appendix 32

1    I can't believe you did that," and stuff.  And I was

2    like, "I want to leave now."

3        Q.    So at that point, unlike at the courthouse,

4    when you hear glass breaking, that's enough concern

5    for you to go home?

6        A.    Yes.

7        Q.    So how is that different than earlier when

8    someone is breaking glass in a public building?

9        A.    The police presence was different.  At the

10   Capitol, that was my first time experiencing tear

11   gas, and at the corner, that was my first time

12   experiencing pepper spray being deployed, and the

13   crowd had thinned out from the Capitol, so I was more

14   anxious.

15       Q.    So, again, it's not the glass breaking that

16   made you go home; it was the pepper spray?

17       A.    Yes, I guess.  It was the glass breaking,

18   the escalation of that, yeah.

19       Q.    So you did actually find the behavior of

20   some of the rioters concerning?

21       A.    Yes.

22       Q.    So you say that the people that you saw were

23   committing no crimes.

24       A.    Yes.

25       Q.    Are you pretty familiar with the laws of the

Defendants' Appendix 33

 1   State of Iowa?

 2        A.    No.

 3        Q.    How about the City of Des Moines ordinances?

 4        A.    No.

 5        Q.    Do you know the elements of loitering?

 6        A.    No.

 7        Q.    How about jaywalking?

 8        A.    Yes.

 9        Q.    What are the elements of jaywalking?

10        A.    It's like walking curved on the street

11   instead of taking the crosswalks.

12        Q.    So you saw no one doing that?

13        A.    Yeah.

14        Q.    You did see people doing that.  So that

15   would be a violation of the law.

16        A.    Okay.

17        Q.    Okay.  How about the elements of unlawful

18   assembly, do you know what that is?  Do you know what

19   the elements of those are?

20        A.    Is it when they declare it not protesting

21   anymore?

22        Q.    That's a question that's yes or no.  Do you

23   know the elements of unlawful assembly?

24        A.    No.

25        Q.    How about the elements of parading without a

Defendants' Appendix 34

1  permit?

2      A.    No.

3      Q.    Obstruction of a public right-of-way?

4      A.    No.

5      Q.    But you feel like you can confidently say

6  that people weren't committing crimes?

7      A.    If I had--well, I don't know like law

8  completely.

9      Q.    So you don't know all the criminal laws?

10     A.    Yes.

11     Q.    So you couldn't possibly say that no one was

12 committing a crime?

13     A.    Yeah, I guess.

14     Q.    And you're still saying at this point you've

15 heard no dispersal orders?

16     A.    No.

17     Q.    What would you think police should do to

18 make dispersal orders that would help you to hear

19 them?

20     A.    I don't know.  Use a megaphone.

21     Q.    Do you think the officers didn't use a

22 megaphone?

23     A.    I'm not sure.

24     Q.    Because I'm trying to figure it out, how

25 officers can actively give dispersal orders that

Defendants' Appendix 35

1    apparently are right in front of folks and they don't

2    hear, so I'm always interested to hear ideas.  A

3    megaphone, I'll let them know that.

4              Why did you separate from Miranda?

5        A.   She was, I guess, a little more fearless

6    than me.  She wasn't like--she was just more willing

7    to be in the front, to be a white ally to people of

8    color.

9        Q.   So did you talk to her before you left?

10       A.   I could not find her.

11       Q.   Did you have your cell phone on you?

12       A.   Yes.

13       Q.   Did you try to call her?

14       A.   Her phone was off.

15       Q.   All right.  So when you left, was it your

16   plan to go back?

17       A.   No.

18       Q.   So you were planning to go home and stay

19   home?

20       A.   Yes.

21       Q.   Did she ride down there with you?

22       A.   No.

23       Q.   Did she drive herself?

24       A.   Yes.

25              THE WITNESS:  Is it okay if I go to the

Defendants' Appendix 36

 1  bathroom?

 2          MS. MACKEL-WIEDERANDERS:  Yeah, of course.

 3  We can take a break.

 4          Off the record for a bit.

 5          (Short recess.)

 6  BY MS. MACKEL-WIEDERANDERS:

 7      Q.   Okay.  You're still under oath, by the way.

 8           You went home, and tell me about what you

 9  did at home.

10      A.   I went home.  I took off my jacket.  I

11  cracked open a beer, and I sat on my couch and just

12  kind of like decompressed from the events that day.

13      Q.   Okay.  And was Jacob with you?

14      A.   Yes.

15      Q.   Okay.  And how long were you at home?  And

16  was this your home?

17      A.   Yes.

18      Q.   Same one on Ingersoll?

19      A.   Uh-huh.  About two hours.

20      Q.   Do you know what time you got home, around?

21      A.   It was, I want to say, shortly after

22  midnight.

23      Q.   Okay.  And then what time did you end up

24  leaving?

25      A.   Around 2 o'clock.

Defendants' Appendix 37

1      Q.    And why did you end up leaving?

2      A.    Because we could not get ahold of Miranda.

3  She lives above us, and we knew she didn't come home,

4  and we were worried about her.

5      Q.    And before you got downtown again and

6  parked, did you ever get in touch with her?

7      A.    No.

8      Q.    Okay.  I'm going to go back to Exhibit B.

9  I'm going to have you turn the page and turn it

10 upside down, apparently.

11     A.    (Witness complies.)

12     Q.    Paragraph 28 says, "Sometime after 2:00 a.m.

13 on May 31st, Ms. Foote returned to the Court Avenue

14 bar area to pick up a friend."

15     A.    Yes.

16     Q.    So you didn't know that she was down there

17 still?

18     A.    No.

19     Q.    Did you know that there was still activity

20 going on down there?

21     A.    No.

22           MS. MACKEL-WIEDERANDERS:  Okay.  We're going

23 to go to that second map.

24           Gina, I assume you don't need another map.

25           MS. MESSAMER:  No.

Defendants' Appendix 38

1        MS. MACKEL-WIEDERANDERS:  I'm going to mark

2   this as Defendant's Exhibit C.

3                        (Defendant's Exhibit C was

4                         marked for identification.)

5   BY MS. MACKEL-WIEDERANDERS:

6        Q.   I'm going to have you mark on there--and if

7   you want to use the petition that you've got

8   underneath you so it doesn't bleed out--where you

9   parked, and if you could make a No. 2 on there, that

10  would be great.

11       A.   I parked at the same spot I was parked

12  earlier.

13       Q.   The same spot by The Hub?

14       A.   Yeah.  Probably not the same exact parking

15  spot, but the same street.

16       Q.   It wasn't 2nd Street?

17       A.   Yeah, it was this road, the like Riverview,

18  or whatever, this one, the one-way.

19       Q.   Okay.  And did you walk down Riverview or

20  did you walk down any other street?

21       A.   I walked down here, and at Court Ave. right

22  there, there was like people loitering, and there was

23  no police presence.

24       Q.   Okay.  And so where did you go from there?

25       A.   We went down to here, so we just walked like

Defendants' Appendix 39

1  two blocks, and at this corner is where I found

2  Miranda.

3       Q.    Okay.  On the corner of Court and the first

4  street you walked down, your parking street?

5       A.    Uh-huh, yeah.

6       Q.    Why didn't you leave then?

7       A.    Because Jacob and Miranda did not want to

8  leave.  I asked like a million times to leave.  I was

9  like, "We found her.  Let's go."

10      Q.    Okay.  Why did you want to leave?

11      A.    Because I did not want to be--I didn't even

12  want to go back downtown.

13      Q.    And you saw there was no police presence?

14      A.    Uh-huh.

15      Q.    But you still didn't want to be there?

16      A.    Yeah.

17      Q.    Is that because of the activities of other

18  people?

19      A.    Yeah.  I think the people that were still

20  downtown weren't like protesting anymore.

21      Q.    And what did you see that would make you

22  think that?

23      A.    I saw--I was walking on the opposite side of

24  the road when we were walking, because we were

25  following the people because the people--Miranda and

Defendants' Appendix 40

1   Jacob wanted to see what was going on, so we walked

2   with the people, and I saw them break the windows at

3   Spaghetti Works, and the glass.  I did not see

4   anything at Hy-Vee.  I wasn't in that visual.  I

5   didn't see any of that.

6        After we got here on the corner of the

7   Annie's Pub, or whatever, that's when I was like, "I

8   can't do this.  I'm not waiting for you guys."  And I

9   left, and I found the courage to walk by myself.

10       Q.   So how soon after you parked did you find

11  Miranda?

12       A.   Minutes.

13       Q.   And when you found her, where was she?

14       A.   She was on the opposite corner of Court,

15  like across, so she was like in the street, kind of.

16       Q.   Were there other people around her?

17       A.   Yeah.  There was a few people.  They were

18  taking like the trash cans and like putting them in

19  the street.

20       Q.   Okay.  So you saw people picking up trash

21  cans and blocking traffic with them?

22       A.   Yeah.

23       Q.   And that was right there at the intersection

24  where you were?

25       A.   Uh-huh.

Defendants' Appendix 41

1    Q.    And so at that point you're seeing people

2    picking up public property, putting them in the

3    street, blocking the street, and you didn't go home?

4    A.    No.

5    Q.    Okay.  So you're heading west on Court Avenue;

6    right?

7    A.    Yes.

8    Q.    What side of the street were you on?

9    A.    The north.

10   Q.    Were you closer to the parking ramp or

11   closer to the Spaghetti Works?

12   A.    The parking ramp.  I was across the street.

13   Q.    You were across the street close to the

14   parking ramp?

15   A.    Uh-huh.

16   Q.    All the way down--

17   A.    Yeah.

18   Q.    --to where?

19   A.    To where Annie's Irish Pub is, that corner.

20   Q.    So you were never on the other side of the

21   street?

22   A.    No.

23   Q.    So it's your testimony you did not walk

24   directly past Spaghetti Works?

25   A.    Across the street.

Defendants' Appendix 42

1       Q.    Across the street, but not on that sidewalk?

2       A.    No.  I never crossed the street.

3       Q.    Not on the sidewalk in front of Tonic?

4       A.    Huh-uh, no.

5       Q.    Not on the corner where Johnny's is?

6       A.    No.

7             MS. MACKEL-WIEDERANDERS:  Okay.  I'm going

8    to mark another exhibit here.

9                          (Defendant's Exhibit D was

10                          marked for identification.)

11   BY MS. MACKEL-WIEDERANDERS:

12      Q.    These are your answers to interrogatories,

13   and that's just a long word that means written

14   questions that we asked you, and I think your

15   attorney probably went over those with you because

16   you've signed off on them and she has signed off on

17   them.

18           All right.  That is marked as Defendant's

19   Exhibit D, and I'm going to have you go--hang on a

20   second--to Interrogatory No. 4, which is on page 7.

21      A.    (Witness complies.)

22      Q.    And I just want to ask a little bit more

23   about each of these people and the information that

24   you said they would be providing.

25           So Jacob Grobe is your boyfriend.

1    A.    Uh-huh.

2    Q.    He is aware of the "impact on Denver."  Talk

3 to me a little bit about what your understanding is

4 of the impact on you and what he's going to be able

5 to testify to.

6    A.    He saw the kind of shift in my mental health

7 after the events.  He saw me have multiple panic

8 attacks.  He's had to pick me up from work having

9 panic attacks.  He's kind of like my personal counsel

10 when I need help with my PTSD flashbacks, with nights

11 that I can't sleep.

12    Q.    Okay.  Anything else?

13    A.    Nope.

14    Q.    Okay.  And Miranda Nicolai, you haven't

15 provided any information about what you think she'll

16 be able to testify about, so what is your

17 understanding of what she might be able to testify

18 about?

19    A.    Being there, I guess, the events that night.

20    Q.    Do you think Miranda and Jacob, if they're

21 called to testify, will agree that you wanted to

22 leave and they were sort of the impetus for you

23 having to stay?

24    A.    Yes.

25    Q.    Okay.  How about Makenzie Moler, who is

Defendants' Appendix 44

1    that?

2         A.    She was arrested with me.  She was in my

3    paddy wagon, and she was across the street when I was

4    arrested.  She witnessed what happened.

5         Q.    She witnessed your arrest?

6         A.    Yes.

7         Q.    Does she have video or photos of that?

8         A.    No.

9         Q.    Kaitlin Gollee; is that right?

10        A.    Yes.

11        Q.    She's "aware of impact on Denver."  Again,

12   same question.

13        A.    Pretty similar to Jacob.  She is--so I get a

14   lot of anxiety when I drive now, and she's one of my

15   point of contacts if I have a panic attack driving.

16        Q.    What is it about driving that makes you have

17   a panic attack?

18        A.    It's the uncertainty.  I am very anxious

19   around police presence, especially by myself, and

20   even seeing a police car like makes my anxiety

21   heighten.  I try not to drive very much.

22        Q.    Okay.  Robin McGinn?

23        A.    She was my manager at InStyle.  I was

24   supposed to go back to work a week after I was

25   arrested, and she gave me a few months extra leave to

Defendants' Appendix 45

1    heal and process.

2        Q.    And did you eventually go back to work at

3    InStyle?

4        A.    Yeah.  I only went back to two days a week.

5        Q.    And then how long did you work there until

6    you went to Supercuts?

7        A.    Probably like four--five months.

8        Q.    Catherine Lewin?

9        A.    Yeah.  They are my--well, they were my

10   supervisor at CCI.  I was doing voter registration

11   work in the River Bend Neighborhood.  I ended up

12   having multiple panic attacks while canvassing, and I

13   had to resign from that job.

14       Q.    What was triggering your panic attacks?

15       A.    Just talking, like we were--one of a lot

16   of things that we talked about is police presence,

17   especially in those neighborhoods, and I was talking

18   to Catherine, because we did like an emotional

19   check-in about my deposition coming up and how I was

20   anxious to revisit what happened to me.

21       Q.    Okay.  And Faustina Foote?

22       A.    She is my sister.

23       Q.    And what will she be able to testify to?

24       A.    She would be able to testify to the effect

25   that it had on me, the panic attacks.

Defendants' Appendix 46

1      Q.    How often do you have these panic attacks?

2      A.    At least once a week.

3      Q.    Before this arrest did you have panic

4  attacks?

5      A.    No.  Before this I had panic--I didn't have

6  a panic attack until since like 2014 when my mom

7  passed away.

8      Q.    So from 2014--and obviously I'll be looking

9  at your medical records.  It's your testimony that

10 from 2014 until May of 2020 now, you had not had a

11 panic attack?

12     A.    No.

13     Q.    Okay.  Holly Elaine picked you up from jail

14 and also "aware of impact on Denver."

15           How is she aware of the impact on you?

16     A.    So she was there when I was released from

17 jail, and she lives pretty close to me, so she was

18 somebody that kind of helped me right after the fact.

19 She was a really good support system.

20     Q.    Okay.  Patrick Stahl, same question.

21     A.    He is part of Des Moines Mutual Aid, and

22 they were doing jail support.  When I was released

23 from jail, he asked me some questions about what

24 happened.  I showed them my bruising, and they gave

25 me some like water, and they had--I think it was like

Defendants' Appendix 47

1    that mixture for Mace, or whatever.  They put it on

2    my wounds--my wrists for me because they were

3    swollen.  Des Moines Mutual Aid has been really

4    helpful throughout this whole process.

5        Q.    Okay.  All right.  I'm going to have you

6    flip to Exhibit D, Interrogatory 12, which is on

7    page 16.

8        A.    (Witness complies.)

9        Q.    That last bullet point there, "Jacob Grobe

10   and Miranda Nicolai were nearby.  They were standing

11   on the sidewalk observing what was going on.  I was

12   starting to walk back to the car when the officers

13   came down 3rd."

14           Is it your testimony that they actually

15   witnessed your arrest?

16       A.    They did not.

17       Q.    Where were they instead?

18       A.    When I was arrested, Jacob had run across

19   the street down 3rd, and Miranda, I am not sure where

20   she ran, exactly, but she was arrested and tackled to

21   the ground in the intersection.

22       Q.    Okay.  I think we're done with your

23   interrogatories for now.

24           I'm going to have you go back to your

25   petition, which is Exhibit B, and we're going to go

Defendants' Appendix 48

1    to paragraph 31, which is on page 6.

2        A.    (Witness complies.)

3        Q.    It says, "When police arrived, the

4    individuals who were breaking into Hy-Vee immediately

5    dispersed."

6              Now, you testified earlier--and tell me if

7    I'm wrong--that you actually didn't have a vantage

8    point on Hy-Vee.

9        A.    Yes.

10       Q.    So how do you know that?

11       A.    I don't know that.

12       Q.    Okay.  So that statement in your petition,

13   you can't say that's true?

14       A.    Yeah.  I did not witness that.

15       Q.    Okay.  Then on paragraph 32, "Around 2:45

16   Ms. Foote was on 3rd Street walking back to her car

17   to leave."

18             And you're saying that's an accurate

19   statement?

20       A.    Yes.

21       Q.    Okay.  So that would put you right at the

22   corner of the parking ramp and 3rd Street, or Court

23   and 3rd; right?

24       A.    Yes.

25       Q.    And it's your testimony that you were

Defendants' Appendix 49

1  walking back to your car?

2       A.   Yes.

3       Q.   Alone?

4       A.   Yes.

5       Q.   Which side of the street were you on?

6       A.   It was on the street with Annie's Irish Pub,

7  so across from the parking garage.

8       Q.   So that would be the west side of 3rd Street?

9       A.   Yes.

10      Q.   Okay.  All right.  I'm going to take you

11 back to that map, please.  So if I'm correct, you

12 indicated that you went from Court at this first road

13 on the riverside, you're walking down the north side

14 of Court Avenue--

15      A.   Uh-huh.

16      Q.   --and you get to 3rd Street; right?

17      A.   Yes.

18      Q.   And you cross over to the Annie's side of

19 the street instead of walking on the east side;

20 right?

21      A.   Yeah.

22      Q.   And then you're just walking by yourself

23 north?

24      A.   I didn't get very far.

25      Q.   Okay.  So let's mark with a 3 how far you

Defendants' Appendix 50

1  got.

2      A.    Right there.  I probably got like 25,

3  30 feet before the cops came down the street--

4      Q.    Okay.

5      A.    --and out the alleyway.

6      Q.    And what did you do at that point?

7      A.    I remember--I was walking down the street.

8  I remember like there was a nook.  I remember going

9  in there and being like this isn't safe.  I was so

10 scared and anxious, and so I stepped outside of the

11 nook, and I was expecting them to just say, "You're

12 under arrest.  Get down."

13     Q.    Okay.  So you went into the nook, and then

14 you came out of the nook?

15     A.    Yes.

16     Q.    Okay.  And at that point do you have eyes on

17 Miranda or Jacob?

18     A.    No.

19     Q.    Okay.  And so if I remember, again, you

20 decided to leave at that time because of what reason?

21     A.    Because I was tired of waiting for them.

22     Q.    Okay.  So it's not because you saw police?

23     A.    I did not see police when I decided to

24 leave.  It wasn't until I turned around and started

25 walking.

Defendants' Appendix 51

1        Q.    Okay.  And were you concerned about the

2    activities that were going on around you at that

3    point?

4        A.    Yes.

5        Q.    What kinds of things were you concerned

6    about?

7        A.    Just like I've never seen criminal activity,

8    I guess, to that extent.

9        Q.    And which stuff are we talking about?

10       A.    The breaking of the windows.

11       Q.    Did you see firecrackers going off?

12       A.    No.

13       Q.    Did you hear any going off?

14       A.    No.

15       Q.    Did you see people approaching cars that

16   were trying to drive through intersections?

17       A.    No.

18       Q.    Did you see traffic not being able to get

19   through intersections?

20       A.    No.

21       Q.    You didn't see people blocking the

22   intersections because they were standing in them?

23       A.    No.  So when I did drive down Court and

24   turned to park, there were people in the

25   intersection, but they moved out of my way.

Defendants' Appendix 52

1    Q.    Okay.  And aside from the trash cans that

2   were obviously blocking traffic--

3    A.    Uh-huh.

4    Q.    --no firecrackers, and you didn't see

5   anybody obstructing traffic because of their

6   placement?

7    A.    No.

8    Q.    So it was just the window-breaking that was

9   disturbing to you?

10    A.    Yes.

11    Q.    And no police presence at that point?

12    A.    No, not that I saw.

13    Q.    Okay.  Let's look at paragraph 37 of

14   Exhibit B.

15    A.    (Witness complies.)

16    Q.    "Ms. Foote stopped walking and waited for

17   the officers to pass."

18          That's accurate?

19    A.    Yes.

20    Q.    And did you stop walking right outside the

21   nook?

22    A.    Yeah.  I just stood there.

23    Q.    Did you say anything to the officers?

24    A.    No.

25    Q.    Okay.  Then we've got paragraph 43 on 7.

Defendants' Appendix 53

1   "With no warning, John Doe 1 walked by Ms. Foote and

2   sprayed her in the face with pepper spray."

3        That's correct?

4        A.   Yes.

5        Q.   Okay.  And you don't have any idea who

6   John Doe 1 is?

7        A.   No.

8        Q.   And you can't testify today that that was a

9   Des Moines police officer, can you?

10       A.   No.

11       Q.   And what were the effects of the pepper

12  spray?

13       A.   It burned.

14       Q.   Okay.  Do you know how long he pepper-

15  sprayed you?

16       A.   It was very--he was still walking.  It was

17  very quick.  It was like a pass-by.

18       Q.   And did you have your goggles on at that

19  time?

20       A.   No.

21       Q.   Did you have your goggles with you at that

22  point?

23       A.   They were in my bag.

24       Q.   Okay.  And then we're going to go to

25  paragraph 45.  "Defendant Holtan"--that's

Defendants' Appendix 54

1    Brandon Holtan--"then approached Ms. Foote and

2    sprayed her again in the face with pepper spray."

3              So your eyes were already burning at that

4    point?

5         A.    Uh-huh, yes.

6         Q.    And how long did he spray you?

7         A.    It seemed very short.

8         Q.    Okay.  And did you notice a difference

9    between the previous spray and that spray or was it

10   still burning?

11        A.    It was still burning.  The second time it

12   mostly just got on my mask that I was wearing.  I

13   remember breathing it in.

14        Q.    Okay.  So the first guy that sprayed you,

15   where did that hit you?

16        A.    Just in the eyes, mainly.

17        Q.    So that burned your eyes more?

18        A.    Yes.

19        Q.    Okay.  And then the second pepper spray you

20   were breathing it in more?

21        A.    Uh-huh.

22        Q.    Is that fair to say?

23        A.    Uh-huh, yes.

24        Q.    Did that affect your throat?

25        A.    Yes.

Defendants' Appendix 55

1     Q.    Tell me a little bit about that.

2     A.    It just burned and hurt like a sore throat

3  or like when you have a really bad sinus infection.

4     Q.    And then 46, "Defendant Brandon Holtan

5  pushed Ms. Foote back into a wall with his riot

6  shield."

7           So tell me a little bit about that in terms

8  of your positioning and his positioning.

9     A.    So I was standing like outside the nook, and

10 he sprayed me with pepper spray, and then he pushed

11 me.  I was just--I was stunned because I just

12 expected to be told I was under arrest and to get

13 down.  I was just standing there, so I wasn't

14 expecting that kind of force.

15    Q.    So aside from your expectations, what I'm

16 asking you is positionally where you were.  So were

17 you facing him?

18    A.    Yes.  I was facing like northeast, and they

19 were coming down west.

20    Q.    You were facing northeast.  Okay.  So

21 looking like towards the Federal Building?

22    A.    Towards like the parking garage.

23    Q.    Okay.  And they were coming this way?

24    A.    Uh-huh.

25    Q.    And was he in front of you when he pepper-

Defendants' Appendix 56

1    sprayed you?

2        A.    I couldn't see.

3        Q.    So you didn't see him specifically spray

4    you?

5        A.    It came pretty quickly before his shield.

6        Q.    Okay.  And so if we're saying that he has a

7    shield in one hand and pepper spray in the other, he

8    doesn't have free hands to grab you; is that right?

9        A.    Yes.

10        Q.    So he pushes you back with his shield.  Yes?

11        A.    Yes.

12        Q.    Okay.  And you were actually pressed into

13    the wall or into the nook?

14        A.    Yes.

15        Q.    Which?

16        A.    I believe it was the nook.  I remember

17    feeling the metal bars and not a wall.

18        Q.    Okay.  Did he say anything when he sprayed

19    you?

20        A.    No.

21        Q.    Did he say anything when he pushed you

22    backward?

23        A.    No.

24        Q.    Were you saying anything?

25        A.    No.

Defendants' Appendix 57

1       Q.    And when did you notice Defendant Herman,

2  Adam Herman?

3            It says in paragraph 47 of Exhibit B,

4  "Defendant Herman also pushed Ms. Foote back into the

5  wall with his shield."

6       A.    Yes.  When I felt both of them.

7       Q.    Were you already against the wall?

8       A.    Yes.

9       Q.    And then Officer Herman came and pushed you

10 more into the wall?

11      A.    They kind of like boxed me in.

12      Q.    With their shields?

13      A.    Yes.

14      Q.    And did they have physical contact with you

15 with the shields?

16      A.    Yes.

17      Q.    Both of them?

18      A.    Yeah.  It was like they were blocking me

19 into the wall.

20      Q.    That's not what I'm asking.  The shields

21 were physically touching you?

22      A.    Yes.

23      Q.    Both of them?

24      A.    Yeah.

25      Q.    And at that point your back is to that

Defendants' Appendix 58

1   grate?

2       A.    Uh-huh, yes.

3       Q.    And you could see both officers at that

4   point?

5       A.    It was dark; but, yes, I knew that there was

6   two officers there.

7       Q.    And even with the pepper spray in your

8   eyes--

9       A.    Yes.

10      Q.    --you could see two officers?  You could see

11  clearly?

12      A.    Not clearly.

13      Q.    Did you have your glasses on?

14      A.    Yes.

15      Q.    So then we have 48, "Defendant Herman then

16  struck Ms. Foote multiple times with his baton."

17            How do you know it was Officer Herman, how

18  do you know it was a baton, and where did he strike

19  you?

20      A.    The reason I know it was Officer Herman was

21  from his use-of-force paper that he filed like

22  afterwards, and he hit me first in my right thigh, in

23  my ribs, my arm.

24      Q.    This is while you're still standing?

25      A.    Yes.

Defendants' Appendix 59

1      Q.   Ribs?

2      A.   Yes.

3      Q.   Right shoulder?

4      A.   Yes.  My right thigh.

5      Q.   So where is Holtan and where is Herman?

6      A.   Herman would have been on my right side, but

7   I can't say for sure.

8      Q.   So to your right-side ribs?

9      A.   Yes.

10      Q.   Right-side arm?

11      A.   Yes.

12      Q.   Shoulder?

13      A.   Yes.

14      Q.   And right-side thigh?

15      A.   Yes.

16      Q.   And I'm just trying to understand this

17   because he's got his shield up still at that point?

18      A.   I'm not sure.

19      Q.   Okay.  And are you saying anything during

20   this time?

21      A.   I remember when he hit me the first time I

22   said, "Stop.  I'm not resisting."

23      Q.   Okay.  So you waited until getting hit with

24   the baton to say you weren't resisting?

25      A.   Yes.

Defendants' Appendix 60

1    Q.    How long did the baton strikes last in terms

2 of time?

3    A.    Maybe like 20 seconds.  It's hard to say.

4    Q.    Okay.  And do you remember in what order?

5    A.    It was my thigh, my rib, and then my arm.

6    Q.    Okay.  How are you certain that it was a

7 baton and not something else that hit you in the leg?

8    A.    It felt like a baton.  I don't know if a

9 shield could do that, make such a blunt force.

10    Q.    What about a knee?  Would you say they were

11 struggling with you?

12    A.    No.

13    Q.    They weren't being physical with you?  I

14 mean what's the difference?

15    A.    They were being physical with me.

16    Q.    So could it have been an elbow?

17    A.    Can you explain?

18    Q.    Instead of a baton.  How would you know the

19 difference between an elbow and a baton, for example?

20    A.    It didn't feel like an elbow.

21    Q.    So you've been elbowed before?

22    A.    By my sister.

23    Q.    And kneed?  Have you been kneed before?

24    A.    No.

25    Q.    So your testimony today is that you are

Defendants' Appendix 61

1  certain that it was a baton that hit you three times?

2      A.    Yes.

3      Q.    But you couldn't see it?

4      A.    Yes.

5      Q.    You could see it?

6      A.    No, I could not see it.

7      Q.    All right.  Paragraph 49, "Defendants Herman

8  and Holtan beat Ms. Foote to the ground with their

9  shields and baton."

10          Is this the same thing you're referring to

11  or is this more?

12      A.    It's the same.

13      Q.    So those three strikes that you recall with

14  the baton?

15      A.    Yes.

16      Q.    And then the shoving with the shields?

17      A.    Uh-huh.

18      Q.    So those are the things that ended up taking

19  you to the ground?

20      A.    Yes.

21      Q.    There was not additional contact?

22      A.    No.

23      Q.    All right.  Paragraph 50 says, "Ms. Foote

24  was not resisting and she repeatedly stated, 'I am

25  not resisting' as she was hit by Defendants Holtan

Defendants' Appendix 62

1  and Herman."

2          Is that more times than what you just told

3  me that you said?

4      A.   Yes.

5      Q.   How many times, do you think?

6      A.   I remember saying it when I was standing

7  when they were hitting me, I remember saying it as I

8  fell to the ground, and I remember saying it as I was

9  laying on the ground.

10     Q.   So you fell to the ground as a result of

11 them using their shields and hitting you with the

12 baton?

13     A.   Yes.

14     Q.   And how long between the time that

15 Officer Holtan first gets in contact with you,

16 sprays, and you're on the ground and you're

17 handcuffed?  About how long is that for you?

18     A.   A few minutes; about three, five minutes.

19     Q.   So three to five minutes to spray you, put

20 you in a cubby, and then you immediately fall to the

21 ground, you said.

22     A.   Yes.

23     Q.   And then it takes them another three to five

24 minutes or three minutes to get handcuffs on you?

25     A.   Yes.  I remember laying on the ground for a

Defendants' Appendix 63

1    while.  Somebody came up, and they're like, "Oh, I'm

2    either the manager or the owner of Annie's Irish Pub.

3    I need to get in there," because we were right in

4    front of--the nook is like the employee entrance.

5        Q.    So the owner of Annie's or somebody who

6    works there said they needed to get over you and get

7    into the pub?

8        A.    Yeah, and lock it up.

9        Q.    Okay.  That's interesting.

10            So at that point you weren't handcuffed?

11       A.    No.

12       Q.    You were laying on the ground and they left

13   you unhandcuffed for a while?

14       A.    Yes.

15       Q.    Were they standing right around you?

16       A.    One of the officers was standing.  The other

17   one had his knee and his shield on my back, or like

18   his shield was like on the side of me.

19       Q.    Okay.  And then a knee in your back that was

20   holding you down?

21       A.    Yes.

22       Q.    Was that painful?

23       A.    Yes, but not as painful as the hits.

24       Q.    Okay.  And so at some point--we're talking

25   three to five minutes.  Within three to five minutes

Defendants' Appendix 64

1    you're zip-tied with your wrists?

2        A.    Yes.

3        Q.    And you don't know if that was Holtan or

4    Herman?

5        A.    No.

6        Q.    Do you know if it was Holtan or Herman?

7    Could it have been any other officer?

8        A.    No.  My glasses fell off.

9        Q.    So you don't know who it was?

10       A.    No.  But I heard their voices, so I knew it

11   was the same officers.  There was no new voices.

12       Q.    Okay.  So paragraph 51, "Either Defendant

13   Holtan or Defendant Herman smashed his knee into

14   Ms. Foote's back as she laid on the ground."

15             So you know that was a knee?

16       A.    Yes.

17       Q.    But you couldn't see this?

18       A.    Yes.

19       Q.    And was it placed there or was he giving you

20   a knee strike?

21       A.    What's the difference?

22       Q.    Well, a knee strike is like a kick, but with

23   a knee.

24       A.    It was just like holding me down with his

25   knee.

Defendants' Appendix 65

1       Q.      Then paragraph 53, "Either Defendant Holtan

2    or Defendant Herman stomped on Ms. Foote's eyeglasses

3    and shattered them."

4            Did you see someone stomp on them?

5       A.      Yes.  I remember my face was on the ground,

6    and I opened my eyes, and I could see my glasses

7    laying in front of me.  I saw an officer's like boot

8    or shoe, or whatever, like step on my glasses.

9       Q.      It says "stomped on," so that seems

10   different to me, stepped on and stomped on.  Would

11   you agree that those are different terms?

12      A.      It seemed with force.

13      Q.      So it's your testimony that an officer

14   purposely stomped on your glasses?

15      A.      I don't know how he could have missed my

16   glasses being on the ground.

17      Q.      Have you seen the riot gear that the police

18   officers wear?

19      A.      Yes.

20      Q.      So it's your testimony that they purposefully

21   stomped on your glasses?

22      A.      I can't say for sure.

23      Q.      So it could have been an accident?

24      A.      Yes, but with how they treated me before

25   arresting me, I would not be surprised.

Defendants' Appendix 66

1    Q.    So you're reading into their intent based on

2    the arrest that they made.  Yes or no?  I mean you

3    just said based on their previous behavior, that's

4    why you're assuming that they stomped on your

5    glasses.

6    A.    Yes.

7    Q.    But you don't know that?

8    A.    Yes.

9    Q.    Correct?

10    A.    Yes.

11    Q.    All right.  We're going to switch back to

12    your interrogatories again.  That's Exhibit D.  I'm

13    going to have you flip back a little bit.  This is

14    going to Interrogatory 7, which is on page 11--10,

15    actually, it starts on.

16    A.    (Witness complies.)

17    Q.    You talk about having severe anxiety and

18    depression in middle school.  That's under your

19    subparagraph (b) in your answer.

20          What caused that?

21    A.    I had alcoholic parents.

22    Q.    Okay.  And lots of people have alcoholic

23    parents.  Tell me what caused the anxiety with that.

24    A.    My parents were not good parents, I guess.

25    My dad was very verbally abusive.  My mom was a

Defendants' Appendix 67

1  chronic alcoholic.  She died of cirrhosis of the

2  liver.  And growing up without parents being there

3  was really hard.

4      Q.   Okay.  Your answer says it resolved.  When

5  did that severe anxiety and depression resolve?

6      A.   I think I grew around my trauma growing up

7  into an adult.

8      Q.   The question was when.

9      A.   So I tried to commit suicide, and it didn't

10 happen.  My nephew was born, and he kind of like

11 saved my life.

12     Q.   Okay.  Tell me when that was.

13     A.   He was born in 2014.

14     Q.   Okay.  Is that when you also tried to commit

15 suicide?

16     A.   It was before that, in like 2013.

17     Q.   Okay.  Through what means did you try to

18 commit suicide?

19     A.   I tried to overdose.

20     Q.   Okay.  And when you say it didn't happen,

21 did you end up in the hospital?  What happened to

22 you?

23     A.   No.  I ended up--so I was still with my

24 parents.  My dad was on a methamphetamine bender, so

25 he was like sleeping for multiple days, so it ended

Defendants' Appendix 68

1    up I just laid in bed, basically, for three days

2    recovering.

3         Q.    So not just alcoholic parents, but

4    methamphetamine as well?

5         A.    Yes.

6         Q.    When you had severe anxiety and depression,

7    did you take any medication?

8         A.    I took Xanax in high school for about a

9    year.

10        Q.    Okay.  Did you go to counseling at all?

11        A.    I went through the school counseling because

12   my anxiety was affecting my schoolwork.

13        Q.    How long did you take Xanax?

14        A.    About a year.

15        Q.    Did you ever go on any mental health

16   medications after that?

17        A.    No.

18        Q.    How about counseling or therapy, any after

19   that?

20        A.    No, just after the event last year is when I

21   started going to therapy.

22        Q.    Did you engage in self-harm?

23        A.    Yes.

24        Q.    And when was that?

25        A.    Probably when I was a preteen up until like

Defendants' Appendix 69

1    a year after high school.  When I turned 18, I got a

2    tattoo, and that's when I stopped.

3        Q.    Okay.  So how old are you now?

4        A.    Twenty-five.

5        Q.    Okay.  So seven years since self-harm?

6        A.    Yes.

7        Q.    Okay.  We're going to turn to Interrogatory

8    13, which is on page 17.

9        A.    (Witness complies.)

10        Q.    You speak about your back injury, and I've

11    seen in some of your other answers that you have

12    scoliosis; is that right?

13        A.    Yes.

14        Q.    What's the status of your current back

15    injury?

16        A.    So I have my one-year evaluation tomorrow,

17    so I've been going to the chiropractor for a year for

18    my scoliosis that was inflamed.

19        Q.    Okay.  And how often do you see the

20    chiropractor?

21        A.    I started by going three times a week, but

22    now I'm down to one time a week.

23        Q.    Okay.  And when I say "status," I don't

24    necessarily mean the medical evaluation, but what,

25    from your experience, is the status?

Defendants' Appendix 70

1      A.     It's gotten better with chiropractic help.

2  It still hurts, but not as bad.

3      Q.     Okay.  And your mental health, which is the

4  next bullet, what's the status of your mental health

5  injury?

6      A.     It's debilitating.  I was in a really good

7  mental health place before May 30th.  I finished

8  school.  I was going to go into the workforce full

9  time.  I had a great partner, a great apartment, and

10  now I can like barely keep a job.

11      Q.     You still have the same apartment?

12      A.     Yes.

13      Q.     Still have the same partner?

14      A.     Yes.

15      Q.     Still the same car?

16      A.     Yes.

17      Q.     Okay.  We're going to flip to 16, which is

18  on page 21.

19      A.     (Witness complies.)

20      Q.     And the answer says, "Denver's anxiety/PTSD

21  caused her to avoid driving herself (except to and

22  from work) until approximately August 2021."

23           So it's your testimony that from June 1st of

24  2020 until August 2021 you did not drive anywhere

25  except to and from work?

Defendants' Appendix 71

1    A.    Yes.  I drove to visit my sister once.  I

2  ended up having a panic attack on the interstate, and

3  I would not drive a long distance without my partner.

4    Q.    Okay.  That's not my question.

5          This says that you avoided driving.  It

6  caused you to avoid driving yourself except to and

7  from work until August of 2021.  So my question is,

8  are you saying under oath today that you have not

9  driven yourself from June 1st of 2020 to August 2021

10  except to and from work?

11    A.    Yes.  Well--

12    Q.    Except the one trip?

13    A.    Except the one trip, and then there is--when

14  I thought I was doing good, I went to the grocery

15  store, and I ended up having a panic attack, so those

16  two events caused me to avoid driving.

17    Q.    Okay.  So two events other than just to and

18  from work?

19    A.    Yes.

20    Q.    So I'm not going to see anything else that

21  you drove to?

22    A.    By myself.

23    Q.    By yourself?

24    A.    Yes.

25    Q.    So that's my question.  So you would drive

Defendants' Appendix 72

1    places; just not by yourself?

2        A.    Yes.

3        Q.    Okay.  So you were driving.  You just had to

4    have somebody with you.

5        A.    Yes.

6        Q.    Okay.  So two times you drove by yourself,

7    other than to and from work?

8        A.    Yes.

9        Q.    And then you drove to and from work by

10   yourself?

11       A.    Yes.

12       Q.    And then you drove other places, but you had

13   other people with you?

14       A.    Yes, or I had somebody drive for me.

15       Q.    Okay.  What about your soft tissue injury?

16   What's the status of that?

17       A.    It hurts.  I'm supposed to--my chiropractor

18   recommended me to go to physical therapy for it.

19       Q.    And are you?

20       A.    No.

21       Q.    Why not?

22       A.    I can't afford it.

23       Q.    You don't have health insurance?

24       A.    No.  I have Medicaid through the state, but

25   it doesn't cover it.

Defendants' Appendix 73

1    Q.    Okay.  Your answers to Interrogatory 16 also

2  say that you don't ride a bike as much.  It causes

3  you pain.  So what pain does riding a bike cause you?

4    A.    It causes me lower back and hip pain.  It

5  inflames my sciatic nerve.

6    Q.    And your testimony is that's all related to

7  your arrest?

8    A.    Yes.  Before my arrest, I was going on bike

9  rides around town, and I haven't brought my bike out

10  since.

11    Q.    Okay.  How often would you go on bike rides

12  before?

13    A.    Before?  When I lived in Clear Lake I would

14  bike to the grocery store to get groceries.  The fall

15  of 2019--or was it early--it was early 2020.  Jacob

16  and I went on like a five-mile bike ride around town.

17    Q.    Do you still have your bike?

18    A.    Yes.

19    Q.    Have you tried to ride?

20    A.    Yes.

21    Q.    And what happened?

22    A.    It hurts.  I just tried a short bike ride.

23  The rose garden is pretty close, and the bike trail

24  is there.

25    Q.    So you just tried once?

Defendants' Appendix 74

1      A.    Yeah.

2      Q.    And when was that?

3      A.    Earlier this summer.

4      Q.    All right.  It says you also have trouble

5   carrying heavy things.

6      A.    Yes.

7      Q.    What do you mean by heavy?

8      A.    So just lifting.  Like I baby-sit a

9   four-year-old.  I can't really pick him up.  My

10  nephew, I can't really keep up and pick him up.

11     Q.    And why is that?  What prevents you from

12  doing that?

13     A.    My back pain.  So when I lived in Clear Lake

14  and I worked for One Vision, a part of my job was

15  moving furniture, and I did that like with no pain

16  and no problem.

17     Q.    Okay.  Have you ever been in a car accident?

18     A.    Not a car accident.  I was pushed off the

19  interstate in 2019, but it didn't leave me with any

20  like trauma, or anything.

21     Q.    Who were you pushed off the interstate by?

22  In a car?

23     A.    Yes.  The person was texting and driving.

24     Q.    So just got close to you enough that you--

25     A.    Yeah.  It was during the winter, so they got

Defendants' Appendix 75

Case 4:21-cv-00043-SBJ   Document 35-2   Filed 12/27/21   Page 76 of 1148

1   like halfway into my lane, and I hit black ice and

2   went off the road.

3       Q.   So did you crash into anything?

4       A.   No.

5       Q.   Okay.  We're going to flip to Interrogatory

6   20.

7       A.   (Witness complies.)

8       Q.   All right.  "When Denver was near the

9   courthouse...she heard (but did not see) someone

10  break glass in the courthouse."

11          So you're pretty certain it was in the

12  courthouse?

13      A.   I believe it was the old courthouse because

14  I saw the officers walk up and like stand there, so

15  that's why I believe it was the courthouse.

16      Q.   And how far away were you from that, do you

17  think?

18      A.   Like 50 feet.

19      Q.   And were you on Cherry Street there or were

20  you on the lawn?

21      A.   I was on Cherry Street.

22      Q.   In the intersection or in front of the

23  courthouse?

24      A.   In the street.

25      Q.   But like where in relation to the

Defendants' Appendix 76

1    Historic Courthouse?

2         A.    In between the two intersections, so I was

3    like in the middle.  I don't know how to explain

4    that.

5         Q.    So there is the street between the

6    Historic Courthouse and the glass courthouse.

7              Do you know what I'm talking about?

8         A.    Oh.  I could see the Historic Courthouse.  I

9    was on Cherry.

10        Q.    Okay.  And so I'm just going to say you also

11   witnessed people break windows on Court Avenue.  Is

12   that at the parking garage or was there more than

13   that that you actually witnessed?

14        A.    It was when I went back to Court Avenue

15   after I had left, when I was walking down and I saw

16   people break the windows at Spaghetti Works.

17        Q.    Okay.  That's when you came back?

18        A.    Yes.

19        Q.    Okay.  And before you left, though, you

20   witnessed people breaking glass at the--

21        A.    Parking garage.

22        Q.    --parking garage?

23        A.    Yes.

24              MS. MACKEL-WIEDERANDERS:  We have about

25   another hour, two hours, hour-and-a-half, maybe, so I

Defendants' Appendix 77

1  don't know if you want to take a break and maybe do

2  the last bit then.  What are you feeling?

3        MS. MESSAMER:  That's fine with me.

4        (Short recess.)

5  BY MS. MACKEL-WIEDERANDERS:

6     Q.   I want to circle back on a couple of

7  questions that came to me.

8        You had stated, I believe--and tell me if

9  you think I'm misstating this--that you expected the

10 officers to tell you either to get on the ground or

11 that you were under arrest.

12    A.   Yeah.

13    Q.   Why did you expect that?

14    A.   Movies, I guess.  I grew up watching Cops,

15 so I thought that was the first thing they would say.

16 "Get on the ground.  You're under arrest."

17    Q.   Why was it your expectation that they would

18 think you should be arrested?

19    A.   Because there were so many officers, and I

20 know that they were there to arrest people, probably.

21    Q.   Why?  Why do you think they were there to

22 arrest people?

23    A.   Because of the windows being broken.

24    Q.   Okay.  So you acknowledge that's why the

25 police were down there.

Defendants' Appendix 78

1       A.    Yes.

2                         (Defendant's Exhibit E was

3                         marked for identification.)

4   BY MS. MACKEL-WIEDERANDERS:

5       Q.    Okay.  I'm going to show you what's marked

6   as Exhibit E, and I'm going to give you a little bit

7   of background on this.

8             We believe, based on surveillance footage,

9   video from various news sites, that we've been able

10  to find photos of you and video of you.

11      A.    Okay.

12      Q.    So basically I want you to be able to tell

13  me, when we look at these photos, if you can say

14  definitively that this is not you in these videos.

15  Okay?

16            First question, though, is, did you have a

17  sign with you during your earlier protest?

18      A.    Yes.

19      Q.    What did that sign say?

20      A.    "A riot is language of the unheard.  Are you

21  listening now?"  It's a MLK quote.

22      Q.    Okay.

23      A.    And then the other--it was two-sided.  One

24  side, and then the other side said, "A badge is not a

25  license to kill."

Defendants' Appendix 79

1          MS. MACKEL-WIEDERANDERS:  All right.  And

2    the pages are numbered here, and most of them have a

3    label on the top also.

4          Gina, here's a copy for you.

5    BY MS. MACKEL-WIEDERANDERS:

6     Q.   We're looking at Exhibit E, page 1.  Now, if

7    you can set it down there, I'm looking there.

8     A.   Yeah.

9     Q.   Can you say definitively that that is you or

10   it is not you?

11    A.   Yes, that is me.

12    Q.   That is you.  Okay.  So that looks like the

13   black pants, black jacket, probably a little--

14    A.   Red bandana.

15    Q.   --view of the red bandana, and your Pumas,

16   black and white Pumas.

17    A.   Yes.  And that looks like Jacob right next

18   to me.

19    Q.   To your right--

20    A.   Uh-huh.

21    Q.   --as you're looking at the picture?

22    A.   Yeah.

23    Q.   Does that look like Cherry Street to you?

24    A.   Yes.

25    Q.   And so facing this photo, on the right would

Defendants' Appendix 80

1   be the Historic Courthouse?

2       A.   Yes.

3       Q.   And on the left would be the glassy

4   courthouse or criminal courthouse?

5       A.   Yes.

6       Q.   So we feel confident that that's you.  And

7   it says that that's around 9:45.  Does that sound

8   right-ish?

9       A.   Yes.

10      Q.   So it's not out of the realm?  It's probably

11  close in time, 9:45, that you were at the courthouse?

12      A.   Yes.

13      Q.   Okay.  And do you recall where the police

14  line was?

15      A.   In front of the glass criminal building.

16      Q.   Okay.  Do you have any idea why the police

17  were in front of the glass?

18      A.   I have no idea.  Probably to protect the

19  property.

20      Q.   So you could make that assumption, you feel

21  like?

22      A.   Yes.

23      Q.   Okay.  All right.  Let's move to page 2.

24      A.   (Witness complies.)

25      Q.   This is a video from Channel 8.  Again, you

Defendants' Appendix 81

1   can see right here, I'm pointing to this white sign.

2   Can you say definitively that that's you?

3       A.   Yes.

4       Q.   Okay.  Let's go to page 3.

5       A.   (Witness complies.)

6       Q.   This is a photograph from *The Des Moines*

7   *Register* of some people walking through--well, people

8   walking all over the place, but I'm focused on the

9   crosswalk and you in the center, I believe.

10          Would you agree that that's you?

11      A.   Yes.

12      Q.   And I just want to kind of put this in time

13  now.  So you can see the Capitol behind you; right?

14      A.   Yes.

15      Q.   Okay.  So is this after the tear gas was

16  shot out at the Capitol?

17      A.   Yes.

18      Q.   And you're heading down Court Avenue?

19      A.   Yes.

20      Q.   Okay.  And if I recall correctly, you said

21  you weren't sure where you were going, but you just

22  wanted to go where other people were going, so you

23  were following the crowd.

24      A.   Yes.

25      Q.   Okay.  And is that Jacob next to you?

Defendants' Appendix 82

1    A.    Yes.

2    Q.    And Jacob has his goggles on there.

3    A.    Yes.

4    Q.    It doesn't look like you have yours on.

5    A.    No.

6    Q.    And you still had them with you at that

7  point?

8    A.    They were in my bag.

9    Q.    Okay.  All right.  Let's move to page 4.

10    A.    (Witness complies.)

11    Q.    Now, I know this is hard to see, but we

12  believe that those two people marked with the

13  arrow--and if you can see, right here is where the

14  garbage cans were.

15         Do you believe it's possible that that's

16  you, or can you say, "Absolutely, I have no idea"?

17  This is about 2:31 in the morning.

18    A.    It could be us.  Time seems right.

19    Q.    Okay.  But obviously it's so tiny, I mean,

20  right, you can't be sure?

21    A.    Yes.

22    Q.    But it's possible that that's you at about

23  that time?

24    A.    Yes.

25    Q.    And you would have been walking with Jacob

Defendants' Appendix 83

1    towards that direction?

2         A.    Yes.

3         Q.    Okay.  Let's go to page 5.

4         A.    (Witness complies.)

5         Q.    Now, again, you testified earlier that you

6    saw, when you arrived at Court Avenue, a line of

7    trash cans in the street.

8         A.    Yes.

9         Q.    Does that appear like the line of trash

10   cans?  This is obviously a drone shot, but would that

11   be consistent with what you saw?

12        A.    Yes.

13        Q.    And you met up with, you said, Miranda right

14   at that corner?

15        A.    Yes, I believe.  I don't remember walking on

16   this side.  I remember, but--yes, I remember meeting

17   with Miranda at this intersection.

18        Q.    Okay.  And you said you were right there

19   where the trash cans were.

20        A.    Yes, I remember seeing those.

21        Q.    So that's consistent with your memory?

22        A.    Yes.

23        Q.    Okay.  Let's go to page 6.

24        A.    (Witness complies.)

25        Q.    Now, this is a shot that would have been

Defendants' Appendix 84

DEPOSITION OF DENVER FOOTE                    83

1    behind those trash cans, right, to the east?

2        A.    Yes.

3        Q.    Does that look like Miranda to you?

4        A.    Yes.  That looks like Miranda and Jacob.

5        Q.    I think I see a shoe probably right there.

6        A.    My little Puma.

7        Q.    So you would say you would agree that that's

8    probably you in that group?

9        A.    Yes.

10       Q.    Okay.  And so that's about 2:32 in the

11   morning.  That seems right and consistent with your

12   time recollection?

13       A.    Yes.

14       Q.    Okay.  Let's go to page 7.

15       A.    (Witness complies.)

16       Q.    Now, it's your testimony that you were

17   walking not on this side of the street; correct?

18       A.    Yes.

19       Q.    That you were walking on this side of the

20   street?

21       A.    Yes.

22       Q.    Okay.  I'm going to have you actually move

23   to page 9.

24       A.    (Witness complies.)

25       Q.    And I'm going to point you to this corner

Defendants' Appendix 85

1    where there's a little red arrow, and this is

2    actually on the opposite side of the street, and we

3    believe that that's actually you.

4            Can you say definitively that that is not

5    you?

6        A.    I cannot.

7        Q.    Okay.  Well, let's try to get something a

8    little clearer.  Let's go to page 10.

9        A.    (Witness complies.)

10       Q.    That's that same corner.

11       A.    Yes.  That looks like Miranda, Jacob, and

12   me.

13       Q.    So that's actually on the opposite side of

14   the street that you just testified you were on.

15       A.    Okay.

16       Q.    Okay.  So you're agreeing, then.  There's

17   Johnny's Hall of Fame.  That's the Spaghetti Works

18   side of the street.

19       A.    Okay.  So then this is where I must have

20   crossed the street.

21       Q.    Okay.  So we can agree, though, that your

22   testimony was incorrect.  You were actually on the

23   other side of the street at some point.

24       A.    Yes.

25       Q.    Okay.  So page 11, here we are again.  This

Defendants' Appendix 86

1   is crossing on Court Avenue across to Johnny's Hall

2   of Fame.  Okay?

3        A.    Yeah.

4        Q.    You're familiar with where Johnny's Hall of

5   Fame is?

6        A.    It's across from where all the clubs are.

7        Q.    Like Annie's and all of those clubs?

8        A.    The building that's right on this corner,

9   there's the two clubs that are right on top of each

10  other.

11       Q.    Okay.  Like Tonic and all of that are down

12  behind from the direction you would have walked?

13       A.    Yes.

14       Q.    Okay.  So now that we have this photographic

15  evidence, it's fair to say that you were actually

16  walking down Court, at least at some point, from

17  2nd Street to where Johnny's Hall of Fame is on the

18  south side of Court?

19       A.    Yes.

20       Q.    Okay.  And on page 12, can we agree again,

21  the red arrow that's pointing to you, would you agree

22  that's you?

23       A.    Yes.

24       Q.    Okay.  And we're here on the corner now of

25  the west side of that intersection of 3rd Street.

Defendants' Appendix 87

1       A.    Yes.

2       Q.    Okay.  All right.  And then on page 13,

3   again, you'll see that red arrow to the far left of

4   the picture, and I see a red bandana there.  Can you

5   agree that that's you or is it too hard to tell?

6       A.    I recognize Miranda, so it must be me.

7       Q.    So it's fair if we see Miranda and Josh, you

8   were probably in close proximity there?

9       A.    Jacob, yes.

10      Q.    I'm sorry.  Jacob.

11            I want to look at page 13 still.  That's at

12  2:35 in the morning, and 38 seconds.  We know this

13  because you can actually see the time stamp from the

14  downtown camera.

15            Where and when about this time have you

16  decided you want to leave?

17      A.    It was the entire walk.  When we got there,

18  I was ready to leave.  Like I said, I did not want to

19  go back down there, but the crowd of people moved

20  from Court and where The Hub is down, so that that's

21  when we followed them, and I remember just saying--

22  the only thing I remember saying is like I wanted to

23  leave.

24      Q.    Okay.  So I understand that you're saying

25  you wanted to be gone the whole time, but at some

Defendants' Appendix 88

1   point you made a decision and you said you walked

2   up--that's what your petition says--

3        A.    Yes.

4        Q.    --and your interrogatories say that you

5   started walking up 3rd Street, I believe.

6        A.    Yes, yes.

7        Q.    And when I say "up," I mean south on 3rd.

8              MS. MESSAMER:  Do you mean north?

9              MS. MACKEL-WIEDERANDERS:  North, is what I

10  meant, on 3rd.

11  BY MS. MACKEL-WIEDERANDERS:

12       Q.    Do you recall when in relation--here you are

13  standing at Johnny's Hall of Fame--at what point

14  relative to this you decided to turn around and start

15  heading north?

16       A.    When we were at Annie's Irish Pub, so we

17  must have crossed the street here.  We went down

18  the--Jacob and I--Miranda wasn't there--we went down

19  this like parking alley and then we went down the

20  alley by the Voodoo Lounge and Annie's Irish Pub, and

21  then we came back around to the corner, and that's

22  when I was like, "I'm leaving."

23       Q.    Okay.  Let's go step by step back.

24             Here we are at 2:35, and we know that you

25  were arrested around 2:45.

Defendants' Appendix 89

1      A.   Yes.

2      Q.   And we've got the exact time here, and we'll

3   get to that.  It's actually about 2:42.  So we're

4   standing here at Johnny's, and where do you go from

5   there?

6      A.   I believe we crossed the street.

7      Q.   When you say "crossed the street," you mean

8   crossed Court?

9      A.   Yes, across Court.

10      Q.   So you go, then, to the north side of Court?

11      A.   Yes.

12      Q.   Where do you go from there?

13      A.   We went down the parking alley in between

14   Annie's Irish Pub and the building next to that.  I

15   think it's Court Avenue Brewing.

16      Q.   Why would you take the alley?

17      A.   Because people got startled, or something,

18   and started to run, so then we, in turn, decided to

19   go away.

20      Q.   Okay.

21      A.   I think it was like we were following the

22   people that were there.

23      Q.   Okay.  So people started to run.  You don't

24   know why?

25      A.   No.

Defendants' Appendix 90

1        Q.    And so you started to run also?

2        A.    Yes.

3        Q.    And you're saying that you and Jacob and

4    Miranda ran together through the alley?

5        A.    I don't believe Miranda was there.

6        Q.    Okay.  You and Jacob ran through the

7    alley, but you don't know what you're running from

8    or to?

9        A.    Yes.

10        Q.    So sometime between 2:35 and when you get

11    arrested, you cross over and decide because other

12    people are running, that you're going to run also?

13        A.    Yes.

14        Q.    Okay.  So other people are all running from

15    this area?

16        A.    Yes.

17        Q.    Scattering?

18        A.    Yes.

19        Q.    From the site of, you know, glass breaking--

20        A.    Yes.

21        Q.    --and businesses being--

22        A.    Yes.

23        Q.    Could some of those people have been the

24    people who smashed into things?

25        A.    Yes.

Defendants' Appendix 91

1        Q.    Okay.  Now, just at the top of that photo in

2    the intersection, do you see a person there close to

3    a car?

4        A.    Yeah, yes.

5              MS. MESSAMER:  For the record, we're on

6    page 13; right?

7              MS. MACKEL-WIEDERANDERS:  Thirteen, yes,

8    yes.

9    BY MS. MACKEL-WIEDERANDERS:

10       Q.    And do you see a person who is outside of

11   the intersection there walking?

12       A.    Yes.

13       Q.    And over to the far right we see a bike

14   that's not in the intersection?

15       A.    Yes.

16       Q.    And I'm going to have you turn back to

17   page 10.

18       A.    (Witness complies.)

19       Q.    And, again, you indicated, I believe, that

20   that red arrow is pointing to you because you can

21   recognize Miranda and Jacob?

22       A.    Yes.

23       Q.    Now, you can see that there are people all

24   over the place, not in the crosswalks; right?

25       A.    Yes.

Defendants' Appendix 92

1    Q.   They're walking through the intersection

2 here?

3    A.   Yes.

4    Q.   All around you?

5    A.   Yep.

6    Q.   Do you see a gentleman right in front of

7 that car, in front of that headlight?

8    A.   Yes.  In the white shirt?

9    Q.   Yeah.  Do you see a flash in his hand?

10   A.   With the black outfit?

11   Q.   Yes, yes.

12   A.   Yes.

13   Q.   But it's your testimony you didn't see or

14 hear any fireworks going off?

15   A.   No.

16   Q.   All right.  I'm going to have you turn to

17 page 14.

18   A.   (Witness complies.)

19   Q.   Would you agree that that is you?

20   A.   Yes.

21   Q.   With the red arrow pointing?

22   A.   Yes.

23   Q.   So that's 2:36 in the morning.  The previous

24 picture was 2:35 and 38 seconds, and this one is

25 about, then, what, 22--34 seconds later that you are

Defendants' Appendix 93

1    then running across the alley.

2         A.    Yes.

3         Q.    And would you agree that this is the alley

4    that you were talking about running down?

5         A.    Yes.

6         Q.    Okay.  When I say "down," again, I mean

7    north.

8              Okay.  Let's go to page 15.

9         A.    (Witness complies.)

10        Q.    2:42 in the morning, so now we're, you

11   know, about five minutes later, and we're outside

12   Annie's Pub here.

13             Now, I know this is very blurry.  There is

14   an arrow there.  We believe that that's likely, based

15   on what you have told us in your interrogatories, to

16   be you, but you tell me if it's impossible that

17   that's you.

18        A.    It's not impossible.  It seems like me.

19   That's the alley that we came out of right there.

20        Q.    Okay.

21        A.    And we're walking towards Annie's Irish Pub,

22   yes.

23        Q.    You're walking towards Annie's Irish Pub.

24        A.    Yes.

25        Q.    So you're walking south?

Defendants' Appendix 94

1      A.    Yes.

2      Q.    Towards Court Avenue?

3      A.    Yes.

4      Q.    Why?

5      A.    Because Jacob and Miranda wanted to see what

6   was going on.

7      Q.    So you're walking back into the place you

8   just ran away from?

9      A.    Yes.

10     Q.    Knowing that there is property damage going

11  on?

12     A.    Yes.

13     Q.    Knowing that people are blocking streets--

14     A.    Yes.

15     Q.    --in that immediate area?

16     A.    Yes.

17     Q.    All right.  Let's turn to page--well, it

18  doesn't have a page number on it.  It's 16.

19     A.    (Witness complies.)

20     Q.    Now, this has a time stamp of 2:43:11.  This

21  is essentially the same view that we just saw on the

22  previous page where you were walking south towards

23  Court Avenue, and would you agree that this is likely

24  the officers you saw coming?

25     A.    Yes.

Defendants' Appendix 95

1      Q.    Okay.  And is that, then, close to or in the

2    immediate proximity of where you were arrested?

3      A.    Yes.  It was just right out of this cutout

4    right there.

5      Q.    Why don't you go ahead--let's make a 4 on

6    that one.

7      A.    (Witness complies.)

8      Q.    Okay.  And you at this point don't know

9    where Miranda is?

10      A.    No.

11      Q.    And Jacob either?

12      A.    No.

13      Q.    Okay.  Was it in response to seeing these

14    officers that Jacob ran?

15      A.    Most likely.

16      Q.    So you're not sure?  You haven't talked to

17    him about that?

18      A.    I believe it's why he ran, yes.

19      Q.    And he ran toward Court Avenue?

20      A.    Yes.

21      Q.    Okay.  And you don't know where Miranda was

22    at the time?

23      A.    No.

24      Q.    Did she come through the alley with you?

25      A.    I believe so.  It was at the corner of Court

Defendants' Appendix 96

1   and this street that I left them.  That's why I

2   wasn't with them when I was arrested.

3        Q.   All right.  Let's go to page 17.

4        A.   (Witness complies.)

5        Q.   So this is 2:47 in the morning.  We can

6   agree that your arrest happened right around the time

7   of the previous slide--or the previous picture, which

8   was 2:43.  So this is 2:47.

9             At this point would you agree that that's

10  you in the hands of a different officer at that

11  point?

12       A.   Yes.

13       Q.   Okay.  Do you recall this being over close

14  to where the wagon was?

15       A.   Yes.

16       Q.   And did you still have your bag with you?

17       A.   Yeah.  They zip-tied it.

18       Q.   If I remember, they had trouble cutting your

19  zip-ties, right, for a long time?

20       A.   Yes.

21       Q.   Okay.  And were you saying anything to this

22  officer, in your recollection?

23       A.   I remember crying.

24       Q.   Okay.  So no words, but you were crying?

25       A.   No.

96

1      Q.    Okay.  And let's move to page 18 of this

2  exhibit.  It's the last page of Exhibit E.

3      A.    (Witness complies.)

4      Q.    Would you agree that that's you in the

5  wagon?

6      A.    Yes.

7      Q.    Okay.  And the time stamp on that is 3:10?

8      A.    Yes.

9      Q.    And how long were you in jail, then, after

10  you were transported?

11      A.    I was there for one full night.  The

12  remainder of this night, the next day, another night,

13  and I remember they put me in the lockdown part of

14  the jail, and then I was released later the next day.

15      Q.    What do you mean the lockdown part of the

16  jail?

17      A.    So I wasn't in like the--like there's the

18  holding, and then they do the processing, and you go

19  into like the cells that they hold multiple people,

20  and then I got put into a part where you get like a

21  cup and a spoon, or whatever, and you get bunks.

22      Q.    Okay.  So you were in a cell with other

23  people?

24      A.    Yeah, for the first part, not the last

25  night.

Defendants' Appendix 98

1   Q.   So more than one night in jail?

2   A.   Yes.

3   Q.   Two nights in jail?  How many?

4   A.   The night I was arrested and then the next

5   night.

6   Q.   All right.  We're going to talk about your

7   social media posts.

8   A.   Okay.

9   Q.   Your Twitter feed is open to the public?

10   A.   Yes.

11   Q.   That's a correct yes, you're agreeing with

12   me?

13   A.   Yes.

14        MS. MACKEL-WIEDERANDERS:  Okay.  We're going

15   to look at some 2020 tweets.  I'm going to mark that

16   as Exhibit F.

17                 (Defendant's Exhibit F was

18                  marked for identification.)

19   BY MS. MACKEL-WIEDERANDERS:

20   Q.   Okay.  So we're just going to start on

21   page 1.  This is dated January 6th of 2020, so this

22   would have been before your arrest; correct?

23   A.   Yes.

24   Q.   Okay.  It says that your scoliosis was

25   flaring up, and do you have any reason to disagree

1   that that's your account and that was your statement?

2       A.    No.   I remember this.

3       Q.    Okay.   So if it was flaring up in January,

4   what did that sort of mean in terms of what the

5   condition was feeling like?

6       A.    So I did a lot of door-knocking for the

7   Bernie Sanders campaign.   I literally remember

8   falling canvassing, hurting my ankle, and in turn it

9   made me favor one side of my body, so my scoliosis

10  ended up--I wasn't able to keep my spine straight.

11      Q.    Okay.   And so how was it in February and

12  March, April?   Did it continue to flare up or was it

13  better then?

14      A.    It was better, yes.

15      Q.    Did you have to do anything to help with it?

16      A.    I usually do yoga.

17      Q.    Okay.   Let's go to page 4.

18      A.    (Witness complies.)

19      Q.    Can you just read what that states?

20      A.    "Very thankful for my job understanding my

21  anxiety and not forcing me to go back to work right

22  away."

23            It was in response to a tweet earlier that

24  said, "Getting extreme anxiety about going back to

25  work at a salon."

Defendants' Appendix 100

1      Q.    Okay.  So that's May 25th of 2020.

2      A.    Yes.

3      Q.    And that's before your arrest?

4      A.    Yes.

5      Q.    And so you were having anxiety about going

6    back to work?

7      A.    Yes.

8      Q.    And they were not forcing you to go back to

9    work right away?

10      A.    No.  So they wanted me--they could hold it

11    until--like the second week of June was when I was

12    supposed to go back because of the pandemic.  I

13    stated I wasn't comfortable going back to the salon

14    right away because of the Coronavirus.  I was just

15    kind of scared because it was like happening very

16    fast.

17      Q.    So you had anxiety about that?

18      A.    Yes.

19      Q.    Okay.  Let's go to page 7.

20      A.    (Witness complies.)

21      Q.    This is May 30th of 2020 at 3:13 p.m.

22            Would you agree, then, that this would

23    confirm that you were at the Capitol by 3:13 p.m.?

24      A.    No.  I remember seeing this tweet, and I

25    responded to it because I saw somewhere else on

1   Twitter that people were going to gather at the

2   Capitol.

3        Q.   Okay.

4        A.   I was not at the Capitol.

5        Q.   You weren't there yet?

6        A.   No.

7        Q.   Okay.  Good to know.

8             All right.  So I'm going to have you turn to

9   page 12.

10       A.   (Witness complies.)

11       Q.   It states, "Three cops literally cornered me

12   Sunday morning away from people and beat me with

13   batons and Maced me multiple times.  I have soft

14   tissue damage all over my body.  I'm literally 100

15   pounds.  I was in jail for 36 hours and they did not

16   offer me any help."

17            So I want to break that down a little bit.

18   Is it still your testimony that it was three police

19   officers that cornered you?

20       A.   No.

21       Q.   So that's not correct?

22       A.   No.  I believe I was saying three because it

23   was the one that Maced me and then the two that

24   cornered me.

25       Q.   Okay.  And when you say "they did not offer

1   me any help"--"I was in jail for 36 hours and they

2   did not offer me any help," who is "they"?

3        A.    The jail.

4        Q.    So jail personnel didn't offer you any help?

5        A.    Yes.

6        Q.    Are you suing the jail?

7        A.    No.

8        Q.    What help was it that you wanted from the

9   jail?

10       A.    Pain reliever, and they were aware of my

11  bruises, but they were just like--

12       Q.    So they didn't give you any pain reliever?

13       A.    No.

14       Q.    All right.  We're going to kind of jump

15  forward here.  We're going to go to page 29.

16       A.    (Witness complies.)

17       Q.    So your curfew you reference here.

18       A.    Yes.

19       Q.    And what was that related to?  You had a

20  curfew based on your criminal charges?

21       A.    My pretrial release.

22       Q.    And so but for your curfew, would you have

23  gone to this event?

24       A.    Probably, yes.

25       Q.    Okay.  So the "curfew is killing me," you're

1    referencing this block party, that you would like to

2    go to it, but you can't because of your curfew?

3        A.    Yes.

4        Q.    All right.  Let's go to page 33.

5        A.    (Witness complies.)

6        Q.    So you say, "They have been since March."

7    And you're referencing a message, "Des Moines police

8    use chemical weapons against children.  Des Moines

9    police use chemical weapons against children.

10   Des Moines police use chemical weapons against

11   children."  It goes on another two times.  You said

12   that that's been going on since March.

13       A.    Yes.

14       Q.    March of 2020.  What chemical weapons are

15   you aware of since March that Des Moines police were

16   using against children?

17       A.    I can't remember what I was referencing, but

18   I don't know why I would post that without it being

19   fact-checked.

20       Q.    But something as horrible as Des Moines

21   police using chemical weapons against children, you

22   can't remember what that would be?

23       A.    No.

24       Q.    That's a pretty horrifying allegation.

25       A.    Yes.

1        Q.    And you believe that this was fact-checked?

2        A.    I can't remember what I'm referencing.

3        Q.    Okay.  34, "Stopping a factory farm from

4   building inside city limits of the dying town

5   Mason City."

6              You said that was your first protest.  When

7   was that?

8        A.    In 2015 or 2016 Prestage Farms was trying to

9   build a factory farm within city limits of Mason City,

10  so we did some protesting.  We lobbied city council,

11  and we were able to get the factory farm to not be

12  built.

13       Q.    All right.  Let's go to page 45.

14       A.    (Witness complies.)

15       Q.    All right.  Would you go ahead and read that

16  out loud?

17       A.    "Des Moines Police Department say they know

18  a spot and then fucking Mace you in the face."

19       Q.    What is that referencing?

20       A.    It was a joke.

21       Q.    I don't get it, though.  Sorry.

22       A.    So it's like this meme, or whatever, that

23  they say like X knows the spot, and then they be a Y,

24  which is like supposed to be mean towards somebody or

25  hilarious, or something, like the principal knows the

1   spot and then puts you in detention.

2       Q.   Okay.  So you're not referencing anything

3   in particular here.

4       A.   No.  It's just being stupid.

5       Q.   You're just maligning the Des Moines Police

6   Department.

7       A.   Yes.

8       Q.   Okay.  Let's go to page 46.

9       A.   (Witness complies.)

10      Q.   "I honestly can't catch a break."

11           What is that referring to?

12      A.   June 29th?  I cannot remember.

13      Q.   Okay.  Let's go to page 51.

14      A.   (Witness complies.)

15      Q.   Okay.  "Typing my first statement about what

16  happened to me and I can only get a few sentences and

17  I need a break."

18           Now, if this has anything to do with your

19  communications with your attorney, I don't want do

20  know that.  I want to know if it isn't a statement

21  for your attorney, were you typing this statement for

22  someone else and, if so, who it was.

23      A.   No.

24      Q.   So it was for your attorney?

25      A.   Yes.

1    Q.   Okay.  Thank you.

2         All right.  Let's go to 56.

3    A.   (Witness complies.)

4    Q.   We're at July 16th of 2020.  "I've been laid

5    off for three months and am going back to the salon

6    today."  I'm v"--I assume that's very--"nervous 1

7    because COVID, 2 because what if I forgot how to do

8    hair."

9         So that's July.  You were laid off for

10   three months?

11   A.   Yes.

12   Q.   Why were you laid off for three months?

13   A.   For the pandemic.

14   Q.   Okay.  So that's from JCPenney?

15   A.   Yes.

16   Q.   Okay.  And so you're called back, and you're

17   stating that you're nervous because of COVID and also

18   because maybe you're rusty in your skills?

19   A.   Uh-huh, yes.

20   Q.   Okay.  Let's go to 58.

21   A.   (Witness complies.)

22   Q.   This is July 19th of 2020.  Your statement

23   is, "I've been almost or over (haven't been keeping

24   track) a year free of self-harm.  Last summer was the

25   first summer I bought a swimsuit and went swimming

1    for the first time since I was a small child.  Very

2    proud of myself."

3             Now, your testimony earlier today was that

4    you haven't harmed yourself in quite a while.  You

5    said since, I think, seven years.

6        A.    Yes.

7        Q.    So that's not true?

8        A.    So I think what I meant, I think the--so I

9    kind of put it like I've been free from self-harming

10   like with a razor, but I guess self-harming can take

11   different ways, like picking at my skin, pulling at

12   my hair.  So when I was referencing it earlier, it

13   was like cutting my skin open.

14       Q.    Okay.  So we can agree, then, that you have

15   been self-harming since then?

16       A.    Yes.

17       Q.    Just in different ways other than a razor?

18       A.    Yes.

19       Q.    And so sometime around 2019 is when you

20   actually stopped doing that other kind of self-harm?

21       A.    Yes.

22       Q.    Okay.  So--

23       A.    It wasn't--

24       Q.    Hang on.  Let me ask a question.

25       A.    Okay.

Defendants' Appendix 108

1    Q.    What was causing you to self-harm in as

2  recently as 2019?

3    A.    Stress.  It wasn't like as aggressive as it

4  was when I was younger.  It was more of something I

5  would fall back on when things would get stressful

6  with work, with financial stuff, with relationships.

7    Q.    So your next message was, "I practiced this

8  since I was 12 and I'm 24 now.  That's 11 years of

9  hiding my body and feeling ashamed."

10   A.    Yes.

11   Q.    All right.  Let's go to 61.

12   A.    (Witness complies.)

13   Q.    "Busted my ear last night falling and didn't

14  notice until this morning when I woke up with blood

15  in my ear."

16         Tell me about that.

17   A.    A rough night at the bars, wearing--I had

18  these like platform sandals, and they have elastic

19  bands, and the elastic was wearing out and snapped on

20  me at the bar, like leaving the bar getting into my

21  Uber, and I busted--I have an industrial piercing,

22  and it busted it.

23   Q.    When you say a rough night at a bar, drunk?

24   A.    Yes.

25   Q.    So we're teetering on our heels a little

Defendants' Appendix 109

1  bit?

2      A.    Yes.

3      Q.    And the strap breaks, so you fall, hit your

4  ear?

5      A.    Yes.

6      Q.    The industrial piercing then makes it bleed?

7      A.    Yes.

8      Q.    All right.  Let's go to 64.

9      A.    (Witness complies.)

10     Q.    "When I'm hungry I get so moody the sound of

11 my own breath irritates me."

12           Joking?  What are we talking about here?

13     A.    Joking about being hangry.

14     Q.    Okay.  Let's go to 65.

15     A.    (Witness complies.)

16     Q.    Don't forget.  Gina has snacks there.

17           "Took almost four hours but I did it."  And

18 then it's talking about your statement today.

19     A.    Yes.

20     Q.    Now we're at July 22nd.  Is that the same

21 statement that we're avoiding talking about?

22     A.    Yes.

23     Q.    Okay.  And let's go to 67.

24     A.    (Witness complies.)

25     Q.    "Literally working 11 hours a week and got

 1    booted off ub."

 2              Is that unemployment benefits?

 3        A.    Yes.

 4        Q.    So we're on July 23rd on this post.  So you

 5    were working only 11 hours a week at that point?

 6        A.    Yes.

 7        Q.    Is that JCPenney?

 8        A.    Yes.

 9        Q.    Is that one of the reasons why you left

10    JCPenney--

11        A.    Yes.

12        Q.    --was because you weren't getting the hours

13    you wanted?

14        A.    Yeah.

15        Q.    Okay.  Let's jump ahead to 75.

16        A.    (Witness complies.)

17        Q.    "My wrist is so fucked up and I get to go

18    cut hair for work all day."

19              What's this referencing?

20        A.    My wrist hurting.  I probably sprained it

21    somehow.

22        Q.    Do you recall a wrist sprain?

23        A.    What?

24        Q.    Do you recall spraining your wrist?

25        A.    No.  I'm not sure exactly what happened.

Defendants' Appendix 111

1    Q.    Okay.  You're not suggesting this is related

2    to the arrest?

3    A.    No, I am not.

4    Q.    Okay.  Do you still have wrist pain?

5    A.    Yes.  This past fall--this past summer I got

6    bit by a cat--you can see the scars--and it got

7    infected.  I had to take two weeks off work.

8    Q.    Does your wrist still bother you because of

9    the sprain or because of the cat bite?

10   A.    Because of the cat bite.

11   Q.    Wow.  That's a hell of a cat bite.

12   A.    Yeah.

13   Q.    Was it your cat?

14   A.    No.  It was my neighbor's cat.

15   Q.    Let's go to 77.

16   A.    (Witness complies.)

17   Q.    "Every city, every town, burn the precincts

18   to the ground."

19   A.    Yes.  I heard this in a live stream for a

20   protest in Minneapolis, and then I just tweeted it.

21   Q.    So are you advocating for violence against

22   police officers?

23   A.    No, I am not.

24   Q.    Are you advocating for violence against the

25   houses or the buildings where police officers are?

1     A.    No.

2     Q.    Well, what does burn the precincts to the

3  ground mean?

4     A.    It was just a word that I heard on the live

5  stream.  I don't believe in burning the precincts to

6  the ground, literally.  It was like something to post

7  to get a reaction from people.

8     Q.    Okay.  Next page, 78.

9     A.    (Witness complies.)

10     Q.    "Sometimes I get overwhelmed socially and

11  hide in the bathroom to semi recharge lol."

12     A.    Yes.

13     Q.    Do you have instances where you feel

14  socially overwhelmed?

15     A.    Yes.  Especially sometimes doing hair, it's

16  kind of--especially when it's a walk-in, you don't

17  know what you're going to get, so afterwards, in

18  between appointments, you just need a break.

19     Q.    And that's not related to your arrest?

20  That's something you feel just because it's socially

21  awkward to talk to people you don't know; is that

22  correct?

23     A.    Yes, yes.

24     Q.    All right.  We're going to go to page 80,

25  please.

Defendants' Appendix 113

1      A.    (Witness complies.)

2      Q.    "This day three years ago I got black-out

3   drunk on Court Avenue and fist fought my sister in a

4   parking lot.  Oh, how things have changed."

5      A.    Yes.

6      Q.    Tell me about that.

7      A.    So the one and only time I went out to the

8   bars on Court Avenue, we went out for our friend

9   Megan's birthday.  It was--I was still living in

10  Clear Lake, so we came down for this, and it was my

11  first time like actually being at a club, having like

12  drinks like that, and I wanted to leave.  So me, in

13  my drunken state, was like, "I'm going to walk.  I'm

14  going to walk back to my aunt's house."  She lives

15  over by Merle Hay.

16         My sister was like, "No.  We're getting an

17  Uber."

18         Then we got into a fight.

19     Q.    When you say, "Oh, how things have changed,"

20  tell me about that.

21     A.    I don't go out like that anymore.

22     Q.    All right.  Let's go to page 28.

23         MS. MESSAMER:  We're going backwards?

24         MS. MACKEL-WIEDERANDERS:  I'm sorry.  88.

25     A.    (Witness complies.)

Defendants' Appendix 114

1   BY MS. MACKEL-WIEDERANDERS:

2       Q.   "Sometimes I be typing and saying stuff

3   without thinking about it.  Sue me."

4            What kinds of things do you think you would

5   say that someone should sue you over or someone would

6   want to sue you over?

7       A.   I don't think it would be anything about

8   suing me.  I guess the like burn the precincts to the

9   ground tweet would be a great reference.  I didn't

10  really think about posting that.  I just did.  And

11  sometimes I like post things, and I'm like that was

12  stupid, nobody cares, kind of reference.

13      Q.   Okay.  Let's go to 93.

14      A.   (Witness complies.)

15      Q.   "I feel horrible."  This is September 3rd of

16  2020.  "I feel horrible.  I'm at the point where I'm

17  thinking if I don't have COVID what do I have?  But

18  also not going to a doctor because money."

19           So what was going on at that time,

20  September 3rd of 2020, a little over a year ago?

21      A.   I had a really bad sinus infection.  I had

22  to get put on antibiotics for it.

23      Q.   Okay.  Let's go to 96.

24      A.   (Witness complies.)

25      Q.   Why don't you go ahead and read that for me.

1    A.    "I'm dealing with some serious personal shit

2    right now but watching abolish racists yell at city

3    council makes me feel better."

4         The at is Miranda's Twitter account, and she

5    was yelling on a city council meeting.

6    Q.    Okay.  What was the serious personal shit

7    you were going through?  This is September 14th of

8    2020.

9    A.    Probably just anxiety with what happened,

10   probably just that and going back to work.

11   Q.    Okay.  You don't know, though, for sure?

12   A.    Yes, I can't say for sure.

13   Q.    Okay.  So watching Miranda yell at the city

14   council made you feel better?

15   A.    Yeah.  I thought it was entertaining.

16   Q.    Okay.  Let's go to 106.

17   A.    (Witness complies.)

18   Q.    "Come do calls today with CCI and me today.

19   I'll be doing the grounding for the 1 to 4 shift and

20   talking about my experience with the police."

21        So you were actually door-knocking and

22   talking about your experience with the police?

23   A.    This was a phone bank, a get-out-to-vote

24   phone bank that we did.  I worked for CCI during this

25   time, and I was in charge of doing the grounding, so

1    I spoke briefly about what happened to me with the

2    police and how that tied to my fear of another four

3    years of Trump.

4        Q.    Okay.  So you were talking on the phone with

5    people about your experience with the police or you

6    were talking to volunteers who were going to be

7    making calls?

8        A.    Volunteers who were going to be making

9    calls.

10       Q.    And tying that experience in specifically

11   with the potential reelection of Trump?

12       A.    Yes.

13       Q.    Let's go to 113.

14       A.    (Witness complies.)

15       Q.    So why don't you tell me--I mean there are a

16   few things on here I want to talk about--what this is

17   exactly.

18       A.    Depop is an online selling platform that I

19   sell clothes on.  I did a sale for--this was in

20   December.  Yeah.  I did a sale, 50 percent--or

21   everything would go to Mutual Aid.  I raised around

22   $500 for Mutual Aid, and I just said how thankful I

23   am for Mutual Aid because they were there when I was

24   released from jail and they have helped support me

25   this past year.

1      Q.    Okay.  And do you still sell on Depop?

2      A.    Yes.

3      Q.    And so that's an income source for you?

4      A.    Yes.

5      Q.    Is it a significant income source for you?

6      A.    I think I've only made about 2500 on it, but

7    most of it has--I usually donate most of it.

8      Q.    Okay.  2500 since December?

9      A.    Since I started.  I think I started in the

10   summer of 2020.

11     Q.    Okay.  So after your arrest?

12     A.    Yes.

13     Q.    Let's go to 120, please.

14     A.    (Witness complies.)

15     Q.    "I'm going to burn down his front lawn."

16     A.    Yes.  I have no idea what this is in

17   reference to.  I think it was I was responding--I

18   don't know who I was responding to.  I think I was

19   joking about being mad at how the city council keeps

20   giving funding to police officers.  I remember around

21   this time they were approving--they were working on

22   their next-year budget, and they wanted to raise the

23   police budget.

24     Q.    And so "his" would have been?

25     A.    Probably Frank Cownie.

Defendants' Appendix 118

1        Q.   Okay.  So when you get angry about things
2   we've now got burning precincts and burning his front
3   yard down?

4        A.   Yeah; play on words.

5        Q.   All right.  Page 122, the last page of this
6   bunch, "Des Moines police officers used their batons
7   on me, cornering me, beating me so hard I thought
8   they were going to kill me.  They did not have their
9   body cams on.  Other officers admitted to watching it
10  happen and doing nothing."

11            What officers admitted to watching it
12  happen?

13       A.   I believe that it was noted in--did you
14  interview other police officers?  And then they were
15  like they said that they knew I was arrested, so I
16  guess I was just exaggerating them watching it
17  happen, and it was a response to draw attention to
18  what the city council is doing.

19       Q.   Okay.  So you're upset with the city
20  council, so you exaggerate and say that officers that
21  you don't know actually saw anything did nothing?

22       A.   Yes.

23       Q.   So that could very well be a false statement
24  that you put out there when you're saying that you
25  think it's important to fact-check things?

Defendants' Appendix 119

1      A.    Yes.

2            MS. MACKEL-WIEDERANDERS:  Okay.  That's it

3      with Exhibit F.

4            Now we have Exhibit G.  This is 2021.

5                      (Defendant's Exhibit G was

6                       marked for identification.)

7      BY MS. MACKEL-WIEDERANDERS:

8      Q.    All right.  Let's go to page 4 of Exhibit G.

9      A.    (Witness complies.)

10     Q.    "My entire adult life I always had to pay in

11     because I never had health insurance.  That is not

12     right.  Health care is a human right."

13           Then someone commented, "Why the fuck are we

14     paying taxes if we get literally nothing in return."

15           So it seems like your lack of health

16     insurance is a theme that kind of flows through some

17     of your tweets; is that right?

18     A.    Yes.

19     Q.    So does your lack of health insurance cause

20     you anxiety?

21     A.    Not horribly.  It's like I think about if I

22     ever got like seriously injured--I have health

23     insurance now.  I had health insurance growing up.

24     It was when I turned 18, when I stopped having health

25     insurance, and when I talk about paying in, it's when

1    I file my taxes, I always have to pay in because I

2    never have health insurance.

3        Q.    So you haven't purchased like the

4    Affordable Care Act health insurance, is that what

5    you're talking about--

6        A.    Yes.

7        Q.    --that there's a penalty for that?

8        A.    Yes.

9        Q.    All right.  Let's go to page 6.

10        A.    (Witness complies.)

11        Q.    "Researching lawsuits against the DMPD

12    because what happened to me was not a singular event.

13    It had to be an officer who has been abusive

14    repeatedly, but never faced consequences for it."

15    That's January 17th, 2021.

16            So you're referencing the officers who

17    arrested you?

18        A.    Yes.

19        Q.    Holtan and Herman?

20        A.    Yes.

21        Q.    Okay.  And you researched lawsuits?

22        A.    It was like articles.  I was Googling like

23    lawsuits against Des Moines Police Department

24    officers.  This is before I knew who my arresting

25    officers were, so I was just curious, and I was like

Defendants' Appendix 121

1  maybe I'll like come across--I don't know.  I don't

2  even know what I was looking for because I didn't

3  find anything.

4      Q.    So you didn't know who the officers were,

5  but you were willing to, again, tweet publicly that

6  the officers who did this to you have been abusive

7  repeatedly and never faced consequences for it?

8      A.    Yes.

9      Q.    And you don't know if that's true at all?

10     A.    Yes.

11     Q.    And have you done any research since then?

12     A.    No.

13     Q.    Have you found anything that would indicate

14 that Herman and Holtan have had any kind of problems?

15     A.    No.  I guess I'm speaking from personal

16 experiences.

17     Q.    Do you think it's fair to officers to say

18 things like this about them without knowing it?

19     A.    I'm not sure.

20     Q.    Let's say specifically Holtan and Herman.

21 Do you think it's fair for these people who are

22 husbands, fathers, sons, with small children at home,

23 to say that they have been abusive repeatedly and

24 never faced consequences?  Do you think that's a fair

25 thing to say?

1          MS. MESSAMER:  I'm going to object since

2    this doesn't reference Herman or Holtan.

3    BY MS. MACKEL-WIEDERANDERS:

4         Q.    "Researching lawsuits against the DMPD

5    because what happened to me was not a singular event.

6    It had to be an officer who has been abusive

7    repeatedly but never faced consequences for it."

8              So go ahead and answer, if you can.  Do you

9    think that's fair?

10        A.    Do I think it's fair?

11        Q.    Yes, to say false statements about people.

12        A.    I'm not sure.  I think that's a personal

13   opinion.  I don't think it's fair that they thought

14   they had a right to attack me in the way that they

15   did.

16        Q.    Okay.  So if one of your customers wrote

17   that you had repeatedly fucked something up and that

18   wasn't true, would that be fair to you?

19        A.    It's a personal opinion.

20        Q.    Okay.

21        A.    I've had people do things like that.

22        Q.    It's okay to lie about people so long as

23   it's a personal opinion.  Is that your position?

24        A.    Yes.

25             MS. MESSAMER:  I'm going to object and ask

1    that it precede the answer since that is a

2    misstatement of how she is describing this.

3              MS. MACKEL-WIEDERANDERS:  Yeah.

4    BY MS. MACKEL-WIEDERANDERS:

5         Q.    All right.  We're going to move to page 10.

6         A.    (Witness complies.)

7         Q.    "Can't sleep, ha-ha, can't sleep."

8              Do you typically have trouble sleeping?

9         A.    Yes.

10        Q.    And for how long?

11        A.    I mean like this year I've had trouble

12   sleeping.  In the past I really haven't.  This guy's

13   response kind of sums up why I can't sleep, because

14   the Nevada caucuses were tomorrow.  I was a big

15   Bernie supporter.

16        Q.    Okay.  So this is politically related, that

17   you were concerned?

18        A.    Yes.

19        Q.    Okay.  And the next page, 11, you have a

20   post here about your case.  When you said you were

21   fighting to get your case dismissed, what were you

22   referring to?  Sorry.  The cops were fighting to get

23   your case dismissed.

24        A.    I think they were fighting for me not to get

25   a trial.  I can't really say for sure.  I don't

1    remember exactly.

2        Q.    Okay.  So--

3        A.    And then Ronnie is part of Des Moines Mutual

4    Aid.

5        Q.    "I'm just waiting for a trial date, trial by

6    jury.  The cops were fighting to get it dismissed."

7    That's referring to this case?

8        A.    That I wouldn't go to trial, that I wouldn't

9    have a lawsuit.

10       Q.    What makes you think that anyone filed

11   anything to get your case dismissed?

12       A.    I'm not sure.

13       Q.    Would it surprise you if I said that didn't

14   happen?

15       A.    No.

16       Q.    So, again, you've got information in here

17   that's not correct?

18       A.    Yes.

19       Q.    Not fact-checked; correct?

20       A.    Yes.

21       Q.    Let's go to page 19.

22       A.    (Witness complies.)

23       Q.    So you say, "I grew up continually compared

24   to an Asian porn star, being made fun of my eyes and

25   my skin tone.  The beginning of the pandemic a white

Defendants' Appendix 125

1   couple followed me around Walgreens saying racist

2   remarks.  I feel like I'm grieving and processing

3   what happened.  Check up on your AAPI friends."

4          Is that Asian Pacific Islander?

5      A.   Yes.

6      Q.   That sounds pretty horrible.  So all your

7   life you grew up being compared to an Asian porn star?

8      A.   Yes.  Growing up and when I was a teenager,

9   like older men would say things like that.

10     Q.   That's terrible.

11          People would make fun of your eyes and your

12  skin tone?

13     A.   Yes.  I was one of the only brown people in

14  my grade.

15     Q.   In Clear Lake?

16     A.   Yes.

17     Q.   That must have caused some anxiety, some

18  sadness in your life?

19     A.   Yes.

20     Q.   And then as recently as the beginning of the

21  pandemic, "a white couple followed me around

22  Walgreens saying racist remarks"?

23     A.   Yes.

24     Q.   What did they say?

25     A.   I went to Walgreens.  I was wearing a mask.

Defendants' Appendix 126

1    They were like following me through the aisles, like

2    saying, "Oh, the Chinese virus is because of you,"

3    and they like walked by me and like coughed on me,

4    and stuff.

5        Q.    So that's probably something you carry with

6    you, it looks like, right now.

7        A.    Yes.  And then the grieving is about the

8    shooting that happened in California.

9        Q.    Okay.  Just so we're clear for the record,

10   which shooting are we talking about in California?

11       A.    Where the guy went into the nail salons.

12       Q.    And shot the Asian workers there?

13       A.    Yes.

14            MS. MESSAMER:  Do you need to take a break

15   or are you okay?

16            THE WITNESS:  I'm okay.

17            MS. MACKEL-WIEDERANDERS:  This is the last

18   exhibit we're going through.

19   BY MS. MACKEL-WIEDERANDERS:

20       Q.    All right.  We're going to go to page 31.

21       A.    (Witness complies.)

22       Q.    All right.  So we have on April 18th,

23   "Consider helping me by sending money to my Venmo and

24   watch out for my suit next year to support me in that

25   journey, because it's been hard as fuck and it's only

Defendants' Appendix 127

1    going to get harder.  People should not have to worry

2    about money on top of healing from trauma."

3         Are you suggesting there that once your

4    trial goes through, that you won't have to worry

5    about money anymore?

6         A.    No, I am not.  I'm saying that therapy

7    should be free; Medicare should be for everyone.

8         Q.    Okay.  So at the same time, though, you were

9    asking for money on Venmo you're talking about your

10   lawsuit?

11        A.    Yes, because I was in therapy because of my

12   arrest.

13        Q.    And you had to pay for therapy?

14        A.    Yes.

15        Q.    Do you still go to therapy?

16        A.    No.

17        Q.    And why is that?

18        A.    Because I can't afford it.

19        Q.    Have you looked into any free therapy

20   sources?

21        A.    Yes.  It's really hard to find a therapist

22   that works in EMDR, which is PTSD response.

23        Q.    Okay.  Let's go to page 32.

24        A.    (Witness complies.)

25        Q.    "Thank you everyone who has shared and sent

Defendants' Appendix 128

1    funds.  I've been able to cover two therapy sessions,

2    catch up and schedule a future appointment for the

3    re-traumatization their statements gave me."

4            What is that referring to?

5        A.    The police statements--I believe it was

6    their use-of-force statements.  I tried to read one

7    of them by myself, and it was really hard.  I didn't

8    have money to get--schedule another therapy

9    appointment with the same therapist I've been seeing

10   since I was arrested, and I was able to get the funds

11   to schedule two therapy appointments to go through

12   the statements with my therapist in a safe space.

13       Q.    So the re-traumatization you're talking

14   about is that you read the statements and you felt

15   re-traumatized?

16       A.    Yes.

17       Q.    And let's go to page 40.

18       A.    (Witness complies.)

19       Q.    So what's the meaning of the image on the

20   back of the shirt with the guillotine?

21       A.    So Justice Fetish makes a lot--they are a

22   hard-core band, and they make music about the state,

23   they make music about Kim Reynolds.  So I think the

24   guillotine is like killing the state and being free

25   of like capitalism, and stuff.

1    Q.    Okay.  So violent images, again, toward

2  authority?

3    A.    Yes.

4    Q.    Let's go to 46.

5    A.    (Witness complies.)

6    Q.    "Officially off work for a week, went to the

7  doctor today and cried about missing work, money, and

8  not sure what to do.  It really sucks living in a

9  society when an unexpected injury and put you so far

10 back."

11    A.    Typo.

12    Q.    This is May 13th of 2021.  What's the

13 unexpected injury?

14    A.    The cat bite.

15    Q.    Okay.  So you had to be off work for a week

16 with that?

17    A.    Yes.

18    Q.    And we'll go to 54.

19    A.    (Witness complies.)

20    Q.    "Last night a year ago we were tear gassed

21 on the steps of the Capitol.  A year ago children

22 were attacked by police forces.  And our elected city

23 officials still remain silent.  Still give more

24 funding to the police department.  Their silence is

25 violence."

1          Now, again, you don't know who tear gassed

2    you at the Capitol; correct?

3          A.    Yes.

4          Q.    And, again, we're saying that children were

5    attacked by police forces, so this is the second time

6    you said that.  What's that referring to?

7          A.    The Merle Hay protest.  I wasn't there, but

8    they did attack children and minors.

9          Q.    Who did?

10         A.    Whoever was there in riot gear.

11         Q.    And how do you know that?

12         A.    There are footages.  I've had people tell me

13   their witness claims, but I did not witness it

14   personally.

15         Q.    So you don't know that that's Des Moines

16   police that did that, either, at Merle Hay?

17         A.    No.

18         Q.    And yet you're referencing the Des Moines

19   City Council?

20         A.    Yes.  I referenced them being silent on the

21   violence that happened last year.

22         Q.    What would be satisfactory for you for them

23   to not be silent?  What would they say?

24         A.    I don't think they could say anything.  I

25   think that they could defund the police and put

Defendants' Appendix 131

1    funding into community resources.

2        Q.    So that's the lack of silence you're looking

3    for, is defunding the police?

4        A.    Yes.  I didn't know anything about defunding

5    the police until the protest last year.

6        Q.    And when you say "we" on that page 54, "Last

7    night a year ago we were tear gassed on the steps of

8    the Capitol," you're including yourself in that?

9        A.    Yes.

10       Q.    And that's from your peripheral position way

11   out where you got a little bit of tear gas?

12       A.    Yes.

13       Q.    And page 55.

14       A.    (Witness complies.)

15       Q.    Please read that.

16       A.    "True warning, police brutality.  A year ago

17   I saw a man's head get kicked into the concrete by

18   peace officers.  I saw his blood spill out.  You

19   cannot reform this."

20       Q.    So it's May 31st, 2021.  What are you

21   referring to?

22       A.    I am exaggerating.  The video of the man on

23   the ground being kicked in the head by the police

24   officers that were there on the night of Court Avenue.

25   I posted this in the midst of having anxiety over--I

Defendants' Appendix 132

1    don't remember.  I believe it was something I saw on

2    the TV, yeah.

3        Q.    Okay.  So which part is exaggerated?

4        A.    Probably his blood spilling out, but I

5    remember seeing on the video him getting kicked in

6    his head.

7        Q.    You didn't see it the night of the protest?

8    When you say, "A year ago I saw a man's head get

9    kicked," that was on video, the footage of it?

10       A.    It was on video, yes.

11       Q.    You did not see his blood spill out?

12       A.    No.

13       Q.    You don't know who the peace officers were?

14       A.    No.

15       Q.    And so the last sentence, you believe that

16   there can't be reform?

17       A.    Yes.  Oh.  So this is when they put

18   Michael Fong on de-escalation training for DMPD.

19       Q.    Okay.  So you're upset about Michael Fong

20   and you're exaggerating something you saw a year

21   ago--

22       A.    Yes.

23       Q.    --in response to that?

24       A.    Yes.

25       Q.    All right.  Page 56.

Defendants' Appendix 133

1          A.    (Witness complies.)

2          Q.    So here you're talking about that you're

3    terrified to drive alone.  This is the reasons that

4    you're talking about before?

5          A.    Yes.

6          Q.    You drive with other people because you're

7    afraid of seeing police officers?

8          A.    Yes.

9          Q.    "...countless people have been brutalized at

10   the hands of DPMD."

11               I assume you mean DMPD.

12         A.    Yeah.

13         Q.    Who are these countless people who have been

14   brutalized by them?

15         A.    People who aren't able to have the resources

16   to get an attorney after they were arrested during

17   the last summer; people who, yeah, I guess just were

18   arrested, you know; people who are just walking into

19   their apartment; people that were Maced; and the

20   traumatization that is police brutality at protests.

21         Q.    Okay.  Specifically, how many people do you

22   know who were brutalized?  That's what you posted

23   about.

24         A.    I can't say.  I don't know.

25         Q.    And you say that because people who don't

Defendants' Appendix 134

1    have resources to get an attorney.  You're aware that

2    if people can't afford an attorney, they get

3    appointed one; right?

4         A.    Yes.  I meant like to have a lawsuit.

5         Q.    Well, you didn't have to pay upfront for

6    your lawsuit, did you?

7         A.    No.

8         Q.    So you didn't need any resources?

9         A.    No.

10        Q.    So who are you referring to, then?

11        A.    I know a lot of--well, not a lot.  I know

12   people who have spoken up on like city council, they

13   talk about their experiences protesting.

14        Q.    But you can't name any people who have been

15   brutalized at the hands of the DMPD?

16        A.    I can name Miranda, but even if I

17   don't--there's other people I know that aren't--that

18   have been brutalized by DMPD.

19        Q.    Okay.  Who are they?

20        A.    There's K.T.  She was arrested for helping

21   Paden Shoemaker when she had a knee in her neck.

22   There was my partner, Jacob, who got pulled by his

23   hair by a police officer or it was security that

24   helped the police officers.  I'm sure there are

25   countless others that just haven't been able--that

Defendants' Appendix 135

1    don't speak up.

2        Q.    So is it your position that police should

3    never use force?

4        A.    I feel like there's better de-escalation

5    techniques.

6        Q.    That's not my question.

7              Is it your position that police should never

8    use force?

9              MS. MESSAMER:  Objection.  Relevance.

10             MS. MACKEL-WIEDERANDERS:  Go ahead and

11   answer.

12       A.    No.

13   BY MS. MACKEL-WIEDERANDERS:

14       Q.    No, police should never use force?  You've

15   got to be clear on that.  I said is it your position

16   that police should never use force.

17       A.    Police shouldn't use force on people who

18   aren't resisting.  They shouldn't use force when

19   there's better de-escalation techniques they could

20   use, and it's thinking why do they have to use force

21   in the first place.  It's because we don't have

22   community resources to prevent people from turning to

23   violence.

24       Q.    Okay.  So let's talk about what your

25   understanding of use of force is.

Defendants' Appendix 136

1            Would you say that placing someone in

2    handcuffs is force?

3         A.    No.

4         Q.    It's not?

5         A.    No.

6         Q.    Well, let's try to talk about what the force

7    is.

8            Would you agree that force is when police

9    are taking control over someone else's body?

10        A.    Yes.

11        Q.    Okay.  So handcuffs are not force?

12             MS. MESSAMER:  Objection.  Relevance.

13        A.    No.  They're detaining.

14   BY MS. MACKEL-WIEDERANDERS:

15        Q.    Right.  So that's taking control of

16   someone's body.

17        A.    Yes.

18        Q.    So putting handcuffs on someone is

19   controlling someone's body?

20        A.    Yes.

21        Q.    Okay.  Putting someone in a police car,

22   would that be controlling their body?

23        A.    Yes.

24        Q.    So you don't think the police should do

25   that?

Defendants' Appendix 137

1          MS. MESSAMER:  Objection.  Relevance.

2     A.   They should in certain scenarios.

3  BY MS. MACKEL-WIEDERANDERS:

4     Q.   So there are circumstances where police

5  should use force?

6          MS. MESSAMER:  Objection.  Relevance.

7     A.   Yes.

8  BY MS. MACKEL-WIEDERANDERS:

9     Q.   But you think that there should be, what,

10  some kind of bright line when that should happen?

11          MS. MESSAMER:  Objection.  Relevance.

12     A.   I think there's ways to prevent it from

13  happening, but it's necessary in cases because we

14  don't have those guidelines prior to.

15  BY MS. MACKEL-WIEDERANDERS:

16     Q.   Do you know whether or not the Des Moines

17  Police Department has guidelines about force?

18          MS. MESSAMER:  Objection.  Relevance.

19     A.   No.

20  BY MS. MACKEL-WIEDERANDERS:

21     Q.   Have you ever trained to be a police

22  officer?

23          MS. MESSAMER:  Objection.  Relevance.

24     A.   No.

25

Defendants' Appendix 138

1  BY MS. MACKEL-WIEDERANDERS:

2      Q.    Have you ever been in the face of a violent

3  crime happening and requested to intervene?

4          MS. MESSAMER:  Objection.  Relevance.

5      A.    No.

6  BY MS. MACKEL-WIEDERANDERS:

7      Q.    Do you think it would be scary?

8          MS. MESSAMER:  Objection.  Relevance.

9      A.    Yes.

10  BY MS. MACKEL-WIEDERANDERS:

11     Q.    Yeah, it would be.

12          Let's go to page 63.

13     A.    (Witness complies.)

14     Q.    We are at June 14th of 2021.  So you've

15  posted a picture of the folks who came into city

16  council and ultimately came past the borders, past

17  the 25-person limit to protect people from COVID, and

18  your post is, "This is it.  This is radical love for

19  each other and for this city.  This is revolutionary."

20          You're aware, right, that the city council

21  has consistently stated that they can't allow this

22  kind of stuff because they actually have to do the

23  job of the city?  Are you aware that they've said

24  that?

25          MS. MESSAMER:  Objection.  Relevance.

Defendants' Appendix 139

1      A.    Yes.

2  BY MS. MACKEL-WIEDERANDERS:

3      Q.    Let's say this happened at your salon.

4  Would you find it hard to get your job done?

5            MS. MESSAMER:  Objection.  Relevance.

6      A.    Yes.

7  BY MS. MACKEL-WIEDERANDERS:

8      Q.    You probably haven't had to deal with that,

9  though, at your salon; right?

10            MS. MESSAMER:  Objection.  Relevance.

11      A.    I've had to deal with a lot of shit in my

12  salon.

13  BY MS. MACKEL-WIEDERANDERS:

14      Q.    This?

15      A.    I've had to deal with people coming in,

16  yelling at me, being mean, cursing.

17      Q.    I bet it was hard to do your job; wasn't it?

18            MS. MESSAMER:  Objection, relevance.

19      A.    Yes.

20  BY MS. MACKEL-WIEDERANDERS:

21      Q.    Yes, it is hard to do your job in that

22  circumstance.

23            Okay.  Let's go to page 73.

24      A.    (Witness complies.)

25      Q.    All right.  "So tired, so poor."  You

1    re-tweeted what appears to be a needlepoint of a

2    Molotov cocktail which says, "Be the light you want

3    to see in the world."  This is 9/8 of 2021, so just

4    recently.

5              Do you remember posting that?

6              MS. MESSAMER:  Objection.  Relevance.

7         A.   So it was July 7th.

8    BY MS. MACKEL-WIEDERANDERS:

9         Q.   I'm sorry.  July 7th.

10        A.   I don't remember re-tweeting this.

11        Q.   Do you have any reason to doubt that you

12   re-tweeted it based on what you're looking at?

13        A.   No.  I thought it was edgy.

14        Q.   Do you think it would be perceived that you

15   think it's okay to use Molotov cocktails?

16             MS. MESSAMER:  Objection.  Speculation,

17   relevance.

18        A.   I don't think it's okay to use Molotov

19   cocktails.

20   BY MS. MACKEL-WIEDERANDERS:

21        Q.   So you don't think it's okay to use Molotov

22   cocktails, guillotines, burning down precincts, but

23   these are things that you post?

24             MS. MESSAMER:  Objection.  Relevance.

25        A.   Yes.

Defendants' Appendix 141

1  BY MS. MACKEL-WIEDERANDERS:

2      Q.    All right.  Let's go to 78.

3      A.    (Witness complies.)

4      Q.    "I think I want to start taking the bus to

5  work.  But doing anything completely new fills me

6  with anxiety."

7            Do you remember posting that?

8      A.    Yes.

9      Q.    So does doing new things fill you with

10 anxiety?

11     A.    Recently, yes, because I don't know how my

12 mental health would respond, or my brain.  Doing

13 things out of habit, I guess, I'm a creature of

14 habit.

15     Q.    So the bus causes you anxiety.  The idea of

16 taking the bus causes you anxiety.  Yes?

17     A.    Yes.

18     Q.    The idea of going back to work caused you

19 anxiety?

20     A.    Yes.

21     Q.    Not getting enough work caused you anxiety?

22     A.    Yes.

23     Q.    Obviously, having racist comments made to

24 you caused you anxiety?

25     A.    Yes.

Defendants' Appendix 142

1      Q.    Does climate change cause you anxiety?  I

2  think I saw a post one day that you said climate

3  change causes you anxiety.

4      A.    Yes.  Mostly fear.

5      Q.    Do the caucuses cause you anxiety?

6      A.    Yes.

7      Q.    The election, anxiety?

8      A.    Yes.

9      Q.    Primaries cause you anxiety?

10     A.    Yes.

11     Q.    It sounds like sometimes work causes you

12  anxiety.

13     A.    Yes.

14     Q.    All right.  Let's look at page 79.

15     A.    (Witness complies.)

16     Q.    "People who call the day of to get their

17  hair colored.  I am so burnt out.  Pray for me."

18         This is in reference to people calling in

19  the day of to get their hair colored?

20     A.    Yes.

21     Q.    So that causes you anxiety?

22     A.    No.  This is--we've been really shorthanded

23  at the salon so I was working a lot of days by myself

24  or working extra hours, and when somebody calls in

25  like "I need my hair colored right now," I'm like--I

Defendants' Appendix 143

1  was annoyed, and I posted on Twitter about it.

2      Q.    So you weren't super burnt out by that?

3      A.    No.  I was just burnt out from working so

4  much.

5      Q.    Okay.  Go to 87.

6      A.    (Witness complies.)

7      Q.    "Experienced symptoms of heat exhaustion

8  today and now I feel like I can't rehydrate."  That's

9  July 25th of 2021.

10          What were you doing that caused you heat

11  exhaustion?

12     A.    So on Sundays I volunteer.  I go to homeless

13  camps and deliver food and supplies, and it was

14  really hot that day, and I ended up getting heat

15  exhaustion.  I got pretty sick from it.

16     Q.    Okay.  Let's go to 89.

17     A.    (Witness complies.)

18     Q.    I guess here it is.  "How is one supposed to

19  function, go to work, and live when we're on the edge

20  of climate collapse?"  So that's July 27th.

21          So climate collapse makes you feel like you

22  can't function, work, or live?

23     A.    Yeah.  I think I meant like we're on the

24  climate, so why do I have to keep working for a

25  corporation when the ocean is on fire and like forest

1  fires are becoming an everyday normal thing.  It's

2  not normal, and how am I supposed to like act like it

3  is; right?

4      Q.   Okay.  Let's go to 94.

5      A.   (Witness complies.)

6      Q.   "This is how I found out I was bi.  My mom

7  came into my room and saw what I was doing and yelled

8  at me.  Lol."

9           I believe you're referring to when you were

10 six years old making your Bratz have gay sex?

11     A.   Yes.

12          MS. MESSAMER:  Objection.  Relevance.

13 BY MS. MACKEL-WIEDERANDERS:

14     Q.   So that's how you found out you were

15 bisexual?  Is that what you're referring to?

16          MS. MESSAMER:  Objection.  Relevance.

17     A.   Yeah.  Putting my girl Bratz together, and

18 my mom was like, "What are you doing?"

19 BY MS. MACKEL-WIEDERANDERS:

20     Q.   And were your parents supportive of you

21 being bisexual?

22     A.   My mom wasn't.  She was very Catholic.

23     Q.   And did that cause you anxiety?

24     A.   No.  I never came out to her.

25     Q.   Oh.  So she didn't get it from that?

1    A.    No.

2    Q.    Have you come out to other people?

3          MS. MESSAMER:  Objection.  Relevance.

4    A.    I recently came out to my father.

5  BY MS. MACKEL-WIEDERANDERS:

6    Q.    Okay.  Was he supportive of that?

7          MS. MESSAMER:  Objection.  Relevance.

8    A.    Yeah.  He's very supportive.

9  BY MS. MACKEL-WIEDERANDERS:

10   Q.    Okay.  So that doesn't cause you anxiety?

11   A.    No.

12   Q.    Okay.  So let's go to page 100.

13   A.    (Witness complies.)

14   Q.    We're at August 11th, 2021.  It looks like

15  we're during the fair, and your statement is, "The

16  fact that Central Iowa mayors are having a meet n

17  greet event to probably fundraise for each other

18  during the Iowa State fair parade is like a real life

19  villain shit."

20         Why is it villainous for mayors to meet?

21         MS. MESSAMER:  Objection.  Relevance.

22   A.    I think the fact that it was a private

23  meeting during the Iowa State Fair when most of the

24  people in Central Iowa are going to be preoccupied.

25   Q.    So your beef is that it should be an open

1    meeting?

2              MS. MESSAMER:  Objection.  Relevance.

3        A.    Maybe not an open meeting, but like just say

4    that this is happening.

5    BY MS. MACKEL-WIEDERANDERS:

6        Q.    So you believe they didn't announce it?  How

7    did you know, then?

8              MS. MESSAMER:  Objection.  Relevance.

9        A.    I knew because it was at The Hub.  One of my

10   friends is a server at The Hub, and they knew about

11   the event.

12   BY MS. MACKEL-WIEDERANDERS:

13       Q.    Did you know that it wasn't announced?

14             MS. MESSAMER:  Objection.  Relevance.

15       A.    From my knowledge, it wasn't announced.

16   BY MS. MACKEL-WIEDERANDERS:

17       Q.    So you didn't know about it, but you're not

18   saying that it wasn't announced?  You don't know

19   that?

20             MS. MESSAMER:  Objection.  Relevance.

21       A.    Yes.

22   BY MS. MACKEL-WIEDERANDERS:

23       Q.    All right.  Let's go to 103.

24       A.    (Witness complies.)

25       Q.    "I have my deposition in less than a month.

1    I've been waking up every day trying to figure out

2    how I'm going to face the cops that attacked me

3    without losing it.  It's exhausting."

4            So the lawsuit that you brought is causing

5    you anxiety?

6        A.    Yes.

7        Q.    All right.  We're going to go to 106.

8        A.    (Witness complies.)

9        Q.    So you're talking about taking water bottles

10   to homeless people.

11       A.    Yes.

12       Q.    And you take them from the salon?

13       A.    Yes.

14       Q.    Do you have permission to do that?

15       A.    Yes.  Also I take snacks that we get.  I

16   take them to community fridges, and stuff.

17       Q.    So your boss gives you permission to take

18   water bottles and snacks from your employment?

19       A.    Yes.

20       Q.    And share them with homeless people?

21       A.    Yes.

22       Q.    All right.  We're going to go to 118.

23       A.    (Witness complies.)

24       Q.    August 29, 2021.  "My anxiety is through the

25   roof today."

Defendants' Appendix 148

1    So that's fairly recently.  What's your

2  recollection of why your anxiety was through the roof

3  on August 29th?

4    A.    I was having nightmares of the night I was

5  arrested.  I was having--so I didn't get good sleep.

6  Sometimes I dream about really horrible things with

7  police officers, and I feel like I can't function.  I

8  believe this was the day I ended up having to take

9  off from the salon.

10    Q.    Do you medicate at all for your anxiety?

11    A.    No.

12    Q.    Why is that?

13    A.    I didn't like when I was on Xanax.  I have

14  been--my therapist didn't recommend medication, and

15  now that I am not seeing a therapist, I haven't

16  really talked about it.

17    Q.    So you haven't talked to anybody about

18  wanting to take medication?

19    A.    No.

20    Q.    So you don't really want to, is that what

21  I'm hearing?

22    A.    No.

23    Q.    Okay.  You would prefer to kind of tough it

24  out?

25    A.    Yeah.  I did talk to my therapist about it,

Defendants' Appendix 149

1    about that I was just tired of feeling anxiety all

2    the time and that I wanted to take--I was like,

3    "Maybe I should take medication.  Maybe I should be

4    medicated."  But it didn't get any further than that.

5        Q.    Okay.  Earlier you called Miranda Nicolai

6    Miranda Wilson.

7        A.    Yes.

8        Q.    Where does that come from?

9        A.    Miranda Wilson is her maiden name.  Nicolai

10   is from her past when she was married, her

11   ex-husband's name, and she doesn't like to go by it.

12       Q.    Okay.  When did you speak at the city

13   council meeting?  You referenced that before.

14       A.    I kind of speak regularly at city council

15   meetings, so I can't tell you exactly.  I could

16   probably find out when, though.

17       Q.    That's fine.  So it's been more than once?

18       A.    Yes.

19       Q.    And is that after being arrested?

20       A.    Yes.

21       Q.    Had you ever spoken at a council meeting

22   before?

23       A.    No.  I did not know anything about city

24   council.

25       Q.    You had indicated that part of the reason

Defendants' Appendix 150

1    that you left when you were at the corner by the

2    garage and the glass was breaking, you had said that

3    the police presence was different than it had been at

4    the Capitol.  How was it different?

5         A.    I think the use of Mace and the tear gas, I

6    think I was just more--because with the Capitol, I

7    was able to be further away, and then in the

8    intersection it was just like one space, right, so I

9    felt like I was feeling their presence more.

10        Q.    So it was the nature of the space, not so

11   much the way they were behaving?

12        A.    Yeah.

13        Q.    Because there was tear gas at the Capitol?

14        A.    Uh-huh.

15        Q.    Was there tear gas at that corner, that

16   you're aware of?

17        A.    Not that I'm aware of.

18        Q.    This is before you left, I'm saying.

19        A.    Yes.

20        Q.    You're saying there was Mace at that point

21   too?

22        A.    There was tear gas, so the cops were like on

23   the bridge, and I think they threw tear gas like into

24   this area, but I was in the intersection, so I

25   didn't--

1      Q.    I want to be clear.  Tear gas or Mace?

2      A.    Tear gas.

3      Q.    So no Mace that you saw?

4      A.    Not that I saw.

5      Q.    Okay.  So you believe, though, that down

6  close to the parking garage, that there was tear gas

7  being used down there as well?

8      A.    No.

9      Q.    No?

10     A.    No.  It was on the bridge where the line of

11 officers were.

12     Q.    Okay.  And did you have any effects of the

13 tear gas there?

14     A.    No.

15     Q.    So that's the bridge right by the police

16 station?

17     A.    Yes.

18     Q.    Okay.  To the best of your knowledge, did

19 Makenzie--is it Moler?

20     A.    Yes.

21     Q.    Did she witness Miranda's arrest?

22     A.    I don't believe so.

23     Q.    You talked about an emotional check-in with

24 Catherine Lewin?

25     A.    Yes.

Defendants' Appendix 152

1        Q.   When was that?

2        A.   Before we started our canvas shifts, we

3   would always do a check-in.

4        Q.   So any time you were working?

5        A.   Uh-huh.

6        Q.   Okay.  And what were your dates of

7   employment with CCI?

8        A.   I worked for them in 2020 for, I believe,

9   three months, and then in 2021 I worked with them--I

10   only worked for like two-and-a-half weeks.

11       Q.   And why was that?

12       A.   Because I was having panic attacks door-

13   knocking, and I didn't want to put myself--because I

14   was by myself.

15       Q.   Okay.  Is that the same kind of anxiety you

16   feel when you're at the salon and you're dealing with

17   people you don't know?

18       A.   No.

19       Q.   So it's different how?

20       A.   It's different.  It feels like the world is

21   like caving in on me, where at the salon it feels

22   like just--if I'm not having like PTSD symptoms

23   before I go into work, it's just like generalized

24   anxiety.  If I have PTSD symptoms before work, I go

25   to work, and I have a panic attack at work, and I

Defendants' Appendix 153

1   have to have somebody pick me up, and during the

2   canvas job I was having panic attacks canvassing, and

3   I was by myself, and there's cars and there's people,

4   and I can't like get away.

5        Q.   Okay.  So tell me about your panic attacks.

6   I mean you did it just a little bit now, but how do

7   you know you're having one?  What's it feel like?

8        A.   It feels like generalized anxiety that

9   builds up.  I can feel it like in my chest.  It feels

10  like everything's like caving in, and I'm like small,

11  and I can't like catch my breath, and then it just

12  like switches, and then I'm crying, and there's like

13  no really defining line where it goes from like

14  generalized anxiety to like a full-blown panic attack

15  for me.  It just happens.

16       Q.   How do you typically get from what you've

17  said is a full-blown panic attack back to some

18  baseline?

19       A.   I usually have to do breathing exercises.  I

20  usually have to just like sit with myself and feel

21  like shit for the entire day.

22            Last night I had a panic attack.  This might

23  sound stupid, but I had my boyfriend just put his

24  full body weight on me so I could feel like I'm not

25  like losing it, basically, and that stopped it.

Defendants' Appendix 154

1       Q.    Anything else you do to get yourself back

2  down to a baseline?

3       A.    No.

4       Q.    So what I heard was breathe, sit with

5  yourself, feel like shit the entire day, and

6  occasionally have your boyfriend put his body on top

7  of you to kind of ground you.

8       A.    Yes.

9       Q.    Does that sound fair?

10      A.    Yes.

11      Q.    Is it your position that when you returned

12  to Court Avenue around 2:30 that you were protesting

13  at that point?

14      A.    No.

15           MS. MACKEL-WIEDERANDERS:  Okay.  I don't

16  have anything further.

17           MS. MESSAMER:  I have just a few questions

18  to follow-up.

19                    EXAMINATION

20  BY MS. MESSAMER:

21      Q.    So you talked earlier about after you left

22  the Capitol and came back down to the court area, and

23  there was some talk about pepper-spraying and tear-

24  gassing, and I think that you clarified a little bit

25  with Ms. Mackel, but was it just tear gas that you

1    saw happening down there?

2        A.    Yes.    I just saw like the glow of tear gas,

3    and then I remember overhearing people say that they

4    were Macing people or pepper-spraying people at the

5    line of scrimmage or the line of cops, or whatever.

6        Q.    Okay.    But you personally did not see

7    anybody get pepper-sprayed by an officer when you

8    were down in that area?

9        A.    No.

10       Q.    You talked a few times about your posts

11   where you were exaggerating.

12       A.    Uh-huh.

13       Q.    Are you exaggerating when you're answering

14   questions with Ms. Mackel about anything that

15   happened this night?

16       A.    No.

17       Q.    Have you exaggerated any of the details

18   about this interaction with the officers and how

19   everything happened?

20       A.    No.

21       Q.    In speaking about your anxiety, can you just

22   kind of characterize for us, maybe put percentages,

23   like what percentage of your anxiety would you

24   attribute to this case, how much would you attribute

25   to other causes?

1      A.    Probably this case probably takes up maybe

2   like 60 percent.  Most of my panic attacks are

3   because of what happened to me, if not all of my

4   panic attacks, why I can't drive by myself or why I

5   don't feel comfortable holding a job, and the rest is

6   just usually just generalized anxiety that I've had

7   in my life.

8      Q.    What's maybe your second biggest cause of

9   your anxiety?

10      A.    I think childhood trauma.

11      Q.    Does your childhood trauma prevent you from

12   working?

13      A.    No.

14      Q.    Does it give you panic attacks?

15      A.    No.

16      Q.    Does it prevent you from driving?

17      A.    No.

18          MS. MESSAMER:  That's all I have.  Thank

19   you.

20          MS. MACKEL-WIEDERANDERS:  I just have one

21   clarifying question.

22                         EXAMINATION

23   BY MS. MACKEL-WIEDERANDERS:

24      Q.    You said that a large percentage of your

25   anxiety is about this case, and I've seen, as

1   recently as last night with your tweets, that you're

2   saying there's a lot of anxiety about your

3   deposition, there's a lot of anxiety about, you know,

4   this idea that we're trying to get your case

5   dismissed, those kinds of things.  So that anxiety is

6   directly tied to this case, this litigation?

7        A.   This and having to think about what happened

8   to me is really hard, although it's necessary.

9        Q.   So part of it is the litigation that's

10  actually causing you anxiety?

11       A.   Yes.

12       Q.   And you said that's about 60 percent, I

13  think you said.  Am I correct in that?

14       A.   Yes.

15            MS. MACKEL-WIEDERANDERS:  Okay.  I don't

16  have anything further.

17                      EXAMINATION

18  BY MS. MESSAMER:

19       Q.   Just to make sure we're clear, you're not

20  saying that 60 percent of your anxiety is because of

21  this lawsuit.

22       A.   No.

23       Q.   Why is it?

24       A.   It's the events and the lawsuit, but the

25  lawsuit is because of the events.

1          MS. MESSAMER:  That's all.  Thank you.

2          MS. MACKEL-WIEDERANDERS:  I'm good.

3          (Proceedings concluded at 1:15 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2              I, the undersigned, a Certified Shorthand

3    Reporter of the State of Iowa, do hereby certify that

4    there came before me at the time, date and place

5    hereinbefore indicated, the witness named on the

6    caption sheet hereof, who was by me duly sworn to

7    testify to the truth of said witness' knowledge, that

8    the witness was thereupon examined under oath, the

9    examination taken down by me in shorthand and later

10   reduced to typewriting through the use of a

11   computer-aided transcription device under my

12   supervision and direction, and that the deposition is

13   a true record of the testimony given and of all

14   objections interposed.

15             I further certify that I am neither attorney

16   or counsel for, nor related to or employed by any of

17   the parties to the action in which this deposition is

18   taken, and further that I am not a relative or

19   employee of any attorney or counsel employed by the

20   parties hereto, or financially interested in the

21   action.

22             Dated at Des Moines, Iowa, this 12th day of

23   October, 2021.

24   _____
                 CERTIFIED SHORTHAND REPORTER

25

Defendants' Appendix 160

DEPOSITION OF DENVER FOOTE

## $

**$500** [1] - 115:22

## 1

**1** [8] - 13:22, 14:2, 52:1, 52:6, 78:6, 97:21, 105:6, 114:19
**1-4** [1] - 1:7
**10** [6] - 19:12, 27:18, 65:14, 84:8, 90:17, 122:5
**100** [2] - 100:14, 144:12
**103** [1] - 145:23
**106** [2] - 114:16, 146:7
**10:30** [1] - 19:13
**11** [6] - 65:14, 84:25, 107:8, 108:25, 109:5, 122:19
**113** [1] - 115:13
**118** [2] - 2:18, 146:22
**11th** [1] - 144:14
**12** [4] - 46:6, 85:20, 100:9, 107:8
**120** [1] - 116:13
**122** [1] - 117:5
**13** [5] - 2:12, 68:8, 86:2, 86:11, 90:6
**13th** [1] - 128:12
**14** [1] - 91:17
**14th** [2] - 114:7, 137:14
**15** [2] - 27:18, 92:8
**153** [1] - 2:3
**155** [1] - 2:4
**156** [1] - 2:4
**16** [4] - 46:7, 69:17, 72:1, 93:18
**16th** [1] - 105:4
**17** [2] - 68:8, 95:3
**17th** [1] - 119:15
**18** [4] - 2:13, 68:1, 96:1, 118:24
**18th** [1] - 125:22
**19** [1] - 123:21
**19th** [1] - 105:22
**1:15** [1] - 157:3
**1st** [2] - 69:23, 70:9

## 2

**2** [4] - 35:25, 37:9, 79:23, 105:7
**20** [5] - 18:16, 18:19, 22:18, 59:3, 74:6
**200** [1] - 30:5
**2013** [1] - 66:16
**2014** [5] - 5:24, 45:6,

45:8, 45:10, 66:13
**2015** [1] - 103:8
**2016** [1] - 103:8
**2019** [4] - 72:15, 73:19, 106:19, 107:2
**2020** [18] - 2:17, 6:4, 45:10, 69:24, 70:9, 72:15, 97:15, 97:21, 99:1, 99:21, 102:14, 105:4, 105:22, 113:16, 113:20, 114:8, 116:10, 151:8
**2021** [16] - 1:15, 2:18, 69:22, 69:24, 70:7, 70:9, 118:4, 119:15, 128:12, 130:20, 137:14, 139:3, 142:9, 144:14, 146:24, 151:9
**21** [2] - 21:7, 69:18
**22** [2] - 22:24, 91:25
**22nd** [1] - 108:20
**23rd** [1] - 109:4
**24** [2] - 24:23, 107:8
**25** [4] - 20:6, 22:20, 28:4, 49:2
**25-person** [1] - 137:17
**2500** [2] - 116:6, 116:8
**25th** [2] - 99:1, 142:9
**26** [1] - 29:23
**27th** [1] - 142:20
**28** [2] - 36:12, 112:22
**29** [3] - 1:15, 101:15, 146:24
**2910** [2] - 1:14, 1:19
**29th** [6] - 9:17, 9:24, 10:3, 11:3, 104:12, 147:3
**2:00** [1] - 36:12
**2:30** [1] - 153:12
**2:31** [1] - 81:17
**2:32** [1] - 83:10
**2:35** [4] - 86:12, 87:24, 89:10, 91:24
**2:36** [1] - 91:23
**2:42** [2] - 88:3, 92:10
**2:43** [1] - 95:8
**2:43:11** [1] - 93:20
**2:45** [2] - 47:15, 87:25
**2:47** [2] - 95:5, 95:8
**2nd** [2] - 20:15, 20:16, 37:16, 85:17

## 3

**3** [4] - 2:3, 7:10, 48:25, 80:4
**30** [1] - 49:3
**30th** [7] - 9:8, 9:11, 9:19, 11:22, 11:23,

69:7, 99:21
**31** [2] - 47:1, 125:20
**31st** [2] - 36:13, 130:20
**32** [2] - 47:15, 126:23
**33** [1] - 102:4
**34** [2] - 91:25, 103:3
**36** [1] - 100:15, 101:1
**37** [2] - 2:14, 51:13
**38** [2] - 86:12, 91:24
**3:10** [1] - 96:7
**3:13** [2] - 99:21, 99:23
**3rd** [14] - 20:15, 46:13, 46:19, 47:16, 47:22, 47:23, 48:8, 48:16, 85:25, 87:5, 87:7, 87:10, 113:15, 113:20

## 4

**4** [6] - 41:20, 81:9, 94:5, 98:17, 114:19, 118:8
**40** [1] - 127:17
**400** [1] - 1:23
**41** [1] - 2:15
**4216** [1] - 7:10
**43** [1] - 51:25
**45** [2] - 52:25, 103:13
**46** [3] - 54:4, 104:8, 128:4
**47** [1] - 56:3
**48** [1] - 57:15
**49** [1] - 60:7
**4:21-CV-0043** [1] - 1:6
**4th** [1] - 20:16

## 5

**5** [2] - 18:16, 82:3
**50** [4] - 22:19, 60:23, 74:18, 115:20
**50309** [1] - 1:23
**50312** [1] - 1:19
**51** [2] - 63:12, 104:13
**53** [1] - 64:1
**54** [2] - 128:18, 130:6
**55** [1] - 130:13
**56** [2] - 105:2, 131:25
**58** [1] - 105:20

## 6

**6** [3] - 47:1, 82:23, 119:9
**60** [2] - 155:2, 156:12, 156:20
**61** [1] - 107:11
**63** [1] - 137:12

**64** [1] - 108:8
**65** [1] - 108:14
**67** [1] - 108:23
**6th** [1] - 97:21

## 7

**7** [5] - 41:20, 51:25, 65:14, 83:14, 99:19
**73** [1] - 138:23
**75** [1] - 109:15
**77** [2] - 2:16, 110:15
**78** [2] - 111:8, 140:2
**79** [1] - 141:14
**7th** [3] - 14:12, 139:7, 139:9

## 8

**8** [1] - 79:25
**80** [1] - 111:24
**87** [1] - 142:5
**88** [1] - 122:24
**89** [1] - 142:16

## 9

**9** [2] - 19:13, 83:23
**9/8** [1] - 139:3
**93** [1] - 113:13
**94** [1] - 143:4
**96** [1] - 113:23
**97** [1] - 2:17
**9:45** [2] - 79:7, 79:11
**9:55** [1] - 1:15

## A

**a.m** [2] - 1:15, 36:12
**AAPI** [1] - 124:3
**ability** [2] - 8:15, 8:19
**able** [18] - 6:23, 8:21, 8:23, 42:4, 42:16, 42:17, 44:23, 44:24, 50:18, 77:9, 77:12, 98:10, 103:11, 127:1, 127:10, 132:15, 133:25, 149:7
**abolish** [1] - 114:2
**Absolutely** [1] - 81:16
**abusive** [5] - 65:25, 119:13, 120:6, 120:23, 121:6
**accept** [1] - 4:4
**accident** [3] - 64:23, 73:17, 73:18
**account** [2] - 8:5, 98:1, 114:4
**accounts** [2] - 7:24,

8:1
**accurate** [2] - 47:18, 51:18
**acknowledge** [1] - 76:24
**Act** [1] - 119:4
**act** [1] - 143:2
**actively** [1] - 33:25
**activities** [2] - 38:17, 50:2
**activity** [10] - 20:25, 23:2, 23:8, 23:17, 23:25, 24:5, 24:7, 24:13, 36:19, 50:7
**Adam** [1] - 56:2
**additional** [1] - 60:21
**admitted** [2] - 117:9, 117:11
**adult** [2] - 66:7, 118:10
**advocating** [2] - 110:21, 110:24
**affect** [1] - 53:24
**affecting** [1] - 67:12
**afford** [3] - 71:22, 126:18, 133:2
**Affordable** [1] - 119:4
**afraid** [1] - 132:7
**afterwards** [2] - 57:22, 111:17
**agency** [4] - 17:22, 23:5, 25:5, 27:19
**aggressive** [1] - 107:3
**ago** [10] - 5:13, 8:6, 112:2, 113:20, 128:20, 128:21, 130:7, 130:16, 131:8, 131:21
**agree** [17] - 42:21, 64:11, 80:10, 83:7, 84:21, 85:20, 85:21, 86:5, 91:19, 92:3, 93:23, 95:6, 95:9, 96:4, 99:22, 106:14, 135:8
**agreeing** [2] - 84:16, 97:11
**ahead** [6] - 94:5, 103:15, 109:15, 113:25, 121:8, 134:10
**ahold** [1] - 36:2
**Aid** [6] - 45:21, 46:3, 115:21, 115:22, 115:23, 123:4
**aisles** [1] - 125:1
**alcoholic** [4] - 65:21, 65:22, 66:1, 67:3
**allegation** [1] - 102:24
**allegations** [1] - 18:9

Defendants' Appendix 161

DEPOSITION OF DENVER FOOTE

**ALLEN** [1] - 1:7
**alleviate** [1] - 27:11
**alley** [10] - 87:19, 87:20, 88:13, 88:16, 89:4, 89:7, 92:1, 92:3, 92:19, 94:24
**alleyway** [1] - 49:5
**allow** [1] - 137:21
**ally** [1] - 34:7
**almost** [2] - 105:23, 108:17
**alone** [2] - 48:3, 132:3
**Amended** [1] - 2:13
**Andrews** [1] - 4:15
**angry** [2] - 23:11, 117:1
**ankle** [1] - 98:8
**Annie's** [13] - 39:7, 40:19, 48:6, 48:18, 62:2, 62:5, 85:7, 87:16, 87:20, 88:14, 92:12, 92:21, 92:23
**announce** [1] - 145:6
**announced** [3] - 145:13, 145:15, 145:18
**annoyed** [1] - 142:1
**answer** [7] - 3:20, 65:19, 66:4, 69:20, 121:8, 122:1, 134:11
**answered** [1] - 5:17
**answering** [1] - 154:13
**answers** [4] - 15:12, 41:12, 68:11, 72:1
**Answers** [1] - 2:15
**antibiotics** [1] - 113:22
**anxiety** [51] - 6:13, 43:14, 43:20, 65:17, 65:23, 66:5, 67:6, 67:12, 98:21, 98:24, 99:5, 99:17, 114:9, 118:20, 124:17, 130:25, 140:6, 140:10, 140:15, 140:16, 140:19, 140:21, 140:24, 141:1, 141:3, 141:5, 141:7, 141:9, 141:12, 141:21, 143:23, 144:10, 146:5, 146:24, 147:2, 147:10, 148:1, 151:15, 151:24, 152:8, 152:14, 154:21, 154:23, 155:6, 155:9, 155:25, 156:2, 156:3, 156:5,

156:10, 156:20
**anxiety/PTSD** [1] - 69:20
**anxious** [5] - 9:16, 31:14, 43:18, 44:20, 49:10
**apart** [1] - 11:12
**apartment** [3] - 69:9, 69:11, 132:19
**Apartment** [1] - 7:10
**appear** [1] - 82:9
**APPEARANCES** [1] - 1:17
**appointed** [1] - 133:3
**appointment** [2] - 127:2, 127:9
**appointments** [2] - 111:18, 127:11
**approach** [1] - 17:7
**approached** [1] - 53:1
**approaching** [1] - 50:15
**approving** [1] - 116:21
**April** [2] - 98:12, 125:22
**area** [9] - 10:24, 23:14, 28:5, 36:14, 89:15, 93:15, 149:24, 153:22, 154:8
**arm** [3] - 57:23, 58:10, 59:5
**arrest** [20] - 43:5, 45:3, 46:15, 49:12, 54:12, 65:2, 72:7, 72:8, 76:11, 76:16, 76:20, 76:22, 95:6, 97:22, 99:3, 110:2, 111:19, 116:11, 126:12, 150:21
**arrested** [20] - 5:15, 43:2, 43:4, 43:25, 46:18, 46:20, 76:18, 87:25, 89:11, 94:2, 95:2, 97:4, 117:15, 119:17, 127:10, 132:16, 132:18, 133:20, 147:5, 148:19
**arresting** [2] - 64:25, 119:24
**arrived** [4] - 11:20, 21:9, 47:3, 82:6
**arrow** [8] - 14:5, 81:13, 84:1, 85:21, 86:3, 90:20, 91:21, 92:14
**articles** [1] - 119:22
**ashamed** [1] - 107:9
**Asian** [4] - 123:24, 124:4, 124:7, 125:12

**aside** [3] - 20:23, 51:1, 54:15
**assembled** [2] - 30:2, 30:3
**assembly** [2] - 32:18, 32:23
**assist** [1] - 25:11
**assistance** [2] - 24:22, 25:7
**assume** [5] - 17:22, 18:8, 36:24, 105:6, 132:11
**assuming** [1] - 65:4
**assumption** [1] - 79:20
**attack** [12] - 43:15, 43:17, 45:6, 45:11, 70:2, 70:15, 121:14, 129:8, 151:25, 152:14, 152:17, 152:22
**attacked** [3] - 128:22, 129:5, 146:2
**attacks** [13] - 42:8, 42:9, 44:12, 44:14, 44:25, 45:1, 45:4, 151:12, 152:2, 152:5, 155:2, 155:4, 155:14
**attend** [1] - 9:14
**attention** [1] - 117:17
**attorney** [10] - 3:9, 4:12, 18:9, 41:15, 104:19, 104:21, 104:24, 132:16, 133:1, 133:2
**attribute** [2] - 154:24
**August** [7] - 69:22, 69:24, 70:7, 70:9, 144:14, 146:24, 147:3
**aunt's** [1] - 112:14
**authored** [1] - 23:21
**authority** [1] - 128:2
**Ave** [2] - 12:9, 37:21
**Avenue** [23] - 1:14, 1:19, 7:10, 28:6, 28:8, 28:25, 29:7, 36:13, 40:5, 48:14, 75:11, 75:14, 80:18, 82:6, 85:1, 88:15, 93:2, 93:23, 94:19, 112:3, 112:8, 130:24, 153:12
**avoid** [3] - 69:21, 70:6, 70:16
**avoided** [1] - 70:5
**avoiding** [1] - 108:21
**aware** [13] - 7:24, 30:17, 42:2, 43:11, 65:3

45:14, 45:15, 101:10, 102:15, 133:1, 137:20, 137:23, 149:16, 149:17
**awkward** [1] - 111:21

## B

**baby** [1] - 73:8
**baby-sit** [1] - 73:8
**background** [1] - 77:7
**backward** [1] - 55:22
**backwards** [1] - 112:23
**bad** [3] - 54:3, 69:2, 113:21
**badge** [1] - 77:24
**bag** [7] - 26:6, 26:7, 26:9, 26:17, 52:23, 81:8, 95:16
**band** [1] - 127:22
**bandana** [4] - 26:2, 78:14, 78:15, 86:4
**bands** [1] - 107:19
**bank** [2] - 114:23, 114:24
**bar** [4] - 36:14, 107:20, 107:23
**barely** [1] - 69:10
**Barrel** [1] - 7:5
**bars** [3] - 55:17, 107:17, 112:8
**based** [6] - 65:1, 65:3, 77:8, 92:14, 101:20, 139:12
**baseline** [2] - 152:18, 153:2
**basic** [1] - 5:17
**bathroom** [2] - 35:1, 111:11
**baton** [12] - 57:16, 57:18, 58:24, 59:1, 59:7, 59:8, 59:18, 59:19, 60:1, 60:9, 60:14, 61:12
**batons** [2] - 100:13, 117:6
**beat** [2] - 60:8, 100:12
**beating** [1] - 117:7
**Beauty** [1] - 6:2
**becoming** [1] - 143:1
**bed** [1] - 67:1
**beef** [1] - 144:25
**beer** [2] - 7:6, 35:11
**beginning** [2] - 123:25, 124:20
**behaving** [1] - 149:11
**behavior** [2] - 31:19, 65:3

**behind** [7] - 11:3, 14:14, 16:9, 19:3, 80:13, 83:1, 85:12
**benches** [1] - 22:14
**Bend** [1] - 44:11
**bender** [1] - 66:24
**benefits** [1] - 109:2
**Bernie** [2] - 98:7, 122:15
**best** [1] - 150:18
**bet** [1] - 138:17
**better** [7] - 69:1, 98:13, 98:14, 114:3, 114:14, 134:4, 134:19
**between** [11] - 6:18, 20:15, 22:16, 53:9, 59:19, 61:14, 75:2, 75:5, 88:13, 89:10, 111:18
**bi** [1] - 143:6
**big** [1] - 122:14
**biggest** [1] - 155:8
**bike** [11] - 72:2, 72:3, 72:8, 72:9, 72:11, 72:14, 72:16, 72:17, 72:22, 72:23, 90:13
**birthday** [1] - 112:9
**bisexual** [2] - 143:15, 143:21
**bit** [15] - 9:7, 35:4, 41:22, 42:3, 54:1, 54:7, 65:13, 76:2, 77:6, 100:17, 108:1, 110:6, 130:11, 152:6, 153:24
**bite** [4] - 110:9, 110:10, 110:11, 128:14
**black** [9] - 22:4, 25:25, 26:1, 74:1, 78:13, 78:16, 91:10, 112:2
**black-out** [1] - 112:2
**blank** [1] - 13:20
**bleed** [2] - 37:8, 108:6
**block** [3] - 11:8, 11:12, 102:1
**blocking** [6] - 39:21, 40:3, 50:21, 51:2, 56:18, 93:13
**blocks** [1] - 38:1
**blood** [4] - 107:14, 130:18, 131:4, 131:11
**blown** [2] - 152:14, 152:17
**blunt** [1] - 59:9
**blurry** [1] - 92:13
**body** [12] - 5:12, 5:14, 98:9, 100:14, 107:9,

117:9, 135:9,
135:16, 135:19,
135:22, 152:24,
153:6
**boot** [1] - 64:7
**booted** [1] - 109:1
**borders** [1] - 137:16
**born** [2] - 66:10, 66:13
**boss** [1] - 146:17
**bother** [1] - 110:8
**bottles** [3] - 26:8,
146:9, 146:18
**bottom** [1] - 21:16
**bought** [1] - 105:25
**box** [1] - 10:18
**boxed** [1] - 56:11
**boyfriend** [3] - 41:25,
152:23, 153:6
**brain** [1] - 140:12
**Brandon** [2] - 53:1,
54:4
**Bratz** [2] - 143:10,
143:17
**break** [14] - 4:6, 4:8,
30:21, 35:3, 39:2,
74:10, 75:11, 75:16,
76:1, 100:17,
104:10, 104:17,
111:18, 125:14
**breaking** [15] - 15:13,
16:14, 16:17, 30:2,
30:18, 31:4, 31:8,
31:15, 31:17, 47:4,
50:10, 51:8, 75:20,
89:19, 149:2
**breaks** [1] - 108:3
**breath** [2] - 108:11,
152:11
**breathe** [1] - 153:4
**breathing** [3] - 53:13,
53:20, 152:19
**Brewing** [1] - 88:15
**brick** [1] - 30:23
**bridge** [3] - 149:23,
150:10, 150:15
**briefly** [1] - 115:1
**bright** [1] - 136:10
**bring** [1] - 26:22
**broasted** [1] - 7:5
**broke** [1] - 30:9
**broken** [1] - 76:23
**brought** [2] - 72:9,
146:4
**brown** [1] - 124:13
**bruises** [1] - 101:11
**bruising** [1] - 45:24
**brutality** [2] - 130:16,
132:20
**brutalized** [5] - 132:9,
132:14, 132:22,

133:15, 133:18
**budget** [2] - 116:22,
116:23
**Buick** [1] - 13:4
**build** [1] - 103:9
**Building** [1] - 54:21
**building** [7] - 12:4,
15:20, 31:8, 79:15,
85:8, 88:14, 103:4
**buildings** [1] - 110:25
**builds** [1] - 152:9
**built** [1] - 103:12
**bullet** [2] - 46:9, 69:4
**bunch** [1] - 117:6
**bunks** [1] - 96:21
**burn** [5] - 27:17,
110:17, 111:2,
113:8, 116:15
**burned** [5] - 24:21,
24:25, 52:13, 53:17,
54:2
**burning** [9] - 25:12,
27:14, 53:3, 53:10,
53:11, 111:5, 117:2,
139:22
**burnt** [3] - 141:17,
142:2, 142:3
**bus** [3] - 140:4,
140:15, 140:16
**businesses** [1] -
89:21
**busted** [3] - 107:13,
107:21, 107:22
**buy** [2] - 27:1, 27:2
**BY** [46] - 3:7, 13:21,
18:14, 23:23, 24:20,
35:6, 37:5, 41:11,
76:5, 77:4, 78:5,
87:11, 90:9, 97:19,
113:1, 118:7, 121:3,
122:4, 125:19,
134:13, 135:14,
136:3, 136:8,
136:15, 136:20,
137:1, 137:6,
137:10, 138:2,
138:7, 138:13,
138:20, 139:8,
139:20, 140:1,
143:13, 143:19,
144:5, 144:9, 145:5,
145:12, 145:16,
145:22, 153:20,
155:23, 156:18

---

**C**

---

**California** [2] - 125:8,
125:10
**cam** [3] - 5:12, 5:14,

19:9
**camera** [1] - 86:14
**campaign** [1] - 98:7
**camps** [1] - 142:13
**cams** [1] - 117:9
**canisters** [1] - 23:3
**cannot** [6] - 19:7,
23:9, 30:16, 84:6,
104:12, 130:19
**cans** [8] - 39:18,
39:21, 51:1, 81:14,
82:7, 82:10, 82:19,
83:1
**canvas** [2] - 151:2,
152:2
**canvassing** [3] -
44:12, 98:8, 152:2
**cap** [1] - 15:3
**capitalism** [1] -
127:25
**Capitol** [43] - 9:11,
12:1, 12:2, 12:13,
12:14, 12:16, 12:17,
14:9, 15:2, 15:5,
17:1, 17:3, 17:14,
17:15, 18:20, 21:9,
21:23, 21:24, 23:1,
23:8, 23:17, 23:24,
24:6, 25:16, 27:23,
28:5, 28:14, 28:24,
29:7, 31:10, 31:13,
80:13, 80:16, 99:23,
100:2, 100:4,
128:21, 129:2,
130:8, 149:4, 149:6,
149:13, 153:22
**car** [16] - 16:3, 19:9,
26:18, 29:1, 29:5,
43:20, 46:12, 47:16,
48:1, 69:15, 73:17,
73:18, 73:22, 90:3,
91:7, 135:21
**care** [1] - 118:12
**Care** [1] - 119:4
**cares** [1] - 113:12
**carry** [2] - 26:20,
125:5
**carrying** [2] - 26:8,
73:5
**cars** [4] - 10:24, 11:9,
50:15, 152:3
**case** [12] - 3:11, 5:1,
122:20, 122:21,
122:23, 123:7,
123:11, 154:24,
155:1, 155:25,
156:4, 156:6
**Case** [1] - 1:6
**cases** [1] - 136:13
**cat** [7] - 110:6, 110:9,

110:10, 110:11,
110:13, 110:14,
128:14
**catch** [3] - 104:10,
127:2, 152:11
**categorically** [1] -
23:13
**Catherine** [3] - 44:8,
44:18, 150:24
**Catholic** [1] - 143:22
**caucuses** [2] - 122:14,
141:5
**caused** [11] - 16:21,
65:20, 65:23, 69:21,
70:6, 70:16, 124:17,
140:18, 140:21,
140:24, 142:10
**causes** [8] - 72:2,
72:4, 140:15,
140:16, 141:3,
141:11, 141:21,
154:25
**causing** [3] - 107:1,
146:4, 156:10
**caving** [2] - 151:21,
152:10
**CCI** [4] - 44:10,
114:18, 114:24,
151:7
**cell** [2] - 34:11, 96:22
**cells** [1] - 96:19
**center** [1] - 80:9
**Central** [2] - 144:16,
144:24
**CENTRAL** [1] - 1:2
**certain** [4] - 59:6,
60:1, 74:11, 136:2
**CERTIFIED** [1] - 1:25
**Certified** [2] - 1:14,
3:4
**change** [3] - 23:12,
141:1, 141:3
**changed** [2] - 112:4,
112:19
**Channel** [1] - 79:25
**chanting** [1] - 12:8
**characterize** [1] -
154:22
**charge** [1] - 114:25
**charges** [1] - 101:20
**check** [5] - 44:19,
117:25, 124:3,
150:23, 151:3
**check-in** [3] - 44:19,
150:23, 151:3
**checked** [4] - 24:9,
102:19, 103:1,
123:19
**chemical** [5] - 102:8,
102:9, 102:10,

102:14, 102:21
**Cherry** [5] - 14:12,
74:19, 74:21, 75:9,
78:23
**chest** [1] - 152:9
**chicken** [1] - 7:5
**child** [1] - 106:1
**childhood** [2] -
155:10, 155:11
**children** [9] - 102:8,
102:9, 102:11,
102:16, 102:21,
120:22, 128:21,
129:4, 129:8
**Chinese** [1] - 125:2
**chiropractic** [1] - 69:1
**chiropractor** [4] -
4:19, 68:17, 68:20,
71:17
**chronic** [1] - 66:1
**circle** [1] - 76:6
**circumstance** [1] -
138:22
**circumstances** [1] -
136:4
**cirrhosis** [1] - 66:1
**CITY** [1] - 1:9
**city** [24] - 11:9, 21:5,
103:4, 103:9,
103:10, 110:17,
114:2, 114:5,
114:13, 116:19,
117:18, 117:19,
128:22, 133:12,
137:15, 137:19,
137:20, 137:23,
148:12, 148:14,
148:23
**City** [7] - 1:22, 3:9,
3:11, 32:3, 103:5,
103:9, 129:19
**claims** [1] - 129:13
**clarified** [1] - 153:24
**clarifying** [1] - 155:21
**CLARK** [1] - 1:7
**Clear** [7] - 5:22, 7:3,
7:7, 72:13, 73:13,
112:10, 124:15
**clear** [4] - 125:9,
134:15, 150:1,
156:19
**clearer** [1] - 84:8
**clearly** [4] - 8:21, 8:23,
57:11, 57:12
**climate** [5] - 141:1,
141:2, 142:20,
142:21, 142:24
**close** [12] - 18:22,
22:9, 40:13, 45:17,
72:23, 73:24, 79:11,

DEPOSITION OF DENVER FOOTE

86:8, 90:2, 94:1, 95:13, 150:6
**closed** [1] - 6:23
**closer** [2] - 40:10, 40:11
**closest** [1] - 29:5
**clothes** [1] - 115:19
**club** [1] - 112:11
**clubs** [3] - 85:6, 85:7, 85:9
**cocktail** [1] - 139:2
**cocktails** [3] - 139:15, 139:19, 139:22
**collapse** [2] - 142:20, 142:21
**color** [1] - 34:8
**colored** [3] - 141:17, 141:19, 141:25
**comfortable** [4] - 16:8, 16:10, 99:13, 155:5
**coming** [6] - 18:22, 44:19, 54:19, 54:23, 93:24, 138:15
**commencing** [1] - 1:15
**commented** [1] - 118:13
**comments** [1] - 140:23
**commit** [3] - 66:9, 66:14, 66:18
**committing** [3] - 31:23, 33:6, 33:12
**communications** [1] - 104:19
**community** [3] - 130:1, 134:22, 146:16
**compared** [2] - 123:23, 124:7
**complaint** [2] - 5:4, 23:20
**complaints** [2] - 20:19, 20:24
**completely** [2] - 33:8, 140:5
**complies** [71] - 14:3, 36:11, 41:21, 46:8, 47:2, 51:15, 65:16, 68:9, 69:19, 74:7, 79:24, 80:5, 81:10, 82:4, 82:24, 83:15, 83:24, 84:9, 90:18, 91:18, 92:9, 93:19, 94:7, 95:4, 96:3, 98:18, 99:20, 100:10, 101:16, 102:5, 103:14, 104:9, 104:14,

105:3, 105:21, 107:12, 108:9, 108:15, 108:24, 109:16, 110:16, 111:9, 112:1, 112:25, 113:14, 113:24, 114:17, 115:14, 116:14, 118:9, 119:10, 122:6, 123:22, 125:21, 126:24, 127:18, 128:5, 128:19, 130:14, 132:1, 137:13, 138:24, 140:3, 141:15, 142:6, 142:17, 143:5, 144:13, 145:24, 146:8, 146:23
**concern** [2] - 16:13, 31:4
**concerned** [6] - 16:14, 16:22, 16:23, 50:1, 50:5, 122:17
**concerning** [1] - 31:20
**concluded** [2] - 10:22, 11:6, 157:3
**concrete** [1] - 130:17
**condition** [1] - 98:5
**confident** [1] - 79:6
**confidently** [1] - 33:5
**confirm** [1] - 99:23
**confronting** [2] - 14:13, 14:15
**consequences** [4] - 119:14, 120:7, 120:24, 121:7
**consider** [1] - 22:2
**Consider** [1] - 125:23
**consistent** [3] - 82:11, 82:21, 83:11
**consistently** [1] - 137:21
**contact** [3] - 56:14, 60:21, 61:15
**contacts** [1] - 43:15
**continually** [1] - 123:23
**continue** [1] - 98:12
**control** [2] - 135:9, 135:15
**controlling** [2] - 135:19, 135:22
**Cops** [1] - 76:14
**cops** [7] - 49:3, 100:11, 122:22, 123:6, 146:2, 149:22, 154:5
**copy** [2] - 13:19, 78:4
**core** [1] - 127:22

**corner** [19] - 29:3, 29:18, 31:11, 38:1, 38:3, 39:6, 39:14, 40:19, 41:5, 47:22, 82:14, 83:25, 84:10, 85:8, 85:24, 87:21, 94:25, 149:1, 149:15
**cornered** [3] - 100:11, 100:19, 100:24
**cornering** [1] - 117:7
**Coronavirus** [1] - 99:14
**corporation** [1] - 142:25
**correct** [15] - 15:10, 17:1, 18:23, 48:11, 52:3, 65:9, 83:17, 97:11, 97:22, 100:21, 111:22, 123:17, 123:19, 129:2, 156:13
**corrective** [1] - 9:1
**correctly** [1] - 80:20
**cosmetology** [4] - 6:1, 6:5, 6:19, 6:25
**couch** [1] - 35:11
**coughed** [1] - 125:3
**council** [15] - 21:5, 103:10, 114:3, 114:5, 114:14, 116:19, 117:18, 117:20, 133:12, 137:16, 137:20, 148:13, 148:14, 148:21, 148:24
**Council** [1] - 129:19
**Counsel** [2] - 1:13, 3:3
**counsel** [1] - 42:9
**counseling** [3] - 67:10, 67:11, 67:18
**countless** [3] - 132:9, 132:13, 133:25
**couple** [9] - 8:6, 9:9, 12:18, 13:12, 15:6, 17:16, 76:6, 124:1, 124:21
**courage** [1] - 39:9
**course** [3] - 20:14, 21:2, 35:2
**court** [3] - 8:12, 30:7, 153:22
**Court** [34] - 12:9, 28:6, 28:8, 28:25, 29:7, 36:13, 37:21, 38:3, 39:14, 40:5, 47:22, 48:12, 48:14, 50:23, 75:11, 75:14, 80:18, 82:6, 85:1, 85:16, 85:18, 86:20, 88:8, 88:9, 88:10, 88:15,

93:2, 93:23, 94:19, 94:25, 112:3, 112:8, 130:24, 153:12
**COURT** [1] - 1:1
**courthouse** [13] - 14:19, 15:9, 15:17, 31:3, 74:10, 74:12, 74:13, 74:15, 74:23, 75:6, 79:4, 79:11
**cornered** [3] - 100:11, 100:19, 100:24
**Courthouse** [5] - 15:9, 75:1, 75:6, 75:8, 79:1
**courthouse...she** [1] - 74:9
**cover** [2] - 71:25, 127:1
**COVID** [4] - 105:7, 105:17, 113:17, 137:17
**Cownie** [1] - 116:25
**cracked** [1] - 35:11
**crash** [1] - 74:3
**creature** [1] - 140:13
**cried** [1] - 128:7
**crime** [4] - 23:14, 23:15, 33:12, 137:3
**crimes** [2] - 31:23, 33:6
**criminal** [10] - 15:8, 23:17, 24:4, 24:7, 24:13, 33:9, 50:7, 79:4, 79:15, 101:20
**cross** [3] - 20:12, 48:18, 89:11
**crossed** [6] - 41:2, 84:20, 87:17, 88:6, 88:7, 88:8
**crossing** [1] - 85:1
**crosswalk** [1] - 80:9
**crosswalks** [2] - 32:11, 90:24
**crowd** [11] - 16:8, 17:13, 18:22, 23:3, 28:9, 28:10, 28:13, 29:4, 31:13, 80:23, 86:19
**crying** [3] - 95:23, 95:24, 152:12
**cubby** [1] - 61:20
**cues** [1] - 3:22
**cup** [1] - 96:21
**curfew** [5] - 101:17, 101:20, 101:22, 101:25, 102:2
**curious** [1] - 119:25
**current** [1] - 68:14
**cursing** [1] - 138:16
**curved** [1] - 32:10
**customers** [1] - 121:16

**cut** [2] - 6:14, 109:18
**cutout** [1] - 94:3
**cutting** [2] - 95:18, 106:13

**D**

**dad** [2] - 65:25, 66:24
**damage** [2] - 93:10, 100:14
**DANA** [1] - 1:8
**DANIELS** [1] - 1:25
**Daniels** [1] - 1:14
**dark** [1] - 57:5
**date** [1] - 123:5
**dated** [1] - 97:21
**dates** [1] - 151:6
**day's** [1] - 11:18
**days** [4] - 44:4, 66:25, 67:1, 141:23
**de** [3] - 131:18, 134:4, 134:19
**de-escalation** [3] - 131:18, 134:4, 134:19
**deal** [3] - 138:8, 138:11, 138:15
**dealing** [2] - 114:1, 151:16
**debilitating** [1] - 69:6
**December** [2] - 115:20, 116:8
**decide** [3] - 9:14, 17:25, 89:11
**decided** [6] - 11:6, 49:20, 49:23, 86:16, 87:14, 88:18
**decision** [1] - 87:1
**declare** [1] - 32:20
**decompressed** [1] - 35:12
**defendant** [1] - 52:25
**Defendant** [8] - 54:4, 56:1, 56:4, 57:15, 63:12, 63:13, 64:1, 64:2
**defendant's** [2] - 37:3, 118:5
**Defendant's** [8] - 13:14, 13:15, 18:12, 37:2, 41:9, 41:18, 77:2, 97:17
**Defendants** [6] - 1:10, 1:13, 1:21, 3:3, 60:7, 60:25
**DEFENDANTS'** [1] - 2:11
**defining** [1] - 152:13
**definitively** [4] - 77:14, 78:9, 80:2,

DEPOSITION OF DENVER FOOTE

84:4
defund [1] - 129:25
defunding [2] - 130:3, 130:4
deliver [1] - 142:13
DENVER [3] - 1:4, 1:12, 3:2
Denver [5] - 2:3, 42:2, 43:11, 45:14, 74:8
Denver's [1] - 69:20
department [1] - 10:16, 21:25, 128:24
Department [6] - 1:22, 20:24, 103:17, 104:6, 119:23, 136:17
deployed [2] - 23:2, 31:12
Depop [2] - 115:18, 116:1
deposed [1] - 3:14
DEPOSITION [1] - 1:12
deposition [4] - 4:13, 44:19, 145:25, 156:3
depositions [1] - 4:20
depression [3] - 65:18, 66:5, 67:6
DES [1] - 1:9
Des [31] - 1:14, 1:19, 1:22, 1:23, 3:10, 10:4, 10:9, 17:19, 18:25, 19:5, 20:24, 21:3, 30:14, 32:3, 45:21, 46:3, 52:9, 80:6, 102:7, 102:8, 102:10, 102:15, 102:20, 103:17, 104:5, 117:6, 119:23, 123:3, 129:15, 129:18, 136:16
described [1] - 18:7
describing [1] - 122:2
DeSmet [2] - 1:21, 3:11
detail [1] - 18:18
details [1] - 154:17
detaining [1] - 135:13
detention [1] - 104:1
died [1] - 66:1
difference [4] - 53:8, 59:14, 59:19, 63:21
different [12] - 23:18, 31:7, 31:9, 64:10, 64:11, 95:10, 106:11, 106:17, 149:3, 149:4, 151:19, 151:20
direction [3] - 19:14,

82:1, 85:12
directions [1] - 20:18
directly [2] - 40:24, 156:6
disabled [1] - 7:3
disagree [1] - 97:25
disaster [1] - 7:11
disclose [1] - 4:11
discussions [1] - 4:11
dismissed [5] - 122:21, 122:23, 123:6, 123:11, 156:5
dispersal [5] - 27:21, 27:23, 33:15, 33:18, 33:25
disperse [1] - 27:20
dispersed [1] - 47:5
distance [1] - 70:3
DISTRICT [2] - 1:1, 1:1
disturbing [1] - 51:9
DIVISION [1] - 1:2
DMPD [6] - 119:11, 121:4, 131:18, 132:11, 133:15, 133:18
doctor [2] - 113:18, 128:7
documents [1] - 4:16
Doe [2] - 52:1, 52:6
DOE [1] - 1:7
donate [1] - 116:7
done [3] - 46:22, 120:11, 138:4
door [3] - 98:6, 114:21, 151:12
door-knocking [2] - 98:6, 114:21
doubt [1] - 139:11
Douglas [1] - 6:10
down [67] - 3:18, 3:22, 6:14, 7:11, 10:23, 12:1, 14:6, 14:7, 14:11, 14:21, 14:22, 14:24, 15:8, 18:20, 22:16, 28:25, 29:8, 29:11, 29:12, 34:21, 36:10, 36:16, 36:20, 37:19, 37:20, 37:21, 37:25, 38:4, 40:16, 46:13, 46:19, 48:13, 49:3, 49:7, 49:12, 50:23, 54:13, 54:19, 62:20, 63:24, 68:22, 75:15, 76:25, 78:7, 80:18, 85:11, 85:16, 86:19, 86:20, 87:17, 87:18, 87:19, 88:13, 92:4, 92:6, 100:17, 112:10, 116:15, 117:3, 139:22,

150:5, 150:7, 153:2, 153:22, 154:1, 154:8
downtown [5] - 10:16, 36:5, 38:12, 38:20, 86:14
DPMD [1] - 132:10
draw [2] - 14:4, 117:17
dream [1] - 147:6
drinks [1] - 112:12
drive [15] - 9:5, 13:3, 18:21, 34:23, 43:14, 43:21, 50:16, 50:23, 69:24, 70:3, 70:25, 71:14, 132:3, 132:6, 155:4
Drive [1] - 1:23, 7:5, 12:3
Drive-In [1] - 7:5
driven [1] - 70:9
driving [9] - 43:15, 43:16, 69:21, 70:5, 70:6, 70:16, 71:3, 73:23, 155:16
drone [1] - 82:10
drove [6] - 13:1, 70:1, 70:21, 71:6, 71:9, 71:12
drunk [2] - 107:23, 112:3
drunken [1] - 112:13
duly [1] - 3:4
during [10] - 17:6, 58:19, 73:25, 77:17, 114:24, 132:16, 144:15, 144:18, 144:23, 152:1
dying [1] - 103:4

E

ear [1] - 107:13, 107:15, 108:4
early [2] - 72:15
East [1] - 18:20
east [3] - 20:17, 48:19, 83:1
edge [1] - 142:19
edgy [1] - 139:13
EDIE [1] - 1:25
Edie [2] - 1:14, 3:17
education [1] - 5:25
effect [1] - 44:24
effects [3] - 27:11, 52:11, 150:12
Either [2] - 63:12, 64:1
either [5] - 29:15, 62:2, 76:10, 94:11, 129:16
Elaine [1] - 45:13
elastic [2] - 107:18,

107:19
elbow [3] - 59:16, 59:19, 59:20
elbowed [1] - 59:21
elected [2] - 128:22
election [1] - 141:7
electrical [1] - 10:18
elements [6] - 32:5, 32:9, 32:17, 32:19, 32:23, 32:25
EMDR [1] - 126:22
emotional [2] - 44:18, 150:23
employed [2] - 6:20, 6:21
employee [1] - 62:4
employment [2] - 146:18, 151:7
end [4] - 9:18, 35:23, 36:1, 66:21
ended [12] - 12:14, 14:24, 29:9, 44:11, 60:18, 66:23, 66:25, 70:2, 70:15, 98:10, 142:14, 147:8
ending [1] - 14:24
ends [1] - 15:1
enforcement [4] - 17:22, 23:5, 25:5, 27:19
engage [1] - 67:22
engaged [7] - 23:1, 23:8, 23:14, 23:17, 23:25, 24:7, 24:13
entertaining [1] - 114:15
entire [6] - 24:6, 30:4, 86:17, 118:10, 152:21, 153:5
entrance [1] - 62:4
ERNESTO [1] - 1:8
escalate [1] - 16:20
escalating [1] - 16:22
escalation [4] - 31:18, 131:18, 134:4, 134:19
ESCOBAR [1] - 1:8
especially [4] - 43:19, 44:17, 111:15, 111:16
ESQ [3] - 1:18, 1:21, 1:21
essentially [1] - 93:21
evaluation [2] - 68:16, 68:24
evening [1] - 18:10
event [11] - 10:17, 10:20, 10:22, 11:5, 11:10, 67:20, 101:23, 119:12,

107:19
elbow [3] - 59:16, 59:19, 59:20

121:5, 144:17, 145:11
events [11] - 9:8, 9:19, 11:18, 11:20, 35:12, 42:7, 42:19, 70:16, 70:17, 156:24, 156:25
eventually [2] - 12:13, 44:2
everyday [1] - 143:1
evidence [1] - 85:15
ex [1] - 148:11
ex-husband's [1] - 148:11
exact [2] - 37:14, 88:2
exactly [6] - 29:10, 46:20, 109:25, 115:17, 123:1, 148:15
exaggerate [1] - 117:20
exaggerated [2] - 131:3, 154:17
exaggerating [5] - 117:16, 130:22, 131:20, 154:11, 154:13
EXAMINATION [5] - 2:2, 3:6, 153:19, 155:22, 156:17
examined [1] - 3:5
example [1] - 59:19
except [6] - 69:21, 69:25, 70:6, 70:10, 70:12, 70:13
exercises [1] - 152:19
exhausting [1] - 146:3
exhaustion [3] - 142:7, 142:11, 142:15
Exhibit [26] - 13:14, 13:15, 18:11, 18:12, 21:8, 28:4, 36:8, 37:2, 37:3, 41:9, 41:19, 46:6, 46:25, 51:14, 56:3, 65:12, 77:2, 77:6, 78:6, 96:2, 97:16, 97:17, 118:3, 118:4, 118:5, 118:8
exhibit [3] - 41:8, 96:2, 125:18
EXHIBITS [1] - 2:11
expect [1] - 76:13
expectation [1] - 76:17
expectations [1] - 54:15
expected [2] - 54:12, 76:9

DEPOSITION OF DENVER FOOTE

expecting [2] - 49:11, 54:14
experience [5] - 68:25, 114:20, 114:22, 115:5, 115:10
experienced [3] - 9:18, 9:25, 142:7
experiences [2] - 120:16, 133:13
experiencing [2] - 31:10, 31:12
explain [2] - 59:17, 75:3
explored [1] - 10:10
extent [1] - 50:8
extra [2] - 43:25, 141:24
extreme [1] - 98:24
eyeglasses [1] - 64:2
eyes [13] - 24:21, 24:25, 25:12, 25:14, 27:11, 49:16, 53:3, 53:16, 53:17, 57:8, 64:6, 123:24, 124:11

**F**

face [6] - 52:2, 53:2, 64:5, 103:18, 137:2, 146:2
Facebook [2] - 7:25, 9:12
faced [4] - 119:14, 120:7, 120:24, 121:7
facing [4] - 54:17, 54:18, 54:20, 78:25
fact [7] - 45:18, 102:19, 103:1, 117:25, 123:19, 144:16, 144:22
fact-check [1] - 117:25
fact-checked [3] - 102:19, 103:1, 123:19
factory [3] - 103:3, 103:9, 103:11
factual [1] - 18:9
Fair [1] - 144:23
fair [13] - 53:22, 85:15, 86:7, 120:17, 120:21, 120:24, 121:9, 121:10, 121:13, 121:18, 144:15, 144:18, 153:9
fairly [1] - 147:1
fall [5] - 61:20, 72:14, 107:5, 108:3, 110:5

falling [2] - 98:8, 107:13
false [2] - 117:23, 121:11
Fame [5] - 84:17, 85:2, 85:5, 85:17, 87:13
familiar [4] - 5:20, 10:11, 31:25, 85:4
far [8] - 24:24, 28:25, 48:24, 48:25, 74:16, 86:3, 90:13, 128:9
farm [3] - 103:3, 103:9, 103:11
Farms [1] - 103:8
fast [2] - 20:5, 99:16
father [1] - 144:4
fathers [1] - 120:22
Faustina [1] - 44:21
favor [1] - 98:9
fear [2] - 115:2, 141:4
fearless [1] - 34:5
February [2] - 6:4, 98:11
Federal [1] - 54:21
feed [2] - 9:13, 97:9
feet [4] - 22:18, 22:19, 49:3, 74:18
fell [3] - 61:8, 61:10, 63:8
felt [4] - 56:6, 59:8, 127:14, 149:9
fenced [1] - 10:24
fenced-in [1] - 10:24
Fetish [1] - 127:21
few [8] - 3:12, 39:17, 43:25, 61:18, 104:16, 115:16, 153:17, 154:10
fight [1] - 112:18
fighting [4] - 122:21, 122:22, 122:24, 123:6
figure [2] - 33:24, 146:1
file [1] - 119:1
filed [4] - 5:1, 57:21, 123:10
fill [1] - 140:9
fills [1] - 140:5
financial [1] - 107:6
fine [4] - 14:2, 20:4, 76:3, 148:17
finish [3] - 3:20, 4:7
finished [1] - 69:7
fire [2] - 15:17, 142:25
firecrackers [1] - 50:11, 51:4
fires [1] - 143:1
fireworks [1] - 91:14
Firm [1] - 1:18

first [19] - 3:4, 15:8, 31:10, 31:11, 38:3, 48:12, 53:14, 57:22, 58:21, 61:15, 76:15, 77:16, 96:24, 103:6, 104:15, 105:25, 106:1, 112:11, 134:21
fist [1] - 112:3
five [11] - 6:12, 6:17, 44:7, 61:18, 61:19, 61:23, 62:25, 68:4, 72:16, 92:11
five-mile [1] - 72:16
flare [1] - 98:12
flaring [2] - 97:25, 98:3
flash [1] - 91:9
flashbacks [1] - 42:10
flat [2] - 22:12, 22:14
flip [4] - 46:6, 65:13, 69:17, 74:5
flows [1] - 118:16
Floyd" [1] - 10:21
focused [1] - 80:8
folks [2] - 34:1, 137:15
follow [1] - 153:18
follow-up [1] - 153:18
followed [3] - 86:21, 124:1, 124:21
following [4] - 38:25, 80:23, 88:21, 125:1
follows [1] - 3:5
Fong [2] - 131:18, 131:19
food [1] - 142:13
footage [4] - 5:13, 5:14, 77:8, 131:9
footages [1] - 129:12
Foote [16] - 2:3, 3:8, 18:21, 28:5, 29:24, 36:13, 44:21, 47:16, 51:16, 52:1, 53:1, 54:5, 56:4, 57:16, 60:8, 60:23
FOOTE [3] - 1:4, 1:12, 3:2
Foote's [2] - 63:14, 64:2
FOR [1] - 1:1
force [19] - 54:14, 57:21, 59:9, 64:12, 127:6, 134:3, 134:8, 134:14, 134:16, 134:17, 134:18, 134:20, 134:25, 135:2, 135:6, 135:8, 135:11, 136:5, 136:17
forces [2] - 128:22,

129:5
forcing [2] - 98:21, 99:8
forest [1] - 142:25
forget [1] - 108:16
forgot [1] - 105:7
forward [1] - 101:15
fought [1] - 112:3
four [4] - 44:7, 73:9, 108:17, 115:2
four-year-old [1] - 73:9
Frank [1] - 116:25
free [6] - 55:8, 105:24, 106:9, 126:7, 126:19, 127:24
fridges [1] - 146:16
friend [3] - 12:22, 36:14, 112:8
friends [3] - 10:19, 124:3, 145:10
front [19] - 14:18, 16:8, 16:10, 16:23, 22:16, 22:22, 34:1, 34:7, 41:3, 54:25, 62:4, 64:7, 74:22, 79:15, 79:17, 91:6, 91:7, 116:15, 117:2
fuck [3] - 20:1, 118:13, 125:25
fucked [2] - 109:17, 121:17
fucking [1] - 103:18
full [8] - 6:12, 6:15, 27:16, 69:8, 96:11, 152:14, 152:17, 152:24
full-blown [2] - 152:14, 152:17
fun [2] - 123:24, 124:11
function [3] - 142:19, 142:22, 147:7
funding [3] - 116:20, 128:24, 130:1
fundraise [1] - 144:17
funds [2] - 127:1, 127:10
furniture [1] - 73:15
future [1] - 127:2

**G**

garage [9] - 29:18, 30:9, 48:7, 54:22, 75:12, 75:21, 75:22, 149:2, 150:6
garbage [1] - 81:14
garden [2] - 22:16, 72:23

gas [28] - 11:1, 11:4, 17:11, 17:12, 17:17, 17:23, 18:3, 22:5, 23:3, 24:21, 24:25, 27:12, 27:20, 28:1, 31:11, 80:15, 130:11, 149:5, 149:13, 149:15, 149:22, 149:23, 150:1, 150:2, 150:6, 150:13, 153:25, 154:2
gassed [3] - 128:20, 129:1, 130:7
gassing [1] - 153:24
gather [1] - 100:1
gay [1] - 143:10
gear [6] - 21:10, 21:12, 22:2, 22:7, 64:17, 129:10
geared [1] - 22:10
generalized [4] - 151:23, 152:8, 152:14, 155:6
gentleman [2] - 25:13, 91:6
GEORGE [1] - 1:8
George [1] - 10:21
get-out-to-vote [1] - 114:23
Gillman [1] - 4:14
Gina [5] - 3:8, 13:19, 36:24, 78:4, 108:16
GINA [1] - 1:18
girl [1] - 143:17
given [1] - 8:10
glass [17] - 15:13, 15:19, 16:14, 16:17, 30:24, 31:4, 31:8, 31:15, 31:17, 39:3, 74:10, 75:6, 75:20, 79:15, 79:17, 89:19, 149:2
glasses [9] - 8:25, 57:13, 63:8, 64:6, 64:8, 64:14, 64:16, 64:21, 65:5
glassy [1] - 79:3
glow [1] - 154:2
God [1] - 30:25
goggles [6] - 25:17, 26:22, 27:6, 52:18, 52:21, 81:2
Gollee [1] - 43:9
Google [2] - 2:12, 2:14
Googling [1] - 119:22
grab [1] - 55:8
grade [1] - 124:14
graduate [2] - 5:23, 6:3

graduated [2] - 6:1, 6:22
graduating [1] - 6:18
Grand [2] - 1:14, 1:19
grate [1] - 57:1
great [4] - 37:10, 69:9, 113:9
greet [1] - 144:17
grew [4] - 66:6, 76:14, 123:23, 124:7
grieving [3] - 23:11, 124:2, 125:7
Grobe [3] - 7:21, 41:25, 46:9
groceries [1] - 72:14
grocery [2] - 70:14, 72:14
ground [2] - 3:12, 46:21, 60:8, 60:19, 61:8, 61:9, 61:10, 61:16, 61:21, 61:25, 62:12, 63:14, 64:5, 64:16, 76:10, 76:16, 110:18, 111:3, 111:6, 113:9, 130:23, 153:7
grounding [2] - 114:19, 114:25
group [5] - 16:25, 22:25, 23:24, 24:6, 83:8
grow [1] - 5:21
growing [4] - 66:2, 66:6, 118:23, 124:8
guess [16] - 23:9, 28:11, 31:17, 33:13, 34:5, 42:19, 50:8, 65:24, 76:14, 106:10, 113:8, 117:16, 120:15, 132:17, 140:13, 142:18
guidelines [2] - 136:14, 136:17
guillotine [2] - 127:20, 127:24
guillotines [1] - 139:22
guy [2] - 53:14, 125:11
guys [1] - 39:8

**H**

ha-ha [1] - 122:7
habit [2] - 140:13, 140:14
hair [11] - 6:7, 6:23, 105:8, 106:12, 109:18, 111:15, 133:23, 141:17,

141:19, 141:25
half [2] - 75:25, 151:10
halfway [1] - 74:1
hall [1] - 11:9
Hall [5] - 84:17, 85:1, 85:4, 85:17, 87:13
hand [2] - 55:7, 91:9
handcuffed [2] - 61:17, 62:10
handcuffs [4] - 61:24, 135:2, 135:11, 135:18
hands [4] - 55:8, 95:10, 132:10, 133:15
hang [2] - 41:19, 106:24
hangry [1] - 108:13
hard [13] - 59:3, 66:3, 81:11, 86:5, 117:7, 125:25, 126:21, 127:7, 127:22, 138:4, 138:17, 138:21, 156:8
hard-core [1] - 127:22
harder [1] - 126:1
harm [5] - 67:22, 68:5, 105:24, 106:20, 107:1
harmed [1] - 106:4
harming [3] - 106:9, 106:10, 106:15
Hay [4] - 6:10, 112:15, 129:7, 129:16
head [4] - 130:17, 130:23, 131:6, 131:8
heading [3] - 40:5, 80:18, 87:15
headlight [1] - 91:7
heal [1] - 44:1
healing [1] - 126:2
health [17] - 8:18, 42:6, 67:15, 69:3, 69:4, 69:7, 71:23, 118:11, 118:12, 118:15, 118:19, 118:22, 118:23, 118:24, 119:2, 119:4, 140:12
hear [10] - 3:23, 8:21, 12:7, 15:13, 31:4, 33:18, 34:2, 50:13, 91:14
heard [12] - 9:23, 15:18, 16:16, 27:21, 27:23, 33:15, 63:10, 74:9, 110:19, 111:4, 153:4
hearing [2] - 30:24, 147:21

heat [3] - 142:7, 142:10, 142:14
heavy [3] - 22:3, 73:5, 73:7
heels [1] - 107:25
heighten [1] - 43:21
hell [1] - 110:11
help [9] - 33:18, 42:10, 69:1, 98:15, 100:16, 101:1, 101:2, 101:4, 101:8
helped [4] - 25:9, 45:18, 115:24, 133:24
helpful [2] - 5:19, 46:4
helping [2] - 125:23, 133:20
helps [1] - 7:3
Herman [19] - 56:1, 56:2, 56:4, 56:9, 57:15, 57:17, 57:20, 58:5, 58:6, 60:7, 61:1, 63:4, 63:6, 63:13, 64:2, 119:19, 120:14, 120:20, 121:2
HERNANDEZ [1] - 1:8
herself [2] - 34:23, 69:21
hide [1] - 111:11
hiding [1] - 107:9
high [4] - 5:23, 5:25, 67:8, 68:1
hilarious [1] - 103:25
Hilltop [1] - 11:14
hip [1] - 72:4
Historic [6] - 15:9, 15:20, 75:1, 75:6, 75:8, 79:1
hit [10] - 19:18, 53:15, 57:22, 58:21, 58:23, 59:7, 60:1, 60:25, 74:1, 108:3
hits [1] - 62:23
hitting [3] - 18:22, 61:7, 61:11
hold [3] - 7:1, 96:19, 99:10
holding [5] - 22:5, 62:20, 63:24, 96:18, 155:5
Holly [1] - 45:13
Holtan [15] - 52:25, 53:1, 54:4, 58:5, 60:8, 60:25, 61:15, 63:3, 63:6, 63:13, 64:1, 119:19, 120:14, 120:20, 121:2
home [15] - 16:18,

16:22, 31:5, 31:16, 34:18, 34:19, 35:8, 35:9, 35:10, 35:15, 35:16, 35:20, 36:3, 40:3, 120:22
homeless [3] - 142:12, 146:10, 146:20
homemade [1] - 7:6
honestly [1] - 104:10
horrible [6] - 9:4, 102:20, 113:15, 113:16, 124:6, 147:6
horribly [1] - 118:21
horrifying [1] - 102:24
hospital [1] - 66:21
hot [1] - 142:14
hour [2] - 75:25
hour-and-a-half [1] - 75:25
hours [16] - 6:12, 6:14, 12:18, 14:10, 15:6, 17:4, 17:16, 35:19, 75:25, 100:15, 101:1, 108:17, 108:25, 109:5, 109:12, 141:24
house [1] - 112:14
houses [1] - 110:25
Hub [11] - 12:5, 12:6, 13:7, 29:1, 29:3, 29:14, 30:7, 37:13, 86:20, 145:9, 145:10
huh-uhs [1] - 3:23
huhs [1] - 3:23
human [1] - 118:12
hundreds [2] - 24:9, 28:15
hungry [1] - 108:10
hurt [2] - 16:12, 54:2
hurting [2] - 98:8, 109:20
hurts [3] - 69:2, 71:17, 72:22
husband's [1] - 148:11
husbands [1] - 120:22
Hy [3] - 39:4, 47:4, 47:8
Hy-Vee [3] - 39:4, 47:4, 47:8

**I**

ice [1] - 74:1
idea [2] - 11:25, 20:12, 23:4, 28:18, 52:5, 79:16, 79:18, 81:16, 116:16, 140:15, 140:18,

156:4
ideas [1] - 34:2
identification [7] - 13:16, 18:13, 37:4, 41:10, 77:3, 97:18, 118:6
illegal [3] - 23:2, 23:8, 23:25
image [1] - 127:19
images [1] - 128:1
immediate [2] - 93:15, 94:2
immediately [2] - 47:4, 61:20
impact [6] - 27:16, 42:2, 42:4, 43:11, 45:14, 45:15
impair [2] - 8:15, 8:18
impetus [1] - 42:22
important [2] - 3:18, 117:25
impossible [2] - 92:16, 92:18
IN [1] - 1:1
including [1] - 130:8
income [2] - 116:3, 116:5
incorrect [1] - 84:22
indicate [1] - 120:13
indicated [3] - 48:12, 90:19, 148:25
individuals [2] - 29:25, 47:4
industrial [2] - 107:21, 108:6
infected [1] - 110:7
infection [2] - 54:3, 113:21
inflamed [1] - 68:18
inflames [1] - 72:5
information [3] - 41:23, 42:15, 123:16
Ingersoll [2] - 7:10, 35:18
initial [1] - 5:2
injured [1] - 118:22
injury [6] - 68:10, 68:15, 69:5, 71:15, 128:9, 128:13
inside [2] - 19:3, 103:4
Instagram [1] - 8:2
instances [1] - 111:13
instead [4] - 32:11, 46:17, 48:19, 59:18
InStyle [3] - 6:21, 43:23, 44:3
insurance [9] - 71:23, 118:11, 118:16, 118:19, 118:23, 118:25, 119:2, 119:4

DEPOSITION OF DENVER FOOTE

**intent** [3] - 18:2, 28:7, 65:1
**interaction** [2] - 25:15, 154:18
**interested** [2] - 19:9, 34:2
**interesting** [1] - 62:9
**interrogatories** [8] - 2:15, 5:18, 15:13, 41:12, 46:23, 65:12, 87:4, 92:15
**Interrogatory** [6] - 41:20, 46:6, 65:14, 68:7, 72:1, 74:5
**intersection** [12] - 39:23, 46:21, 50:25, 74:22, 82:17, 85:25, 90:2, 90:11, 90:14, 91:1, 149:8, 149:24
**intersections** [4] - 50:16, 50:19, 50:22, 75:2
**interstate** [3] - 70:2, 73:19, 73:21
**intervene** [1] - 137:3
**interview** [1] - 117:14
**IOWA** [2] - 1:1, 1:9
**Iowa** [12] - 1:14, 1:15, 1:19, 1:23, 5:22, 6:2, 15:2, 32:1, 144:16, 144:18, 144:23, 144:24
**Irish** [8] - 40:19, 48:6, 62:2, 87:16, 87:20, 88:14, 92:21, 92:23
**irritates** [1] - 108:11
**ish** [1] - 79:8
**Islander** [1] - 124:4

**J**

**jacket** [3] - 26:1, 35:10, 78:13
**Jacob** [30] - 7:21, 12:20, 27:6, 29:21, 35:13, 38:7, 39:1, 41:25, 42:20, 43:13, 46:9, 46:18, 49:17, 72:15, 78:17, 80:25, 81:2, 81:25, 83:4, 84:11, 86:9, 86:10, 87:18, 89:3, 89:6, 90:21, 93:5, 94:11, 94:14, 133:22
**jail** [16] - 10:15, 45:13, 45:17, 45:22, 45:23, 96:9, 96:14, 96:16, 97:1, 97:3, 100:15, 101:1, 101:3, 101:4, 101:6, 101:9, 115:24

**January** [3] - 97:21, 98:3, 119:15
**jaywalking** [2] - 32:7, 32:9
**JCPenney** [4] - 6:21, 105:14, 109:7, 109:10
**jeans** [1] - 25:25
**JEFFREY** [1] - 1:8
**job** [10] - 44:13, 69:10, 73:14, 98:20, 137:23, 138:4, 138:17, 138:21, 152:2, 155:5
**jobs** [1] - 7:1
**John** [2] - 52:1, 52:6
**JOHN** [1] - 1:7
**Johnny's** [7] - 41:5, 84:17, 85:1, 85:4, 85:17, 87:13, 88:4
**joined** [2] - 12:9, 12:16
**joke** [1] - 103:20
**Joking** [1] - 108:12
**joking** [2] - 108:13, 116:19
**Josh** [1] - 86:7
**journey** [1] - 125:25
**July** [5] - 105:4, 105:9, 105:22, 108:20, 109:4, 139:7, 139:9, 142:9, 142:20
**jump** [3] - 19:25, 101:14, 109:15
**June** [5] - 69:23, 70:9, 99:11, 104:12, 137:14
**jury** [1] - 123:6
**Justice** [2] - 10:21, 127:21

**K**

**K.T** [1] - 133:20
**Kaitlin** [1] - 43:9
**keep** [7] - 10:23, 11:9, 13:13, 69:10, 73:10, 98:10, 142:24
**keeping** [3] - 11:17, 21:23, 105:23
**keeps** [1] - 116:19
**keys** [1] - 26:18
**kick** [1] - 63:22
**kicked** [4] - 130:17, 130:23, 131:5, 131:9
**kids** [1] - 7:22
**kill** [2] - 77:25, 117:8
**killing** [1] - 101:25, 127:24
**Kim** [1] - 127:23

**kind** [31] - 5:17, 6:25, 9:6, 13:13, 14:4, 16:9, 35:12, 39:15, 42:6, 42:9, 45:18, 54:14, 56:11, 66:10, 80:12, 99:15, 101:14, 106:9, 106:20, 111:16, 113:12, 118:16, 120:14, 122:13, 136:10, 137:22, 147:23, 148:14, 151:15, 153:7, 154:22
**kinds** [3] - 50:5, 113:4, 156:5
**knee** [10] - 59:10, 62:17, 62:19, 63:13, 63:15, 63:20, 63:22, 63:23, 63:25, 133:21
**kneed** [2] - 59:23
**knocking** [3] - 98:6, 114:21, 151:13
**knowing** [3] - 93:10, 93:13, 120:18
**knowledge** [2] - 145:15, 150:18
**knows** [2] - 103:23, 103:25
**Kum** [1] - 7:4

**L**

**label** [1] - 78:3
**lack** [3] - 118:15, 118:19, 130:2
**laid** [5] - 63:14, 67:1, 105:4, 105:9, 105:12
**Lake** [7] - 5:22, 7:3, 7:7, 72:13, 73:13, 112:10, 124:15
**Lakeview** [1] - 14:7
**lane** [1] - 74:1
**language** [2] - 20:3, 77:20
**large** [1] - 155:24
**Last** [1] - 130:6
**last** [18] - 12:23, 46:9, 59:1, 67:20, 76:2, 96:2, 96:24, 105:24, 107:13, 117:5, 125:17, 128:20, 129:21, 130:5, 131:15, 132:17, 152:22, 156:1
**Law** [1] - 1:18
**law** [7] - 17:22, 23:4, 25:5, 27:19, 30:2, 32:15, 33:7
**lawn** [2] - 74:20,

116:15
**laws** [3] - 29:25, 31:25, 33:9
**lawsuit** [10] - 5:2, 18:7, 123:9, 126:10, 133:4, 133:6, 146:4, 156:21, 156:24, 156:25
**lawsuits** [4] - 119:11, 119:21, 119:23, 121:4
**laying** [4] - 61:9, 61:25, 62:12, 64:7
**learn** [1] - 9:10
**least** [4] - 20:6, 20:16, 45:2, 85:16
**leave** [2] - 16:2, 17:25, 28:19, 29:2, 29:4, 29:19, 30:8, 31:2, 38:6, 38:8, 38:10, 42:22, 43:25, 47:17, 49:20, 49:24, 73:19, 86:16, 86:18, 86:23, 112:12
**leaving** [6] - 15:21, 25:16, 35:24, 36:1, 87:22, 107:20
**left** [16] - 11:2, 17:13, 28:5, 29:6, 29:8, 29:19, 34:9, 34:15, 39:9, 62:12, 75:15, 75:19, 79:3, 86:3, 95:1, 109:9, 149:1, 149:18, 153:21
**leg** [1] - 59:7
**Legal** [1] - 1:22
**LeSabre** [1] - 13:4
**less** [1] - 145:25
**Lewin** [2] - 44:8, 150:24
**license** [1] - 77:25
**lie** [1] - 121:22
**life** [7] - 9:5, 66:11, 118:10, 124:7, 124:18, 144:18, 155:7
**lifting** [1] - 73:8
**light** [2] - 15:16, 139:2
**lights** [1] - 19:3
**likely** [3] - 92:14, 93:23, 94:15
**limit** [1] - 137:17
**limits** [2] - 103:4, 103:9
**line** [15] - 10:2, 14:13, 14:18, 14:22, 21:21, 21:22, 30:12, 79:14, 82:6, 82:9, 136:10, 150:10, 152:13, 154:5

**lined** [1] - 10:25
**listening** [1] - 77:21
**literally** [7] - 11:7, 98:7, 100:11, 100:14, 108:25, 111:6, 118:14
**litigation** [2] - 156:6, 156:9
**live** [7] - 7:9, 7:10, 9:5, 110:19, 111:4, 142:19, 142:22
**lived** [3] - 10:8, 72:13, 73:13
**liver** [1] - 66:2
**lives** [3] - 36:3, 45:17, 112:14
**living** [2] - 112:9, 128:8
**Lizzie** [1] - 4:14
**lobbied** [1] - 103:10
**lock** [1] - 62:8
**lockdown** [2] - 96:13, 96:15
**Locust** [9] - 14:6, 14:8, 14:24, 14:25, 18:20, 19:16, 20:11, 29:8, 29:11
**loitering** [3] - 22:15, 32:5, 37:22
**Lol** [1] - 143:8
**lol** [1] - 111:11
**look** [9] - 19:9, 51:13, 77:13, 78:23, 81:4, 83:3, 86:11, 97:15, 141:14
**looked** [1] - 126:19
**looking** [9] - 21:16, 45:8, 54:21, 78:6, 78:7, 78:21, 120:2, 130:2, 139:12
**looks** [6] - 78:12, 78:17, 83:4, 84:11, 125:6, 144:14
**loose** [1] - 30:23
**losing** [2] - 146:3, 152:25
**loud** [1] - 103:16
**Lounge** [1] - 87:20
**love** [1] - 137:18
**lower** [1] - 72:4
**LUKE** [1] - 1:21

**M**

**Mace** [6] - 46:1, 103:18, 149:5, 149:20, 150:1, 150:3
**Maced** [2] - 100:13, 100:23, 132:19
**Macing** [1] - 154:4

**MACKEL** [68] - 1:21,
3:7, 13:11, 13:17,
13:21, 18:5, 18:14,
23:22, 23:23, 24:18,
24:20, 35:2, 35:6,
36:22, 37:1, 37:5,
41:7, 41:11, 75:24,
76:5, 77:4, 78:1,
78:5, 87:9, 87:11,
90:7, 90:9, 97:14,
97:19, 112:24,
113:1, 118:2, 118:7,
121:3, 122:3, 122:4,
125:17, 125:19,
134:10, 134:13,
135:14, 136:3,
136:8, 136:15,
136:20, 137:1,
137:6, 137:10,
138:2, 138:7,
138:13, 138:20,
139:8, 139:20,
140:1, 143:13,
143:19, 144:5,
144:9, 145:5,
145:12, 145:16,
145:22, 153:15,
155:20, 155:23,
156:15, 157:2
**Mackel** [5] - 2:3, 2:4,
3:9, 153:25, 154:14
**MACKEL-
WIEDERANDERS**
[68] - 1:21, 3:7,
13:11, 13:17, 13:21,
18:5, 18:14, 23:22,
23:23, 24:18, 24:20,
35:2, 35:6, 36:22,
37:1, 37:5, 41:7,
41:11, 75:24, 76:5,
77:4, 78:1, 78:5,
87:9, 87:11, 90:7,
90:9, 97:14, 97:19,
112:24, 113:1,
118:2, 118:7, 121:3,
122:3, 122:4,
125:17, 125:19,
134:10, 134:13,
135:14, 136:3,
136:8, 136:15,
136:20, 137:1,
137:6, 137:10,
138:2, 138:7,
138:13, 138:20,
139:8, 139:20,
140:1, 143:13,
143:19, 144:5,
144:9, 145:5,
145:12, 145:16,
145:22, 153:15,
155:20, 155:23,

156:15, 157:2
**Mackel-
Wiederanders** [2] -
2:3, 2:4
**mad** [1] - 116:19
**maiden** [1] - 148:9
**Makenzie** [2] - 42:25,
150:19
**maligning** [1] - 104:5
**man** [1] - 130:22
**man's** [2] - 130:17,
131:8
**manager** [2] - 43:23,
62:2
**Map** [2] - 2:12, 2:14
**map** [6] - 13:20, 13:25,
20:13, 36:23, 36:24,
48:11
**maps** [1] - 13:12
**March** [5] - 98:12,
102:6, 102:12,
102:14, 102:15
**march** [6] - 11:7,
12:10, 12:14, 12:16,
14:21, 16:20
**marched** [2] - 10:22,
17:1
**marching** [3] - 9:20,
10:2, 12:8
**mark** [8] - 13:14,
13:18, 18:11, 37:1,
37:6, 41:8, 48:25,
97:15
**MARKED** [1] - 2:11
**marked** [10] - 13:16,
18:13, 37:4, 41:10,
41:18, 77:3, 77:5,
81:12, 97:18, 118:6
**married** [3] - 7:14,
7:16, 148:10
**mask** [3] - 26:4, 53:12,
124:25
**Mason** [2] - 103:5,
103:9
**mayors** [2] - 144:16,
144:20
**McGinn** [1] - 43:22
**mean** [22] - 5:7, 12:1,
14:16, 21:18, 59:14,
65:2, 68:24, 73:7,
81:19, 87:7, 87:8,
88:7, 92:6, 96:15,
98:4, 103:24, 111:3,
115:15, 122:11,
132:11, 138:16,
152:6
**meaning** [1] - 127:19
**means** [2] - 41:13,
66:17
**meant** [4] - 87:10,

106:8, 133:4, 142:23
**media** [2] - 7:25, 97:7
**Medicaid** [1] - 71:24
**medical** [3] - 26:15,
45:9, 68:24
**Medicare** [1] - 126:7
**medicate** [1] - 147:10
**medicated** [1] - 148:4
**medication** [4] - 67:7,
147:14, 147:18,
148:3
**medications** [2] -
8:14, 67:16
**meet** [3] - 12:21,
144:16, 144:20
**meeting** [8] - 21:6,
82:16, 114:5,
144:23, 145:1,
145:3, 148:13,
148:21
**meetings** [1] - 148:15
**Megan's** [1] - 112:9
**megaphone** [3] -
33:20, 33:22, 34:3
**meme** [1] - 103:22
**memory** [3] - 8:15,
8:19, 82:21
**men** [1] - 124:9
**mental** [6] - 42:6,
67:15, 69:3, 69:4,
69:7, 140:12
**mentally** [1] - 7:3
**Merle** [4] - 6:10,
112:15, 129:7,
129:16
**message** [2] - 102:7,
107:7
**MESSAMER** [43] -
1:18, 12:5, 13:9,
23:19, 24:15, 36:25,
76:3, 87:8, 90:5,
112:23, 121:1,
121:25, 125:14,
134:9, 135:12,
136:1, 136:6,
136:11, 136:18,
136:23, 137:4,
137:8, 137:25,
138:5, 138:10,
138:18, 139:6,
139:16, 139:24,
143:12, 143:16,
144:3, 144:7,
144:21, 145:2,
145:8, 145:14,
145:20, 153:17,
153:20, 155:18,
156:18, 157:1
**Messamer** [2] - 2:3,
2:4

**met** [5] - 4:14, 21:10,
21:11, 21:18, 82:13
**metal** [1] - 55:17
**methamphetamine** [2]
- 66:24, 67:4
**Michael** [2] - 131:18,
131:19
**MICHELLE** [1] - 1:21
**middle** [2] - 65:18,
75:3
**midnight** [1] - 35:22
**midst** [1] - 130:25
**might** [4] - 3:23, 5:6,
42:17, 152:22
**mile** [1] - 72:16
**million** [1] - 38:8
**Minneapolis** [1] -
110:20
**minors** [1] - 129:8
**minutes** [10] - 27:18,
39:12, 61:18, 61:19,
61:24, 62:25, 92:11
**Miranda** [34] - 12:22,
12:23, 16:4, 34:4,
36:2, 38:2, 38:7,
38:25, 39:11, 42:14,
42:20, 46:10, 46:19,
49:17, 82:13, 82:17,
83:3, 83:4, 84:11,
86:6, 86:7, 87:18,
89:4, 89:5, 90:21,
93:5, 94:9, 94:21,
114:13, 133:16,
148:5, 148:6, 148:9
**Miranda's** [2] - 114:4,
150:21
**mischaracterizes** [1] -
23:20
**misrepresents** [1] -
24:16
**missed** [1] - 64:15
**missing** [1] - 128:7
**misstatement** [1] -
122:2
**misstating** [1] - 76:9
**mixture** [1] - 46:1
**MLK** [1] - 77:21
**MOINES** [1] - 1:9
**Moines** [31] - 1:14,
1:19, 1:22, 1:23,
3:10, 10:4, 10:9,
17:19, 18:25, 19:5,
20:24, 21:3, 30:14,
32:3, 45:21, 46:3,
52:9, 80:6, 102:7,
102:8, 102:10,
102:15, 102:20,
103:17, 104:5,
117:6, 119:23,
123:3, 129:15,

129:18, 136:16
**Moler** [2] - 42:25,
150:19
**Molotov** [4] - 139:2,
139:15, 139:18,
139:21
**mom** [5] - 45:6, 65:25,
143:6, 143:18,
143:22
**moment** [1] - 30:17
**money** [7] - 113:18,
125:23, 126:2,
126:5, 126:9, 127:8,
128:7
**month** [2] - 5:13,
145:25
**months** [7] - 6:17,
43:25, 44:7, 105:5,
105:10, 105:12,
151:9
**moody** [1] - 108:10
**morning** [8] - 81:17,
83:11, 86:12, 91:23,
92:10, 95:5, 100:12,
107:14
**most** [6] - 78:2, 94:15,
116:7, 144:23, 155:2
**mostly** [2] - 22:15,
53:12, 141:4
**move** [6] - 22:23,
79:23, 81:9, 83:22,
96:1, 122:5
**moved** [2] - 50:25,
86:19
**movies** [1] - 76:14
**moving** [1] - 73:15
**MS** [109] - 3:7, 12:5,
13:9, 13:11, 13:17,
13:21, 18:5, 18:14,
23:19, 23:22, 23:23,
24:15, 24:18, 24:20,
35:2, 35:6, 36:22,
36:25, 37:1, 37:5,
41:7, 41:11, 75:24,
76:3, 76:5, 77:4,
78:1, 78:5, 87:8,
87:9, 87:11, 90:5,
90:7, 90:9, 97:14,
97:19, 112:23,
112:24, 113:1,
118:2, 118:7, 121:1,
121:3, 121:25,
122:3, 122:4,
125:14, 125:17,
125:19, 134:9,
134:10, 134:13,
135:12, 135:14,
136:1, 136:3, 136:6,
136:8, 136:11,
136:15, 136:18,

136:20, 136:23,
137:1, 137:4, 137:6,
137:8, 137:10,
137:25, 138:2,
138:5, 138:7,
138:10, 138:13,
138:18, 138:20,
139:6, 139:8,
139:16, 139:20,
139:24, 140:1,
143:12, 143:13,
143:16, 143:19,
144:3, 144:5, 144:7,
144:9, 144:21,
145:2, 145:5, 145:8,
145:12, 145:14,
145:16, 145:20,
145:22, 153:15,
153:17, 153:20,
155:18, 155:20,
155:23, 156:15,
156:18, 157:1, 157:2
**multiple** [8] - 23:2,
27:8, 42:7, 44:12,
57:16, 66:25, 96:19,
100:13
**music** [2] - 127:22,
127:23
**must** [4] - 84:19, 86:6,
87:17, 124:17
**Mutual** [6] - 45:21,
46:3, 115:21,
115:22, 115:23,
123:3

### N

**nail** [1] - 125:11
**name** [5] - 12:23,
133:14, 133:16,
148:9, 148:11
**nation** [1] - 26:24
**nature** [1] - 149:10
**near** [1] - 74:8
**nearby** [1] - 46:10
**necessarily** [1] - 68:24
**necessary** [2] -
136:13, 156:8
**neck** [1] - 133:21
**need** [9] - 4:6, 36:24,
42:10, 62:3, 104:17,
111:18, 125:14,
133:8, 141:25
**needed** [3] - 24:22,
25:7, 62:6
**needlepoint** [1] -
139:1
**neighbor's** [1] -
110:14
**neighborhood** [1] -

7:13
**Neighborhood** [1] -
44:11
**neighborhoods** [1] -
44:17
**nephew** [2] - 66:10,
73:10
**nerve** [1] - 72:5
**nervous** [2] - 105:6,
105:17
**Nevada** [1] - 122:14
**never** [18] - 8:12, 9:17,
27:21, 27:23, 40:20,
41:2, 50:7, 118:11,
119:2, 119:14,
120:7, 120:24,
121:7, 134:3, 134:7,
134:14, 134:16,
143:24
**new** [4] - 14:18, 63:11,
140:5, 140:9
**news** [1] - 9:22, 77:9
**next** [14] - 4:7, 11:10,
69:4, 78:17, 80:25,
88:14, 96:12, 96:14,
97:4, 107:7, 111:8,
116:22, 122:19,
125:24
**next-year** [1] - 116:22
**Nicolai** [5] - 12:23,
42:14, 46:10, 148:5,
148:9
**night** [20] - 25:24,
42:19, 96:11, 96:12,
96:25, 97:1, 97:4,
97:5, 107:13,
107:17, 107:23,
128:20, 130:7,
130:24, 131:7,
147:4, 152:22,
154:15, 156:1
**nightmares** [1] - 147:4
**nights** [2] - 42:10,
97:3
**nobody** [1] - 113:12
**nonverbal** [1] - 3:22
**nook** [9] - 49:8, 49:11,
49:13, 49:14, 51:21,
54:9, 55:13, 55:16,
62:4
**normal** [3] - 22:6,
143:1, 143:2
**north** [8] - 40:9, 48:13,
48:23, 87:8, 87:9,
87:15, 88:10, 92:7
**northeast** [2] - 54:18,
54:20
**noted** [1] - 117:13
**notes** [1] - 4:19
**nothing** [4] - 26:20,

117:10, 117:21,
118:14
**notice** [3] - 53:8, 56:1,
107:14
**number** [1] - 93:18
**numbered** [1] - 78:2

### O

**o'clock** [2] - 19:12,
35:25
**oath** [3] - 24:14, 35:7,
70:8
**object** [4] - 23:19,
24:15, 121:1, 121:25
**objection** [23] - 134:9,
135:12, 136:1,
136:6, 136:11,
136:18, 136:23,
137:4, 137:8,
137:25, 138:5,
138:10, 138:18,
139:6, 139:16,
139:24, 143:12,
144:3, 144:21,
145:2, 145:8,
145:14, 145:20
**Objection** [2] -
143:16, 144:7
**observed** [2] - 18:21,
29:24
**observing** [1] - 46:11
**obstructing** [1] - 51:5
**obstruction** [1] - 33:3
**obviously** [6] - 13:20,
45:8, 51:2, 81:19,
82:10, 140:23
**occasionally** [1] -
153:6
**ocean** [1] - 142:25
**OF** [3] - 1:1, 1:9, 1:12
**offer** [4] - 100:16,
100:25, 101:2, 101:4
**officer** [15] - 17:7,
17:9, 17:11, 19:6,
22:6, 52:9, 63:7,
64:13, 95:10, 95:22,
119:13, 121:6,
133:23, 136:22,
154:7
**Officer** [4] - 56:9,
57:17, 57:20, 61:15
**officer's** [2] - 18:25,
64:7
**officers** [56] - 3:10,
4:20, 10:4, 10:23,
10:25, 11:9, 14:13,
14:18, 14:22, 15:19,
17:20, 21:21, 21:22,
22:10, 25:2, 30:13,

30:14, 33:21, 33:25,
46:12, 51:17, 51:23,
57:3, 57:6, 57:10,
62:16, 63:11, 64:18,
74:14, 76:10, 76:19,
93:24, 94:14,
100:19, 110:22,
110:25, 116:20,
117:6, 117:9,
117:11, 117:14,
117:20, 119:16,
119:24, 119:25,
120:4, 120:6,
120:17, 130:18,
130:24, 131:13,
132:7, 133:24,
147:7, 150:11,
154:18
**officially** [1] - 128:6
**officials** [1] - 128:23
**often** [3] - 45:1, 68:19,
72:11
**old** [4] - 68:3, 73:9,
74:13, 143:10
**older** [1] - 124:9
**once** [5] - 45:2, 70:1,
72:25, 126:3, 148:17
**One** [2] - 7:2, 73:14
**one** [41] - 3:19, 14:25,
21:6, 23:14, 23:16,
24:12, 26:11, 26:12,
32:12, 33:11, 35:18,
37:18, 43:14, 44:15,
55:7, 62:16, 62:17,
68:16, 68:22, 70:12,
70:13, 77:23, 91:24,
94:6, 96:11, 97:1,
98:9, 100:23, 109:9,
112:7, 121:16,
124:13, 127:6,
133:3, 141:2,
142:18, 145:9,
149:8, 152:7, 155:20
**one-way** [1] - 37:18
**one-year** [1] - 68:16
**online** [1] - 115:18
**open** [7] - 9:6, 25:15,
35:11, 97:9, 106:13,
144:25, 145:3
**opened** [2] - 6:24,
64:6
**opinion** [3] - 121:13,
121:19, 121:23
**opposite** [4] - 38:23,
39:14, 84:2, 84:13
**order** [3] - 27:21,
27:24, 59:4
**orders** [3] - 33:15,
33:18, 33:25
**ordinances** [1] - 32:3

**outfit** [1] - 91:10
**outfits** [1] - 22:4
**outside** [5] - 49:10,
51:20, 54:9, 90:10,
92:11
**overdose** [1] - 66:19
**overhearing** [1] -
154:3
**overwhelmed** [2] -
111:10, 111:14
**own** [2] - 16:7, 108:11
**owned** [2] - 27:5, 27:6
**owner** [2] - 62:2, 62:5

### P

**p.m** [3] - 99:21, 99:23,
157:3
**Pacific** [1] - 124:4
**paddy** [1] - 43:3
**Paden** [1] - 133:21
**page** [60] - 18:16,
36:9, 41:20, 46:7,
47:1, 65:14, 68:8,
69:18, 78:6, 79:23,
80:4, 81:9, 82:3,
82:23, 83:14, 83:23,
84:8, 84:25, 85:20,
86:2, 86:11, 90:6,
90:17, 91:17, 92:8,
93:17, 93:18, 93:22,
95:3, 96:1, 96:2,
97:21, 98:17, 99:19,
100:9, 101:15,
102:4, 103:13,
104:8, 104:13,
111:8, 111:24,
112:22, 117:5,
118:8, 119:9, 122:5,
122:19, 123:21,
125:20, 126:23,
127:17, 130:6,
130:13, 131:25,
137:12, 138:23,
141:14, 144:12
**pages** [1] - 78:2
**pain** [8] - 72:3, 72:4,
73:13, 73:15,
101:10, 101:12,
110:4
**painful** [2] - 62:22,
62:23
**pairs** [1] - 27:8
**pandemic** [5] - 10:10,
99:12, 105:13,
123:25, 124:21
**panic** [24] - 42:7, 42:9,
43:15, 43:17, 44:12,
44:14, 44:25, 45:1,
45:3, 45:5, 45:6,

45:11, 70:2, 70:15,
151:12, 151:25,
152:2, 152:5,
152:14, 152:17,
152:22, 155:2,
155:4, 155:14
**pants** [1] - 78:13
**paper** [1] - 57:21
**paperwork** [1] - 4:19
**parade** [1] - 144:18
**parading** [1] - 32:25
**paragraph** [18] -
18:16, 18:19, 21:7,
22:24, 24:23, 28:4,
29:23, 36:12, 47:1,
47:15, 51:13, 51:25,
52:25, 56:3, 60:7,
60:23, 63:12, 64:1
**parents** [8] - 65:21,
65:23, 65:24, 66:2,
66:24, 67:3, 143:20
**Parish** [1] - 4:15
**park** [1] - 50:24
**parked** [10] - 12:7,
12:25, 13:7, 13:23,
13:24, 36:6, 37:9,
37:11, 39:10
**parking** [19] - 12:3,
29:18, 30:9, 30:18,
37:14, 38:4, 40:10,
40:12, 40:14, 47:22,
48:7, 54:22, 75:12,
75:21, 75:22, 87:19,
88:13, 112:4, 150:6
**Parrish** [1] - 1:18
**part** [13] - 6:7, 6:11,
22:14, 45:21, 73:14,
96:13, 96:15, 96:20,
96:24, 123:3, 131:3,
148:25, 156:9
**particular** [1] - 104:3
**partner** [11] - 7:18,
10:19, 12:20, 16:2,
20:1, 27:4, 29:21,
69:9, 69:13, 70:3,
133:22
**party** [1] - 102:1
**pass** [2] - 51:17, 52:17
**pass-by** [1] - 52:17
**passed** [1] - 45:7
**past** [9] - 29:13, 40:24,
110:5, 115:25,
122:12, 137:16,
148:10
**Patrick** [1] - 45:20
**pay** [4] - 118:10,
119:1, 126:13, 133:5
**paying** [2] - 118:14,
118:25
**peace** [2] - 130:18,

131:13
**peacefully** [1] - 23:1
**penalty** [1] - 119:7
**people** [105] - 7:3,
9:20, 11:6, 12:8,
14:13, 14:20, 16:9,
16:13, 18:22, 19:20,
20:7, 21:23, 23:10,
24:6, 24:9, 26:23,
28:13, 28:15, 29:4,
30:5, 30:10, 30:25,
31:22, 32:14, 33:6,
34:7, 37:22, 38:18,
38:19, 38:25, 39:2,
39:16, 39:17, 39:20,
40:1, 41:23, 50:15,
50:21, 50:24, 65:22,
71:13, 75:11, 75:16,
75:20, 76:20, 76:22,
80:7, 80:22, 81:12,
86:19, 88:17, 88:22,
88:23, 89:12, 89:14,
89:23, 89:24, 90:23,
93:13, 96:19, 96:23,
100:1, 100:12,
111:7, 111:21,
115:5, 120:21,
121:11, 121:21,
121:22, 124:11,
124:13, 126:1,
129:12, 132:6,
132:9, 132:13,
132:15, 132:17,
132:18, 132:19,
132:21, 132:25,
133:2, 133:12,
133:14, 133:17,
134:17, 134:22,
137:17, 138:15,
141:16, 141:18,
144:2, 144:24,
146:10, 146:20,
151:17, 152:3,
154:3, 154:4
**pepper** [17] - 26:19,
29:24, 30:11, 31:12,
31:16, 52:2, 52:11,
52:14, 53:2, 53:19,
54:10, 54:25, 55:7,
57:7, 153:23, 154:4,
154:7
**pepper-sprayed** [2] -
30:11, 154:7
**pepper-spraying** [3] -
29:24, 153:23, 154:4
**perceived** [1] - 139:14
**percent** [4] - 115:20,
155:2, 156:12,
156:20
**percentage** [2] -

154:23, 155:24
**percentages** [1] -
154:22
**period** [1] - 17:6
**peripheral** [1] - 130:10
**permission** [2] -
146:14, 146:17
**permit** [1] - 33:1
**person** [6] - 16:15,
23:7, 27:10, 73:23,
90:2, 90:10
**personal** [7] - 42:9,
114:1, 114:6,
120:15, 121:12,
121:19, 121:23
**personally** [3] - 21:11,
129:14, 154:6
**personnel** [1] - 101:4
**petition** [9] - 2:13,
4:21, 4:24, 5:2, 18:6,
37:7, 46:25, 47:12,
87:2
**phone** [6] - 26:18,
34:11, 34:14,
114:23, 114:24,
115:4
**photo** [2] - 78:25, 90:1
**photograph** [1] - 80:6
**photographic** [1] -
85:14
**photographs** [2] -
4:17, 5:9
**Photographs** [1] -
2:16
**photos** [3] - 43:7,
77:10, 77:13
**physical** [4] - 56:14,
59:13, 59:15, 71:18
**physically** [1] - 56:21
**pick** [5] - 36:14, 42:8,
73:9, 73:10, 152:1
**picked** [1] - 45:13
**picking** [3] - 39:20,
40:2, 106:11
**picture** [5] - 78:21,
86:4, 91:24, 95:7,
137:15
**piercing** [1] - 107:21,
108:6
**pink** [1] - 26:19
**place** [7] - 15:4, 21:21,
69:7, 80:8, 90:24,
93:7, 134:21
**placed** [1] - 63:19
**placement** [1] - 51:6
**places** [2] - 71:1,
71:12
**placing** [1] - 135:1
**Plaintiff** [2] - 1:5, 1:18
**plan** [1] - 34:16

**planning** [2] - 28:17,
34:18
**platform** [2] - 107:18,
115:18
**play** [1] - 117:4
**plowing** [1] - 20:7
**point** [36] - 15:22,
17:6, 17:16, 27:20,
28:24, 30:4, 31:3,
33:14, 40:1, 43:15,
46:9, 47:8, 49:6,
49:16, 50:3, 51:11,
52:22, 53:4, 56:25,
57:4, 58:17, 62:10,
62:24, 81:7, 83:25,
84:23, 85:16, 87:1,
87:13, 94:8, 95:9,
95:11, 109:5,
113:16, 149:20,
153:13
**pointing** [4] - 80:1,
85:21, 90:20, 91:21
**police** [84] - 5:11,
10:1, 10:4, 10:16,
10:25, 11:4, 16:11,
16:16, 17:19, 18:21,
18:25, 19:3, 19:6,
21:3, 21:10, 21:11,
21:21, 21:22, 21:25,
22:3, 22:6, 22:13,
23:2, 29:24, 30:14,
31:9, 33:17, 37:23,
38:13, 43:19, 43:20,
44:16, 47:3, 49:22,
49:23, 51:11, 52:9,
64:17, 76:25, 79:13,
79:16, 100:18,
102:7, 102:9,
102:10, 102:15,
102:21, 110:22,
110:25, 114:20,
114:22, 115:2,
115:5, 116:20,
116:23, 117:6,
117:14, 127:5,
128:22, 128:24,
129:5, 129:16,
129:25, 130:3,
130:5, 130:16,
130:23, 132:7,
132:20, 133:23,
133:24, 134:2,
134:7, 134:14,
134:16, 134:17,
135:8, 135:21,
135:24, 136:4,
136:21, 147:7,
149:3, 150:15
**Police** [5] - 20:24,
103:17, 104:5,

119:23, 136:17
**policing** [1] - 10:2
**politically** [1] - 122:16
**poor** [1] - 138:25
**porn** [2] - 123:24,
124:7
**position** [6] - 121:23,
130:10, 134:2,
134:7, 134:15,
153:11
**positionally** [1] -
54:16
**positioning** [2] - 54:8
**possible** [2] - 81:15,
81:22
**possibly** [1] - 33:11
**post** [10] - 5:25, 8:2,
102:18, 109:4,
111:6, 113:11,
122:20, 137:18,
139:23, 141:2
**post-high-school** [1] -
5:25
**posted** [5] - 20:21,
130:25, 132:22,
137:15, 142:1
**posting** [4] - 20:23,
113:10, 139:5, 140:7
**posts** [4] - 2:17, 2:18,
97:7, 154:10
**potential** [1] - 115:11
**pounds** [1] - 100:15
**practice** [1] - 6:23
**practiced** [1] - 107:7
**pray** [1] - 141:17
**prayer** [1] - 4:15
**precede** [1] - 122:1
**precincts** [6] - 110:17,
111:2, 111:5, 113:8,
117:2, 139:22
**prefer** [1] - 147:23
**preoccupied** [1] -
144:24
**prepare** [1] - 4:12
**prepared** [1] - 26:25
**presence** [10] - 10:1,
16:11, 31:9, 37:23,
38:13, 43:19, 44:16,
51:11, 149:3, 149:9
**press** [1] - 14:19
**pressed** [1] - 55:12
**Prestage** [1] - 103:8
**preteen** [1] - 67:25
**pretrial** [1] - 101:21
**pretty** [11] - 9:4, 9:16,
31:25, 43:13, 45:17,
55:5, 72:23, 74:11,
102:24, 124:6,
142:15
**prevent** [4] - 134:22,

136:12, 155:11, 155:16
**prevents** [1] - 73:11
**previous** [6] - 53:9, 65:3, 91:23, 93:22, 95:7
**primaries** [1] - 141:9
**principal** [1] - 103:25
**private** [1] - 144:22
**problem** [1] - 73:16
**problems** [2] - 8:18, 120:14
**Proceedings** [1] - 157:3
**process** [2] - 44:1, 46:4
**processing** [2] - 96:18, 124:2
**prompt** [1] - 9:8
**prompted** [1] - 30:8
**property** [3] - 40:2, 79:19, 93:10
**protect** [2] - 79:18, 137:17
**protection** [1] - 22:6
**protective** [1] - 22:7
**protest** [8] - 9:17, 9:19, 77:17, 103:6, 110:20, 129:7, 130:5, 131:7
**protesters** [4] - 18:19, 21:9, 22:25, 23:24
**protesting** [7] - 23:1, 26:24, 32:20, 38:20, 103:10, 133:13, 153:12
**protests** [2] - 9:10, 132:20
**proud** [1] - 106:2
**provide** [2] - 8:15, 8:19
**provided** [1] - 42:15
**providing** [1] - 41:24
**proximity** [2] - 86:8, 94:2
**PTSD** [4] - 42:10, 126:22, 151:22, 151:24
**Pub** [10] - 39:7, 40:19, 48:6, 62:2, 87:16, 87:20, 88:14, 92:12, 92:21, 92:23
**pub** [1] - 62:7
**public** [4] - 31:8, 33:3, 40:2, 97:9
**publicly** [1] - 120:5
**pulled** [1] - 133:22
**pulling** [1] - 106:11
**Puma** [2] - 25:25, 83:6
**Pumas** [2] - 78:15,

78:16
**purchased** [1] - 119:3
**purposefully** [1] - 64:20
**purposely** [1] - 64:14
**pushed** [7] - 54:5, 54:10, 55:21, 56:4, 56:9, 73:18, 73:21
**pushes** [1] - 55:10
**put** [17] - 14:1, 46:1, 47:21, 61:19, 80:12, 96:13, 96:20, 106:9, 113:22, 117:24, 128:9, 129:25, 131:17, 151:13, 152:23, 153:6, 154:22
**puts** [1] - 104:1
**putting** [5] - 39:18, 40:2, 135:18, 135:21, 143:17

## Q

**questions** [8] - 4:5, 5:18, 9:9, 41:14, 45:23, 76:7, 153:17, 154:14
**quick** [1] - 52:17
**quickly** [1] - 55:5
**quite** [1] - 106:4
**quote** [1] - 77:21

## R

**racist** [3] - 124:1, 124:22, 140:23
**racists** [1] - 114:2
**radical** [1] - 137:18
**rain** [1] - 26:1
**raise** [1] - 116:22
**raised** [1] - 115:21
**ramp** [5] - 30:19, 40:10, 40:12, 40:14, 47:22
**ran** [9] - 10:2, 14:22, 46:20, 89:4, 89:6, 93:8, 94:14, 94:18, 94:19
**Ray** [1] - 1:23
**razor** [2] - 106:10, 106:17
**re** [6] - 127:3, 127:13, 127:15, 139:1, 139:10, 139:12
**re-traumatization** [2] - 127:3, 127:13
**re-traumatized** [1] - 127:15
**re-tweeted** [2] - 139:1,

139:12
**re-tweeting** [1] - 139:10
**reaction** [1] - 111:7
**read** [10] - 4:18, 4:20, 4:21, 5:5, 98:19, 103:15, 113:25, 127:6, 127:14, 130:15
**reading** [1] - 65:1
**ready** [1] - 86:18
**real** [1] - 144:18
**really** [23] - 3:18, 8:2, 45:19, 46:3, 54:3, 66:3, 69:6, 73:9, 73:10, 113:10, 113:21, 122:12, 122:25, 126:21, 127:7, 128:8, 141:22, 142:14, 147:6, 147:16, 147:20, 152:13, 156:8
**realm** [1] - 79:10
**reason** [6] - 28:12, 49:20, 57:20, 97:25, 139:11, 148:25
**reasons** [2] - 109:9, 132:3
**recently** [8] - 5:7, 107:2, 124:20, 139:4, 140:11, 144:4, 147:1, 156:1
**recess** [2] - 35:5, 76:4
**recharge** [1] - 111:11
**recognize** [2] - 86:6, 90:21
**recollection** [3] - 83:12, 95:22, 147:2
**recommend** [1] - 147:14
**recommended** [1] - 71:18
**record** [4] - 24:16, 35:4, 90:5, 125:9
**records** [1] - 45:9
**recovering** [1] - 67:2
**red** [9] - 26:2, 78:14, 78:15, 84:1, 85:21, 86:3, 86:4, 90:20, 91:21
**reelection** [1] - 115:11
**reference** [6] - 101:17, 113:9, 113:12, 116:17, 121:2, 141:18
**referenced** [2] - 129:20, 148:13
**referencing** [10] - 102:1, 102:7,

102:17, 103:2, 103:19, 104:2, 106:12, 109:19, 119:16, 129:18
**referring** [10] - 60:10, 104:11, 122:22, 123:7, 127:4, 129:6, 130:21, 133:10, 143:9, 143:15
**reform** [2] - 130:19, 131:16
**Register** [1] - 80:7
**registration** [1] - 44:10
**regular** [1] - 11:17
**regularly** [1] - 148:14
**rehydrate** [1] - 142:8
**related** [5] - 72:6, 101:19, 110:1, 111:19, 122:16
**relation** [2] - 74:25, 87:12
**relationships** [1] - 107:6
**relative** [1] - 87:14
**release** [1] - 101:21
**released** [4] - 45:16, 45:22, 96:14, 115:24
**relevance** [23] - 134:9, 135:12, 136:1, 136:6, 136:11, 136:18, 136:23, 137:4, 137:8, 137:25, 138:5, 138:10, 138:18, 139:6, 139:17, 139:24, 143:12, 144:3, 144:21, 145:2, 145:8, 145:14, 145:20
**Relevance** [2] - 143:16, 144:7
**reliever** [2] - 101:10, 101:12
**remain** [1] - 128:23
**remainder** [1] - 96:12
**remarks** [2] - 124:2, 124:22
**remember** [55] - 10:7, 10:14, 10:15, 10:17, 11:1, 11:8, 12:2, 12:12, 14:17, 20:1, 20:21, 25:23, 28:18, 29:11, 30:8, 30:24, 49:7, 49:8, 49:19, 53:13, 55:16, 58:21, 59:4, 61:6, 61:7, 61:8, 61:25, 64:5, 82:15, 82:16, 82:20, 86:21, 86:22, 95:18,

95:23, 96:13, 98:2, 98:7, 99:24, 102:17, 102:22, 103:2, 104:12, 116:20, 123:1, 131:1, 131:5, 139:5, 139:10, 140:7, 154:3
**repeatedly** [6] - 60:24, 119:14, 120:7, 120:23, 121:7, 121:17
**repetitive** [1] - 5:19
**REPORTER** [1] - 1:25
**Reporter** [2] - 1:14, 3:5
**reports** [1] - 5:11
**representing** [1] - 3:10
**requested** [1] - 137:3
**research** [1] - 120:11
**researched** [1] - 119:21
**researching** [2] - 119:11, 121:4
**resign** [1] - 44:13
**resisting** [4] - 58:22, 58:24, 60:24, 134:18
**resisting'** [1] - 60:25
**resolve** [1] - 66:5
**resolved** [1] - 66:4
**resources** [5] - 130:1, 132:15, 133:1, 133:8, 134:22
**respond** [1] - 140:12
**responded** [1] - 99:25
**responding** [2] - 116:17, 116:18
**response** [6] - 94:13, 98:23, 117:17, 122:13, 126:22, 131:23
**rest** [1] - 155:5
**result** [1] - 61:10
**return** [1] - 118:14
**returned** [2] - 36:13, 153:11
**reverend** [1] - 4:14
**review** [1] - 4:16
**revisit** [1] - 44:20
**revolutionary** [1] - 137:19
**Reynolds** [1] - 127:23
**rib** [1] - 59:5
**ribs** [3] - 57:23, 58:1, 58:8
**ride** [5] - 34:21, 72:2, 72:16, 72:19, 72:22
**rides** [2] - 72:9, 72:11
**riding** [1] - 72:3
**right-ish** [1] - 79:8

right-of-way [1] - 33:3
right-side [3] - 58:8,
58:10, 58:14
rinse [1] - 25:9
rinsed [1] - 27:10
rinsing [2] - 24:22,
25:7
riot [8] - 21:10, 21:11,
22:2, 22:10, 54:5,
64:17, 77:20, 129:10
riot-geared [1] - 22:10
rioters [1] - 31:20
river [1] - 20:17
River [1] - 44:11
riverside [1] - 48:13
Riverview [3] - 12:3,
37:17, 37:19
road [4] - 37:17,
38:24, 48:12, 74:2
Robert [1] - 1:23
Robin [1] - 43:22
rocks [1] - 26:13
romantic [1] - 7:18
Ronnie [1] - 123:3
roof [2] - 146:25,
147:2
room [1] - 143:7
root [1] - 7:6
rose [1] - 72:23
rough [2] - 107:17,
107:23
route [2] - 14:5, 29:10
rub [1] - 25:14
rules [1] - 3:12
run [7] - 10:6, 19:25,
46:18, 88:18, 88:23,
89:1, 89:12
running [5] - 89:7,
89:12, 89:14, 92:1,
92:4
rusty [1] - 105:18

S

sadness [1] - 124:18
safe [2] - 49:9, 127:12
sale [2] - 115:19,
115:20
salon [12] - 6:21,
98:25, 99:13, 105:5,
138:3, 138:9,
138:12, 141:23,
146:12, 147:9,
151:16, 151:21
salons [2] - 6:22,
125:11
sandals [1] - 107:18
Sanders [1] - 98:7
sat [1] - 35:11
satisfactory [1] -

129:22
saved [1] - 66:11
saw [37] - 9:12, 15:12,
15:18, 15:19, 16:16,
23:10, 26:23, 31:22,
32:12, 38:13, 38:23,
39:2, 39:20, 42:6,
42:7, 49:22, 51:12,
64:7, 74:14, 75:15,
82:6, 82:11, 93:21,
93:24, 99:25,
117:21, 130:17,
130:18, 131:1,
131:8, 131:20,
141:2, 143:7, 150:3,
150:4, 154:1, 154:2
scared [2] - 49:10,
99:15
scars [1] - 110:6
scary [1] - 137:7
scattering [1] - 89:17
scenarios [1] - 136:2
schedule [3] - 127:2,
127:8, 127:11
school [9] - 5:23,
5:25, 6:1, 6:19,
65:18, 67:8, 67:11,
68:1, 69:8
School [1] - 6:2
schoolwork [1] -
67:12
sciatic [1] - 72:5
scoliosis [4] - 68:12,
68:18, 97:24, 98:9
scrimmage [1] - 154:5
second [7] - 36:23,
41:20, 53:11, 53:19,
99:11, 129:5, 155:8
seconds [4] - 59:3,
86:12, 91:24, 91:25
security [1] - 133:23
see [57] - 8:23, 8:25,
15:16, 19:10, 19:18,
19:20, 20:13, 21:16,
27:13, 32:14, 38:21,
39:1, 39:3, 39:5,
49:23, 50:11, 50:15,
50:18, 50:21, 51:4,
55:2, 55:3, 57:3,
57:10, 60:3, 60:5,
60:6, 63:17, 64:4,
64:6, 68:19, 70:20,
74:9, 75:8, 80:1,
80:13, 81:11, 81:13,
83:5, 86:3, 86:4,
86:7, 86:13, 90:2,
90:10, 90:13, 90:23,
91:6, 91:9, 91:13,
93:5, 110:6, 131:7,
131:11, 139:3, 154:6

seeing [10] - 30:25,
40:1, 43:20, 82:20,
94:13, 99:24, 127:9,
131:5, 132:7, 147:15
self [8] - 67:22, 68:5,
105:24, 106:9,
106:10, 106:15,
106:20, 107:1
self-harm [5] - 67:22,
68:5, 105:24,
106:20, 107:1
self-harming [3] -
106:9, 106:10,
106:15
sell [2] - 115:19, 116:1
selling [1] - 115:18
semi [1] - 111:11
sending [1] - 125:23
sent [1] - 126:25
sentence [1] - 131:15
sentences [1] - 104:16
separate [2] - 13:25,
34:4
September [4] - 1:15,
113:15, 113:20,
114:7
serious [2] - 114:1,
114:6
seriously [1] - 118:22
server [1] - 145:10
sessions [1] - 127:1
set [1] - 78:7
seven [3] - 7:6, 68:5,
106:5
several [1] - 18:22
severe [3] - 65:17,
66:5, 67:6
sex [1] - 143:10
share [1] - 146:20
shared [2] - 9:13,
126:25
Sharpie [1] - 13:18,
15:3
shattered [1] - 64:3
Shellie [2] - 3:9, 24:17
shield [9] - 54:6, 55:5,
55:7, 55:10, 56:5,
58:17, 59:9, 62:17,
62:18
shields [7] - 22:3,
56:12, 56:15, 56:20,
60:9, 60:16, 61:11
shift [3] - 7:2, 42:6,
114:19
shifts [1] - 151:2
shirt [2] - 91:8, 127:20
shit [6] - 114:1, 114:6,
138:11, 144:19,
152:21, 153:5
shoe [2] - 64:8, 83:5

Shoemaker [1] -
133:21
shooting [3] - 17:17,
125:8, 125:10
short [4] - 35:5, 53:7,
72:22, 76:4
Shorthand [2] - 1:14,
3:4
SHORTHAND [1] -
1:25
shorthanded [1] -
141:22
shortly [1] - 35:21
shot [5] - 17:23,
80:16, 82:10, 82:25,
125:12
shoulder [2] - 58:3,
58:12
shoving [1] - 60:16
show [1] - 77:5
showed [1] - 45:24
sick [1] - 142:15
side [26] - 38:23, 40:8,
40:20, 48:5, 48:8,
48:13, 48:18, 48:19,
58:6, 58:8, 58:10,
58:14, 62:18, 77:24,
82:16, 83:17, 83:19,
84:2, 84:13, 84:18,
84:23, 85:18, 85:25,
88:10, 98:9
sided [1] - 77:23
sidewalk [4] - 30:23,
41:1, 41:3, 46:11
sign [4] - 10:18, 77:17,
77:19, 80:1
signed [2] - 41:16
significant [1] - 116:5
silence [2] - 128:24,
130:2
silent [3] - 128:23,
129:20, 129:23
similar [1] - 43:13
single [1] - 7:15
singular [2] - 119:12,
121:5
sinus [2] - 54:3,
113:21
siren [1] - 20:9
sister [5] - 44:22,
59:22, 70:1, 112:3,
112:16
sit [3] - 73:8, 152:20,
153:4
site [1] - 89:19
sites [1] - 77:9
sitting [1] - 10:17
six [1] - 143:10
skills [1] - 105:18
skin [4] - 106:11,

106:13, 123:25,
124:12
sleep [5] - 42:11,
122:7, 122:13, 147:5
sleeping [3] - 66:25,
122:8, 122:12
slide [1] - 95:7
small [3] - 106:1,
120:22, 152:10
smashed [3] - 11:15,
63:13, 89:24
snacks [3] - 108:16,
146:15, 146:18
snapped [1] - 107:19
sneakers [1] - 25:25
social [2] - 7:25, 97:7
socially [3] - 111:10,
111:14, 111:20
society [1] - 128:9
soft [2] - 71:15,
100:13
someone [13] - 21:3,
30:18, 31:8, 64:4,
74:9, 104:22, 113:5,
118:13, 135:1,
135:9, 135:18,
135:21
Sometime [1] - 36:12
sometime [2] - 89:10,
106:19
sometimes [7] - 5:4,
111:10, 111:15,
113:2, 113:11,
141:11, 147:6
somewhere [1] -
99:25
sons [1] - 120:22
soon [2] - 39:10
sore [1] - 54:2
sorry [7] - 10:15,
15:18, 20:3, 86:10,
103:21, 112:24,
139:9
Sorry [1] - 122:22
sort [2] - 42:22, 98:4
sound [6] - 5:19,
16:17, 79:7, 108:10,
152:23, 153:9
sounds [2] - 124:6,
141:11
source [2] - 116:3,
116:5
sources [1] - 126:20
south [4] - 85:18,
87:7, 92:25, 93:22
SOUTHERN [1] - 1:1
space [3] - 127:12,
149:8, 149:10
Spaghetti [5] - 39:3,
40:11, 40:24, 75:16,

84:17
**speakers** [1] - 10:20
**speaking** [2] - 120:15, 154:21
**specifically** [5] - 30:6, 55:3, 115:10, 120:20, 132:21
**speculation** [1] - 139:16
**spill** [2] - 130:18, 131:11
**spilling** [1] - 131:4
**spine** [1] - 98:10
**spoken** [2] - 133:12, 148:21
**spoon** [1] - 96:21
**spot** [6] - 37:11, 37:13, 37:15, 103:18, 103:23, 104:1
**sprain** [2] - 109:22, 110:9
**sprained** [1] - 109:20
**spraining** [1] - 109:24
**spray** [15] - 26:19, 31:12, 31:16, 52:2, 52:12, 53:2, 53:6, 53:9, 53:19, 54:10, 55:3, 55:7, 57:7, 61:19
**sprayed** [9] - 30:11, 52:2, 52:15, 53:2, 53:14, 54:10, 55:1, 55:18, 154:7
**spraying** [3] - 29:24, 153:23, 154:4
**sprays** [1] - 61:16
**Spriggs** [1] - 1:14
**SPRIGGS** [1] - 1:25
**St** [1] - 4:15
**Stahl** [1] - 45:20
**stairs** [8] - 15:1, 21:20, 22:12, 22:13, 22:17, 22:20, 22:21, 29:12
**stamp** [3] - 86:13, 93:20, 96:7
**stand** [1] - 74:14
**standing** [12] - 14:20, 30:12, 46:10, 50:22, 54:9, 54:13, 57:24, 61:6, 62:15, 62:16, 87:13, 88:4
**star** [2] - 123:24, 124:7
**start** [6] - 3:13, 3:21, 22:17, 87:14, 97:20, 140:4
**started** [13] - 6:13, 8:5, 18:7, 49:24, 67:21, 68:21, 87:5, 88:18,

88:23, 89:1, 116:9, 151:2
**starting** [1] - 46:12
**startled** [1] - 88:17
**starts** [2] - 17:16, 65:15
**State** [5] - 1:14, 15:2, 32:1, 144:18, 144:23
**state** [4] - 71:24, 112:13, 127:22, 127:24
**statement** [15] - 23:16, 24:1, 24:12, 24:14, 47:12, 47:19, 98:1, 104:15, 104:20, 104:21, 105:22, 108:18, 108:21, 117:23, 144:15
**statements** [6] - 121:11, 127:3, 127:5, 127:6, 127:12, 127:14
**states** [2] - 98:19, 100:11
**STATES** [1] - 1:1
**stating** [2] - 24:13, 105:17
**station** [2] - 11:4, 150:16
**status** [5] - 68:14, 68:23, 68:25, 69:4, 71:16
**stay** [4] - 16:9, 22:15, 34:18, 42:23
**stayed** [4] - 14:9, 15:5, 16:25, 17:3
**staying** [1] - 28:9
**step** [3] - 64:8, 87:23
**stepped** [2] - 49:10, 64:10
**steps** [3] - 21:15, 128:21, 130:7
**still** [12] - 13:5, 16:4, 24:24, 27:14, 33:14, 35:7, 36:17, 36:19, 38:15, 38:19, 52:16, 53:10, 53:11, 57:24, 58:17, 66:23, 69:2, 69:11, 69:13, 69:15, 72:17, 81:6, 86:11, 95:16, 100:18, 110:4, 110:8, 112:9, 116:1, 126:15, 128:23
**stomp** [1] - 64:4
**stomped** [6] - 64:2, 64:9, 64:10, 64:14, 64:21, 65:4
**stood** [1] - 51:22
**Stop** [1] - 58:22

**stop** [1] - 51:20
**stopped** [5] - 51:16, 68:2, 106:20, 118:24, 152:25
**Stopping** [1] - 103:3
**store** [2] - 70:15, 72:14
**straight** [1] - 98:10
**stranger** [1] - 25:10
**strap** [1] - 108:3
**stream** [2] - 110:19, 111:5
**street** [46] - 10:23, 14:21, 20:12, 22:16, 29:12, 29:14, 29:15, 30:10, 32:10, 37:15, 37:20, 38:4, 39:15, 39:19, 40:3, 40:8, 40:12, 40:13, 40:21, 40:25, 41:1, 41:2, 43:3, 46:19, 48:5, 48:6, 48:19, 49:3, 49:7, 74:24, 75:5, 82:7, 83:17, 83:20, 84:2, 84:14, 84:18, 84:20, 84:23, 87:17, 88:6, 88:7, 95:1
**Street** [12] - 18:20, 37:16, 47:16, 47:22, 48:8, 48:16, 74:19, 74:21, 78:23, 85:17, 85:25, 87:5
**streets** [3] - 10:8, 10:11, 93:13
**stress** [1] - 107:3
**stressful** [1] - 107:5
**strike** [3] - 57:18, 63:20, 63:22
**strikes** [2] - 59:1, 60:13
**struck** [1] - 57:16
**struggling** [1] - 59:11
**stuff** [9] - 9:21, 31:1, 50:9, 107:6, 113:2, 125:4, 127:25, 137:22, 146:16
**stunned** [1] - 54:11
**stupid** [3] - 104:4, 113:12, 152:23
**subparagraph** [1] - 65:19
**sucks** [1] - 128:8
**sue** [3] - 113:3, 113:5, 113:6
**suggesting** [2] - 110:1, 126:3
**suicide** [3] - 66:9, 66:15, 66:18
**suing** [2] - 101:6, 113:8

**suit** [1] - 125:24
**summer** [6] - 73:3, 105:24, 105:25, 110:5, 116:10, 132:17
**sums** [1] - 122:13
**Sunday** [1] - 100:12
**Sundays** [1] - 142:12
**super** [1] - 142:2
**Supercuts** [3] - 6:10, 6:19, 44:6
**supervisor** [2] - 7:2, 44:10
**supplies** [2] - 26:15, 142:13
**support** [4] - 45:19, 45:22, 115:24, 125:24
**supporter** [1] - 122:15
**supportive** [3] - 143:20, 144:6, 144:8
**supposed** [6] - 43:24, 71:17, 99:12, 103:24, 142:18, 143:2
**surprise** [1] - 123:13
**surprised** [1] - 64:25
**surveillance** [1] - 77:8
**swimming** [1] - 105:25
**swimsuit** [1] - 105:25
**switch** [1] - 65:11
**switches** [1] - 152:12
**swollen** [1] - 46:3
**sworn** [3] - 3:4, 4:2, 8:10
**symptoms** [3] - 142:7, 151:22, 151:24
**system** [1] - 45:19

---

**T**

**tackled** [1] - 46:20
**tattoo** [1] - 68:2
**taxes** [2] - 118:14, 119:1
**tear** [32] - 11:1, 11:4, 17:11, 17:12, 17:17, 17:23, 18:2, 22:5, 23:3, 24:21, 24:25, 27:11, 27:20, 28:1, 31:10, 80:15, 128:20, 129:1, 130:7, 130:11, 149:5, 149:13, 149:15, 149:22, 149:23, 150:1, 150:2, 150:6, 150:13, 153:23, 153:25, 154:2

**techniques** [2] - 134:5, 134:19
**teenager** [1] - 124:8
**teetering** [1] - 107:25
**terms** [4] - 54:7, 59:1, 64:11, 98:4
**terrible** [1] - 124:10
**terrified** [1] - 132:3
**testified** [5] - 3:5, 24:16, 47:6, 82:5, 84:14
**testify** [7] - 42:5, 42:16, 42:17, 42:21, 44:23, 44:24, 52:8
**testimony** [21] - 4:2, 8:10, 8:16, 8:19, 27:21, 29:6, 29:13, 40:23, 45:9, 46:14, 47:25, 59:25, 64:13, 64:20, 69:23, 72:6, 83:16, 84:22, 91:13, 100:18, 106:3
**texting** [1] - 73:23
**thankful** [1] - 98:20, 115:22
**THE** [6] - 1:1, 1:1, 12:6, 13:10, 34:25, 125:16
**theme** [1] - 118:16
**therapist** [6] - 126:21, 127:9, 127:12, 147:14, 147:15, 147:25
**therapist's** [1] - 4:18
**therapy** [1] - 67:18, 67:21, 71:18, 126:6, 126:11, 126:13, 126:15, 126:19, 127:1, 127:8, 127:11
**they've** [1] - 137:23
**thigh** [4] - 57:22, 58:4, 58:14, 59:5
**thinking** [3] - 113:3, 113:17, 134:20
**thinned** [1] - 31:13
**Thirteen** [1] - 90:7
**threat** [1] - 16:12
**threatening** [1] - 30:1
**three** [17] - 60:1, 60:13, 61:18, 61:19, 61:23, 61:24, 62:25, 67:1, 68:21, 100:18, 100:22, 105:5, 105:10, 105:12, 112:2, 151:9
**Three** [1] - 100:11
**threw** [2] - 11:1, 149:23
**throat** [2] - 53:24, 54:2
**throughout** [1] - 46:4

Defendants' Appendix 174

DEPOSITION OF DENVER FOOTE

throw [1] - 17:11
throwing [2] - 11:4, 17:12
tied [4] - 63:1, 95:17, 115:2, 156:6
ties [1] - 95:19
TikTok [2] - 8:4, 8:5
tiny [1] - 81:19
Tire [1] - 11:14
tired [3] - 49:21, 138:25, 148:1
tissue [2] - 71:15, 100:14
tissues [1] - 26:21
today [22] - 4:13, 4:17, 4:22, 5:5, 5:7, 8:9, 8:14, 8:21, 8:23, 24:14, 26:7, 52:8, 59:25, 70:8, 105:6, 106:3, 108:18, 114:18, 128:7, 142:8, 146:25
together [2] - 89:4, 143:17
tomorrow [2] - 68:16, 122:14
tone [2] - 123:25, 124:12
Tonic [2] - 41:3, 85:11
took [4] - 14:5, 35:10, 67:8, 108:17
top [7] - 10:17, 21:15, 78:3, 85:9, 90:1, 126:2, 153:6
touch [1] - 36:6
touching [2] - 25:13, 56:21
tough [1] - 147:23
toward [4] - 18:20, 28:7, 94:19, 128:1
towards [11] - 15:19, 28:5, 29:1, 54:21, 54:22, 82:1, 92:21, 92:23, 93:2, 93:22, 103:24
town [4] - 72:9, 72:16, 103:4, 110:17
track [2] - 13:13, 105:24
traffic [4] - 39:21, 50:18, 51:2, 51:5
trail [1] - 72:23
trained [1] - 136:21
training [1] - 131:18
transported [1] - 96:10
trash [7] - 39:18, 39:20, 51:1, 82:7, 82:9, 82:19, 83:1
trauma [5] - 66:6,

73:20, 126:2, 155:10, 155:11
traumatization [3] - 127:3, 127:13, 132:20
traumatized [1] - 127:15
treated [1] - 64:24
trial [5] - 122:25, 123:5, 123:8, 126:4
tried [7] - 66:9, 66:14, 66:19, 72:19, 72:22, 72:25, 127:6
triggering [1] - 44:14
trip [2] - 70:12, 70:13
trouble [4] - 73:4, 95:18, 122:8, 122:11
true [7] - 24:3, 24:14, 47:13, 106:7, 120:9, 121:18, 130:16
Trump [2] - 115:3, 115:11
truth [1] - 4:4
truthful [2] - 8:16, 8:19
try [6] - 4:7, 34:13, 43:21, 66:17, 84:7, 135:6
trying [8] - 10:14, 15:16, 33:24, 50:16, 58:16, 103:8, 146:1, 156:4
turn [10] - 36:9, 68:7, 87:14, 88:18, 90:16, 91:16, 93:17, 98:8, 100:8
turned [4] - 49:24, 50:24, 68:1, 118:24
turning [2] - 30:24, 134:22
TV [1] - 131:2
tweet [4] - 98:23, 99:24, 113:9, 120:5
tweeted [3] - 110:20, 139:1, 139:12
tweeting [1] - 139:10
tweets [3] - 97:15, 118:17, 156:1
twenty [2] - 6:12, 68:4
twenty-five [2] - 6:12, 68:4
Twitter [10] - 2:17, 2:18, 7:25, 9:13, 20:22, 20:23, 97:9, 100:1, 114:4, 142:1
Two [1] - 14:10
two [24] - 4:8, 15:19, 17:3, 27:9, 35:19, 38:1, 44:4, 57:6, 57:10, 70:16, 70:17,

71:6, 75:2, 75:25, 77:23, 81:12, 85:9, 97:3, 100:23, 102:11, 110:7, 127:1, 127:11, 151:10
two-and-a-half [1] - 151:10
two-sided [1] - 77:23
tying [1] - 115:10
typically [2] - 122:8, 152:16
typing [2] - 104:15, 104:21, 113:2
typo [1] - 128:11

**U**

ub [1] - 109:1
Uber [2] - 107:21, 112:17
uh-huhs [1] - 3:23
uhs [1] - 3:23
ultimately [1] - 137:16
uncertainty [1] - 43:18
under [10] - 9:20, 11:21, 24:14, 35:7, 49:12, 54:12, 65:18, 70:8, 76:11, 76:16
underneath [1] - 37:8
unemployment [1] - 109:2
unexpected [2] - 128:9, 128:13
unhandcuffed [1] - 62:13
unheard [1] - 77:20
UNITED [1] - 1:1
unlawful [2] - 32:17, 32:23
unlike [1] - 31:3
unmarked [1] - 19:2
up [75] - 4:7, 5:21, 6:24, 9:7, 9:18, 9:22, 10:25, 14:6, 14:24, 15:1, 16:10, 16:23, 19:9, 21:16, 21:20, 22:11, 22:15, 22:21, 24:12, 25:13, 29:9, 35:23, 36:1, 36:14, 39:20, 40:2, 42:8, 44:11, 44:19, 45:13, 58:17, 60:18, 62:1, 62:8, 66:2, 66:6, 66:21, 66:23, 67:1, 67:25, 70:2, 70:15, 73:9, 73:10, 74:14, 76:14, 82:13, 87:2, 87:5, 87:7, 97:25, 98:3, 98:10, 98:12,

107:14, 109:17, 118:23, 121:17, 122:13, 123:23, 124:3, 124:7, 124:8, 127:2, 133:12, 134:1, 142:14, 146:1, 147:8, 152:1, 152:9, 153:18, 155:1
updates [1] - 11:17
upfront [1] - 133:5
upset [2] - 117:19, 131:19
upside [1] - 36:10
Urbandale [1] - 6:2
use-of-force [2] - 57:21, 127:6

**V**

vantage [1] - 47:7
various [1] - 77:9
Vee [3] - 39:4, 47:4, 47:8
vehicle [3] - 18:21, 19:1, 19:2
Venmo [2] - 125:23, 126:9
verbally [1] - 65:25
version [1] - 18:10
versus [1] - 22:6
video [10] - 5:9, 19:10, 43:7, 77:9, 77:10, 79:25, 130:22, 131:5, 131:9, 131:10
videos [2] - 26:23, 77:14
view [2] - 78:15, 93:21
villain [1] - 144:19
villainous [1] - 144:20
violating [1] - 29:25
violation [1] - 32:15
violence [5] - 110:21, 110:24, 128:25, 129:21, 134:23
violent [3] - 30:1, 128:1, 137:2
virus [1] - 125:2
Vision [2] - 7:2, 73:14
vision [1] - 9:3
visit [1] - 70:1
visual [1] - 39:4
visually [1] - 13:13
voices [1] - 63:10, 63:11
volunteer [1] - 142:12
volunteers [2] - 115:6, 115:8
Voodoo [1] - 87:20
vote [1] - 114:23
voter [1] - 44:10

vs [1] - 1:6

**W**

wagon [1] - 43:3, 95:14, 96:5
wait [2] - 3:19, 3:20
waited [2] - 51:16, 58:23
waiting [3] - 39:8, 49:21, 123:5
waking [1] - 146:1
Walgreens [3] - 124:1, 124:22, 124:25
walk [13] - 16:3, 16:16, 28:23, 37:19, 37:20, 39:9, 40:23, 46:12, 74:14, 86:17, 111:16, 112:13, 112:14
walk-in [1] - 111:16
walked [13] - 18:20, 21:20, 28:5, 29:11, 29:13, 37:21, 37:25, 38:4, 39:1, 52:1, 85:12, 87:1, 125:3
walking [34] - 16:7, 28:7, 28:10, 28:25, 32:10, 38:23, 38:24, 47:16, 48:1, 48:13, 48:19, 48:22, 49:7, 49:25, 51:16, 51:20, 52:16, 75:15, 80:7, 80:8, 81:25, 82:15, 83:17, 83:19, 85:16, 87:5, 90:11, 91:1, 92:21, 92:23, 92:25, 93:7, 93:22, 132:18
wall [4] - 54:5, 55:13, 55:17, 56:5, 56:7, 56:10, 56:19
wallet [1] - 26:18
warning [2] - 52:1, 130:16
watch [1] - 125:24
watched [1] - 5:12
watching [6] - 76:14, 114:2, 114:13, 117:9, 117:11, 117:16
water [5] - 25:14, 26:8, 45:25, 146:9, 146:18
ways [3] - 106:11, 106:17, 136:12
weapons [5] - 102:8, 102:9, 102:10, 102:14, 102:21
wear [1] - 64:18
wearing [8] - 22:7, 25:19, 25:23, 25:25,

DEPOSITION OF DENVER FOOTE

53:12, 107:17,
107:19, 124:25
**Wednesday** [1] - 1:15
**week** [10] - 43:24,
44:4, 45:2, 68:21,
68:22, 99:11,
108:25, 109:5,
128:6, 128:15
**weeks** [3] - 8:6, 110:7,
151:10
**weight** [1] - 152:24
**west** [7] - 19:15,
20:17, 20:18, 40:5,
48:8, 54:19, 85:25
**white** [6] - 34:7, 78:16,
80:1, 91:8, 123:25,
124:21
**whole** [3] - 25:15,
46:4, 86:25
**WIEDERANDERS** [68]
- 1:21, 3:7, 13:11,
13:17, 13:21, 18:5,
18:14, 23:22, 23:23,
24:18, 24:20, 35:2,
35:6, 36:22, 37:1,
37:5, 41:7, 41:11,
75:24, 76:5, 77:4,
78:1, 78:5, 87:9,
87:11, 90:7, 90:9,
97:14, 97:19,
112:24, 113:1,
118:2, 118:7, 121:3,
122:3, 122:4,
125:17, 125:19,
134:10, 134:13,
135:14, 136:3,
136:8, 136:15,
136:20, 137:1,
137:6, 137:10,
138:2, 138:7,
138:13, 138:20,
139:8, 139:20,
140:1, 143:13,
143:19, 144:5,
144:9, 145:5,
145:12, 145:16,
145:22, 153:15,
155:20, 155:23,
156:15, 157:2
**Wiederanders** [2] -
2:3, 2:4
**willing** [2] - 34:6,
120:5
**Wilson** [3] - 12:22,
148:6, 148:9
**window** [1] - 51:8
**window-breaking** [1] -
51:8
**windows** [9] - 11:15,
30:9, 30:18, 30:21,

39:2, 50:10, 75:11,
75:16, 76:23
**windshield** [1] - 19:4
**WINGERT** [1] - 1:8
**winter** [1] - 73:25
**WITNESS** [5] - 2:2,
12:6, 13:10, 34:25,
125:16
**Witness** [4] - 36:11,
47:2, 51:15, 104:9
**witness** [75] - 3:3,
14:3, 23:15, 24:4,
24:17, 41:21, 46:8,
47:14, 65:16, 68:9,
69:19, 74:7, 79:24,
80:5, 81:10, 82:4,
82:24, 83:15, 83:24,
84:9, 90:18, 91:18,
92:9, 93:19, 94:7,
95:4, 96:3, 98:18,
99:20, 100:10,
101:16, 102:5,
103:14, 104:14,
105:3, 105:21,
107:12, 108:9,
108:15, 108:24,
109:16, 110:16,
111:9, 112:1,
112:25, 113:14,
113:24, 114:17,
115:14, 116:14,
118:9, 119:10,
122:6, 123:22,
125:21, 126:24,
127:18, 128:5,
128:19, 129:13,
130:14, 132:1,
137:13, 138:24,
140:3, 141:15,
142:6, 142:17,
143:5, 144:13,
145:24, 146:8,
146:23, 150:21
**witnessed** [9] - 23:10,
24:11, 30:20, 43:4,
43:5, 46:15, 75:11,
75:13, 75:20
**woke** [1] - 107:14
**word** [2] - 41:13,
111:4
**words** [3] - 3:18,
95:24, 117:4
**workers** [1] - 125:12
**workforce** [1] - 69:8
**Works** [5] - 39:3,
40:11, 40:24, 75:16,
84:17
**works** [2] - 62:6,
126:22
**world** [2] - 139:3,

151:20
**worried** [1] - 36:4
**worry** [2] - 126:1,
126:4
**wounds** [1] - 46:2
**wow** [2] - 24:9, 110:11
**wrist** [6] - 109:17,
109:20, 109:22,
109:24, 110:4, 110:8
**wrists** [2] - 46:2, 63:1
**written** [1] - 41:13
**wrote** [1] - 121:16

---

## X

**Xanax** [3] - 67:8,
67:13, 147:13

---

## Y

**yard** [1] - 117:3
**year** [22] - 10:9, 67:9,
67:14, 67:20, 68:1,
68:16, 68:17, 73:9,
105:24, 113:20,
115:25, 116:22,
122:11, 125:24,
128:20, 128:21,
129:21, 130:5,
130:7, 130:16,
131:8, 131:20
**years** [7] - 7:6, 68:5,
106:5, 107:8, 112:2,
115:3, 143:10
**yell** [2] - 114:2, 114:13
**yelled** [1] - 143:7
**yelling** [3] - 20:1,
114:5, 138:16
**yoga** [1] - 98:16
**younger** [1] - 107:4
**yourself** [11] - 48:22,
70:6, 70:9, 70:23,
71:1, 71:6, 71:10,
106:4, 130:8, 153:1,
153:5

---

## Z

**zip** [3] - 63:1, 95:17,
95:19
**zip-tied** [2] - 63:1,
95:17
**zip-ties** [1] - 95:19

Defendants' Appendix 176





Defendants' Appendix 177

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENVER FOOTE,<br><br>    **Plaintiff,**<br><br>vs.<br><br>JOHN DOE 1; CLARK ALLEN;<br>ERNESTO ESCOBAR HERNANDEZ;<br>JEFFREY GEORGE; BRANDON<br>HOLTAN; ADAM HERMAN; DANA<br>WINGERT; CITY OF DES MOINES,<br>IOWA,<br><br>    **Defendants.** | Case No. 4:21-cv-00043-SBJ<br><br><br><br>AMENDED  PETITION  AT  LAW  and<br>JURY DEMAND |

**COME NOWS** the Plaintiff, Denver Foote, by and through the undersigned

counsel, and for her causes of action, respectfully states the following:

PARTIES

1.    Plaintiff Denver Foote was a resident of Polk County, Iowa at all times

relevant to the events complained of herein.

2.    Defendant John Doe 1 is believed to be a citizen and resident of Iowa and

is believed to have been employed as a law enforcement officer with the Des Moines,

Iowa Police Department at all times relevant to the events complained of herein. At all

times material hereto, the actions and omissions of Defendant John Doe 1 were made

under the color of authority and law as a law enforcement officer for the Des Moines, Iowa

Police Department. John Doe 1 is sued in his/her official and individual capacities.

3.    Defendant Clark Allen is believed to be a citizen and resident of Iowa and

was employed as a law enforcement officer with the City of Des Moines Police

Department. At all times material hereto, the actions and omissions of Defendant Allen

1



DEFENDANT'S
EXHIBIT
B

Defendants' Appendix 178

were made under the color of authority and law as a law enforcement officer for the Des Moines, Iowa Police Department. He is sued in his official and individual capacities.

4.      Defendant Ernesto Escobar Hernandez is believed to be a citizen and resident of Iowa and was employed as a law enforcement officer with the City of Des Moines Police Department. At all times material hereto, the actions and omissions of Defendant Escobar Hernandez were made under the color of authority and law as a law enforcement officer for the Des Moines, Iowa Police Department. He is sued in his official and individual capacities.

5.      Defendant Jeffrey George is believed to be a citizen and resident of Iowa and was employed as a law enforcement officer with the City of Des Moines Police Department. At all times material hereto, the actions and omissions of Defendant George were made under the color of authority and law as a law enforcement officer for the Des Moines, Iowa Police Department. He is sued in his official and individual capacities.

6.      Defendant Kirk Bagby is believed to be a citizen and resident of Iowa and was employed as a law enforcement officer with the City of Des Moines Police Department at all times relevant to the events complained of herein. At all times material hereto, the actions and omissions of Defendant Kirk Bagby were made under the color of authority and law as a law enforcement officer for the Des Moines, Iowa Police Department. He is sued in his official and individual capacities.

7.      Defendant Brandon Holtan is believed to be a citizen and resident of Iowa and was employed as a law enforcement officer with the City of Des Moines Police Department. At all times material hereto, the actions and omissions of Defendant Holtan

Defendants' Appendix 179

were made under the color of authority and law as a law enforcement officer for the Des Moines, Iowa Police Department. He is sued in his official and individual capacities.

8.      Defendant Adam Herman is believed to be a citizen and resident of Iowa and was employed as a law enforcement officer with the City of Des Moines Police Department. At all times material hereto, the actions and omissions of Defendant Herman were made under the color of authority and law as a law enforcement officer for the Des Moines, Iowa Police Department. He is sued in his official and individual capacities.

9.      Defendant Dana Wingert is believed to be a citizen and resident of Iowa and was employed as the Chief of Police of the City of Des Moines Police Department. At all times material hereto, Defendant Wingert's actions and/or omissions were made under the color of authority as the Chief of Police. He is sued in his official and individual capacities.

10.      Defendant City of Des Moines, Iowa is a municipal corporation organized and authorized to operate under the laws of Iowa and is located at 400 East First Street, Des Moines, Polk County, Iowa. Defendant City is responsible for maintaining and operating the Des Moines Police Department.

## JURISDICTION AND VENUE

11.      Venue is proper in the District Court for Polk County pursuant to Iowa Code §669.4(1) as the district in which Plaintiff resides and/or in which the acts and omissions complained of occurred.

12.      Subject matter jurisdiction of the District Court for Polk County is proper pursuant to Iowa Code § 602.6101.

13.      The amount in controversy exceeds the jurisdictional amount.

3

## GENERAL FACTUAL ALLEGATIONS

14.    The disproportionate and excessive use of force against Black individuals by police officers in the United States is a well-documented, systemic problem. There is a more general, but equally troubling, problem with disproportionate law enforcement against Black individuals.

15.    Iowa—and Des Moines specifically—are not immune to these problems.[1]

16.    On Monday, May 25, 2020, a Minneapolis police officer brutally murdered George Floyd, an unarmed and non-resisting Black man, by kneeling on his neck for at least eight minutes and forty-six seconds, while other police officers stood by and allowed it to happen.

---

[1]    *See*    https://www.desmoinesregister.com/story/news/crime-and-courts/2015/08/16/racial-profiling-iowa/31829419/;
https://www.desmoinesregister.com/story/news/crime-and-courts/2015/08/16/racial-profiling-iowa-police-policies/31795745/;
https://www.desmoinesregister.com/story/news/2018/10/17/black-lives-matter-des-moines-police-paul-parizek-plymouth-church-ako-abdul-samad-racism-inclusivity/1669216002/;    https://www.desmoinesregister.com/story/news/crime-and-courts/2015/08/16/black-iowa-racial-profiling-studies/31787611/;
https://www.desmoinesregister.com/story/news/crime-and-courts/2015/08/16/black-iowa-racial-profiling-police/31787599/;
https://www.desmoinesregister.com/story/news/crime-and-courts/2015/08/16/racial-profiling-iowa/31795075/;
https://www.desmoinesregister.com/story/news/local/2015/07/10/black-iowa-conversations-videos/29966531/;
https://www.desmoinesregister.com/story/news/2014/11/19/blacks-arrest-rates-iowa-disparity/19250981/;    https://www.desmoinesregister.com/story/news/crime-and-courts/2020/05/18/des-moines-approved-75-000-settlement-family-claiming-excessive-force/5213435002/;    https://who13.com/news/mother-has-unfinished-business-despite-sons-racial-profiling-settlement-with-des-moines/amp/;    https://www.aclu.org/press-releases/iowa-ranks-worst-nation-racial-disparities-marijuana-arrests;.

4

Defendants' Appendix 181

17.     In the aftermath of Mr. Floyd's murder, hundreds of thousands of people assembled together throughout the United States to protest police brutality and systemic racism.

18.     Ms. Foote participated in one such protest the evening of May 30, 2020.

19.     Ms. Foote marched with local citizens to the State Capitol in Des Moines, Iowa.

20.     As the protesters walked down East Locust Street towards the Capitol, Ms. Foote observed a police vehicle drive through the crowd, coming close to hitting several people.

21.     When the protesters arrived at the Capitol, they were met by police in riot gear.

22.     Though the group of the protesters at the Capitol was peacefully protesting and not engaged in any illegal activity, police deployed multiple canisters of tear gas into the crowd.

23.     Though Ms. Foote was standing a significant distance behind the front line of the protesters, she was impacted by the tear gas.

24.     The tear gas burned Ms. Foote's eyes and she needed assistance rinsing them out.

25.     Ms. Foote left the Capitol area and walked towards Court Avenue.

26.     Ms. Foote observed police pepper-spraying individuals who were violating no laws, were not being violent or threatening, and who were not assembled with others who were breaking the law.

27.     Ms. Foote left the Court Avenue area sometime around midnight.

Defendants' Appendix 182

28.     Sometime after 2:00 a.m. on May 31, 2020, Ms. Foote returned to the Court Avenue bar area to pick up a friend.

29.     At approximately 2:37 a.m., dozens of police arrived on Court Avenue, near Hy-Vee, in response to individuals who were breaking into Hy-Vee.

30.     At no point on May 31, 2020 was Ms. Foote assembled with any person who was acting in a violent manner. Ms. Foote was not near the Hy-Vee when other individuals were vandalizing it.

31.     When police arrived, the individuals who were breaking into Hy-Vee immediately dispersed.

32.     Around 2:45 a.m., Ms. Foote was on 3rd Street walking back to her car to leave.

33.     By this time, there were no individuals unlawfully assembled near the Court Avenue bar area.

34.     As Ms. Foote attempted to leave, approximately twenty police officers came down the sidewalk towards her.

35.     Upon information and belief, none of those approximately twenty officers had their body camera activated, in violation of Des Moines Police Department policy.

36.     Those officers did not order Ms. Foote to disperse.

37.     Ms. Foote stopped walking and waited for the officers to pass.

38.     Ms. Foote was violating no laws.

39.     Ms. Foote was not being violent or threatening.

40.     Ms. Foote was not assembled with any persons who were acting in a violent manner.

Defendants' Appendix 183

41.    Ms. Foote was not in the immediate vicinity of a riot or an unlawful assembly.

42.    There was no probable cause to arrest Ms. Foote for any crime.

43.    With no warning, John Doe 1 walked by Ms. Foote and sprayed her in the face with pepper spray.

44.    Ms. Foote is four foot, eleven inches tall and weighs 100 lbs.

45.    Defendant Holtan then approached Ms. Foote and sprayed her again in the face with pepper spray.

46.    Defendant Holtan pushed Ms. Foote back into a wall with his riot shield.

47.    Defendant Herman also pushed Ms. Foote back into the wall with his shield.

48.    Defendant Herman then struck Ms. Foote multiple times with his baton.

49.    Defendants Herman and Holtan beat Ms. Foote to the ground with their shields and baton.

50.    Ms. Foote was not resisting and she repeatedly stated, "I am not resisting" as she was hit by Defendants Holtan and Herman.

51.    Either Defendant Holtan or Defendant Herman smashed his knee into Ms. Foote's back as she laid on the ground.

52.    Defendants Holtan and Herman zip-tied Ms. Foote's wrists together.

53.    Either Defendant Holtan or Defendant Herman stomped on Ms. Foote's eyeglasses and shattered them.

54.    Upon information and belief, John Doe 1, Defendant Holtan, and Defendant Herman assaulted and arrested Ms. Foote in retaliation for her association with the protests.

7

55.    The force used by John Doe 1, Defendant Holtan, and Defendant Herman was excessive and in violation of Des Moines Police Department policy and Iowa Law.

56.    Upon information and belief, John Doe 1 did not complete an Arrest Incident Report detailing their use of force against Ms. Foote, which is a violation of Des Moines Police Department policy.

57.    Upon information and belief, John Doe 1 did not complete any report documenting their arrest of Ms. Foote.

58.    Ten days after assaulting and falsely arresting Ms. Foote, on June 10, 2020, Defendants Herman and Holtan completed written reports documenting that they pepper-sprayed, struck, and arrested Ms. Foote.

59.    The report written by Defendant Herman falsely states that Ms. Foote tried to escape from Defendant Holtan.

60.    The report written by Defendant Herman falsely states that Ms. Foote refused to stop resisting and get down on the ground.

61.    The report written by Defendant Herman falsely states that Ms. Foote tried to push past Defendant Herman and Defendant Holtan's shields.

62.    The report written by Defendant Herman falsely states that Ms. Foote should have been charged with interference with official acts causing injury.

63.    Defendant Herman did not have his body camera activated at the time of his encounter with Ms. Foote.

64.    The report written by Defendant Holtan falsely states that Ms. Foote did not comply with verbal commands to get down on the ground.

Defendants' Appendix 185

65.     The report written by Defendant Holtan falsely states that Ms. Foote deflected his shield and ran past him.

66.     Defendant Holtan did not have his body camera activated at the time of his encounter with Ms. Foote. He did not attempt to retrieve the footage of his encounter with Ms. Foote until it was too late to recover the footage because it had been automatically deleted.

67.     By using completely unnecessary and violent force, John Doe 1, Defendant Holtan, and Defendant Herman committed the crime of assault against Ms. Foote.

68.     Upon information and belief, John Doe 1, Defendant Holtan, and Defendant Herman have not been criminally charged for their assault of Ms. Foote.

69.     Upon information and belief, several other police witnessed John Doe 1 Defendant Holtan, and Defendant Herman's's excessive use of force against Ms. Foote.

70.     Upon information and belief, none of the police who witnessed the assault of Ms. Foote reported John Doe 1, Defendant Holtan, or Defendant Herman to the Des Moines Police Department Office of Professional Standards for discipline.

71.     Ms. Foote's face and hair were soaked with pepper spray.

72.     Ms. Foote's eyes burned severely from the repeated pepper-spraying.

73.     Ms. Foote cried and begged to have her eyes rinsed out.

74.     John Doe 1, Defendant Holtan, and Defendant Herman did not rinse her eyes out.

75.     Ms. Foote suffered severe pain, bruising, and burning as a result of being pepper-sprayed, slammed to the ground, beat, and zip-tied by Defendants.

Defendants' Appendix 186



76.    Defendants Allen and Escobar Hernandez were assigned to processing Ms. Foote and transporting her to the jail in a paddy wagon.

77.    Defendants Allen and Escobar Hernandez were instructed to charge all of the arrestees in their paddy wagon with the two charges associated with case number 14451.

78.    Defendants Allen and Escobar Hernandez pulled up that case number and realized that the two charges they had been instructed to apply to everyone were Criminal Mischief 2nd degree, a Class D felony, and Rioting, an aggravated misdemeanor.

79.    Defendants Allen and Escobar Hernandez recognized that there was no basis to charge the arrestees in their paddy wagon with these charges. Defendant Allen stated, "We're putting them all under criminal mischiefs? That doesn't make any sense. There's no possible way."

10

80.    Defendant Allen therefore went to his supervisor, Defendant Bagby, to see if there had been a mistake. Defendant Bagby confirmed that everyone was to be charged with Rioting and Criminal Mischief.

81.    Defendant Escobar Hernandez acknowledged that there was no way those charges would hold up, but the charges would serve to "keep them inside." Defendant Allen agreed the charges were "an absolute crap shot."

82.    Defendants Allen and Escobar Hernandez subsequently transported Ms. Foote to jail.

83.    Defendants Allen and Escobar Hernandez booked Ms. Foote into the Polk County Jail on charges of Criminal Mischief in the 2nd Degree, a Class D felony, and Rioting, an aggravated misdemeanor.

84.    Later on May 31, 2020, Defendant George filed three criminal complaints against Ms. Foote charging her with Participation in a Riot, in violation of Iowa Code § 723.1; Unlawful Assembly, in violation of Iowa Code § 723.2; and Failure to Disperse, in violation of Iowa Code § 723.3.

85.    There was no probable cause to charge Ms. Foote with Criminal Mischief in the 2nd Degree, Rioting, Participation in a Riot, Unlawful Assembly, or Failure to Disperse.

86.    Upon information and belief, Defendants George, Allen, and Escobar Hernandez knew that there was not probable cause for the charges against Ms. Foote, but went forward with the charges anyway because directed to do so by their supervisors.

87.    Ms. Foote was not released from custody until June 1, 2020 at 12:12 p.m.

Defendants' Appendix 188

88.    Ms. Foote was released from custody on pretrial supervision, with an 8:00 p.m. curfew and a requirement to contact a pretrial supervision officer for an in-person visit once a month.

89.    On July 7, 2020, the State moved to dismiss the Participation in a Riot charge, stating police "have been unable to sufficiently document this defendant's actions for charges to go forward at this time."

90.    The Polk County District Court dismissed the charge the same day.

91.    On December 2, 2020, the State moved to dismiss the charges of Unlawful Assembly and Failure to Disperse stating, "There is insufficient evidence to proceed to a trial."

92.    The Polk County District Court dismissed the charges the same day.

93.    Upon information and belief, the prosecutor was unable to identify any of the officers who assaulted and arrested Ms. Foote.

94.    Because of Defendants' actions, Ms. Foote was afraid to attend protests. Ms. Foote was also unable to attend events that occurred after 8:00 p.m. because of her curfew.

95.    Des Moines Police officers have a pattern of using excessive force against individuals they believe are affiliated with protests and charging those individuals without probable cause.

96.    Specifically, Des Moines Police officers pepper-sprayed, assaulted, and criminally charged many other people the evening of May 30, 2020 and in the early morning hours of May 31, 2020 who were not violating any laws or acting in a violent or threatening manner.

12

Defendants' Appendix 189

97.    Des Moines Police officers pepper-sprayed a young woman, Essence Welch, the evening of May 30, 2020. Ms. Welch was not violating any laws or acting in a violent or threatening manner. Ms. Welch was recording law enforcement's activities at a protest.

98.    Des Moines Police officers pepper-sprayed and tackled a young man, Trent Schwab, in the early morning hours of May 31, 2020. Mr. Schwab likewise was not violating any laws or acting in a violent or threatening manner. Des Moines Police officers charged Mr. Schwab with several crimes for which there was no probable cause.

99.    Several of the people who were pepper-sprayed by Des Moines Police officers in the early morning hours of May 31, 2020 were cowering from law enforcement at the time they were assaulted. The officers who sprayed those individuals did not attempt to arrest them.

100.    A Des Moines Police officer kicked a man who was not violating any laws or acting in a violent or threatening manner. The man was cowering on the ground at the time the officer kicked him. A second Defendant Police officer struck that same man with a baton. The officers were not using force for any legitimate purpose; they did not even attempt to arrest the man.

101.    A Des Moines Police officer pepper-sprayed a man who was not violating any laws or acting in a violent or threatening manner, causing the man to fall face-down into the street in pain. The officer was not using force for any legitimate purpose; he did not even attempt to arrest the man. At least eleven other officers observed the officer unnecessarily pepper-spray the man and did nothing to help the man as he laid in the street.

Defendants' Appendix 190

102.    Des Moines Police illegally arrested over forty other individuals in the early morning hours of May 31, 2020 and falsely charged them with protest-related crimes.

103.    Des Moines Police Officers forced members of the media to leave the downtown area so they could not observe and report the misdeeds of law enforcement.

104.    Des Moines Police Officers have a pattern of using excessive force against individuals they believe are affiliated with protests and charging those individuals without probable cause. This pattern continued beyond the early hours of May 31, 2020.

105.    Des Moines Police officers pepper-sprayed, tackled, and falsely charged a photographer on June 2, 2020, Mark Nieters, who clearly identified himself as media and was not violating any laws or acting in a violent or threatening manner.

106.    Defendant Police have intentionally and indiscriminately attacked neutral members of the press and legal observers on several occasions. This conduct has intimidated journalists and neutrals and reduced the number of media and observers willing to attend protests and to stay to document and observe the protests.

107.    Des Moines Police officers pepper-sprayed and arrested a Des Moines Register reporter, Andrea Sahouri, who was covering the protests near Merle Hay Mall on May 31, 2020. Ms. Sahouri advised the officers that she was working as a reporter. The officers arrested her, regardless.

108.    Approximately twelve Des Moines Police officers arrested three individuals at gunpoint outside the Blazing Saddle on June 2, 2020 who were not violating any laws or acting in a violent or threatening manner. Those officers then proceeded to raid the Blazing Saddle.

14

109.    Des Moines Police officers pepper-sprayed a Des Moines Register reporter, Katie Akin, who was complying with commands to disperse on June 1, 2020. Ms. Akin was not in the group with the protesters but was observing the protests from yards away. Ms. Akin was holding up her press badge and shouting that she was with the press at the time she was pepper-sprayed.

110.    It is clearly established that it is unconstitutional for law enforcement to use chemical spray when an individual has broken no law and is not threatening anyone. *See Davis v. City of Albia*, 434 F. Supp. 2d 692, 707 (S.D. Iowa 2006).

111.    It is clearly established that it is unconstitutional for law enforcement to tackle or beat an individual who is not fleeing or resisting arrest. *See Small v. McCrystal*, 708 F.3d 997, 1005 (8th Cir. 2013).

112.    It is clearly established that it is unconstitutional to arrest and charge an individual without probable cause. *Baribeau v. City of Minneapolis*, 596 F.3d 465, 478 (8th Cir. 2010).

113.    It is clearly established that it is unconstitutional for law enforcement to retaliate against a citizen for that citizen's exercise of her First Amendment rights. *Osborne v. Grussing*, 477 F.3d 1002, 1005 (8th Cir. 2007)

114.    It is clearly established that an officer is not excused for violating someone's constitutional rights simply because the officer is following orders. *J.H.H. v. O'Hara*, 878 F.2d 240, 245 n.4 (8th Cir. 1989).

15

Defendants' Appendix 192

## CAUSES OF ACTION

### COUNT 1
### ILLEGAL SEIZURE
### CIVIL RIGHTS VIOLATION UNDER 42 U.S.C § 1983
### VIOLATION OF 4th AMENDMENT TO THE UNITED STATES CONSTITUTION
### (Against John Doe 1, Holtan, Herman, Bagby, Allen, Escobar Hernandez, and George, Individually)

115.   Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

116.   Defendants violated Plaintiff's clearly established federal constitutional rights by seizing Plaintiff without reasonable suspicion or probable cause to do so and by charging Plaintiff with crimes without probable cause.

117.   Defendants demonstrated a deliberate indifference to and reckless disregard of Plaintiff's civil and constitutional rights.

118.   Defendants' actions were willful, wanton, unlawful, and in gross disregard of Ms. Foote's civil rights, justifying an award of punitive damages.

119.   As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

### COUNT 2
### ILLEGAL SEIZURE
### CIVIL RIGHTS VIOLATION OF ARTICLE I, § 8 OF THE IOWA CONSTITUTION
### (Against John Doe 1 , Holtan, Herman, Bagby, Allen, Escobar Hernandez, and George, Individually)

120.   Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

121.   Defendants violated Plaintiff's clearly established constitutional rights by seizing Plaintiff without reasonable suspicion or probable cause to do so and by charging Plaintiff with crimes without probable cause.

16

Defendants' Appendix 193

122.    Defendants demonstrated a deliberate indifference to and reckless disregard of Plaintiff's civil and constitutional rights.

123.    Defendants' actions were willful, wanton, unlawful, and in gross disregard of Plaintiff's civil rights, justifying an award of punitive damages.

124.    Plaintiff hereby requests reasonable attorney fees and costs associated with prosecuting this action as Defendants' violation of her constitutional rights was oppressive, conniving, harsh, cruel, and/or tyrannical.

125.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

**COUNT 3**
**EXCESSIVE FORCE**
**CIVIL RIGHTS VIOLATION UNDER 42 U.S.C § 1983**
**VIOLATION OF 4th AMENDMENT TO THE UNITED STATES CONSTITUTION**
**(Against John Doe 1, Holtan, and Herman, Individually)**

126.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

127.    The force used by Defendants was excessive and applied maliciously and sadistically for the purpose of causing harm and not in a good faith effort to achieve a legitimate purpose.

128.    The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of others.

129.    Defendants demonstrated a deliberate indifference to and reckless disregard of Plaintiff's civil and constitutional rights.

130.    Defendants' actions were willful, wanton, unlawful, and in gross disregard of Ms. Foote's civil rights, justifying an award of punitive damages.

17

Defendants' Appendix 194

131.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

## COUNT 4
## EXCESSIVE FORCE
## CIVIL RIGHTS VIOLATION OF ARTICLE I, § 8 OF THE IOWA CONSTITUTION
### (Against John Doe 1, Holtan, and Herman, Individually)

132.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

133.    The force used by Defendants was excessive and applied maliciously and sadistically for the purpose of causing harm and not in a good faith effort to achieve a legitimate purpose.

134.    Defendants demonstrated a deliberate indifference to and reckless disregard of Plaintiff's civil and constitutional rights.

135.    Defendants' actions were willful, wanton, unlawful, and in gross disregard of Plaintiff's civil rights, justifying an award of punitive damages.

136.    Plaintiff hereby requests reasonable attorney fees and costs associated with prosecuting this action as Defendants' violation of her constitutional rights was oppressive, conniving, harsh, cruel, and/or tyrannical.

137.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

## COUNT 5
## RETALIATION
## CIVIL RIGHTS VIOLATION UNDER 42 U.S.C § 1983
## VIOLATION OF 1st AMENDMENT TO THE UNITED STATES CONSTITUTION
### (Against John Doe 1, Holtan, Herman, Bagby, Allen, Escobar Hernandez, and George, Individually)

138.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

18

Defendants' Appendix 195

139.    Ms. Foote was exercising her First Amendment rights.

140.    Defendants violated Ms. Foote's clearly established federal constitutional rights by pepper-spraying her, slamming her to the ground, beating her, arresting her, and charging her with crimes in retaliation for her exercise of her First Amendment rights.

141.    Retaliation was a substantial or motivating factor for Defendants' decision to pepper-spray, assault, arrest, and criminally charge Ms. Foote.

142.    Defendants would not have pepper-sprayed, assaulted, arrested, and criminally charged Ms. Foote but for their retaliatory motive.

143.    Similarly situated individuals who were not engaged in the same sort of protected activity as Ms. Foote were not pepper-sprayed, assaulted, arrested, and criminally charged.

144.    Defendants demonstrated a deliberate indifference to and reckless disregard of Ms. Foote's civil and constitutional rights.

145.    Defendants' actions were willful, wanton, unlawful, and in gross disregard of Ms. Foote's civil rights, justifying an award of punitive damages.

146.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

### COUNT 6
### RETALIATION
### CIVIL RIGHTS VIOLATION OF ARTICLE I, § 7 OF THE IOWA CONSTITUTION
(Against John Doe 1, Holtan, Herman, Bagby, Allen, Escobar Hernandez, and George, Individually)

147.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

148.    Ms. Foote was exercising her article I, § 7 rights by assembling with her fellow citizens and engaging in political speech.

19

Defendants' Appendix 196

149.    Defendants violated Ms. Foote's clearly established state constitutional rights by pepper-spraying her, slamming her to the ground, beating her, arresting her, and charging her with crimes in retaliation for her exercise of her article I, § 7 rights.

150.    Retaliation was a substantial or motivating factor for Defendants' decision to pepper-spray, assault, arrest, and criminally charge Ms. Foote.

151.    Defendants would not have pepper-sprayed, assaulted, arrested, and criminally charged Ms. Foote with pepper spray but for their retaliatory motive.

152.    Similarly situated individuals who were not engaged in the same sort of protected activity as Ms. Foote were not pepper-sprayed, assaulted, arrested, and criminally charged.

153.    Defendants demonstrated a deliberate indifference to and reckless disregard of Ms. Foote's civil and constitutional rights.

154.    Defendants' actions were willful, wanton, unlawful, and in gross disregard of Ms. Foote's civil rights, justifying an award of punitive damages.

155.    Ms. Foote hereby requests reasonable attorney fees and costs associated with prosecuting this action as Defendants' violation of her constitutional rights was oppressive, conniving, harsh, cruel, and/or tyrannical.

156.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

Defendants' Appendix 197

## COUNT 7
## CONSPIRACY
## CIVIL RIGHTS VIOLATION PURSUANT TO 42 U.S.C §§ 1983 and 1985
## VIOLATION OF 4th, 5th & 14th AMENDMENTS TO
## THE UNITED STATES CONSTITUTION
## (Against John Doe 1, Holtan, Herman, Bagby, Allen, Escobar Hernandez, and George, Individually)

157.   Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

158.   Defendants reached an agreement among themselves to deprive Plaintiff of her constitutional rights.

159.   In furtherance of the conspiracy, each of the coconspirators committed overt acts and was an otherwise willful participant in joint activity.

160.   The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of others.

161.   As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

## COUNT 8
## CONSPIRACY
## CIVIL RIGHTS VIOLATION OF ARTICLE I, §§ 6 & 8 OF THE IOWA CONSTITUTION
## (Against John Doe 1, Holtan, Herman, Bagby, Allen, Escobar Hernandez, and George, Individually)

162.   Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

163.   Defendants reached an agreement among themselves to deprive Plaintiffs of their constitutional rights.

164.   In furtherance of the conspiracy, each of the coconspirators committed overt acts and was an otherwise willful participant in joint activity.

21

165.    The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of others.

166.    Plaintiff hereby requests reasonable attorney fees and costs associated with prosecuting this action as Defendants' violation of her constitutional rights was oppressive, conniving, harsh, cruel, and/or tyrannical.

167.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

**COUNT 9**
**DELIBERATELY INDIFFERENT POLICIES, PRACTICES,**
**CUSTOMS, TRAINING AND SUPERVISION**
**CIVIL RIGHTS VIOLATION PURSUANT TO 42 U.S.C § 1983**
**VIOLATION OF 1st, 4th, 5th & 14th AMENDMENTS TO**
**THE UNITED STATES CONSTITUTION**
**(Against Wingert, Individually, and City of Des Moines, Iowa)**

168.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

169.    Defendants Wingert and City of Des Moines, Iowa are persons for the purposes of a Section 1983 action for damages.

170.    Defendants Wingert and City of Des Moines, Iowa are responsible for establishing, maintaining, and enforcing the official policies, procedures, patterns, practices, and/or customs of the Des Moines Police Department for use of pepper spray and use of force, generally.

171.    Defendant City of Des Moines, Iowa is charged with the duty to ensure that its law enforcement officers are properly trained and supervised.

172.    As Chief of Police, Defendant Wingert is ultimately responsible for the training and supervision of his officers.

173.    Defendants violated Plaintiff's federal constitutional rights by:

22

Defendants' Appendix 199

a.  permitting City of Des Moines police officers to violate the constitutional rights of citizens;

b.  ratifying and approving the unlawful use of force against citizens;

c.  failing to enforce and implement policies preventing the unlawful use of force against citizens;

d.  tolerating, encouraging, and permitting collusive statements by involved officers in such situations;

e.  failing to adopt and enforce policies to document citizen interactions that do not result in arrest or citation;

f.  failing to adopt a system to identify, track, and monitor problematic police behavior and patterns of unconstitutional conduct;

g.  failing to take adequate disciplinary measures against City of Des Moines police officers who violate the civil rights of citizens;

h.  failing to train and/or supervise properly officers in the constitutional requirements for use of force and the necessity of probable cause for arrest;

i.  failing to implement adequate maintenance training and properly focused maintenance training.

174.    Defendants' policies, procedures, customs, and/or practices caused the violations of Plaintiff's constitutional and federal rights as set forth herein and in the other claims and resulted from a conscious or deliberate choice to follow a course of action from among various available alternatives.

175.    The need for the aforementioned training and supervision was obvious and it was foreseeable that the inadequacy of Defendants' training and supervision was likely to result in the violation of constitutional rights.

176.    Defendants demonstrated a deliberate indifference to and/or reckless disregard of Plaintiff's constitutional rights and those similarly situated to them.

177.    Defendants' failure to train and supervise Defendants caused the violations of Plaintiffs' constitutional and federal rights as set forth herein and in the other claims

23

Defendants' Appendix 200

and resulted from a conscious or deliberate choice to follow a course of action from among various available alternatives

178.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

## COUNT 10
### DELIBERATELY INDIFFERENT POLICIES, PRACTICES, CUSTOMS, TRAINING AND SUPERVISION
### CIVIL RIGHTS VIOLATION PURSUANT TO
### ARTICLE I, §§ 6, 7 & 8 OF THE IOWA CONSTITUTION
### (Against Wingert, Individually, and City of Des Moines, Iowa)

179.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

180.    Defendants Wingert and City of Des Moines, Iowa are responsible for establishing, maintaining, and enforcing the official policies, procedures, patterns, practices, and/or customs of the Des Moines Police Department for use of pepper spray and use of force, generally.

181.    Defendant City of Des Moines, Iowa is charged with the duty to ensure that its law enforcement officers are properly trained and supervised.

182.    As Chief of Police, Defendant Wingert is ultimately responsible for the training and supervision of his officers.

183.    Defendants violated Plaintiff's state constitutional rights by:

a. permitting City of Des Moines police officers to violate the constitutional rights of citizens;

b. ratifying and approving the unlawful use of force against citizens;

c. failing to enforce and implement policies preventing the unlawful use of force against citizens;

d. tolerating, encouraging, and permitting collusive statements by involved officers in such situations;

24

e.  failing to adopt and enforce policies to document citizen interactions that do not result in arrest or citation;

f.  failing to adopt a system to identify, track, and monitor problematic police behavior and patterns of unconstitutional conduct;

g.  failing to take adequate disciplinary measures against City of Des Moines police officers who violate the civil rights of citizens;

h.  failing to train and/or supervise properly officers in the constitutional requirements for use of force and the necessity of probable cause for arrest;

i.  failing to implement adequate maintenance training and properly focused maintenance training.

184.    Defendants' policies, procedures, customs, and/or practices caused the violations of Plaintiff's constitutional rights as set forth herein and in the other claims and resulted from a conscious or deliberate choice to follow a course of action from among various available alternatives.

185.    The need for the aforementioned training and supervision was obvious and it was foreseeable that the inadequacy of Defendants' training and supervision was likely to result in the violation of constitutional rights.

186.    Defendants demonstrated a deliberate indifference to and/or reckless disregard of Plaintiff's constitutional rights and those similarly situated to them.

187.    Defendants' failure to train and supervise Defendantscaused the violations of Plaintiff's constitutional rights as set forth herein and in the other claims and resulted from a conscious or deliberate choice to follow a course of action from among various available alternatives.

188.    Plaintiff hereby requests reasonable attorney fees and costs associated with prosecuting this action as Defendants' violation of their constitutional rights was oppressive, conniving, harsh, cruel, and/or tyrannical.

Defendants' Appendix 202

189.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

## COUNT 11
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
#### (Against John Doe 1, Holtan, Herman, Individually)

190.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

191.    John Doe 1, Defendant Holtan, and Defendant Herman repeatedly pepper-sprayed Plaintiff, struck her with batons, slammed her to the ground, and smashed her eyeglasses.

192.    There was no legitimate justification for John Doe 1, Defendant Holtan, or Defendant Herman's use of force against Plaintiff.

193.    The conduct of John Doe 1, Defendant Holtan, and Defendant Herman was outrageous.

194.    John Doe 1, Defendant Holtan, and Defendant Herman intentionally caused or recklessly disregarded the probability of causing emotional distress to Ms. Foote.

195.    Ms. Foote suffered severe or extreme emotional distress as a result of Defendants' actions.

196.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

## COUNT 12
### MALICIOUS PROSECUTION
#### (Against John Doe 1, Holtan, Herman, Bagby, Allen, Escobar Hernandez, and George, Individually)

197.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

Defendants' Appendix 203

198.    Defendants instigated a criminal prosecution against Plaintiff.

199.    The criminal prosecution against Plaintiff was dismissed.

200.    There was no probable cause for the charge against Plaintiff.

201.    Defendants acted with malice in initiating the prosecution against Plaintiff.

202.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

### COUNT 13
### FALSE ARREST / IMPRISONMENT
**(Against John Doe 1, Holtan, Herman, Bagby, Allen, Escobar Hernandez, and George, Individually)**

203.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

204.    Defendants detained Plaintiff against her will.

205.    The detention of Plaintiff was unlawful.

206.    As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

### COUNT 14
### LIBEL
**(Against Holtan, Herman, Allen, Escobar Hernandez, and George)**

207.    Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

208.    Defendants Allen, Escobar Hernandez, and George published a statement falsely stating that Ms. Foote committed crimes.

209.    Defendants Herman and Holtan wrote police reports falsely stating that Ms. Foote had committed crimes.

27

Defendants' Appendix 204

210.   Ms. Foote committed no crime and there was no probable cause for the charges against Ms. Foote.

211.   Defendants' statements were libelous per se.

212.   Defendants' false statements injured Ms. Foote.

213.   As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

### COUNT 15
### ASSAULT AND BATTERY
### (Against John Doe 1, Holtan, Herman)

214.   Plaintiff incorporates the preceding paragraphs by reference as if each paragraph was set forth here.

215.   Defendants subjected Ms. Foote to contact of an insulting and provoking nature.

216.   The actions of Defendants were undertaken without the consent of Ms. Foote.

217.   The actions of Defendants were not justified by self-defense.

218.   The intentional acts of Defendants resulted in bodily contact with Ms. Foote that a reasonable person would deem insulting or offensive.

219.   As a result of Defendants' acts and omissions, Ms. Foote has in the past and will in the future suffer injuries and damages.

### PRAYER FOR RELIEF

Plaintiff prays for Judgment against the aforementioned Defendants as follows:

a. Actual, Compensatory, Consequential, and all other allowable damages against Defendant in an amount yet to be determined;

b. Compensation for violation of her constitutional rights, mental anguish, and humiliation;

Defendants' Appendix 205

c.  Plaintiff's cost in this action, including reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988;

d.  Declaratory relief;

e.  Injunctive relief;

f.  An award of pre-judgment interest;

g.  Punitive damages; and

h.  Any other relief the Court deems just and equitable.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury in this matter on all counts to which Plaintiff is entitled to a jury.

**PARRISH KRUIDENIER DUNN GENTRY
BROWN BERGMANN & MESSAMER, L.L.P.**

By:  _/s/ Gina Messamer_____

Gina Messamer          AT0011823
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: gmessamer@parrishlaw.com
**ATTORNEY FOR PLAINTIFF**

**Original Filed.**

29

Defendants' Appendix 206





Defendants' Appendix 207

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENVER FOOTE,<br>　　　Plaintiff, | Case No.: 4:21-cv-00043-SBJ |
| v. | |
| JOHN DOE 1; CLARK ALLEN; ERNESTO ESCOBAR HERNANDEZ; JEFFREY GEORGE; BRANDON HOLTAN; ADAM HERMAN; DANA WINGERT; CITY OF DES MOINES, IOWA,<br>　　　Defendants. | ANSWERS TO DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF |

COMES NOW the Plaintiff and respectfully submits her Answers to Interrogatories.

PARRISH KRUIDENIER DUNN GENTRY
BROWN BERGMANN & MESSAMER, L.L.P.

By: ___/s/  Gina Messamer_____
　　　Gina Messamer　　　　AT0011823
　　　2910 Grand Avenue
　　　Des Moines, Iowa 50312
　　　Telephone: (515) 284-5737
　　　Facsimile: (515) 284-1704
　　　Email: gmessamer@parrishlaw.com
　　　**ATTORNEY FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | ( ) | electronic filing |
| | | (X) | e-mail |

on September 1, 2021.
I declare that the statements above are true to the best of my information, knowledge and belief.

_____/s/ Gina Messamer_____



Defendants' Appendix 208

Michelle R. Mackel-Wiederanders    AT0004790
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA  50309-1891
Telephone: (515) 283-4537
Facsimile: (515) 237-1748
E-Mail:  mrmackel@dmgov.org
LEAD ATTORNEY

Luke DeSmet        AT0010219
Assistant City Attorney
400 Robert D. Ray Dr.
Des Moines, Iowa 50309-1891
Telephone: (515) 283-4110
Facsimile: (515) 237-1748
Email: lmdesmet@dmgov.org
ATTORNEYS FOR DEFENDANTS

Defendants' Appendix 209

**INTERROGATORY NO. 1:** State whether you or your attorney have ever conferred or discussed with Defendants, or any officer, former officer, employee or former employee of Defendants regarding any of the matters contained in the Petition or regarding any of the facts in this case. If so, please identify the following:

    a.    The name(s) of all such persons.

    b.    The date(s) of such conversations.

    c.    The substance of the conversation.

**ANSWER:**

Yes. See deposition transcript from Welch v. City of Des Moines et. al. 4:30-cv-235 (Daniel Dempsey).

And the officers who testified in

-  State v. Cameron Lard (Polk County) trial
-  State v. Sean Michael Robinson (Polk County) trial

3

**INTERROGATORY NO. 2:**  State the names, addresses, and telephone numbers of all persons from whom statements have been obtained regarding the facts relative to the issues raised by the Petition in this case, and also the names and addresses of the person(s) in possession of such statements.

**ANSWER:**

See Facebook posts by Jacob Grobe provided in initial disclosures.

4

Defendants' Appendix 211

**INTERROGATORY NO. 3:**    Please provide the following background information:

    (a)    Your present name, address and date of birth;

DENVER FOOTE

4216 INGERSOLL AVE APT 3, DES MOINES IA 50312

DOB 06/12/1996

    (b)    Any other names you have used;

None

    (c)    Your marital status and history, including the date of each marriage, the name and present address of each spouse, the manner and date of termination of any past marriages;

NA

    (d)    The name, age and address of each child of yours;

NA

    (e)    The places, dates and extent of your formal education, including the nature and extent of any vocational, specialized or military education or training in a trade or business;

HIGH SCHOOL DIPOMA FROM CLEAR LAKE HIGH SCHOOL

IOWA SCHOOL OF BEAUTY – COSMETOLOGY DEGREE

COSMETOLOGY LICENSE FROM STATE OF IOWA

    (f)    Whether you have been convicted (including a plea of guilty) of any criminal offense and, if so, state the city and state where convicted, the date of conviction, the name and offense of which convicted, and whether you pled guilty to the offense; and

Defendants' Appendix 212

No

     (g)     Whether you have ever been involved in a lawsuit as a plaintiff or defendant and, if so, for each state the case name, court, case number, subject matter, and disposition of the lawsuit.

No

**INTERROGATORY NO. 4:** Identify all persons known to you or believed by you to have knowledge of the facts alleged in his Petition, or giving rise to the facts in the Petition, and for each person identified, state the following:

(a) The name, address, telephone number and present place of employment of such persons;

(b) A brief description of the knowledge such person has or is believed to have; and

(c) Whether such person has given a witness statement, whether written or oral, and if so, the date of this statement and identify the person to whom it was given.

**ANSWER:**

JACOB GROBE – BOYFRIEND – AWARE OF IMPACT ON DENVER - 815-830-8627

MIRANDA NICOLAI – CONTACT THROUGH COUNSEL BEN LYNCH

MEDICAL PROVIDERS – SEE RECORDS

MAKENZIE MOLER – CONTACT THROUGH COUNSEL GINA MESSAMER

KAITLIN GOLLEE – FRIEND – AWARE OF IMPACT ON DENVER – 641-512-0998

ROBIN McGINN – PRIOR EMPLOYER – AWARE OF IMPACT ON DENVER

CATHERINE LEWIN – SUPERVISOR AT CCI - AWARE OF IMPACT ON DENVER – 515-557-0631

FAUSTINA FOOTE – AWARE OF IMPACT ON DENVER - 641-426-0334

HOLLY ELAINE – PICKED DENVER UP FROM JAIL & AWARE OF IMPACT ON DENVER – 641-420-6921

PATRICK STAHL – SPOKE TO DENVER WHEN SHE WAS RELEASED FROM JAIL – 515-330-7472

7

Defendants' Appendix 214

**INTERROGATORY NO. 5**: Identify by name, address and telephone number each person you expect or intend to call as a witness in this case, whether in person or by deposition, and with regard to each such witness state:

    (a)    The subject matter of the individual's proposed testimony; and

    (b)    The nature, date, and subject matter of any documents which said individual intends to rely upon to support said testimony.

**ANSWER:**

PLAINTIFFS HAVE NOT DECIDED WHICH WITNESSES THEY WILL CALL TO TESTIFY AT TRIAL. PLAINTIFFS MAY CALL ANY INDIVIDUAL IDENTIFIED IN INITIAL DISCLOSURES OR REFERENCED IN MATERIALS PRODUCED IN DISCOVERY. PLAINTIFFS WILL SUPPLEMENT WITH THIS RESPONSE IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE AND THE SCHEDULING AND DISCOVERY PLAN.

Defendants' Appendix 215

**INTERROGATORY NO. 6:** Identify each document in your possession or control upon which you rely to support any allegations or claims as set forth in your Petition, and for each such document, state the identity and location of each person who has possession, control, or custody of such documents.

**ANSWER:**

Plaintiffs have not yet decided which exhibits they intend to rely upon at trial. Plaintiffs may rely upon any document or item produced as an initial disclosure or in response to the requests for production of documents. Plaintiffs will supplement with this Response in accordance with the Federal Rules of Civil Procedure and the Scheduling and Discovery Plan.

Defendants' Appendix 216

**INTERROGATORY NO. 7:** Describe in detail all injuries, ailments or disabilities you claim to have received or suffered as a result of the incident alleged in the Petition and state:

(a)   When such injuries, ailments, or disabilities first manifested themselves;

(b)   Whether the injuries you sustained as a result of this accident were new injuries, or were the aggravation of a physical, nervous or mental condition which existed prior to this accident, setting forth which injuries were new and which were aggravations of a prior condition or conditions; and

(c)   With respect to each such claimed injury, ailment, or disability, state whether or not you have fully recovered therefrom; if so, state the approximate date upon which recovery was complete; and if not, state when it is contemplated that recovery will be complete or whether you claim that such injury will result in permanent disability.

(d)   If you claim that any of the injuries for which you are making claim are permanent, state the nature of each. Furthermore, if your claim of permanency is based upon the conclusion or opinion of a medical professional, please identify the medical professional providing the conclusion or opinion, the date thereof, and identify the specific document, if any, which sets forth the conclusion or opinion.

**ANSWER:**

(a) When she was changing in jail, Denver noticed the bruising starting. The jail took a picture of her arm and her ribs. Remembers seeing bruise on leg the next day. Mental – the day after. Felt like she was in shock at first. Sat on couch the day she got out of jail & started bawling. Noticed back pain the day after the incident.

(b) Aggravation of back injury. Other physical injuries were new. Denver had been diagnosed with severe anxiety & depression in middle school/high school

10

Defendants' Appendix 217

but had stabilized. Prior to the incident her mental health was good and she was not taking medication prior to the incident.

(c) Mostly recovered from physical injuries within 2 months. Still has nerve damage in leg if push on it – tender, hurts like a bruise. Arm is all the way better. Chiropractor told her she should go to physical therapy but she has not had funds to do so. Still receiving care for back injury. Unsure if/when full recovery will be achieved. Mental – still has panic attacks. Unsure if/when full recovery will be achieved.

(d) No prediction on permanence – take 1 day at a time – think she's gotten better but doesn't think she's well.

Defendants' Appendix 218

**INTERROGATORY NO. 8:**   If you have been examined, attended, or treated by any physician, surgeon, chiropractor, reflexologist, or other health care provider, including hospitals and other medical or mental institutions, for injuries alleged to have been sustained in the incident complained of in your Petition, list:

    (a)    The name and office address of each physician, surgeon, chiropractor or other health care provider;

    (b)    The date(s) of each examination or treatment;

    (c)    Diagnosis given;

    (d)    Prognosis given;

    (e)    Whether any physician or other health care provider placed any restriction on your activities, including employment activities, and if so, give a full and complete description of each such limitation and the date when such limitation or restriction was removed;

    (f)    The charges rendered by each;

    (g)    State whether such charges have been paid, and if so, how much has been paid and by whom; and

    (h)    Whether a report has been made by any such physician, surgeon, chiropractor or other health care provider.

**ANSWER:**

SEE TRUE ROOTS CHIROPRACTIC RECORDS FOR DETAILS ON BACK INJURY. BILLING RECORDS TO BE SUPPLEMENTED. PAID OUTPATIENT BY DENVER AND HER FATHER.

SEE PATH TO PEACE RECORDS FOR DETAILS ON MENTAL INJURY. PROVIDER IS MAGGIE SUITS. FOR CHARGES, SEE "DENVER SUITS RECEIPT 1 & 2." DENVER PAID FOR THERAPY OUT-OF-POCKET.

12

Defendants' Appendix 219

**INTERROGATORY NO. 9:** Describe in detail each injury, sickness, disease, illness, mental, emotional, or physical condition, sustained prior to the alleged incident, including but not limited to any condition, pain, limitation of motion, weakness, or disability in any areas of your body as to which injuries are claimed in this action, and with respect to each, state the following:

    (a)    The names and address of all persons who treated the injury, sickness, disease, illness, mental or emotional conditions;

    (b)    The nature of the condition for which the treatment, examination or counseling was instituted;

    (c)    The dates for each period of treatment; and

    (d)    The names and addresses of each hospital or other medical institution in which treatment or confinement was provided and the date and periods of each treatment or confinement and the nature of the condition for which each treatment or confinement was instituted.

**ANSWER:**

Denver was treated at Haas Chiropractic in Mason City in the early/mid 2010s. Details to be supplemented on receipt of records. She thinks she last treated there around 2015.

Denver was seen at MercyOne Clark Lake Family Medicine for mental health treatment. Details to be supplemented on receipt of records.

13

Defendants' Appendix 220

**INTERROGATORY NO. 10:** Describe in detail each injury, sickness, disease, illness, mental, emotional, or physical condition you have has sustained <u>since the date of the alleged incident</u> and with respect to each, state the following:

(a) The names and address of all persons who treated the injury, sickness, disease, or illness, mental or emotional condition;

(b) The nature of the condition for which the treatment, examination, or counseling was instituted;

(c) The dates for each period of treatment; and

(d) The names and address of each hospital or other medical institution in which treatment or confinement was provided and the date and periods of each treatment or confinement and the nature of the condition for which each treatment or confinement was instituted.

**ANSWER:**

Bit by a cat summer 2021 and it got infected – was seen at Broadlawns, 1801 Hickman Rd, Des Moines, IA 50314

Stomach flu, sinus infections – Unity Point urgent care - 2103 Ingersoll Ave Ste 2, Des Moines, IA 50312

14

Defendants' Appendix 221

**INTERROGATORY NO. 11:** State whether you consumed any alcoholic beverages, drugs, narcotics, barbiturates, or medicines of any kind or nature, during the twenty-four (24) hour period prior to the incident and, if so, what the items were, how much and when and where such items were consumed.

**ANSWER:**

Had a beer at home sometime between 12:00 and 2:00am.

15

Defendants' Appendix 222

**INTERROGATORY NO. 12:** Describe in detail:

a) The location of the incident;

b) The time of day when the accident occurred;

c) What you were wearing at the time of the incident;

d) What items, personal property, or other materials did you have possession of at the time of the incident;

e) What people were around you at the time of the incident (e.g. numbers, identities, etc,) and what those people were doing;

f) Where you had been and where you were going at the time of the incident; and

g) In narrative form, detail exactly how you claim the incident occurred.

**ANSWER:**

See:

- "Police Brutality by DSMPD" document provided in discovery for narrative and details of the evening

- Photograph of "nook" by Annie's provided in discovery for location

- Happened at approximately 2:43am on 5/31/2020

- Photograph of "outfit" provided in discovery for what wearing. Was also wearing backpack purse.

- Jacob Grobe and Miranda Nicolai were nearby. They were standing on the sidewalk observing what was going on. I was starting to walk back to the car when the officers came down 3rd.

Defendants' Appendix 223

**INTERROGATORY NO. 13:** State the following with regard to each element of damage you are claiming and please also include the name and address of each and every witness you intend to call at trial who will factually support each element of damage claimed:

(a)   The specific dollar amount being claimed for each element;

(b)   Describe how this amount is computed; and

(c)   If any of your alleged damages have been paid, state the amounts paid and identify who paid them.

**ANSWER:**

- Back injury – Bills to be supplemented on receipt for cost of care and expected future cost of care. Past pain and suffering: Plaintiff has been advised that similar jury verdicts range between $50,000 and $150,000. Future pain and suffering: Plaintiff has been advised that similar jury verdicts range between $50,000 and $250,000.

- Mental health – Past cost of care: $525. Future cost of care: estimated $7,956. Past pain and suffering: Plaintiff has been advised that similar jury verdicts range between $50,000 and $250,000. Future pain and suffering: Plaintiff has been advised that similar jury verdicts range between $50,000 and $350,000.

- Bruising and soft tissue damage: Past pain and suffering: Plaintiff has been advised that similar jury verdicts range between $5,000 and $15,000. Future pain and suffering: Plaintiff has been advised that similar jury verdicts range between $5,000 and $10,000.

- Glasses - $584.00

- Punitive Damages: Plaintiff anticipates seeking punitive damages against Defendants for their outrageous conduct and to deter the defendants, and others similarly situated, from engaging in this type of reprehensible manner. Plaintiff has been advised that similar jury verdicts range between $50,000 and $300,000.

- Attorney Fees and Costs of Action: Although not considered an element of damage, Plaintiff reserves the right to seek fees and costs provided by 42 U.S.C. § 1988 as the prevailing party.

17

Defendants' Appendix 224

**INTERROGATORY NO. 14**: If you claim future medical, hospital or care expenses, please state the basis for same, including the amount claimed. If your claim is based upon the opinion of a medical provider, please provide the name and address of said provider and attach a copy of all documents relied upon by said provider which set forth his/her opinion.

**ANSWER:**

PHYSICAL THERAPY HAS BEEN RECOMMENDED BY CHIROPRACTOR BUT DENVER HAS NOT HAD THE FUNDS TO PURSUE. ONCE A WEEK CHIROPRACTIC CARE IS ALSO RECOMMENDED. SEE TRUE ROOTS CHIROPRACTIC RECORDS.

MAGGI SUITS HAS RECOMMENDED FURTHER MENTAL HEALTH TREATMENT BY DENVER HAS NOT HAD THE FUNDS TO PURSUE. SEE PATH TO PEACE RECORDS.

Defendants' Appendix 225

**INTERROGATORY NO. 15:** Do you claim to have lost any time from gainful employment as a result of the incident? If so, state:

(a)     The date(s) on which you lost time from employment;

(b)     The amount of time lost on each date;

(c)     The rate of pay or compensation regularly received from each such gainful employment;

(d)     The total amount of earning or income claimed to have been lost as a result of the alleged incident;

(e)     The source of all income claimed to have been lost; and

(f)     State whether there is a claim for any loss or impairment of earning capacity beyond loss of income from employment, and if so, set forth in detail the nature, extent, amount and duration of any loss or impairment.

**ANSWER:**

Denver was scheduled to resume full-time work at Instyle Salon at Valley West Mall on June 1st (after a COVID layoff), but because of this incident she did not return to work until ~July 15th. Because she didn't return on June 1st, her hours were cut back to 1 day/week. She made $8/hour at Supercuts plus 40% commission, which average out to about $23/hour total. She lost approximately $5,520 for the 6 weeks she was completely off work and then $1,472 for the two weeks she was working only 1 day/week.

Denver has missed approximately 3 days since she's worked at Supercuts due to anxiety attacks/PTSD flares. She makes $13/hour there plus tips & commission, which averages out to about $20/hour total. She lost approximately $480 for missing those days at Supercuts.

20

Defendants' Appendix 226

**INTERROGATORY NO. 16:** Do you claim that the injuries you claim to have sustained in this incident preclude you from carrying on your everyday activities and recreations at home or work and, if so, state:

    (a)    What activities or recreations you claim are affected by your injuries;

    (b)    Set forth all physical activities at home or work you claim you are unable to perform as a result of this incident; and

    (c)    The time period you claim you were precluded from performing each of said activities or recreations.

**ANSWER:**

Denver's anxiety/PTSD caused her to avoid driving herself (except to/from work) until approximately August 2021. She still avoids driving if possible due to her anxiety/PTSD.

Her anxiety/PTSD has caused her to miss work as detailed above.

She avoids shopping or running errands alone due to anxiety/PTSD.

Denver's back injury caused her a great deal of pain while sleeping for around 5 months after the injury. Sitting down for longer than 2.5 hours still causes her uncomfortable back pain. She is unable to ride a bike or carry heavy things now because of back pain.

Defendants' Appendix 227

**INTERROGATORY NO. 17:** Set forth any lawsuit, action, claim, or demand for compensation you have made against any person, corporation, or other entity, for any personal injuries sustained by you, excluding the injury which is the subject of the instant proceeding, and for each such action, claim, or demand, state the following:

(a)    The date of the injury;

(b)    The nature of the injury;

(c)    A narrative of how the injury occurred;

(d)    The name and address of the person, firm, or corporation against whom such claim was made;

(d)    The title of any legal action or worker's compensation action brought as a result of the injury, if any;

(e)    The outcome of such claims or actions including the nature and amount of any verdict or pretrial settlement received as a result of the injury; and

(f)    The name and telephone number of the attorney representing you in connection with such claim, if any.

**ANSWER:**

N/A

Defendants' Appendix 228

**INTERROGATORY NO. 18**: State whether you ever been a party to a lawsuit other than the present litigation. If so, as to each suit, state whether you were a Plaintiff or Defendant, the amount or other kind of relief claimed by the Plaintiff and by the Counterclaimant, if any, the names of the other parties, the names and addresses of the attorneys representing the respective parties, the nature of the case, its disposition, and the name and address of the court or administrative agency with which the litigation was filed.

**ANSWER**:

N/A

23

**INTERROGATORY NO. 19:** With regards to Count 5 of the Petition, please state all facts which support your claim that you suffered retaliation for exercising your rights under the 1st Amendment of the United States Constitution including but not limited to:

a) What First Amendment Rights you exercised and how you engaged in that exercise;

b) How any Defendants would have known you were engaging in protected conduct; and

c) Any statements or actions by Defendants indicating that Ms. Foote's arrest was a result of protected conduct.

**ANSWER:**

Denver was exercising her right to access public roads/sidewalks. She was associating with her friend and boyfriend. She had been at gatherings earlier in the night protesting police treatment of minorities. The police were able to observe Denver in a public location with others and arrested her despite having no basis to believe she had heard an order to disperse or otherwise disobeyed the law.

Defendants' Appendix 230

**INTERROGATORY NO. 20:** Please state whether on May 30, 2020 and May 31, 2020, you observed any property destruction, vandalism, graffiti, or defacing of property. If so, describe in detail:

    a) When and where you observed such conduct;

    b) What conduct you observed;

    c) Where you were at the time of the conduct;

    d) How close you were to the conduct; and

    e) What action(s), if any, you took in response to or because of the conduct you observed.

**ANSWER:**

When Denver was near the courthouse earlier in the evening, she heard (but did not see) someone break glass in the courthouse.

When Denver arrived at Court Avenue to pick up her friend, she witnessed people break windows on Court Avenue. Denver was across and down the street from where the vandalism occurred. Before leaving, Denver heard people break glass at a parking garage. She later saw the glass, which is what prompted her to start to leave.

Defendants' Appendix 231

**INTERROGATORY NO. 21**: Describe your movements from 3:00p.m. on May 30, 2020 to 3:00p.m. on May 31, 2020. Include every location you were at, the time you arrived at and left each location, what mode of transportation (feet, auto, bicycle, etc.) you used to move from one location to another, what caused you to move from each location to the next, if you went to a location for specific purpose how you learned of the reason for you to go there, and any other information that is relevant to explaining where you went, why you went there, and how you went there. For purposes of this interrogatory, consider any outdoor movement of at least 100ft to be a movement from one location to another.

**ANSWER:**

Denver was home at 3:00pm on May 30th. She is not sure when she joined the protest. She arrived by car and walked for part of it. She was by the courthouse for part of it, then walked up to the Capitol around 10:30 and was with the crowd there. Drove back home around midnight. Returned to court avenue by car. See "her route" photograph provided in discovery.

Defendants' Appendix 232

**INTERROGATORY NO. 22**: Please list each and every protest you have attended or participated in from January 1, 2020 to the present. For each, describe:

a) The date of the protest;

b) The location of the protest;

c) The cause you intended to support or promote at the protest;

d) The amount of time you spent at the protest;

e) Any groups that were affiliated with the protest; and

f) Your opinion as to the outcome or success of the protest.

**ANSWER**:

May 15, 2021 – solidarity with Tyson workers – Waterloo, IA ~2:30 to 5:00 – not sure of organizers

May 29, 2020 – BLM protest at DMPD station – not sure of times or organizer

May 30, 2020 – BLM protest as discussed above

June 5, 2020 – BLM protest in Ottumwa IA – 4:00 to ? – organized by local BLM chapter

June 11, 2020 – protest at capitol for COVID relief - ~1:30 – not sure who organized

June 20, 2020 – solidarity with Hy-Vee workers experiencing racism – didn't stay long

July 17, 2020 – CCI action at Governor's mansion for COIVD relief

July 28, 2020 – BLM march to restore voting rights for felons – not sure on time – think it was from Central Academy to Governor's mansion

October 12, 2020 – Indigenous peoples' day rally at Capitol with BLM – 4:00

May 18, 2021 – Rally for Palestine BLM – Cowles Commons – 6:30pm

Defendants' Appendix 233

June 14, 2021 – first in-person council meeting demonstration – BLM & PTH – 3:45

March 31, 2021 – CCI cction climate justice – Mid-American/Cindy Axne office

August 18, 2021 – CCI climate justice action at Mid-American lobby

Defendants' Appendix 234

**INTERROGATORY NO. 23**: Regarding any employment you have had from January 2016 to the present, please state:

    (a)    Name, address and telephone number of employer;

    (b)    Dates of employment;

    (c)    Positions held;

    (d)    Duties in each position;

    (e)    Salary or wage for each position;

    (f)    The supervisor for each position; and

    (g)    Reason for leaving.

**ANSWER:**

- 2012-2017 server at the Barrel Drive-in

    o Clear Lake IA

    o supervisor Jeremey

    o $5.25/hour + tips

    o Customer service, trained new servers, served food, mopping, sweeping, dishes

    o Left because it closed

- 2017-2018 sales associate at Kum & Go

    o Clear Lake IA

    o $10/hour

    o Stoking, register, kitchen work

    o Left for better opportunity at One Vision

- 2018 – 2019 shift supervisor at One Vision general store

    o Clear Lake IA

    o Worked with special needs employees, customer service, stocking, pricing, registers, worked closely with management

    o Pam Baumgartner was supervisor

    o $11.50/hour

    o Left to move to Des Moines for beauty school

Defendants' Appendix 235

- 2019-2021 receptionist/hair designer at Instyle
  - o Valley West Mall in Des Moines
  - o $8.00 plus commission on services
  - o Customer service, hairstylist, coloring, booking
  - o Left because no full-time available after mental health leave
- August 2020 – November 2020 – canvasser for Iowa CCI
  - o Contract position
  - o $480/week
  - o Supervisor Catherin Lewin
  - o Trained in leadership, called Iowans, public speaking
- Jan 2021 to April 2021 – COVID 19 tracer for PRC Nebraska
  - o No direct supervisor
  - o Collected data, made calls
  - o Worked from home
  - o Left to go to salon full-time
  - o $15/hour
- April 2021 to present hairstylist at Supercuts by Merle Hay mall
  - o Taylor Reimers & Leeta Clark are supervisors
  - o Hair stylist, customer services, colorist, register, opening & closing
  - o $13/hour there plus tips & commission

30

Defendants' Appendix 236

**INTERROGATORY NO. 24**: If you allege that the Defendants violated any Statute, law, ordinance or regulation which contributed to the happening of the alleged incident, cite the Title and Section of said law and describe the basis for such allegation.

**ANSWER**:

Iowa Code § 708.2 – assault

Iowa Code § 804.8 – excessive force

Defendants' Appendix 237

**INTERROGATORY NO. 25**:  State in your own words what injuries or damages you allege you received, suffered or incurred directly resulting from Defendants.  If any of the injuries are continuing to the present time, describe the nature and extent of your present complaints.  Identify any of the injuries which are expected to continue into the future, and as to each such continuing injury, indicate whether it is expected to change in its nature or severity in the future.

**ANSWER**:

See "Police Brutality by DSMPD" document provided in discovery

See answers to Interrogatory 7 & 16

Defendants' Appendix 238

**Courthouse**

Ch. 13 video – 5:05 into video (Appx. 9:45 p.m.)



1



Defendants' Appendix 239

Ch. 8 video - 8:55 into video



Defendants' Appendix 240



Defendants' Appendix 241

Grobe / Foote walk southbound towards Court Avenue on east side of 2nd Avenue sidewalk

Video file DJI_0289.MP4 Appx. Time 2:31 a.m.



4

Defendants' Appendix 242

Grobe / Foote walk over to Nicolai and in the middle of Court Avenue

Video file DJI_0289.MP4 Appx time is 2:32 a.m.



Defendants' Appendix 243

(19:37 into video) Appx time is 2:32 a.m.



Defendants' Appendix 244

First time Foote and Nicolai appear on downtown cameras – 2:34:12 a.m.



Sunday, May 31, 2020 2:34:12 AM

Defendants' Appendix 245

2:34:22 a.m.



8

2:34:41 a.m.



9

2:34:46 a.m.



10

Defendants' Appendix 248

2:34:54 a.m.



11

Defendants' Appendix 249

2:35:07 a.m.



Sunday, May 31, 2020 2:35:07 AM

Defendants' Appendix 250

2:35:38 a.m.



13

Defendants' Appendix 251

300-BLOCK COURT AVENUE (NORTH SIDE OF ROAD) 2:36:12 A.M.



14

Defendants' Appendix 252

200-Block 3rd Street (approaching Annie's Pub)

2:42:02 a.m



15

Defendants' Appendix 253



Sunday, May 31, 2020 2:43:11 AM

2:43:11 a.m.

Defendants' Appendix 254

MAY 31, 2020 (AT OR ABOUT 2:47 A.M.)



17

Defendants' Appendix 255



18

Defendants' Appendix 256

9/9/2021    denver 🏳️ on Twitter: "my scoliosis is flaring up, my ankle has been in pain for a month now, haha I love not affording health care.... ma...





DEFENDANT'S EXHIBIT

F

Luke DeSmet
@IowaDeSmet

https://twitter.com/denmeow/status/1214209781549936640



Foote Twitter 2020 p.2

**Defendants' Appendix 258**

1/1

9/9/2021

denver 🏳️ on Twitter: "perfect timing for my wisdom teeth to cause me intense pain... during a pandemic... when all the dentist offices a...

← **Tweet**

🔍 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**denver** 🏳️
@denmeow

···

perfect timing for my wisdom teeth to cause me intense pain... during a pandemic... when all the dentist offices are closed... also I don't have dental insurance hehe haha hoho

11:27 AM · Apr 15, 2020 · Twitter for iPhone

Tweet your reply

**Relevant people**

**denver** 🏳️
@denmeow
[ cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,702 Tweets

Trending in United States
**Stephanie Grisham**
Trending with Axios

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

🅟 POPSUGAR UK 🅥 · Yesterd
**Kylie Jenner and Travis Scc expecting baby number tw**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet

···

https://twitter.com/denmeow/status/1250460837292244994

Foote Twitter 2020 p.3

**Defendants' Appendix 259**

1/1



Foote Twitter 2020 p.4

**Defendants' Appendix 260**

1/1



9/9/2021

(1) denver 🈁🏴 on Twitter: "god I cannot stand all these people eager to go to the bar and get drunk and not wear masks ??? Like have f...



← **Tweet**

🔍 Search Twitter

**Home**

**#** Explore

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

Tweet

denver 🈁🏴
@denmeow

god I cannot stand all these people eager to go to the bar and get drunk and not wear masks ??? Like have fun dying ???

12:12 PM · May 30, 2020 · Twitter for iPhone

1 Retweet   1 Like

Tweet your reply

**Relevant people**

denver 🈁🏴
@denmeow
| cat mom | hairstyli
🈁 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras World Cup qualifier**
Trending with #USMNT

Trending in United States
**United Airlines**
6,581 Tweets

Entertainment · Trending
**Patton Oswalt**
5,240 Tweets

📷 POPSUGAR UK ✓ · Yesterd
**Kylie Jenner and Travis Sco expecting baby number tw**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit



Luke DeSmet
@IowaDeSmet   ···

https://twitter.com/denmeow/status/1266779532914233344

Foote Twitter 2020 p.6

**Defendants' Appendix 262**

1/1

9/9/2021

(1) denver 🏴 on Twitter: "@brydude11 Small group gathering at the capital steps" / Twitter



Foote Twitter 2020 p.7

**Defendants' Appendix 263**

1/1

9/9/2021

(1) denver 🔒 📢 on Twitter: "officers kneeling with protesters is like when an abusive boyfriend buys you flowers after beating the shit out ...

← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

**denver** 🔒📢
@denmeow

**# Explore**

**Relevant people**

🔔 Notifications

**denver** 🔒📢
@denmeow
| cat mom | hairstyli
🔒 | @peoplestown
canvassing stan

officers kneeling with protesters is like when an abusive boyfriend buys you flowers after beating the shit out of you

✉️ Messages

🔖 Bookmarks

2:06 PM · Jun 2, 2020 · Twitter for iPhone

📋 Lists

2 Likes

**What's happening**

👤 Profile

Television · LIVE
**BBNaija: All the action fror
house** 🏠 🏠

⊙ More

💬          ⇄          ♡          ⬆️

Entertainment · Trending
**Patton Oswalt**
5,326 Tweets

**Tweet**

Tweet your reply

⚡ Digital Culture Inside⊙ · Yo
**How fans predicted Kylie
Jenner's pregnancy month:
using her nail polish**

🅿 POPSUGAR UK ⊙ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Trending in United States
**Axios**
15.3K Tweets

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

Luke DeSmet
@IowaDeSmet  ···

https://twitter.com/denmeow/status/1267895363232505856

Foote Twitter 2020 p.8
**Defendants' Appendix 264**

1/1

9/9/2021

(1) denver 🏳️ on Twitter: "going to the doctor to get a medical record of the EXCESSIVE force DSMPD used on me Saturday night" / T...

🐦

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

← **Thread**

denver 🏳️
@denmeow

···

going to the doctor to get a medical record of the EXCESSIVE force DSMPD used on me Saturday night

10:25 AM · Jun 2, 2020 · Twitter for iPhone

**4** Likes

💬          ⟲          ♡          ⬆️

Tweet your reply                                          Reply

denver 🏳️ @denmeow · Jun 2, 2020              ···
Replying to @denmeow
Update: getting X-rays, may have a broken arm & rib

💬 1          ⟲          ♡          ⬆️

denver 🏳️ @denmeow · Jun 2, 2020              ···
No broken bones, a lot of soft tissue damage including my right lung tissue.
Getting medical reports of my visit & going to prepare a statement.

💬          ⟲          ♡ 2          ⬆️

🔍    Search Twitter

**Relevant people**

denver 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras**
**World Cup qualifier**
Trending with #USMNT

Entertainment · Trending
**Patton Oswalt**
5,309 Tweets

Travel · Trending
**United Airlines**
6,678 Tweets

Digital Culture Inside 🎯 · Yo
**How fans predicted Kylie**
**Jenner's pregnancy months**
**using her nail polish**

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet          ···
@IowaDeSmet

https://twitter.com/denmeow/status/1267839717086822400

Foote Twitter 2020 p.9
**Defendants' Appendix 265**

1/1

9/9/2021

(1) denver 🏴 on Twitter: "🔥Does anyone know any licensed counselors in the Des Moines area that would be willing to do free couns…

🐦

← **Thread**                                    🔍  Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

denver 🏴
@denmeow

🔥Does anyone know any licensed counselors in the Des Moines area that would be willing to do free counseling for people who are getting arrested/dealt with police brutality due to the protest? #desmoinesprotest #callforaction #counselling #GeorgeFloydprotest

8:07 PM · Jun 2, 2020 · Twitter for iPhone

**6** Retweets   **5** Likes

💬        🔁        ♡        ⬆️

🔵  Tweet your reply                              Reply

denver 🏴 @denmeow · Jun 2, 2020          ⋯
Replying to @denmeow
@d_AWNApplebttm

💬 1        🔁        ♡        ⬆️

denver 🏴 @denmeow · Jun 2, 2020          ⋯
@DSM_DSA

💬        🔁        ♡        ⬆️

denver 🏴 @denmeow · Jun 2, 2020          ⋯
Replying to @denmeow
please RT 🖤

💬        🔁        ♡        ⬆️

Abortion Luvr @oliviathedoula · Jun 2, 2020   ⋯
Replying to @denmeow
Working on it! Will update soon.

💬 1        🔁        ♡ 1        ⬆️

Abortion Luvr @oliviathedoula · Jun 3, 2020   ⋯
We will be able to do that, just working out the process. I'll share by the end of the week!

💬 2        🔁        ♡ 2        ⬆️

denver 🏴 @denmeow · Jun 3, 2020          ⋯
Thank you so much, let me know what you find ✨

💬        🔁        ♡        ⬆️

**Relevant people**

denver 🏴
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

COVID-19 · Yesterday
The common cold and COV are different viruses, scien and virologists say

Entertainment · Trending
Patton Oswalt
5,326 Tweets

Travel · Trending
United Airlines
6,679 Tweets

•• Digital Culture Inside 🌐 · Yc
How fans predicted Kylie Jenner's pregnancy month using her nail polish

COVID-19 · LIVE
COVID-19: News and updat Iowa

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit



Luke DeSmet
@IowaDeSmet     ⋯

Foote Twitter 2020 p.10
**Defendants' Appendix 266**

1/2

9/9/2021    (1) denver 🗐 🏳 on Twitter: "🔥Does anyone know any licensed counselors in the Des Moines area that would be willing to do free couns…

🐦

Q  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

☰  Lists

👤  Profile

⋯  More

Tweet

Luke DeSmet
@IowaDeSmet    ⋯

Foote Twitter 2020 p.11
Defendants' Appendix 267

9/9/2021        (1) denver 🏳️‍🌈 on Twitter: "@ChismVargas @DSM_DSA @cowniefordsm Three cops literally cornered me Sunday morning away from ...

← **Tweet**                                                 🔍  Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**denver** 🏳️‍🌈
@denmeow                                                    ⋯

Replying to @ChismVargas @DSM_DSA and @cowniefordsm

Three cops literally cornered me Sunday morning away from people and beat me with batons and maced me multiple times, I have soft tissue damage all over my body. I'm literally 100 lbs. I was in jail for 36 hours and they did not offer me any help. 😊 f12

10:13 AM · Jun 3, 2020 · Twitter for iPhone

3 Likes

💬              🔁              ♡              ⬆️

   Tweet your reply                                           Reply

**Relevant people**

**denver** 🏳️‍🌈
@denmeow
I cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**#SaveSheikhJarra**
@ChismVargas
🇮🇦IA: dsm, southsi
organizer. doula. ca
cosmologist. she/el

**Central IA DSA**
@DSM_DSA
Reviving socialism i
See you out there. I
@DSM_DSA Local (
@DemSocialists

**What's happening**

Sports · Last night
**The USMNT beat Hondura:
World Cup qualifier**
Trending with #USMNT

Entertainment · Trending
**Patton Oswalt**
5,348 Tweets

Travel · Trending
**United Airlines**
6,744 Tweets

🌟 POPSUGAR UK 🌟 · Yesterd
**Kylie Jenner and Travis Scc
expecting baby number twc**

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit



Luke DeSmet            ⋯
@IowaDeSmet

Foote Twitter 2020 p.12
**Defendants' Appendix 268**

1/1

9/9/2021      (1) denver ⬛🏴 on Twitter: "the crowd marched down the street in front of my apartment and 😭😭😭I wish I could be out there" / Twitter

## Tweet

← **Tweet**

**denver** ⬛🏴
@denmeow

### the crowd marched down the street in front of my apartment and 😭😭😭I wish I could be out there

8:50 PM · Jun 3, 2020 · Twitter for iPhone

Tweet your reply

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

🔍 Search Twitter

**Relevant people**

**denver** ⬛🏴
@denmeow

| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras
World Cup qualifier**
Trending with #USMNT

Entertainment · Trending
**Patton Oswalt**
5,377 Tweets

~ Digital Culture Inside 🅰 · Yo
**How fans predicted Kylie
Jenner's pregnancy month:
using her nail polish**

Travel · Trending
**United Airlines**
6,744 Tweets

COVID-19 · LIVE
**COVID-19: News and upda:
Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet   ···

https://twitter.com/denmeow/status/1268359516535611394

9/9/2021    (1) denver 🏳️‍🌈 on Twitter: "@OMGitsTavenLee thank you ♥️🐝 they may have brought me to my knees but it's not easy to keep me down…

✕    **Tweet**    🔍    Search Twitter

← 

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

honeybee 🐝 @OMGitsTavenLee · Jun 3, 2020
@denmeow I hope you know how loved and supported you are always. If
you need anything please don't hesitate to reach out and I will do anything
in my power to help you. 🐝 sending you endless amounts of love and hugs.

💬 1     🔁     ♡ 1     ⬆️

**denver** 🏳️‍🌈
@denmeow

Replying to @OMGitsTavenLee

thank you 💜 🐝 they may have brought me to my
knees but it's not easy to keep me down

8:51 PM · Jun 3, 2020 · Twitter for iPhone

1 Like

💬     🔁     ♡     ⬆️

Tweet your reply     Reply

honeybee 🐝 @OMGitsTavenLee · Jun 3, 2020
Replying to @denmeow
We're all here to lift you back up bb💜 💜 💜

💬     🔁     ♡ 1     ⬆️

**Relevant people**

**denver** 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

honeybee 🐝
@OMGitsTavenLee
it's pronounced like
___°___, pisces
$tavenlee

**What's happening**

Sports · Last night
The USMNT beat Honduras
World Cup qualifier
Trending with #USMNT

Entertainment · Trending
Patton Oswalt
5,394 Tweets

Travel · Trending
United Airlines
6,769 Tweets

COVID-19 · LIVE
COVID-19: News and updat
Iowa

🅖 San Francisco Chroni 🌐 · Y
A foil-wrapped home survi
the Caldor Fire even as
everything around it burne
Here's how

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

Luke DeSmet
@IowaDeSmet
···

https://twitter.com/denmeow/status/1268359723755147267

9/9/2021

(1) denver ⬛🏳 on Twitter: "some people's responses to my story are ignorant as fuck" / Twitter



Foote Twitter 2020 p.15

# Defendants' Appendix 271

1/1

9/9/2021

(1) denver 🏳️‍🌈 on Twitter: "They lifted the curfew in Des Moines !!!!!" / Twitter

← **Thread**                                           🔍  Search Twitter

🐦

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

denver 🏳️‍🌈
@denmeow

⋯

## They lifted the curfew in Des Moines !!!!!

1:19 PM · Jun 4, 2020 · Twitter for iPhone

4 Likes

💬        🔁        ♡        ⬆️

Tweet your reply                          Reply

denver 🏳️‍🌈  @denmeow · Jun 4, 2020
Replying to @denmeow
doesn't affect me but !!!! 🖤🐱✨

💬        🔁        ♡ 1        ⬆️

**Relevant people**

denver 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**What's happening**

Television · LIVE
BBNaija: All the action from
house 🏠🚪

Entertainment · Trending
**Patton Oswalt**
5,490 Tweets

Travel · Trending
**United Airlines**
6,920 Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
Iowa

The Telegraph 🔵 · 5 hours a
**Have you got 'superhuman
immunity'? How getting do
jabbed after a Covid infect
may turbo-charge the imm
system**

Show more

Terms of Service  Privacy Policy
Ads info  More ⋯  © 2021 Twit

Luke DeSmet
@IowaDeSmet    ⋯

https://twitter.com/denmeow/status/1268608246295588864

Defendants' Appendix 272

9/9/2021                    (1) denver 🏳️ 🏴 on Twitter: "I need some dog therapy in my life" / Twitter

🐦

Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

More

**Tweet**

← **Thread**

🔍 Search Twitter

**denver** 🏳️ 🏴
@denmeow                                                    ...

# I need some dog therapy in my life

9:34 AM · Jun 4, 2020 · Twitter for iPhone

**1** Like

💬        🔁        ♡        ⬆️

Tweet your reply

**denver** 🏳️ 🏴 @denmeow · Jun 4, 2020        ...
Replying to @denmeow
@OMGitsTavenLee I know you've got the dogs 👀

💬 1        🔁        ♡ 1        ⬆️

**Alicia Marie King** @xaliciamkingx · Jun 4, 2020    ...
Replying to @denmeow
I have an attention whore you can borrow

💬        🔁        ♡        ⬆️

### Relevant people

**denver** 🏳️ 🏴
@denmeow
I cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

### What's happening

Sports · Last night
**The USMNT beat Honduras**
**World Cup qualifier**
Trending with #USMNT

Entertainment · Trending
**Patton Oswalt**
5,435 Tweets

Travel · Trending
**United Airlines**
6,867 Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

🌉 San Francisco Chroni 🌉 · Yo
**A foil-wrapped home survi**
**the Caldor Fire even as**
**everything around it burne**
**Here's how**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit



Luke DeSmet
@IowaDeSmet        ···

Foote Twitter 2020 p.17
**Defendants' Appendix 273**

1/1

9/9/2021    (1) denver 🏳️🏳️ on Twitter: "@DesMoinesBLM I know it's hot during the day but will there be protests earlier in the day sometimes? A lot ...

← **Tweet**    🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⋯ More

**Tweet**

**DSM Black Liberation Movement** ⊘ @DesMoinesBLM · Jun 4, 2020
LOCATION CHANGE



**BLACK LIVES MATTER PROTEST**

EAST HIGH SCHOOL PARKING LOT

Iowa
the 4th 7pm
Supplies 6pm

**JOIN US AS WE FIGHT FOR RACIAL JUSTICE**

💬 4        ↻ 164        ♡ 250        ⬆️

**denver** 🏳️🏳️
@denmeow                                          ⋯

Replying to @DesMoinesBLM

I know it's hot during the day but will there be protests earlier in the day sometimes? A lot of people who got charged are facing an 8pm curfew. Including myself, and I'd love to join a peaceful protest without breaking my curfew.  🖤 ✦

11:45 AM · Jun 4, 2020 · Twitter for iPhone

5 Likes

💬        ↻        ♡        ⬆️

 Tweet your reply        Reply

**Uppity** @blackartivist · Jun 4, 2020        ⋯
Replying to @denmeow and @DesMoinesBLM
Curfew should be lifted today after the Polk County board of Advisors meeting

💬 1        ↻        ♡        ⬆️

**denver** 🏳️🏳️ @denmeow · Jun 4, 2020        ⋯
Hi! I have a curfew because I am on pretrial from being arrested Saturday night.

💬        ↻        ♡ 2        ⬆️

**Relevant people**

**denver** 🏳️🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**DSM Black Liberat**
@DesMoinesBLM
Des Moines Black L
Movement Collectiv
contact@desmoine

**What's happening**

Sports · Last night
**The USMNT beat Honduras**
**World Cup qualifier**
Trending with #USMNT

Entertainment · Trending
**Patton Oswalt**
6,462 Tweets

Trending in United States
**#MorningJoe**
4,393 Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

🅟 POPSUGAR UK ⊘ · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number two**

Show more

**Luke DeSmet**
@IowaDeSmet        ⋯

9/9/2021

(1) denver 🔒 🏴 on Twitter: "@DesMoinesBLM I know it's hot during the day but will there be protests earlier in the day sometimes? A lot ...

🐦

Q Search Twitter

Ads info   More ···   © 2021 Twit

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

··· More

Tweet

Luke DeSmet
@IowaDeSmet    ···

https://twitter.com/denmeow/status/1268584592459653123

Foote Twitter 2020 p.19

Defendants' Appendix 275

2/2

Case 4:21-cv-00043-SBJ    Document 35-2    Filed 12/27/21    Page 276 of 1148

9/9/2021

(1) denver 🏳️‍🌈 on Twitter: "Police are the agitators, people respond because they are angry. Police are the agitators, they start the ange...



Foote Twitter 2020 p.20

**Defendants' Appendix 276**

1/1

9/9/2021         (1) denver 🔲 🏳 on Twitter: "I hate waking up because the pain reliever is gone and I feel I'm so much pain, I also can't sleep unless I'm d...

🐦

Home                    ←    **Tweet**                                    🔍    Search Twitter

# Explore                      denver 🔲▭▭
                               @denmeow                           •••            **Relevant people**
🔔 Notifications
                               I hate waking up because the pain reliever is gone and I              denver 🔲▭▭
✉ Messages                    feel I'm so much pain, I also can't sleep unless I'm                  @denmeow
                               dead tired because of the trauma... and I love to sleep               | cat mom | hairstyli
🔖 Bookmarks                  😴 I'm just v exhausted                                                🔲 | @peoplestown
                                                                                                     canvassing stan
📋 Lists                       7:56 AM · Jun 4, 2020 · Twitter for iPhone

👤 Profile                          💬              ⟳              ♡              ⬆            **What's happening**

••• More                                                                                     Sports · Last night
                               👤  Tweet your reply                                   ⬚⬚⬚    **The USMNT beat Honduras**
                                                                                             **World Cup qualifier**
       Tweet                                                                                 Trending with #USMNT

                                                                                             Entertainment · Trending
                                                                                             **Patton Oswalt**
                                                                                             5,435 Tweets

                                                                                             Travel · Trending
                                                                                             **United Airlines**
                                                                                             8,832 Tweets

                                                                                             ⸱⸱⸱ Digital Culture Inside 😎 · Y⸱
                                                                                             **How fans predicted Kylie**
                                                                                             **Jenner's pregnancy month:**
                                                                                             **using her nail polish**

                                                                                             COVID-19 · LIVE
                                                                                             **COVID-19: News and updat**
                                                                                             **Iowa**

                                                                                             Show more

                                                                                             Terms of Service  Privacy Policy
                                                                                             Ads info   More •••   © 2021 Twit



Luke DeSmet
@IowaDeSmet          •••

Foote Twitter 2020 p.21                1/1
**Defendants' Appendix 277**

9/9/2021

(1) denver ⊠⚑ on Twitter: "This is not cute !! They are NOT your friend !!! acab acab" / Twitter





← **Tweet**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

denver ⊞⚑
@denmeow

⋯

**This is not cute !! They are NOT your friend !!! acab acab**



Jenny Jarvie ✓ @JennyJarvie · Jun 5, 2020
Countdown to curfew in Atlanta
Show this thread

8:18 PM · Jun 5, 2020 · Twitter for iPhone

1 Like

💬          🔁          ♡          ↑

  Tweet your reply          

**Relevant people**


denver ⊞⚑
@denmeow
| cat mom | hairstyli
⊞ | @peoplestown
canvassing stan


Jenny Jarvie ✓
@JennyJarvie
National reporter in
@latimes. Nothing I
me. Jenny.Jarvie@la

**What's happening**

COVID-19 · LIVE
**Experts say masks are safe
effective in preventing spre
COVID-19**

Travel · Trending
**United Airlines**
6,937 Tweets

POPSUGAR UK ✓ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number two**

Entertainment · Trending
**Patton Oswalt**
5,526 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ⋯  © 2021 Twit

Foote Twitter 2020 p.22
**Defendants' Appendix 278**

9/9/2021



Foote Twitter 2020 p.23
Defendants' Appendix 279

1/1

9/9/2021

← **Tweet**

**denver** 🔒📢
@denmeow

Everyday I say at least once, "I can't believe this is my life, I can't believe I'm living this right now."

11:25 AM · Jun 6, 2020 · Twitter for iPhone

3 Likes

Tweet your reply

**Relevant people**

**denver** 🔒
@denmeow

| cat mom | hairstyli
🔒 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Hondura:**
**World Cup qualifier**
Trending with #USMNT

🔒 POPSUGAR UK ✓ · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number tw**

Trending in United States
**Axios**
15.8K Tweets

Trending in United States
**#MorningJoe**
4,402 Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**Luke DeSmet**
@IowaDeSmet   ···

Foote Twitter 2020 p.24
**Defendants' Appendix 280**

9/9/2021    denver 🔳🏳 on Twitter: "It takes 544 hours to becoming a police office in Iowa. I was in beauty school for 2,100 hours. How is doing hair ...

← **Tweet**    🔍  Search Twitter

🐦

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**denver** 🔳🏳
@denmeow

It takes 544 hours to becoming a police office in Iowa.
I was in beauty school for 2,100 hours. How is doing
hair more important then helping citizens?

12:34 PM · Jun 6, 2020 · Twitter for iPhone

1 Retweet    8 Likes

Tweet your reply

**Relevant people**

**denver** 🔳🏳
@denmeow
| cat mom | hairstyli
🔳 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras**
**World Cup qualifier**
Trending with #USMNT

POPSUGAR UK ✅ · Yesterd
Kylie Jenner and Travis Sco
expecting baby number two

Entertainment · Trending
**Patton Oswalt**
5,614 Tweets

Trending in United States
**Axios**
15.9K Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Show more

Terms of Service  Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet    ···

https://twitter.com/denmeow/status/1269321737583448064

9/9/2021    denver 🏳️ on Twitter: "I'm going to see my nephew this weekend for the first time in months !! Much excite !" / Twitter

← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

denver 🏳️🌈
@denmeow

I'm going to see my nephew this weekend for the first time in months !! Much excite !

1:55 PM · Jun 7, 2020 · Twitter for iPhone

1 Like

💬          🔁          ♡          ⬆️

Tweet your reply                                   reply

**Relevant people**

denver 🏳️🌈
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
The USMNT beat Hondura:
World Cup qualifier
Trending with #USMNT

🅟 POPSUGAR UK 🌐 · Yesterd
Kylie Jenner and Travis Sco
expecting baby number tw

Politics · Trending
Sen. Amy Klobuchar
1,119 Tweets

Travel · Trending
United Airlines
7,035 Tweets

COVID-19 · LIVE
COVID-19: News and upda
Iowa

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

Luke DeSmet
@IowaDeSmet    ⋯

https://twitter.com/denmeow/status/1269704636077953024

**Defendants' Appendix 282**

9/9/2021

denver 🈲🚩 on Twitter: "my upstairs neighbor has a tattoo... of trump.. with a knife going through his head" / Twitter



Foote Twitter 2020 p.27
Defendants' Appendix 283

1/1

9/9/2021

denver 🏳️‍⚧️ on Twitter: "are we being scolded rn in this city council meeting ???" / Twitter



← **Tweet**

🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

denver 🏳️‍⚧️
@denmeow                    ···

are we being scolded rn in this city council meeting ???

7:40 PM · Jun 8, 2020 · Twitter for iPhone

1 Like

Tweet your reply

Reply

**Relevant people**

denver 🏳️‍⚧️
@denmeow
| cat mom | hairstyli
🏳️‍⚧️ | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
The USMNT beat Honduras
World Cup qualifier
Trending with #USMNT

Trending in United States
Axios
15.9K Tweets

⇢ Digital Culture Inside 🌐 · Yo
How fans predicted Kylie
Jenner's pregnancy months
using her nail polish

Travel · Trending
United Airlines
7,035 Tweets

COVID-19 · LIVE
COVID-19: News and updat
Iowa

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet        ···

Foote Twitter 2020 p.28
**Defendants' Appendix 284**

1/1

9/9/2021

denver 🏳️ on Twitter: "Guys this 8pm curfew is killlinnnn meeeeeee 😫" / Twitter

← **Tweet**

🔍 Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⋯ More

**Tweet**

denver 🏳️
@denmeow

⋯

Guys this 8pm curfew is killlinnnn meeeeeee 😫



3:20 PM · Jun 9, 2020 · Twitter for iPhone

1 Like

💬          ↻          ♡          ⬆️

Tweet your reply

**Relevant people**

denver 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

DSM Black Liberat
@DesMoinesBLM
Des Moines Black L
Movement Collectiv
contact@desmoine

**What's happening**

Sports · Last night
**The USMNT beat Honduras**
**World Cup qualifier**
Trending with #USMNT

Entertainment · Trending
**Patton Oswalt**
5,751 Tweets

Trending in United States
**Axios**
16.2K Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Digital Culture Inside 😎 · Yo
**How fans predicted Kylie**
**Jenner's pregnancy months**
**using her nail polish**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet

⋯

Foote Twitter 2020 p.29
**Defendants' Appendix 285**

1/1

9/9/2021                 denver 🏳️ on Twitter: ""Hello, 911? Yes I would like to report police murdering and terrorizing"" / Twitter



https://twitter.com/denmeow/status/1270568435152572418          **Defendants' Appendix 286**          1/1

9/9/2021    denver 🔲 📛 on Twitter: "@formalburrito I'm a fucking nerd and instantly thought, "a nail gun, to help build communities up". But a flame t…



I'm a fucking nerd and instantly thought, "a nail gun, to help build communities up". But a flame thrower would be more fun 🥺

10:34 AM · Jun 10, 2020 · Twitter for iPhone

Tweet your reply

Foote Twitter 2020 p.31
**Defendants' Appendix 287**

1/1



Foote Twitter 2020 p.32
## Defendants' Appendix 288

9/9/2021

denver 🔥🏴 on Twitter: "They have been since MARCH" / Twitter

← **Tweet**

**denver** 🔥📟
@denmeow

···

## They have been since MARCH

🐱 **Michael** @MeetMichael_ · Jun 22, 2020
Des Moines police use chem weapons against children. Des Moines police use chem weapons against children. Des Moines police use chem weapons against children. Des Moines police use chem weapons against children. Des Moines police use chem weapons against children.

11:55 PM · Jun 22, 2020 · Twitter for iPhone

**2 Likes**

🗨        ⇄        ♡        ⬆

Tweet your reply

🔍 Search Twitter

### Relevant people

**denver** 🔥📟
@denmeow
| cat mom | hairstyli
📟 | @peoplestown
canvassing stan

**Michael**
@MeetMichael_
CM for @reynosobr
electoral organizing
my own

### What's happening

Television · LIVE
**BBNaija: All the action fro**
**house** 🚪🚪

The Times 🔵 · 3 hours ago
**Afghanistan: "My family is**
**starving, I have to sell my**
**daughter"**

POPSUGAR UK 🔵 · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number tw**

Travel · Trending
**United Airlines**
7,418 Tweets

Entertainment · Trending
**Patton Oswalt**
6,006 Tweets

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

🏠 Home
#️⃣ Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**



**Luke DeSmet**
@IowaDeSmet    ···

9/9/2021                denver 🆔 🏳 on Twitter: "Stopping a factory farm from building inside city limits of the dying town mason city �֍" / Twitter

🐦        ← **Thread**                                    🔍  Search Twitter

🏠  Home           denver 🆔🏳            ···           **Relevant people**
                   @denmeow
#  Explore                                              denver 🆔🏳
                                                        @denmeow
🔔  Notifications   Stopping a factory farm from building inside city limits   [ cat mom ] hairstyli
                   of the dying town mason city ✖               🆔 | @peoplestown
✉  Messages                                             canvassing stan
                    📰 **People for Bernie** ✅ @People4Bernie · Jun 22, 2020
🔖  Bookmarks        What was your first protest?           People for Bernie
                                                        @People4Bernie
🗒  Lists          12:55 PM · Jun 22, 2020 · Twitter for iPhone   We are activists an
                                                        building a broad, ef
👤  Profile         3 Likes                              for democratic cha
                                                        the political revolut
···  More                                               of #FeelTheBern.
                      💬          🔁          ♡          ⬆
      **Tweet**                                         **What's happening**

                   👤  Tweet your reply          ⬛      Television · LIVE
                                                        BBNaija: All the action fro
                                                        house 🏠🏠

                                                        ··· Digital Culture Inside 🌐 · Ye
                                                        How fans predicted Kylie
                                                        Jenner's pregnancy months
                                                        using her nail polish

                                                        🌐 POPSUGAR 🌐 · Yesterday
                                                        John Mulaney and Olivia M
                                                        Are Expecting Their First C

                                                        Sports · Last night
                                                        The USMNT beat Hondura
                                                        World Cup qualifier
                                                        Trending with #USMNT

                                                        🌐 POPSUGAR UK 🌐 · Yesterd
                                                        Kylie Jenner and Travis Sco
                                                        expecting baby number tw

                                                        Show more

                                                        Terms of Service  Privacy Policy
                                                        Ads info   More ···   © 2021 Twit

    Luke DeSmet        ···
    @IowaDeSmet                                          Foote Twitter 2020 p.34
                                              **Defendants' Appendix 290**

9/9/2021     denver ⬛🏴 on Twitter: "seems like the dsmpd is excited to use their weapons tonight and they're a bunch of fucking pigs" / Twitter



← **Thread**                                               🔍 Search Twitter

🏠 Home

**Relevant people**

denver 🏳️🌈 @denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**denver** 🏳️🌈🏴
@denmeow                                                ...

seems like the dsmpd is excited to use their weapons
tonight and they're a bunch of fucking pigs

11:15 PM · Jun 22, 2020 · Twitter for iPhone

1 Retweet   4 Likes

💬          🔁          ♡          ↥

🧑 Tweet your reply

**denver** 🏳️🌈🏴 @denmeow · Jun 22, 2020          ...
Replying to @denmeow
they literally boxed them in my heart hurts

💬 1        🔁          ♡ 2        ↥

**denver** 🏳️🌈🏴 @denmeow · Jun 22, 2020          ...
dsmpd is so scared of this movement they are so excited to use excessive
force on it .... what happened to being unbias? lasted 3 ? hours ?

💬          🔁          ♡ 1        ↥

**What's happening**

COVID-19 · Yesterday
The common cold and COV
are different viruses, scien
and virologists say

Travel · Trending
United Airlines
7,393 Tweets

Politics · Trending
Sen. Amy Klobuchar
1,240 Tweets

🅿️ POPSUGAR ✅ · September
Kylie Jenner and Travis Sco
expecting baby number two

COVID-19 · LIVE
COVID-19: News and updat
Iowa

Show more

Terms of Service · Privacy Policy
Ads info · More ··· · © 2021 Twit

🧑 Luke DeSmet       ···
@IowaDeSmet

https://twitter.com/denmeow/status/1275281278166851585

Foote Twitter 2020 p.35        1/1
**Defendants' Appendix 291**

9/9/2021

denver 🔢🚩 on Twitter: "stresssINg out" / Twitter

← **Tweet**

**denver** 🔢🚩
@denmeow

···

**stresssINg out**

11:13 PM · Jun 22, 2020 · Twitter for iPhone

💬              ⟲              ♡              ⬆️

Tweet your reply

Reply

**Relevant people**

**denver** 🔢🚩
@denmeow

| cat mom | hairstyli
🔢 | @peoplestown
canvassing stan

**What's happening**

Television · LIVE
**BBNaija: All the action from**
**house** 🔢🔢

Travel · Trending
**United Airlines**
7,394 Tweets

Trending in United States
**Axios**
16.6K Tweets

🅟 POPSUGAR UK 🅟 · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number tw**

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

🏠 Home
\# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
··· More

**Tweet**

**Luke DeSmet**
@IowaDeSmet

···

https://twitter.com/denmeow/status/1275280777853513729

9/9/2021       denver 🏳️‍🌈 on Twitter: "it hurts watching everything online, why did I get arrest the second night of protest and stuck w a curfew 😵" / T...

← **Tweet**

🔍  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

📋  Lists

👤  Profile

⋯  More

**Tweet**

denver 🏳️‍🌈
@denmeow

it hurts watching everything online, why did I get arrest the second night of protest and stuck w a curfew 😵

10:51 PM · Jun 22, 2020 · Twitter for iPhone

1 Like

💬          🔁          ♡          ↥

Tweet your reply

**Relevant people**

denver 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**What's happening**

Television · LIVE
BBNaija: All the action fror
house 🏠

POPSUGAR UK · Yesterd
Kylie Jenner and Travis Sco
expecting baby number tw

Travel · Trending
United Airlines
7,375 Tweets

Variety · September 7, 20
'The Matrix 4' teaser unvei
return of Keanu Reeves as
Trending with Matrix, Official Tra

COVID-19 · LIVE
COVID-19: News and updai
Iowa

Show more

Terms of Service  Privacy Policy
Ads info   More ···    © 2021 Twit

Luke DeSmet
@IowaDeSmet

Foote Twitter 2020 p.37
**Defendants' Appendix 293**

1/1

9/9/2021    denver 🏳️‍🌈 on Twitter: "Makes me question if this is what they used on me the night of my arrest. I was in jail for 36 hours my skin burne…

← **Thread**    🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**denver 🏳️‍🌈**
@denmeow    ⋯

Makes me question if this is what they used on me the night of my arrest. I was in jail for 36 hours my skin burned consantly to the point my wrists were swollen and I had welts on my skin. It was stuck in my hair and kept getting in my eyes felt like being sprayed all over again

> 🔵 **freeds** @toughbabyboy · Jun 23, 2020
> 90% sure DMPD used pepper gel tonight in addition to mace. it does not go away after ~45 min like spray or mace. it sticks to ur skin and the burning can last for up to 12 hours. spreads and gets worse after u shower. here is what i know from personal experience abt treating it:
> Show this thread

10:27 AM · Jun 23, 2020 · Twitter for iPhone

**1** Retweet  **1** Like

💬              🔁              ♡              ⬆️

👥  Tweet your reply

**denver 🏳️‍🌈** @denmeow · Jun 23, 2020    ⋯
Replying to @denmeow
Not to mention all the soft tissue damage I had while in jail from being beaten and am still dealing with two weeks later. Fuck 12

💬              🔁              ♡              ⬆️

**Relevant people**

**denver 🏳️‍🌈**
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**freeds**
@toughbabyboy
hot tekes ! they/the
forms of policing !

**What's happening**

Television · LIVE
**BBNaija: All the action fro**
**house 🏠 📺**

Travel · Trending
**United Airlines**
7,418 Tweets

🎬 Variety ✅ · September 7, 20
**'The Matrix 4' teaser unvei**
**return of Keanu Reeves as**
Trending with Matrix, Official Tra

Digital Culture Inside ✅ · Y
**How fans predicted Kylie**
**Jenner's pregnancy month**
**using her nail polish**

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Show more

Terms of Service  Privacy Policy

Luke DeSmet
@IowaDeSmet    ⋯

https://twitter.com/denmeow/status/1275450479489609728

Defendants' Appendix 294

9/9/2021

denver 🇺🇸 on Twitter: "Makes me question if this is what they used on me the night of my arrest. I was in jail for 36 hours my skin burne…

🐦

🔍  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

▤  Lists

👤  Profile

⊙  More

Tweet

Luke DeSmet
@IowaDeSmet                    ...

https://twitter.com/denmeow/status/1275450479489609728

**Defendants' Appendix 295**

9/9/2021

denver  on Twitter: "yesterday the dsmpd evicted homeless, taking their personal belongings. They need our help. I'll be picking up d…



← **Thread**

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

[ **Tweet** ]


denver 
@denmeow

⋯

yesterday the dsmpd evicted homeless, taking their personal belongings. They need our help. I'll be picking up donations and dropping this off today, come out or feel free to Venmo/PayPal me and I will pick up donations on your behalf! @ denmeow & paypal.me/DenMeow


🐾 DSM Black Liberation Movement ✔ @DesMoinesBLM · Jun 23, 2020
THURSDAY
Donations can be dropped off prior to the event at Urban Dreams in DSM between 9am-5pm.

THURSDAY, JUNE 25 8PM
**GOOD PARK**
HELP NEEDED:          ITEMS NEEDED:
                     New blankets
                     Umbrellas
                     Trash bags
                     Outdoor tents
                     Menstrual products
                     Bug spray

11:30 AM · Jun 25, 2020 · Twitter for iPhone

1 Retweet   1 Quote Tweet   3 Likes

💬          🔁          ♡          ⬆️

 🖊 Tweet your reply                    [ Reply ]


denver  @denmeow · Jun 25, 2020
Replying to @denmeow
also ?? Does dsmpd not realize when we defund them we will be able to put $$ into the community…. and we wouldn't have such a homeless problem or people begging for money ????
💬 1      🔁      ♡      ⬆️


denver  @denmeow · Jun 25, 2020
sorry didn't mean to say defund… meant dismantle… abolish… destroy…
😬
💬      🔁      ♡ 1      ⬆️

**Relevant people**


denver ✔
@denmeow
| cat mom | hairstyli▮▮ | @peoplestown canvassing stan


DSM Black Liberal
@DesMoinesBLM
Des Moines Black L
Movement Collecti▮
contact@desmoine

**What's happening**

COVID-19 · Yesterday
The common cold and COV▮ are different viruses, scien▮ and virologists say

Travel · Trending
United Airlines
7,467 Tweets

💜 POPSUGAR UK ✔ · Yesterd▮
Kylie Jenner and Travis Sc▮ expecting baby number tw▮

Trending in United States
Morpheus
4,244 Tweets

COVID-19 · LIVE
COVID-19: News and updat▮ Iowa

Show more

Terms of Service  Privacy Policy
Ads info   More ···   © 2021 Twit▮


Luke DeSmet
@IowaDeSmet
⋯

Foote Twitter 2020 p.40
**Defendants' Appendix 296**

1/2

9/9/2021    denver 🖾 🏳 on Twitter: "yesterday the dsmpd evicted homeless, taking their personal belongings. They need our help. I'll be picking up d...

🐦                                                    🔍  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

🗐  Lists

👤  Profile

⊙  More

**Tweet**

👤 **Luke DeSmet**    ...
   @IowaDeSmet

https://twitter.com/denmeow/status/1276191047618609154

9/9/2021

denver   on Twitter: "went out and donated over $400 of donations for @DesMoinesBLM community support for the homeless yester...



| Home
| Explore
| Notifications
| Messages
| Bookmarks
| Lists
| Profile
| More

**Tweet**

← **Thread**

🔍 Search Twitter


**denver** 🏳️
@denmeow

went out and donated over $400 of donations for @DesMoinesBLM community support for the homeless yesterday.
If you are unable to be on the front lines, there are many other ways to help out the movement- big or small!



> 🟢 **denver** 🏳️ @denmeow · Jun 25, 2020
> yesterday the dsmpd evicted homeless, taking their personal belongings. They need our help. I'll be picking up donations and dropping this off today, come out or feel free to Venmo/PayPal me and I will pick up donations on your behalf! @denmeow & paypal.me/DenMeow
> Show this thread

11:08 AM · Jun 26, 2020 · Twitter for iPhone

**1** Retweet  **13** Likes

               

  **Tweet your reply**     Reply

 **denver** 🏳️ @denmeow · Jun 26, 2020
Replying to @denmeow
If you were unable to help or be there yesterday, feel free to donate any amount on your own accord or follow dsm blm socials for upcoming events ✨
DSM BLM kick off fundraiser:  gofundme.com/f/dsmblmfund
DSM bail fund:
...mmunitybondproject.networkforgood.com/projects/10193...



**Relevant people**

 **denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

 **DSM Black Liberat**
@DesMoinesBLM
Des Moines Black L
Movement Collecti
contact@desmoine

**What's happening**

Television · LIVE
**BBNaija: All the action fror house 🏠 🏠**

··· Digital Culture Inside 🌀 · Yo
**How fans predicted Kylie Jenner's pregnancy month: using her nail polish**

🌀 POPSUGAR UK 🌀 · Yesterd
**Kylie Jenner and Travis Sco expecting baby number tw**

Travel · Trending
**United Airlines**
7,484 Tweets

NFL · Trending
**Calvin Johnson**

Show more

 **Luke DeSmet**
@IowaDeSmet     ···

Foote Twitter 2020 p.42

**Defendants' Appendix 298**

1/2

9/9/2021     denver 🏳 on Twitter: "went out and donated over $400 of donations for @DesMoinesBLM community support for the homeless yester…

SOCIAL MEDIA
Facebook: The Supply Hive

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

👤 Profile

⋯ More

Tweet

**Luke DeSmet**    ⋯
@IowaDeSmet

Defendants' Appendix 299

9/9/2021        denver 🏳️‍🌈 on Twitter: "I always tell myself, "it doesn't matter what happened, or what was said, all the matters is what you do moving fo…



9/9/2021    denver 🏳️ on Twitter: "DSMPD say they know a spot and then fucking mace you in the face" / Twitter



# Defendants' Appendix 301

https://twitter.com/denmeow/status/1277454239397302272    1/1

9/9/2021

denver 🆔🚩 on Twitter: "i honestly can't catch a break" / Twitter





Luke DeSmet
@IowaDeSmet
...

Foote Twitter 2020 p.46
**Defendants' Appendix 302**

1/1

9/9/2021

denver 🎛📧 on Twitter: "literally the embodiment of, "no justice, no peace." no peace for you kim 😊" / Twitter



← **Tweet**          🔍  Search Twitter

**denver** 🎛📧
@denmeow

literally the embodiment of, "no justice, no peace." no peace for you kim 😊

> 🅑 **DSM Black Liberation Movement** ✅ @DesMoinesBLM · Jun 30, 2020
> We've followed Kim to her next stop at Family Traditions Meat in Ackley.
> #SignOrResign
> Show this thread



10:27 AM · Jun 30, 2020 · Twitter for iPhone

1 Like

💬          🔁          ♡          ⬆️

 Tweet your reply          ( Reply )

**Relevant people**

 **denver** 🎛
@denmeow
| cat mom | hairstyli
🎛 | @peoplestown
canvassing stan

 **DSM Black Liberat**
@DesMoinesBLM
Des Moines Black L
Movement Collectiv
contact@desmoine

**What's happening**

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Travel · Trending
**United Airlines**
7,553 Tweets

📰 Digital Culture Inside 😊 · Ye
How fans predicted Kylie
Jenner's pregnancy month:
using her nail polish

Trending in United States
**#MorningJoe**
3,976 Tweets

🅟 **POPSUGAR UK** ✅ · Yesterd
Kylie Jenner and Travis Sco
expecting baby number tw

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

🏠 **Home**

\# **Explore**

🔔 **Notifications**

✉️ **Messages**

🔖 **Bookmarks**

📋 **Lists**

👤 **Profile**

⊙ **More**

( **Tweet** )

 **Luke DeSmet**
@IowaDeSmet          ···

https://twitter.com/denmeow/status/1277987240686256128

Foote Twitter 2020 p.47

**Defendants' Appendix 303**

1/1



Case 4:21-cv-00043-SBJ    Document 35-2    Filed 12/27/21    Page 304 of 1148

9/9/2021    denver 🏳️ on Twitter: "@xaliciamkingx u can have mine if it means I don't get pregnant but i can still bang if u know what I mean" / Twit…

9/9/2021    denver ⬜🏳️ on Twitter: "calling people 'karens' was fun and all but can we call them out for what they are, racists and bigots" / Twitter



https://twitter.com/denmeow/status/1278670747267891202    **Defendants' Appendix 305**    1/1

9/9/2021

denver 🏳️ on Twitter: "@d_AWNApplebttm confront the emptiness! (easier said than done)" / Twitter



🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

← **Tweet**

🔍 Search Twitter

**kel** @kel_basa · Jul 3, 2020
Okay Go0gl3, how do I fill the emptiness within?

💬 1        🔁        ♡        ⬆

**denver 🏳️🏴**
@denmeow

Replying to @kel_basa

## confront the emptiness! (easier said than done)

8:56 PM · Jul 3, 2020 · Twitter for iPhone

1 Like

💬        🔁        ♡        ⬆

🧑 Tweet your reply                    Reply

**Relevant people**

**denver 🏳️🏴**
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras**
**World Cup qualifier**
Trending with #USMNT

🅟 POPSUGAR · September
**Kylie Jenner and Travis Sco**
**expecting baby number tw**

Trending in United States
**White Rabbit**
Trending with Jefferson Airplane

Trending in United States
**Axios**
16.8K Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet        ⋯

Foote Twitter 2020 p.50
**Defendants' Appendix 306**

1/1

9/9/2021

denver 🏳️‍🌈 on Twitter: "typing my first statement about what happened to me and I can only get a few sentences and I need a break 😵 ...

← **Thread**                                                    🔍 Search Twitter

🐦 Home

**denver** 🏳️‍🌈
@denmeow

⌗ Explore

🔔 Notifications

typing my first statement about what happened to me
and I can only get a few sentences and I need a break
😵

✉️ Messages

12:39 PM · Jul 3, 2020 · Twitter for iPhone

🔖 Bookmarks

**3 Likes**

📋 Lists

💬          🔁          ♡          ⬆️

👤 Profile

Tweet your reply

⚫ More

**Tweet**

**denver** 🏳️‍🌈 @denmeow · Jul 3, 2020
Replying to @denmeow
I wish I could stop feeling this way and find a way to be empowered by my
story and use it to help other people but it's v hard and I don't see me
feeling good anytime soon

💬 1          🔁          ♡ 2          ⬆️

**denver** 🏳️‍🌈 @denmeow · Jul 3, 2020
fuck 12 for making me feel this way, I feel small & helpless & like no one can
understand 😭😭😭😭😭

💬 1          🔁          ♡ 2          ⬆️

**denver** 🏳️‍🌈 @denmeow · Jul 3, 2020
That's all i'm done venting and back to work!!!

💬          🔁          ♡ 2          ⬆️

**Relevant people**

**denver** 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**What's happening**

Mexico national news · Last nigh
**At least one dead after a 7.**
**magnitude earthquake hit**
**Mexico**

POPSUGAR UK 🔵 · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number tw**

Travel · Trending
**United Airlines**
7,553 Tweets

San Francisco Chroni 🔵 · Y
**A foil-wrapped home survi**
**the Caldor Fire even as**
**everything around it burne**
**Here's how**

Entertainment · Trending
**Laurence Fishburne**

Show more

Terms of Service · Privacy Policy
Ads info    More ···    © 2021 Twit

Luke DeSmet
@IowaDeSmet    ···

Foote Twitter 2020 p.51
**Defendants' Appendix 307**

1/2

9/9/2021

denver 🔒🏴 on Twitter: "typing my first statement about what happened to me and I can only get a few sentences and I need a break 😔...

Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Luke DeSmet**
@IowaDeSmet

...

https://twitter.com/denmeow/status/1279107566971297800

Defendants' Appendix 308

← **Thread**

🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**denver** 🇮🇳🏳️
@denmeow

···

yallll!!!! I officially am not facing a felony charge anymore- no more curfew or probation !!!!!!!!!! v happy !!!

10:32 AM · Jul 9, 2020 · Twitter for iPhone

**13 Likes**

Tweet your reply

**Relevant people**

**denver** 🇮🇳🏳️
@denmeow
| cat mom | hairstyli
🇮🇳 | @peoplestown
canvassing stan

**What's happening**

COVID-19 · Yesterday
The common cold and COV
are different viruses, scien
and virologists say

Entertainment · Trending
**Laurence Fishburne**

Entertainment · Trending
**Patton Oswalt**
6,368 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Ⓒ San Francisco Chroni 🌐 · Ye
A foil-wrapped home survi
the Caldor Fire even as
everything around it burne
Here's how

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet   ···

Foote Twitter 2020 p.53
**Defendants' Appendix 309**

1/1

9/9/2021

 denver 🖼️ 🏴 on Twitter: "@DrDooleyMD Bernie &amp; I at the @iowacci office after I gave him a hug 🐱♥ this was the day I got intervie...

🐦

⬅️  **Tweet**

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

Dr. Victoria Dooley @DrDooleyMD · Jul 10, 2020
Feeling nostalgic. Anyone want to drop me some of their favorite Bernie 2020 pics?

💬 358      🔁 93      ♡ 737      📤

denver 🖼️🏴
@denmeow

Replying to @DrDooleyMD

Bernie & I at the @iowacci office after I gave him a hug 🐱 🖤 this was the day I got interviewed by cnn for being a super vol 🖤 🖤 🖤 miss these days !!!



11:32 AM · Jul 10, 2020 · Twitter for iPhone

1 Retweet   41 Likes

💬          🔁          ♡          📤

 Tweet your reply          

Dr. Victoria Dooley @DrDooleyMD · Jul 10, 2020
Replying to @denmeow and @iowacci
Thanks for being super awesome!

💬          🔁          ♡ 5          📤

HootHootBerns @HootHootBerns · Jul 10, 2020
Replying to @denmeow @DrDooleyMD and @iowacci
OK, you definitely earned those hugs, but still...



🔍 Search Twitter

**Relevant people**

denver 🖼️🏴
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

Dr. Victoria Dooley
@DrDooleyMD
Family Medicine Ex
Health Media | Publ
@BernieSanders 2C
Surrogate & DNC D
Care Activist

Iowa CCI
@iowacci
Iowa Citizens for Cc
Improvement has b
social, economic, e
racial justice since

**What's happening**

COVID-19 · Yesterday
The common cold and COV
are different viruses, scien
and virologists say

🅿️ POPSUGAR UK 🌀 · Yesterd
Kylie Jenner and Travis Sco
expecting baby number twc

Travel · Trending
United Airlines
7,773 Tweets

🌀 San Francisco Chroni 🌀 · 1
A foil-wrapped home surviv
the Caldor Fire even as

 Luke DeSmet
@IowaDeSmet          ...

Foote Twitter 2020 p.54

**Defendants' Appendix 310**

9/9/2021

denver 🖼 🏳 on Twitter: "@DrDooleyMD Bernie &amp; I at the @iowacci office after I gave him a hug 🌐♥ this was the day I got intervie...

**GIF** I JEALOUS, I HAVE PROBLEMS

💬          ⟲          ♡  8          ⬆

🐦 

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

🔍  Search Twitter

**Laurence Fishburne**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

👤 **Luke DeSmet**  ···
   @IowaDeSmet

https://twitter.com/denmeow/status/1281627261247070213

Foote Twitter 2020 p.55
Defendants' Appendix 311

2/2

Case 4:21-cv-00043-SBJ     Document 35-2     Filed 12/27/21     Page 312 of 1148

9/9/2021     denver 🇺🇸🏳️ on Twitter: "I've been laid off for three months and am going back to the salon today.... I'm v nervous 1 bc covid 2 bc what if I...





← **Thread**

🔍 Search Twitter

denver 🏳️
@denmeow

who wants to do this w me in dsm ?????

🔵 agitator in chief @soit_goes · Jul 17, 2020
meanwhile in Chicago....

9:22 AM · Jul 17, 2020 · Twitter for iPhone

2 Likes

Tweet your reply

**Home**
**Explore**
**Notifications**
**Messages**
**Bookmarks**
**Lists**
**Profile**
**More**

Tweet

**Relevant people**

denver 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

agitator in chief
@soit_goes
these tweets are th
tweets

**What's happening**

COVID-19 · Yesterday
The common cold and COV
are different viruses, scien
and virologists say

Entertainment · Trending
Laurence Fishburne

Travel · Trending
United Airlines
7,818 Tweets

POPSUGAR UK · Yesterd
Kylie Jenner and Travis Sco
expecting baby number two

COVID-19 · LIVE
COVID-19: News and updat
Iowa

Show more

Terms of Service  Privacy Policy
Ads info   More ···   © 2021 Twit



Luke DeSmet
@IowaDeSmet
···

Foote Twitter 2020 p.57
Defendants' Appendix 313

1/1

9/9/2021

denver 🏳️‍⚧️ on Twitter: "I've been almost or over (haven't been keeping track) a year free !!! of self harm !!! last summer was the first su...

← **Thread**

🔍 Search Twitter

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- 🗐 Lists
- 👤 Profile
- ⋯ More

**Tweet**

**denver** 🏳️‍⚧️
@denmeow

I've been almost or over (haven't been keeping track) a year free !!! of self harm !!! last summer was the first summer I bought a swimsuit & went swimming for the first time since I was a small child !!! v proud of myself !!!

10:48 AM · Jul 19, 2020 · Twitter for iPhone

**9** Likes

💬            🔁            ♡            📤

Tweet your reply

**denver** 🏳️‍⚧️ @denmeow · Jul 19, 2020
Replying to @denmeow
Before this, the longest I went without sh was a month. I practiced this since I was 12 & I'm 24 now..... that's eleven years of hiding my body and feeling ashamed, real growth is possible but v hard !!!

💬            🔁            ♡ 6            📤

**Relevant people**

**denver** 🏳️‍⚧️
@denmeow
| cat mom | hairstyli
🏳️‍⚧️ | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras
World Cup qualifier**
Trending with #USMNT

Trending in United States
**GO BIRDS**
2,386 Tweets

Trending in United States
**Hugo Weaving**

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

⟶ Digital Culture Inside 😊 · Yo
**How fans predicted Kylie
Jenner's pregnancy month:
using her nail polish**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit



**Luke DeSmet**
@IowaDeSmet
···

denver  on Twitter: "Clueless came out 25 years ago, I love that movie &amp; I think about how much it impacted my style &amp; le…

 ← **Tweet**    🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

Tweet

 **denver** 
@denmeow                      ⋯

Clueless came out 25 years ago, I love that movie & I think about how much it impacted my style & led me to love fashion / eventually becoming a stylist so here's some selfies ty Cher



5:52 PM · Jul 19, 2020 · Twitter for iPhone

3 Likes

💬        ↻        ♡        ⬆

 Tweet your reply        

**Relevant people**

**denver** 🪙🐾
@denmeow
| cat mom | hairstyli
🪙 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras**
**World Cup qualifier**
Trending with #USMNT

Politics · Trending
**Patton Oswalt**
6,464 Tweets

POPSUGAR UK 🌀 · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number tw**

Travel · Trending
**United Airlines**
7,898 Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet    ⋯

Foote Twitter 2020 p.59

**Defendants' Appendix 315**

1/1



**denver** 🏙📇 @denmeow · Jul 19, 2020

Clueless came out 25 years ago, I love that movie & I think about how much it impacted my style & led me to love fashion / eventually becoming a stylist so here's some selfies ty Cher



Defendants' Appendix 316

9/9/2021

denver ▣▤ on Twitter: "busted my ear last night falling and didn't notice until this morning when I woke up w blood in my ear 😵" / Twitter

🐦

← **Tweet**

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

**denver** ▣▤
@denmeow

⋯

busted my ear last night falling and didn't notice until this morning when I woke up w blood in my ear 😵

11:18 AM · Jul 21, 2020 · Twitter for iPhone

💬          ⟲          ♡          ⬆

Tweet your reply                                    Reply

🔍 Search Twitter

**Relevant people**

**denver** ▣▤
@denmeow
| cat mom | hairstyli
▣ | @peoplestown
canvassing stan

**What's happening**

Television · LIVE
**BBNaija: All the action fron
house ▤▤**

🅿 POPSUGAR UK ✓ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Entertainment · Trending
**Laurence Fishburne**
1,022 Tweets

Trending in United States
**Stephanie Grisham**
Trending with Katie Porter

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet

⋯

Foote Twitter 2020 p.61
**Defendants' Appendix 317**

9/9/2021       denver 🎃📷 on Twitter: "love waking up... chugging water &amp; then being too uncomfortably full of water to go back to sleep... why do ...



9/9/2021

denver 🏳️ on Twitter: "I did dat 😺 https://t.co/mBC5UVKw3o" / Twitter



← **Tweet**

🔍 Search Twitter

🏠 Home

**denver** 🏳️
@denmeow

∙∙∙

# Explore

**I did dat** 😺

🔔 Notifications



✉️ Messages

🔖 Bookmarks

**Relevant people**

📋 Lists

 **denver** 🏳️
@denmeow

👤 Profile

| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

∙∙∙ More

 **Uppity**
@blackartivist

Revolution loading.

**Tweet**

🌳 **Uppity** @blackartivist · Jul 21, 2020
#NewProfilePic

**What's happening**



Mexico national news · Last nigh
**At least one dead after a 7.
magnitude earthquake hit
Mexico**

Trending in United States
**Axios**
17.4K Tweets

Entertainment · Trending
**Laurence Fishburne**
1,022 Tweets

9:25 PM · Jul 21, 2020 · Twitter for iPhone

🐙 POPSUGAR UK 🐙 · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

6 Likes

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

💬          🔁          ♡          ↑

Show more

👤 Tweet your reply



Terms of Service · Privacy Policy
Ads info   More ∙∙∙   © 2021 Twit

👤 **Luke DeSmet**
@IowaDeSmet

∙∙∙

https://twitter.com/denmeow/status/1285762920765366272

**Defendants' Appendix 319**

1/1

denver 🎀📷 on Twitter: "when I'm hungry I get so moody just the sound of my own breath irritates me" / Twitter



← **Tweet**

🔍 Search Twitter

**denver** 🎀📷
@denmeow

···

**Relevant people**

**denver** 🎀📷
@denmeow
| cat mom | hairstyli
🎀 | @peoplestown
canvassing stan

**🏠 Home**

**# Explore**

**🔔 Notifications**

**✉ Messages**

**🔖 Bookmarks**

**📋 Lists**

**👤 Profile**

**⦿ More**

**Tweet**

when I'm hungry I get so moody just the sound of my own breath irritates me

9:11 PM · Jul 21, 2020 · Twitter for iPhone

1 Like

💬        ⟳        ♡        ↥

Tweet your reply

**What's happening**

Sports · Last night
**The USMNT beat Hondura**
**World Cup qualifier**
Trending with #USMNT

Entertainment · Trending
**Patton Oswalt**
6,464 Tweets

Travel · Trending
**United Airlines**
7,927 Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

🐷 POPSUGAR UK ✓ · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number tw**

Show more

Terms of Service   Privacy Policy
Ads info  More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet      ···

Foote Twitter 2020 p.64
**Defendants' Appendix 320**

1/1

9/9/2021

denver 🏳️‍🌈 on Twitter: "took almost four hours but i did it" / Twitter



Foote Twitter 2020 p.65

# Defendants' Appendix 321

1/1

9/9/2021

denver 🏳️ on Twitter: "need to stop scrolling twitter before getting out of bed, I know it's unhealthy and it gets me sooooo mad 😩 / Tw...

← **Tweet**

🔍 Search Twitter

Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⋯ More

**Tweet**

**denver** 🏳️
@denmeow

need to stop scrolling twitter before getting out of bed,
I know it's unhealthy and it gets me sooooo mad 😩

10:50 AM · Jul 22, 2020 · Twitter for iPhone

💬          🔁          ♡          ⬆️

Tweet your reply

**Relevant people**

**denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

COVID-19 · Yesterday
**The common cold and COV
are different viruses, scien
and virologists say**

Travel · Trending
**United Airlines**
7,927 Tweets

Trending in United States
**New World Order**
Unfounded claims about the
Order' conspiracy theory are
Australian governmental offi
expression during a press co
Thursday
41K Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

🅿️ POPSUGAR UK ⚫ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number twe**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**   ⋯
@IowaDeSmet

https://twitter.com/denmeow/status/1285965373783920640



Foote Twitter 2020 p.67

**Defendants' Appendix 323**

9/9/2021

denver ▦ ▥ on Twitter: "at work in the back room crying about the world lol I'm FINE" / Twitter



← **Tweet**

**denver ▦ ▤▦**
@denmeow

at work in the back room crying about the world lol I'm FINE

2:10 PM · Jul 25, 2020 · Twitter for iPhone

Tweet your reply

🔍 Search Twitter

**Relevant people**

**denver ▦ ▤▦**
@denmeow
| cat mom | hairstyli
▦ | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras
World Cup qualifier**
Trending with #USMNT

Politics · Trending
**Patton Oswalt**
6,558 Tweets

Travel · Trending
**United Airlines**
8,023 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

▣ POPSUGAR UK ☑ · Yesterd
**Kylie Jenner and Travis Scc
expecting baby number two**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**


**Luke DeSmet**
@IowaDeSmet

···

https://twitter.com/denmeow/status/1287103011026874371

denver 🔲📢 on Twitter: "I want to complain about my mental health on twitter but I won't. I'm just functioning at 10% today. 🌟" / Twitter

← **Tweet**                                              🔍 Search Twitter

🏠 Home

\# Explore

**denver 🔲📢**
@denmeow

🔔 Notifications

✉️ Messages                I want to complain about my mental health on twitter but I won't. I'm just functioning at 10% today. 🌟

🔖 Bookmarks

11:36 AM · Jul 26, 2020 · Twitter for iPhone

▤ Lists

6 Likes

👤 Profile

⚬⚬⚬ More

💬          ⟲          ♡          ⬆️

**Tweet**

**Relevant people**

**denver 🔲📢**
@denmeow
| cat mom | hairstyli
🔲 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras
World Cup qualifier**
Trending with #USMNT

Travel · Trending
**United Airlines**
8,023 Tweets

Trending in United States
**Mr. Anderson**
3,236 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

🔲 POPSUGAR UK 🔲 · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Show more

Tweet your reply

**bimborella** @StrawberryyBat · Jul 26, 2020
Replying to @denmeow
Functioning nonetheless!! 🎉 you got it bby

💬          ⟲          ♡ 1          ⬆️

**sorry.. what?** @churchpunkmom · Jul 26, 2020
Replying to @denmeow
Never be afraid to "complain".. it makes all of feel less alone when we know others feel the same. 🖤

💬          ⟲          ♡ 1          ⬆️

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet
···

Foote Twitter 2020 p.69
**Defendants' Appendix 325**

1/1

9/9/2021

denver 🔲 🏴 on Twitter: "seriously tried of having nightmares every night and waking up feeling like I got two hours of sleep" / Twitter

## Tweet

**denver** 🔲🏴
@denmeow

## seriously tried of having nightmares every night and waking up feeling like I got two hours of sleep

10:25 AM · Jul 27, 2020 · Twitter for iPhone

**2** Likes

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Tweet your reply

### Q Search Twitter

**Relevant people**

**denver** 🔲🏴
@denmeow
| cat mom | hairstyli
🔲 | @peoplestown
canvassing stan

**What's happening**

Television · LIVE
**BBNaija: All the action fror
house 🔲 🔲**

Politics · Trending
**Patton Oswalt**
6,574 Tweets

Ⓒ San Francisco Chroni @ · Ye
**A foil-wrapped home survi
the Caldor Fire even as
everything around it burne
Here's how**

Entertainment · Trending
**Laurence Fishburne**
1,097 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet   ···

Case 4:21-cv-00043-SBJ    Document 35-2    Filed 12/27/21    Page 327 of 1148

9/9/2021

denver 🇺🇸🏴 on Twitter: "last night i didn't have a police brutality dream but I had a dream that white supremacy people where hunting me…



**Tweet**

denver 🇺🇸🏴
@denmeow

last night i didn't have a police brutality dream but I had a dream that white supremacy people where hunting me + other bipocs…. so upgrade?

1:16 PM · Jul 31, 2020 · Twitter for iPhone

Tweet your reply

**Relevant people**

denver 🇺🇸🏴
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
The USMNT beat Honduras
World Cup qualifier
Trending with #USMNT

POPSUGAR UK · Yesterd
Kylie Jenner and Travis Sco
expecting baby number twe

Entertainment · Trending
Patton Oswalt
6,574 Tweets

Travel · Trending
United Airlines
8,023 Tweets

COVID-19 · LIVE
COVID-19: News and updat
Iowa

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

Luke DeSmet
@IowaDeSmet

9/9/2021

denver 🏳️‍🌈 on Twitter: "at least once a day I think about how it took me 1,200 hrs to be a license cosmo but it only takes 544 hrs to be a...



← **Tweet**                                    🔍 Search Twitter

🐦

Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

Lists

👤 Profile

⋯ More

**Tweet**

**denver** 🏳️‍🌈
@denmeow

at least once a day I think about how it took me 1,200 hrs to be a license cosmo but it only takes 544 hrs to be a cop

11:45 AM · Aug 1, 2020 · Twitter for iPhone

**1** Retweet  **6** Likes

Tweet your reply

**Relevant people**

**denver** 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras
World Cup qualifier**
Trending with #USMNT

Politics · Trending
**Patton Oswalt**
6,593 Tweets

Trending in United States
**Axios**
17.9K Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

⋯ Digital Culture Inside 🌐 · Yc
**How fans predicted Kylie
Jenner's pregnancy month:
using her nail polish**

Show more

Terms of Service  Privacy Policy
Ads info  More ⋯  © 2021 Twit

**Luke DeSmet**
@IowaDeSmet

https://twitter.com/denmeow/status/1289603147023831040

9/9/2021

denver 🏳️ on Twitter: "des moines city council is spitting in the face of anyone who is/was a victim of police brutality and racial profiling"...

← **Tweet**                                           Q   Search Twitter

🏠 Home

**denver** 🏳️🏳️
@denmeow                                      ···

# Explore

🔔 Notifications                des moines city council is spitting in the face of anyone
                               who is/was a victim of police brutality and racial
✉️ Messages                     profiling

🔖 Bookmarks                    5:54 PM · Aug 3, 2020 · Twitter Web App

📋 Lists                        5 Retweets   1 Quote Tweet   14 Likes

👤 Profile                      ○           ⟲           ♡           ⬆️

⊙ More

                               👤   Tweet your reply

**Relevant people**

denver 🏳️🏳️ ✓
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Television · LIVE
**BBNaija: All the action from
house** 🎭🎭

Travel · Trending
**United Airlines**
8,040 Tweets

Politics · Trending
**Patton Oswalt**
6,593 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

🍭 POPSUGAR UK ✓ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Tweet**

👤   Luke DeSmet    ···
     @IowaDeSmet

https://twitter.com/denmeow/status/1290420886835781642

Foote Twitter 2020 p.73
**Defendants' Appendix 329**   1/1



https://twitter.com/denmeow/status/1291016940455186432

9/9/2021



Luke DeSmet
@IowaDeSmet

https://twitter.com/denmeow/status/1291387039301107714

Foote Twitter 2020 p.75
Defendants' Appendix 331

1/1

9/9/2021                    denver 🏳️ on Twitter: "being vunerable is extremely hard for me but sometimes it's nessecary for positive change" / Twitter



Foote Twitter 2020 p.76

**Defendants' Appendix 332**



Foote Twitter 2020 p.77

**Defendants' Appendix 333**

1/1

9/9/2021

denver 🎴🏴 on Twitter: "sometimes I get overwhelmed socially and hide in the bathroom to semi recharge lol" / Twitter



Foote Twitter 2020 p.78
**Defendants' Appendix 334**
1/1



🐦    ← **Tweet**    🔍 Search Twitter

**Relevant people**

🏠 Home

# Explore

denver 🎐📻
@denmeow

denver 🎐📻
@denmeow

🔔 Notifications

i literally have been in a black out since Monday- but everyone in the apt building has come together the last two nights for a potluck around the grill 😋

| cat mom | hairstyl 📻 | @peoplestown canvassing stan

✉️ Messages

🔖 Bookmarks

1:35 PM · Aug 12, 2020 · Twitter for iPhone

**What's happening**

📋 Lists

1 Quote Tweet    6 Likes

Weather · LIVE
Tropical Depression Mindy the Southeast as Hurricane moves closer to East Coast

👤 Profile

⊙ More

Tweet your reply

Travel · Trending
United Airlines
8,140 Tweets

**Tweet**

Politics · Trending
Patton Oswalt
6,707 Tweets

COVID-19 · LIVE
COVID-19: News and updat Iowa

🎀 POPSUGAR UK ⊛ · Yesterd
Kylie Jenner and Travis Sco expecting baby number tw

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet    ···

https://twitter.com/denmeow/status/1293617155410399232

Defendants' Appendix 335

9/9/2021

denver 🏳️ on Twitter: "this day three years ago I got black out drunk on court ave and fist fought my sister in a parking lot..... oh how thi...

← **Tweet**                                    🔍  Search Twitter

🏠 Home

**denver** 🎭🏳️
@denmeow

**Relevant people**

denver 🎭🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

# Explore

this day three years ago I got black out drunk on court ave and fist fought my sister in a parking lot..... oh how things have changed 😵

🔔 Notifications

💬 Messages

1:36 PM · Aug 13, 2020 · Twitter for iPhone

🔖 Bookmarks

4 Likes

📋 Lists

👤 Profile

⊙ More

Tweet your reply

**What's happening**

Event · Last night
**Awkwafina is Nora from Qu**
**airing on Comedy Central**

Travel · Trending
**United Airlines**
8,170 Tweets

Politics · Trending
**Patton Oswalt**
6,707 Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

POPSUGAR UK 🌟 · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number tw**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet



https://twitter.com/denmeow/status/1293979693780271104

Foote Twitter 2020 p.80

# Defendants' Appendix 336

1/1

9/9/2021

denver 🏴 on Twitter: "make sure to show up for me bc I can't go ♡" / Twitter

🐦

## Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

← **Tweet**

denver 🏴🏴
@denmeow

...

make sure to show up for me bc I can't go 💔

🅐 DSM Black Liberation Movement ✅ @DesMoinesBLM · Aug 14. 2020
Location will be announced tomorrow morning! twitter.com/DesMoinesBLM/s...

12:24 PM · Aug 14, 2020 · Twitter for IPhone

1 Like

💬          ⟳          ♡          ⬆

👤  Tweet your reply

🔍 Search Twitter

**Relevant people**

denver 🏴
@denmeow

| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

DSM Black Liberati
@DesMoinesBLM

Des Moines Black L
Movement Collectiv
contact@desmoine

**What's happening**

Sports · Last night
**The USMNT beat Hondura**
**World Cup qualifier**
Trending with #USMNT

🅟 POPSUGAR UK ✅ · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number tw**

Travel · Trending
**United Airlines**
8,197 Tweets

🅣 The Telegraph ✅ · 5 hours a
**Have you got 'superhuman**
**immunity'? How getting do**
**jabbed after a Covid infect**
**may turbo-charge the imm**
**system**

Politics · Trending
**Patton Oswalt**
6,731 Tweets

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit


Luke DeSmet
@IowaDeSmet

...

https://twitter.com/denmeow/status/1294323964442025987



Foote Twitter 2020 p.82
**Defendants' Appendix 338**

1/1

9/9/2021

denver 🀄🏳️ on Twitter: "I wanna b cute and pretty I'm about to dress up in my apt, not go anywhere and just take some pics. I'm tired of f…

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**denver** 🀄🏳️
@denmeow

I wanna b cute and pretty I'm about to dress up in my apt, not go anywhere and just take some pics. I'm tired of feelin ugly.

6:46 PM · Aug 15, 2020 · Twitter for iPhone

Tweet your reply

**Relevant people**

**denver** 🀄🏳️
@denmeow

| cat mom | hairstyli
🀄 | @peoplestown
canvassing stan

**What's happening**

Weather · LIVE
**Tropical Depression Mindy
the Southeast as Hurricano
moves closer to East Coast**

Travel · Trending
**United Airlines**
8,197 Tweets

Entertainment · Trending
**Laurence Fishburne**
1,251 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

🅣 The Times 🌐 · 3 hours ago
**Afghanistan: "My family is
starving, I have to sell my
daughter"**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit



Luke DeSmet
@IowaDeSmet     ···

Foote Twitter 2020 p.83
**Defendants' Appendix 339**

1/1

← **Tweet**

🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**denver** 🏴
@denmeow

...

## fuck dmpd and fuck city council

6:52 PM · Aug 15, 2020 · Twitter for iPhone

1 Like

💬          🔁          ♡          ⬆️

Tweet your reply

**Relevant people**

**denver** 🏴
@denmeow

| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

Sports · Last night
**The USMNT beat Honduras
World Cup qualifier**
Trending with #USMNT

Politics · Trending
**Patton Oswalt**
6,759 Tweets

Travel · Trending
**United Airlines**
8,227 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

POPSUGAR UK ✓ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet

...

Foote Twitter 2020 p.84
**Defendants' Appendix 340**

1/1

9/9/2021

denver 🏳️‍⚧️ on Twitter: "my self esteem is like 2/10 rn but I feel bad feelin bad for myself when the whole world is in a real dumpster fire r...

← **Tweet**                                         🔍 Search Twitter

🏠 Home

**denver** 🏳️‍⚧️
@denmeow

# Explore

**my self esteem is like 2/10 rn but I feel bad feelin bad for myself when the whole world is in a real dumpster fire rn**

🔔 Notifications

6:55 PM · Aug 15, 2020 · Twitter for iPhone

✉️ Messages

3 Likes

🔖 Bookmarks

💬          🔁          ♡          ↥

📋 Lists

👤 Profile

Tweet your reply

⋯ More

**Tweet**

Bryan Giardinelli @BreatheNewWinds · Aug 15, 2020
Replying to @denmeow
It's okay to not feel okay, friend. We need you, those who you're worried
about need you, and we're all here for you.

💬 1          🔁          ♡ 1          ↥

**Relevant people**

denver 🏳️‍⚧️
@denmeow
| cat mom | hairstyli
🏳️‍⚧️ | @peoplestown
canvassing stan

**denver** 🏳️‍⚧️ @denmeow · Aug 15, 2020
thank you, no matter how I feel I will never stopping fighting for all my
family, friends and neighbors. 💕

💬          🔁          ♡ 1          ↥

You're unable to view this Tweet because this account owner limits who can
view their Tweets. Learn more

**What's happening**

Sports · Last night
**The USMNT beat Honduras
World Cup qualifier**
Trending with #USMNT

Politics · Trending
**Patton Oswalt**
6,759 Tweets

**denver** 🏳️‍⚧️ @denmeow · Aug 15, 2020
I always tell myself- know when you need to disconnect and be confident
about it!!!!! i love you, you are amazing! 🖤

💬          🔁          ♡ 1          ↥

POPSUGAR UK 🌟 · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Travel · Trending
**United Airlines**
8,227 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet   ⋯

9/9/2021

denver 🎏 on Twitter: "my self esteem is like 2/10 m but I feel bad feelin bad for myself when the whole world is in a real dumpster fire r...

🔍 Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Luke DeSmet**
@IowaDeSmet    ...

Case 4:21-cv-00043-SBJ     Document 35-2     Filed 12/27/21     Page 343 of 1148

9/9/2021
denver 🏳️‍🌈 on Twitter: "FUND THE SCHOOLS DEFUND THE POLICE FUND THE ARTS DEFUND THE POLICE FUND COMMUNITY ...



9/9/2021

denver 🔲 🏴 on Twitter: "sometimes i b typin and sayin stuff without thinkin about it sue me" / Twitter



Foote Twitter 2020 p.88

**Defendants' Appendix 344**

1/1

9/9/2021

denver 🏳️ on Twitter: "y'all this week I signed a discovery document- meaning they found the footage from the night the cops beat and ...

← **Thread**     🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**denver 🏳️**
@denmeow

y'all this week I signed a discovery document- meaning they found the footage from the night the cops beat and arrested me. the district judge signed off on it.

4:04 PM · Aug 21, 2020 · Twitter for iPhone

**11 Likes**

💬          ↻          ♡          ⬆️

Tweet your reply

**denver 🏳️** @denmeow · Aug 21, 2020
Replying to @denmeow
I've been fighting for this for months. 🙄

💬          ↻          ♡ 8          ⬆️

**Relevant people**

**denver 🏳️**
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
10.3K Tweets

Trending in United States
**Highly Questionable**

🕐 The Times 🗞️ · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit



**Luke DeSmet**
@IowaDeSmet     ⋯

https://twitter.com/denmeow/status/1296916188933627906

**Defendants' Appendix 345**

9/9/2021

denver 🏳️‍🌈 on Twitter: "my first hearing is in two weeks, nervousssssss...." / Twitter

← **Tweet**    🔍 Search Twitter

🐦

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

**Tweet**



denver 🏳️‍🌈
@denmeow

## my first hearing is in two weeks, nervousssssss....

11:13 AM · Aug 26, 2020 · Twitter for iPhone

**5** Likes

Tweet your reply

**kel** @kel_basa · Aug 26, 2020    ⋯
Replying to @denmeow
Your nervous feelings are valid. I am hoping ears and minds who can see how unjustly you were treated are present so that your story can be heard and your innocence understood. I'm proud of the things you do, especially after all you've gone through!
💬 1    🔁    ♡ 4    ⬆️

**denver** 🏳️‍🌈 @denmeow · Aug 26, 2020    ⋯
Thank you 🐱 I really appreciate it!
💬    🔁    ♡    ⬆️

**Relevant people**

denver 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**What's happening**

Movies · 58 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,587 Tweets

Gaming · Trending
**Dreamcast**
5,823 Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

Ⓟ POPSUGAR UK ✓ · Yesterd
**Kylie Jenner and Travis Scc**
**expecting baby number tw**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet    ⋯

https://twitter.com/denmeow/status/1298654752188895232

9/9/2021

denver 🏳️‍⚧️ on Twitter: "when I was in PCJ an officer said, "yeah, it's your right but we don't have to give it to you."" / Twitter

← **Tweet**                                              🔍  Search Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒️ Lists
- 👤 Profile
- ⋯ More

**Tweet**

**denver** 🏳️‍⚧️
@denmeow

when I was in PCJ an officer said, "yeah, it's your right but we don't have to give it to you."

> K8 @kateobroderick · Sep 1, 2020
> So did all police just collectively decide to stop reading people their rights or

11:09 AM · Sep 1, 2020 · Twitter for iPhone

**1** Retweet   **13** Likes

○ Tweet your reply                                    Reply

K8 @kateobroderick · Sep 1, 2020            ⋯
Replying to @denmeow
🙂

:3 @roughturbo1199 · Sep 2, 2020            ⋯
Replying to @denmeow
Then you should have been acquitted if thats the case?

**Relevant people**

**denver** 🏳️‍⚧️
@denmeow
| cat mom | hairstyli
🏳️‍⚧️ | @peoplestown
canvassing stan

**K8**
@kateobroderick
Des Moines | she//h

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Entertainment · Trending
**Howard Stern**
Trending with Tim Pool

Trending in United States
**Patton Oswalt**
9,158 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

🕐 The Times ✓ · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet   ⋯
@IowaDeSmet

9/9/2021                denver 🏴 📣 on Twitter: "when I was in PCJ an officer said, "yeah, it's your right but we don't have to give it to you."" / Twitter

🐦                                                            🔍 Search Twitter

🏠 Home

#  Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

👤 **Luke DeSmet**     ⋯
@IowaDeSmet

Foote Twitter 2020 p.92
**Defendants' Appendix 348**

2/2

9/9/2021

denver 🔲🏴 on Twitter: "I feel horrible, I'm at the point where I'm thinking/ if I don't have covid what do I have??? But also not going to go...

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⚪ More

**Tweet**

← **Tweet**

🔍 Search Twitter

**denver** 🔲🏴
@denmeow

...

I feel horrible, I'm at the point where I'm thinking/ if I don't have covid what do I have??? But also not going to go to a doctor bC $$$$ 😐

11:00 AM · Sep 3, 2020 · Twitter for iPhone

💬            🔁            ♡            ⬆️

Tweet your reply

**Relevant people**

**denver** 🔲 ·
@denmeow
| cat mom | hairstyli
🔲 | @peoplestown
canvassing stan

**What's happening**

Movies · 58 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,565 Tweets

Trending in United States
**Stephanie Grisham**
Trending with Axios

COVID-19 · LIVE
**COVID-19: News and updat lowa**

🟥 POPSUGAR UK ✅ · Yesterd
**Kylie Jenner and Travis Sco expecting baby number tw**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit



Luke DeSmet
@IowaDeSmet       ···

https://twitter.com/denmeow/status/1301550578393284616

9/9/2021     denver ⬜🏳️ on Twitter: "Friendly reminder of what dmpd did to me, while they are showing copaganda on the city council meeting: https:...



← **Thread**                                    🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**



**denver** ⬜🏳️
@denmeow
···

Friendly reminder of what dmpd did to me, while they are showing copaganda on the city council meeting:



**Relevant people**

**denver** ⬜🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**not girl summer** 🌴
@catrocketship
the safest commun
cops.resources / dr
anti-capitalism (the

**What's happening**

COVID-19 · **LIVE**
**COVID-19: Updates for the**
Trending with #Covid_19

Politics · Trending
**Patton Oswalt**
6,944 Tweets

Travel · Trending
**United Airlines**
6,352 Tweets

··· Digital Culture Inside⊚ · Y
**How fans predicted Kylie**
**Jenner's pregnancy month**
**using her nail polish**

COVID-19 · LIVE
**COVID-19: News and updat**
Iowa

Show more

🐱 **not girl summer** 🌴 👻 ⬜ @catrocketship · Sep 14, 2020
The first item on the City Council agenda is about how cops volunteered to build a playground at Weeks Middle School

What if we defunded the police and funded playgrounds and parks?
#IconicPlayground



5:38 PM · Sep 14, 2020 · Twitter for iPhone



Luke DeSmet
@IowaDeSmet
···

Foote Twitter 2020 p.94
**Defendants' Appendix 350**

1/2

9/9/2021

denver 🇺🇸🏴 on Twitter: "Friendly reminder of what dmpd did to me, while they are showing copaganda on the city council meeting: https:...

5:38 PM · Sep 14, 2020 · Twitter for iPhone

73 Retweets    2 Quote Tweets    162 Likes

🔍 Search Twitter

Ads info  More ···  © 2021 Twit

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

Tweet

Tweet your reply

**denver** 🏴🏳️ @denmeow · Sep 14, 2020
Replying to @denmeow
context: facebook.com/764715363/post...

**Luke DeSmet**
@IowaDeSmet  ···

Foote Twitter 2020 p.95
**Defendants' Appendix 351**

2/2

9/9/2021    denver 🏳️ on Twitter: "I'm dealing with some serious personal shit rn but watching @abolishracists yell at city council makes me feel b...





Foote Twitter 2020 p.97
Defendants' Appendix 353

9/9/2021    denver 🏳️ on Twitter: "every city ✨ every town ✨burn the precincts to the ground ✨" / Twitter



Defendants' Appendix 354

https://twitter.com/denmeow/status/1308902000235556866    1/1

9/9/2021    denver ⚔🏴 on Twitter: "so it's been over four months since the cops beat me and my leg is still sore to the touch" / Twitter



← **Thread**    🔍 Search Twitter

**denver** ⚔🏴
@denmeow

so it's been over four months since the cops beat me
and my leg is still sore to the touch

11:47 PM · Oct 8, 2020 · Twitter for iPhone

8 Likes

Tweet your reply

🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

Tweet

**Relevant people**

**denver** ⚔🏴
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
The trailer for The Matrix
Resurrections is here
Trending with  Matrix, Morpheus

Travel · Trending
United Airlines
10.3K Tweets

🕐 The Times ✓ · 5 hours ago
Afghanistan: "My family is
starving, I have to sell my
daughter"

POPSUGAR UK ✓ · Yesterd
Kylie Jenner and Travis Sco
expecting baby number tw

Entertainment · Trending
Howard Stern
Trending with  Tim Pool

Show more

Terms of Service   Privacy Policy
Ads info    More ⋯    © 2021 Twit

**Luke DeSmet**
@IowaDeSmet   ⋯

https://twitter.com/denmeow/status/1314427362772123648

Foote Twitter 2020 p.99

Defendants' Appendix 355

1/1

9/8/2021    (1) denver 🏳️ on Twitter: "feeling extremely powerful in my @SenSanders shirt and my @sunrisemvmt bandana https://t.co/NBSMxNu...



← **Tweet**    🔍  Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

 **denver** 🏳️
@denmeow

feeling extremely powerful in my @SenSanders shirt and my @sunrisemvmt bandana



8:08 PM · Oct 13, 2020 · Twitter for iPhone

**14** Likes

💬          🔁          ♡          ⬆️

 Tweet your reply                    Reply

**Relevant people**

 **denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

 **Bernie Sanders** ✓
@SenSanders
U.S. Senator Bernie
Vermont, Chair of t
Committee, is the l
independent in con

🌅 **Sunrise Movement**
@sunrisemvmt
We are building a m
people to stop clim
create millions of g
process ☀️ #Greer
involved ↘️

**What's happening**

Soccer · LIVE
**England face Poland in Wo Cup qualifiers**
Trending with #POLENG

**#StarTrekDay** 🖖
Celebrate 55 Years of #Star
🔲 Promoted by Star Trek on Par

Entertainment · Trending
**Nicole Kidman**
4,719 Tweets

Technology · Trending
**iPhone 14**
53.3K Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

 **Luke DeSmet**
@IowaDeSmet    ⋯

 **zoe hope //** 🎙️ @soyproteen · Oct 13, 2020

https://twitter.com/denmeow/status/1316183983064051712

Foote Twitter 2020 p.100
**Defendants' Appendix 356**

1/2

(1) denver 🏳️ on Twitter: "feeling extremely powerful in my @SenSanders shirt and my @sunrisemvmt bandana https://t.co/NBSMxNu...

🐦

Q  Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

**Tweet**

Replying to @denmeow @SenSanders and @sunrisemvmt
omg where did you get that bandana??

💬 1        🔁        ♡ 1        ⬆

**denver** 🏳️ @denmeow · Oct 13, 2020
It's on their website! I went to go link it for you but it's sold out 💔

💬 1        🔁        ♡        ⬆

Show replies

**Luke DeSmet**    ⋯
@IowaDeSmet

Foote Twitter 2020 p.101
**Defendants' Appendix 357**

denver 🎨 🏴 on Twitter: "being in jail after the cops beat me and before I got out (almost three days) is a gray area don't wanna think abo...



**Thread**

**denver** 🎨▨
@denmeow

being in jail after the cops beat me and before I got out (almost three days) is a gray area don't wanna think about it but also why am I thinking about it rn most specifically the smell

12:20 AM · Oct 16, 2020 · Twitter for iPhone

**11 Likes**

Tweet your reply

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**denver** 🎨▨ @denmeow · Oct 16, 2020
Thank you 🤍 it gets easier everyday but some days I fall back like I haven't made any progress at all, and that's okay. I know I'll come out a more resilient, more passionate and stronger person.

1          2

🔍 Search Twitter

**Relevant people**

**denver** 🎨▨
@denmeow
| cat mom | hairstyli
▨ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

🟣 POPSUGAR UK ⊛ · Yesterd
**Kylie Jenner and Travis Sco expecting baby number tw**

⋯ Digital Culture Inside ⊛ · Ye
**How fans predicted Kylie Jenner's pregnancy months using her nail polish**

Football · Trending
**Ja'Marr Chase**
1,041 Tweets

Travel · Trending
**United Airlines**
10.2K Tweets

Show more

Terms of Service  Privacy Policy
Ads info  More ⋯  © 2021 Twit



**Luke DeSmet**  ⋯
@IowaDeSmet

Foote Twitter 2020 p.102
**Defendants' Appendix 358**

1/1

9/8/2021　(1) denver 🔲🏳️ on Twitter: "I always get asked where mine are from vvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvv https://t.co/oPMSEm98W1" / ...



← Tweet

🔍 Search Twitter



denver 🔲🏳️
@denmeow

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

I always get asked where mine are from
vvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvv



**Relevant people**


denver 🔲🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan


Foraged Nature
@ForagedNature
🪴 ✨ Purveyor of F
Pendants ✨ 🪴
me for Questions &
Not-Responsible fo
package

**What's happening**

Soccer · LIVE
England face Poland in Wo
Cup qualifiers
Trending with #POLENG

#StarTrekDay
Celebrate 55 Years of #Star
📺 Promoted by Star Trek on Par

Entertainment · Trending
Nicole Kidman
4,735 Tweets

Trending in United States
iPhone 14
53.4K Tweets

COVID-19 · LIVE
COVID-19: News and updat
Iowa

Show more

Terms of Service　Privacy Policy
Ads info　More ···　© 2021 Twit

🟢 Foraged Nature @ForagedNature · Oct 26, 2020
Medieval Dangly Sword Earrings $4 a pair. Dm to claim.
Show this thread





Luke DeSmet
@IowaDeSmet
···

https://twitter.com/denmeow/status/1320776368993558531

Foraged Twitter 2020 p.103　1/3

Defendants' Appendix 359

9/8/2021    (1) denver 🏳️ on Twitter: "I always get asked where mine are from vvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvv https://t.co/oPMSEm98W1" / ...



12:16 PM · Oct 26, 2020 · Twitter for iPhone

**60** Retweets    **68** Likes

Tweet your reply

**Foraged Nature** @ForagedNature · Oct 26, 2020
Replying to @denmeow
Slayyyyy n with the crystal sword pendant

**denver** 🏳️ @denmeow · Oct 26, 2020
They are the ultimate duo 😈 🗡️

**Luke DeSmet**
@IowaDeSmet

https://twitter.com/denmeow/status/1320776368993558531

9/8/2021    (1) denver 🏳️‍⚧️ on Twitter: "I always get asked where mine are from vvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvvv https://t.co/oPMSEm98W1" / ...

🐦

Q    Search Twitter

🏠    Home

#    Explore

🔔    Notifications

✉    Messages

🔖    Bookmarks

▤    Lists

👤    Profile

⋯    More

Tweet



**Luke DeSmet**    ⋯
@IowaDeSmet

9/9/2021

denver 🏳 on Twitter: "Come do calls today with CCI &amp; me today! I'll be doing the grounding for the 1-4 shift and talking about my ...



🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

⚇ Profile

⊙ More

**Tweet**

← **Thread**

🔍 Search Twitter

denver 🏳
@denmeow                    ···

Come do calls today with CCI & me today! I'll be doing the grounding for the 1-4 shift and talking about my experience with the police.

8:49 AM · Nov 3, 2020 · Twitter for iPhone

**3** Retweets   **10** Likes

🗨        ⟲        ♡        ⬆

Tweet your reply                    Reply

denver 🏳 @denmeow · Nov 3, 2020
Replying to @denmeow
GOTV



🌽 Iowa Citizens for Community Improvement Action ✔ · Nov 3, 2020
This is it! Turn your anxiety into action and join the final phone banking shifts. We'll train and support you. Get. Out. That. Vote!

9:30 – 12:30 PM
1:00 – 4:00 PM
5:00 – 9:00 PM

Sign up at cciaction.org/GOTV

Can you sign up for a shift (or two) today?

**At CCI Action's phone banks, we're not just making calls. We're building power to:**

0:52   201 views

🗨        ⟲ 2        ♡ 1        ⬆

Show more replies

**Relevant people**

denver 🏳
@denmeow
| cat mom | hairstyli
🏳 | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**

Trending in United States
**Patton Oswalt**
8,721 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

🕐 The Times ✔ · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Show more

Terms of Service · Privacy Policy
Ads info   More ···   © 2021 Twit


Luke DeSmet
@IowaDeSmet
···

Foote Twitter 2020 p.106
**Defendants' Appendix 362**

1/2

9/9/2021     denver 🔲 📣 on Twitter: "Come do calls today with CCI &amp; me today! I'll be doing the grounding for the 1-4 shift and talking about my ...

🐦

    🔍  Search Twitter

🏠  Home

\#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

🗎  Lists

👤  Profile

⊙  More

**Tweet**


**Luke DeSmet**
@IowaDeSmet    ...

Foote Twitter 2020 p.107

## Defendants' Appendix 363

9/9/2021                denver ⬚ 🏴 on Twitter: "guess what I get a full 1.15 seconds to speak at the next city council meeting ♥" / Twitter



Foote Twitter 2020 p.108

**Defendants' Appendix 364**

1/1

9/9/2021

denver 🏳️ on Twitter: "popular back room talk at the salon: how are we going to pay our bills/ the worry of covid/ the fact that most styli...



Foote Twitter 2020 p.109

Defendants' Appendix 365

1/1

denver ▢ ⚑ on Twitter: "Since june I have been plagued with nightmares and have been unable to sleep well, I wake up most days exha…



Foote Twitter 2020 p.110

## Defendants' Appendix 366

9/9/2021                 denver 🖼️ 🏴 on Twitter: "after being maced multiple times in a row by police- onions r no match for me" / Twitter





← **Tweet**

**denver** 🏴🏳️
@denmeow
···

big sorry to all my cci friends I am too broke to donate to anything right now :,)

4:19 PM · Nov 30, 2020 · Twitter for iPhone

8 Likes

💬          🔁          ♡          ⬆️

Tweet your reply

**Relevant people**

**denver** 🏴
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Entertainment · Trending
**Howard Stern**
Trending with Tim Pool

Entertainment · Trending
**#TheView**
22.9K Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

··· Digital Culture Inside ⊕ · Ye
**How fans predicted Kylie Jenner's pregnancy month: using her nail polish**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet    ···

Foote Twitter 2020 p.112
**Defendants' Appendix 368**

1/1

9/9/2021

denver 🏳️ on Twitter: "I am forever thankful to mutual aid bc they were there for me when I was blind, in pain and released from the jail...

← **Thread**    🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**denver** 🏳️ @denmeow · Dec 1, 2020    ···
#GivingTuesday , today my depop.com/denmeow is 50% off! All purchases will be donated to local mutual aid 🖤 if you don't want to purchase something consider donating directly to @egma_dsm @dsm_mutual_aid !

denver rose's Shop - Depop
Welcome to Denver's depop ✨ v active feel free to reach out! My closet 2 urs 🖤! All sales are final.
🔗 depop.com

💬 1      ⟲ 2      ♡ 6      ⬆️

**denver** 🏳️
@denmeow    ···

Replying to @denmeow

I am forever thankful to mutual aid bc they were there for me when I was blind, in pain and released from the jail after the cops beat me with batons and maced me multiple times. I was alone, scared and sad- then someone approached me offered me water...

12:35 PM · Dec 1, 2020 · Twitter for iPhone

6 Likes

💬      ⟲      ♡      ⬆️

👤 Tweet your reply

**denver** 🏳️ @denmeow · Dec 1, 2020    ···
Replying to @denmeow
and helped me with my wounds, they have continually showed me support through everything and I cannot thank them enough! Thank you! Thank you! Thank you!

💬      ⟲ 1      ♡ 6      ⬆️

**Relevant people**

**denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,671 Tweets

Trending in United States
**Patton Oswalt**
8,401 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

⛏ Digital Culture Inside 🌀 · Y
**How fans predicted Kylie Jenner's pregnancy months using her nail polish**

Show more

Terms of Service    Privacy Policy
Ads info    More ···    © 2021 Twit


**Luke DeSmet**    ···
@IowaDeSmet

https://twitter.com/denmeow/status/1333842127260889089

9/9/2021

denver 🏳️ on Twitter: "I am forever thankful to mutual aid bc they were there for me when I was blind, in pain and released from the jail...

🦋

Q  Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⋯ More

**Tweet**

👤 **Luke DeSmet**  ⋯
   @IowaDeSmet

https://twitter.com/denmeow/status/1333842127260889089

Defendants' Appendix 370

9/9/2021        denver 🔲🈲 on Twitter: "idk this might be crazy but have we thought about taking money out of police hands? idk if they need 40-50% of ...





https://twitter.com/denmeow/status/1334232493927624711

9/9/2021

denver 🇺🇸🏴 on Twitter: "DSM City Council is a joke. We need real leaders that represent our communities. We need leaders that are not ...



← **Thread**

**denver** 🇺🇸🏴
@denmeow

DSM City Council is a joke. We need real leaders that represent our communities. We need leaders that are not in bed with Mid-American and DMPD. There is pain all around us, and they are stabbing us where we need it. Schools. Housing. Food. Fighting Covid.

4:12 PM · Dec 2, 2020 · Twitter Web App

6 Likes

**Relevant people**

**denver** 🇺🇸🏴
@denmeow

| cat mom | hairstyli 🏴 | @peoplestown canvassing stan

**What's happening**

COVID-19 · 🔴LIVE
**COVID-19: Updates for the**
Trending with #Covid_19

Trending in United States
**Patton Oswalt**
6,996 Tweets

Politics · Trending
**Hunter Biden**
12.1K Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
Iowa

🅣 The Times 🅥 · 3 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Tweet your reply

**Luke DeSmet**
@IowaDeSmet

···

https://twitter.com/denmeow/status/1334259138180866049

**Defendants' Appendix 372**

1/1

9/9/2021    denver 🏴 on Twitter: "Crying because I spent the last of my $ on eggs and one of them is crack. Money insecurity is alive and well and…



← **Tweet**    🔍 Search Twitter

**denver** 🏴
@denmeow

Crying because I spent the last of my $ on eggs and one of them is crack. Money insecurity is alive and well and I think of the thousands of Iowans that are struggling the same & worse then me right now because we have a governor that misused 21mil from the cares fund.

3:53 PM · Dec 4, 2020 · Twitter for iPhone

**11** Likes

Tweet your reply

☰ Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
Lists
Profile
More

Tweet

**Relevant people**

**denver** 🏴
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

NFL · Trending
**Ja'Marr Chase**

Travel · Trending
**United Airlines**
9,813 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

⋯ Digital Culture Inside ⚫ · Y
**How fans predicted Kylie Jenner's pregnancy month using her nail polish**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit



**Luke DeSmet**
@IowaDeSmet    ···

Foote Twitter 2020 p.117    1/1

## Defendants' Appendix 373

9/9/2021                    denver 🏳 on Twitter: "couples that speak on city council meetings together 😬" / Twitter

← Thread                                                      🔍 Search Twitter

🏠 Home

\#  Explore        **denver** 🏳
                  @denmeow
🔔 Notifications
                  couples that speak on city council meetings together
✉ Messages        😬

🔖 Bookmarks       ┌──────────────────────────────────────────────────┐
                  │ 🌐 Des Moines People's Town Hall @peoplestownhall · Dec 7, 2020 │
📋 Lists           │ Jake Grobe speaks about climate justice and the disgusting comments made by │
                  │ Gatto and Westergaard. │
👤 Profile         │ Show this thread │
                  └──────────────────────────────────────────────────┘
⊙ More
                  6:09 PM · Dec 7, 2020 · Twitter Web App

                  10 Likes

    **Tweet**          ♡        ⟲        ♡        ⬆

                  👤  Tweet your reply

                  **denver** 🏳 @denmeow · Dec 7, 2020
                  Replying to @denmeow

                  ┌──────────────────────────────────────────────────┐
                  │ 🏛 **Iowa CCI** @iowacci · Dec 7, 2020 │
                  │ City Council member Linda Westergaard was asked if she supports a │
                  │ transition to 100% carbon free energy in DSM. Here's what she had to │
                  │ say. │
                  │ │
                  │ Does your council member support the 100% carbon free energy │
                  │ resolution? │
                  │ │
                  │ Call and email the Council with us: bit.ly/cleanenergydsm │
                  │ Show this thread │

**Relevant people**

**denver** 🏳
@denmeow
| cat mom | hairstyli
🏳 | @peoplestown
canvassing stan

**Des Moines Peopl**
@peoplestownhall
uplifting the voices
while shining a spot
and racism in Des N

**What's happening**

Movies · 6 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Politics · Trending
**Patton Oswalt**
6,996 Tweets

⚟ Digital Culture Inside 😬 · Ye
**How fans predicted Kylie Jenner's pregnancy months using her nail polish**

Entertainment · Trending
**Jonathan Groff**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit


Luke DeSmet
@IowaDeSmet   ···

https://twitter.com/denmeow/status/1336100548244860932

Foote Twitter 2020 p.118
**Defendants' Appendix 374**

1/1

9/9/2021

denver 🔲 📧 on Twitter: "Friendly reminder: they ruled me disruptive and muted my voice during the last meeting. Breaking their own rule ...



← Tweet

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

Tweet

denver 🔲📧
@denmeow

Friendly reminder: they ruled me disruptive and muted my voice during the last meeting. Breaking their own rule of the speaker having to be ruled twice. DSM Council continue to mute their constituents while they listen to corporations and where they can get money.

🌐 Des Moines People's Town Hall @peoplestownhall · Dec 7, 2020
Denver has a grilling of council and Des Moines in general
Show this thread

5:15 PM · Dec 7, 2020 · Twitter for iPhone

1 Retweet    11 Likes

Tweet your reply

Relevant people

denver 🔲📧 
@denmeow
| cat mom | hairstyli
📧 | @peoplestown
canvassing stan

Des Moines Peopl 
@peoplestownhall
uplifting the voices
while shining a spot
and racism in Des M

What's happening

Movies · 1 hour ago
The trailer for The Matrix Resurrections is here
Trending with Matrix, Morpheus

Sports · Trending
Ja'Marr Chase

Travel · Trending
United Airlines
9,839 Tweets

COVID-19 · LIVE
COVID-19: News and updat Iowa

🌐 POPSUGAR 🌐 · Yesterday
Meet the Emerging Black Designers to Debut on This Year's Harlem's Fashion Ro Runway

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit


Luke DeSmet   ···
@IowaDeSmet

Foote Twitter 2020 p.119   1/1
Defendants' Appendix 375

denver 🏳️🌈 on Twitter: "@Vanessa75421524 I'm going to burn down his front lawn" / Twitter



← **Tweet**

🔍 Search Twitter

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

**denver** 🏳️🌈
@denmeow

Replying to @nessa_breann

## I'm going to burn down his front lawn

6:43 PM · Dec 22, 2020 · Twitter for iPhone

Tweet your reply

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More

**Tweet**

**Relevant people**

**denver** 🏳️🌈
@denmeow
| cat mom | hairstyli
🏳️🌈 | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

🎬 POPSUGAR UK ☑ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number two**

Travel · Trending
**United Airlines**
10.1K Tweets

Trending in United States
**Patton Oswalt**
8,792 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet   ⋯

https://twitter.com/denmeow/status/1341544995283755008

**Defendants' Appendix 376**
1/1

9/9/2021     denver 🎭🏳️ on Twitter: "thank you to @peoplestownhall for their thread about the cities budget 'discussion' bc my slow ass struggles to f...



9/9/2021     denver 🏳️ on Twitter: "Des Moines police officers used their batons on me, cornering me, beating me so hard I thought they were going...



**Tweet**

← 

denver 🆔
@denmeow

Des Moines police officers used their batons on me, cornering me, beating me so hard I thought they were going to kill me. They did not have their body cams on. Other officers admitted to watching it happen & doing nothing. 'Public safety' Kk. Cool. Gotcha.

Des Moines People's Town Hall @peoplestownhall · Dec 22, 2020
Scott now addressing the "public safety" budget. note again, he is trying to cover that this is specifically DMPD. I don't think any of the people asking these questions would call cops "public safety". cops do not make us safe.
Show this thread

6:31 PM · Dec 22, 2020 · Twitter for iPhone

13 Retweets   1 Quote Tweet   40 Likes

Tweet your reply

**Relevant people**

denver 🆔
@denmeow
| cat mom | hairstyli
🆔 | @peoplestown
canvassing stan

Des Moines Peopl
@peoplestownhall
uplifting the voices
while shining a spot
and racism in Des M

**What's happening**

Movies · 1 hour ago
The trailer for The Matrix Resurrections is here
Trending with Matrix, Morpheus

Travel · Trending
United Airlines
10K Tweets

The Times 📰 · 5 hours ago
Afghanistan: "My family is starving, I have to sell my daughter"

Music · Trending
jaehyun
238K Tweets

COVID-19 · LIVE
COVID-19: News and updat
Iowa

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet

9/9/2021                 denver 🏛🏁 on Twitter: "seems like #BlueLivesMatter only when it's police beating on bipoc folks" / Twitter





Foote Twitter 2021 p.1    1/1

Defendants' Appendix 379



9/9/2021

denver 🏳️ on Twitter: "Also people comparing this to the BLM protests, trump ordered police to attack peaceful protesters, police are ra...

← Thread                                    🔍 Search Twitter

**denver 🏳️** @denmeow · Jan 6    •••
Over 80% of police support Trump, this has been planned weeks in
advance- so I'm not sure why people are surprised that the cops are
working with them.



🐦 mye belova-cazo I @jihanblt · Jan 6
THEY LITERALLY JUST LET THEM THROUGH
Show this thread

0:11  38.9M views

💬 1          🔁 11          ♡ 41          ⬆️

**denver 🏳️**
@denmeow

Replying to @denmeow

Also people comparing this to the BLM protests, trump
ordered police to attack peaceful protesters, police are
racist to their slavery roundup core. idk yall don't be
too surprised just start planning.

3:29 PM · Jan 6, 2021 · Twitter for iPhone

6 Likes

💬          🔁          ♡          ⬆️

👤  Tweet your reply                              Reply

**Relevant people**

👤 **denver 🏳️**
   @denmeow
   | cat mom | hairstyli
   🏳️ | @peoplestown
   canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
10K Tweets

Trending in United States
**Patton Oswalt**
8,702 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

🕐 The Times 📰 · 5 hours ago
**Afghanistan: "My family is
starving, I have to sell my
daughter"**

Show more

Terms of Service  Privacy Policy
Ads Info  More •••  © 2021 Twit

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

👤 Luke DeSmet  •••
   @IowaDeSmet

https://twitter.com/denmeow/status/1346931915866001410

9/9/2021

denver 🖼️ 🏴 on Twitter: "Also people comparing this to the BLM protests, trump ordered police to attack peaceful protesters, police are ra...

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📑 Lists

👤 Profile

⋯ More

**Tweet**



**Luke DeSmet**
@IowaDeSmet    ⋯

Foote Twitter 2021 p.3
**Defendants' Appendix 381**



Foote Twitter 2021 p.4

Defendants' Appendix 382

1/1

← **Tweet**    🔍 Search Twitter

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

**Tweet**

denver 🏳️
@denmeow    ⋯

The saying "back the blue" is inherently racist.
'Backing' 'supporting' PROTECTING the police is racist
at its core.  @KimReynoldsIA is not even covering up
her blatant disregard for BIPOC lives any more. She
needs to be removed from office. She needs a reality
check.

> 🛡 Polk County Sheriff Jaylen Cavil ☑ @jaylencavil · Jan 13
> Governor Reynolds has proposed legislation that appears to be targeted directly
> against BLM…
>
> The "Back the Blue Act" is disgusting and @KimReynoldsIA is a white
> supremacist.
>
> ### Ensuring Strong, Safe Communities
>
> Iowans have a unique ability to come together and resolve tough issues that could otherwise divide us. Respecting our differences, we can find common ground, work to end injustice and keep the peace. We are more alike than we are different, and together we can create positive, productive change.
>
> ❷ **More Perfect Union Act**
> On June 12, 2020, Governor Reynolds signed the More Perfect Union Act into law just hours after lawmakers in both the House and Senate unanimously approved it. The package of policing reforms was aimed to prevent violence between police and communities and address racial injustices.
> • Bans law enforcement from using chokeholds, except to prevent deadly force.
> • Strengthens requirements for anti-bias and de-escalation training, and certification of officers.
>
> ❷ **Back the Blue Act**
> Law enforcement officers take an oath of honor to serve their communities, and willingly put themselves in harm's way to protect lives and properly every day. In return, we must do our part to protect and defend them.
> This year, Governor Reynolds is proposing legislation that calls for tougher penalties on those who harm law enforcement or cause chaos in their community.
> • Officers shall have the right to pursue civil remedies against a person that injures them for

10:38 AM · Jan 14, 2021 · Twitter for iPhone

**3** Retweets   **6** Likes

🗨     🔁     ♡     

Tweet your reply

**Relevant people**

 denver 🏳️
@denmeow
I cat mom I hairstyli
🏳️ I @peoplestown
canvassing stan

 Kim Reynolds ✓
@KimReynoldsIA
Mom, wife, grandm
and rural Iowan. Ho
your Governor. #Ke

 Polk County Sheri
@jaylencavil
Black Liberation. D
@UnivOfKansas Alu

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
10K Tweets

🅢 San Francisco Chroni ✓ · Y
**A foil-wrapped home surviv
the Caldor Fire even as
everything around it burne
Here's how**

Music · Trending
**jaehyun**
236K Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

Luke DeSmet
@IowaDeSmet    ⋯

Foote Twitter 2021 p.5
**Defendants' Appendix 383**

1/1

9/9/2021    denver 🔧🏳️ on Twitter: "researching lawsuits against the dmpd bc what happened to me, was not a singular event, it had to be an officer...



Foote Twitter 2021 p.6

# Defendants' Appendix 384

1/1

9/9/2021        denver 🏳️‍🌈 on Twitter: "The blatant disregard city council has for their constituents to continue to uphold the police state is unbelievable....



← **Tweet**                                    🔍 Search Twitter

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**


denver 🏳️‍🌈
@denmeow                                    ···

The blatant disregard city council has for their
constituents to continue to uphold the police state is
unbelievable.

> 🦝 Polk County Sheriff Jaylen Cavil 🏴 @jaylencavil · Jan 21
> The DSM city council set up a marijuana task force in order to make cannabis
> the lowest law enforcement priority. Now they are saying they can't do anything
> about it unless state or federal laws change, this is bullshit. They are letting
> police chief Dana Wingert call the shots.
>
> ★ Roll Call Number                              Agenda Item Number
>                                                        58
> Date_____January 25, 2021_____
>
>      DIRECTING THE CITY MANAGER AND CITY ATTORNEY TO DRAFT AN
>   ORDINANCE AMENDING THE MUNICIPAL CODE CONCERNING MARIJUANA
>    FOR CITY COUNCIL REVIEW SHOULD CHANGES IN FEDERAL OR STATE LAW
>                    PERMIT ADOPTION OF SUCH AN ORDINANCE
>
>    WHEREAS, the Mayor and City Council created a Marijuana Task Force to, among other
>    responsibilities, review city policies, state law and City Code related to marijuana and the
>    elimination of any criminalization of marijuana in the City Code; and,
>
>    WHEREAS, federal law currently makes the possession of marijuana illegal and state law makes
>    even the possession of marijuana for personal use a serious misdemeanor and the City is
>    powerless under state and federal law from making possession for personal use a municipal
>    infraction or other civil penalty; and,
>
>    WHEREAS, the Mayor and City Council believe that Des Moines residents would be better

10:26 PM · Jan 21, 2021 · Twitter for iPhone

**1** Retweet  **10** Likes

   ♡              ⟲              ♡              ⬆

 Tweet your reply                              

**Relevant people**


denver 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan


Polk County Sheri
@jaylencavil
Black Liberation. D
@UnivOfKansas Al

**What's happening**

COVID-19 · 🔴 LIVE
**COVID-19: Updates for the**
Trending with #Covid_19

Politics · Trending
**Patton Oswalt**
7,052 Tweets

🔵 The Telegraph ✓ · Last nigh
**Have you got 'superhuman
immunity'? How getting do
jabbed after a Covid infect
may turbo-charge the imm
system**

🔵 The Times ✓ · 3 hours ago
**Afghanistan: "My family is
starving, I have to sell my
daughter"**

Travel · Trending
**United Airlines**
8,452 Tweets

Show more

Terms of Service · Privacy Policy
Ads info   More ···   © 2021 Twit


Luke DeSmet       ···
@IowaDeSmet

Foote Twitter 2021 p.7                1/1
**Defendants' Appendix 385**

9/9/2021    denver  on Twitter: "City council takes their silencing of constituents farther, not allowing to know how much time you have to speak, ...

← **Tweet**    🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⚫ More

**Tweet**

 **denver** 🏳 **@denmeow**    ...

City council takes their silencing of constituents farther, not allowing to know how much time you have to speak, announcing it on the spot at the meeting Is this because they are having hearings on the 2022 budget and this also includes funding for the police state they uphold?

 **Cmelik, P. Kay**    ↰
to me
3 hours ago  Details

Thank you for your request to speak.  You will be on the February 8, 2021, please watch for the agenda to be posted on https://www.dsm.city/government/council_meetings_and_agendas/index.php  It is your responsibility to obtain the zoom information from the website.  You will also find your speaking position on the agenda. The meeting starts at 4:30 p.m.

Speaking times will be posted at the meeting. No further information will be provided.  Thank you again.

Kay

11:50 AM · Feb 2, 2021 · Twitter for iPhone

**10** Retweets  **1** Quote Tweet  **16** Likes

💬            ⟲            ♡            ⬆

 Tweet your reply    

**Relevant people**

 **denver** 🏳
**@denmeow**
| cat mom | hairstyli
🏳 | @peoplestown
canvassing stan

**What's happening**

COVID-19 · 🔴LIVE
**COVID-19: Updates for the**
Trending with #Covid_19

Trending in United States
**Patton Oswalt**
7,052 Tweets

🎨 Digital Culture Inside🌐 · Yr
**How fans predicted Kylie Jenner's pregnancy month: using her nail polish**

Entertainment · Trending
**Jonathan Groff**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

 **Luke DeSmet**    ···
**@IowaDeSmet**

https://twitter.com/denmeow/status/1356661383589486592

Defendants' Appendix 386

9/9/2021

denver 🎀 on Twitter: "City Council does not protect the people of Des Moines, leaving police unchecked and protecting them is detrim…





Foote Twitter 2021 p.9

**Defendants' Appendix 387**

1/1

9/9/2021

denver ⬜🏳 on Twitter: "can't sleep haha can't sleep" / Twitter



← **Tweet**

🔍 Search Twitter

⌂ Home

 **denver** 🔢▱
@denmeow

···

# Explore

can't sleep haha can't sleep

🔔 Notifications

2:25 AM · Feb 22, 2020 · Twitter for iPhone

✉ Messages

1 Like

🔖 Bookmarks

☰ Lists

💬      ⟲      ♡      ⬆

👤 Profile

 **Tweet your reply**



⊙ More

**Brogan Casper** @BroganCasper · Feb 22, 2020
Replying to @denmeow
Tfw the Nevada caucuses are tomorrow and you can't sleep even though
you are extremely tired

**Tweet**



💬      ⟲      ♡ 1      ⬆

**Relevant people**

 **denver** 🔢▱
@denmeow
| cat mom | hairstyli
🔢 | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,867 Tweets

Ⓒ San Francisco Chroni Ⓦ · Y
**A foil-wrapped home survi
the Caldor Fire even as
everything around it burne
Here's how**

Trending in United States
**Highly Questionable**

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

Luke DeSmet
@IowaDeSmet

···

https://twitter.com/denmeow/status/1231132831654596608

9/9/2021

Case 4:21-cv-00043-SBJ     Document 35-2     Filed 12/27/21     Page 389 of 1148

denver 🏳 on Twitter: "@ronniejamesiii Yeah? Well here's a good update!! It got moved to federal court so now I'm just waiting for a trai…

🐦

**Tweet**

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⊙ More

**Tweet**

← **Tweet**

**denver 🏳** @denmeow · Feb 23
Do you know how hard it is to NOT belt out to Supertramp 🎵 ty sinusitis

💬 1      🔁      ♡ 3      ⬆

**Ronnie James** @ronniejamesiii · Feb 23
I talked about your lawsuit in torts class tonight.

💬 1      🔁      ♡ 1      ⬆

**denver 🏳**
@denmeow

Replying to @ronniejamesiii

Yeah? Well here's a good update!! It got moved to
federal court so now I'm just waiting for a trail date,
trail by jury. The cops were fighting to get it dismissed
😂

9:40 PM · Feb 23, 2021 · Twitter for iPhone

5 Likes

💬      🔁      ♡      ⬆

⊙  Tweet your reply

**Ronnie James** @ronniejamesiii · Feb 23
Replying to @denmeow
Thats dope!

💬      🔁      ♡ 1      ⬆

**Relevant people**

**denver 🏳**
@denmeow
| cat mom | hairstyli
🏳 | @peoplestown
canvassing stan

**Ronnie James**
@ronniejamesiii
Class (War) Clown,
@dsm_mutual_aid,
Administrations @p
law student

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
10.2K Tweets

🅟 POPSUGAR UK 🅟 · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Football · Trending
**Ja'Marr Chase**
1,034 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service  Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet      ···

9/9/2021

denver 🗽🏳️‍🌈 on Twitter: "@ronniejamesiii Yeah? Well here's a good update!! It got moved to federal court so now I'm just waiting for a trai...

🐦

🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

Tweet

**Luke DeSmet**    ⋯
@IowaDeSmet

https://twitter.com/denmeow/status/1364419970088792070

Defendants' Appendix 390

9/9/2021

denver  on Twitter: "!!THIS COMING MONDAY!! I helped organize this PTH and I know you won't be disappointed! Come listen to vo...



## Home

# Explore

## Notifications

## Messages

## Bookmarks

## Lists

## Profile

## More

**Tweet**

← **Tweet**

🔍 Search Twitter

 denver 🏳️‍🌈
@denmeow

···

**‼️ THIS COMING MONDAY ‼️**
I helped organize this PTH and I know you won't be disappointed! Come listen to voices of our neighbors, our communities and our city.

🏛️ Des Moines People's Town Hall @peoplestownhall · Feb 23
📅 Mark your calendars! This coming Monday, March 1st, we will be hosting our next virtual town hall event! Help us spread the word, and stay tuned for speaker announcements soon!



ENVISIONING A
BRIGHTER
DES MOINES

MONDAY
MARCH 1ST
5 PM

7:26 PM · Feb 23, 2021 · Twitter for iPhone

**1** Retweet   **10** Likes

   Tweet your reply



**Relevant people**

 denver 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

 Des Moines Peopl
@peoplestownhall
uplifting the voices
while shining a spot
and racism in Des M

**What's happening**

Movies · 37 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,077 Tweets

San Francisco Chroni 📰 · Ye
**A foil-wrapped home surviv the Caldor Fire even as everything around it burne Here's how**

Entertainment · Trending
**Howard Stern**
17.6K Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

 Luke DeSmet
@IowaDeSmet   ···

Foote Twitter 2021 p.13
**Defendants' Appendix 391**

1/1

9/9/2021
denver 🏳️ on Twitter: "‼️DEAD LINE TODAY @ 5PM ‼️ Sign up, speak up. DMPD does not deserve more funding. DMPD is bankrupting…



9/9/2021

denver 🏳️ 📣 on Twitter: "@frolferguy420 wow we really had the whole thing planned out and what, decided not to do it? I guess the city ...

Q  Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**denver** 🏳️ 📣 @denmeow · Mar 5
so much of des moines history is being lost bc people can't stop building parking lots

💬 2    🔁 19    ♡ 188    ⬆️

**denver** 🏳️ 📣 @denmeow · Mar 5
A fine example. How cool would it be if we supported rail again?



💬 1    🔁 2    ♡ 25    ⬆️

**Meat freezer (next to the gun safe)** @frolferguy420 · Mar 5

← **Tweet**

**denver** 🏳️ 📣
@denmeow

Replying to @frolferguy420

wow we really had the whole thing planned out and what, decided not to do it? I guess the city makes (precovid) more $$ w parking garages, but not having reliable clean transportation is rlly detrimental to our health. This is interesting!! Thanks

1:52 PM · Mar 5, 2021 · Twitter Web App

**2 Likes**

💬    🔁    ♡    ⬆️

👤 Tweet your reply

**Relevant people**

**denver** 🏳️ 📣
@denmeow
| cat mom | hairstyli 🏳️ | @peoplestown canvassing stan

**Meat freezer (next**
@frolferguy420
Political junkie.

**What's happening**

Movies · 41 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,140 Tweets

Trending in United States
**New World Order**
Unfounded claims about the Order' conspiracy theory are Australian governmental offi expression during a press co Thursday
48.3K Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

**Luke DeSmet**
@IowaDeSmet
...

Foote Twitter 2021 p.15

**Defendants' Appendix 393**

9/9/2021

denver 🐦 📰 on Twitter: "@frolferguy420 wow we really had the whole thing planned out and what, decided not to do it? I guess the city ...

🐦

Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

Lists

Profile

More

Tweet

Q Search Twitter

**immunity'? How getting do
jabbed after a Covid infect
may turbo-charge the imm
system**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet    ⋯

Foote Twitter 2021 p.16
# Defendants' Appendix 394

denver 🐱🏳️ on Twitter: "one of the officers named in my lawsuit is featured on the show 'cops' lol" / Twitter



← **Tweet**

**denver** 🐱🏳️
@denmeow

one of the officers named in my lawsuit is featured on the show 'cops' lol

7:11 PM · Mar 5, 2021 · Twitter Web App

**19 Likes**

Tweet your reply

**ludo** 🏳️ @ludovica_rose · Mar 5
Replying to @denmeow
🐱

♡ 2

**Relevant people**

**denver** 🐱🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Football · Trending
**Ja'Marr Chase**
1,034 Tweets

Travel · Trending
**United Airlines**
10.2K Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

⊙ POPSUGAR UK ⊘ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet   ···

https://twitter.com/denmeow/status/1368006214479720450

Defendants' Appendix 395

9/9/2021    denver 🈂️🏳 on Twitter: "⛏🛠‼Support 4 Andrea : solidarity w freedom of the press, if ur available come down to the drake law clinic and s...





Foote Twitter 2021 p.18

**Defendants' Appendix 396**

9/9/2021    denver 🈂️🏳️ on Twitter: "I grew up continually compared to an Asian porn star, being made fun of my eyes and my skin tone. The beginni…



**Tweet**

**denver** 🈂️🔲
@denmeow

I grew up continually compared to an Asian porn star, being made fun of my eyes and my skin tone. The beginning of the pandemic a white couple followed me around Walgreens saying racist remarks.
I feel like I am grieving and processing what happed.
Check up on your AAPI friends.

12:50 PM · Mar 18, 2021 · Twitter Web App

**14 Likes**

Tweet your reply

**Relevant people**

**denver** 🈂️🔲
@denmeow
| cat mom | hairstyli
🔲 | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with John Wick, Matrix

Football · Trending
**Ja'Marr Chase**
1,108 Tweets

Trending in United States
**Highly Questionable**

— Digital Culture Inside ⊕ · Y
**How fans predicted Kylie Jenner's pregnancy months using her nail polish**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit



**Luke DeSmet**
@IowaDeSmet   ···

9/9/2021                     denver 🔲🏳 on Twitter: "!!! My lawsuit officially has a trial date !!!" / Twitter



Foote Twitter 2021 p.20

# Defendants' Appendix 398

https://twitter.com/denmeow/status/1372938088708706304



9/9/2021

denver 🏳️ on Twitter: "Call Scott Sanders at 515-283-4141 and tell him: remove Michael Fong from the de-escalation training!!" / Twitter



# Defendants' Appendix 399

https://twitter.com/denmeow/status/1374751085462749184

Case 4:21-cv-00043-SBJ    Document 35-2    Filed 12/27/21    Page 400 of 1148

9/9/2021
denver 🖼️🏳️ on Twitter: "me deciding to do an interview about my experience w police early in the day not thinking that its going to ruin m...



← **Tweet**          🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

denver 🖼️📧
@denmeow

me deciding to do an interview about my experience w police early in the day not thinking that its going to ruin my day



12:38 PM · Apr 1, 2021 · Twitter Web App

**11** Likes

💬          🔁          ♡          ⬆️

👤  Tweet your reply

👤  **Adam Callanan** @CallananAdam · Apr 1
    Replying to @denmeow
    sending love & vibes your way 🖤
    💬 1          🔁          ♡ 1          ⬆️

👤  denver 🖼️📧 @denmeow · Apr 1
    🖤🖤🖤 Healing from trauma is a work in progress always, just going to give myself extra space today and maybe eat some tacos!!!
    💬          🔁          ♡ 1          ⬆️

**Relevant people**

denver 🖼️📧
@denmeow
| cat mom | hairstyli
🖼️ | @peoplestown
canvassing stan

**What's happening**

Sports · This morning
**The USMNT beat Honduras**
**World Cup qualifier**
Trending with #USMNT

Trending in United States
**Highly Questionable**

Music · Trending
**jaehyun**
233K Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

ⓒ San Francisco Chroni🅒 · Ye
**A foil-wrapped home survi**
**the Caldor Fire even as**
**everything around it burne**
**Here's how**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

👤  **Luke DeSmet**
    @IowaDeSmet    ···

https://twitter.com/denmeow/status/1377676832611446790

9/9/2021    denver 🏴 on Twitter: "me deciding to do an interview about my experience w police early in the day not thinking that its going to ruin m...

🐦    Q  Search Twitter

⌂  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

▤  Lists

⚇  Profile

⊙  More

**Tweet**

👤 **Luke DeSmet**    ···
@IowaDeSmet

Foote Twitter 2021 p.23
Defendants' Appendix 401

2/2

9/9/2021                    denver 🎃📣 on Twitter: "'towards a more transparent and accountable city government" but won't allow public comment ! " / Twitter



🐦                        ←   **Tweet**                    🔍   Search Twitter

⌂  Home                       denver 🎃📣                    ···        **Relevant people**
                              @denmeow
#  Explore                                                            denver 🎃📣
                          "towards a more transparent and accountable city                @denmeow
⌂  Notifications          government"                                 | cat mom | hairstyli
                          but won't allow public comment !            🎃 | @peoplestown
✉  Messages                                                           canvassing stan

🔖  Bookmarks             🌐 Josh Mandelbaum @Josh_Mandelbaum · Apr 5          Josh Mandelbaum
                          This conflict of interest policy is a step towards a more transparent and     @Josh_Mandelbaum
▤  Lists                  accountable city government. We should further narrow the exceptions in the    Iowan, husband, da
                          policy to make it stronger. twitter.com/shelbyfleig/st...   lawyer, Council Mer
⚇  Profile                                                           Des Moines Ward 3
                          10:50 AM · Apr 5, 2021 · Twitter for iPhone
⊙  More
                          1 Quote Tweet   9 Likes               **What's happening**

    **Tweet**                ♡           ⟲           ♡           ⬆       Movies · 41 minutes ago
                                                                        **The trailer for The Matrix
                          🌐  Tweet your reply                           Resurrections is here**
                                                                        Trending with Matrix, Morpheus

                                                                        Travel · Trending
                                                                        **United Airlines**
                                                                        9,187 Tweets

                                                                        Trending in United States
                                                                        **Congrats Jeff**

                                                                        COVID-19 · LIVE
                                                                        **COVID-19: News and updat
                                                                        Iowa**

                                                                        🌐 POPSUGAR UK 🌐 · Yesterd
                                                                        **Kylie Jenner and Travis Sco
                                                                        expecting baby number tw**

                                                                        Show more

                                                                        Terms of Service   Privacy Policy
                                                                        Ads info   More ···   © 2021 Twit

🌐  Luke DeSmet      ···
    @IowaDeSmet
https://twitter.com/denmeow/status/1379099923626080657

9/9/2021

denver 🏳️ on Twitter: "This is ridiculous. Des Moines City Council breaks open meeting laws practically every council meeting." / Twitter



← Tweet

🔍 Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**denver** 🏳️
@denmeow

This is ridiculous.
Des Moines City Council breaks open meeting laws
practically every council meeting.

🔵 **Polk County Sheriff Jaylen Cavil** ✅ @jaylencavil · Apr 5
Can't wait to receive a lifetime ban from DSM City Council meetings.

Might need some help on this, @ACLUIowa.

**Relevant people**



**denver** 🏳️
@denmeow
I cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**Polk County Sheri**
@jaylencavil
Black Liberation. D
@UnivOfKansas Al



**ACLU of Iowa**
@ACLUIowa
Prizing liberties & m
since 1935

**What's happening**

Movies · 42 minutes ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Trending in United States
**Highly Questionable**

🌐 The Telegraph ✅ · Last nigh
**Have you got 'superhuman
immunity'? How getting do
jabbed after a Covid infect
may turbo-charge the immi
system**

Entertainment · Trending
**Howard Stern**
17.9K Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

) ask the council to

ling or banning the most

m rule breakers from

12:54 PM · Apr 5, 2021 · Twitter for iPhone

**3** Retweets  **15** Likes

💬          ⟲          ♡          ⬆️

Tweet your reply

Luke DeSmet
@IowaDeSmet  ···

Foote Twitter 2021 p.25
**Defendants' Appendix 403**
1/1

9/9/2021

denver  on Twitter: "A literal statement of violence towards Des Moines. City council does not work for Scott Sanders and they need …



← **Tweet**    🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

◉ More

**Tweet**

denver 
@denmeow

A literal statement of violence towards Des Moines. City council does not work for Scott Sanders and they need to do the bare minimum- speak against this vile statement. If council sits silent again it will further divide them and the people they are suppose to be representing.

**Relevant people**

 denver 🐾
@denmeow
| cat mom | hairstyli
🐾 | @peoplestown
canvassing stan

 Des Moines Peopl
@peoplestownhall
uplifting the voices
while shining a spot
and racism in Des M

 Iowa CCI
@iowacci
Iowa Citizens for C
Improvement has b
social, economic, e
racial justice since

---

Des Moines People's Town Hall @peoplestownhall · Apr 15
‼️ an email from Scott Sanders to City Council defending the violent officers in charge of "de-escalation" training was just released by @iowacci

read the full email here:
docs.google.com/document/d/e/2…
Show this thread

For nearly a month, CCI members and community allies have been calling on Des Moines City Council, Police Chief Dana Wingert, and City Manager Scott Sanders to remove Michael Fong and Sean O'Neill from DMPD's de-escalation training due to their ~~de-escalation history~~ act or brutality against community members.

On Tuesday, we finally got a response

...when he and former Sergeant Greg Wessels "attacked Dustin Burnikel in downtown Des Moines."

According to Paul Parizek, part of Fong's training was provided by Force Science Institute, a pseudoscience organization that ...

even when they're running away.

---

**What's happening**

Movies · 41 minutes ago
The trailer for The Matrix Resurrections is here
Trending with Matrix, Morpheus

Trending in United States
Congrats Jeff

Travel · Trending
United Airlines
9,187 Tweets

COVID-19 · LIVE
COVID-19: News and updat
Iowa

🅑 Bloomberg Quicktake 🅥 · Yo
WHO chief urges a halt to C
booster shots

Show more

3:30 PM · Apr 15, 2021 · Twitter for iPhone

12 Retweets    1 Quote Tweet    16 Likes

💬          ⇄          ♡          ⬆️

 Tweet your reply

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

 Luke DeSmet
···
@IowaDeSmet

Foote Twitter 2021 p.26
**Defendants' Appendix 404**

1/1

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

← **Tweet**                    🔍 Search Twitter

**denver** ⬛🏴
@denmeow                    ...

The officers that brutalized me came forward. Their statements are so gut wrenching. I've never felt so much anger.
No matter what they say does not make it ok to beat an 100lb woman. I refuse to be silent.
I still feel the pain from their beating everyday and they feel nothing

10:08 AM · Apr 18, 2021 · Twitter for iPhone

**11** Retweets  **3** Quote Tweets  **135** Likes

💬        🔁        ♡        ⬆️

🐵  Tweet your reply



Brad Wiesenmayer 🐻 @bradical31 · Apr 18    ...
Replying to @denmeow
Sending you love and strength today 💚💚💚

💬        🔁        ♡ **5**        ⬆️



kel @kel_basa · Apr 18    ...
Replying to @denmeow
I love you so much and am projecting that love 120 miles south

💬        🔁        ♡ **1**        ⬆️



Paul Borneo @borneo_paul · Apr 18    ...
Replying to @denmeow and @ABS30137019
Sorry to hear of this. You deserve justice.

💬        🔁        ♡ **1**        ⬆️

**More Replies**



James 4real @James51472725 · Apr 18    ...
Replying to @denmeow
"Brutalized" 😂

💬        🔁        ♡        ⬆️



**Relevant people**

**denver** ⬛🏴
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,671 Tweets

Trending in United States
**Congrats Jeff**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Ⓟ POPSUGAR UK 🅟 · Yesterd
**Kylie Jenner and Travis Sco expecting baby number tw**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit



Luke DeSmet    ···
@IowaDeSmet

https://twitter.com/denmeow/status/1383799544735932424

**Defendants' Appendix 405**

9/9/2021

denver 🏴 on Twitter: "The officers that brutalized me came forward. Their statements are so gut wrenching. I've never felt so much an...

🐦

🔍  Search Twitter

🏠  Home

#️⃣  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

🗒️  Lists

👤  Profile

⋯  More

**Tweet**

**Luke DeSmet**  ⋯
@IowaDeSmet

https://twitter.com/denmeow/status/1383799544735932424

Foote Twitter 2021 p.28

# Defendants' Appendix 406

9/9/2021     denver 🏳️‍🌈 on Twitter: "Took a much needed day off to disconnect. Cat adventures, van naps and good snacks. Self care is activism. htt…



← **Tweet**    🔍 Search Twitter

🐦

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⋯ More

**Tweet**

 **denver 🏳️‍🌈**
@denmeow    ⋯

Took a much needed day off to disconnect. Cat adventures, van naps and good snacks. Self care is activism.



9:15 PM · Apr 18, 2021 · Twitter for iPhone

**1** Quote Tweet    **23** Likes

💬        🔁        ♡        ⬆️

 Tweet your reply    

**kel** @kel_basa · Apr 20
Replying to @denmeow
@grobewankenobi in the Pooky Pookalooza shirt 🐱🐱🐱🐱 you both received many shoutouts

💬 1        🔁        ♡ 2        ⬆️

**denver 🏳️‍🌈** @denmeow · Apr 20
We were there in spirit!!!

💬        🔁        ♡ 1        ⬆️

**Jake Grobe** @grobewankenobi · Apr 18
Replying to @denmeow
Little catty passed out in our laps on the way back



💬        🔁        ♡ 3        ⬆️

 **Luke DeSmet**
@IowaDeSmet    ⋯

**Relevant people**

 **denver 🏳️‍🌈**
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Trending in United States
**Patton Oswalt**
9,048 Tweets

🕐 The Times 🌀 · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

 Digital Culture Inside 🌀 · Y
**How fans predicted Kylie Jenner's pregnancy months using her nail polish**

Trending in United States
**Highly Questionable**

Show more

Terms of Service · Privacy Policy
Ads info · More ⋯ · © 2021 Twit

Foote Twitter 2021 p.29
**Defendants' Appendix 407**

9/9/2021     denver 🏳️ 📷 on Twitter: "Took a much needed day off to disconnect. Cat adventures, van naps and good snacks. Self care is activism. htt…

🐦                                                          🔍  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

🗒️  Lists

👤  Profile

⋯  More

**Tweet**



**Luke DeSmet**
@IowaDeSmet          ⋯

https://twitter.com/denmeow/status/1383967553819537415

9/9/2021

denver 🏳️‍🌈 on Twitter: "Consider helping me by sending $ to my Venmo: @denmeow &amp; watch out for my suit next year- to support ...

← **Thread**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

💬 Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**denver** 🏳️‍🌈 @denmeow · Apr 18

People have been asking me how they can support.
Therapy is expensive, and finding a good therapist is harder. I've had the same therapist since the attack happened but I'm falling behind on payments. (cont.)

> 🏳️ **denver** 🏳️‍🌈 @denmeow · Apr 18
> The officers that brutalized me came forward. Their statements are so gut wrenching. I've never felt so much anger.
> No matter what they say does not make it ok to beat an 100lb woman. I refuse to be silent.
> I still feel the pain from their beating everyday and they feel nothing

💬 1        🔁 17        ♡ 26        ⬆️

**denver** 🏳️‍🌈
@denmeow

Replying to @denmeow

Consider helping me by sending $ to my Venmo:
@denmeow
& watch out for my suit next year- to support me in that journey, because it's been hard as fuck and it's only going to get harder.
People should not have to worry about money on top of healing from trauma #MedicareForAll

9:29 PM · Apr 18, 2021 · Twitter for iPhone

3 Retweets    8 Likes

💬        🔁        ♡        ⬆️

🧑 Tweet your reply                                     Reply

### Relevant people

**denver** 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

### What's happening

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,788 Tweets

🗞️ San Francisco Chron 🗞️ · Y
A foil-wrapped home survi
the Caldor Fire even as
everything around it burne
Here's how

Trending in United States
**Patton Oswalt**
8,472 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ⋯  © 2021 Twit


**Luke DeSmet**
@IowaDeSmet        ⋯

https://twitter.com/denmeow/status/1383970946940166157

9/9/2021

denver 🏳️ on Twitter: "Thank you everyone who has shared and sent funds 🖤 I've been able to cover two therapy sessions, catch up ...

🐦

← **Thread**    🔍 Search Twitter

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**denver** 🏳️
@denmeow    ...

Thank you everyone who has shared and sent funds 🖤 I've been able to cover two therapy sessions, catch up and schedule a future appointment for the re-traumatization their statements gave me.

> **denver** @denmeow · Apr 18
> People have been asking me how they can support.
> Therapy is expensive, and finding a good therapist is harder. I've had the same therapist since the attack happened but i'm falling behind on payments. (cont.)
> twitter.com/denmeow/status...
> Show this thread

2:15 PM · Apr 20, 2021 · Twitter for iPhone

1 Retweet    11 Likes

💬        ♻️        ♡        ⬆️

Tweet your reply

**denver** 🏳️ @denmeow · Apr 20    ...
Replying to @denmeow
I also want to note that my therapist would not stop seeing me due to funds, they are amazing, but being behind makes me not want to pile up more debt, so I temporarily paused until I could catch up. 😔

💬        ♻️        ♡ 3        ⬆️

**Relevant people**

**denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,610 Tweets

🎨 Digital Culture Inside🌐 · Ye
**How fans predicted Kylie Jenner's pregnancy months using her nail polish**

Trending in United States
**Highly Questionable**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit



**Luke DeSmet**
@IowaDeSmet    ···

https://twitter.com/denmeow/status/1384586542975422465

denver 🏳️‍🌈📢 on Twitter: "Thank you everyone who has shared and sent funds ♡ I've been able to cover two therapy sessions, catch up ...

🔍 Search Twitter

- ⌂ Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- 🗎 Lists
- 👤 Profile
- ⋯ More

**Tweet**

**Luke DeSmet**
@IowaDeSmet  ⋯

Foote Twitter 2021 p.33

**Defendants' Appendix 411**



🐦

Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⚫ More

**Tweet**

← **Thread**

🔍 Search Twitter

denver 🇺🇸
@denmeow                                    ···

⚠️We have a extra week to sign up to speak at the next council meeting!
City Council is feeling the heat from people continually speaking up, and showing up. They cannot silence us and we need to keep applying the pressure to get the DSM we NEED!
Tinyurl.com/435naend

Deadline: Tuesday, May 4, 5PM
SIGN UP TO SPEAK AT THE NEXT COUNCIL MEETING
https://tinyurl.com/435naend
Next meeting: Monday, May 10 4:30 PM

BACK THE BLACK
DEMANDS
· TERMINATE ALL RACISTS
IDENTIFY + FIRE ALL DMPD OFFICERS WITH VIOLENT RECORDS AND FIRE SCOTT SANDERS + DANA WINGERT
· LEGALIZE + DECRIMINALIZE
CITY COUNCIL MUST ACT ON CANNABIS TASK FORCE
· DEFUND AND ABOLISH POLICE
DIAA KAFI
DAUNTE WRIGHT   ADAM TOLEDO   ANTHONY THOMPSON

2:47 PM · Apr 26, 2021 · Twitter for iPhone

7 Retweets   5 Likes

💬           🔁           ♡           ⬆️

👤   Tweet your reply                              Reply

denver 🇺🇸 @denmeow · Apr 26                     ···
Replying to @denmeow
But just because we have an extra week, don't put it off! Sign up before you forget! And if you need help coming up with what to say, I am here for support and so is @peoplestownhall 💜

💬           🔁           ♡ 1           ⬆️

This Tweet is from a suspended account. Learn more

denver 🇺🇸 @denmeow · Apr 26                     ···
May 10th for the date !

💬 3           🔁           ♡           ⬆️

Show replies

## Relevant people

denver 🇺🇸
@denmeow
| cat mom | hairstyli
🇺🇸 | @peoplestown
canvassing stan

## What's happening

Movies · 43 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,228 Tweets

Trending in United States
**Congrats Jeff**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

🔵 The Telegraph ☑️ · Last nigh
**Have you got 'superhuman immunity'? How getting do jabbed after a Covid infect may turbo-charge the immu system**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet     ···

9/9/2021

denver 🏴 on Twitter: "🔔We have a extra week to sign up to speak at the next council meeting! City Council is feeling the heat from pe...

🐦

🔍  Search Twitter

⌂  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

▤  Lists

👤  Profile

⋯  More

**Tweet**

Luke DeSmet
@IowaDeSmet    ···

Foote Twitter 2021 p.35
Defendants' Appendix 413

2/2

denver 🔒🏳️ on Twitter: "The last time I went to jail, I shared a cell with someone who couldn't afford their $50 bail, and another who coul…



Foote Twitter 2021 p.36

**Defendants' Appendix 414**

← **Thread**    🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

denver 🎀📢
@denmeow

📺The City is trying to shut down (@FridgeNdsm)
North Des Moines community fridge! They are tying to
shut down help for our communities, for families and
for anyone in need.
Call and Email Bryan Davis and tell him the fridge must
stay!

Sincerely,

Zoning Inspector:

_Bryan L. Davis_

Bryan L. Davis, CCEO
Development Zoning Division
bldavis@dmgov.org
Office: (515) 283-4225

DATE MAILED: _4/27/2021_ BY: _BLD_

12:31 PM · Apr 29, 2021 · Twitter for iPhone

**17** Retweets  **3** Quote Tweets  **27** Likes

💬          ⟲          ♡          ↑

○ Tweet your reply                              Reply

denver 🎀📢 @denmeow · Apr 29
Replying to @denmeow
Also contact ward 1 councilor, Bill Gray, at-large councilors, Connie Boesen
and Carl Voss. And your own ward councilor and tell them to protect this
much needed community fridge.
Call your councilor, find them here: tinyurl.com/44mhcmbc

💬 1          ⟲ 6          ♡ 9          ↑

denver 🎀📢 @denmeow · Apr 29
DSM will fight so that community members cannot have food, proper
housing, safety and care.
We can't be silenced though.
Speak up! ✊🎤

🏛 Des Moines People's Town Hall @peoplestownhall · Apr 29
hours after the city of DSM used its Zoning Board to demand the
removal of a community fridge, the city just announced a rare off-cycle
Work Session to cover... Zoning Code Updates. can't make this shit up.
Show this thread

ernmental Body:    Mayor & City Council

**Relevant people**

denver 🎀📢
@denmeow
| cat mom | hairstyli
🎀 | @peoplestown
canvassing stan

NDSM_Community
@FridgeNdsm
3613 59th St., Des
Paypal:
NDSMCommunityF
m Venmo: @NDSM
Cashapp: $NDSMC

**What's happening**

Movies · 43 minutes ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,228 Tweets

Entertainment · Trending
**Howard Stern**
18K Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

🌐 The Telegraph 🔵 · Last nigh
Have you got 'superhuman
immunity'? How getting do

Luke DeSmet
@IowaDeSmet    ⋯

Defendants' Appendix 415

9/9/2021

denver 🔳 🏴 on Twitter: "🧊The City is trying to shut down (@FridgeNdsm) North Des Moines community fridge! They are tying to shut d...

🐦

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⚙️ More

**Tweet**

| | |
|---|---|
| are: | Monday, May 3, 2021 |
| art Time: | 7:30 AM  Central Time (US and Canada) |
| ace: | **Join Zoom Meeting** |
| | https://dmgov-org.zoom.us/s/85486598956?pwd=ZGF3bFdUNJ |
| | *See Additional Meeting Information Below* |
| genda: | **Zoning Code Update** |

🔍 Search Twitter

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

🗨️        🔁 1        ♡ 4        ⬆️

Luke DeSmet
@IowaDeSmet    ···

Foote Twitter 2021 p.38
Defendants' Appendix 416

9/9/2021

denver 🏳️‍🌈 on Twitter: "@DesMoinesGov 🔊 Fire Scott Sanders and Dana Wingert 🔊" / Twitter

🐦

**← Tweet**

🔍 Search Twitter

🏠 Home

**denver 🏳️‍🌈**
@denmeow

**Relevant people**

\# Explore

**@DesMoinesGov 📣 🔊 Fire Scott Sanders and Dana Wingert 📣 🔊**

**denver 🏳️‍🌈**
@denmeow

🔔 Notifications

| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

✉️ Messages

🗨️ Adam Callanan @CallananAdam · Apr 29

our city is run by a man who is unelected, makes $200,000, believes our racist police chief is "progressive", and claims that giving houseless folks access to showers "enables their behavior". our city is run on the belief that people who are struggling should be punished.

Show this thread

🔖 Bookmarks

**City of Des Moine**
@DesMoinesGov

📋 Lists

#DesMoines: Iowa'
serving more than 2
52 neighborhoods,
of parkland and 81

👤 Profile

1:42 PM · Apr 29, 2021 · Twitter for iPhone

**Adam Callanan**
@CallananAdam

😊 More

💬          🔁          ♡          📤

he/him | STL to DSI
@peoplestownhall |
alum | web develope
@adam_on_the_net

**Tweet**

😊 Tweet your reply                                  Reply

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
10.1K Tweets

Football · Trending
**Ja'Marr Chase**
1,010 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

🕐 The Times 🌐 · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit


**Luke DeSmet**
@IowaDeSmet   ···

Foote Twitter 2021 p.39
**Defendants' Appendix 417**

1/1

9/8/2021                    denver 🎨 on Twitter: "coolest merch ever thank u @JusticeFetish https://t.co/GaBTLQ8jQM" / Twitter

 **denver** 🎨
@denmeow

# coolest merch ever thank u @JusticeFetish



7:24 PM · May 3, 2021 · Twitter for iPhone

**2** Retweets    **26** Likes

 **Brad Wiesenmayer** 🎨 @bradical31 · May 3
Replying to @denmeow and @JusticeFetish
I'm wearing mine today too! 🔧 🔧

Foote Twitter 2021 p.40
**Defendants' Appendix 418**                    1/1

← **Tweet**

🔍 Search Twitter

🐦

**Home**

**#** Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

**Tweet**

denver 🎛️🚩
@denmeow

Council bullshit and received my amended lawsuit with the officers names in it. Much frustration and emotions today!

12:33 PM · May 7, 2021 · Twitter Web App

**10 Likes**

💬          🔁          ♡          ↑

👤 Tweet your reply

**Relevant people**

denver 🎛️🚩
@denmeow
| cat mom | hairstyli
🎛️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Laurence Fishburne

Entertainment · Trending
**Patton Oswalt**
9,261 Tweets

Trending in United States
**New World Order**
Unfounded claims about the Order' conspiracy theory are Australian governmental offi expression during a press co Thursday
56.4K Tweets

🅣 The Times ⊛ · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

👤 Luke DeSmet
@IowaDeSmet   ···

Foote Twitter 2021 p.41
**Defendants' Appendix 419**

9/9/2021    denver 🎐🏳️‍🌈 on Twitter: "The fact that ****** keeps taking credit for work other activist are doing. 😊💜" / Twitter



9/9/2021    denver  on Twitter: "Shared my story about my experience with police brutality by Des Moines police officers, where I came from and…



← **Thread**                                              🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

 denver 
@denmeow

Shared my story about my experience with police brutality by Des Moines police officers, where I came from and how I will not stop fighting for the injustices in this city & Iowa. Also, very honored to be in this article with others activists in this city.



They joined Black Lives Matter protests in Des Moines, Iowa. It changed their li...
Activists described unexpectedly finding a calling. People who had never attended a City Council meeting are now running for a seat. But they've also ...
🔗 nbcnews.com

10:37 AM · May 11, 2021 · Twitter for iPhone

22 Retweets    64 Likes

            

 Tweet your reply



 denver  @denmeow · May 11
Replying to @denmeow
Also, not mentioned in the article, extremely thankful to be organizing with @peoplestownhall, thank u for being accepting, understanding and giving me a place to fight against the injustices in this city! 🎉

♡ 1      ⟲      ♡ 15      ⬆️

**Relevant people**

 denver 
@denmeow
| cat mom | hairstyli
 | @peoplestown
canvassing stan

**What's happening**

Movies · 43 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,228 Tweets

Entertainment · Trending
**Howard Stern**
Trending with Tim Pool

POPSUGAR UK 🏠 · Yesterd
**Kylie Jenner and Travis Sco expecting baby number tw**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

 Luke DeSmet    ···
@IowaDeSmet

Foote Twitter 2021 p.43
**Defendants' Appendix 421**    1/2

denver ⊠ 🏳️‍🌈 on Twitter: "Shared my story about my experience with police brutality by Des Moines police officers, where I came from and…

🐦

Q  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

🗒️  Lists

👤  Profile

⋯  More

**Tweet**



**Luke DeSmet**    ⋯
@IowaDeSmet

Foote Twitter 2021 p.44
**Defendants' Appendix 422**

9/9/2021    denver 🏳️ on Twitter: "Central Iowa Water Trails project is a sham. They are putting a band-aid on the real issues of why our water is s…



Foote Twitter 2021 p.45
**Defendants' Appendix 423**



**Defendants' Appendix 424**

9/9/2021

denver 🇮🇱🏴 on Twitter: "Absolutely shameful. Linda Westergaard, ward 2 councilor + pro tempore, goes on a racist tirade today for the D…





Luke DeSmet
@IowaDeSmet

Foote Twitter 2021 p.47
Defendants' Appendix 425

1/2

9/9/2021     denver 🏳️ on Twitter: "Absolutely shameful. Linda Westergaard, ward 2 councilor + pro tempore, goes on a racist tirade today for the D...

🐦                                                        🔍  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

🗒  Lists

👤  Profile

⋯  More

**Tweet**

👤 **Luke DeSmet**     ⋯
@IowaDeSmet

https://twitter.com/denmeow/status/1392934479266734090

9/9/2021

denver 🏳️‍🌈 on Twitter: "The officer that Scott Sanders, city manager, doubled down on their support to lead de-escalation training for D…



← **Thread**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⋯ More

**Tweet**




**denver** 🏳️‍🌈
@denmeow

⋯

The officer that Scott Sanders, city manager, doubled down on their support to lead de-escalation training for DMPD officially has ANOTHER lawsuit against him. City Council blindly follows Sanders and his decisions when Sanders is suppose to work for council.
MICHEAL FONG 1/3

10:22 AM · May 20, 2021 · Twitter for iPhone

**8** Retweets   **23** Likes

💬          🔁          ♡          ⬆️


   Tweet your reply

**denver** 🏳️‍🌈 @denmeow · May 20
Replying to @denmeow
has repeated offenses behind him, repeatedly has brutalized people of Des Moines. He needs to be stripped of his badge and revoked from policing period.
The lengths that Sanders goes to to protect corrupt policing in this city is terrorism on human rights. 2/3

💬 1          🔁          ♡ 6          ⬆️

   **denver** 🏳️‍🌈 @denmeow · May 20
Sanders must be removed from office.
Council and the mayor have not spoken up, enough if at all. We need to keep applying pressure to break them down and build up leaders to remove them. 3/3



Two Des Moines officers target of an excessive force lawsuit alleging t…
The lawsuit is the second alleging excessive force by Des Moines Police Sgt. Michael Fong. The city settled the other for $800,000.
🔗 desmoinesregister.com

💬          🔁          ♡ 7          ⬆️

**Relevant people**



**denver** 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**What's happening**

Movies · 46 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,268 Tweets

Trending in United States
**Stephanie Grisham**
Trending with Axios

🕐 The Times ✓ · 4 hours ago
Afghanistan: **"My family is starving, I have to sell my daughter"**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet

⋯

https://twitter.com/denmeow/status/1395399490081800195

denver 🔁 📣 on Twitter: "The officer that Scott Sanders, city manager, doubled down on their support to lead de-escalation training for D...

🐦          🔍 Search Twitter

⌂   Home

#   Explore

🔔   Notifications

✉   Messages

🔖   Bookmarks

🗏   Lists

👤   Profile

⋯   More

**Tweet**

**Luke DeSmet**
@IowaDeSmet    ...

Foote Twitter 2021 p.50

Defendants' Appendix 428

9/9/2021

denver 🔲 🏴 on Twitter: "TW- police brutality Micheal Fong (DMPD) has recently been outed doing this extreme practice against someon…



🐦

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

🗒️ Lists

👤 Profile

⊙ More

**Tweet**

**denver** 🏳️‍⚧️
@denmeow

TW- police brutality
Micheal Fong (DMPD) has recently been outed doing this extreme practice against someone experiencing a seizure. He, also, recently finished teaching de-escalation for the police dept.

← **Thread**

Joseph Neff ✅ @josephcneff · May 24
NEW: Nationwide, some police hogtie people — a dangerous act that involves placing people on their stomachs and tying their hands to their feet behind their backs. @EmilyRSiegel and I found at least 23 deaths involving some variation of hogtying in the last decade.
Show this thread

9:46 AM · May 25, 2021 · Twitter for iPhone

**4** Retweets  **6** Likes

💬          ⟲          ♡          ⬆️

**Tweet your reply**

**denver** 🏳️‍⚧️ @denmeow · May 25
Replying to @denmeow
The history of police makes me say, 'not surprised'. Salve patrol (where policing began) routinely practiced hog tying runaway slaves, among other vile practices.
This cannot be reformed.

💬          ⟲          ♡ 1          ⬆️

### More Replies

**James 4real** @James51472725 · May 25
Replying to @denmeow and @bradical31
Fake news

💬          ⟲          ♡          ⬆️

🔍 Search Twitter

**Relevant people**

**denver** 🏳️‍⚧️
@denmeow
i cat mom | hairstyli
🏳️‍⚧️ | @peoplestown
canvassing stan

**Joseph Neff** ✅
@josephcneff
Investigative report
Project

**Emily Siegel**
@EmilyRSiegel
Associate Producer
@NBCInvestigates,
@Univision, @newm
send tips: emily.sie

**What's happening**

Movies · 46 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,285 Tweets

Trending in United States
**Patton Oswalt**
7,992 Tweets

🅿️ POPSUGAR UK ✅ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet

https://twitter.com/denmeow/status/1397202464672206857

9/9/2021          denver 🎭📣 on Twitter: "TW- police brutality Micheal Fong (DMPD) has recently been outed doing this extreme practice against someon...

Q   Search Twitter

⌂   Home

#   Explore

🔔   Notifications

✉   Messages

🔖   Bookmarks

☰   Lists

👤   Profile

⋯   More

Tweet

Luke DeSmet
@IowaDeSmet          ⋯

Foote Twitter 2021 p.52
Defendants' Appendix 430

9/9/2021    denver 🏳️ on Twitter: "@SenClaireCelsi Micheal Fong already teached de-escalation training for the police department. PERF has bee…

🐦

← **Tweet**

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

Claire Celsi @SenClaireCelsi · May 25
I'm very glad that the City Council and manager went a different route on deescalation training. I also want to thank all of the Central Iowans who spoke out to make this change happen. Your voices were heard.

> 🦌 KCCI News ✓ @KCCINews · May 25
> Des Moines partnering with independent group for de-escalation training kcci.com/article/city-o…

💬 8    ⟲ 6    ♡ 41    ⬆

denver 🏳️
@denmeow

Replying to @SenClaireCelsi

Micheal Fong already teached de-escalation training for the police department. PERF has been training officers since 1970, and police brutality is still the same. So, no, I don't think our voices were heard. I don't believe policing can be reformed.

9:59 AM · May 25, 2021 · Twitter for iPhone

3 Likes

💬    ⟲    ♡    ⬆

👤 Tweet your reply

**Relevant people**

denver 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

Claire Celsi
@SenClaireCelsi
State Senator, Iowa
Mom, Grandma and
cares. Speaking tru
mission. She/her/h

**What's happening**

Movies · 1 hour ago
The trailer for The Matrix Resurrections is here
Trending with Matrix, Morpheus

Travel · Trending
United Airlines
9,947 Tweets

Trending in United States
Patton Oswalt
8,628 Tweets

COVID-19 · LIVE
COVID-19: News and updat
Iowa

🌐 San Francisco Chroni⊕ · Y
A foil-wrapped home survi
the Caldor Fire even as
everything around it burne
Here's how

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit


Luke DeSmet
@IowaDeSmet
⋯

https://twitter.com/denmeow/status/1397205670550810628



Defendants' Appendix 432

9/9/2021

denver 🔲 🏴 on Twitter: "*TW* Police brutality A year ago I saw a mans head get kicked into the concrete by 'peace' officers. I saw his blo…

🐦

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

🔍 Search Twitter

← **Tweet**

denver 🈁🏴
@denmeow            ⋯

**Relevant people**

denver 🈁🏴
@denmeow
| cat mom | hairstyli
🈁 | @peoplestown
canvassing stan

*TW* Police brutality
A year ago I saw a mans head get kicked into the
concrete by 'peace' officers. I saw his blood spill out.
You cannot reform this.

10:13 AM · May 31, 2021 · Twitter for iPhone

19 Likes

💬        ⟲        ♡        ⬆

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Trending in United States
**Patton Oswalt**
8,608 Tweets

Trending in United States
**Suez Canal**
4,543 Tweets

Tweet your reply

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

🏙 Los Angeles 🌐 · September
**Kristen Stewart blew critic as Princess Diana. She rev what it was like to play the cultural icon**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

Luke DeSmet
@IowaDeSmet    ⋯

Foote Twitter 2021 p.55

**Defendants' Appendix 433**

denver 🏳️‍⚧️ on Twitter: "This time a year ago I was sitting in a jail cell facing a felony charge. A year ago my life changed at the hands of ...



← Thread

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⊙ More

**Tweet**

**denver 🏳️‍⚧️**
@denmeow

This time a year ago I was sitting in a jail cell facing a
felony charge. A year ago my life changed at the hands
of police officers.
They attacked me and stuck me with a charge that
could have altered my future. Although the charge
didn't stick, the trauma did.
(1/3)

10:05 AM · May 31, 2021 · Twitter for iPhone

17 Retweets    69 Likes

Tweet your reply

**denver 🏳️‍⚧️** @denmeow · May 31
Replying to @denmeow
I am terrified to drive alone, sometimes coming home, shaking, having a
panic attack. Most nights I have nightmares- ptsd flashbacks of that night.
I have to suffer everyday and the officers feel nothing, defending their
actions and saying I deserved it.
(2/3)
    1        3        34

**denver 🏳️‍⚧️** @denmeow · May 31
What keeps me going, and fighting is I know I am not alone in this struggle-
countless people have been brutalized at the hands of DPMD+.
I want to use my story as a way to speak for those who can't.
A year ago DSM saw a mass racial movement never seen before.
(3/3)
            4        36

Q Search Twitter

## Relevant people

**denver 🏳️‍⚧️**
@denmeow
| cat mom | hairstyli
🏳️‍⚧️ | @peoplestown
canvassing stan

## What's happening

Movies · 1 hour ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Trending in United States
**Patton Oswalt**
8,608 Tweets

Trending in United States
**Highly Questionable**

🅟 POPSUGAR UK ✓ · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

Luke DeSmet
@IowaDeSmet    ···

Foote Twitter 2021 p.56
**Defendants' Appendix 434**

denver 🏴 on Twitter: "This time a year ago I was sitting in a jail cell facing a felony charge. A year ago my life changed at the hands of ...

🐦

Q  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

📋  Lists

👤  Profile

•••  More

Tweet



**Luke DeSmet**
@IowaDeSmet    •••

Foote Twitter 2021 p.57
**Defendants' Appendix 435**

9/9/2021

denver 🏳️🏳️‍🌈 on Twitter: "Protest today. Location drop at three! 🚨" / Twitter



← Tweet

denver 🏳️🏳️‍🌈
@denmeow

Protest today. Location drop at three! 🚨



DSM Black Liberation Movement @DesMoinesBLM · Jun 2
School is back in session on June 5 at 6:30pm. Location drop Saturday 3pm.
Masks are required.
FB Event: fb.me/e/ykSJR1bT

SATURDAY, JUNE 5 @ 6:30 PM
FUCK 12
POWER 2 THE PEOPLE

12:28 PM · Jun 5, 2021 · Twitter for iPhone

3 Retweets   5 Likes

Tweet your reply

## Relevant people

denver 🏳️🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

DSM Black Liberat
@DesMoinesBLM
Des Moines Black L
Movement Collecti
contact@desmoine

## What's happening

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
10.1K Tweets

Trending in United States
**Highly Questionable**

The Times ⏱️ · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

Luke DeSmet
@IowaDeSmet ···

Foote Twitter 2021 p.58
## Defendants' Appendix 436

1/1

9/9/2021

denver 🏳️ on Twitter: "Coincidence that the word police also has the word lice and poo in it? I don't think so." / Twitter

← **Tweet**

🔍  Search Twitter

🐦

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗐 Lists

👤 Profile

⋯ More

**Tweet**

**denver** 🏳️
@denmeow

⋯

Coincidence that the word police also has the word lice and poo in it? I don't think so.

8:55 PM · Jun 9, 2021 · Twitter Web App

1 Retweet   13 Likes

💬           🔁           ♡           ↥

Tweet your reply

**Relevant people**

**denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,931 Tweets

Trending in United States
**Stephanie Grisham**
Trending with Axios

🅣 The Times 🅥 · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More···   © 2021 Twit



**Luke DeSmet**
@IowaDeSmet

⋯

https://twitter.com/denmeow/status/1402806622808952833

**Defendants' Appendix 437**

9/9/2021     denver 🇺🇸🏴 on Twitter: "Idk looks like cops to me. Imagine struggling to be able to house yourself and you are met with this. It's happeni...



← **Tweet**     🔍 Search Twitter

- 🏠 Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- 🗒 Lists
- 👤 Profile
- ⋯ More

**Tweet**


**denver 🇺🇸🏴**
@denmeow

Idk looks like cops to me.
Imagine struggling to be able to house yourself and you are met with this. It's happening in Des Moines right now.



> 🌐 People's City Council - Los Angeles @PplsCityCouncil · Jun 9
> "Homeless Outreach Services Team Deputies" @adamjohnsonNYC twitter.com/adamjohnsonNYC...
> Show this thread

8:56 AM · Jun 10, 2021 · Twitter for iPhone

**17** Likes

💬     ⟲     ♡     

  Tweet your reply     

  **the other courtney** @crtnybldrg · Jun 10     ⋯
Replying to @denmeow
They literally bring bulldozers here 🚜 I've called the mayor so many times about it

💬     ⟲     ♡ 1     ⬆

**Relevant people**


**denver 🇺🇸🏴**
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan


**People's City Cour**
@PplsCityCouncil
No Rent, No Evictic
We are going to ma
officials in Los Ang
concerns of the pec
#SeizeTheHotels #


**Adam H. Johnson**
@adamjohnsonNYC
co-host @citations
thecolumn.substac

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Trending in United States
**Patton Oswalt**
9,141 Tweets

🕐 The Times ✓ · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Entertainment · Trending
**Highly Questionable**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service  Privacy Policy
Ads info   More ···   © 2021 Twit

  **Luke DeSmet**    ⋯
@IowaDeSmet

https://twitter.com/denmeow/status/1402988090184982544

9/9/2021

denver 🏳️ on Twitter: "Idk looks like cops to me. Imagine struggling to be able to house yourself and you are met with this. It's happeni...

🐦

Q  Search Twitter

⌂  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

☰  Lists

&  Profile

⋯  More

**Tweet**

**Luke DeSmet**    ⋯
@IowaDeSmet

Foote Twitter 2021 p.61
**Defendants' Appendix 439**

2/2

9/9/2021     denver 🇺🇸🏳️ on Twitter: "Mayor Cownie talking about moving meetings virtually again because of 'disruptions', have you ever thought ab…

← **Tweet**                                    🔍 Search Twitter

🏠 Home

\# Explore                    **denver** 🇺🇸🏳️
                              @denmeow
🔔 Notifications

✉️ Messages             Mayor Cownie talking about moving meetings virtually
                        again because of 'disruptions', have you ever thought
🔖 Bookmarks            about listening to community members instead of
                        going to extreme lengths to shut them out?
🗒️ Lists                @cowniefordsm

👤 Profile              11:17 AM · Jun 15, 2021 · Twitter for iPhone

⚫ More                 **7** Retweets   **1** Quote Tweet   **38** Likes

                              ⬭          ⇄          ♡          ⬆️

        **Tweet**

                              Tweet your reply

                              **anna!!!!** @annathropology · Jun 15
                              Replying to @denmeow and @cowniefordsm
                              Hasn't tweeted since May. Super cool

                              ⬭ 1        ⇄          ♡          ⬆️

**Relevant people**

**denver** 🇺🇸🏳️
@denmeow
| cat mom | hairstyli
🇺🇸 | @peoplestown
canvassing stan

**Mayor Frank Cowr**
@cowniefordsm
Frank is a business
born and raised in D
has served as an ele
Des Moines since 2

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

⚫ Digital Culture Inside ✅ · Y
**How fans predicted Kylie
Jenner's pregnancy months
using her nail polish**

Travel · Trending
**United Airlines**
10.2K Tweets

Trending in United States
**Highly Questionable**

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**   ···
@IowaDeSmet

https://twitter.com/denmeow/status/1404835531729649664

9/9/2021

denver  on Twitter: "This is it. This is radical love- for each other and for this city. This is revolutionary. ♡" / Twitter

🐦

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

& Profile

⊙ More

**Tweet**

← **Tweet**

 denver 
@denmeow

This is it. This is radical love- for each other and for this city.
This is revolutionary. 🖤

 taylor @t_a_ylorann · Jun 14
you all fucking rule



10:26 AM · Jun 15, 2021 · Twitter for iPhone

1 Retweet   21 Likes

◯         ⇄         ♡         ⬆

 Tweet your reply                    Reply

🔍 Search Twitter

**Relevant people**

 denver 
@denmeow
| cat mom | hairstyli
| @peoplestown
canvassing stan

taylor
@t_a_ylorann
suppose me so grea

**What's happening**

Movies · 52 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Entertainment · Trending
**Howard Stern**
Trending with Tim Pool

Travel · Trending
**United Airlines**
9,444 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

🕐 The Telegraph ✔ · Last nigh
**Have you got 'superhuman immunity'? How getting do jabbed after a Covid infect may turbo-charge the imm system**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

 Luke DeSmet
@IowaDeSmet   ···

https://twitter.com/denmeow/status/1404822742084505607

Defendants' Appendix 441

9/9/2021

denver  on Twitter: "We have missing bipoc babies. We have people who lose their lives over pretexual stops. People going hungry. …



← **Thread**

🔍 Search Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More



**denver** 🏳️ @denmeow · Jun 17
Resistance is justified when people are oppressed. Black, Brown, Indigenous, Trans, non-binary, continually get hit with more oppression from the right. We must continue to fight until we have an Iowa where we care about equality, care, housing.



🏛️ **Gov. Kim Reynolds** 🏛️ @IAGovernor · Jun 17
In Iowa, we Back the Blue. Proud to sign the "Back the Blue Act" this morning at the Iowa Law Enforcement Academy!

💬 1        🔁 7        ♡ 38        ⬆️

**denver** 🏳️
@denmeow

Replying to @denmeow

We have missing bipoc babies. We have people who lose their lives over pretexual stops. People going hungry. People without shelter. Police do nothing to help, they exist based on racist slave patrol, they exist on protecting white communities.

10:50 AM · Jun 17, 2021 · Twitter for iPhone

8 Likes

💬        🔁        ♡        ⬆️

👤 Tweet your reply          

**Relevant people**

**denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

🟣 POPSUGAR UK ⚫ · Yesterd
**Kylie Jenner and Travis Sco expecting baby number tw**

Travel · Trending
**United Airlines**
9,916 Tweets

Music · Trending
**jaehyun**
230K Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service · Privacy Policy
Ads info    More ···    © 2021 Twit

**Luke DeSmet**
@IowaDeSmet        ···

https://twitter.com/denmeow/status/1405553497047764997

9/9/2021

denver 🏴 on Twitter: "We have missing bipoc babies. We have people who lose their lives over pretexual stops. People going hungry. ...

🐦

Q  Search Twitter

⌂  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

▤  Lists

👤  Profile

⋯  More

Tweet

Luke DeSmet
@IowaDeSmet

⋯

https://twitter.com/denmeow/status/1405553497047764997

9/9/2021    denver 🏳️ on Twitter: "Des Moines City Council is currently using officers to intimidate members of the community speaking out against…



**Thread**

**denver 🏳️**
@denmeow

Des Moines City Council is currently using officers to intimidate members of the community speaking out against agenda item 40, forcing a recess.

5:14 PM · Jun 28, 2021 · Twitter for iPhone

4 Retweets    21 Likes

Tweet your reply

**denver 🏳️** @denmeow · Jun 28
Replying to @denmeow
This city is represented by cowards who would rather slip into authoritarianism instead of face the people who keep them accountable and call them out on their shit.

♡ 8

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Relevant people**

**denver 🏳️**
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 53 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,444 Tweets

Trending in United States
**Congrats Jeff**

The Telegraph ✓ · Last nigh
**Have you got 'superhuman immunity'? How getting do jabbed after a Covid infect may turbo-charge the imm system**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

Luke DeSmet
@IowaDeSmet

Foote Twitter 2021 p.66
Defendants' Appendix 444

9/9/2021    denver  on Twitter: "⚠️TODAY - lots of shady shit happening. Council declaring their commitment to racist police chief &amp; city m...

    🐦

| | | |
|---|---|---|
| ⌂ Home | ← **Tweet** | 🔍 Search Twitter |

### Explore
### Notifications
### Messages
### Bookmarks
### Lists
### Profile
### More

**Tweet**

 denver 🈳📣
@denmeow                                    ···

⚠️TODAY - lots of shady shit happening. Council
declaring their commitment to racist police chief & city
manager. Also, making public input more restrictive
and targeted. On top of this they are giving permission
to police chief, Dana Wingert, to enforce these new
rules.

 Des Moines People's Town Hall @peoplestownhall · Jun 27
🏛️In person council meeting tomorrow, Monday, June 28th at 4:45. Doors open
at 4:30. Read the thread to find out what's going on during this meeting.
Show this thread



MONDAY, JUNE 27 4:45PM
400 ROBERT D RAY DRIVE
DES MOINES, IOWA

1:12 PM · Jun 28, 2021 · Twitter for iPhone

4 Retweets    8 Likes

♡        ⟲        ♡        ⇪

 Tweet your reply

---

**Relevant people**

 denver 🈳📣
@denmeow
| cat mom | hairstyli
🈳 | @peoplestown
canvassing stan

 Des Moines Peopl
@peoplestownhall
uplifting the voices
while shining a spot
and racism in Des M

**What's happening**

Movies · 53 minutes ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,444 Tweets

Entertainment · Trending
**Howard Stern**
Trending with Tim Pool

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

🅑 Bloomberg Quicktake 🌀 · Ye
**WHO chief urges a halt to (
booster shots**

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

 **Luke DeSmet**
@IowaDeSmet    ···

Foote Twitter 2021 p.67
**Defendants' Appendix 445**
1/1

9/9/2021    denver 🏳️ on Twitter: "Here is the person who livestreams council meetings in the chambers, did not require a press badge, with police...



← **Thread**    🔍 Search Twitter

⌂ Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

⍺ Profile

⋯ More

**Tweet**


**denver** 🏳️
@denmeow    ⋯

Here is the person who livestreams council meetings in the chambers, did not require a press badge, with police chief Dana Wingert. No wonder mayor Cownie refused to tell her to sit down. Although multiple members of the community were forced out of the chambers for standing.





*Hollie Davidson, Whitney McIntosh, DMPD Chief Dana Wingert, Connie Wright, Robert Gamble*



9:23 AM · Jun 30, 2021 · Twitter for iPhone

**19** Retweets  **5** Quote Tweets  **46** Likes

○          ⟲          ♡          ↑

**Relevant people**


**denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,916 Tweets

Trending in United States
**Patton Oswalt**
8,586 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

⎯ Digital Culture Inside⊛ · Y∈
**How fans predicted Kylie Jenner's pregnancy month: using her nail polish**

Show more

Terms of Service  Privacy Policy
Ads info  More ⋯  © 2021 Twit


Luke DeSmet
@IowaDeSmet
⋯

https://twitter.com/denmeow/status/1410242506164428801

Foote Twitter 2021 p.68
**Defendants' Appendix 446**

1/3

9/9/2021    denver  on Twitter: "Here is the person who livestreams council meetings in the chambers, did not require a press badge, with police…



 Tweet your reply        🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More



 **denver** 🏳️‍🌈 @denmeow · Jun 30
Replying to @denmeow
More information on this person:
Really dark sinister stuff would recommend you read.



Iowa public safety aide says riot at Capitol 'had to happen'
Hollie Davidson, an administrative assistant at the Iowa Statewide
Interoperable Communications Systems Board, said she participated i…
🔗 desmoinesregister.com

💬 3          ↻ 3          ♡ 5          ⬆

 **Luana Nelson-Brown** @LuanaNBrown · Jun 30
Replying to @denmeow
She was also very vocal in her opposition to hiring a well qualified black
man to the Equity, Inclusion and belonging position in the Johnston School
District.

💬 1          ↻          ♡ 6          ⬆

**DEBI BOLTON** @debisder · Jun 30
Qualified to do what may I ask? Would that be to force CRT into our kids
heads? He stands with the confrontational Black Liberation Movement.
Fighting each other is NOT going to bring change. We need to build from our
agreements

💬          ↻          ♡          ⬆

 **DEBI BOLTON** @debisder · Jun 30
Replying to @denmeow and @DesMoinesBLM
Where were you the other night Denver? I notice none of the "leaders"
except "the sheriff" were on hand. Hope to see all of you the next meeting.
Now that we have the rules down we can work together to make things
better

💬          ↻          ♡          ⬆

 **Luke DeSmet**
@IowaDeSmet    ⋯

https://twitter.com/denmeow/status/1410242506164428801

**Defendants' Appendix 447**

9/9/2021

denver 🇹🇼🏳 on Twitter: "Here is the person who livestreams council meetings in the chambers, did not require a press badge, with police…

🐦

🔍 Search Twitter

🏠 Home

#️⃣ Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

Tweet

Luke DeSmet
@IowaDeSmet    ⋯

Foote Twitter 2021 p.70

Defendants' Appendix 448

9/9/2021          denver 🏳️ on Twitter: "Currently in a Polk County work session about climate resolution. This meeting is hybrid- zoom and in person. F…



← **Tweet**                                    Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

denver 🏳️
@denmeow

Currently in a Polk County work session about climate resolution. This meeting is hybrid- zoom and in person. Further proving that DSM City Council could do it, but will not because they hate making meeting accessible to all folks.

10:23 AM · Jun 30, 2021 · Twitter Web App

**8** Retweets    **30** Likes

Tweet your reply

**Relevant people**

denver 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 54 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,472 Tweets

Trending in United States
**Patton Oswalt**
8,150 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

ⓒ San Francisco Chroni... · Ye
**A foil-wrapped home surviv the Caldor Fire even as everything around it burne Here's how**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

Luke DeSmet
@IowaDeSmet    ⋯

Foote Twitter 2021 p.71
**Defendants' Appendix 449**

9/9/2021    denver 🏳️ on Twitter: "I really need to give myself more grace for not being able to do all the things. There was a long period of time w…



← **Tweet**    🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⊙ More

**Tweet**

denver 🏳️
@denmeow    ···

I really need to give myself more grace for not being able to do all the things. There was a long period of time where I couldn't even imagine being 25. But I am, and I've done so much.
This is an appreciation tweet for myself.

7:28 PM · Jul 7, 2021 · Twitter Web App

**27** Likes

💬          🔁          ♡          ⬆️

Tweet your reply

**Relevant people**

denver 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 3 hours ago
The trailer for The Matrix Resurrections is here
Trending with Matrix, Morpheus

Digital Culture Inside 🌐 · Ye
How fans predicted Kylie Jenner's pregnancy months using her nail polish

The Times 🌐 · This morning
Afghanistan: "My family is starving, I have to sell my daughter"

Entertainment · Trending
Howard Stern
26.2K Tweets

Entertainment · Trending
Patton Oswalt
10.7K Tweets

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

Luke DeSmet
@IowaDeSmet    ···

Foote Twitter 2021 p.72
**Defendants' Appendix 450**    1/1

9/8/2021

denver 🏙️📰 (@denmeow) / Twitter

**denver** 🏙️📰 **Retweeted**

**So tired, so poor. (please see pinned tweet)** @Standplaats_KRK · Jul 7



27                    2K                    13.1K

Show this thread

**Defendants' Appendix 451**

9/9/2021

denver  on Twitter: "Des Moines city council will do anything to not face backlash from the community. They want to make controvers…



← **Thread**    🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**denver** 
@denmeow    ⋯

Des Moines city council will do anything to not face backlash from the community. They want to make controversial deals behind closed doors. The public has the right to know what goes on in these meetings. But pulling them being recorded limits accessibility even further.

> 🌐 **Des Moines People's Town Hall** @peoplestownhall · Jul 9
> The city of DSM just quietly announced they're going to stop broadcasting and recording the city's informational work sessions. They lie that they are currently not recorded. Additionally, these "public" meetings will be restricted to 25 people and there will be no overflow.
> Show this thread

| uncil action regarding | City Hall will be open at 7 |
| ast on the City's YouTu | members of the public wi |
| on Mediacom, howeve | through a security checkp |
| adcast or recorded. Wo | to council chambers. Pub |
| ation materials will be | people, and there will be |
| ng the meeting. | because the session will |
| | in the Great Hall. |

11:14 AM · Jul 9, 2021 · Twitter for iPhone

**10** Retweets  **30** Likes

💬    ⟲    ♡    ↑

 Tweet your reply

**denver**  @denmeow · Jul 9    ⋯
Replying to @denmeow
No surprise! Our 'elected' officials don't give a shit about us! They must be removed!

💬    ⟲ 1    ♡ 5    ↑

## Relevant people

**denver** 
@denmeow
| cat mom | hairstyli
 | @peoplestown
canvassing stan

**Des Moines Peopl**
@peoplestownhall
uplifting the voices
while shining a spot
and racism in Des M

## What's happening

Movies · 54 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,472 Tweets

Trending in United States
**Congrats Jeff**

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

🕐 The Times ✓ · 4 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Show more

 Luke DeSmet    ⋯
@IowaDeSmet

Foote Twitter 2021 p.74
**Defendants' Appendix 452**

1/2

9/9/2021

denver 🏳️‍⚧️ 📢 on Twitter: "Des Moines city council will do anything to not face backlash from the community. They want to make controvers…

🐦

🔍  Search Twitter

Ads info   More ···   © 2021 Twit

🏠  Home

\#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

🗒️  Lists

👤  Profile

⋯  More

**Tweet**

Luke DeSmet
@IowaDeSmet     ⋯

Foote Twitter 2021 p.75

Defendants' Appendix 453

9/9/2021

denver 🈯️🈳 on Twitter: "I got mad anxiety abt being behind in therapy payments and stopped scheduling so I can pay them off and now I...



← **Tweet**

**denver** 🈯️🈳
@denmeow

I got mad anxiety abt being behind in therapy payments and stopped scheduling so I can pay them off and now I have anxiety about owing my therapist and not reaching out abt appointments lol 🙃

10:49 AM · Jul 11, 2021 · Twitter for iPhone

13 Likes

Tweet your reply

🔍 Search Twitter

**Relevant people**

**denver** 🈯️🈳
@denmeow
| cat mom | hairstyli
🈯️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Travel · Trending
**United Airlines**
9,827 Tweets

Sports · Trending
**Ja'Marr Chase**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

San Francisco Chroni 🗞 · Y
**A foil-wrapped home surviv the Caldor Fire even as everything around it burne Here's how**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

Luke DeSmet
@IowaDeSmet ⋯

https://twitter.com/denmeow/status/1414250403315716098

9/9/2021

denver 🏳️‍🌈 on Twitter: "@scpatte No. I put off my wisdom teeth for a couple + years and it got to the point that I couldn't even eat or talk…

← **Tweet**    🔍 Search Twitter

⌂ Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

🗒 Lists

👤 Profile

⋯ More

[ Tweet ]

🌱🐾✨🔮📷 @scpatte · Jul 12
is getting my wisdom teeth out (and paying $500) worth it or should I just deal with the occasional pain 😫

💬 2        ⟲        ♡ 2        ⬆

denver 🏳️‍🌈
@denmeow

Replying to @scpatte

No. I put off my wisdom teeth for a couple + years and it got to the point that I couldn't even eat or talk it was so painful. 😖

8:29 AM · Jul 13, 2021 · Twitter for iPhone

💬        ⟲        ♡        ⬆

Tweet your reply

**Relevant people**

denver 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

🌱🐾✨🔮📷
@scpatte
she/her · BLM · AB
POLICE · pit mama

**What's happening**

Movies · 3 hours ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Digital Culture Inside🅖 · Ye
**How fans predicted Kylie Jenner's pregnancy month: using her nail polish**

Entertainment · Trending
**Patton Oswalt**
10.7K Tweets

Politics · Trending
**Christie**
6,478 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

Luke DeSmet
@IowaDeSmet
⋯

https://twitter.com/denmeow/status/1414939925485604866

9/9/2021     denver 🖼🏳 on Twitter: "I think I want to start taking the bus to work. But doing anything completely new fills me with anxiety ☐" / Twitter



Foote Twitter 2021 p.78

# Defendants' Appendix 456

denver 🈂️🚩 on Twitter: "I am so burnt out. Pray for me." / Twitter



Foote Twitter 2021 p.79
Defendants' Appendix 457

1/1

9/9/2021

denver 🔟 🏴 on Twitter: "City council voted on more funding for de-escalation training yesterday, but when officers that were under orders…



9/9/2021                denver 🔲 on Twitter: "@falsleywing @abolishICE666 Can barattas succeed from the city" / Twitter



Foote Twitter 2021 p.3

Defendants' Appendix 459

9/9/2021

denver ☒ ▷ on Twitter: "@falsleywing @abolishICE666 Can barattas succeed from the city" / Twitter

🐦

Home

#  Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Here's now

COVID-19 · LIVE
COVID-19: News and updat
Iowa

Show more

Terms of Service  Privacy Policy
Ads info  More ···  © 2021 Twit

Luke DeSmet
@IowaDeSmet    ···

https://twitter.com/denmeow/status/1417546921279897605

Defendants' Appendix 460

9/9/2021      denver  on Twitter: "@McdonaBrenda @okleahleahok People do drugs because they don't have adequate resources in their city." / …



Home

# Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

🔍  Search Twitter

**Des Moines People's Town Hall** @peoplestownhall · Jul 21
DMPD is doing more raids (attacking neighborhoods with military equipment) and can't even make up a justification for why. Parizek is lying here, the neighborhoods do have safety concerns and obviously the neighborhoods were not notified so they couldn't have given that statement

> **Des Moines Police** @DMPolice · Jul 21
> A multi-agency investigation brought tactical units to multiple locations within our city early this morning.  The neighborhoods impacted do not have any safety concerns related to this operation.  Additional info will come from lead investigating agencies later today.



← **Tweet**



💬 4          🔁 22          ♡ 46          ⬆️

**leah STOP** @okleahleahok · Jul 21
especially when it's dark outside still like??
💬 1          🔁          ♡ 2          ⬆️

**denver** @denmeow · Jul 21
If I saw this at night I would feel completely safe!
💬 1          🔁          ♡ 2          ⬆️

**leah STOP** @okleahleahok · Jul 21
def would feel unsafe anytime of the day but they do this when no ones around and think ppl don't have concerns 🙄
💬 1          🔁          ♡ 2          ⬆️

**Brenda Briggs McDona** @McdonaBrenda · Jul 21
Right?!!  I have major concerns for Officers when it comes to the scums putting drugs out for children.
💬 3          🔁          ♡          ⬆️

**denver**
@denmeow

Replying to @McdonaBrenda and @okleahleahok

## People do drugs because they don't have adequate resources in their city.

11:20 AM · Jul 21, 2021 · Twitter for iPhone

**2 Likes**

💬          🔁          ♡          ⬆️

**Relevant people**



**denver** 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**Brenda Briggs Mcl**
@McdonaBrenda

**leah STOP**
@okleahleahok
she/they ☼ queer ☆
aries ↑ aries

**What's happening**

Movies · 55 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Trending in United States
**#ThursdayThoughts**
Wisdom, inspiration and curi
Thursday ✨
Trending with #ThursdayMotivat

Travel · Trending
**United Airlines**
9,526 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

💬 Digital Culture Inside ✅ · Y
**How fans predicted Kylie Jenner's pregnancy months using her nail polish**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet
···

 Tweet your reply



9/9/2021

denver 🔲 🏳️ on Twitter: "@McdonaBrenda @okleahleahok People do drugs because they don't have adequate resources in their city." / ...

Show more replies

🔍 Search Twitter

🐦

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⊙ More

Tweet

👤 **Luke DeSmet**  ...
@IowaDeSmet

Foote Twitter 2021 p.84
**Defendants' Appendix 462**

9/9/2021

denver 🏳️ on Twitter: "Friendly reminder that the dynamic of the city manager / police chief having control over council is not right. Scot...

← **Thread**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**denver** 🏳️
@denmeow

⋯

Friendly reminder that the dynamic of the city manager / police chief having control over council is not right. Scott Sanders & Dana Wingert are suppose to work for council.
But obviously that is not how it works in Des Moines.

🏳️ **Des Moines People's Town Hall** @peoplestownhall · Jul 21
3 of the people personally responsible for restricting access to public meetings got huge pay raises for doing so. Our City Manager who holds power over city council and empowers racist police chief Dana Wingert now makes $284,268 a year.

**Scott Sanders, city manager**

- 4% raise (+$10,934), now $284,268 a year

- $5K bonus

- A week of extra vacation (He now has three weeks total)

10:24 AM · Jul 21, 2021 · Twitter for iPhone

5 Retweets    16 Likes

💬                    ⇄                    ♡                    ⬆️

 **Tweet your reply**



 **denver** 🏳️ @denmeow · Jul 21
Replying to @denmeow
I use to honestly think it is because council was spineless and that is why they let Sanders have control. But now, it is because council is falling into authoritarianism, and they are literal terrorists on speech.
💬 1                ⇄                    ♡ 8                ⬆️

**DEBI BOLTON** @debisder · Jul 21
Replying to @denmeow and @peoplestownhall
I think it was the Mayor who had the police make the arrest Monday night.
💬                    ⇄                    ♡                    ⬆️

**Relevant people**

 **denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

 **Des Moines Peopl**
@peoplestownhall
uplifting the voices
while shining a spot
and racism in Des M

**What's happening**

Movies · 55 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Trending in United States
**#ThursdayThoughts**
Wisdom, inspiration and curi
Thursday ⭐
Trending with #ThursdayMotivat

Travel · Trending
**United Airlines**
9,526 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

🕙 The Times ⚫ · 4 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Show more

 **Luke DeSmet**
@IowaDeSmet
⋯

https://twitter.com/denmeow/status/1417868149668687874

9/9/2021

denver 🏴 📢 on Twitter: "Friendly reminder that the dynamic of the city manager / police chief having control over council is not right. Scot...

🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

••• More

Tweet

**Luke DeSmet**
@IowaDeSmet     •••

Foote Twitter 2021 p.86
Defendants' Appendix 464

9/9/2021    denver 🇮🇹🏴 on Twitter: "Experienced symptoms of heat exhaustion today and now I feel like I can't rehydrate 🫠" / Twitter

← **Tweet**

🔍 Search Twitter

🐦

**Home**

**#** Explore

**🔔** Notifications

**✉** Messages

**🔖** Bookmarks

**📑** Lists

**👤** Profile

**⋯** More

**Tweet**

**denver** 🇮🇹🏴
@denmeow

Experienced symptoms of heat exhaustion today and now I feel like I can't rehydrate 🫠

6:49 PM · Jul 25, 2021 · Twitter for iPhone

**5** Likes

💬      🔁      ♡      ⬆

👤  Tweet your reply

**Relevant people**

**denver** 🇮🇹🏴
@denmeow
| cat mom | hairstyli
🇮🇹 | @peoplestown
canvassing stan

**What's happening**

Movies · 2 hours ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Entertainment · Trending
**Patton Oswalt**
10.6K Tweets

Entertainment · Trending
**Howard Stern**
26K Tweets

🕐 The Times 🔵 · This morning
Afghanistan: **"My family is starving, I have to sell my daughter"**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

👤  **Luke DeSmet**    ⋯
@IowaDeSmet

https://twitter.com/denmeow/status/1419444629024477186

**Defendants' Appendix 465**

← **Tweet**    🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**leah STOP** ⚡ @okleahleahok · Jul 26
why did i have really emotional dreams last night. i feel drained today. 😵

💬 1      🔁      🤍 1      ⬆️

**denver 🏴 📟**
@denmeow

Replying to @okleahleahok

My therapist told me if u don't process stuff during the day it'll come out in your dreams 😩

3:25 PM · Jul 26, 2021 · Twitter for iPhone

3 Likes

💬      🔁      🤍      ⬆️

Tweet your reply

**leah STOP** ⚡ @okleahleahok · Jul 26
Replying to @denmeow
well that checks out. 🫠

💬      🔁      🤍      ⬆️

**Relevant people**

**denver 🏴 📟**
@denmeow
| cat mom | hairstyli
📟 | @peoplestown
canvassing stan

**leah STOP** ⚡
@okleahleahok
she/they ☿ queer ☿
aries ↑ aries

**What's happening**

Movies · 2 hours ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Entertainment · Trending
**Howard Stern**
26K Tweets

Entertainment · Trending
**Patton Oswalt**
10.6K Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

⋯ Digital Culture Inside 😎 · Ye
**How fans predicted Kylie
Jenner's pregnancy month:
using her nail polish**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit

**Tweet**

**Luke DeSmet**
@IowaDeSmet      ⋯

Foote Twitter 2021 p.88

**Defendants' Appendix 466**

← **Tweet**    🔍 Search Twitter

🏠 Home

# Explore

🔔 Notifications

💬 Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**denver** 🅇🔳
@denmeow

How is one suppose to function, go to work, and live... when we are on the edge of climate collapse??

11:26 PM · Jul 27, 2021 · Twitter for iPhone

**2** Retweets    **45** Likes

💬        🔁        ♡        ⬆️

Tweet your reply

**lonely and desperate**🐢 @bigclittenergy · Jul 29    ⋯
Replying to @denmeow
My philosophy is, we might as well try to overthrow the govt because we already know the world is going to end in like 10 yrs.

Im gonna focus on this fight, and having fun and partying. If we succeed then we get to build a new world. If not, 💀

💬        🔁        ♡ 1        ⬆️

### Relevant people

**denver** 🅇🔳
@denmeow
| cat mom | hairstyli
🔳 | @peoplestown
canvassing stan

### What's happening

Movies · 2 hours ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

🅒 San Francisco Chroni◎ · Yє
**A foil-wrapped home surviv the Caldor Fire even as everything around it burne Here's how**

‒‒ Digital Culture Inside◎ · Yє
**How fans predicted Kylie Jenner's pregnancy month using her nail polish**

Politics · Trending
**Katie Porter**
Rep. Katie Porter criticized S Manchin's opposition of Pre budget bill during an appear:
13.7K Tweets

Entertainment · Trending
**Patton Oswalt**
10.6K Tweets

Show more

Terms of Service  Privacy Policy
Ads info  More ⋯  © 2021 Twit



**Luke DeSmet**
@IowaDeSmet    ⋯

Foote Twitter 2021 p.89

# Defendants' Appendix 467



Case 4:21-cv-00043-SBJ     Document 35-2     Filed 12/27/21     Page 468 of 1148

9/9/2021     denver 🔲🏴 on Twitter: "It's so hot out BECAUSE of climate change BECAUSE of corporations and the top 1% going to fucking space an…



9/9/2021

denver 🏳️ on Twitter: "Des Moines mayor, councilors, city manager are so afraid to face their wrong doings, to face their own criticism- ...

← **Thread**

🔍 Search Twitter

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

**Tweet**

**denver** 🏳️ @denmeow · Jul 30
The fact that people who show up and call Des Moines government out on their bullshit, their suppression and their blatant support to DMPDs actions are being met with violence, more suppression and threats by DMPD is absurd. I am literally running out of words to use to explain.

💬 2          ↕ 31          ♡ 92          📤

**denver** 🏳️ @denmeow · Jul 30
The ABSOLUTE length Des Moines government will go to keep people silent so they can continue on their 'day to day' that includes, funding & backing the police, more unstable developments, more money, more for them.

💬 1          ↕ 2          ♡ 22          📤

**denver** 🏳️
@denmeow                                    ...

Replying to @denmeow

Des Moines mayor, councilors, city manager are so afraid to face their wrong doings, to face their own criticism- they fall into authoritarianism and become terrorist on speech.

4:20 PM · Jul 30, 2021 · Twitter for iPhone

**21 Likes**

💬          ↕          ♡          📤

Tweet your reply

### Relevant people

**denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

### What's happening

Movies · 56 minutes ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Trending in United States
**#ThursdayThoughts**
Wisdom, inspiration and curi
Thursday ✨
Trending with #ThursdayMotivat

Travel · Trending
**United Airlines**
9,526 Tweets

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

POPSUGAR UK · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit


**Luke DeSmet**
@IowaDeSmet          ···

Foote Twitter 2021 p.91
**Defendants' Appendix 469**          1/1



9/9/2021                denver 🅧🏴 on Twitter: "Sometimes if I want to get fired up I read the comments under my dsm reg article lol" / Twitter



Foote Twitter 2021 p.93
**Defendants' Appendix 471**

9/9/2021

denver 🏳️‍🌈 on Twitter: "This is how I found out I was bi. My mom came into my room and saw what I was doing and yelled at me. Lol" / ...



Foote Twitter 2021 p.94

**Defendants' Appendix 472**

1/1

9/9/2021    denver 🏳️ on Twitter: "When an alt right person messaged u to get a life n then blocks u right away ?? ok tough guy !!" / Twitter

🐦

← **Tweet**    🔍  Search Twitter

🏠 Home

**#** Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

☰ Lists

👤 Profile

⋯ More

**Tweet**

**denver** 🏳️
@denmeow    ⋯

When an alt right person messaged u to get a life n then blocks u right away ?? ok tough guy !!

12:14 PM · Aug 9, 2021 · Twitter for iPhone

9 Likes

🗨    ↻    ♡    ⬆️

Tweet your reply    Reply

**Relevant people**

**denver** 🏳️
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Entertainment · Trending
**Highly Questionable**

Trending in United States
**Sen. Amy Klobuchar**
2,276 Tweets

COVID-19 · LIVE
**COVID-19: News and updat**
Iowa

🕐 The Times 🌐 · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Show more

Terms of Service  Privacy Policy
Ads info  More ⋯  © 2021 Twit

Luke DeSmet
@IowaDeSmet    ⋯

https://twitter.com/denmeow/status/1424781174346559488

Foote Twitter 2021 p.95
**Defendants' Appendix 473**

1/1

9/9/2021

denver 🔲🏳 on Twitter: "I am going to be very annoyed and mad if the cat bite I got months ago on my wrist ruins my career lol" / Twitter

🐦

← **Tweet**

🔍  Search Twitter

🏠 Home

**denver** 🔲🏳
@denmeow

···

\# Explore

**Relevant people**

🔔 Notifications

I am going to be very annoyed and mad if the cat bite I got months ago on my wrist ruins my career lol

denver 🔲🏳
@denmeow
| cat mom | hairstyli
🔲🏳 | @peoplestown
canvassing stan

✉️ Messages

2:43 PM · Aug 9, 2021 · Twitter for iPhone

🔖 Bookmarks

1 Like

**What's happening**

📋 Lists

Movies · 2 hours ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

👤 Profile

💬          🔁          ♡          ⬆️

⊙ More

Tweet your reply

Trending in United States
**Suez Canal**
6,970 Tweets

Entertainment · Trending
**Highly Questionable**
1,038 Tweets

**Tweet**

POPSUGAR 🔵 · Yesterday
**Meet the Emerging Black Designers to Debut on This Year's Harlem's Fashion Rc Runway**

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit



**Luke DeSmet**
@IowaDeSmet

···

https://twitter.com/denmeow/status/1424818671067799556

**Defendants' Appendix 474**

🐦

Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

← **Thread**

🔍 Search Twitter

**denver 🏳️** @denmeow · Aug 9
Notice how DSM council is wearing masks tonight in the council meeting but this morning during the work session they simply... were not wearing masks.

💬 1          🔁          ♡ 14          ⬆️

**denver 🏳️**
@denmeow

Replying to @denmeow

## Further proving they can't even follow their own rules lol

5:50 PM · Aug 9, 2021 · Twitter for iPhone

4 Likes

💬          🔁          ♡          ⬆️

Tweet your reply

### Relevant people

**denver 🏳️**
@denmeow
| cat mom | hairstyli
🏳️ | @peoplestown
canvassing stan

### What's happening

Movies · 2 hours ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Entertainment · Trending
**Highly Questionable**
1,038 Tweets

Trending in United States
**Suez Canal**
6,970 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

⋯ Digital Culture Inside 🌐 · Yo
**How fans predicted Kylie Jenner's pregnancy months using her nail polish**

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twitt

**Luke DeSmet**
@IowaDeSmet   ⋯

Foote Twitter 2021 p.97
Defendants' Appendix 475



Ta████████wn
Barattas's

**Barattas**
Closes in 10 minutes · $$ · Italian Rest...
2320 S Union St, Des Moines, IA 50315

⭐ Recommend

1m    Like    Reply

Denver Rose Foote
Ta██████████n barrattas is not good

denver 🔲🟦🟦
@denmeow

*rolls up sleeves* all in a days work

7:53 PM · Aug 9, 2021 · Twitter for iPhone

17 Likes

9/9/2021

denver 🇮 📟 on Twitter: "Next yr during my lawsuit bc it's the day after my birthday..." / Twitter

🐦

← **Tweet**

🏠 Home

# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**denver** 🇮 📟
@denmeow
⋯

## Next yr during my lawsuit bc it's the day after my birthday...

🐹 **hanna jvne** @ativhanna · Aug 11
ur honor my client is sooooooooooo sleeple rn
Show this thread

5:21 PM · Aug 11, 2021 · Twitter for iPhone

**9** Likes

💬      🔁      ♡      ⬆️

👤  Tweet your reply

🔍 Search Twitter

**Relevant people**

**denver** 🇮 📟
@denmeow
| cat mom | hairstyl
🇮 | @peoplestown
canvassing stan

**hanna jvne**
@ativhanna
:') /little digital hoa
'!?/pet @hamster yl

**What's happening**

Movies · 1 hour ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

🅿️ POPSUGAR UK ⊘ · Yesterd
**Kylie Jenner and Travis Sco expecting baby number tw**

Trending in United States
**New World Order**
Unfounded claims about the
Order' conspiracy theory are
Australian governmental offi
expression during a press co
Thursday
56.3K Tweets

🕐 The Times ⊘ · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Entertainment · Trending
**Patton Oswalt**
9,261 Tweets

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit


**Luke DeSmet**
@IowaDeSmet   ⋯

Foote Twitter 2021 p.99

## Defendants' Appendix 477

9/9/2021    denver 🏳️ on Twitter: "The fact that central ia mayors are having a meet n greet event to probably fundraise for each other, during the i...



Foote Twitter 2021 p.100

**Defendants' Appendix 478**

1/1



denver 🏳️‍⚧️
@denmeow

🏵 Currently posting some rlly cute items to depop !
AND I am still fundraising for the Des Moines Rent Relief Fund !!
Thank you to everyone who has helped raise over $300 so far !

8:21 PM · Aug 12, 2021 · Twitter for iPhone

4 Retweets   15 Likes



denver ⬛🏴 on Twitter: "I have my deposition in less then a month. I've been waking up everyday trying to figure out how I'm going to fac…



← **Thread**

🔍 Search Twitter

🐦

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

**Tweet**

**denver** ⬛🏴
@denmeow

I have my deposition in less then a month. I've been waking up everyday trying to figure out how I'm going to face the cops that attacked me without losing it. It's exhausting.

9:51 AM · Aug 16, 2021 · Twitter for iPhone

**25 Likes**

Tweet your reply

**denver** ⬛🏴 @denmeow · Aug 16
Replying to @denmeow
Then I think I have no right to feel this way bc there are so many bigger things going on.
💬 2          ♡ 6

**denver** ⬛🏴 @denmeow · Aug 16
This is my vent. Thank u for visiting.
💬          ♡ 5

**Leah Waughtal-Magiera** @LuminaryLeah · Aug 16
Replying to @denmeow
Sending light & holding you in it. If we as your community can do anything to support or provide safety or strength - there are so many of us here to uplift you!
💬          ♡ 3

**Ronnie James** @ronniejamesiii · Aug 16
Replying to @denmeow
I'm sending you all my strength, which is a fraction of the strength you have. Let us @dsm_mutual_aid know where we can assist.
💬          ♡ 4

**Relevant people**

**denver** ⬛🏴
@denmeow
| cat mom | hairstyli
🏴 | @peoplestown
canvassing stan

**What's happening**

COVID-19 · LIVE
Experts say masks are safe
effective in preventing spre
COVID-19

Trending in United States
**Stephanie Grisham**
Trending with Axios

Travel · Trending
**United Airlines**
10.1K Tweets

Ⓟ POPSUGAR UK Ⓟ · Yesterd
Kylie Jenner and Travis Sco
expecting baby number tw

COVID-19 · LIVE
**COVID-19: News and updat
Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet   ···

Foote Twitter 2021 p.103
**Defendants' Appendix 481**

denver ☒ 🏳 on Twitter: "I have my deposition in less then a month, I've been waking up everyday trying to figure out how I'm going to fac...

🐦

Q  Search Twitter

⌂  Home

#  Explore

🔔  Notifications

✉  Messages

🔖  Bookmarks

▤  Lists

&  Profile

⋯  More

**Tweet**

Luke DeSmet
@IowaDeSmet    ...

Foote Twitter 2021 p.104

Defendants' Appendix 482

9/9/2021                denver 🗾🏴 on Twitter: "@dankauble Why did I not do this instead of stopping therapy lmfao (but with polk county obvi or dmpd)" / Twitter





denver 🇺🇸🏴 on Twitter: "@giadamorresi I do this. But it's the water bottles I take from the salon 😂" / Twitter

🐦

🔍  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

▤  Lists

👤  Profile

⋯  More

Tweet



**Luke DeSmet**    ⋯
@IowaDeSmet

Foote Twitter 2021 p.107
Defendants' Appendix 485

9/9/2021                    denver 🏳️‍🌈 on Twitter: "chant leading my first program tmrw 😊 wish me luck pls !" / Twitter



🐦

← **Tweet**                                    🔍  Search Twitter

⌂  Home

\#  Explore                    denver ▣▣
                              @denmeow                          •••
🔔  Notifications

✉  Messages         I posted a video from the action today and u can hear
                    my small lil voice cracking on the megaphone😣
🔖  Bookmarks
                    8:32 PM · Aug 18, 2021 · Twitter for iPhone
▤  Lists

👤  Profile                3 Likes

•••  More
                         ♡          ⟲          ♡          ⬆

    **Tweet**
                         💬  Tweet your reply

**Relevant people**

                    denver ▣▣
                    @denmeow
                    | cat mom | hairstyli
                    ▣ | @peoplestown
                    canvassing stan

**What's happening**

Movies · 2 hours ago
**The trailer for The Matrix
Resurrections is here**
Trending with Matrix, Morpheus

Entertainment · Trending
**#TheView**
23.5K Tweets

Entertainment · Trending
**Howard Stern**
Trending with Tim Pool

COVID-19 · LIVE
**COVID-19: News and updat**
**Iowa**

🅟 POPSUGAR UK ✅ · Yesterd
**Kylie Jenner and Travis Sco**
**expecting baby number two**

Show more

Terms of Service   Privacy Policy
Ads info   More •••   © 2021 Twit

Luke DeSmet            •••
@IowaDeSmet

https://twitter.com/denmeow/status/1428167849571495939

Defendants' Appendix 487

9/9/2021

denver 🔲 🏳 on Twitter: "Just received the notice that the felony I received last year is expunged from my record... literally about time. 😳...

← **Tweet**                                                    🔍  Search Twitter

🐦

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

📋 Lists

👤 Profile

⋯ More

**Tweet**

**denver** 🎛 🏳
@denmeow

Just received the notice that the felony I received last
year is expunged from my record... literally about time.
😳

3:10 PM · Aug 19, 2021 · Twitter for iPhone

**3** Retweets  **1** Quote Tweet  **88** Likes

💬            🔁            ♡            ↑

🙂  Tweet your reply                              Reply

**not girl summer** 🌱 🎛 @catrocketship · Aug 19        ⋯
Replying to @denmeow
!!!!!!!!!!!!!!!!!!!!!!

💬            🔁            ♡ 1          ↑

**Brad Wiesenmayer** 🎛 @bradical31 · Aug 19            ⋯
Replying to @denmeow
😂😂

💬            🔁            ♡ 1          ↑

**Relevant people**

**denver** 🎛🎛
@denmeow
| cat mom | hairstyli
🎛 | @peoplestown
canvassing stan

**What's happening**

COVID-19 · Yesterday
**The common cold and COV
are different viruses, scien
and virologists say**

⋯ Digital Culture Inside 🟢 · Ye
**How fans predicted Kylie
Jenner's pregnancy month
using her nail polish**

🟢 POPSUGAR UK 🟢 · Yesterd
**Kylie Jenner and Travis Sco
expecting baby number tw**

Entertainment · Trending
**#TheView**
23.5K Tweets

Trending in United States
**Suez Canal**
6,933 Tweets

Show more

Terms of Service  Privacy Policy
Ads Info  More ⋯  © 2021 Twit



Luke DeSmet
@IowaDeSmet

⋯

https://twitter.com/denmeow/status/1428449384107290633

9/9/2021

denver 🇺🇸 🏳️ on Twitter: "this lady was just v mean to me, belittling, trying to make me look bad in front of clients.... and then I saw her blu...



9/9/2021

denver ⬜ 🏴 on Twitter: "this lady was just v mean to me, belittling, trying to make me look bad in front of clients…. and then I saw her blu…

🐦

- ⌂ Home
- # Explore
- 🔔 Notifications
- ✉ Messages
- 🔖 Bookmarks
- 🗐 Lists
- 𐙂 Profile
- ⋯ More

**Tweet**

🔍 Search Twitter

**Luke DeSmet**
@IowaDeSmet    ⋯

Foote Twitter 2021 p.112

Defendants' Appendix 490

2/2





**Defendants' Appendix 492**

denver 🎃 🏴 on Twitter: "@monicaleninsky this was the highlight of my day" / Twitter



🔍  Search Twitter

🏠  Home

#  Explore

🔔  Notifications

✉️  Messages

🔖  Bookmarks

🗒️  Lists

👤  Profile

⋯  More

**Tweet**

**Luke DeSmet**
@IowaDeSmet    ⋯

Foote Twitter 2021 p.115

**Defendants' Appendix 493**

9/9/2021                denver 🏳️ on Twitter: "Second time having heat exhaustion this week. Either I am not cut out for this or there is something bigger going…



Foote Twitter 2021 p.116
Defendants' Appendix 494

9/9/2021          denver 🏴 📷 on Twitter: "Second time having heat exhaustion this week. Either I am not cut out for this or there is something bigger going...

🐦

Q Search Twitter

🏠 Home

＃ Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

Tweet

**Luke DeSmet**
@IowaDeSmet          ...

Foote Twitter 2021 p.117

**Defendants' Appendix 495**

9/9/2021                    denver 🏳️‍⚧️🏴 on Twitter: "my anxiety is through the roof today 🫠" / Twitter



9/9/2021    denver 🏳️‍🌈 on Twitter: "feeling v dark about the world rn" / Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**

🔍 Search Twitter

**denver 🏳️‍🌈**
@denmeow

feeling v dark about the world rn

9:43 AM · Aug 29, 2021 · Twitter for iPhone

1 Quote Tweet    9 Likes

Tweet your reply

#EndIGM #BlackLivesMatter #FreePalestine @DSMNO... · Aug 29
Replying to @denmeow
Margaret loves you. She has a nose for good people.



♡ 1

**Relevant people**

**denver 🏳️‍🌈**
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**What's happening**

Movies · 2 hours ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

Digital Culture Inside🌐 · Ye
**How fans predicted Kylie Jenner's pregnancy months using her nail polish**

Trending in United States
**Suez Canal**
6,896 Tweets

Politics · Trending
**David Chipman**
11.7K Tweets

COVID-19 · LIVE
**COVID-19: News and updat Iowa**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**Luke DeSmet**
@IowaDeSmet
···

https://twitter.com/denmeow/status/1431990974125940748

**Defendants' Appendix 497**

← **Tweet**

Q Search Twitter

🐦

🏠 Home

\# Explore

🔔 Notifications

✉️ Messages

🔖 Bookmarks

▤ Lists

👤 Profile

⋯ More

**Tweet**

denver 🏳️‍🌈
@denmeow

sometimes I think about how in love I am and my heart does a little pitter patter

11:07 PM · Aug 29, 2021 · Twitter for iPhone

4 Likes

💬          🔁          ♡          ⬆️

👤  Tweet your reply                    Reply

**Relevant people**

denver 🏳️‍🌈
@denmeow
| cat mom | hairstyli
🏳️‍🌈 | @peoplestown
canvassing stan

**What's happening**

Movies · 2 hours ago
**The trailer for The Matrix Resurrections is here**
Trending with Matrix, Morpheus

The Times ✓ · 5 hours ago
**Afghanistan: "My family is starving, I have to sell my daughter"**

Digital Culture Inside ✓ · Ye
**How fans predicted Kylie Jenner's pregnancy month using her nail polish**

Trending in United States
**Suez Canal**
6,878 Tweets

Entertainment · Trending
**Howard Stern**
Trending with Tim Pool

Show more

Terms of Service   Privacy Policy
Ads info   More ⋯   © 2021 Twit


Luke DeSmet
@IowaDeSmet

Foote Twitter 2021 p.120    1/1

Defendants' Appendix 498



denver 🏳️‍🌈 on Twitter: "the worse part about depression &amp; anxiety is the absolute exhaustion" / Twitter

the worse part about depression & anxiety is the absolute exhaustion

6:38 PM · Aug 31, 2021 · Twitter for iPhone

8 Likes



Luke DeSmet
@IowaDeSmet

Foote Twitter 2021 p.121

1/1

Defendants' Appendix 499

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENVER FOOTE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE 1, BRANDON HOLTON,<br>ADAM HERMAN, CLARK ALLEN,<br>ERNESTO ESCOBAR HERNANDEZ;<br>JEFFREY GEORGE, KIRK BAGBY, DANA<br>WINGERT; and the CITY OF DES<br>MOINES, IOWA,<br><br>Defendants. | Case No. 4:21-cv-00043<br><br><br>AFFIDAVIT OF ALLAN TUNKS,<br>ASSISTANT CHIEF OF POLICE<br>DES MOINES POLICE DEPARTMENT |

| | |
|---|---|
| State of Iowa | ) |
| | ) |
| County of Polk | ) |
| United States of America | ) |

I, Allan Tunks, being duly sworn and under the penalty of perjury state as follows:

I am Allan Tunks, Assistant Chief of Police for the Des Moines Police Department. I have learned through the course of this litigation that Denver Foote was present at a protest that turned violent on May 29, 2020. I was part of command staff overseeing the event of May 29, 2020 and can offer details of what happened on that date.

The Des Moines Police Department worked with protest organizers to assist with creating space for the protests regarding George Floyd's killing to occur in the immediate vicinity of the Des Moines Police Department. The support the Department provided included blocking traffic at the intersections of E. 2nd Street and Court Avenue and River Drive and Court Avenue to allow safe movements of protesters in the road without threat of car traffic. Several individuals made speeches and the sizable crowd was peaceful. The planned protest was scheduled to last for a set period of time. At the close of the planned protest, organizers advised the attending crowd that the event was completed.

Many people left at that time but a crowd of more than one hundred remained. Those that remained were becoming increasingly agitated and confrontational. Command staff was monitoring the activity as there was concern about a potential attack on the Police Department building, as had just occurred in Minneapolis the day before. As we were monitoring, we learned

that the crowd had targeted Officer Sivid Becivoric, who was alone in his marked vehicle blocking traffic at East 2nd and Court Avenue. (See attached video and photographs). Eventually, Officer Becivoric was forced to deploy OC spray, commonly referred to as mace, in order to escape the threat of the people attacking him and his vehicle. This was, of course, in the immediate vicinity of the crowd that remained after the planned protest ended.

It was the actions of the crowd toward Becivoric that caused command staff to direct that a protective line be put in place to ensure the security of the Police Department building. This protection was absolutely imperative for public safety because, there were employees working inside, and also because there are firearms, seized narcotics, and money inside the building. The protective line was made up of uniformed officers. Those officers began to be assaulted by the crowd, which was by this time growing rather than diminishing. As I later learned, social media and mainstream media were providing live information about the events, which prompted additional people to join in the disturbance. The assaults on law enforcement included being hit with water bottles—some frozen for greater impact, rocks, broken concrete, and landscaping blocks. Once the crowd became this violent, it was clear that we needed to call in our tactical squad, STAR Team.

Once STAR Team, a multi-agency tactical squad, was in place, the uniformed officers were able to drop back and protect other portions of the Police Department campus. The assault on officers continued and the crowd continued to grow. As such, I made the decision to make dispersal orders. I did so through the Public Address "PA" system in a patrol car parked immediately at the line between the STAR Team and the crowd. I made at least three dispersal orders, with ample time to allow for compliance, to no effect. There were also community leaders out talking to members of the crowd trying to get them to stop the violence and disperse, also to no effect.

Based on the escalating threat and violence, and after consulting with the commander for STAR Team, I made the decision to deploy a riot control agent, CS gas, commonly referred to as teargas. This was done in stages to allow for people to exit the area. Officers had to deploy CS gas several times in order to get any dispersal compliance. When this crowd eventually dispersed from the immediate area of the Police Department, they moved through the East Village causing substantial to damages, including Hilltop Tire (all windows smashed and items looted), the federal courthouse, and the Embassy Suites (See attached video and photographs). We continued to have a police presence in the area and through time and persistence, we were able to halt the assault on the East Village.

I can say with a high level of certainty, if a person was in the crowd outside the Police Department on May 29, 2020, leaving only when teargas was deployed, that person witnessed criminal violence against police officers and criminal violence against public and private property.

Pursuant to Iowa Rule of Civil Procedure 1.413.4, I certify under penalty of perjury and pursuant to the laws of the state of Iowa that the preceding is true and correct.

12-16-21
_____
Date

_____
Allan Tunks

Defendants' Appendix 502

Attachments to Tunks' Affidavit:

Video of crowd headed towards squad

Video of squad car damage

Video of crowd throwing bottles

Video of damage to Embassy Suites



Defendants' Appendix 504





Defendants' Appendix 506







EXIT

# SPAGHETTI WORKS
## LUNCH • DINNER • SPIRITS
### "EST. 1978"



Defendants' Appendix 510



Defendants' Appendix 511

## PERSONS REPORT

**DES MOINES, IOWA POLICE DEPARTMENT**

| 1. M/W PERSON'S NAME | LAST | FIRST | MIDDLE | 2. CASE NUMBER |
|---|---|---|---|---|
| Williams, Lonnie Sekou Sr. | | | | 20-15286 |

| 19. BEAT | 20. TYPE OF REPORT | | 3. M/W PERSON'S ADDRESS | CITY | | 4. RES. PHONE |
|---|---|---|---|---|---|---|
| 40 | MISSING ☐  WANTED ☒ | | 6808 Chaffee Rd Unit 7  Des Moines, Ia. | | | - |

| 21. M/W PERS. OCCUPATION | 22. HRS. OF EMP. | 23. OBRIETY | 5. PLACE OF EMPLOYMENT OR SCHOOL | 6. BUS. PHONE |
|---|---|---|---|---|
| - | - | - | - | - |

| 24. VEH USED | LIC NO | STATE | YR | 7. M/W PERSON'S RACE-SEX-AGE | 8. DATE OF BIRTH | 9. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| BY M/W PER | JKS899 | IA | 20 | BM 27 | ▮▮▮ | ▮▮▮ |

| COLOR | YEAR | MAKE | BODY | MODEL | 10. REPORTING PERSON OR AGENCY | 11. RELATIONSHIP | 12. RES PHONE |
|---|---|---|---|---|---|---|---|
| SIL | 2013 | Hyun | Eln | 4 dr | DMPD | - | - |

| 25. VIN NUMBER | 13. REPORTING PERSON'S ADDRESS | CITY | 14. BUS PHONE |
|---|---|---|---|
| 5NPDH4AE0DH315062 | DMPD 25 E 1st St    Des Moines | | 515-237-1493 |

| 26. VEHICLE CHARACTERISTICS | 15. DATE AND TIME OCCURRED | 16. DATE AND TIME REPORTED |
|---|---|---|
| | 30 May 20 2134 hrs | 30 May 20 2134 hrs |

| CODE: V-VICTIM (OTHER THAN BLOCK #1 SHOW AGE, RACE, SEX) | 17. CRIME | 18. CLASSIFICATION |
|---|---|---|
| W-WITNESS P-PARENT OR GUARDIAN A-ACCOMPANIED BY | Arson 1st | |

| 27. NAME | R/SDOB | CODE | RESIDENCE ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 28. HEIGHT | 29. WEIGHT | 30. EYES | GLASSES? | 31. HAIR COLOR | STYLE | LENGTH | 32. FBI # | 33. DCI # |
|---|---|---|---|---|---|---|---|---|
| 5'7 | 175 | Bro | YES ☐  NO ☒ | Blk | | | 77747HD8 | 00890173 |

| 34. DMPD # | 35. SCARS, MARKS OR TATTOOS |
|---|---|
| | TAT R CHK (Tear drops and $); TAT L FGR (RULE); TAT R FGR (STAX); TAT UR ARM (Skull w. Flower & eye in triangle); TAT R Hand (FELICIA); *TAT NECK (SF Logo)*; TAT R ARM (RIP 36 Skulls Yazmine) |

| 36. COMPLEXION | 37. PHYSICAL CONDITION | 38. MENTAL CONDITION | 39. BUILD | 40. POSS. CAUSE OF ABSENCE |
|---|---|---|---|---|
| DRK | UNK | UNK | AVG | |

| 41. PROBABLE DESTINATION | 42. POSS. ID. USED | 43. LAST SEEN |
|---|---|---|
| ARIZONA | UNK | |

| 44. AMOUNT MONEY CARRIED | 45. DESCRIPTION OF CLOTHING WORN | HAS CLOTHING CHANGE ☐ |
|---|---|---|
| UNK | | NO CLOTHING CHANGE ☐ |

| 46. WARRANT # | 47. JUDGE ISSUING | 48. DATE OF ISSUE | 49. CRIME CLASSIFICATION |
|---|---|---|---|
| FECR341198 | Huppert | 08-25-2020 | Simple ☐  Serious/Aggr. ☐  Felony ☒ |

| 50. OFFENSE CODE | 51. FINGERPRINT CLASSIFICATION | 52. PICKUP LIMIT |
|---|---|---|
| 2099 | | N |

| 53. DL# | 54. DL STATE | 55. DL EXP. | 56. ALIAS #1 | ALIAS #2 |
|---|---|---|---|---|
| ▮▮▮ | IA | 22 | | |

| 57. SPECIAL REMARKS | CONSIDERED ARMED ☐  DANGEROUS ☐  USE CAUTION ☐  SUICIDAL ☐  OTHER ☐ |
|---|---|
| EXPLAIN | |

| ITEM NO. | 58. NARRATIVE (1) CONTINUATION OF ABOVE ITEMS INCLUDE ADDITIONAL INFORMATION (2) DESCRIBE CIRCUMSTANCES AND INFORMATION REGARDING DRUG & ALCOHOL USE |
|---|---|
| | |
| | |
| | CONTINUE NARRATIVE ON BACK |

### DISPATCH

| 59. RADIO BROADCAST BY | 60. DATE | 61. TIME |
|---|---|---|
| DISPATCHER | | |
| 62. ENTER ☐ | OPERATOR  8038 | DATE/TIME  9-2-20 |

| 65. REPORTING OFFICER | IDENT NO. | IOWA # | NCIC # |
|---|---|---|---|
| C McFarling | 4967 | 3062110 | W 7917533 03 |

| SECOND OFFICER | IDENT NO. | 63. | OFFICER AUTHORITY | DATE |
|---|---|---|---|---|
| 2nd Check - Davis | 8120 | CANCEL ☐ | | |

| 66. SUPERVISOR APPROVING | NO. | 67. REVIEWER | 64. OPERATOR | DATE / TIME |
|---|---|---|---|---|
| | | | | |

| 68. UNIT REFERRED TO |
|---|
| Detective  Mc Farling |

2-103-2 (REV SEPT 1997)

Defendants' Appendix 512

**Shieldware NCIC** **ENTER WANTED PERSON (EW)**

**REFERENCE INFORMATION**

Reference (REF)

**CASE INFORMATION**

| | |
|---|---|
| Originating Agency Code (ORI) **IA0770300** | Incident Type (INC) **F** |
| Agency Case Number (OCA) **2015286** | Pickup (PCK) **N** |
| Notify Originating Agency (NOA) | Confirming Terminal (COA) **PDM1** |
| Offense Code (OFF) **2099**   Adtl Text | Control (CTL) **49678038** |
| Original Offense Code (OOC)   Additional Offenses/Warrants (ADO) | Court ORI (CTI) |
| Warrant Number (WNO) **FECR341198** | Caution/Medical Conditions (CMC) **00** |
| Extradition Limitation (EXL) **1** | Broadcast (BDC) |
| Date of Warrant (DOW) **20200824** | Date of Violation (DOV) **20200530** |
| Contact Phone Number (CPH) **5152834890** | Contact Fax Number (FAX) **5152834293** |
| Linkage Agency Identifier (LKI) | Linkage Case Number (LKA) |

**PERSON INFORMATION**

| | | |
|---|---|---|
| Name (NAM) **WILLIAMS,LONNIE SEKOU** | | Sex (SEX) **M** |
| Race (RAC) **B**   Ethnicity (ETN) **N** | Height (HGT) **507** | Weight (WGT) **175** |
| Hair Color (HAI) **BLK**   Eye Color (EYE) **BRO** | | Skin Tone (SKN) **MBR** |
| Date of Birth (DOB) █████████   Date of Emancipation (DOE) | | Place of Birth (POB) **IA** |
| Address (ADR) **6808 CHAFFEE RD UNIT 7** | | |
| City & State (CIT) **DESMOINES,IA** | | DCI Number (DCI) **890173** |
| Scars Marks and Tattoos (SMT) **TAT R CHK** | Social Security Number (SOC) ████████ | |
| Miscellaneous Number (MNU) | | FBI Number (FBI) **77747HD8** |
| DNA Available (DNA)   Finger Print Classification (FPC) | | |
| DNA Location (DLO) | | |
| | | |
| Citizenship (CTZ) | | |
| License Number (OLN) ████████ | State (OLS) **IA** | Year (OLY) **2022** |
| Miscellaneous (MIS) **ARSON 1ST $25000 C/S** | | |

**VEHICLE INFORMATION**

| | |
|---|---|
| Vehicle ID Number (VIN) | Year of Manufacturer (VYR) |
| Make (VMA)   Adtl Text | Model (VMO) |
| Style (VST) | Color (VCO)        / |

**LICENSE PLATE INFORMATION**

| | |
|---|---|
| License Plate (LIC) | State (LIS) |
| Year (LIY) | Type (LIT) |

**NCIC TEST OPTION**

NCIC TEST (TS$)

THIS IS HIDDEN FROM THE USERS VIEW  (MID)

Defendants' Appendix 513

**EW:2015286-WILLIAMS,LONNIE SEKOU        UNKNOWN      20200902 - 13:15:41**

PDM1.

\* WANTED PERSON RECORD ENTERED \*
ORI/IA0770300-DES MOINES PD
OCA/2015286
SIN/3062118
NAM/WILLIAMS,LONNIE SEKOU
 RECORD SENT TO NCIC


;202009021315/202009021315
PDM1 595
MESSAGE FROM IOWA
145860


**EW:2015286-WILLIAMS,LONNIE SEKOU        UNKNOWN      20200902 - 13:15:42**

1L0100000000
1L01IOWA,MRI34JN03R
IA0770300
NAM/WILLIAMS,L0NNIE SEK0U NIC/W791753303
OCA/2015286


;202009021315/202009021315
PDM1 597
MESSAGE FROM IOWA
145866

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

————————————————————————

DENVER FOOTE,                      :
                                   :
             Plaintiff,            :
                                   :   No. 4:21-cv-00043-SBJ
        vs.                        :
                                   :
JOHN DOE 1; CLARK ALLEN;           :   DEPOSITION OF
ERNESTO ESCOBAR HERNANDEZ;         :
JEFFREY GEORGE; BRANDON            :   ADAM HERMAN
HOLTAN; ADAM HERMAN; KIRK          :
BAGBY; DANA WINGERT; CITY OF       :
DES MOINES, IOWA,                  :
                                   :
             Defendants.           :

————————————————————————

DEPOSITION OF ADAM HERMAN, taken before

SueAnn Jones, Certified Shorthand Reporter and Notary

Public, at Lower Level Conference Room 2, Des Moines

City Hall, Des Moines, Iowa, commencing at 1:10 p.m. on

July 12, 2021.

Reported by:  SueAnn Jones, CSR, RPR

Defendants' Appendix 515

2

```
 1                   A P P E A R A N C E S

 2

 3   Plaintiff by:        GINA MESSAMER

 4                        Attorney at Law

 5                        2910 Grand Avenue

 6                        Des Moines, Iowa 50312

 7

 8   Defendants by:       MICHELLE R. MACKEL-WIEDERANDERS

 9                        LUKE DeSMET

10                        City of Des Moines Attorneys

11                        400 Robert D. Ray Drive

12                        Des Moines, Iowa 50309-1813

13

14   Also Present:        Brandon Holtan

15

16

17

18

19

20

21

22

23

24

25
```

Defendants' Appendix 516

DEPOSITION OF ADAM HERMAN

3

1                    I N D E X

2

3    EXAMINATION BY        DIRECT  CROSS  REDIRECT  RECROSS

4    Ms. Messamer             4                68

5    Ms. Mackel-Wiederanders       63              72

6

7    EXHIBIT                  PAGE(S) REFERRED TO

8       6                     20

9       7                     24

10       8                    53

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Defendants' Appendix 517

4

1                        ADAM HERMAN,

2     called as a witness, having been first duly sworn,

3     was examined and testified as follows:

4                      DIRECT EXAMINATION

5     BY MS. MESSAMER:

6        Q.  Hi, Officer Herman.  What is your current rank?

7        A.  I'm a senior police officer.

8        Q.  And was that the same position you had last

9     summer when this happened, May 30/31?

10       A.  Correct.

11       Q.  How long have you been with Des Moines police?

12       A.  Been here since 2013.

13       Q.  And I understand you were also on the Metro

14    S.T.A.R. in the Team 1 the night that this happened;

15    right?

16       A.  Correct.

17       Q.  On Metro S.T.A.R., have you received particular

18    training on these less lethal devices?

19       A.  I understand what they are, but I'm not

20    authorized to fire them, no.

21       Q.  Who makes that decision on who can fire them?

22       A.  I believe it's the team leaders that determine

23    who becomes selected for those or maybe the full-time

24    staff, and then they go and receive training on those.

25       Q.  Who on your team is authorized to use those?

Defendants' Appendix 518

5

1      A.  I know Brad Hook, he is my assistant team leader,

2  and he is authorized in that.

3      Q.  Would it usually be the assistant team leaders

4  who are authorized?

5      A.  It can be, yes, but there's really no designation

6  specifically for who can.

7      Q.  Do you know who else on Metro S.T.A.R. is

8  authorized to use those?

9      A.  I know that Jason Tart is another.  He's with

10  Polk County.  He's the only other one that I know of.

11      Q.  This night down on Court Avenue, did you see

12  anybody use tear gas canisters?

13      A.  Throughout the course of the night, yes.  I saw

14  them being deployed, yes.

15      Q.  Who did you see deploy them?

16      A.  I wouldn't have seen who specifically did it.

17  Just know that I saw the aftermath of them being fired.

18      Q.  How about stinger balls?  Did you see anyone

19  deploy those?

20      A.  I can't remember specifically any of the stinger

21  balls from that night that would have been deployed, no.

22      Q.  Have you been trained on stinger balls at all?

23      A.  I've never thrown one.  I've never had anything

24  to do with stinger balls.  It's kind of the same -- from

25  what I understand, it's the same kind of selection and

6

1    training process.

2        Q.   Have you ever seen one thrown?

3        A.   Yes.

4        Q.   In your training or out in police work?

5        A.   Through the course of the riots is where I

6    observed them.

7        Q.   Where do you remember seeing them thrown?

8        A.   The very first night down by the police station.

9        Q.   Do you know who threw them that night?

10        A.   I do not.

11        Q.   Would it have been Metro S.T.A.R.?

12        A.   Yes.

13        Q.   Am I correct that nobody working just regular

14    Des Moines assignments would be throwing stinger balls?

15        A.   I don't believe so, but as chaotic as it was, if

16    you told me that someone from patrol grabbed them and

17    deployed them, I wouldn't have any reason to dispute

18    that.

19        Q.   Does it look like just a canister?  What's it

20    look like?  How would they even know it should be

21    thrown?

22        A.   Well, they aren't readily available to everyone,

23    so it had to come from someone who already had them or

24    from the Metro S.T.A.R. office, and they're a small --

25    it looks like a baseball.  They're black, I believe, and

Defendants' Appendix 520

7

1   then they have on the top a spoon, very similar to a

2   flash bang that when released comes off from what I

3   understand, and then that's what deploys the stinger

4   balls.

5       Q.  Where is the Metro S.T.A.R. office?

6       A.  It is just southeast from the police station,

7   right across the railroad tracks.

8       Q.  As you understand it, is there a separate

9   disciplinary process through Metro S.T.A.R. as distinct

10  from the DMPD process?

11      A.  Not that I'm aware of, no.

12      Q.  Are you aware of there being any OPS complaint

13  regarding Denver Foote's arrest?

14      A.  Not that I'm aware of, no.

15      Q.  On Friday night, were you involved with the

16  response to the protests that night?  That was the night

17  before, the first night of the protests.

18      A.  Yes.

19      Q.  Did you use any force that night?

20      A.  Yes, I did.

21      Q.  What would that be?

22      A.  I made an arrest at East Third and Court on an

23  individual that did not disperse from the area.

24      Q.  What was the force?

25      A.  I did a leg sweep to put him on the ground and

Defendants' Appendix 521

DEPOSITION OF ADAM HERMAN

8

1    then handcuffed him or zip-tied him.

2      Q.  Were you in your full Metro S.T.A.R. gear that

3    day?

4      A.  Yes, ma'am.

5      Q.  Do you always carry a shield when you're out and

6    about with Metro S.T.A.R.?

7      A.  Normally, no.  That is typically only for riot

8    situations as we found.

9      Q.  Did you have it on both Friday and Saturday

10   night?

11     A.  Initially Friday, yes.  Saturday night, almost

12   the entire time, yes.

13     Q.  I understand you did not have body camera on

14   Saturday night?

15     A.  I did have a body camera on.  It had died.

16     Q.  Do you know when it died?

17     A.  I do not.

18     Q.  Do you have any body camera from earlier in the

19   day?

20     A.  Not that I know of.

21     Q.  What did you review before you came here today?

22     A.  I reviewed the video from the Court Ave cameras

23   downtown, my report, and I have not seen my blue team

24   report.

25     Q.  That's your use of force report?

Defendants' Appendix 522

9

1       A.   Correct.

2       Q.   So you say you reviewed some video from Court

3   Avenue.  What did you review specifically?

4       A.   I saw earlier some of the stuff coming from

5   Walnut, but I also watched the remainder of that video

6   and the video that shows Court Avenue.

7       Q.   What part of Court Avenue?

8       A.   Third and Court.

9       Q.   How did you get access to those videos?

10      A.   Ben Carter was the one that provided them.

11      Q.   Have you talked to him about this case?

12      A.   We went through the video for this case, yes.

13      Q.   Were you able to locate anything on the video

14   that you thought was particularly relevant to this case?

15      A.   No.  But I did notice that some of the things

16   that I had thought happened that night, you know, were a

17   little bit different compared to how the video took

18   place.

19      Q.   Like what?

20      A.   I had thought dealing with Ms. Foote that she had

21   come around -- and this is just in my mind, not in the

22   report but that she had come around from the Hy-Vee

23   Court Ave area, but it's a different -- it was a

24   different female in the video that that happened to.

25              So as I'm watching that the day that it

Defendants' Appendix 523

10

1    happened, I associated it with just a few feet away

2    where we made the arrest with Denver Foote.  So as I

3    watched the video, I found that that wasn't her.

4       Q.  When you say another woman, like there was

5    another woman on the video by Denver or something?

6       A.  There was a woman that came east on Court to

7    Third and was pepper-sprayed but then went a different

8    direction, but for whatever reason in my mind that

9    night, I thought that that's where Denver had come from.

10      Q.  All right.  So do you know where Denver came from

11   then?

12      A.  I do now, yes.

13      Q.  All right.  Where did she come from?

14      A.  She was with -- Officer Holtan had made contact

15   with her on the west side of Third in the cubby near

16   Annie's.

17      Q.  But you knew that already.  I guess what did you

18   learn from the video about Denver that you didn't

19   already know?

20      A.  Well, like I said, I thought that she had come

21   around that corner, but as I watched the video, that was

22   not her.  So I learned that she had not come from Court

23   Avenue.

24      Q.  And sorry if I am kind of going back but just to

25   make sure I understand.  Why did you think she was the

Defendants' Appendix 524

**DEPOSITION OF ADAM HERMAN**

11

1   girl that came around the corner?

2      A.   That's based on what I had remembered from that

3   night.  I thought that that's where she had come from.

4      Q.   Okay.  So your memory just was you kind of

5   conflated two people into one?

6      A.   Correct.

7      Q.   Okay.  What time did you go on duty that

8   Saturday?

9      A.   I believe it was 11 o'clock we showed up.

10      Q.   Did you go over to by the Polk County courthouse

11   when there was some issues over there a little earlier

12   in the night?  That's where somebody had broken a window

13   at the courthouse.

14      A.   Yes, I was there.

15      Q.   So when you came down to Court Avenue later in

16   the night, though, where did you start?  Were you in

17   that box truck?

18      A.   For this particular incident, yes, I rode in the

19   cube van.

20      Q.   And in your report you said that you had a blunt

21   force trauma injury to your right thumb.  When did that

22   happen?

23      A.   That would have happened -- the thumb portion

24   happened earlier over at the courthouse.

25      Q.   How did that happen?

Defendants' Appendix 525

DEPOSITION OF ADAM HERMAN

12

1    A.  This was an individual that was struggling with

2    us, and I hit it on something as we were pushing or

3    pulling the individual away.

4    Q.  What were the circumstances of that arrest?

5    A.  The individual wasn't arrested.  They were able

6    to flee on foot.  We weren't able to make contact with

7    them.

8    Q.  Was that kind of right after the tear gas and

9    stuff was thrown?

10   A.  I believe so.  I know that state patrol had

11   called on the radio that they had been surrounded and

12   called for pretty much everyone that was available to go

13   over to the courthouse.

14   Q.  Were you trying to arrest that person?

15   A.  I would have, yes, if I would have been able to

16   stay in contact with them, yes.

17   Q.  So I have, and I think you have too, this report

18   that is dated June 10?

19   A.  Yes.

20   Q.  How did it come about that you wrote this report

21   on June 10?

22   A.  There was -- there was a stack of paperwork that

23   was brought in to the tac office that had photos of the

24   individuals that had been arrested, and they were trying

25   to match up the officers with those that were arrested,

Defendants' Appendix 526

DEPOSITION OF ADAM HERMAN

13

1  and that's when I saw Ms. Foote's picture and identified

2  her as someone that I had arrested and wrote my report.

3      Q.  The tac office, is that the Metro S.T.A.R.

4  office, or is that different?

5      A.  Yes.  Yes, ma'am.  That is the same thing.

6      Q.  Do you know how many reports you authored from

7  that night?

8      A.  I believe there would have been one report and

9  then one use of force report.

10     Q.  Is Denver Foote the only person that you were

11  involved in arresting?

12     A.  That I remember, yes.

13     Q.  So having reviewed the video and your report

14  again, is there anything in your report that you think

15  is inaccurate that you need to correct?

16     A.  No.  I think that's my best recollection at that

17  time.  Again, like I said earlier, that was more of a

18  memory thing for me that I noticed wasn't accurate.

19     Q.  So this sentence "I observed an individual

20  running north on Third Street on the west side of the

21  road," that's what you're saying, though.

22          You are saying now watching the video,

23  that's not right?

24     A.  Correct.  So that would have been a different

25  individual.

14

1    Q.  Are you able then to remember how you first saw

2  Denver Foote, or was that kind of lost in the sands of

3  time now?

4    A.  No.  That would have been -- because as I watched

5  the video, then -- then I knew that that individual

6  wasn't the one -- wasn't Ms. Foote.

7          So I remembered then the next sequence of

8  events which was that Officer Holtan was struggling with

9  someone in the cubby hole there at Annie's, so that

10  would have been the first time that I would have

11  observed -- obviously I didn't know her at the time but

12  someone.

13    Q.  Do you know where the Bates stamp comes from

14  that's on the side of your report?

15    A.  When the records sergeant receives our paperwork,

16  they put it in a machine that time-stamps it.

17    Q.  So you guys are still printing stuff out?

18    A.  Correct.

19    Q.  Did you write this whole report yourself and all

20  the language, or is there copying and pasting from

21  something else?

22    A.  I believe that is all mine.

23    Q.  Did you talk to Officer Holtan before you wrote

24  this?

25    A.  I believe that we had talked to make sure that

Defendants' Appendix 528

DEPOSITION OF ADAM HERMAN

15

1   was the individual we had arrested together, yes.

2       Q.  In your report you mention that some people

3   earlier that night were throwing homemade incendiary

4   devices?

5       A.  Correct.

6       Q.  What were those?

7       A.  I know that there were fireworks that were being

8   shot into our line, and then I believe that there were

9   gasoline and glass bottles that had been thrown at us as

10  well because I know that we did receive some of those

11  throughout the riots.

12      Q.  Do you actually remember that happening this

13  night?

14      A.  If it's in here, yes.  Right now I don't remember

15  specifically.

16      Q.  So we're talking a Molotov cocktail?

17      A.  Yes.

18      Q.  Whether it's this night or another night, do you

19  actually have a memory of seeing one of those explode?

20      A.  I know that they were thrown at us.  I believe

21  one night one of them landed but didn't -- didn't

22  explode.

23      Q.  But you're not sure if it was this night or not?

24      A.  Correct.

25      Q.  And you personally observed Brady Pratt getting

Defendants' Appendix 529

DEPOSITION OF ADAM HERMAN

16

1    hit in the head?

2       A.  I did.

3       Q.  What time would that have been, roughly?  Would

4    that be kind of, like, around 11?

5       A.  I think that's a fair time frame, yes.

6       Q.  So when you guys were rounded up again, you

7    thought you were going to go home but then are told

8    "Hey, people are breaking into Hy-Vee.  We're going to

9    go back down."

10              What were the orders?  What did you

11   understand you were supposed to do when you got there?

12      A.  We were supposed to go there, and then

13   individuals that were in that area would be arrested.

14      Q.  Who gave those orders?

15      A.  I believe it would have come from the Metro

16   S.T.A.R. commander.  It would have been something -- if

17   not given to us verbally in person would have been done

18   over the radio systems.

19      Q.  Do you guys have a different radio system than

20   regular Des Moines PD?

21      A.  It's a different channel.  It's the same system.

22      Q.  What channel?

23      A.  I could not tell you what channel we were using

24   that night specifically.

25      Q.  And when you say it would be Metro S.T.A.R.

Defendants' Appendix 530

17

1    commanding, would that be Schafnitz?

2      A.   Correct.

3      Q.   Anybody else?

4      A.   He is our only commander for Metro S.T.A.R.

5      Q.   So he's the one that gave the order when you're

6    going back down to Court Avenue, get anybody who's still

7    in the area?

8      A.   I believe it would have been.

9      Q.   Were there specific orders on saying pepper spray

10   is authorized now?

11     A.   I don't remember what the kind of rules of

12   engagement, if you will, were for that specifically.

13     Q.   What's your memory on how many people were in

14   that cube truck that went and parked by the civic

15   center?

16     A.   Oh, right between 12 and 15.

17     Q.   Who else do you remember being with you?

18     A.   I know Officer Holtan drove us over.

19     Q.   Is this helpful?  Here's a Metro S.T.A.R. list.

20     A.   I think assistant team leader for our team, Dave

21   Chiodo would have been down there with us.  For some

22   reason I thought that Captain Hardy had also gone down,

23   but again, without having it in my report, trying to go

24   off of memory is difficult.

25     Q.   The video I showed Officer Holtan in his

DEPOSITION OF ADAM HERMAN

18

1   deposition right before this, you were watching that too

2   where it's the bigger group of law enforcement coming

3   down the street.

4           You know what I'm talking about?

5   A.  Yes, ma'am.

6   Q.  Okay.  Does that fit your memory, and like, you

7   would have been in that group coming down the street?

8   A.  Yes.

9   Q.  And based on your memory, you think everybody

10  there with you would have come out of your truck?

11  A.  It's possible, yes.  I don't remember if there

12  were any other vehicles that followed us over.

13  Q.  So then setting aside this person that was not

14  Denver that was running, when was the first time you

15  then caught sight of Denver Foote?

16  A.  It would have been in the cubby resisting Officer

17  Holtan.

18  Q.  Tell me what you remember about that.

19  A.  I remember that he was over there with an

20  individual.  I remember that he had in one hand -- I

21  believe it was pepper spray; in the other hand his

22  shield, and the individual was kind of trying to run

23  away from him, pushing his shield off to the side.

24          Then that's when I went over and assisted

25  him.

DEPOSITION OF ADAM HERMAN

19

1    Q.  How far away were you -- or where were you

2  standing kind of, if you remember, when you first saw

3  this?

4    A.  It would have been just a few feet away.  We

5  would have been relatively close to each other.

6    Q.  You would have been on the sidewalk right there?

7    A.  Yes.

8    Q.  Okay.  So go on.  Then tell me what happened

9  next.

10    A.  From there I went in to assist him, used my

11  shield.  I began shoving mine.  She was kind of coming

12  out towards the street, to where she could have fled.

13        So we continued to kind of push back and

14  forth on the shield, you know.  I might be a bigger guy,

15  but when it's -- one of the things we teach in DT is

16  body versus a limb is the most effective way to kind of

17  gain control, so she's able to use her body against our

18  limbs, and she's kind of gaining the advantage on us.

19        At that time I decided to deliver two

20  strikes to her shoulder area with a PR-24, and then

21  that's when she made some kind of comment about "Okay.

22  I'm done" or "Okay.  I'll quit," and then she stopped

23  resisting, and she got on the ground.

24    Q.  And I know Officer Holtan testified previously

25  that he didn't know if she'd tripped or whatever, but

Defendants' Appendix 533

20

1  you're saying she actually voluntarily got down?

2    A.  Correct.  She just completely stopped resisting

3  and got down on the ground.

4          (Exhibit No. 6 was marked for

5  identification.)

6    Q.  Just a picture I found on the Internet of what I

7  think is a PR-24; is that correct?

8    A.  Yes.

9    Q.  This is what yours would have looked like?

10   A.  Yes.

11   Q.  Need some glasses?

12   A.  Huh-uh.

13   Q.  Okay.  So could you circle on there which part of

14  it you would have hit her with?

15   A.  Yep.  So the short end is this end here.

16   Q.  Okay.  So kind of two jabs?

17   A.  Correct.

18   Q.  And could you just describe to me where exactly

19  on her body it was?

20   A.  It would have been the top part of her left

21  shoulder as she's pushing or pulling the shields back,

22  so two strikes in this area.

23   Q.  Are you very confident about that?

24   A.  Yes.

25   Q.  Kind of the meat of her shoulder, or do you know

DEPOSITION OF ADAM HERMAN

21

1    exactly, like, clavicle?

2      A.  Well, it wouldn't have been the clavicle because

3    I assume if I would have hit that, it probably would

4    have broke it, so probably the meaty area, yes, up near

5    the trap.

6      Q.  How long do you remember this interaction taking?

7      A.  45 seconds maybe, less than a minute for sure.

8      Q.  And then where she went down, would that have

9    been just outside the entrance to that cubby hole?

10     A.  Correct.  I believe as she laid facedown, her

11   feet may still have been in that kind of level area

12   where the front of it is.  But the majority of her was

13   outside the street -- or on the sidewalk.

14     Q.  What all do you remember being exchanged in terms

15   of words, either you, Officer Holtan, Denver?

16     A.  I don't know if I had much conversation with

17   Officer Holtan.  I know we were giving her commands,

18   telling her to stop resisting.

19               I remember that once she got on the ground,

20   she was zip-tied.  We got her up.  I grabbed her glasses

21   that were on the ground.  I don't know if I handed them

22   to her or held onto them.

23               I remember asked her if she was okay.  She

24   said she was, and then I remember her saying that she

25   had left previously and should not have come back

Defendants' Appendix 535

22

1  downtown.

2     Q.  Do you have an independent memory of those things

3  or you remember them because you wrote them in your

4  report?

5     A.  I remember having a conversation with her because

6  I thought it was unusual for her to tell us she left and

7  then still came back.

8     Q.  Was she wearing goggles when you interacted with

9  her?

10    A.  I believe she had industrial-grade goggles on,

11  yes.

12    Q.  And your report says attached to her.

13    A.  So she was wearing them, yes.

14    Q.  Do you remember them being on her face?

15    A.  I don't know if they would have come off when she

16  was fighting with Officer Holtan.  I don't know.  I know

17  she was wearing them.  She has them on.  I don't

18  remember specifically if they were on her eyes, covering

19  her eyes.

20    Q.  Okay.  So tell me what you do remember about

21  them.

22    A.  I know that when she stood up, they were hanging

23  down around her face, mask/handkerchief that she was

24  wearing.  They were kind of both hanging over her neck.

25    Q.  Did you do anything with those?  Did you take

Defendants' Appendix 536

23

1    those off?

2      A.  I don't believe I did, no.

3      Q.  Had she been pepper-sprayed in the eyes?

4      A.  I don't know if they -- I don't know if it got

5    into her eyes, no.

6      Q.  It could have.  You just don't know?

7      A.  Correct.

8      Q.  Did you personally say to her "Stop resisting"?

9    What exactly did you tell her?

10     A.  I believe I said "Stop resisting.  Get on the

11   ground."  And then I do know that I told her to get on

12   the ground when she said "Okay.  I'll quit.  I'm done."

13     Q.  Can you describe a little bit more what you

14   observed in terms of her getting past Officer Holtan?

15     A.  He's holding the shield with the one hand.  She's

16   cupping around the edges of it, pushing it away from

17   him, and he does not have the leverage to hold it.  And

18   she's trying to kind of run out of the cubby.

19     Q.  You also then pushed her with your shield a

20   little bit?

21     A.  Correct, yes.  I would have had to have done that

22   for her to push and resist, and then I kind of lose

23   leverage on her, yes.

24     Q.  So the bruises that she suffered, do you think

25   that it's possible you caused them?

1    A.  I don't think it's possible that I would have

2   caused them.  I would have been almost straight on from

3   her pushing her with Officer Holtan almost shoulder to

4   shoulder pushing from the right, so then if I delivered

5   a strike, that would have been here on her left

6   shoulder.

7    Q.  Why don't we just have you diagram out, like draw

8   the cubby for me and the sidewalk and then draw where

9   you and Holtan were when you were both interacting with

10  her.

11       Because now it sounds like maybe he was kind

12  of shoulder to shoulder with you, and I'm just trying to

13  picture that.

14   A.  So obviously, this is not to scale, but the best

15  of my recollection, it's kind of centered to the north.

16  His shield is here.  He's here.  She's here.

17       So the X would represent where she's at in

18  that cubby hole.  This here where I have my name is me.

19  Officer Holtan is just beside me.  I do remember hearing

20  our shields kind of clinking together, so I know we were

21  in very close proximity, and she is trying to push my

22  shield kind of towards him so that she can exit this

23  way.

24   Q.  Okay.

25       (Exhibit No. 7 was marked for

Defendants' Appendix 538

DEPOSITION OF ADAM HERMAN

25

1   identification.)

2      Q.  Was Denver crying then after this arrest?

3      A.  Not immediately, no, because like I said, we were

4   just kind of talking with each other.

5      Q.  During your walk to drop her off by that staging

6   area where the paddy wagon was going to be, did you guys

7   have any further discussion?

8      A.  Not that I remember, no.

9      Q.  Do you remember her demeanor during that time?

10     A.  I don't remember anything specific other than

11  just kind of how she was when she talked to me, just a

12  very nonchalant "I should have left" -- or "I left.  I

13  shouldn't have come back."  I didn't observe anything

14  other than that.

15     Q.  Did you put the zip ties on, or did Officer

16  Holtan?

17     A.  I did not.

18     Q.  Your report states when you dropped her off, you

19  noticed you had scraped your knuckles?

20     A.  Correct.

21     Q.  What did you scrape those on?

22     A.  I do not know.  It could have been the shield.

23  It could have been the wall.  It was such a close

24  proximity, I'm not entirely sure where it would have

25  happened there.

Defendants' Appendix 539

26

1    Q.  What was your understanding of what she was going

2  to be charged with?

3    A.  I believe that it would have been the rioting

4  that was happening kind of downtown in that area or

5  maybe a failure to disperse.

6    Q.  What evidence or information did you have to

7  suggest that she had been with the rioters?

8    A.  When she had industrial-grade goggles on, that

9  she had a handkerchief that was covering up her nose.

10  She was wearing the same thing that those rioters had

11  been wearing for the last -- well, that day and the day

12  before.

13    Q.  What was she wearing?

14    A.  The industrial-grade goggles, handkerchief, I

15  believe all black, and a backpack.

16    Q.  Was there anything in her backpack that indicated

17  she was doing anything illegal?

18    A.  I don't remember going through her backpack, so I

19  couldn't answer that.

20    Q.  Are you sure that you didn't or you just don't

21  remember?

22    A.  I don't remember, and I don't have it in my

23  report, so I don't believe that I did.

24    Q.  And your report, you note that she should have

25  been charged with interference with official acts

Defendants' Appendix 540

DEPOSITION OF ADAM HERMAN

27

1    causing injury; is that correct?

2       A.   Correct.

3       Q.   Is that still your position?

4       A.   Yes.

5       Q.   And that it's a serious misdemeanor; is that

6    right?

7       A.   For bodily injury, yes.

8       Q.   For the failure to disperse charge, do you know

9    if she received a dispersal warning?

10      A.   I don't know if she was -- was there when those

11   orders were given out.  I couldn't tell you that

12   specifically, no.

13      Q.   And do you have any particular information that

14   she was with anybody who did any damage that night or

15   did anything illegal?

16      A.   The only thing that sets her aside from just

17   being a citizen that is down there is she is wearing the

18   industrial-grade goggles.  She is dressed for the part

19   of someone that is rioting down there.

20      Q.   In reviewing the video with Officer Carter or

21   talking to him about that, Detective Carter, have you

22   seen anything showing that Denver Foote was with anybody

23   doing anything illegal?

24      A.   I believe that they said she was with another

25   female, but I don't know what the other female's name

Defendants' Appendix 541

28

1    was, and I don't recall if there was any other criminal

2    act or a criminal contact that she had committed with

3    that other individual.

4        Q.  So as we sit here today, it's really just the

5    goggles and where she was that you were basing these

6    charges on?

7        A.  Well, I didn't charge but yes.  If there were

8    charges, those would be reasonable grounds to make that

9    charge, yes.

10       Q.  You think that's probable cause?

11       A.  I think given the circumstances, again, you know,

12   to be reasonable, yes.

13       Q.  And tell me again what you think the reasonable

14   charges would be.

15       A.  So she is in an area that is -- where there is

16   rioting, an area where several dispersal orders had been

17   given.  She is wearing industrial-grade goggles.

18              She has a handkerchief covering up her face.

19   She has a backpack.  She's wearing all black.  She's not

20   someone showing up that's just shown up for a 21st

21   birthday party, you know, downtown.  She's looking the

22   part of someone who is committing crimes and part of the

23   crowd.

24       Q.  But tell me what charges specifically you think

25   would be reasonable.

DEPOSITION OF ADAM HERMAN

29

1     A.   Right.  So if she would have been down there for

2   failure to disperse when the dispersal orders were

3   given, the rioting that was in that area, being a part

4   of that large group that was committing the crimes that

5   they were, those two charges would have been fitting for

6   that.

7     Q.   Do you think that the evidence has borne out

8   those charges as it applies to her?

9     A.   No.  She's still --

10         MS. MACKEL-WIEDERANDERS:  I'm going to

11   object.  Calls for a legal conclusion.  Go ahead and

12   answer if you can.

13    A.   She's still down there.  She isn't removed from

14   the situation.  Her attire hasn't been removed.  You

15   know, she's not down there doing construction on a bar.

16   So I don't think that it changes anything now.

17    Q.   Don't you think you need to know if she heard an

18   order to disperse?

19    A.   Well, yes, that would be important for the

20   failure to disperse charge, but she's again wearing

21   everything that everyone else is wearing that was down

22   there, you know, doing this, so I think it's reasonable

23   to believe that she would have been down there or that

24   she is down there, and the dispersal orders are given.

25    Q.   That's just a suspicion.  You don't have any

Defendants' Appendix 543

DEPOSITION OF ADAM HERMAN

30

1    actual evidence?

2       A.   Not that I have, no.

3       Q.   And when you observed her that night, she was by

4    herself; is that correct?

5       A.   Yes.

6       Q.   What is your understanding or your opinion of

7    what it means to be assembled with somebody else for

8    purposes of the unlawful assembly charge?

9       A.   I believe it's three or more individuals gathered

10   in an area.  I know that it's not to the extent of

11   rioting, so it's that they've been asked to leave, and

12   they're not leaving.  Folks are blocking roads, things

13   like that.

14      Q.   Well, that's what I mean, like what's it mean to

15   be assembled with somebody?  If Denver Foote is by

16   herself that night, why are we -- I mean I take it that

17   you think she was assembled.  I want to know why that

18   you know that.

19      A.   So I guess is your question in the proximity?

20   Because if she doesn't have anyone within 1 foot around

21   her, she's by herself, but if she is within, you know,

22   15, 100 feet of 100 people, she's assembled.  She's part

23   of that.

24           So as far as proximity, I would assume or I

25   would say that where she is at, she is in a group.

Defendants' Appendix 544

DEPOSITION OF ADAM HERMAN

31

1    Although she may have been by herself, you know, she's

2    not static.  She's moving.  So just because she ran to

3    one area where she has no one within arm's length

4    doesn't mean that she's not part of an assembly.

5        Q.  Are you saying she wasn't in an assembly at the

6    time you arrested her or just that you think she

7    probably was earlier?

8        A.  Well, she was.  She was down in the same area

9    that this entire crowd was, so it's not -- she wasn't

10   blocks away.  She was, you know, feet away from where

11   these folks were, and she was running, so she was

12   moving.  She wasn't static.

13       Q.  I thought you just said earlier she was not

14   running?

15       A.  No.  She's -- she is running back to the north as

16   in my report.  She's coming back from the north when

17   Officer Holtan makes contact with her.

18       Q.  She was running from the north to the south?

19       A.  Correct, I believe so, yes.

20       Q.  And you saw that on the video?

21       A.  Or no.  South to the north.  So from -- I believe

22   that she comes down -- after seeing the video, she comes

23   down in front of the Annie's and then comes back north

24   on Third.

25       Q.  I'm getting confused because I thought you were

Defendants' Appendix 545

DEPOSITION OF ADAM HERMAN

32

1  saying at the beginning that you were mistaken about

2  this person running?

3      A.  Right.  So that person is up at the corner.  That

4  is not the person that is involved.  She comes on the

5  video past Annie's and then turns back around to go

6  north, so she's running in that area where the assembly

7  is.

8      Q.  You can see her running on video?

9      A.  I believe so, yes.

10     Q.  Which angle is that?  The one that's pointing

11  towards Outlaws like we were watching, up towards the

12  north?

13     A.  It would have been -- correct, the one that shows

14  us coming down Third.

15     Q.  Do you recall, is that, like, shortly before you

16  guys come down the street?

17     A.  I'd have to watch the video again, but it has to

18  be relatively close to that time frame, yes.

19     Q.  So I think we would be talking about the Third

20  and Court northeast/north video.  This is the video

21  you're talking about?

22     A.  I believe it is.

23     Q.  Feel free to get up and move closer if that helps

24  you.  I'm going to skip ahead to you all come down the

25  road at 42:36?

Defendants' Appendix 546

DEPOSITION OF ADAM HERMAN

33

1    A.  Yeah.

2    Q.  How far do you want me to back up?

3    A.  I don't remember the time specifically.  I assume

4    it's --

5    Q.  We'll start at 39:24, so a couple minutes ahead

6    of time.  And let me know when you see anything that's

7    relevant but obviously if you see Denver but --

8              (The video was played at this time.)

9    Q.  I'm going to pause it here at 40:55.  Is it your

10   opinion that all these people we can see in the video

11   are guilty or could be charged with unlawful assembly

12   and failure to disperse?

13   A.  At this point right here?

14   Q.  Sure.

15   A.  There's no police officers here, so I guess

16   who's -- I guess who would be going up to make contact

17   with them?

18   Q.  Well, the question is, do you think that there is

19   sufficient basis to charge those people with unlawful

20   assembly and failure to disperse?

21   A.  I think it's reasonable that they are downtown,

22   right, in an area where rioting is taking place.

23   Q.  You said it is reasonable?

24   A.  Well, that they're downtown, yes, it's reasonable

25   that they're downtown.  There's rioting taking place.  I

Defendants' Appendix 547

34

1    mean if you were just looking at the face value of those

2    people just standing right there not doing anything, it

3    would be difficult to determine that if you're just

4    asking me just that specifically.

5        Q.  So your answer would be no, as of your

6    observations based on this video, you wouldn't charge

7    those people?

8        A.  Looking at this right here?  Some of them are

9    coming out of Outlaws, so they're in the bar.

10       Q.  How would that work too?  Because this is 2:40 in

11   the morning.  Are people still trying to go in and out

12   of bars a little bit?

13       A.  I think it was pretty lawless for a couple

14   nights, this one included, so as far as bar close or any

15   kind of enforcement with that, I don't know.  Appears

16   open.  Folks appear to be going in and out.

17       Q.  Just make sure we kind of have a meeting of the

18   minds on this, though.  You don't think that those

19   people would be charged based on what you're seeing just

20   on this video or you wouldn't personally go make that

21   decision like "Hey, I'm going to arrest these people"?

22       A.  Correct.

23       Q.  Okay.  I'll play again at 40:55.

24           (The video was played at this time.)

25       Q.  I'll pause it there at 43:25 because my

Defendants' Appendix 548

DEPOSITION OF ADAM HERMAN

35

1    understanding is this would be when you guys were

2    arresting her?

3        A.   Correct.  So it must have been the other video

4    that she was coming around the corner then.

5        Q.   Do you think it would be this view, the Third and

6    Court and northeast/west cam?

7        A.   It would have to be because this area here is

8    where the arrest takes place, so this has got most of it

9    from that area, going into that area covered.

10       Q.   Let's see what this one shows.  Would this be a

11   better one?

12       A.   Yes.

13       Q.   Okay.  So we're now on the Third and Court

14   northeast/southwest cam.  And again, you're thinking

15   this is -- you would have seen her a couple minutes or,

16   like, right before the line of officers comes down?

17       A.   I mean if that's where we arrested her, she has

18   to be here, so whether she comes from here or we

19   obviously know she didn't come from the north, so yes.

20   This would be where --

21       Q.   Well, I'll start this one at minute 42 because

22   it's about 1:42:30 when you guys are starting to come

23   down the street.  Okay?  Does that sound like it would

24   capture it --

25       A.   I believe so.

Defendants' Appendix 549

36

1    Q.  -- what you're thinking of?  Okay.  Starting at

2    39:52.

3          MS. MACKEL-WIEDERANDERS:  Just for clarity

4    of the record, can we stop for a second and identify

5    what we're looking at, the intersection here?

6          THE WITNESS:  Third and Court.

7          MS. MACKEL-WIEDERANDERS:  What direction are

8    we facing?

9          THE WITNESS:  This is facing a southwest

10   direction.

11   Q.  Do you think this is the view you were looking at

12   with Detective Carter?

13   A.  I know I did watch this view with him, yes, so I

14   believe that this is -- maybe this is the one.

15          (The video was played at this time.)

16   Q.  Had Detective Carter already identified this and

17   was showing you or you guys were watching it together

18   and found it?

19   A.  I think it was already identified who she was.

20   Q.  And I'll pause here at 42:42.  Are all these

21   civilians we see in these videos, is it your opinion

22   these people could all lawfully be charged with failure

23   to disperse and unlawful assembly?

24   A.  If someone did, I think it's able to articulate

25   it.  It would be reasonable that they are downtown in

Defendants' Appendix 550

DEPOSITION OF ADAM HERMAN

37

1    the area that is rioting.

2            In the Hy-Vee, no.  But they are in that

3    proximity, and this is where we had just seen officers

4    assaulted shortly before this or a few hours before this

5    when we had the skirmish line.

6    Q.  So your answer is yes, these people are all

7    within the proximity?

8    A.  I think the question was if they could be

9    charged, and I believe they could be.  Yes, they could

10   be.

11   Q.  What makes the difference to you?  Like, if you

12   have particular information that they're affiliated with

13   the protests or what's the -- you know, what would tip

14   the balance?

15   A.  Right.  So I think it's easy to just sit here and

16   watch a video and say "Hey, could you arrest these

17   people?"

18            Well, what are they doing; right?  Now, put

19   us in a van in a stressful situation, stressful time,

20   you know, halfway through an 18-and-a-half-hour shift,

21   and you're being directed go make arrests.

22            Once we move towards that area, these people

23   are in this area; right?  They were being told to go, so

24   it's -- it's a difficult thing to try to explain it here

25   as you watch the video when you're not in that moment.

Defendants' Appendix 551

DEPOSITION OF ADAM HERMAN

38

1    You're not living it.

2              You're not trying to -- not to get hurt and

3    to make sure that your other officers don't get hurt.

4              So to just sit back and say could these

5    people this, could these people that, I mean it's

6    difficult to kind of make that determination.

7              I think that as we pull up and as we make

8    our way towards Hy-Vee, the individuals that are in that

9    area, I think it's reasonable to believe that they fit

10   the element of those crimes, and that's why we affected

11   arrests on them.

12   Q.  Well, do you think that's kind of the difference

13   between reasonable suspicion of "Hey, you're in this

14   area.  I better check out what you've been up to" and

15   then if I can conclude you were here when you weren't

16   supposed to be or you actually did something wrong, then

17   I've got probable cause to charge?

18   A.  So is that before or after they take off running?

19   Because it's difficult to talk with someone and

20   ascertain what they're doing downtown when they're

21   actively resisting you.

22              So I think that kind of adds another element

23   to that as far as the reasoning for it; right?  A

24   reasonable person doesn't try to resist the police, and

25   they stop talking or a reasonable person doesn't try to

Defendants' Appendix 552

39

1    run from the police because they try to talk to them, so

2    I don't think that scenario would have been allowed to

3    have happened to stop and try to have a conversation

4    with somebody about why they were down there or the

5    reasoning they were down there.

6        Q.  Did you ever ask Denver Foote what she had been

7    doing down there and what part of the night she was

8    there, where she'd been, anything like that?

9        A.  I did not interview her, no.

10       Q.  So you did no follow-up investigation to

11   determine if she had heard an order to disperse; right?

12       A.  I didn't charge her, so I didn't do any follow-up

13   for the charges.

14       Q.  Well, what did you think was going to happen when

15   you took her down to the paddy wagon area?  What did you

16   think she was going to be charged with?

17       A.  I didn't write the charges, so I assisted an

18   officer that needed assistance, took him down with her.

19   She was resisting arrest, so I can tell you definitively

20   that she committed the crime of resisting arrest or say

21   allegedly committed the crime of resisting arrest, so I

22   knew for a fact that that would be a charge.

23       Q.  So what about the fact that she ended up getting

24   charged with criminal mischief?

25       A.  I didn't charge that.

Defendants' Appendix 553

40

1      Q.   Do you think there was any basis based on

2  anything you knew about her to charge her with criminal

3  mischief?

4      A.   I didn't charge her with criminal mischief, so I

5  don't know any circumstances around that.

6      Q.   But my question is, were you aware of any

7  information that would justify charging her with

8  criminal mischief?

9      A.   I wasn't aware of anything, no.

10     Q.   Were you ever looped in on any charging

11 decisions?  Did you catch wind that they were charging

12 everybody with the same thing?

13     A.   Not until after it was charged.

14     Q.   All right.  We kind of got off on a tangent while

15 we were watching this.  Sorry.  I'll click play again.

16 We can keep moving forward.  So we're starting again at

17 42:03.

18          (The video was played at this time.)

19     A.   I don't know if that's her right here.  I don't

20 know.

21     Q.   For the record we were about 42:40?

22     A.   I believe that is, yeah.  Because she's got that

23 red handkerchief, so she would have come down -- is it

24 before in the last video or --

25     Q.   Say that again.  Sorry.

DEPOSITION OF ADAM HERMAN

41

1      A.  So she's here.  She's come from the north, so I

2  don't know if we started the other video after she had

3  already made that movement.

4      Q.  We didn't.  We started the other video at 40.

5      A.  Okay.

6      Q.  So 2:40 in the morning.

7      A.  Okay.

8      Q.  And we are stopped in this northeast/southwest

9  video right now at 42:50, which is when Officer Herman

10 has identified Denver's bandanna in the top right corner

11 of the frame.  Okay.  I'll hit play again.

12              (The video was played at this time.)

13     Q.  Can we still see her there at 43?

14     A.  Yes.

15     Q.  Let me know when you lose sight of her.

16     A.  So we just lost sight of her.  There's a group of

17 five other individuals that are walking with her to the

18 north.

19     Q.  And that was about 43:05, I think.  Okay.  Let's

20 go ahead and keep watching this video from 43:10.  I

21 want you to keep watching it.  There's some other things

22 I want you to --

23     A.  Okay.  Sorry.

24              (The video was played at this time.)

25     Q.  You can see some officers coming in from the

Defendants' Appendix 555

DEPOSITION OF ADAM HERMAN

42

1    north there?

2        A.   Yes.

3        Q.   Those would have been people from your group in

4    the boxcar; right?

5        A.   I believe so, yes.

6        Q.   Have you been called into OPS to try to identify

7    some of these people?

8        A.   I have.

9        Q.   Do you have any idea who they are?

10       A.   I do not.

11       Q.   And I know maybe you don't know 100 percent, but

12   I'm saying any idea?

13       A.   No.

14       Q.   Do you suspect anybody that you have heard

15   through the grapevine and you know who these people are?

16       A.   No, I have not.

17       Q.   Okay.  So playing at 43:18 and looking at the top

18   right corner there.

19              (The video was played at this time.)

20       Q.   Did you see that officer kick that guy a couple

21   times?

22       A.   I was focused on this female because that is the

23   memory that I have.  That was the female -- play it

24   back.  I can watch it again.

25       Q.   Yes.  I will back up to 43:37.  Or wait.  No.  I

Defendants' Appendix 556

43

1    think I went forward.  43:07.  Point to that woman when

2    you see her too.

3              (The video was played at this time.)

4    A.  Right here.

5    Q.  Does she have a backpack on and she's got bellied

6    up to the wall at Annie's?

7    A.  I think that's the company, but yes.  I can't see

8    if she has a backpack on or not.  But yes, she did turn

9    away from the officers.

10   Q.  Is there anything about that woman that stood out

11   to you that -- I don't know -- why that's a memory?

12   A.  No.  It was just tied in with the arrest event

13   that happened within that short time frame that

14   everything took place.

15   Q.  And that woman was going from north to south;

16   right?

17   A.  She is coming from south to north.

18   Q.  Oh, I see there.  She just walked around the

19   corner.  And somebody soaked her with pepper spray there

20   at 43:25?

21   A.  Yes.

22   Q.  Do you know who soaked her with pepper spray?

23   A.  I do not.

24   Q.  Okay.  All right.  Now we'll go back and watch

25   the kicking thing.

DEPOSITION OF ADAM HERMAN

44

1    A.  Okay.

2    Q.  So backing up to 43:11.

3        (The video was played at this time.)

4    Q.  Okay.  Did you see it there stopped at 43:52?

5    A.  Yes.

6    Q.  Does that comport with your training, the

7    kicking?

8    A.  To sit here and watch this, you know, I don't

9    know if that's something I would do.  I don't know if

10   that officer had been assaulted previously to where

11   someone had tackled him, and maybe he felt like he

12   needed to deliver a strike.  I don't know.

13       But for me personally sitting here watching

14   this, no.

15   Q.  Well, can you tie it into whatever your training

16   would be?  Do you have any training on when kicking is

17   appropriate or is not?

18   A.  Well, we don't specifically talk about kicking

19   and punching.  It's just striking.  So if the

20   individual -- if that officer felt that for whatever

21   reason he needed to deliver a strike, that's what he

22   did.

23   Q.  Do you see anything that justifies the use of a

24   strike against that man?

25   A.  I can say that I don't know what that officer was

Defendants' Appendix 558

DEPOSITION OF ADAM HERMAN

45

1   dealing with other than watching this now and seeing it.

2   So I can't tell you his reasoning for that.

3       Q.  Well, when I watch this video, I see a man who's

4   walking down the sidewalk and then cowering on the

5   ground.

6            I mean is there some reason you objectively

7   think that that man would present a threat to an

8   officer?  Am I missing something there?

9       A.  Right.  So as I said, I am not the officer, so I

10  don't know the reason for his decision so for what he's

11  done.

12      Q.  I know, but I'm asking you based on your training

13  and what we can see in this video, can you see anything

14  in this video that would justify a strike?

15      A.  If he's telling him to get out of here or to move

16  along, that's certainly something that can be -- you

17  know, defensive tactics, they teach to strike someone as

18  very few times as possible and to strike hard, so that

19  is not a full-on rare-back kick.  I mean he's jabbing at

20  the fellow is what it looks like.

21      Q.  And you think that's okay?

22      A.  I think that that's -- if he's telling him to get

23  up, if he's got a gas mask on.  He's trying to get the

24  guy's attention, I think that's what it looks like.

25      Q.  And you think that's okay?

Defendants' Appendix 559

46

1     A.   Again, I don't know any of the specifics with

2     that.   I think anytime that you try to minimize the

3     amount of force that you can use on someone to try to

4     get them to go or to try to get to the end result, I

5     think if he's tapping him on the foot, again, he's not

6     raring back to kick this gentleman; right?

7          He's just short little strike to go "Get out

8     of here" is what it looks like.

9     Q.   Well, if we're talking about the minimum level of

10    force necessary, wouldn't that have been no kicking when

11    we're talking about a guy who's cowering on the ground

12    in front of law enforcement?

13    A.   Right.  So if they pepper spray him, then we're

14    talking about is that too much force for trying to get

15    someone's attention or to try to affect an arrest on

16    someone?  It's the minimum amount.

17    Q.   It doesn't appear to be either would have been

18    necessary here.

19    A.   Okay.

20    Q.   Do you disagree?

21          MS. MACKEL-WIEDERANDERS:  Go ahead and

22    answer.

23    Q.   Do you think force was necessary for that man?

24    A.   So right.  Force would not have been necessary

25    for that individual.

Defendants' Appendix 560

DEPOSITION OF ADAM HERMAN

47

1    Q.  All right.  Let's go back and rewind a little

2  bit, and now we're going to watch the bottom kind of

3  right here.  Start at 43:18.  We're looking at this guy

4  in the white T-shirt.

5            (The video was played at this time.)

6    Q.  All right.  Pausing at 43:35.  Does that use of

7  force comport with your training?

8    A.  It looks like they're giving him commands.

9  They're telling him to get away, and he's not moving,

10  almost coming closer, so I think pepper spray is

11  appropriate.

12    Q.  Going now to the Third and Court northeast/north

13  video again.  This time going to 48:28.  Or wait.  No.

14  Went too far.  48.  We'll start right around there.

15            And the force will happen at the top right

16  of the screen at around 48:24.

17            (The video was played at this time.)

18    Q.  Pausing at 48:27.  Did you see that there?

19    A.  Yes.

20    Q.  What was that?

21    A.  Some kind of less lethal round or some kind of

22  distraction device.

23    Q.  Can you rule out things that it wasn't?

24    A.  It was not a smoke grenade.  That's about all I

25  can say.

Defendants' Appendix 561

DEPOSITION OF ADAM HERMAN

48

1    Q.  What does that leave as things it could be?

2    A.  Could be any of the items that less lethal folks

3    on the tac team use.

4    Q.  Could you list them for me, the things that this

5    could be?

6    A.  I believe that they have OC canisters that they

7    shoot out, distraction devices, so flash bangs.  I'm not

8    entirely sure every single piece that they carry.

9    Q.  Who would I ask that would know the answer to

10   that?

11   A.  Any of the individuals that are trained in those.

12   They'd be able to tell you what their full load is and

13   what they carry.

14   Q.  Were you carrying pepper spray this night?

15   A.  I believe that I had a little canister in my

16   pocket, yes.

17   Q.  Did you ever use it?

18   A.  No.

19   Q.  Okay.  You can come sit back down.  I think I'm

20   done with video.

21          And I guess to go back to what we were

22   talking about before we started watching the video, what

23   you watched with Detective Carter, did you say in some

24   other video you actually saw Denver running?

25   A.  I thought that there was, but I can't remember

Defendants' Appendix 562

DEPOSITION OF ADAM HERMAN

49

1    specifically because it wasn't in that time frame of

2    when I had dealt with her.  So I don't know specifically

3    where that is or the time frame for that.

4       Q.  Besides what we just watched together in the

5    northeast/southwest cam where you saw her bandanna for a

6    little bit --

7       A.  Uh-huh.

8       Q.  -- do you think that's the only view of her,

9    like, right before leading up to her arrest?

10      A.  I believe so because we watched the other view

11   and didn't see her from that.

12      Q.  And you would agree that the video we just

13   watched, the northeast/southwest cam, does not show her

14   running?

15      A.  In that camera, correct.

16      Q.  Can you give me a high level of where you went

17   after you dropped off Denver?

18      A.  We would have made our way north towards the -- I

19   think it's Cowles Commons area, and then from there I

20   believe we got back into the cube van and began driving

21   around in the area looking for any issues that came up

22   or waiting for dispatch to send us to anyplace that had

23   been called in.

24      Q.  What did you end up stopping for that night?

25   Anything?

Defendants' Appendix 563

DEPOSITION OF ADAM HERMAN

50

1    A.  I think on Locust, the entire van stopped, and a

2    few officers got out and made an arrest there.

3    Q.  Did you get out?

4    A.  I did.

5    Q.  And participate in that arrest?

6    A.  I didn't participate in the arrest.  There was an

7    individual that came out from one of the apartments on

8    the northeast corner.

9         They began yelling at us, and that drew my

10   attention away from all the officers that were there on

11   Locust.

12   Q.  What happened with that guy who was yelling at

13   you?

14   A.  He came out.  He was yelling racial slurs.  He'd

15   come out.  He'd go back in, come out, go back in, and we

16   were able to wait inside of the area for the apartment.

17   When he came out and yelled, we were able to grab him.

18   Q.  Was that a slightly skinnier white guy?

19   A.  I believe so, yes.

20        MS. MACKEL-WIEDERANDERS:  Slightly skinnier

21   than what?

22   Q.  Was that on page 5 here, William Shane Gruwell?

23   A.  I believe so, yes.

24   Q.  He was pretty crazy that night?

25   A.  Yes.

Defendants' Appendix 564

51

1    Q.   Okay.  If you can flip through this, and I have

2   got some names highlighted.  Do you recognize any of the

3   people that I've got highlighted and know anything about

4   their arrests?

5    A.   None of the individuals look familiar.  I mean

6   just looking at it now, it's been over a year.  I don't

7   remember specifically any of the ones that are

8   highlighted.

9           MS. MACKEL-WIEDERANDERS:  I just want to

10   clarify that your question, just the ones that are

11   highlighted?

12           MS. MESSAMER:  Yes.

13           MS. MACKEL-WIEDERANDERS:  Okay.

14    Q.   That Gruwell guy you were just describing that

15   was yelling the slurs, so some other people in the cube

16   van went and dealt with a couple people by a car, and

17   you went and dealt with him; is that correct?

18    A.   I don't know if they dealt with the people in the

19   car or if it was folks that were walking on the

20   sidewalk, but yes, they were engaged with other

21   individuals when he wanted our attention.

22    Q.   Did you end up getting back in the cube van after

23   that?

24    A.   I would have eventually, yeah, to go back to the

25   station around 5, 5:30 in the morning, I believe.

Defendants' Appendix 565

DEPOSITION OF ADAM HERMAN

52

1    Q.  Were you involved in arrests of five people that

2    are right by Splash?

3    A.  That would have been the individuals that they

4    were talking with when we -- when it -- I believe when

5    this fellow came out and did his thing.

6    Q.  Did you see that group of the five people, did

7    you see them pull up and park there?

8    A.  I didn't because I was in the back, and the only

9    thing we could see is straight -- straight back, and I

10   believe someone said to stop was when they were walking

11   east on the south -- correction -- north side of the

12   road.

13   Q.  Anybody else you interacted with that night, just

14   from your own memory, besides after the racial epithets

15   guy?

16   A.  In this packet or --

17   Q.  At all, in general.

18   A.  Not that night because I think we were -- we were

19   trying to go back anyway when folks continued to make

20   problems.

21   Q.  Are you aware if any other officers saw you and

22   Officer Holtan arresting Denver Foote?

23   A.  Not that I know of, no.

24          MS. MACKEL-WIEDERANDERS:  Gina, for clarity

25   of the record, can we enter this into evidence as a

Defendants' Appendix 566

53

1    record?

2                MS. MACKEL-WIEDERANDERS:  That's fine.

3                (Exhibit No. 8 was marked for

4    identification.)

5      Q.  And the reason I was asking about these people in

6    Exhibit 8 is because the highlighted ones, to my

7    knowledge, no one knows the arresting officer.

8                Does that seem odd to you?

9      A.  I think at the time, because of the process that

10   we used, that doesn't seem unusual.  Given the changes

11   that have been made and even as we progressed through

12   the night, things seemed to get a lot better as far as

13   determining the arresting officer and the correct

14   charges, yes.

15     Q.  The week after these arrests were made, were

16   people trying to figure out who arrested who?

17     A.  Well, yeah, because it was ten days after when we

18   got the packet with the pictures on them, so yes.  Up to

19   ten days after, they were still trying to identify

20   arresting officers.

21     Q.  And I guess that's why this surprises me a little

22   bit because the department, I guess, was asking for

23   follow-up.

24                How did none of these people get identified

25   with arresting officers?  Do you think it's because it's

Defendants' Appendix 567

DEPOSITION OF ADAM HERMAN

54

1    nonDes Moines officers who made these arrests on the

2    S.T.A.R. team or any --

3        A.   Could have been, yes, because there's officers

4    from several different agencies that are on S.T.A.R.

5    plus we have other teams that are down there.  State

6    patrol has their own team.  They were down there.  West

7    Des Moines has their own team.  They were down there.

8        Q.   Were they definitely down there on Court?  You

9    saw some of those guys?

10       A.   Throughout the course of the nights, second and

11   subsequent nights, yes.  I know the first night we were

12   relieved by the CERT team very early in the morning, but

13   then the second subsequent nights I know that there were

14   officers from those other tac teams that came out and

15   arrested, yes.

16       Q.   And the CERT team is the suburbs?

17       A.   Correct.

18       Q.   So you're telling me that the suburb team came

19   out later on this Court Avenue night?

20       A.   They would have -- I believe that they would have

21   been there, yes.  I did not see any specifically in that

22   because they wear a green -- all-green uniform.

23       Q.   What does state patrol wear?

24       A.   I believe theirs is a camouflage uniform that

25   they have.

Defendants' Appendix 568

55

1    Q.  Do you remember seeing them out that night?

2    A.  If this is the same night as the courthouse,

3    which I believe it is, they were the ones that were

4    surrounded that called for our assistance earlier that

5    night, so yes.

6    Q.  But in terms of responding to the Hy-Vee

7    incident, who do you remember, what departments

8    responded there?

9    A.  I can only tell you who was -- I mean that it was

10    Metro S.T.A.R. only in the cube van with us.  But

11    oftentimes they would utilize the teams at different

12    angles, so they may send one team towards Walnut while

13    another team goes down Court, so if there were other

14    folks down there or even towards Hy-Vee where it was

15    taking place, if they would have been down there, I

16    would not have seen them.

17    Q.  Who would know what teams were down there that

18    night and where they were?

19    A.  My best guess would be dispatch if they had a log

20    because I know they have tactical dispatchers.

21    Q.  Do you think Detective Carter would know?

22    A.  He could know as part of his investigation, yeah.

23    Q.  And you were saying that maybe there were some

24    other teams that made these arrests, but I think you

25    said that when you got the list of booking photos

56

1    earlier on to look through, you got that at the tac

2    office?

3        A.  We did, correct.

4        Q.  So definitely Metro S.T.A.R. has been asked "Who

5    did you arrest?"

6        A.  We've been given a majority -- I don't know if

7    it's all of them because I can't compare what we have to

8    what is in that packet.  But yes, there was quite a few

9    that were handed out that we were asked to go through.

10       Q.  Who asked you to go through those?

11       A.  I think our team leader was the one that brought

12   them in, so Armstrong.

13       Q.  Were you told to submit the use of force report

14   at the same time?

15       A.  I believe when they handed them out, they wanted

16   us to do all of the paperwork together, yes.

17       Q.  Did you ever hear from anybody that if you didn't

18   arrest a person, you didn't have to report the use of

19   force?

20       A.  I don't remember hearing that.

21       Q.  Was that your impression?

22       A.  I think there were arrests that were made where

23   the use of forces weren't done, yeah, but I don't know

24   if -- I don't know the reasoning, whether it was because

25   of direction or because of the chaos and that it was so

57

1    far after, ten days plus after the event.

2        Q.  Like these videos we watched where the man was

3    pepper-sprayed in the face, he was not arrested.  Would

4    it be your understanding that the officer who sprayed

5    him still needed to do a use of force report?

6        A.  The way the current policy is written is if

7    you're on a skirmish line or if we're in that role that

8    the officer that does the force does not do the report,

9    and then a supervisor is the one that handles those.

10       Q.  And the video with the man in the white shirt

11   who's sprayed and falls in the street, are you saying

12   none of that policy, you wouldn't have to report that?

13       A.  If it falls within the guidelines of the policy,

14   if you're in a skirmish line or if you're online and

15   force -- yes, force is administered, then the officer

16   that does the force does not do the report.

17       Q.  Do you consider that a skirmish line with the guy

18   in the white T-shirt?

19       A.  I mean they've come up to Court Ave, and they're

20   kind of lined up as he's coming towards them, so as far

21   as the first night skirmish line, no.  That wasn't where

22   we were all on a line, blocking an intersection, but if

23   that was their direction was go down, you know, form a

24   skirmish line, then yes, it would meet that criteria.

25       Q.  Was your direction that night to go form a

DEPOSITION OF ADAM HERMAN

58

1    skirmish line on Court Avenue?

2      A.  Ours was to go towards -- go to Hy-Vee where the

3    riots were happening and effecting arrests.

4      Q.  How about the kicking?  Would that guy need to

5    write a use of force report according to the policy that

6    was in effect back then?

7      A.  Yes.

8      Q.  And with the skirmish line policy, are you saying

9    that's a new policy or that was in effect as of the

10   night of Denver Foote's arrest?

11     A.  That is a new policy.

12     Q.  Under the policy that was in effect back then, do

13   you think an officer who sprayed the guy in the white

14   T-shirt would need to do a use of force report?

15     A.  Yes, the way that the policy is written, yes.  In

16   circumstances because of how things were going and there

17   wasn't direction for that, I think that's why that did

18   not happen the way that it was supposed to.

19     Q.  Okay.  In your use of force report, which starts

20   on page 1 there, on page 5 of 7 in the chain of command

21   history --

22     A.  Uh-huh.

23     Q.  -- it says "Instructions from Senior Police

24   Officer Adam Herman to Sergeant Michael Dixson.  Please

25   send back so I can add verbiage."  And it says that was

Defendants' Appendix 572

59

1    sent the 17th of June.

2              What did you add to this?

3      A.  I don't know if the narrative did not go through.

4    I don't remember what would have had to have been added

5    to that.

6      Q.  Was that something he told you to do?

7      A.  I don't know because I don't know -- I don't know

8    what would have had to have been added.

9      Q.  On page 6 here Ryan King did some responses.  Or

10   no.  Actually, I'm at the bottom here.  It's

11   comments/responses from Captain David Seybert.  He says

12   "Officer Herman decided to use his PR-24 as his shield

13   as an effective when confronted with a looter at

14   Hy-Vee."

15             Did you tell him that you were confronted

16   with a looter at Hy-Vee?

17     A.  I did not.

18     Q.  Did you tell anybody that?

19     A.  No.

20     Q.  Because that's not accurate; correct?

21     A.  Correct.

22     Q.  And then on page 7 on the comments from Captain

23   Wessels, he says "I have reviewed all reports,

24   photographs, and video."

25             Are there any photographs or video that

Defendants' Appendix 573

60

1    you're aware of?

2       A.  Of our arrests?  No.

3       Q.  Would you agree that if Denver Foote was not

4    resisting arrest, it would be inappropriate to pepper

5    spray or hit her?

6       A.  I'm sorry.  Could you repeat that?

7       Q.  Yeah.  If Denver Foote was not resisting arrest,

8    it would be inappropriate to pepper spray or hit her?

9       A.  Correct.

10      Q.  Did I already ask you your chain of command?

11      A.  You did not.

12      Q.  Okay.  Could you tell me your chain of command

13   from last summer, both on Metro S.T.A.R. and in regular

14   DMPD?

15      A.  For my work assignment, which we were still

16   working through the riots, I worked noon to eight in the

17   traffic unit.  So my supervisor would have been, I

18   believe, Ryan King.  It's a sergeant and then Captain

19   Dave Seybert.

20            And then for Metro S.T.A.R., my assistant

21   team leader is Deputy Hook, Polk County.  And my team

22   leader is Ryan Armstrong.  From there it goes to

23   Sergeant Wellman and then Lieutenant Schafnitz and then

24   Captain Wessels.

25      Q.  Is there a lot of dialogue between the Metro

DEPOSITION OF ADAM HERMAN

61

1    S.T.A.R. supervision and DMPD supervision?  I guess I'm

2    asking, like, is Metro S.T.A.R. totally independent?

3        A.  Metro S.T.A.R. is Des Moines police with

4    supplemental folks from surrounding agencies.

5        Q.  So it's still really at the end of the day,

6    Des Moines police are in charge of Metro S.T.A.R.?

7        A.  Correct.  I believe there is one sergeant.  I

8    believe it's Sergeant Hunt is a Polk County sergeant, so

9    I know that he is in that rotation of supervisors that

10   handle the on-call.

11       Q.  In terms of the protests, is it your

12   understanding that Des Moines PD leadership were

13   directing the strategy of Metro S.T.A.R.?

14       A.  I don't know who -- who would have made the

15   decisions or I wasn't in any meetings where management

16   was making decisions about how to handle anything, no.

17       Q.  Do you think Metro S.T.A.R. makes those decisions

18   independently of Des Moines police?

19       A.  I think in any organization, you get direction

20   from your supervisor or your higher units, so I assume

21   that that's where Lieutenant Schafnitz would receive his

22   guidance.

23       Q.  Do you think it's incorrect that Denver Foote was

24   charged with criminal mischief that night?

25       A.  Yes.

Defendants' Appendix 575

62

1    Q.  Just to make sure, I think you said this, but you

2  think that those bruises would have been caused by

3  Officer Holtan's interaction with Denver, not from your

4  interaction with her?

5    A.  I think given the locations of where we were

6  positioned based upon the drawing that I would not -- I

7  would not have been to that side.

8         Assuming that it is the right side because I

9  don't know with cameras if it's flipped -- you know, if

10  it's her left side or if it's right side.

11    Q.  It would have been her right side.

12    A.  Okay.  Then I do not believe that I would have

13  been able to.  She would have had injuries from me on

14  her upper left shoulder.

15    Q.  In terms of witnesses that you would want to call

16  at trial on this, who would those be?

17    A.  I would like to call the individual who filed the

18  lawsuit, right, and ask them under oath what they --

19  what they thought had happened.

20         But then, you know, the officers that were a

21  part of the arrest, just like any other trial or any

22  other court proceedings.

23    Q.  Anybody else?

24    A.  I think that would -- that would cover it.  I

25  mean if you were interested in getting information from

63

1    dispatch about what was said or what was given over the

2    radio if it was someone that made that that was

3    recorded, that would be good.

4                MS. MESSAMER:  I think that is all I have.

5    Thank you.

6                     CROSS-EXAMINATION

7    BY MS. MACKEL-WIEDERANDERS:

8    Q.  Officer Herman, did you deliberately stomp on

9    Ms. Foote's glasses?

10   A.  No.

11   Q.  Did you see Officer Holtan stomp on Ms. Foote's

12   glasses?

13   A.  No.

14   Q.  Did you notice anything about anyone stomping on

15   her glasses?

16   A.  No.

17   Q.  Did you notice that her glasses were broken?

18   A.  Yes.

19   Q.  And so how do you explain that happening, if you

20   can?

21   A.  I didn't see them come off.  Again, I don't know

22   how they would have ended up on the ground.  The first

23   time I saw them was after she had been -- she had been

24   laid on the ground -- or she laid herself on the ground.

25   Sorry.  And she was having the flex cuffs put on her.

Defendants' Appendix 577

64

1    Q.  And where were they located?

2    A.  I think they were as she's laying facing -- her

3    head is towards the east, I think they were up towards

4    her shoulder area on the ground.

5    Q.  At any point was there a third officer assisting

6    with her arrest?

7    A.  No.

8    Q.  We heard earlier testimony from Officer Holtan

9    that initially -- and correct me if I am wrong about

10   this -- that initially your focus was to secure the

11   parking garage; is that correct?

12   A.  Correct.  That was something that we thought

13   about as we went over because of what happened with

14   Officer Pratt earlier in the night.

15   Q.  And was there ongoing kind of unlawful activity

16   happening in that parking lot?

17   A.  Yes, because I don't think we were able to send

18   anyone over to safely clear it out.

19   Q.  So you watched several minutes of that video that

20   was facing Outlaws, that northeast/north video.  Do you

21   recall that?

22   A.  Yes.

23   Q.  Now, you saw some people going in and out of the

24   bar; is that correct?

25   A.  I thought that's what it looked like, yes.

DEPOSITION OF ADAM HERMAN

65

1    Q.  Those could be employees?

2    A.  Correct.

3    Q.  Did you also see people running in and out of

4    that alley next to it?

5    A.  Yes.

6    Q.  Do you think it was appropriate to pepper spray

7    people who had not dispersed from the downtown area?

8    A.  Yes.  If they were given dispersal orders, asked

9    to leave, that is a low -- low-level force that is used

10   to disperse crowds, yes.

11   Q.  Do you think it was correct, meaning that there

12   was probable cause, that Denver Foote was charged with

13   unlawful assembly and failure to disperse?

14   A.  Yes.

15   Q.  So that criminal mischief is the only charge that

16   you would disagree with?

17   A.  Correct.

18   Q.  I'm going to ask you the same questions that I

19   asked Officer Holtan.  When you were viewing those

20   videos, the pepper spray, the kicks, the use of the less

21   lethal whatever it was, which we don't really know, can

22   you identify any of the officers who did any of those

23   things?

24   A.  No, I cannot.

25   Q.  And do you have any information that any of those

Defendants' Appendix 579

1   officers were Des Moines police officers?

2       A.  I do not.

3       Q.  Would you also agree that -- because I believe

4   you tried to express this.  Would you agree that in

5   looking at these videos, you are not seeing the broader

6   picture of what was going on downtown?

7       A.  Correct.

8       Q.  So there may have been a lot more going on down

9   there that the camera just isn't catching?

10      A.  There was a lot more going on that the camera

11  didn't catch, yes.

12      Q.  Now, were you policing at any other times

13  while -- and I'm going to differentiate between riots

14  and peaceful protests.

15          Were you policing at any other time when

16  there were peaceful protests going on?

17      A.  Yes.

18      Q.  And did you make arrests while people were

19  peacefully protesting?

20      A.  We did not.

21      Q.  So were you motivated in any way when you

22  arrested Denver Foote because she had potentially

23  earlier protested?

24      A.  As a retaliation, no.

25      Q.  And I think you probably were here when I asked

DEPOSITION OF ADAM HERMAN

67

1    Officer Holtan this as well.  Comparing that day, just

2    May 30 to May 31, that evening as compared to your kind

3    of normal daily work activities, how would you rate that

4    in terms of the level of danger, chaos, unusualness?

5        A.  That's probably -- and I don't know how you could

6    get any more -- I mean stressful of a situation with

7    everything that was going on that day from working our

8    normally scheduled hours to, you know, sitting around

9    the tac office watching a lot of this stuff on TV

10   unfold, being told "Okay.  We did good.  We -- the city

11   didn't burn down.  You can go home" to "Hey, they're in

12   Hy-Vee.  We need to -- we're not done working yet."

13           And so as that continued for an

14   18-and-a-half-hour day, that's the most I've ever worked

15   as a police officer, so it was definitely chaotic.  It

16   was stressful and unlike any other day that I'd ever

17   worked.

18           MS. MACKEL-WIEDERANDERS:  I don't have

19   anything further.

20

21

22

23

24

25

DEPOSITION OF ADAM HERMAN

68

1           REDIRECT EXAMINATION

2   BY MS. MESSAMER:

3       Q.  In terms of the officers that came down and there

4   was the one that kicked the guy and some other ones that

5   were pepper-spraying, as I understand it, those would

6   have been people that had been in your boxcar that had

7   just come down the street that I watched on the other

8   video.

9           Do you think I'm wrong on that?

10      A.  They could have been.  They probably were in our

11  vehicle.  But I think the question earlier was if there

12  could have been another vehicle, which I don't know if

13  they showed up after us.

14      Q.  But those were Metro S.T.A.R. outfits?

15      A.  Yes.

16      Q.  Can you rule out anybody on your team as being

17  the ones who did that?

18      A.  Well --

19           MS. MACKEL-WIEDERANDERS:  I'm sorry.  Just

20  objection to the form of the question.  Did what?

21      Q.  The kicking and the pepper spraying of the people

22  on that corner.

23      A.  I can rule out Officer Holtan.  He was with me.

24  I don't know anyone else that I'd be able to rule out.

25  I guess I don't know who else would have been effecting

Defendants' Appendix 582

1    arrests or where their locations would have been.

2         It wasn't -- just from what I remember, it

3    wasn't just S.T.A.R. 1 or Team 1 that was in the back of

4    that.

5         And I think it should be noted as well that

6    on the first night, we had a bounty hunter that had

7    weasled his way into some of this stuff that was wearing

8    all black and had a firearms instructor patch on, so it

9    was just -- it was just chaos.

10   Q.  Are you suggesting that the person who kicked

11   that guy on the ground was not a Metro S.T.A.R. officer?

12   A.  No.  I'm just simply stating that there are --

13   there were other folks that had gotten into the fray,

14   and some of them weren't even sworn police officers.

15   Q.  But in terms of the kicking and the

16   pepper-spraying of the white T-shirt guy, we can be

17   quite confident those were Metro S.T.A.R. officers?

18   A.  They are -- yeah, they're police officers, yes.

19   I know that.

20   Q.  But you are not sure that they are Metro

21   S.T.A.R.?

22   A.  I can't tell.  I mean I cannot tell.  It's an

23   all-black uniform.  I can't specifically tell you if

24   they are Metro S.T.A.R. or not.

25   Q.  The ones on the west side of the street that came

70

1    down the same side of the street as you, I mean is there

2    any reason to think those aren't Metro S.T.A.R. officers

3    that they were riding in the box truck with you wearing

4    the same uniforms as you?

5    A.  If they would have just jumped in with us as we

6    were leaving, they could have been.  I mean it --

7    unfortunately, there wasn't a head count or a roster of

8    folks that went over with that.

9         So yes, they are police officers.  If

10   they're specific to Metro S.T.A.R., I couldn't tell you.

11   Q.  I just need to find out if there are any other

12   officers that were wearing the exact same uniforms as

13   you guys?

14   A.  No, I don't believe so.

15   Q.  Then those were Metro S.T.A.R.?

16   A.  Well, regular officers wear the same black type

17   of uniform, so if there were officers that -- you have

18   to remember, a lot of folks that are on the patrol

19   rifle, which is a specialized unit that we have, they

20   wear a plate carrier, very similar to our body armor,

21   very similar to what we have, so if there was someone

22   that was wearing their patrol rifle gear that jumped in

23   with us, it may have been them.

24   Q.  What's the patrol rifle unit?

25   A.  It's a rifle unit that works patrol that is

Defendants' Appendix 584

DEPOSITION OF ADAM HERMAN

71

1    assigned to parole rifle.

2        Q.  Are those Des Moines police officers?

3        A.  Yes.

4        Q.  So we can be sure at least that these are either

5    Des Moines police officer rifle people or Metro

6    S.T.A.R.?

7        A.  Right, yes.

8        Q.  Do you know why Des Moines police has not been

9    able to identify who those officers are?

10              MS. MACKEL-WIEDERANDERS:  I'm going to

11   object for speculation.  He can testify to his personal

12   knowledge to this.  You can answer.

13       A.  You'll have to ask it again.

14       Q.  Let me actually ask this.  I know you've been

15   talked to by Robinson in OPS, right, about these?

16       A.  Correct.

17       Q.  Did anybody on Metro S.T.A.R. specifically talk

18   to you about trying to identify these people?

19       A.  I believe when they told us that we were going up

20   to watch a video, then we were advised that's what we

21   were going to do.

22       Q.  Were the nonDes Moines Metro S.T.A.R. people also

23   sent to watch this video?

24       A.  I think they said something about sending other

25   agencies up, yes, but I had missed a couple trainings in

Defendants' Appendix 585

72

1   there, and that's typically when they did it, so I was

2   not there when they sent them out that I can remember.

3       Q.  And who sent you out to do that?

4       A.  Probably would have came from Sergeant Wellman to

5   our team leader who sent us out, I believe.

6               MS. MESSAMER:  Okay.  That's all I have.

7   Thanks.

8               MS. MACKEL-WIEDERANDERS:  Just a couple

9   follow-ups.

10                  RECROSS-EXAMINATION

11  BY MS. MACKEL-WIEDERANDERS:

12      Q.  Are you an expert on the uniforms of all tactical

13  units and teams that might have been out there helping?

14      A.  No.

15      Q.  And have you had a chance to review all these

16  videos to analyze what all their outfits or uniforms

17  were?

18      A.  No.

19              MS. MACKEL-WIEDERANDERS:  That's all I have.

20              MS. MESSAMER:  All done.

21              (Deposition concluded at 2:45 p.m.)

22

23

24

25

Defendants' Appendix 586

DEPOSITION OF ADAM HERMAN

73

                    C E R T I F I C A T E

        I, SueAnn Jones, a Certified Shorthand

Reporter and Notary Public in and for the State of Iowa,

do hereby certify that prior to the commencement of the

deposition, ADAM HERMAN was duly sworn by me to testify

to the truth;

        That the foregoing is a true and accurate

computer-aided transcription of the testimony as taken

stenographically by and before me at the time and place

indicated on the title page;

        That I am neither a relative nor employee

nor attorney nor counsel of any of the parties to this

action, and that I am not financially interested in the

action.

        Dated this 12th day of July, 2021.


                    /s/ SueAnn Jones

                    SueAnn Jones, CSR, RPR

Defendants' Appendix 587

## A

**able (14)** 9:13 12:5,6,15 14:1 19:17 36:24 48:12 50:16,17 62:13 64:17 68:24 71:9
**access (1)** 9:9
**accurate (3)** 13:18 59:20 73:7
**act (1)** 28:2
**action (2)** 73:13,14
**actively (1)** 38:21
**activities (1)** 67:3
**activity (1)** 64:15
**acts (1)** 26:25
**actual (1)** 30:1
**Adam (6)** 1:8,9,16 4:1 58:24 73:5
**add (2)** 58:25 59:2
**added (2)** 59:4,8
**adds (1)** 38:22
**administered (1)** 57:15
**advantage (1)** 19:18
**advised (1)** 71:20
**affect (1)** 61:6
**affiliated (1)** 37:12
**aftermath (1)** 5:17
**agencies (3)** 54:4 61:4 71:25
**agree (4)** 49:12 60:3 66:3,4
**ahead (5)** 29:11 32:24 33:5 41:20 46:21
**allegedly (1)** 39:21
**ALLEN (1)** 1:7
**alley (1)** 65:4
**allowed (1)** 39:2
**all-black (1)** 69:23
**all-green (1)** 54:22
**amount (2)** 46:3,16
**analyze (1)** 72:16
**angle (1)** 32:10
**angles (1)** 55:12
**Annie's (5)** 10:16 14:9 31:23 32:5 43:6
**answer (7)** 26:19 29:12 34:5 37:6 46:22 48:9 71:12
**anybody (12)** 5:12 17:3 17:6 27:14,22 42:14 52:13 56:17 59:18 62:23 68:16 71:17
**anyplace (1)** 49:22
**anytime (1)** 46:2
**anyway (1)** 52:19
**apartment (1)** 50:16
**apartments (1)** 50:7
**appear (2)** 34:16 46:17
**Appears (1)** 34:15
**applies (1)** 29:8

**appropriate (3)** 44:17 47:11 65:6
**area (32)** 7:23 9:23 16:13 17:7 19:20 20:22 21:4,11 25:6 26:4 28:15,16 29:3 30:10 31:3,8 32:10 33:22 35:7,9,9 37:1 37:22,23 38:9,14 39:15 49:19,21 50:16 64:4 65:7
**armor (1)** 70:20
**Armstrong (2)** 56:12 60:22
**arm's (1)** 31:3
**arrest (25)** 7:13,22 10:2 12:4,14 25:2 34:21 35:8 37:16 39:19,20 39:21 43:12 46:15 49:9 50:2,5,6 56:5,18 58:10 60:4,7 62:21 64:6
**arrested (12)** 12:5,24 12:25 13:2 15:1 16:13 31:6 35:17 53:16 54:15 57:3 66:22
**arresting (7)** 13:11 35:2 52:22 53:7,13,20 53:25
**arrests (12)** 37:21 38:11 51:4 52:1 53:15 54:1 55:24 56:22 58:3 60:2 66:18 69:1
**articulate (1)** 36:24
**ascertain (1)** 38:20
**aside (2)** 18:13 27:16
**asked (8)** 21:23 30:11 56:4,9,10 65:8,19 66:25
**asking (5)** 34:4 45:12 53:5,22 61:2
**assaulted (2)** 37:4 44:10
**assembled (4)** 30:7,15 30:17,22
**assembly (8)** 30:8 31:4 31:5 32:6 33:11,20 36:23 65:13
**assigned (1)** 71:1
**assignment (1)** 60:15
**assignments (1)** 6:14
**assist (1)** 19:10
**assistance (2)** 39:18 55:4
**assistant (4)** 5:1,3 17:20 60:20
**assisted (2)** 18:24 39:17
**assisting (1)** 64:5
**associated (1)** 10:1

**assume (4)** 21:3 30:24 33:3 61:20
**Assuming (1)** 62:8
**attached (1)** 22:12
**attention (4)** 45:24 46:15 50:10 51:21
**attire (1)** 29:14
**attorney (2)** 2:4 73:12
**Attorneys (1)** 2:10
**authored (1)** 13:6
**authorized (6)** 4:20,25 5:2,4,8 17:10
**available (2)** 6:22 12:12
**Ave (3)** 8:22 9:23 57:19
**Avenue (10)** 2:5 5:11 9:3,6,7 10:23 11:15 17:6 54:19 58:1
**aware (7)** 7:11,12,14 40:6,9 52:21 60:1

## B

**back (33)** 10:24 16:9 17:6 19:13 20:21 21:25 22:7 25:13 31:15,16,23 32:5 33:2 38:4 42:24,25 43:24 46:6 47:1 48:19,21 49:20 50:15,15 51:22 51:24 52:8,9,19 58:6 58:12,25 69:3
**backing (1)** 44:2
**backpack (6)** 26:15,16 26:18 28:19 43:5,8
**BAGBY (1)** 1:9
**balance (1)** 37:14
**balls (6)** 5:18,21,22,24 6:14 7:4
**bandanna (2)** 41:10 49:5
**bang (1)** 7:2
**bangs (1)** 48:7
**bar (4)** 29:15 34:9,14 64:24
**bars (1)** 34:12
**baseball (1)** 6:25
**based (7)** 11:2 18:9 34:6,19 40:1 45:12 62:6
**basing (1)** 28:5
**basis (2)** 33:19 40:1
**Bates (1)** 14:13
**began (3)** 19:11 49:20 50:9
**beginning (1)** 32:1
**bellied (1)** 43:5
**Ben (1)** 9:10
**best (3)** 13:16 24:14 55:19
**better (3)** 35:11 38:14

53:12
**bigger (2)** 18:2 19:14
**birthday (1)** 28:21
**bit (7)** 9:17 23:13,20 34:12 47:2 49:6 53:22
**black (5)** 6:25 26:15 28:19 69:8 70:16
**blocking (2)** 30:12 57:22
**blocks (1)** 31:10
**blue (1)** 8:23
**blunt (1)** 11:20
**bodily (1)** 27:7
**body (7)** 8:13,15,18 19:16,17 20:19 70:20
**booking (1)** 55:25
**borne (1)** 29:7
**bottles (1)** 15:9
**bottom (2)** 47:2 59:10
**bounty (1)** 69:6
**box (2)** 11:17 70:3
**boxcar (2)** 42:4 68:6
**Brad (1)** 5:1
**Brady (1)** 15:25
**Brandon (2)** 1:8 2:14
**breaking (1)** 16:8
**broader (1)** 66:5
**broke (1)** 21:4
**broken (2)** 11:12 63:17
**brought (2)** 12:23 56:11
**bruises (2)** 23:24 62:2
**burn (1)** 67:11

## C

**C (3)** 2:1 73:1,1
**call (2)** 62:15,17
**called (6)** 4:2 12:11,12 42:6 49:23 55:4
**Calls (1)** 29:11
**cam (4)** 35:6,14 49:5,13
**camera (4)** 8:13,15,18 49:15 66:9,10
**cameras (2)** 8:22 62:9
**camouflage (1)** 54:24
**canister (2)** 6:19 48:15
**canisters (2)** 5:12 48:6
**Captain (5)** 17:22 59:11,22 60:18,24
**capture (1)** 35:24
**car (2)** 51:16,19
**carrier (1)** 70:20
**carry (3)** 8:5 48:8,13
**carrying (1)** 48:14
**Carter (7)** 9:10 27:20 27:21 36:12,16 48:23 55:21
**case (3)** 9:11,12,14
**catch (2)** 40:11 66:11

**catching (1)** 66:9
**caught (1)** 18:15
**cause (3)** 28:10 38:17 65:12
**caused (3)** 23:25 24:2 62:2
**causing (1)** 27:1
**center (1)** 17:15
**centered (1)** 24:15
**CENTRAL (1)** 1:2
**CERT (2)** 54:12,16
**certainly (1)** 45:16
**Certified (2)** 1:17 73:2
**certify (1)** 73:4
**chain (3)** 58:20 60:10 60:12
**chance (1)** 72:15
**changes (2)** 29:16 53:10
**channel (3)** 16:21,22,23
**chaos (3)** 56:25 67:4 69:9
**chaotic (2)** 6:15 67:15
**charge (15)** 27:8 28:7,9 29:20 30:8 33:19 34:6 38:17 39:12,22,25 40:2,4 61:6 65:15
**charged (11)** 26:2,25 33:11 34:19 36:22 37:9 39:16,24 40:13 61:24 65:12
**charges (9)** 28:6,8,14 28:24 29:5,8 39:13,17 53:14
**charging (3)** 40:7,10,11
**check (1)** 38:14
**Chiodo (1)** 17:21
**circle (1)** 20:13
**circumstances (4)** 12:4 28:11 40:5 58:16
**citizen (1)** 27:17
**city (4)** 1:9,19 2:10 67:10
**civic (1)** 17:14
**civilians (1)** 36:21
**clarify (1)** 51:10
**clarity (2)** 36:3 52:24
**CLARK (1)** 1:7
**clavicle (2)** 21:1,2
**clear (1)** 64:18
**click (1)** 40:15
**clinking (1)** 24:20
**close (5)** 19:5 24:21 25:23 32:18 34:14
**closer (2)** 32:23 47:10
**cocktail (1)** 15:16
**come (26)** 6:23 9:21,22 10:9,13,20,22 11:3 12:20 16:15 18:10

Defendants' Appendix 588

21:25 22:15 25:13
32:16,24 35:19,22
40:23 41:1 48:19
50:15,15 57:19 63:21
68:7
**comes (8)** 7:2 14:13
31:22,22,23 32:4
35:16,18
**coming (12)** 9:4 18:2,7
19:11 31:16 32:14
34:9 35:4 41:25 43:17
47:10 57:20
**command (3)** 58:20
60:10,12
**commander (2)** 16:16
17:4
**commanding (1)** 17:1
**commands (2)** 21:17
47:8
**commencement (1)**
73:4
**commencing (1)** 1:19
**comment (1)** 19:21
**comments (1)** 59:22
**comments/responses ...**
59:11
**committed (3)** 28:2
39:20,21
**committing (2)** 28:22
29:4
**Commons (1)** 49:19
**company (1)** 43:7
**compare (1)** 56:7
**compared (2)** 9:17 67:2
**Comparing (1)** 67:1
**complaint (1)** 7:12
**completely (1)** 20:2
**comport (2)** 44:6 47:7
**computer-aided (1)**
73:8
**conclude (1)** 38:15
**concluded (1)** 72:21
**conclusion (1)** 29:11
**Conference (1)** 1:18
**confident (2)** 20:23
69:17
**conflated (1)** 11:5
**confronted (2)** 59:13
59:15
**confused (1)** 31:25
**consider (1)** 57:17
**construction (1)** 29:15
**contact (6)** 10:14 12:6
12:16 28:2 31:17
33:16
**continued (3)** 19:13
52:19 67:13
**control (1)** 19:17
**conversation (3)** 21:16

22:5 39:3
**copying (1)** 14:20
**corner (9)** 10:21 11:1
32:3 35:4 41:10 42:18
43:19 50:8 68:22
**correction (1)** 52:11
**counsel (1)** 73:12
**count (1)** 70:7
**County (4)** 5:10 11:10
60:21 61:8
**couple (7)** 33:5 34:13
35:15 42:20 51:16
71:25 72:8
**course (3)** 5:13 6:5
54:10
**court (24)** 1:1 5:11 7:22
8:22 9:2,6,7,8,23 10:6
10:22 11:15 17:6
32:20 35:6,13 36:6
47:12 54:8,19 55:13
57:19 58:1 62:22
**courthouse (5)** 11:10
11:13,24 12:13 55:2
**cover (1)** 62:24
**covered (1)** 35:9
**covering (3)** 22:18 26:9
28:18
**cowering (2)** 45:4
46:11
**Cowles (1)** 49:19
**crazy (1)** 50:24
**crime (2)** 39:20,21
**crimes (3)** 28:22 29:4
38:10
**criminal (8)** 28:1,2
39:24 40:2,4,8 61:24
65:15
**criteria (1)** 57:24
**CROSS (1)** 3:3
**CROSS-EXAMINA...**
63:6
**crowd (2)** 28:23 31:9
**crowds (1)** 65:10
**crying (1)** 25:2
**CSR (2)** 1:24 73:18
**cubby (7)** 10:15 14:9
18:16 21:9 23:18 24:8
24:18
**cube (6)** 11:19 17:14
49:20 51:15,22 55:10
**cuffs (1)** 63:25
**cupping (1)** 23:16
**current (2)** 4:6 57:6

---

**D**

**D (2)** 2:11 3:1
**daily (1)** 67:3
**damage (1)** 27:14
**DANA (1)** 1:9

**danger (1)** 67:4
**dated (2)** 12:18 73:15
**Dave (2)** 17:20 60:19
**David (1)** 59:11
**day (11)** 8:3,19 9:25
26:11,11 61:5 67:1,7
67:14,16 73:15
**days (3)** 53:17,19 57:1
**dealing (2)** 9:20 45:1
**dealt (4)** 49:2 51:16,17
51:18
**decided (2)** 19:19 59:12
**decision (3)** 4:21 34:21
45:10
**decisions (4)** 40:11
61:15,16,17
**Defendants (2)** 1:11 2:8
**defensive (1)** 45:17
**definitely (3)** 54:8 56:4
67:15
**definitively (1)** 39:19
**deliberately (1)** 63:8
**deliver (2)** 19:19 44:12
44:21
**delivered (1)** 24:4
**demeanor (1)** 25:9
**Denver (27)** 1:4 7:13
10:2,5,9,10,18 13:10
14:2 18:14,15 21:15
25:2 27:22 30:15 33:7
39:6 48:24 49:17
52:22 58:10 60:3,7
61:23 62:3 65:12
66:22
**Denver's (1)** 41:10
**department (1)** 53:22
**departments (1)** 55:7
**deploy (2)** 5:15,19
**deployed (3)** 5:14,21
6:17
**deploys (1)** 7:3
**deposition (5)** 1:7,16
18:1 72:21 73:5
**Deputy (1)** 60:21
**Des (18)** 1:10,18,19 2:6
2:10,12 4:11 6:14
16:20 54:7 61:3,6,12
61:18 66:1 71:2,5,8
**describe (2)** 20:18
23:13
**describing (1)** 51:14
**designation (1)** 5:5
**DeSMET (1)** 2:9
**Detective (5)** 27:21
36:12,16 48:23 55:21
**determination (1)** 38:6
**determine (3)** 4:22 34:3
39:11
**determining (1)** 53:13

**device (1)** 47:22
**devices (3)** 4:18 15:4
48:7
**diagram (1)** 24:7
**dialogue (1)** 60:25
**died (2)** 8:15,16
**difference (2)** 37:11
38:12
**different (10)** 9:17,23
9:24 10:7 13:4,24
16:19,21 54:4 55:11
**differentiate (1)** 66:13
**difficult (5)** 17:24 34:3
37:24 38:6,19
**DIRECT (2)** 3:3 4:4
**directed (1)** 37:21
**directing (1)** 61:13
**direction (8)** 10:8 36:7
36:10 56:25 57:23,25
58:17 61:19
**disagree (2)** 46:20
65:16
**disciplinary (1)** 7:9
**discussion (1)** 25:7
**dispatch (3)** 49:22
55:19 63:1
**dispatchers (1)** 55:20
**dispersal (5)** 27:9 28:16
29:2,24 65:8
**disperse (12)** 7:23 26:5
27:8 29:2,18,20 33:12
33:20 36:23 39:11
65:10,13
**dispersed (1)** 65:7
**dispute (1)** 6:17
**distinct (1)** 7:9
**distraction (2)** 47:22
48:7
**DISTRICT (2)** 1:1,1
**DIVISION (1)** 1:2
**Dixson (1)** 58:24
**DMPD (3)** 7:10 60:14
61:1
**DOE (1)** 1:7
**doing (8)** 26:17 27:23
29:15,22 34:2 37:18
38:20 39:7
**downtown (11)** 8:23
22:1 26:4 28:21 33:21
33:24,25 36:25 38:20
65:7 66:6
**draw (2)** 24:7,8
**drawing (1)** 62:6
**dressed (1)** 27:18
**drew (1)** 50:9
**Drive (1)** 2:11
**driving (1)** 49:20
**drop (1)** 25:5
**dropped (2)** 25:18

49:17
**drove (1)** 17:18
**DT (1)** 19:15
**duly (2)** 4:2 73:5
**duty (1)** 11:7

---

**E**

**E (5)** 2:1,1 3:1 73:1,1
**earlier (14)** 8:18 9:4
11:11,24 13:17 15:3
31:7,13 55:4 56:1
64:8,14 66:23 68:11
**early (1)** 54:12
**east (4)** 7:22 10:6 52:11
64:3
**easy (1)** 37:15
**edges (1)** 23:16
**effect (3)** 58:6,9,12
**effecting (1)** 58:3 68:25
**effective (2)** 19:16
59:13
**eight (1)** 60:16
**either (3)** 21:15 46:17
71:4
**element (2)** 38:10,22
**employee (1)** 73:11
**employees (1)** 65:1
**ended (2)** 39:23 63:22
**enforcement (3)** 18:2
34:15 46:12
**engaged (1)** 51:20
**engagement (1)** 17:12
**enter (1)** 52:25
**entire (3)** 8:12 31:9
50:1
**entirely (2)** 25:24 48:8
**entrance (1)** 21:9
**epithets (1)** 52:14
**ERNESTO (1)** 1:8
**ESCOBAR (1)** 1:8
**evening (1)** 67:2
**event (2)** 43:12 57:1
**events (1)** 14:8
**eventually (1)** 51:24
**everybody (2)** 18:9
40:12
**evidence (4)** 26:6 29:7
30:1 52:25
**exact (1)** 70:12
**exactly (3)** 20:18 21:1
23:9
**EXAMINATION (3)**
3:3 4:4 68:1
**examined (1)** 4:3
**exchanged (1)** 21:14
**Exhibit (5)** 3:7 20:4
24:25 53:3,6
**exit (1)** 24:22
**expert (1)** 72:12

**explain (2)** 37:24 63:19
**explode (2)** 15:19,22
**express (1)** 66:4
**extent (1)** 30:10
**eyes (4)** 22:18,19 23:3,5

**F**

**F (1)** 73:1
**face (5)** 22:14,23 28:18 34:1 57:3
**facedown (1)** 21:10
**facing (4)** 36:8,9 64:2 64:20
**fact (2)** 39:22,23
**failure (8)** 26:5 27:8 29:2,20 33:12,20 36:22 65:13
**fair (1)** 16:5
**falls (2)** 57:11,13
**familiar (1)** 51:5
**far (9)** 19:1 30:24 33:2 34:14 38:23 47:14 53:12 57:1,20
**Feel (1)** 32:23
**feet (5)** 10:1 19:4 21:11 30:22 31:10
**fellow (2)** 45:20 52:5
**felt (2)** 44:11,20
**female (4)** 9:24 27:25 42:22,23
**female's (1)** 27:25
**fighting (1)** 22:16
**figure (1)** 53:16
**filed (1)** 62:17
**financially (1)** 73:13
**find (1)** 70:11
**fine (1)** 53:2
**fire (2)** 4:20,21
**firearms (1)** 69:8
**fired (1)** 5:17
**fireworks (1)** 15:7
**first (11)** 4:2 6:8 7:17 14:1,10 18:14 19:2 54:11 57:21 63:22 69:6
**fit (2)** 18:6 38:9
**fitting (1)** 29:5
**five (3)** 41:17 52:1,6
**flash (2)** 7:2 48:7
**fled (1)** 19:12
**flee (1)** 12:6
**flex (1)** 63:25
**flip (1)** 51:1
**flipped (1)** 62:9
**focus (1)** 64:10
**focused (1)** 42:22
**folks (11)** 30:12 31:11 34:16 48:2 51:19 52:19 55:14 61:4

69:13 70:8,18
**followed (1)** 18:12
**follows (1)** 4:3
**follow-up (3)** 39:10,12 53:23
**follow-ups (1)** 72:9
**foot (3)** 12:6 30:20 46:5
**Foote (16)** 1:4 9:20 10:2 13:10 14:2,6 18:15 27:22 30:15 39:6 52:22 60:3,7 61:23 65:12 66:22
**Foote's (5)** 7:13 13:1 58:10 63:9,11
**force (23)** 7:19,24 8:25 11:21 13:9 46:3,10,14 46:23,24 47:7,15 56:13,19 57:5,8,15,15 57:16 58:5,14,19 65:9
**forces (1)** 56:23
**foregoing (1)** 73:7
**form (3)** 57:23,25 68:20
**forth (1)** 19:14
**forward (2)** 40:16 43:1
**found (4)** 8:8 10:3 20:6 36:18
**frame (6)** 16:5 32:18 41:11 43:13 49:1,3
**fray (1)** 69:13
**free (1)** 32:23
**Friday (3)** 7:15 8:9,11
**front (3)** 21:12 31:23 46:12
**full (2)** 8:2 48:12
**full-on (1)** 45:19
**full-time (1)** 4:23
**further (2)** 25:7 67:19

**G**

**gain (1)** 19:17
**gaining (1)** 19:18
**garage (1)** 64:11
**gas (3)** 5:12 12:8 45:23
**gasoline (1)** 15:9
**gathered (1)** 30:9
**gear (2)** 8:2 70:22
**general (1)** 52:17
**gentleman (1)** 46:6
**GEORGE (1)** 1:8
**getting (5)** 15:25 23:14 31:25 39:23 51:22 62:25
**Gina (2)** 2:3 52:24
**girl (1)** 11:1
**give (1)** 49:16
**given (11)** 16:17 27:11 28:11,17 29:3,24 53:10 56:6 62:5 63:1 65:8

**giving (2)** 21:17 47:8
**glass (1)** 1:9
**glasses (6)** 20:11 21:20 63:9,12,15,17
**go (34)** 4:24 11:7,10 12:12 16:7,9,12 17:23 19:8 29:11 32:5 34:11 34:20 37:21,23 41:20 43:24 46:4,7,21 47:1 48:21 50:15,15 51:24 52:19 56:9,10 57:23 57:25 58:2,2 59:3 67:11
**goes (2)** 55:13 60:22
**goggles (7)** 22:8,10 26:8 26:14 27:18 28:5,17
**going (32)** 10:24 16:7,8 17:6 25:6 26:1,18 29:10 32:24 33:9,16 34:16,21 35:9 39:14 39:16 43:15 47:2,12 47:13 58:16 64:23 65:18 66:6,8,10,13,16 67:7 71:10,19,21
**good (2)** 63:3 67:10
**gotten (1)** 69:13
**grab (1)** 50:17
**grabbed (2)** 6:16 21:20
**Grand (1)** 2:5
**grapevine (1)** 42:15
**green (1)** 54:22
**grenade (1)** 47:24
**ground (14)** 7:25 19:23 20:3 21:19,21 23:11 23:12 45:5 46:11 63:22,24,24 64:4 69:11
**grounds (1)** 28:8
**group (7)** 18:2,7 29:4 30:25 41:16 42:3 52:6
**Gruwell (2)** 50:22 51:14
**guess (10)** 10:17 30:19 33:15,16 48:21 53:21 53:22 55:19 61:1 68:25
**guidance (1)** 61:22
**guidelines (1)** 57:13
**guilty (1)** 33:11
**guy (14)** 19:14 42:20 46:11 47:3 50:12,18 51:14 52:15 57:17 58:4,13 68:4 69:11,16
**guys (10)** 14:17 16:6,19 25:6 32:16 35:1,22 36:17 54:9 70:13
**guy's (1)** 45:24

**H**

**halfway (1)** 37:20
**Hall (1)** 1:19
**hand (3)** 18:20,21 23:15
**handcuffed (1)** 8:1
**handed (3)** 21:21 56:9 56:15
**handkerchief (4)** 26:9 26:14 28:18 40:23
**handle (2)** 61:10,16
**handles (1)** 57:9
**hanging (2)** 22:22,24
**happen (5)** 11:22,25 39:14 47:15 58:18
**happened (14)** 4:9,14 9:16,24 10:1 11:23,24 19:8 25:25 39:3 43:13 50:12 62:19 64:13
**happening (5)** 15:12 26:4 58:3 63:19 64:16
**hard (1)** 45:18
**Hardy (1)** 17:22
**head (3)** 16:1 64:3 70:7
**hear (1)** 56:17
**heard (4)** 29:17 39:11 42:14 64:8
**hearing (2)** 24:19 56:20
**held (1)** 21:22
**helpful (1)** 17:19
**helping (1)** 72:13
**helps (1)** 32:23
**Herman (10)** 1:8,9,16 4:1,6 41:9 58:24 59:12 63:8 73:5
**HERNANDEZ (1)** 1:8
**Hey (5)** 16:8 34:21 37:16 38:13 67:11
**Hi (1)** 4:6
**high (1)** 49:16
**higher (1)** 61:20
**highlighted (5)** 51:2,3,8 51:11 53:6
**history (1)** 58:21
**hit (7)** 12:2 16:1 20:14 21:3 41:11 60:5,8
**hold (1)** 23:17
**holding (1)** 23:15
**hole (3)** 14:9 21:9 24:18
**Holtan (24)** 1:9 2:14 10:14 14:8,23 17:18 17:25 18:17 19:24 21:15,17 22:16 23:14 24:3,9,19 25:16 31:17 52:22 63:11 64:8 65:19 67:1 68:23
**Holtan's (1)** 62:3
**home (2)** 16:7 67:11
**homemade (1)** 15:3
**Hook (2)** 5:1 60:21

**hours (2)** 37:4 67:8
**Huh-uh (1)** 20:12
**Hunt (1)** 61:8
**hunter (1)** 69:6
**hurt (2)** 38:2,3
**Hy-Vee (10)** 9:22 16:8 37:2 38:8 55:6,14 58:2 59:14,16 67:12

**I**

**idea (2)** 42:9,12
**identification (3)** 20:5 25:1 53:4
**identified (1)** 13:1 36:16,19 41:10 53:24
**identify (6)** 36:4 42:6 53:19 65:22 71:9,18
**illegal (3)** 26:17 27:15 27:23
**immediately (1)** 25:3
**important (1)** 29:19
**impression (1)** 56:21
**inaccurate (1)** 13:15
**inappropriate (2)** 60:4 60:8
**incendiary (1)** 15:3
**incident (2)** 11:18 55:7
**included (1)** 34:14
**incorrect (1)** 61:23
**independent (2)** 22:2 61:2
**independently (1)** 61:18
**indicated (2)** 26:16 73:10
**individual (15)** 7:23 12:1,3,5 13:19,25 14:5 15:1 18:20,22 28:3 44:20 46:25 50:7 62:17
**individuals (9)** 12:24 16:13 30:9 38:8 41:17 48:11 51:5,21 52:3
**industrial-grade (5)** 22:10 26:8,14 27:18 28:17
**information (6)** 26:6 27:13 37:12 40:7 62:25 65:25
**initially (3)** 8:11 64:9 64:10
**injuries (1)** 62:13
**injury (3)** 11:21 27:1,7
**inside (1)** 50:16
**Instructions (1)** 58:23
**instructor (1)** 69:8
**interacted (2)** 22:8 52:13
**interacting (1)** 24:9

Defendants' Appendix 590

**DEPOSITION OF ADAM HERMAN**

77

**interaction (3)** 21:6 62:3,4
**interested (2)** 62:25 73:13
**interference (1)** 26:25
**Internet (1)** 20:6
**intersection (2)** 36:5 57:22
**interview (1)** 39:9
**investigation (2)** 39:10 55:22
**involved (4)** 7:15 13:11 32:4 52:1
**Iowa (6)** 1:1,10,19 2:6 2:12 73:3
**issues (2)** 11:11 49:21
**items (1)** 48:2

**J**

**jabbing (1)** 45:19
**jabs (1)** 20:16
**Jason (1)** 5:9
**JEFFREY (1)** 1:8
**JOHN (1)** 1:7
**Jones (5)** 1:17,24 73:2 73:17,18
**July (2)** 1:20 73:15
**jumped (2)** 70:5,22
**June (3)** 12:18,21 59:1
**justifies (1)** 44:23
**justify (2)** 40:7 45:14

**K**

**keep (3)** 40:16 41:20,21
**kick (3)** 42:20 45:19 46:6
**kicked (2)** 68:4 69:10
**kicking (8)** 43:25 44:7 44:16,18 46:10 58:4 68:21 69:15
**kicks (1)** 65:20
**kind (40)** 5:24,25 10:24 11:4 12:8 14:2 16:4 17:11 18:22 19:2,11 19:13,16,18,21 20:16 20:25 21:11 22:24 23:18,22 24:11,15,20 24:22 25:4,11 26:4 34:15,17 38:6,12,22 40:14 47:2,21,21 57:20 64:15 67:2
**King (2)** 59:9 60:18
**KIRK (1)** 1:9
**knew (4)** 10:17 14:5 39:22 40:2
**knowledge (2)** 53:7 71:12
**knows (1)** 53:7
**knuckles (1)** 25:19

**L**

**laid (3)** 21:10 63:24,24
**landed (1)** 15:21
**language (1)** 14:20
**large (1)** 29:4
**law (3)** 2:4 18:2 46:12
**lawfully (1)** 36:22
**lawless (1)** 34:13
**lawsuit (1)** 62:18
**laying (1)** 64:2
**leader (6)** 5:1 17:20 56:11 60:21,22 72:5
**leaders (2)** 4:22 5:3
**leadership (1)** 61:12
**leading (1)** 49:9
**learn (1)** 10:18
**learned (1)** 10:22
**leave (3)** 30:11 48:1 65:9
**leaving (2)** 30:12 70:6
**left (8)** 20:20 21:25 22:6 24:5 25:12,12 62:10,14
**leg (1)** 7:25
**legal (1)** 29:11
**length (1)** 31:3
**lethal (4)** 4:18 47:21 48:2 65:21
**Let's (3)** 35:10 41:19 47:1
**level (5)** 1:18 21:11 46:9 49:16 67:4
**leverage (2)** 23:17,23
**Lieutenant (2)** 60:23 61:21
**limb (1)** 19:16
**limbs (1)** 19:18
**line (11)** 15:8 35:16 37:5 57:7,14,17,21,22 57:24 58:1,8
**lined (1)** 57:20
**list (3)** 17:19 48:4 55:25
**little (10)** 9:17 11:11 23:13,20 34:12 46:7 47:18 48:15 49:6 53:21
**living (1)** 38:1
**load (1)** 48:12
**locate (1)** 9:13
**located (1)** 64:1
**locations (2)** 62:5 69:1
**Locust (2)** 50:1,11
**log (1)** 55:19
**long (2)** 4:11 21:6
**look (4)** 6:19,20 51:5 56:1
**looked (2)** 20:9 64:25
**looking (10)** 28:21 34:1 34:8 36:5,11 42:17 47:3 49:21 51:6 66:5

**looks (5)** 6:25 45:20,24 46:8 47:8
**looped (1)** 40:10
**looter (2)** 59:13,16
**lose (2)** 23:22 41:15
**lost (1)** 14:2 41:16
**lot (7)** 53:12 60:25 64:16 66:8,10 67:9 70:18
**low (1)** 65:9
**Lower (1)** 1:18
**low-level (1)** 65:9
**LUKE (1)** 2:9

**M**

**machine (1)** 14:16
**Mackel-Wiederande...** 2:8 3:5 29:10 36:3,7 46:21 50:20 51:9,13 52:24 53:2 63:7 67:18 68:19 71:10 72:8,11 72:19
**majority (2)** 21:12 56:6
**making (1)** 61:16
**man (6)** 44:24 45:3,7 46:23 57:2,10
**management (1)** 61:15
**marked (3)** 20:4 24:25 53:3
**mask (1)** 45:23
**mask/handkerchief (1)** 22:23
**match (1)** 12:25
**ma'am (3)** 8:4 13:5 18:5
**mean (17)** 30:14,14,16 31:4 34:1 35:17 38:5 45:6,19 51:5 55:9 57:19 62:25 67:6 69:22 70:1,6
**meaning (1)** 65:11
**means (1)** 30:7
**meat (1)** 20:25
**meaty (1)** 21:4
**meet (1)** 57:24
**meeting (1)** 34:17
**meetings (1)** 61:15
**memory (11)** 11:4 13:18 15:19 17:13,24 18:6,9 22:2 42:23 43:11 52:14
**mention (1)** 15:2
**Messamer (8)** 2:3 3:4 4:5 51:12 63:4 68:2 72:6,20
**Metro (35)** 4:13,17 5:7 6:11,24 7:5,9 8:2,6 13:3 16:15,25 17:4,19 55:10 56:4 60:13,20

60:25 61:2,3,6,13,17 68:14 69:11,17,20,24 70:2,10,15 71:5,17,22
**Michael (1)** 58:24
**MICHELLE (1)** 2:8
**mind (2)** 9:21 10:8
**minds (1)** 34:18
**mine (1)** 14:22 19:11
**minimize (1)** 46:2
**minimum (2)** 46:9,16
**minute (2)** 21:7 35:21
**minutes (3)** 33:5 35:15 64:19
**mischief (6)** 39:24 40:3 40:4,8 61:24 65:15
**misdemeanor (1)** 27:5
**missed (1)** 71:25
**missing (1)** 45:8
**mistaken (1)** 32:1
**Moines (20)** 1:10,18,19 2:6,10,12 4:11 6:14 16:20 54:1,7 61:3,6 61:12,18 66:1 71:2,5 71:8,22
**Molotov (1)** 15:16
**moment (1)** 37:25
**morning (4)** 34:11 41:6 51:25 54:12
**motivated (1)** 66:21
**move (3)** 32:23 37:22 45:15
**movement (1)** 41:3
**moving (4)** 31:2,12 40:16 47:9

**N**

**N (2)** 2:1 3:1
**name (2)** 24:18 27:25
**names (1)** 51:2
**narrative (1)** 59:3
**near (2)** 10:15 21:4
**necessary (4)** 46:10,18 46:23,24
**neck (1)** 22:24
**need (7)** 13:15 20:11 29:17 58:4,14 67:12 70:11
**needed (4)** 39:18 44:12 44:21 57:5
**neither (1)** 73:11
**never (2)** 5:23,23
**new (2)** 58:9,11
**nights (4)** 34:14 54:10 54:11,13
**nonchalant (1)** 25:21
**nonDes (2)** 54:1 71:22
**noon (1)** 60:16
**normal (1)** 67:3
**normally (2)** 8:7 67:8

**north (17)** 13:20 24:15 31:15,16,18,21,23 32:6,12 35:19 41:1,18 42:1 43:15,17 49:18 52:11
**northeast (1)** 50:8
**northeast/north (3)** 32:20 47:12 64:20
**northeast/southwest ...** 35:14 41:8 49:5,13
**northeast/west (1)** 35:6
**nose (1)** 26:9
**Notary (2)** 1:17 73:3
**note (1)** 26:24
**noted (1)** 69:5
**notice (3)** 9:15 63:14,17
**noticed (2)** 13:18 25:19

**O**

**oath (1)** 62:18
**object (2)** 29:11 71:11
**objection (1)** 68:20
**objectively (1)** 45:6
**observations (1)** 34:6
**observe (1)** 25:13
**observed (6)** 6:6 13:19 14:11 15:25 23:14 30:3
**obviously (4)** 14:11 24:14 33:7 35:19
**OC (1)** 48:6
**odd (1)** 53:8
**office (7)** 6:24 7:5 12:23 13:3,4 56:2 67:9
**officers (30)** 12:25 33:15 35:16 37:3 38:3 41:25 43:9 50:2,10 52:21 53:20,25 54:1,3 54:14 62:20 65:22 66:1,1 68:3 69:14,17 69:18 70:2,9,12,16,17 71:2,9
**official (1)** 26:25
**oftentimes (1)** 55:11
**Oh (2)** 17:16 43:18
**okay (36)** 11:4,7 18:6 19:8,21,22 20:13,16 21:23 22:20 23:12 24:24 34:23 35:13,23 36:1 41:5,7,11,19,23 42:17 43:24 44:1,4 45:21,25 46:19 48:19 51:1,13 58:19 60:12 62:12 67:10 72:6
**once (2)** 21:19 37:22
**ones (7)** 51:7,10 53:6 55:3 68:4,17 69:25
**ongoing (1)** 64:15
**online (1)** 57:14

**Defendants' Appendix 591**

DEPOSITION OF ADAM HERMAN

on-call (1) 61:10
open (1) 34:16
opinion (3) 30:6 33:10
36:21
OPS (3) 7:12 42:6
71:15
order (3) 17:5 29:18
39:11
orders (8) 16:10,14
17:9 27:11 28:16 29:2
29:24 65:8
organization (1) 61:19
outfits (2) 68:14 72:16
Outlaws (3) 32:11 34:9
64:20
outside (2) 21:9,13
o'clock (1) 11:9

_____

**P**

P (2) 2:1,1
packet (3) 52:16 53:18
56:8
paddy (2) 25:6 39:15
page (6) 50:22 58:20,20
59:9,22 73:10
PAGE(s) (1) 3:7
paperwork (3) 12:22
14:15 56:16
park (1) 52:7
parked (1) 17:14
parking (2) 64:11,16
parole (1) 71:1
part (12) 9:7 20:13,20
27:18 28:22,22 29:3
30:22 31:4 39:7 55:22
62:21
participate (2) 50:5,6
particular (4) 4:17
11:18 27:13 37:12
particularly (1) 9:14
parties (1) 73:12
party (1) 28:21
pasting (1) 14:20
patch (1) 69:8
patrol (8) 6:16 12:10
54:6,23 70:18,22,24
70:25
pause (3) 33:9 34:25
36:20
Pausing (2) 47:6,18
PD (2) 16:20 61:12
peaceful (2) 66:14,16
peacefully (1) 66:19
people (39) 11:5 15:2
16:8 17:13 30:22
33:10,19 34:2,7,11,19
34:21 36:22 37:6,17
37:22 38:5,5 42:3,7
42:15 51:3,15,16,18

52:1,6 53:5,16,24
64:23 65:3,7 66:18
68:6,21 71:5,18,22
pepper (12) 17:9 18:21
43:19,22 46:13 47:10
48:14 60:4,8 65:6,20
68:21
pepper-sprayed (3)
10:7 23:3 57:3
pepper-spraying (2)
68:5 69:16
percent (1) 42:11
person (1) 12:14
13:10 16:17 18:13
32:2,3,4 38:24,25
56:18 69:10
personal (1) 71:11
personally (4) 15:25
23:8 34:20 44:13
photographs (2) 59:24
59:25
photos (2) 12:23 55:25
picture (4) 13:1 20:6
24:13 66:6
pictures (1) 53:18
piece (1) 48:8
place (7) 9:18 33:22,25
35:8 43:14 55:15 73:9
Plaintiff (2) 1:5 2:3
plate (1) 70:20
play (4) 34:23 40:15
41:11 42:23
played (11) 33:8 34:24
36:15 40:18 41:12,24
42:19 43:3 44:3 47:5
47:17
playing (1) 42:17
Please (1) 58:24
plus (2) 54:5 57:1
pocket (1) 48:16
point (3) 33:13 43:1
64:5
pointing (1) 32:10
police (20) 4:7,11 6:4,8
7:6 33:15 38:24 39:1
58:23 61:3,6,18 66:1
67:15 69:14,18 70:9
71:2,5,8
policing (2) 66:12,15
policy (9) 57:6,12,13
58:5,8,9,11,12,15
Polk (4) 5:10 11:10
60:21 61:8
portion (1) 11:23
position (2) 4:8 27:3
positioned (1) 62:6
possible (4) 18:11 23:25
24:1 45:18
potentially (1) 66:22

Pratt (2) 15:25 64:14
present (2) 2:14 45:7
pretty (3) 12:12 34:13
50:24
previously (3) 19:24
21:25 44:10
printing (1) 14:17
prior (1) 73:4
probable (3) 28:10
38:17 65:12
probably (7) 21:3,4
31:7 66:25 67:5 68:10
72:4
problems (1) 52:20
proceedings (1) 62:22
process (4) 6:1 7:9,10
53:9
progressed (1) 53:11
protested (1) 66:23
protesting (1) 66:19
protests (6) 7:16,17
37:13 61:11 66:14,16
provided (1) 9:10
proximity (6) 24:21
25:24 30:19,24 37:3,7
PR-24 (3) 19:20 20:7
59:12
Public (2) 1:18 73:3
pull (2) 38:7 52:7
pulling (2) 12:3 20:21
punching (1) 44:19
purposes (1) 30:8
push (3) 19:13 23:22
24:21
pushed (1) 23:19
pushing (6) 12:2 18:23
20:21 23:16 24:3,4
put (5) 7:25 14:16
25:15 37:18 63:25
p.m (2) 1:19 72:21

_____

**Q**

question (7) 30:19
33:18 37:8 40:6 51:10
68:11,20
questions (1) 65:18
quit (2) 19:22 23:12
quite (2) 56:8 69:17

_____

**R**

R (3) 2:1,8 73:1
racial (2) 50:14 52:14
radio (2) 12:11 16:18
16:19 63:2
railroad (1) 7:7
ran (1) 31:2
rank (1) 4:6
rare-back (1) 45:19
raring (1) 46:6

rate (1) 67:3
Ray (1) 2:11
readily (1) 6:22
really (4) 5:5 28:4 61:5
65:21
reason (8) 6:17 10:8
17:22 44:21 45:6,10
53:5 70:2
reasonable (13) 28:8,12
28:13,25 29:22 33:21
33:23,24 36:25 38:9
38:13,24,25
reasoning (4) 38:23
39:5 45:2 56:24
recall (3) 28:1 32:15
64:21
receive (3) 4:24 15:10
61:21
received (2) 4:17 27:9
receives (1) 14:15
recognize (1) 51:2
recollection (2) 13:16
24:15
record (4) 36:4 40:21
52:25 53:1
recorded (1) 63:3
records (1) 14:15
RECROSS (1) 3:3
RECROSS-EXAMI...
72:10
red (1) 40:23
REDIRECT (2) 3:3
68:1
REFERRED (1) 3:7
regarding (1) 7:13
regular (4) 6:13 16:20
60:13 70:16
relative (1) 73:11
relatively (2) 19:5
32:18
released (1) 7:2
relevant (2) 9:14 33:7
relieved (1) 54:12
remainder (1) 9:5
remember (40) 5:20 6:7
13:12 14:1 15:12,14
17:11,17 18:11,18,19
18:20 19:2 21:6,14,19
21:23,24 22:3,5,14,18
22:20 24:19 25:8,9,10
26:18,21,22 33:3
48:25 51:7 55:1,7
56:20 59:4 69:2 70:18
72:2
remembered (2) 11:2
14:7
removed (2) 29:13,14
repeat (1) 60:6
report (31) 8:23,24,25

9:22 11:20 12:17,20
13:2,8,9,13,14 14:14
14:19 15:2 17:23 22:4
22:12 25:18 26:23,24
31:16 56:13,18 57:5,8
57:12,16 58:5,14,19
Reported (1) 1:24
Reporter (2) 1:17 73:3
reports (2) 13:6 59:23
represent (1) 24:17
resist (3) 23:22 38:24
resisting (12) 18:16
19:23 20:2 21:18 23:8
23:10 38:21 39:19,20
39:21 60:4,7
responded (1) 55:8
responding (1) 55:6
response (1) 7:16
responses (1) 59:9
result (1) 46:4
retaliation (1) 66:24
review (3) 8:21 9:3
72:15
reviewed (4) 8:22 9:2
13:13 59:23
reviewing (1) 27:20
rewind (1) 47:1
riding (1) 70:3
rifle (6) 70:19,22,24,25
71:1,5
riot (1) 8:7
rioters (2) 26:7,10
rioting (8) 26:3 27:19
28:16 29:3 30:11
33:22,25 37:1
riots (5) 6:5 15:11 58:3
60:16 66:13
road (3) 13:21 32:25
52:12
roads (1) 30:12
Robert (1) 2:11
Robinson (1) 71:15
rode (1) 11:18
role (1) 57:7
Room (1) 1:18
roster (1) 70:7
rotation (1) 61:9
roughly (1) 16:3
round (1) 47:21
rounded (1) 16:6
RPR (1) 1:24 73:18
rule (4) 47:23 68:16,23
68:24
rules (1) 17:11
run (3) 18:22 23:18
39:1
running (13) 13:20
18:14 31:11,14,15,18
32:2,6,8 38:18 48:24

49:14 65:3
**Ryan (3)** 59:9 60:18,22

**S**

**s (2)** 2:1 73:17
**safely (1)** 64:18
**sands (1)** 14:2
**Saturday (4)** 8:9,11,14
  11:8
**saw (13)** 5:13,17 9:4
  13:1 14:1 19:2 31:20
  48:24 49:5 52:21 54:9
  63:23 64:23
**saying (11)** 13:21,22
  17:9 20:1 21:24 31:5
  32:1 42:12 55:23
  57:11 58:8
**says (5)** 22:12 58:23,25
  59:11,23
**scale (1)** 24:14
**scenario (1)** 39:2
**Schafnitz (3)** 17:1
  60:23 61:21
**scheduled (1)** 67:8
**scrape (1)** 25:21
**scraped (1)** 25:19
**screen (1)** 47:16
**second (3)** 36:4 54:10
  54:13
**seconds (1)** 21:7
**secure (1)** 64:10
**see (29)** 5:11,15,18 32:8
  33:6,7,10 35:10 36:21
  41:13,25 42:20 43:2,7
  43:18 44:4,23 45:3,13
  45:13 47:18 49:11
  52:6,7,9 54:21 63:11
  63:21 65:3
**seeing (7)** 6:7 15:19
  31:22 34:19 45:1 55:1
  66:5
**seen (7)** 5:16 6:2 8:23
  27:22 35:15 37:3
  55:16
**selected (1)** 4:23
**selection (1)** 5:25
**send (4)** 49:22 55:12
  58:25 64:17
**sending (1)** 71:24
**senior (2)** 4:7 58:23
**sent (5)** 59:1 71:23 72:2
  72:3,5
**sentence (1)** 13:19
**separate (1)** 7:8
**sequence (1)** 14:17
**sergeant (8)** 14:15
  58:24 60:18,23 61:7,8
  61:8 72:4
**serious (1)** 27:5

**sets (1)** 27:16
**setting (1)** 18:13
**Seybert (2)** 59:11 60:19
**Shane (1)** 50:22
**she'd (2)** 19:25 39:8
**shield (11)** 8:5 18:22,23
  19:11,14 23:15,19
  24:16,22 25:22 59:12
**shields (2)** 20:21 24:20
**shift (1)** 37:20
**shirt (1)** 57:10
**shoot (1)** 48:7
**short (3)** 20:15 43:13
  46:7
**Shorthand (2)** 1:17
  73:2
**shortly (2)** 32:15 37:4
**shot (1)** 15:8
**shoulder (10)** 19:20
  20:21,25 24:3,4,6,12
  24:12 62:14 64:4
**shoving (1)** 19:11
**show (1)** 49:13
**showed (3)** 11:9 17:25
  68:13
**showing (3)** 27:22
  28:20 36:17
**shown (1)** 28:20
**shows (3)** 9:6 32:13
  35:10
**side (12)** 10:15 13:20
  14:14 18:23 52:11
  62:7,8,10,10,11 69:25
  70:1
**sidewalk (5)** 19:6 21:13
  24:8 45:4 51:20
**sight (3)** 18:15 41:15,16
**similar (3)** 7:1 70:20,21
**simply (1)** 69:12
**single (1)** 48:8
**sit (5)** 28:4 37:15 38:4
  44:8 48:19
**sitting (2)** 44:13 67:8
**situation (3)** 29:14
  37:19 67:6
**situations (1)** 8:8
**skinnier (2)** 50:18,20
**skip (1)** 32:24
**skirmish (8)** 37:5 57:7
  57:14,17,21,24 58:1,8
**slightly (2)** 50:18,20
**slurs (2)** 50:14 51:15
**small (1)** 6:24
**smoke (1)** 47:24
**soaked (2)** 43:19,22
**somebody (5)** 11:12
  30:7,15 39:4 43:19
**someone's (1)** 46:15
**sorry (7)** 10:24 40:15

40:25 41:23 60:6
  63:25 68:19
**sound (1)** 35:23
**sounds (1)** 24:11
**south (5)** 31:18,21
  43:15,17 52:11
**southeast (1)** 7:6
**SOUTHERN (1)** 1:1
**southwest (1)** 36:9
**specialized (1)** 70:19
**specific (3)** 17:9 25:10
  70:10
**specifically (19)** 5:6,16
  5:20 9:3 15:15 16:24
  17:12 22:18 27:12
  28:24 33:3 34:4 44:18
  49:1,2 51:7 54:21
  69:23 71:17
**specifics (1)** 46:1
**speculation (1)** 71:11
**Splash (1)** 52:2
**spoon (1)** 7:1
**spray (11)** 17:9 18:21
  43:19,22 46:13 47:10
  48:14 60:5,8 65:6,20
**sprayed (3)** 57:4,11
  58:13
**spraying (1)** 68:21
**stack (1)** 12:22
**staff (1)** 4:24
**staging (1)** 25:5
**stamp (1)** 14:13
**standing (2)** 19:2 34:2
**start (5)** 11:16 33:5
  35:21 47:3,14
**started (3)** 41:2,4 48:22
**starting (3)** 35:22 36:1
  40:16
**starts (1)** 58:19
**state (4)** 12:10 54:5,23
  73:3
**states (2)** 1:1 25:18
**static (2)** 31:2,12
**stating (1)** 69:12
**station (3)** 6:8 7:6
  51:25
**stay (1)** 12:16
**stenographically (1)**
  73:9
**stinger (6)** 5:18,20,22
  5:24 6:14 7:3
**stomp (2)** 63:8,11
**stomping (1)** 63:14
**stood (2)** 22:22 43:10
**stop (7)** 21:18 23:8,10
  36:4 38:25 39:3 52:10
**stopped (5)** 19:22 20:2
  41:8 44:4 50:1
**stopping (1)** 49:24

**straight (3)** 24:2 52:9,9
**strategy (1)** 61:13
**street (11)** 13:20 18:3,7
  19:12 21:13 32:16
  35:23 57:11 68:7
  69:25 70:1
**stressful (4)** 37:19,19
  67:6,16
**strike (8)** 24:5 44:12,21
  44:24 45:14,17,18
  46:7
**strikes (2)** 19:20 20:22
**striking (1)** 44:19
**struggling (2)** 12:1 14:8
**stuff (5)** 9:4 12:9 14:17
  67:9 69:7
**submit (1)** 56:13
**subsequent (2)** 54:11
  54:13
**suburb (1)** 54:18
**suburbs (1)** 54:16
**SueAnn (5)** 1:17,24
  73:2,17,18
**suffered (1)** 23:24
**sufficient (1)** 33:19
**suggest (1)** 26:7
**suggesting (1)** 69:10
**summer (2)** 4:9 60:13
**supervision (2)** 61:1,1
**supervisor (3)** 57:9
  60:17 61:20
**supervisors (1)** 61:9
**supplemental (1)** 61:4
**supposed (4)** 16:11,12
  38:16 58:18
**sure (13)** 10:25 14:25
  15:23 21:7 25:24
  26:20 33:14 34:17
  38:3 48:8 62:1 69:20
  71:4
**surprises (1)** 53:21
**surrounded (2)** 12:11
  55:4
**surrounding (1)** 61:4
**suspect (1)** 42:14
**suspicion (2)** 29:25
  38:13
**sweep (1)** 7:25
**sworn (3)** 4:2 69:14
  73:5
**system (2)** 16:19,21
**systems (1)** 16:18
**S.T.A.R (38)** 4:14,17
  5:7 6:11,24 7:5,9 8:2
  8:6 13:3 16:16,25
  17:4,19 54:2,4 55:10
  56:4 60:13,20 61:1,2
  61:3,6,13,17 68:14
  69:3,11,17,21,24 70:2

70:10,15 71:6,17,22

**T**

**T (2)** 73:1,1
**tac (6)** 12:23 13:3 48:3
  54:14 56:1 67:9
**tackled (1)** 44:11
**tactical (2)** 55:20 72:12
**tactics (1)** 45:17
**take (3)** 22:25 30:16
  38:18
**taken (2)** 1:16 73:8
**takes (1)** 35:8
**talk (5)** 14:23 38:19
  39:1 44:18 71:17
**talked (4)** 9:11 14:25
  25:11 71:15
**talking (12)** 15:16 18:4
  25:4 27:21 32:19,21
  38:25 46:9,11,14
  48:22 52:4
**tangent (1)** 40:14
**tapping (1)** 46:5
**Tart (1)** 5:9
**teach (2)** 19:15 45:17
**team (23)** 4:14,22,25
  5:1,3 8:23 17:20,20
  48:3 54:2,6,7,12,16
  54:18 55:12,13 56:11
  60:21,21 68:16 69:3
  72:5
**teams (6)** 54:5,14 55:11
  55:17,24 72:13
**tear (2)** 5:12 12:8
**tell (20)** 16:23 18:18
  19:8 22:6,20 23:9
  27:11 28:13,24 39:19
  45:2 48:12 55:9 59:15
  59:18 60:12 69:22,22
  69:23 70:10
**telling (5)** 21:18 45:15
  45:22 47:9 54:18
**ten (3)** 53:17,19 57:1
**terms (8)** 21:14 23:14
  55:6 61:11 62:15 67:4
  68:3 69:15
**testified (2)** 4:3 19:24
**testify (2)** 71:11 73:5
**testimony (2)** 64:8 73:8
**Thank (1)** 63:5
**Thanks (1)** 72:7
**theirs (1)** 54:24
**They'd (1)** 48:12
**thing (9)** 13:5,18 26:10
  27:16 37:24 40:12
  43:25 52:5,9
**things (11)** 9:15 19:15
  22:2 30:12 41:21
  47:23 48:1,4 53:12

Defendants' Appendix 593

58:16 65:23

**thinking (2)** 35:14 36:1
**third (13)** 7:22 9:8 10:7
10:15 13:20 31:24
32:14,19 35:5,13 36:6
47:12 64:5
**thought (15)** 9:14,16,20
10:9,20 11:3 16:7
17:22 22:6 31:13,25
48:25 62:19 64:12,25
**threat (1)** 45:7
**three (1)** 30:9
**threw (1)** 6:9
**throwing (2)** 6:14 15:3
**thrown (7)** 5:23 6:2,7
6:21 12:9 15:9,20
**thumb (2)** 11:21,23
**tie (1)** 44:15
**tied (1)** 43:12
**ties (1)** 25:15
**time (36)** 8:12 11:7
13:17 14:3,10,11 16:3
16:5 18:14 19:19 25:9
31:6 32:18 33:3,6,8
34:24 36:15 37:19
40:18 41:12,24 42:19
43:3,13 44:3 47:5,13
47:17 49:1,3 53:9
56:14 63:23 66:15
73:9
**times (3)** 42:21 45:18
66:12
**time-stamps (1)** 14:16
**tip (1)** 37:13
**title (1)** 73:10
**today (2)** 8:21 28:4
**told (8)** 6:16 16:7 23:11
37:23 56:13 59:6
67:10 71:19
**top (5)** 7:1 20:20 41:10
42:17 47:15
**totally (1)** 61:2
**tracks (1)** 7:7
**traffic (1)** 60:17
**trained (2)** 5:22 48:11
**training (9)** 4:18,24 6:1
6:4 44:6,15,16 45:12
47:7
**trainings (1)** 71:25
**transcription (1)** 73:8
**trap (1)** 21:5
**trauma (1)** 11:21
**trial (2)** 62:16,21
**tried (1)** 66:4
**tripped (1)** 19:25
**truck (4)** 11:17 17:14
18:10 70:3
**true (1)** 73:7
**truth (1)** 73:6

**try (10)** 37:24 38:24,25
39:1,3 42:6 46:2,3,4
46:15
**trying (15)** 12:14,24
17:23 18:22 23:18
24:12,21 34:11 38:2
45:23 46:14 52:19
53:16,19 71:18
**turn (1)** 43:8
**turns (1)** 32:5
**TV (1)** 67:9
**two (5)** 11:5 19:19
20:16,22 29:5
**type (1)** 70:16
**typically (2)** 8:7 72:1
**T-shirt (4)** 47:4 57:18
58:14 69:16

**U**

**Uh-huh (2)** 49:7 58:22
**understand (9)** 4:13,19
5:25 7:3,8 8:13 10:25
16:11 68:5
**understanding (5)** 26:1
30:6 35:1 57:4 61:12
**unfold (1)** 67:10
**unfortunately (1)** 70:7
**uniform (4)** 54:22,24
69:23 70:17
**uniforms (4)** 70:4,12
72:12,16
**unit (4)** 60:17 70:19,24
70:25
**UNITED (1)** 1:1
**units (2)** 61:20 72:13
**unlawful (6)** 30:8 33:11
33:19 36:23 64:15
65:13
**unusual (2)** 22:6 53:10
**unusualness (1)** 67:4
**upper (1)** 62:14
**use (21)** 4:25 5:8,12
7:19 8:25 13:9 19:17
44:23 46:3 47:6 48:3
48:17 56:13,18,23
57:5 58:5,14,19 59:12
65:20
**usually (1)** 5:3
**utilize (1)** 55:11

**V**

**value (1)** 34:1
**van (7)** 11:19 37:19
49:20 50:1 51:16,22
55:10
**vehicle (2)** 68:11,12
**vehicles (1)** 18:12
**verbally (1)** 16:17
**verbiage (1)** 58:25

**versus (1)** 19:16
**videos (6)** 9:9 36:21
57:2 65:20 66:5 72:16
**view (5)** 35:5 36:11,13
49:8,10
**viewing (1)** 65:19
**voluntarily (1)** 20:1
**vs (1)** 1:6

**W**

**wagon (2)** 25:6 39:15
**wait (3)** 42:25 47:13
50:16
**waiting (1)** 49:22
**walk (1)** 25:5
**walked (1)** 43:18
**walking (4)** 41:17 45:4
51:19 52:10
**wall (2)** 25:23 43:6
**Walnut (2)** 9:5 55:12
**want (6)** 30:17 33:2
41:21,22 51:9 62:15
**wanted (2)** 51:21 56:15
**warning (1)** 27:9
**wasn't (17)** 10:3 12:5
13:18 14:6,6 31:5,9
31:12 40:9 47:23 49:1
57:21 58:17 61:15
69:2,3 70:7
**watch (11)** 32:17 36:13
37:16,25 42:24 43:24
44:8 45:3 47:2 71:20
71:23
**watched (11)** 9:5 10:3
10:21 14:4 48:23 49:4
49:10,13 57:2 64:19
68:7
**watching (12)** 9:25
13:22 18:1 32:11
36:17 40:15 41:20,21
44:13 45:1 48:22 67:9
**way (9)** 19:16 24:23
38:8 49:18 57:6 58:15
58:18 66:21 69:7
**wear (4)** 54:22,23
70:16,20
**wearing (16)** 22:8,13
22:17,24 26:10,11,13
27:17 28:17,19 29:20
29:21 69:7 70:3,12,22
**weasled (1)** 69:7
**week (1)** 53:15
**Wellman (2)** 60:23 72:4
**went (13)** 9:12 10:7
17:14 18:24 19:10
21:8 43:1 47:14 49:16
51:16,17 64:13 70:8
**weren't (4)** 12:6 38:15
56:23 69:14

**Wessels (2)** 59:23 60:24
**west (4)** 10:15 13:20
54:6 69:25
**we'll (3)** 33:5 43:24
47:14
**we're (12)** 15:16 16:8
35:13 36:5 40:16 46:9
46:11,13 47:2,3 57:7
67:12
**We've (1)** 56:6
**white (6)** 47:4 50:18
57:10,18 58:13 69:16
**William (1)** 50:22
**wind (1)** 40:11
**window (1)** 11:12
**WINGERT (1)** 1:9
**witness (3)** 4:2 36:6,9
**witnesses (1)** 62:15
**woman (6)** 10:4,5,6
43:1,10,15
**words (1)** 21:15
**work (4)** 6:4 34:10
60:15 67:3
**worked (3)** 60:16 67:14
67:17
**working (4)** 6:13 60:16
67:7,12
**works (1)** 70:25
**wouldn't (7)** 5:16 6:17
21:2 34:6,20 46:10
57:12
**write (3)** 14:19 39:17
58:5
**written (2)** 57:6 58:15
**wrong (3)** 38:16 64:9
68:9
**wrote (4)** 12:20 13:2
14:23 22:3

**X**

**X (2)** 3:1 24:17

**Y**

**yeah (8)** 33:1 40:22
51:24 53:17 55:22
56:23 60:7 69:18
**year (1)** 51:6
**yelled (1)** 50:17
**yelling (4)** 50:9,12,14
51:15
**Yep (1)** 20:15

**Z**

**zip (1)** 25:15
**zip-tied (2)** 8:1 21:20

**1**

**1 (6)** 1:7 4:14 30:20
58:20 69:3,3

**1:10 (1)** 1:19
**1:42:30 (1)** 35:22
**10 (2)** 12:18,21
**100 (3)** 30:22,22 42:11
**11 (2)** 11:9 16:4
**12 (2)** 1:20 17:16
**12th (1)** 73:15
**15 (2)** 17:16 30:22
**17th (1)** 59:1
**18-and-a-half-hour (2)**
37:20 67:14

**2**

**2 (1)** 1:18
**2:40 (2)** 34:10 41:6
**2:45 (1)** 72:21
**20 (1)** 3:8
**2013 (1)** 4:12
**2021 (2)** 1:20 73:15
**21st (1)** 28:20
**24 (1)** 3:9
**2910 (1)** 2:5

**3**

**30 (1)** 67:2
**30/31 (1)** 4:9
**31 (1)** 67:2
**39:24 (1)** 33:5
**39:52 (1)** 36:2

**4**

**4 (1)** 3:4
**4:21-cv-00043-SBJ (1)**
1:6
**40 (1)** 41:4
**40:55 (2)** 33:9 34:23
**400 (1)** 2:11
**42 (1)** 35:21
**42:03 (1)** 40:17
**42:36 (1)** 32:25
**42:40 (1)** 40:21
**42:42 (1)** 36:20
**42:50 (1)** 41:9
**43 (1)** 41:13
**43:05 (1)** 41:19
**43:07 (1)** 43:1
**43:10 (1)** 41:20
**43:11 (1)** 44:2
**43:18 (2)** 42:17 47:3
**43:25 (2)** 34:25 43:20
**43:35 (1)** 47:6
**43:37 (1)** 42:25
**43:52 (1)** 44:4
**45 (1)** 21:7
**48 (1)** 47:14
**48:24 (1)** 47:16
**48:27 (1)** 47:18
**48:28 (1)** 47:13

Defendants' Appendix 594

DEPOSITION OF ADAM HERMAN

| 5 |
|---|
| **5 (3)** 50:22 51:25 58:20 |
| **5:30 (1)** 51:25 |
| **50309-1813 (1)** 2:12 |
| **50312 (1)** 2:6 |
| **53 (1)** 3:10 |

| 6 |
|---|
| **6 (3)** 3:8 20:4 59:9 |
| **63 (1)** 3:5 |
| **68 (1)** 3:4 |

| 7 |
|---|
| **7 (4)** 3:9 24:25 58:20 59:22 |
| **72 (1)** 3:5 |

| 8 |
|---|
| **8 (3)** 3:10 53:3,6 |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DENVER FOOTE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 4:21-cv-00043-SBJ |
| vs. | : | |
| | : | |
| JOHN DOE 1; CLARK ALLEN; | : | DEPOSITION OF |
| ERNESTO ESCOBAR HERNANDEZ; | : | |
| JEFFREY GEORGE; BRANDON | : | BRANDON HOLTAN |
| HOLTAN; ADAM HERMAN; KIRK | : | |
| BAGBY; DANA WINGERT; CITY OF | : | |
| DES MOINES, IOWA, | : | |
| | : | |
| Defendants. | : | |

DEPOSITION OF BRANDON HOLTAN, taken before

SueAnn Jones, Certified Shorthand Reporter and Notary

Public, at Lower Level Conference Room 2, Des Moines

City Hall, Des Moines, Iowa, commencing at 10:40 a.m. on

July 12, 2021.

Reported by:  SueAnn Jones, CSR, RPR

Defendants' Appendix 596

2

1                       A P P E A R A N C E S

2

3    Plaintiff by:       GINA MESSAMER

4                        Attorney at Law

5                        2910 Grand Avenue

6                        Des Moines, Iowa 50312

7

8    Defendants by:      MICHELLE R. MACKEL-WIEDERANDERS

9                        LUKE DeSMET

10                       City of Des Moines Attorneys

11                       400 Robert D. Ray Drive

12                       Des Moines, Iowa 50309-1813

13

14   Also Present:       Adam Herman

15

16

17

18

19

20

21

22

23

24

25

Defendants' Appendix 597

DEPOSITION OF BRANDON HOLTAN

3

1                    I N D E X

2

3    EXAMINATION BY        DIRECT   CROSS    REDIRECT

4    Ms. Messamer            4                  59

5    Ms. Mackel-Wiederanders        52

6

7    EXHIBIT                 PAGE(S) REFERRED TO

8       4                    22

9       5                    52

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Defendants' Appendix 598

4

1                    BRANDON HOLTAN,

2    called as a witness, having been first duly sworn,

3    was examined and testified as follows:

4                    DIRECT EXAMINATION

5    BY MS. MESSAMER:

6       Q.  Hi, Officer Holtan.  I understand you were

7    working this Court Avenue night as a Metro S.T.A.R.

8    member; correct?

9       A.  Yes.

10      Q.  How long have you been on Metro S.T.A.R.?

11      A.  Approximately five years now.

12      Q.  Is that something you have to reapply for every

13   year?

14      A.  No.

15      Q.  Do you always have the same group of officers

16   you're working with on Metro S.T.A.R.?

17      A.  No.  Initially when I was assigned to Metro

18   S.T.A.R., the teams were formed in a different manner,

19   and I was on Team 3, and at this present time I'm on

20   Team 1.

21      Q.  Do you usually work with Officer Herman in Metro

22   S.T.A.R.?

23      A.  Yes.

24      Q.  How long have you been on his team?

25      A.  I think the Team 1 was created towards the

Defendants' Appendix 599

DEPOSITION OF BRANDON HOLTAN

5

1   beginning of 2020.

2      Q.  And I take it in Metro S.T.A.R. you get some

3   additional training beyond what you do with Des Moines

4   police?

5      A.  Yes.  So we have monthly training that

6   alternates, so we have two days of training six times a

7   year and then -- so every other month we get two days,

8   and the months in between we get one day.

9      Q.  In your training with Metro S.T.A.R., are you

10  trained on these crowd-control devices like the tear gas

11  and the stinger balls?

12     A.  We have been provided general -- generalization

13  training.  We have specific officers that are sent to

14  specialized schools for that, and they give us a more

15  concise version of training.

16     Q.  Are you then authorized to use those devices?

17     A.  Yes.

18     Q.  So you are authorized to use tear gas and stinger

19  balls?

20     A.  So in the present policy, it is at the direction

21  of our command that we're given authorization for that,

22  yes.

23     Q.  At the time this happened on May 30 into the

24  early morning of May 31 of last year, were you

25  authorized to use those devices that night?

Defendants' Appendix 600

DEPOSITION OF BRANDON HOLTAN

6

1    A.  To my understanding, yes.

2    Q.  Had you actually been issued anything beyond tear

3  gas that night?

4    A.  To my recollection, I did not deploy any of those

5  things.

6    Q.  Okay.  Who --

7         MS. MACKEL-WIEDERANDERS:  Make sure you

8  speak up.

9         THE WITNESS:  Okay.

10    Q.  Who on your team was authorized to use tear gas

11  or stinger balls?

12    A.  I know our -- I guess less lethal munitions guy

13  is Brad Hook.

14    Q.  What else is a less lethal munition?

15    A.  There are smoke and OC, and within those

16  different types there's different delivery methods, so

17  the canister would be either an instantaneous delivery

18  or a slow dispersal over a period of time, whether it be

19  10 seconds or 30 seconds.

20         I'm not familiar with what the fuse is.  Our

21  impact rounds.

22    Q.  What is an impact round?

23    A.  It's a rubberized projectile.

24    Q.  A single one?

25    A.  I believe it's one single unit, yes.

Defendants' Appendix 601

DEPOSITION OF BRANDON HOLTAN

7

1    Q.  How big is it?

2    A.  Approximately 2 inches in diameter in a circle.

3    Q.  Is that what people would refer to as a rubber

4 bullet?

5    A.  No.  It's just an impact round is what I know it

6 as.

7    Q.  What's the use of those?  Is it similar as to

8 how --

9    A.  It's --

10    Q.  -- a rubber ball works?

11    A.  Those are in -- put in place, for instance, when

12 someone is attempting to pick up our delivered OC and

13 throw it back at us.

14           They would be -- that individual officer

15 would deliver an impact round to that person to say

16 "Don't do that.  Stop that" to prevent them from picking

17 it up and throwing it back at us.

18    Q.  How are those deployed?  Is this, like, a

19 gun-type thing?

20    A.  There's a delivery system.  I think it's a

21 specialized unit that delivers those.

22    Q.  What's it look like?

23    A.  It looks like a regular -- similar to a rifle.

24 It's longer.  I think it holds -- I don't know how many

25 it holds.  Four to six.

Defendants' Appendix 602

DEPOSITION OF BRANDON HOLTAN

8

1    Q.  How is that different from rubber bullets?

2    A.  I'm not familiar with them to discern what the

3    difference is.

4    Q.  How are the stinger balls deployed?  Is there a

5    different tool that throws those?

6    A.  From my recollection, stinger balls are comprised

7    in a -- like a small circular device with a fuse that is

8    hand-thrown to my -- to my knowledge.

9    Q.  And you have been in the room, so you have

10   watched the last two witnesses when I have shown that

11   video of what I am calling an explosive being thrown?

12   A.  Yes.

13   Q.  Are you able to tell what type of munition that

14   is?

15   A.  I have no idea.

16   Q.  Would that look the same as a -- is that what a

17   tear gas canister looks like when it's thrown?

18   A.  I'm not an expert.  They all look very similar.

19   They all have a fuse of some sort, and they all deliver

20   whatever chemical agent or whatever they have in a

21   specific way.

22        So whether it's with some kind of

23   combustible thing, I don't know what the delivery method

24   is.

25   Q.  In your training do you guys actually throw these

Defendants' Appendix 603

1    and see them explode and how they work, or you just are

2    watching a PowerPoint-type thing?

3       A.  So we have -- we have training with our

4    distraction devices for entries, which are primarily the

5    purpose for search warrants and things of that nature.

6            And the method for those is very different

7    because you're trying to throw 2 feet away from you.

8    But this is very much just like a -- so in my military

9    experience I have training on throwing live fragments,

10   and many of us on the team all have military experience,

11   so it's -- it's very clear you pull the pin.  You throw

12   it.  It's not very difficult.

13      Q.  I guess I am asking because you have actually

14   seen these things deployed so that when you see this on

15   the TV, you're able to discern "Oh, that's what tear gas

16   looks like" when it's deployed versus "That's what a

17   stinger ball looks like" when it's deployed?

18      A.  I don't have the knowledge to discern that, no.

19      Q.  Okay.  And you said everybody on Metro S.T.A.R.

20   has military experience?

21      A.  No.  Many of us do.

22      Q.  It's not a requirement, though?

23      A.  It is not.

24      Q.  What did you review to prepare for today?

25      A.  I reviewed my supplemental report, my body camera

Defendants' Appendix 604

10

1    footage from the events that occurred downtown in that

2    area.

3        Q.   What periods did your body camera capture?

4        A.   It is not going to capture the incident, the

5    event.  It captures a couple hours prior to that.  And I

6    have video of a day or two before as well.

7        Q.   Do you have anything from later in the night on

8    this Court Avenue night?

9        A.   I do.  It's very brief, couple minutes, I

10   believe.  I have reviewed that also.

11       Q.   Do you remember about what time that would be?

12       A.   Timing is -- I do not know.  It took place after

13   Denver's arrest.

14       Q.   What does that capture?

15       A.   It captures me searching the vehicle.

16       Q.   Would that have been Sierra Dunn's vehicle?

17       A.   Yes.

18       Q.   So your body camera had not died then --

19       A.   No.  It was --

20       Q.   -- at the point you interacted Denver Foote?

21       A.   Correct.  Well, it had been shut down.

22       Q.   What do you mean by that?

23       A.   So the events -- we believed that the events of

24   that night were over, and we had been released for that

25   night, and so I had shut down the camera.

11

1          And in all the commotion, I had not turned

2    it back on until my interaction with Sierra.

3    Q.  What's it take to turn it back on?

4    A.  It's just a power button.

5    Q.  And so then you didn't turn it back on until

6    right when you interacted with Sierra Dunn?

7    A.  Correct.

8    Q.  How many reports did you end up authoring related

9    to this night?

10   A.  I don't remember the specific number.  I think

11   it's three or four.

12   Q.  What would they have to do with?  Obviously this

13   case.  Did you do one for Sierra Dunn?

14   A.  Yes.

15   Q.  And then what would the other two be?

16   A.  I believe I did one for -- I don't remember his

17   name.  I had taken -- I believe I had taken drugs on

18   property at the station.

19   Q.  Would that be the Jaquan Patton?

20   A.  Yes.

21   Q.  Okay.

22   A.  And I believe I put a firearm that belonged to

23   the other male involved with Sierra Dunn on property.

24   And I believe that generated a supplemental report as

25   well.

12

1    Q.  What were the instructions given to you about

2  writing up reports from this night?

3    A.  I didn't have any instruction to write a report

4  on that night.  We were provided -- we were instructed

5  to provide the individuals with -- who were doing the

6  bookers with our name and I believe the location of

7  their arrest.

8    Q.  And so then when you took Denver Foote down, who

9  did you turn her over to?

10        MS. MACKEL-WIEDERANDERS:  I'm going to

11  object to the form of the question.  I don't believe he

12  testified that he took her down.

13    Q.  When you took her over to, like, the paddy wagon

14  area.  Do you know what I'm talking about?

15    A.  Yes.

16    Q.  Okay.  When you turned her over to whoever it was

17  who had her next, who was that person that you gave her

18  to?

19    A.  I don't remember.

20    Q.  Is it your testimony that you gave that person,

21  though --

22    A.  To the wagon, yes.

23    Q.  I mean you gave whatever wagon --

24    A.  We transferred custody to the wagon.

25    Q.  And said "I arrested Denver Foote.  Here's the

DEPOSITION OF BRANDON HOLTAN

13

1    location"?

2    A.  That's my -- I don't remember specifically having

3    that conversation with them, but that's my general

4    understanding of our instructions.

5    Q.  Did you sit down and write all these supplemental

6    reports at the same time?

7    A.  I don't believe so, no.  I believe -- well,

8    whatever date is on the report is the date that I

9    authored the report.

10    Q.  So the report I have is marked June 10.

11    A.  Okay.

12    Q.  And that's --

13    A.  And that's for Denver's arrest?

14    Q.  Yes.

15    A.  Okay.

16    Q.  One thing about this I am curious about is on

17    this report there's a Bate Stamp on the side.  Do you

18    know where that comes from?

19    A.  I don't know.  Possibly the records sergeant.

20    Q.  So did anybody request that you do follow-up

21    reports from that night?  Was there kind of instruction

22    to your whole team of "Hey, we've got to go back and do

23    more paperwork from this night, so if you arrested

24    anybody, please do a report"?  Or how did it come to

25    pass that you ended up doing this report?

Defendants' Appendix 608

14

1    A.  Doing this report?

2    Q.  Yes.

3    A.  I believe it coincided with our instructions to

4    complete the use of force reports.

5    Q.  What was that instruction?

6    A.  That if we made an arrest that involved force

7    that we were to complete a use of force report.

8    Q.  Who gave you that order?

9    A.  I don't remember.

10   Q.  Who was in your chain of command on this day last

11   summer?

12   A.  So my chain of command with the entry team would

13   be Brian Armstrong and then Sergeant Wellman, Schafnitz.

14   I believe it's S-c-h.  That's the beginning of it.

15   Schafnitz.

16   Q.  It's S-c-h-a-f-n-i-t-z.

17        Was it one of those people who gave you

18   directions to do a use of force report, or is it

19   somebody within your chain of command at DMPD?

20   A.  I don't remember.

21   Q.  Who was in your chain of command for DMPD back

22   then, last summer?

23   A.  So that would be -- my sergeant was Sergeant

24   Tremble and Lieutenant Peak, McTaggart, I believe, and

25   from there McTaggart goes to Assistant Chief Tunks.

Defendants' Appendix 609

15

1    Q.  Is there any use of force review process within

2    Metro S.T.A.R.?

3    A.  So typically whenever use -- or force is used

4    within our unit, a report is done by our -- either our

5    team leader or the individuals, I guess, giving us

6    direction.

7    Q.  So are you telling me though yes, Metro S.T.A.R.

8    does do a use of force reporting process that's separate

9    from DMPD?

10   A.  To my knowledge this was the first use of force

11   report that I have completed while in the unit.

12   Q.  And as I understand from looking at your use of

13   for a report, it was routed through DMPD.  It was not

14   routed through your Metro S.T.A.R. command; is that

15   correct?

16   A.  Correct.  Initially it was routed through Metro

17   S.T.A.R. command, and then I believe it was -- the

18   administrative routing was changed at some point.

19   Q.  So did anybody with Metro S.T.A.R. substantively

20   deal with the report, or they just got it and were like

21   "Hey, no.  Never mind.  You need to send this to DMPD

22   instead"?

23   A.  Correct.  I was directed to send it to Sergeant

24   Tremble instead.

25   Q.  And who told you you needed to do a use of force

Defendants' Appendix 610

1   report?

2      A.  I don't remember.

3      Q.  Did you review anything before you did your use

4   of force report?

5      A.  To my knowledge I don't think there was anything

6   to review.

7      Q.  Have you had any responsibilities with these

8   cases, the arrests that were made down around Court

9   Avenue?  Have you had any other investigative

10   responsibility since that date?

11     A.  No.

12     Q.  You didn't have to review any body camera or

13   security camera footage?

14     A.  No.

15     Q.  Have you been asked to try to help identify

16   arresting officers for other people?

17     A.  Yes.  So one of the subsequent supplemental

18   reports, I believe it was for the -- I'm forgetting his

19   name again.

20     Q.  Either Jaquan Patton --

21     A.  Yeah, pretty sure it's the Jaquan Patton case

22   where clarification needed to be put in place, so I

23   submitted that report.

24     Q.  Have you been brought in to try to identify any

25   of these officers I've been asking about like the ones

Defendants' Appendix 611

DEPOSITION OF BRANDON HOLTAN

17

1    who did the kicking or that pepper-spraying?

2        A.  Yes, I have.

3        Q.  Who did that interview?

4        A.  That was the Office of Professional Standards.  I

5    believe it was Sergeant Robinson.

6        Q.  Were you on the summer enforcement team too?

7        A.  I have been on the summer enforcement team on

8    four separate occasions.

9        Q.  Was Robinson your supervisor when you were on

10   that?

11       A.  Yes, one of the summers, yes.

12       Q.  And he was the one doing the interviews about the

13   pepper-spraying and the kicking?

14       A.  Yes.

15       Q.  Do you have any idea who those officers are?

16       A.  I do not.

17       Q.  Are they Metro S.T.A.R. officers?

18       A.  I do not know.

19       Q.  What other officers would they be if they're not

20   Metro S.T.A.R.?  Do other officers have those same

21   uniforms?

22       A.  As far as the specific uniforms go, I was having

23   trouble figuring out -- so in that throughout the night,

24   I was having trouble figuring out where my team was, who

25   I was supposed to be with because it's not easy to

Defendants' Appendix 612

DEPOSITION OF BRANDON HOLTAN

18

1    identify us.

2         So -- and I was literally standing right

3    behind them.  I couldn't figure out where I was supposed

4    to be.

5    Q.  Do other people besides Metro S.T.A.R., though,

6    have those same uniforms?

7    A.  I don't know the specific units that were on

8    scene that night.  But again, this was one of the first

9    instances that I've ever interacted with other agencies

10   on tactical operations.

11   Q.  But as far as you know, you're not aware of

12   another agency that uses those same uniforms as Metro

13   S.T.A.R.?

14   A.  To my knowledge, no.

15   Q.  The report that you did, did you type this up

16   yourself?

17   A.  Yes.

18   Q.  Did you copy and paste any of this language from

19   anywhere else?

20   A.  No.

21   Q.  Did you talk to Officer Herman before you wrote

22   this report?

23   A.  Yes.

24   Q.  Had he already written his report?

25   A.  I do not -- I do not know.

Defendants' Appendix 613

19

1     Q.  Did you reference his report in writing yours?

2     A.  I don't recall, no.

3     Q.  And your report indicates that -- I think it was

4   this night you're talking about -- it says "Several

5   officers have been assaulted during this event,

6   including myself"?

7     A.  Yes.

8     Q.  What was the assault that you suffered?

9     A.  I was struck in the back or the back of the head,

10  knocked to the ground while on the bridge on Court

11  Avenue.

12    Q.  Do you know what you were hit with?

13    A.  No idea.

14    Q.  Did that knock your helmet off?

15    A.  Yes, I believe it did.

16    Q.  Did you have a concussion?

17    A.  I don't believe I did.

18    Q.  Did you participate when there were a bunch of

19  officers on the bridge that were lined up in a line and

20  there was a big rush forward and they grabbed a couple

21  people and arrested them?

22    A.  I don't specifically remember which instance

23  you're talking about.  So typically when we are on the

24  skirmish line and we have shields, our job is not to

25  arrest anyone.

Defendants' Appendix 614

DEPOSITION OF BRANDON HOLTAN

20

1          There is a team called the arrest team that

2    is given orders to specifically identify one or two

3    people to arrest and take into custody.

4    Q.  So it's kind of your skirmish line, and you would

5    do a big rush forward, and then there would be some

6    people kind of behind you who are --

7    A.  Correct.

8    Q.  -- in charge of arresting?

9    A.  Correct.

10   Q.  All right.  So kind of moving to this part of the

11   night that led up to Denver Foote's arrest, your report

12   says you drove the cube van to the 200 block of Walnut

13   Street with several officers inside.

14          Which officers were with you?

15   A.  I don't know if it was my entire team, but I

16   believe it was most of my team of Team 1 and anybody

17   else that could fit in the van.

18   Q.  And then you parked by the civic center and went

19   down Third then towards Court Avenue?

20   A.  I don't recall specifically what approach we

21   took, but I believe it possibly was across the Walnut

22   Street bridge because it's Walnut Street that this is

23   right in front of so --

24   Q.  Well --

25   A.  What address are you referencing?

Defendants' Appendix 615

DEPOSITION OF BRANDON HOLTAN

21

1    Q.  Your report says "I drove the cube van to the 200

2    block of Walnut Street"?

3    A.  Yep.

4    Q.  "I secured the vehicle near the civic center and

5    approached Court on" --

6    A.  Yes.  So the -- been the civic center and

7    downtown.

8    Q.  So I take it the video that we were watching that

9    points towards Outlaws, like you came down that street,

10   and my question is, was it like you parked in your van

11   and then you ran into Denver Foote on that walk, or did

12   you go anywhere else in Court Avenue before, or was it

13   really on your first walk down --

14   A.  So my recollection was my first encounter was

15   Denver.

16   Q.  What do you remember about seeing her at first?

17   Where was it?  What was she doing?

18   A.  So initially I believe she had been running from

19   Court Avenue because when I observed her go into that

20   cubby hole or whatever, she was moving from left to

21   right, so she was moving from south to north.  Okay?

22   Q.  Are you kind of telling me, like, you saw her

23   just before she went into that cubby hole?

24   A.  Yes.

25   Q.  You didn't see her further down Court Avenue?

Defendants' Appendix 616

DEPOSITION OF BRANDON HOLTAN

22

1    A.  Correct.

2            (Exhibit No. 4 was marked for

3    identification.)

4    Q.  Okay.  So handing you Exhibit 4 there, maybe just

5    mark on there where you saw her first.  Make sure we're

6    on the same page.  Are you okay with that?

7    A.  It's not marking quite well but --

8    Q.  There's a more visible.  We can try that one.

9    A.  Not crazy visible.

10   Q.  Okay.  And that's kind of where that cubby is

11   there, right there?

12   A.  Yes.

13           MS. MACKEL-WIEDERANDERS:  Can I take a look

14   at that, Gina?

15           MS. MESSAMER:  Yes.

16   Q.  You were behind Officer Herman?

17   A.  I was the initial officer.

18   Q.  You were the initial officer.  Okay.  So how far

19   were you from her when you first saw her?  Maybe just

20   mark that on there too.

21   A.  I believe I was on the sidewalk or near the curb.

22   I marked it with an X if you can see the X.

23   Q.  Okay.  Pen is not working, is it?

24           MS. MACKEL-WIEDERANDERS:  I thought I had a

25   Sharpie.

Defendants' Appendix 617

DEPOSITION OF BRANDON HOLTAN

23

1          MS. MESSAMER:  That's what I was looking

2     for.

3          Q.  This one might work okay.

4          A.  This is an approximation.  I have no idea where

5     that is precisely.

6          Q.  So you were pretty much directly even with her?

7          A.  Yes.

8          Q.  When did you first say something to her?

9          A.  When I saw her run in the cubby and attempt to

10    hide.  That's when I gave the command to get on the

11    ground.

12         Q.  Where was she in the cubby?

13         A.  Tucked back in the cubby.  There's not very much

14    space.  It's a very small space.

15         Q.  And she was in the corner?

16         A.  Correct.

17         Q.  So you told her to get down.  Then what happened?

18         A.  Then I delivered a burst of pepper spray.

19         Q.  Was she turned towards you?

20         A.  I believe at the time I delivered the pepper

21    spray, yes, but I believe she could have possibly turned

22    away from me.

23         Q.  And she was wearing a mask and industrial-grade

24    safety goggles?

25         A.  Yes.  I believe the mask was just a bandanna

Defendants' Appendix 618

1    but --

2       Q.   And the goggles were over her eyes?

3       A.   To my recollection, yes.

4       Q.   What did she do after you sprayed her?

5       A.   She was not getting on the ground and remained

6    where she was.

7       Q.   Did you say anything else to her?

8       A.   Not that I remember, no.  So I attempted to push

9    her up against the wall, and then she attempted to run

10   away from me and pushed past my shield, and that's when

11   Officer Herman came to assist me.

12      Q.   Can you kind of tell me where you pushed her with

13   your shield?  Was this, like, you kind of boxed her into

14   a corner?

15      A.   I attempted to box her up against the wall, yes.

16      Q.   Where did she go when you're saying she pushed

17   past you?

18      A.   There's only one place to go.  She just ran

19   straight out to the sidewalk, which is where she was met

20   by Officer Herman and taken into custody.

21      Q.   All right.  So she wasn't arrested actually in

22   the cubby?

23      A.   No.

24      Q.   What is the closest weapon, closest target area?

25      A.   Use what you have essentially.

25

1    Q.  Do you remember if she pushed past you to the

2    right or left?

3    A.  To my -- to my right, to her left.  Otherwise she

4    would have had to completely encircle me and go behind

5    me.

6    Q.  So then Officer Herman came up and helped you

7    out.  What did he do?

8    A.  As far as I know, he was able to get her on the

9    ground, and I was -- I believe I laid my shield on her

10   back to keep her on the ground, and then at some point I

11   believe I took my shield off.  It's very cumbersome.

12   Zip ties.  They were flex cuffs.

13   Q.  You're still speaking really quietly.

14   A.  I'm sorry.  That's just my natural demeanor

15   but --

16   Q.  Okay.  So when she ran out and then encountered

17   Officer Herman, were you kind of, like, a couple seconds

18   behind all this, and was he dealing with her by himself

19   for a time, or were you pretty much right there on her?

20   A.  I think I was just pretty much right there.

21   Q.  Were you given any instructions on what you were

22   supposed to be doing when you came back down to Court

23   Avenue in your boxcar with everybody?

24   A.  Not specific instruction.  There was really no

25   time to provide instructions.  Lieutenant Schafnitz was

Defendants' Appendix 620

DEPOSITION OF BRANDON HOUTAN

26

1    I guess, the ranking member, I believe, in that cube

2    van, and he was present with us on Third as we walked

3    south.

4              Our initial intention, I believe, was to

5    secure the parking garage because people had been

6    throwing bricks and glass bottles at us from above.

7              And that's why we crossed the street and

8    were walking on the far west side of the street because

9    of the objects being thrown at us.

10   Q.  Had you been given any training prior to this

11   night on what the crime of unlawful assembly was?

12   A.  Not to my knowledge, no.

13   Q.  How about the crime of failure to disperse?

14   A.  Not to my knowledge, no.

15   Q.  Did you personally observe any dispersal orders

16   in the Court Avenue area before you made this arrest?

17   A.  In reviewing my body camera, I believe it's clear

18   that several dispersal orders are being given in the

19   hours preceding this.

20             And I believe at this point it was more of a

21   taking action sort of presence instead of telling them

22   to disperse at this point.

23   Q.  Why was that your impression or why are you

24   saying that?

25   A.  Individuals, you can tell them to disperse and

Defendants' Appendix 621

27

1    they form back up, and they form back up, and they form

2    back up, and they form back up, and this had caused

3    severe -- I guess chaos, and this was the decision made

4    to stop the chaos.

5        Q.  Who made that decision?

6        A.  I don't know but it was --

7        Q.  Was this something --

8        A.  I guess it was my impression from Lieutenant

9    Schafnitz that that's what we're going to do.  You're

10   going to arrest those that were downtown in the

11   immediate area.

12       Q.  What was your understanding of the vicinity that

13   was going to be kind of closed down, and if you were in

14   that area, you were going to be arrested?

15       A.  So in my training and experience within normal

16   police work, we take into account time and distance, so

17   any reasonable amount of time and distance that someone

18   could be within that location given our response time.

19            So if we get a call saying this person just

20   broke into some building, and a minute later we get on

21   scene and it's reasonable to believe that within a

22   minute somebody could walk two blocks, then that's the

23   area.

24       Q.  And so with Denver Foote in particular then as an

25   example, when you went up to her, what were you planning

Defendants' Appendix 622

28

1    to arrest her for?

2        A.  This would be the failure to disperse and -- and

3    the vandalism that was occurring at Hy-Vee.

4        Q.  Did you have a reason to believe that she was

5    responsible for the vandalism at Hy-Vee?

6        A.  So when I say vandalism, I mean -- I believe the

7    proper terminology would be rioting because that is

8    the -- the overarching when a group of people are

9    gathered together destroying property, it's not just one

10   person that threw the brick.  It's everybody watching

11   him, yelling at him to throw the brick so --

12       Q.  So my question is, did you have reason to believe

13   that Denver Foote had vandalized Hy-Vee?

14       A.  My probable cause that she was involved in that

15   incident was I believed her to be running from that

16   area.

17       Q.  Is that a yes or no about the vandalism?

18           MS. MESSAMER:  Could you read that question

19   back?

20           (Record read.)

21       A.  Yes.

22       Q.  And so you were arresting her for vandalizing

23   Hy-Vee was your plan?

24       A.  That was one of the events I believed her to be

25   involved with, yes.

29

1    Q.   And go ahead and tell me all the other ones too

2  that you thought she was involved with or was guilty of.

3  What was your other probable cause for other charges?

4    A.   We know that -- I did not determine what she was

5  charged with, but she was not complying with a lawful

6  order given by a law-enforcement officer.  She

7  interfered with official acts once she ran past me and

8  refused to be taken into custody.

9         But yes, failure to disperse for being

10  downtown after giving multiple dispersal orders

11  throughout the night.

12    Q.   Did you have reason to believe that she had heard

13  a dispersal order?

14    A.   Given the circumstances of that area downtown, no

15  reasonable person would not have heard the dispersal

16  orders, and in my opinion, only those that were involved

17  in the disorderly behavior that was occurring were

18  staying in the area because they wanted to be a part of

19  it.

20         Any reasonable person would have fled hours

21  before this took place.

22    Q.   Did you have any reason to believe that Denver

23  Foote had been there earlier in the night when there had

24  been dispersal orders given?

25    A.   No.

Defendants' Appendix 624

30

1    Q.  Was any dispersal order given -- I mean when was

2    the last one given prior to the arrest of Denver Foote?

3    A.  I do not know.

4    Q.  So when you say you arrested her for failure to

5    disperse, you're basing that on orders that were given

6    hours earlier kind of over by the bridge; is that

7    correct?

8    A.  Along Court Avenue.  I mean I believe they were

9    given at the bridge, and I believe they were given

10   closer to Second as well.

11   Q.  And when you went up to arrest Denver Foote that

12   night, though, you had zero idea if she'd been there

13   when a dispersal order had been given?

14   A.  I had not witnessed her there, no.

15   Q.  And you had no information from another

16   law-enforcement officer that she had been there earlier

17   in the night?

18   A.  No.

19   Q.  You didn't know if she had just gotten out of a

20   bar at bar close?

21   A.  Well, typically bars are shut down at 1:45, and

22   everybody is kicked out, and this was far after bar

23   closing.

24   Q.  But you don't know if she would have been at a

25   bar earlier in the night when those dispersal orders

Defendants' Appendix 625

DEPOSITION OF BRANDON HOLTAN

31

1    were given?

2        A.  I do not know what her location was earlier, no.

3        Q.  How many times did you push her with your shield?

4        A.  I believe I pushed her up against the shield --

5    with the -- up against the -- I guess the wall of that

6    little cubby once, and then she pushed past me.

7              And then that's when I, I guess,

8    essentially -- I don't know if it was -- I used my

9    shield to hold her down on the ground as she was being

10   taken into custody.

11       Q.  Was she flat on the ground then?

12       A.  I don't recall what her body position was.

13       Q.  Were you holding the shield on her legs or on her

14   back?

15       A.  The shield is quite large.  It probably would

16   have covered almost her entire body.

17       Q.  When you pepper-sprayed her, where did you hit

18   her?

19       A.  I believe it was to the face.

20       Q.  And when you came back out and Officer Herman was

21   helping you, can you kind of describe your relative

22   position to Officer Herman and Ms. Foote?  Like, was he

23   facing her front?  You were facing her back?  Just kind

24   of tell me where you guys were.

25       A.  Well, I think her head was towards the curb, and

Defendants' Appendix 626

1    her feet were -- or pointed west.  I believe she was

2    more east -- her body was more east/west than

3    north/south if I can describe it that way.

4            I believe Officer Herman was on my right

5    side, so closer to the curb.

6    Q.  Did you see Officer Herman hit Denver with his

7    PR-24?

8    A.  No.

9    Q.  How is it possible that you missed that?

10   A.  I don't know.

11   Q.  Would it have been when you were still in the

12   cubby?

13   A.  No.  When an officer is taking someone into

14   custody, I'm so close to somebody, my -- if my head is

15   turned or if my head is so close to somebody that

16   it's -- my field of view is not great.

17   Q.  Can you describe to me where you both were once

18   you both had her on the ground?  Can you describe to me

19   where you were in relation when she was standing up

20   before you had taken her to the ground?

21   A.  Well, I don't specifically know where he was, but

22   I know, as I described there, I was near the curb when I

23   initially observed her, and then I approached her, and

24   then I was in the cubby.  She ran past me and then made

25   it to the sidewalk.

DEPOSITION OF BRANDON HOFFMAN

33

1    Q.  When she was on the sidewalk, where were you in

2    relation to her?  Was she facing you?

3    A.  I believe -- well, I was closer to her feet, and

4    Officer Herman was closer to her head.

5    Q.  I feel like we're skipping something here.  We're

6    missing each other.  I'm talking about when she's still

7    standing up on the curb.

8    A.  She was never -- as far as I know, she was

9    never -- it was more of a -- like she's running -- she

10   may have tripped.  I don't know.

11          But she was taken to the ground, like,

12   fairly close.  Like, it was not a foot chase.  She was

13   essentially taken to the ground quite close to where we

14   were to the cubby.

15   Q.  All right.  And was it like she ran past you and

16   you turned around and Officer Herman already had her on

17   the ground?

18   A.  I don't remember.

19   Q.  When did you find out that Officer Herman had hit

20   her with his PR-24?

21   A.  I don't recall specifically when.  It was likely

22   when we were compiling this report, the use of force

23   report.

24   Q.  Do you hang out with Officer Herman outside of

25   work?

Defendants' Appendix 628

DEPOSITION OF BRANDON HOLTAN

34

1    A.  No.

2    Q.  Do you hang out with other Metro S.T.A.R. guys

3   outside of work?

4    A.  So Brian Joseph and Jeffrey George are in my

5   academy class, and our families attend, like, kids'

6   birthday parties and things like that, but outside of

7   those two people, no.

8    Q.  Did you deal with Denver Foote's glasses at all

9   after this arrest?

10   A.  Not that I recall, no.

11   Q.  Did you take anything off of her and put it in

12  her backpack?

13   A.  I don't remember.

14   Q.  Do you remember stepping on her glasses?

15   A.  No.

16   Q.  What other conversation did you have with her

17  besides that initial order to get on the ground?

18   A.  I don't remember speaking to her -- speaking to

19  her about anything else.

20   Q.  Whether that's commands or even talking to her

21  after you had arrested her, you don't remember anything?

22   A.  No, I don't remember.

23   Q.  Have you read Officer Herman's report now?

24   A.  Which report?

25   Q.  His supplemental report from that night about

Defendants' Appendix 629

35

1    this arrest.  Have you read that?

2       A.  I don't know.  I possibly could have reviewed it

3    last year, but I have not reviewed it since.

4       Q.  All right.  So after you then took her to the

5    paddy wagon, which I kind of understand it was parked in

6    front of that Blue Sushi restaurant; is that right?

7       A.  I don't know what you're talking about.  I

8    believe it was in -- near Spaghetti Works, that area.

9       Q.  Okay.  So you drop her off there.  Then what do

10   you do?

11      A.  So then we continued on foot in that area.

12      Q.  What was your --

13      A.  Looking for problems.

14      Q.  When did you go back to the car?

15      A.  I believe we -- I don't know specific time.

16   You're talking about the cube van that was parked in

17   front of the federal building?

18      Q.  Yes.  Could you just kind of tell me about where

19   you went next, what you did?  Just kind of tell me an

20   overview of what happened after that.

21      A.  So we walked around -- well, looking -- looking

22   for the problems, and I don't specifically remember what

23   roads we took or alleys we took, but we made it north to

24   Locust, and then I believe we returned to the van, and

25   then we made those arrests on Locust after we had been

Defendants' Appendix 630

36

1    in the van.

2        Q.  Were you driving the van then?

3        A.  I believe I was, yes.

4        Q.  And we've already talked about this.  We've

5    already done the criminal case for the Jaquan Patton

6    group.  Where did you first catch sight of that group?

7        A.  I mean we were driving past them.

8        Q.  Were they on foot?

9        A.  I believe so, yes.

10       Q.  Do you know where you were coming from, what

11   roads?

12       A.  I believe we were driving from west to east on

13   Locust because that's the only way you can drive on that

14   one-way street.

15       Q.  Well, they parked their car right in front of

16   Splash.  Did you see them park?

17       A.  I don't remember.  I don't remember if they

18   parked or if they had been there.

19       Q.  Okay.  Does the cube van have video the way a

20   patrol car does?

21       A.  I don't believe so.  Sorry if I'm being quiet.

22       Q.  All right.  So in any event, you parked the cube

23   van then.  Do you know who you were with at that time?

24       A.  I do not have a roster of who I was with.

25       Q.  Who do you remember that you were with?

 1      A.  All of those officers that I named in that report

 2  would have been there.  I don't specifically remember

 3  any.

 4            Obviously you're aware of the Officer -- is

 5  it Palmer?  Sierra Dunn's arrest.

 6      Q.  Moffatt was the other one.

 7      A.  Moffatt.  Moffatt.  Sorry.  So Moffatt was there.

 8            MS. MACKEL-WIEDERANDERS:  Before you go any

 9  further, I'm just going to make a relevance objection.

10  I understand, and I'm going to direct you to answer, but

11  this has nothing to do with Denver Foote, and as I

12  understand it, that case has already been litigated.

13            You've got another civil case in that and

14  the Dunn matter in which these questions can be asked.

15  But go ahead and answer.

16      A.  So if you want me to continue.

17      Q.  That's okay.

18      A.  I'm not clear.  I don't have a memory of that.

19      Q.  So Officer Moffatt being there too, and he's

20  S.T.A.R. Team 4, were you interacting -- were you kind

21  of mixed in with that team a bunch that night?

22      A.  So I don't mean to confuse anyone here, but our

23  Team 4 split into two, and it's Team 4-1 and 4-2, and I

24  believe he's on 4-1, which is like an auxiliary unit to

25  Team 1.

38

1    Q.  And your team is split into Team 1 and Team 2

2  then as well?

3    A.  No.  So we are Team 1 as a unit.  There is an

4  entirely different team that's Team 2.  And then you

5  have 4-1 and 4-2 which, like, on the larger -- if

6  there's a house that's bigger and they need more bodies,

7  they'll call in the auxiliary unit to be -- to assist

8  with that.

9    Q.  So who else is with Moffatt then on his half of

10  that team?

11    A.  I don't remember who.  It's usually the younger

12  officers who I -- sometimes I don't even know their

13  names because they're so new.

14    Q.  Did any other officers see you spray -- or not --

15  yes, see you in this arrest of Denver Foote?

16        MS. MACKEL-WIEDERANDERS:  I'm going to

17  object.  It calls for speculation.  Go ahead and answer.

18    A.  Not that I know of.

19    Q.  If we went to trial on this, you're not going to

20  call on some other officer who said "I witnessed this"?

21    A.  No.

22    Q.  Nobody you're aware of at least?

23    A.  Nobody I'm aware of.

24    Q.  Is there anybody else with Denver Foote?

25    A.  When I observed her, no, I don't believe so.

Defendants' Appendix 633

39

1    There was several people running in the area, but my

2    brief observation of her and my actions after took place

3    just with her and her alone.

4        Q.  Was there an OPS case related to this?

5        A.  I'm not aware of one.  I don't believe so.

6        Q.  How and when did you figure out Denver Foote's

7    identity, her name?

8        A.  I believe she -- well, I don't know.  I believe

9    she probably told it to us prior to us transferring her

10   to the wagon because that would be the only way for us

11   to identify her but --

12       Q.  I'm curious, like, when you wrote this report,

13   how did you know it was Denver Foote?

14       A.  Again, typically when I interact with someone,

15   the bare minimum is what's your name?  So I would at

16   least know that.

17       Q.  So you think you just remembered it?

18       A.  Correct.

19       Q.  You didn't do any, like, research in terms of

20   looking at booking photos or something?

21       A.  Well, so -- yes, I believe I remembered it, but

22   yes, as I described earlier, there was confusion on who

23   arrested who, and I had submitted that supplemental

24   report for the officers that were trying to figure that

25   out so --

Defendants' Appendix 634

1    Q.  And your report says that on June 9 you tried to

2    find your body camera from this incident but were unable

3    to recover it?

4    A.  Correct.

5    Q.  What's the process for recovering body camera

6    footage?

7    A.  So it's a simple request to our digital evidence

8    unit.  Because our body cameras have a hard drive that

9    is constantly rewriting itself, so if you are fortunate

10   enough to catch that window and catch it on the hard

11   drive, then you can recover -- record after the fact.

12            Recording after the fact does not give you

13   any audio, but it will give you video.  So in an

14   instance where -- probably answers the question.

15   Q.  Your use of force report has -- I'll give you a

16   copy of that.  So I'm on page 4 under "Assignment

17   History."  It has that it was sent to and from Sergeant

18   Entrekin.

19   A.  So this is the first time -- so we don't have

20   access to this, and I haven't seen this since I

21   submitted it so --

22   Q.  Yours starts on this page because Officer

23   Herman's was the first one.

24   A.  Okay.  Sorry.

25   Q.  And then I was talking about where it's this four

41

1    of six right here on this page.

2       A.  Okay.

3       Q.  And my question was, what was Sergeant Entrekin's

4    involvement in your use of force report?

5       A.  I have no idea.

6       Q.  After you submitted your use of force report,

7    what did you hear back?  Do people come and talk to you

8    about it, or is it just processed through this paperwork

9    system?

10      A.  It's just an administrative process.  It's filed.

11      Q.  Did you have any conversations with Sergeant

12   Tremble about this use of force?

13      A.  Not that I recall, no.

14      Q.  How about with Captain McTaggart?

15      A.  Not that I recall.

16      Q.  How about Lieutenant Santizo?

17      A.  No.

18      Q.  And how about Captain Wessels?

19      A.  No.

20      Q.  And Captain Wessels comments.  He says he's

21   reviewed all reports, photographs, and video from the

22   arrest.

23            Are you aware of there being any photographs

24   or video related to this incident?

25      A.  I do not -- I'm not aware of it.

Defendants' Appendix 636

1    Q.  So did you ever hear anything back about your use

2    of force report?

3    A.  No.

4    Q.  After you submitted it, that was the last you

5    heard?

6    A.  Correct.  Want this back?

7    Q.  It can just sit there.

8         So down then around Court Avenue, did you

9    see any other officers deploy stinger balls?

10   A.  I don't remember, no.

11   Q.  You can't say either way?

12   A.  I do not remember anyone deploying stinger balls

13   at that time, no.

14   Q.  Do you remember seeing anybody deploy tear gas?

15   A.  At that time, no.

16   Q.  That video that I showed the other two witnesses

17   where it shows that the explosive thing being thrown,

18   you did not observe that in person?

19   A.  Not that I recall, no.

20   Q.  Besides this pepper-spraying of Denver Foote, did

21   you use pepper spray on anybody else that night?

22   A.  In my previous -- I guess position on the

23   skirmish line, yes.

24   Q.  And that was a skirmish line that was on the

25   Court Avenue bridge?

Defendants' Appendix 637

DEPOSITION OF BRANDON HOLTAN

43

1     A.   Yes.

2     Q.   How many times did you use pepper spray there?

3     A.   I don't recall.  I don't remember.

4     Q.   More or less than five?

5     A.   Approximately five.

6     Q.   Did you arrest any of the people that you

7     pepper-sprayed?

8     A.   No.  As I explained earlier, the arrest team from

9     what I recall was tasked with that.  And the skirmish

10    line is to hold the line.

11    Q.   Did you observe anybody that you pepper-sprayed

12    being arrested by anyone on that arrest team?

13    A.   Not that I recall.

14    Q.   So as far as you know, anybody that you

15    pepper-sprayed in that line ran away?

16    A.   They dispersed.

17    Q.   With that skirmish line, did you kind of run up

18    to the people, or did they come up to you?

19    A.   There was an advance forward across the bridge.

20    Q.   Was that a run or you guys were slowly marching

21    forward?

22    A.   I would probably call it a run.

23    Q.   And I think I have seen video.  I am just making

24    sure we're talking about the same thing.  There were

25    some people lined up there, and then you guys all of a

Defendants' Appendix 638

44

1    sudden ran up there, and there were a couple people

2    arrested out of that.

3            Is that an accurate recitation of kind of

4    what you remember?

5        A.  So yes.  There was a mutual forward on the

6    bridge, and that's when I was assaulted, knocked to the

7    ground.

8            And that's why -- I mean fortunately, that's

9    why we have body camera footage from that night because

10   the camera is on my chest, and I fell to the ground and

11   activated.  So you'll get that 60 seconds which preceded

12   that without the audio.

13       Q.  Is that some automatic function?  If an officer

14   is knocked down, it turns on?

15       A.  No.

16       Q.  It just happened --

17       A.  The button to turn on is on the front face of it.

18       Q.  Were you hit in the chest?

19       A.  No.  That impact -- when I hit the ground -- I

20   mean there's any number of things.  My equipment could

21   have knocked it off or turned it on.

22       Q.  You fell forward, though?

23       A.  Yes.

24       Q.  Also what I remember from the video and what I'm

25   describing to you was these officers run forward, and

Defendants' Appendix 639

45

1    there was also a group of officers that were kind of

2    waiting in the wings and kind of T-boned these people?

3              Is that a different part of the night?

4        A.  I don't recall which instance you're referencing.

5    There's so many nights.

6        Q.  So there were people behind the skirmish line,

7    though.  I mean in order for you to get hit in the back?

8        A.  Well, in that rush forward, I believe the right

9    side was more forward than the left side, and so the

10   left side had, I guess, scared off some people, which

11   they ran to the north side of the bridge, and I was in

12   front of them at that point or they came between my

13   skirmish line, and I was in a bad spot.

14       Q.  The video that we watched a couple times?  Just

15   to make sure are you understanding what I'm talking

16   about, do you need me to pull up the video again?  Do

17   you want to look at it again of the, like -- that

18   explosive one?

19       A.  On Third with the people walking north?

20       Q.  Yes.

21       A.  Okay.  What's your question in regards to that

22   video?

23       Q.  Does that comport with the training that you got

24   on Metro S.T.A.R. and how to use things like that?

25       A.  Was it deployed in a manner?  Yes.

Defendants' Appendix 640

46

1          MS. MACKEL-WIEDERANDERS:  Just for clarity

2  of the record, are we going to mark those as exhibits?

3          MS. MESSAMER:  I would rather not just

4  because to not have another flash drive floating around

5  that we don't care about.

6          MS. MACKEL-WIEDERANDERS:  I'm just thinking

7  maybe we can reference them by -- I don't know.

8          MS. MESSAMER:  Maybe I'll just read the

9  names of them again.

10  Q.  But the video we're talking about right now is

11  the one that's pointed towards Outlaws north on Third,

12  so we're on the same page; right?

13  A.  Yes.  So that behavior of the group that I

14  observed there was consistent with behavior of everybody

15  that we encountered that night.  I'm safe.  I'm on base.

16  I'm walking away.

17          And then it's still a group of people that

18  were involved in bad things all clustered together in

19  one group.  So if that officer who deployed that was

20  attempting to disperse that crowd, that would be

21  completely reasonable.

22  Q.  And you think it's okay to use force like that as

23  an alternative to arresting people?

24  A.  Oftentimes that is -- it's called less lethal

25  force for a reason.  You don't have to be close to the

 1    person.  You don't have to get -- because we don't know

 2    if they're armed.  We don't know if they have a knife on

 3    them.

 4            It is what it is.  It's a way for us to

 5    communicate that they need to disperse if they're not

 6    observing our verbal commands.

 7            And also again, when you go hands-on with

 8    somebody, that's even more dangerous because you can

 9    hurt yourself, and obviously physical force is -- how

10    that person resists determines what happens from there.

11    So it's one way to get the job done.

12    Q.  Did I already ask you, did you have any training

13    before this night about what the crime of unlawful

14    assembly is?

15    A.  Yes, you already asked me that.

16    Q.  How about the video that's pointing west towards

17    Annie's that we watched where there's an officer kicking

18    the guy on the ground?  Does that comport with your

19    training?

20    A.  So I'm not sure what that officer had intentions

21    for, but for instance, when I'm trying to wake a

22    homeless man up in the skywalk, I use my feet to nudge

23    him.  "Hey, get up," and to me that's what that officer

24    was trying to do, communicate that he needed to get up

25    and go.

Defendants' Appendix 642

DEPOSITION OF BRANDON HOLTAN

48

1   Q.  And so your answer is yes, your opinion is that's

2   appropriate and consistent with your training?

3   A.  I don't believe we ever specifically trained on

4   that, but it's a method of getting the job done.

5   Q.  And so yes, you believe that is appropriate?

6   A.  Yes.

7   Q.  Same questions for the man that was in the white

8   shirt at the bottom of screen that was pepper-sprayed

9   and then fell in the street.

10          You know what I'm talking about?

11  A.  Yes.

12  Q.  Does that comport with your training, and based

13  on your view of the video, do you believe that's

14  appropriate?

15  A.  It is appropriate, yes.  In my views of that

16  man's behavior, I've never seen anyone instantaneously

17  drop to the ground and put his hands up like that, kind

18  of looked like a professional sports game where they're

19  trying to act like they're injured.

20          And he was given orders to disperse, I

21  presume, and there was no issue.  As far as I know,

22  there was no injury.  There was no -- got up and walked

23  away.

24  Q.  You don't consider being pepper-sprayed injury?

25  A.  To my knowledge it's up to the individual person

Defendants' Appendix 643

49

1    to consider that they're injured.  It's their own --

2    it's each -- each person's opinion if they felt pain or

3    if they are injured.

4        Q.  Is there anyone who doesn't feel pain when

5    they're pepper-sprayed?

6        A.  Yes.

7        Q.  Do you think that guy didn't feel pain when he

8    was pepper-sprayed?

9        A.  I don't know.

10       Q.  Okay.  What, in your training, is a prerequisite

11   before you can tell someone to disperse?

12       A.  So as I -- I guess we already discussed, we've

13   not had formal training on failure to disperse.  In my

14   opinion, it takes one lawful order from an officer to

15   leave the area, and after that, they are to be arrested.

16            Now, if they get two or three or four or

17   five or six different orders, we're just being kind and

18   trying to not exaggerate or, you know, make -- make a

19   situation worse or tie up manpower and all this other

20   stuff.

21       Q.  My question is more about, you know, could you

22   tell me to leave right now, and if I don't leave, you

23   could arrest me for failure to disperse?

24       A.  No.

25       Q.  Okay.  So explain to me the difference between me

Defendants' Appendix 644

50

1    and why you think you could tell these people to

2    disperse.  What's the difference?  What's the legal

3    requirement before you can make somebody leave?

4        A.  So knowing -- knowing what I know now obviously,

5    if you're intentionally blocking the roadway, impeding

6    traffic on the sidewalk or a road, then you are -- and

7    given an order to disperse, you are subject to arrest.

8                 Doesn't mean you have to be arrested, but

9    you are subject to arrest.  Given the totality of the

10   circumstances with the vandalism and the assaults on

11   officers and the general disorderly conduct from the

12   crowd, that gives you more than enough probable cause

13   and reasonableness to make an arrest.

14       Q.  Do you know where your supervisor would have been

15   when you were making that arrest of Denver Foote?  Was

16   he kind of walking on the road with you guys?

17       A.  Which -- are you talking about Lieutenant

18   Schafnitz?

19       Q.  Anybody.

20       A.  I believe Lieutenant Schafnitz was in the

21   vicinity, but I do not know where he was.

22       Q.  Was Armstrong anywhere in the vicinity?

23       A.  I don't remember.

24       Q.  Has anybody in the department or in Metro

25   S.T.A.R. criticized your use of force in this instance?

Defendants' Appendix 645

DEPOSITION OF BRANDON HOLIAN

51

1    A.  Not that I know of, no.

2    Q.  Based your interactions with Denver Foote, do you

3    think that she would have any bruising?

4    A.  I understand that she has bruising.  But knowing

5    just in general, I have three kids.  And they fall down

6    and hurt their knee, whatever.  They bruise.

7         My wife will get a bruise on herself, and

8    she'll ask me "How did this happen?"  No idea.  So I

9    understand that each person's body reacts differently

10   to -- we'll call it impacts or whatever.

11        So yes, I'm a 200-pound man.  The equipment

12   that I wear is heavy.  So me attempting to control

13   someone and them resisting, I would believe that would

14   result in bruising, yes.

15   Q.  So you think the bruising that she suffered was

16   likely due to you pushing her with the shield?

17   A.  I don't know.

18   Q.  But you wouldn't rule out that you caused her

19   bruising?

20   A.  I don't know.  I did push her up against that

21   wall, and her pushing past or whatever, resisting could

22   also cause that bruising, her struggling in general,

23   resistance.

24   Q.  And this is a picture that she took later in that

25   nook.  Could you mark on there where you guys were when

Defendants' Appendix 646

52

1    you were in the nook with her?

2            MS. MACKEL-WIEDERANDERS:  You can use my

3    Sharpie.

4    A.  Would have been this wall.

5    Q.  So the wall on the north side?

6    A.  Correct.

7            MS. MESSAMER:  Okay.  I'll mark this one as

8    Exhibit 5.

9            (Exhibit No. 5 was marked for

10   identification.)

11           MS. MESSAMER:  Those are all my questions.

12   Thank you.

13           MS. MACKEL-WIEDERANDERS:  We'll just be

14   another few minutes and then take our lunch break.

15                    CROSS-EXAMINATION

16   BY MS. MACKEL-WIEDERANDERS:

17   Q.  Officer Holtan, have you been given specific

18   training on every crime in the Iowa Code, in the federal

19   code?

20   A.  No.

21   Q.  And yet you still are able to file charges; is

22   that correct?

23   A.  Yes.

24   Q.  And how do you typically go about doing that?

25   A.  I'll research the specific code through the Iowa

Defendants' Appendix 647

53

1  legislature's website and --

2    Q.  You didn't have the luxury of doing that that

3  night, did you?

4    A.  No, I did not.

5    Q.  And do you believe that there were supervisors

6  who were making those decisions?

7    A.  Yes.

8    Q.  So that evening you didn't get tasked with

9  determining what charges were being filed?

10    A.  No.

11    Q.  So from your vantage point of where you arrested

12  Ms. Foote, do you believe that you could see an unlawful

13  assembly happening?

14    A.  Yes.

15    Q.  And in fact, that parking ramp that you referred

16  to about bricks being thrown at officers, where was that

17  in the vicinity to her arrest?

18    A.  Directly across the street.

19    Q.  So --

20    A.  To the east.

21    Q.  To the east.  So those violent actions were

22  happening within how many feet would you say of where

23  you encountered Ms. Foote?

24    A.  75 feet.

25    Q.  And she was running when you saw her?

Defendants' Appendix 648

DEPOSITION OF BRANDON HOLTAN

54

1     A.  Yes.

2     Q.  Did the masks --  Well, let me back up.  Did you

3  have a mask on?

4     A.  I believe I had my gas mask on.

5     Q.  A gas mask?

6     A.  I believe.

7     Q.  What does that look like?  Can you just describe

8  it?

9     A.  It is a full face mask that has lots of seals

10  around your forehead and your chin.  It has a glass

11  viewing lens near the upper half of your head.

12     Q.  Does that make it harder to see around you?

13     A.  Yes.

14     Q.  In the time it took from when you first

15  encountered Ms. Foote to when you put the zip tie on,

16  was that a matter of seconds or minutes?

17     A.  Matter of seconds.

18     Q.  So it happened pretty quickly?

19     A.  Yes.

20     Q.  How many people were in the cube van?  Do you

21  have a recollection?

22     A.  I don't know.  I believe it was moderately full,

23  but I don't have an exact.

24     Q.  Could it be 20?

25     A.  I would say less than 20 but more than 10 maybe.

55

1    Q.  Were you aware that during the events of that

2  night, people would look like they were leaving, and

3  then they actually wouldn't leave the scene?

4    A.  Yes.

5    Q.  So I want to talk about some of these -- and tell

6  me what they're called, the anticrowd control?  To

7  encourage people -- the tools you used to encourage

8  people to leave?

9    A.  They're less lethal munitions is the general term

10  for it.

11    Q.  And I know we don't use continuum of force, but

12  I'm using that term.  Just in your mind in the continuum

13  of force, if you fire one of those off, is that a lesser

14  use of force than actually arresting someone?

15    A.  In my opinion, yes.

16    Q.  Because when you arrest someone, you have to put

17  them in handcuffs; right?

18    A.  Yes.

19    Q.  Or zip ties.  You end up putting them in jail;

20  correct?

21    A.  Yes.

22    Q.  They might have to spend some money to get out of

23  jail?

24    A.  Yes.

25    Q.  And they may end up with a criminal charge on

Defendants' Appendix 650

1   their record?

2      A.  Yes.

3      Q.  Do you know how long it takes for the effects of

4   OC spray to wear off?

5      A.  I do not have a specific time frame.  How long,

6   it varies upon the individual.  I guess each individual

7   has their own pain tolerance, and it really determines

8   if the chemicals were, like, sprayed on the eyes or if

9   they just -- if you spray somebody across the chest, it

10  would not affect -- if their lungs are affected or their

11  nasal passage is affected, they could take longer.

12     Q.  And I guess my question sort of presupposes.  It

13  does eventually wear off?

14     A.  Yes.  It's a brief period of time.

15     Q.  And I know you have been present here for some of

16  the other questions.  I just want to reference the video

17  with the kicking.

18              Do you know that officer who kicked that

19  person?

20     A.  I do not.

21     Q.  Do you know if that officer was a Des Moines

22  police officer?

23     A.  No, I do not.

24     Q.  And in terms of the actions that were happening

25  around all of those videos that we were shown, the

DEPOSITION OF BRANDON HOLTAN

57

1    spray, the kicking, you were having to make guesses

2    about the circumstances, were you not?

3        A.  Yes.

4        Q.  Were you aware that other officers had been

5    injured that night?

6        A.  Yes.

7        Q.  What were you aware of?

8        A.  Specifically Brady Pratt was on the skirmish

9    line -- I believe it was Second and Court Avenue -- when

10   someone threw a brick from above, and he was knocked

11   unconscious to the ground.

12            From what I understand, he didn't know what

13   happened, but clearly he was again put in a bad spot.

14       Q.  So some of the allegations in Ms. Foote's

15   petition include First Amendment discrimination.  You

16   had been on duty for quite a while that day; correct?

17       A.  Yes.

18       Q.  How long?

19       A.  I don't remember when I started, but I believe

20   that specific day I had a 19-hour shift.

21       Q.  Did you see protesters?

22       A.  I don't recall seeing your traditional protests.

23       Q.  Were you on duty during those days during anytime

24   where they were just nonviolent protests?

25       A.  I believe there were periods of time during the

Defendants' Appendix 652

58

1    protests in those first two weeks of June or late couple

2    days of May that could be considered peaceful at times,

3    but most days they turned violent.

4        Q.   Okay.   Prior to them turning violent, did you

5    make any arrests of any peaceful protesters?

6        A.   Not that I recall.

7        Q.   Did you see any other officer arresting peaceful

8    protesters?

9        A.   No.

10       Q.   Were you motivated in any way to arrest Ms. Foote

11   because you believed she was expressing her First

12   Amendment rights?

13       A.   No.

14       Q.   Could you have arrested everyone who was

15   downtown --

16       A.   No.

17       Q.   -- in that area?   Did you yell at people to leave

18   or go home?

19       A.   Yes.

20       Q.   Did you hear other officers yelling at people to

21   leave or go home?

22       A.   Yes.   In fact, my voice was nearly lost because I

23   was yelling so much.

24       Q.   In terms of your day-to-day work, would this be

25   considered an outlier?

Defendants' Appendix 653

1    A.  Yes.

2    Q.  Just expand on that a little bit.

3    A.  So typically I work a normal eight-hour shift,

4    ten-hour shift that is planned.  I'm on the entry team,

5    which is on on-call status, so on this particular

6    instance I believe we were on-call.

7         So we get a page saying "Report to the

8    station."  So we drop what we're doing with our family

9    and go to the station, not knowing what it's for.

10   Usually we might have some general idea of what it's

11   for, but we get briefed when we get there.

12        So it's -- psychologically it's something

13   you have to be just dealing with on the fly as you can.

14   You don't know.  Two weeks from now could be a riot, and

15   everything is going to go that way.

16        MS. MACKEL-WIEDERANDERS:  All right.  I

17   don't have anything further.

18              REDIRECT EXAMINATION

19   BY MS. MESSAMER:

20   Q.  When you pepper-sprayed Denver, did it get in her

21   eyes?

22   A.  I believe it did but I'm not certain.

23   Q.  Did you rinse her eyes out?

24   A.  I don't -- I don't remember doing that.

25   Q.  Was she crying after this arrest?

DEPOSITION OF BRANDON HOLTAN

60

1    A.  I don't remember.

2    Q.  Ms. Mackel asked you about could you arrest

3    everybody that was in -- arrest everybody who was in

4    this area, and you said no.

5         So who couldn't you arrest that was in this

6    area?  I thought kind of when we were talking, you

7    thought anybody who was down there still, you could

8    arrest?

9    A.  When I was speaking earlier, that was -- my

10   intention was they were subject to arrest.  They could

11   be arrested given the opportunity.

12        When I was referring to Ms. Mackel in

13   responding to her question, if it was possible for us to

14   arrest everyone and not allow anyone to escape, that was

15   my question -- my response, so that was not feasible.

16   Q.  Got you.  So you believed it would be legally

17   justified, but practically speaking, you could not

18   arrest everybody?

19   A.  Correct.

20        MS. MESSAMER:  You want to pull up the video

21   again?  Sorry.

22   Q.  And I know you said you don't know who would have

23   been the person to kick that one guy on the ground, and

24   you don't know who the person is that pepper-sprayed the

25   man in the white shirt.

Defendants' Appendix 655

DEPOSITION OF BRANDON HOLTAN

61

1          Can you rule out any of the other officers

2   on your team?  I know it wasn't you.  I know it wasn't

3   Officer Herman.  I know it wasn't Officer Dempsey.

4   Anybody else you can say that it definitely was not

5   them?

6      A.  No.

7      Q.  Could be anybody on your team?

8      A.  I don't believe it was -- I don't know who it

9   was.

10     Q.  You don't think it was anybody on your team,

11   though?

12     A.  I don't know.

13     Q.  Well, you started to say that.  Is there some

14   reason you don't think it was anybody on your team?

15     A.  I'm responding this way because I feel like

16   you're trying to tell me it was somebody on my team, and

17   I don't believe it was anybody on my team.

18     Q.  I want to know why you think that.

19     A.  I don't know.

20     Q.  Have you talked to your team about this night?

21   Have people had discussions after those OPS interviews?

22     A.  There have been general discussions, yes, but not

23   specifically.

24     Q.  Has there been speculation about who it was?

25     A.  No.

Defendants' Appendix 656

DEPOSITION OF BRANDON HOLTAN

62

1    Q.  Just nobody has any idea?

2    A.  No.

3    Q.  All right.  So the video I'll pull up now is the

4    Third and Court northeast/north remote on this night.

5    And we're back looking towards Outlaws, north on Third.

6         Skipping ahead to 42:06, we'll start here.

7    And I believe that it would have been you and your team

8    that shows up in about 30 seconds here.

9         (The video was played at this time.)

10        MR. DeSMET:  Can you try to keep the mouse

11   off the Windows Media Player?  That way we can see the

12   time stamp on the top better.

13   Q.  So you see there at 42:35 there are a bunch of

14   officers that seem like they're coming from the east.

15   Would that have been you and your group?

16   A.  Yes, I believe so.  As I said before, I don't

17   know who was in that vehicle with me.  It was -- it was

18   one of the closest vehicles to the group of officers

19   that were present at the station, so some of us just

20   loaded up and went over.

21   Q.  And I am kind of guessing roughly -- I can stop

22   and maybe count earlier, but there might be 15 or so

23   officers.

24        You think they were all in your truck that

25   came down in that group?

DEPOSITION OF BRANDON HOLTAN

63

1    A.  I don't know.  There could have been other

2    vehicles that parked close by but --

3    Q.  Would 15 people fit in the box truck?

4    A.  Yeah.  It's a cargo truck.

5    Q.  I just backed up a little bit so we can watch the

6    officers come down again.  We're at 42:20.

7          (The video was played at this time.)

8    Q.  Are you aware of a truck parking right by you

9    then?

10   A.  I believe we were the first to arrive, so I don't

11   know who all arrived after -- after that.

12   Q.  The best guess would be that all these officers

13   we can see at 42:47 came with your truck?

14          MS. MACKEL-WIEDERANDERS:  I'm going to

15   object.  I think he already answered that he doesn't

16   know that.  Go ahead and answer if you know.

17   A.  They came from the 200 block of Walnut.

18   Q.  You also talked to Ms. Mackel about the fact that

19   there were issues with people in the parking garage at

20   Third and Court.

21          Did you have any reason to believe that

22   Denver Foote had been in that parking garage?

23   A.  No.

24          MS. MESSAMER:  That's all I have.  Thanks.

25          MS. MACKEL-WIEDERANDERS:  I don't have

Defendants' Appendix 658

DEPOSITION OF BRANDON HOLTAN

64

1    anything else.

2              (Deposition concluded at 12:07 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Defendants' Appendix 659

65

C E R T I F I C A T E

I, SueAnn Jones, a Certified Shorthand

Reporter and Notary Public in and for the State of Iowa,

do hereby certify that prior to the commencement of the

deposition, BRANDON HOLTAN was duly sworn by me to

testify to the truth;

That the foregoing is a true and accurate

computer-aided transcription of the testimony as taken

stenographically by and before me at the time and place

indicated on the title page;

That I am neither a relative nor employee

nor attorney nor counsel of any of the parties to this

action, and that I am not financially interested in the

action.

Dated this 12th day of July, 2021.


/s/ SueAnn Jones

SueAnn Jones, CSR, RPR

## A

**able (4)** 8:13 9:15 25:8 52:21
**academy (1)** 34:5
**access (1)** 40:20
**account (1)** 27:16
**accurate (2)** 44:3 65:7
**act (1)** 48:19
**action (3)** 26:21 65:13 65:14
**actions (3)** 39:2 53:21 56:24
**activated (1)** 44:11
**acts (1)** 29:7
**Adam (2)** 1:9 2:14
**additional (1)** 5:3
**address (1)** 20:25
**administrative (2)** 15:18 41:10
**advance (1)** 43:19
**affect (1)** 56:10
**agencies (1)** 18:9
**agency (1)** 18:12
**agent (1)** 8:20
**ahead (5)** 29:1 37:15 38:17 62:6 63:16
**allegations (1)** 57:14
**ALLEN (1)** 1:7
**alleys (1)** 35:23
**allow (1)** 60:14
**alternates (1)** 5:6
**alternative (1)** 46:23
**Amendment (2)** 57:15 58:12
**amount (1)** 27:17
**Annie's (1)** 47:17
**answer (5)** 37:10,15 38:17 48:1 63:16
**answered (1)** 63:15
**answers (1)** 40:14
**anticrowd (1)** 55:6
**anybody (17)** 13:20,24 15:19 20:16 38:24 42:14,21 43:11,14 50:19,24 60:7 61:4,7 61:10,14,17
**anytime (1)** 57:23
**approach (1)** 20:20
**approached (2)** 21:5 32:23
**appropriate (4)** 48:2,5 48:14,15
**Approximately (3)** 4:11 7:2 43:5
**approximation (1)** 23:4
**area (17)** 10:2 12:14 24:24 26:16 27:11,14 27:23 28:16 29:14,18 35:8,11 39:1 49:15

58:17 60:4,6
**armed (1)** 47:2
**Armstrong (2)** 14:13 50:22
**arrest (37)** 10:13 12:7 13:13 14:6 19:25 20:1 20:3,11 26:16 27:10 28:1 30:2,11 34:9 35:1 37:5 38:15 41:22 43:6,8,12 49:23 50:7 50:9,13,15 53:17 55:16 58:10 59:25 60:2,3,5,8,10,14,18
**arrested (15)** 12:25 13:23 19:21 24:21 27:14 30:4 34:21 39:23 43:12 44:2 49:15 50:8 53:11 58:14 60:11
**arresting (6)** 16:16 20:8 28:22 46:23 55:14 58:7
**arrests (3)** 16:8 35:25 58:5
**arrive (1)** 63:10
**arrived (1)** 63:11
**asked (4)** 16:15 37:14 47:15 60:2
**asking (2)** 9:13 16:25
**assault (1)** 19:8
**assaulted (2)** 19:5 44:6
**assaults (1)** 50:10
**assembly (3)** 26:11 47:14 53:13
**assigned (1)** 4:17
**Assignment (1)** 40:16
**assist (2)** 24:11 38:7
**Assistant (1)** 14:25
**attempt (1)** 23:9
**attempted (2)** 24:8,9,15
**attempting (3)** 7:12 46:20 51:12
**attend (1)** 34:5
**attorney (2)** 2:4 65:12
**Attorneys (1)** 2:10
**audio (2)** 40:13 44:12
**authored (1)** 13:9
**authoring (1)** 11:8
**authorization (1)** 5:21
**authorized (4)** 5:16,18 5:25 6:10
**automatic (1)** 44:13
**auxiliary (2)** 37:24 38:7
**Avenue (15)** 2:5 4:7 10:8 16:9 19:11 20:19 21:12,19,25 25:23 26:16 30:8 42:8,25 57:9
**aware (11)** 18:11 37:4

38:22,23 39:5 41:23 41:25 55:1 57:4,7 63:8
**a.m (1)** 1:19

## B

**back (27)** 7:13,17 11:2 11:3,5 13:22 14:21 19:9,9 23:13 25:10,22 27:1,1,2,2 28:19 31:14,20,23 35:14 41:7 42:1,6 45:7 54:2 62:5
**backed (1)** 63:5
**backpack (1)** 34:12
**bad (3)** 45:13 46:18 57:13
**BAGBY (1)** 1:9
**ball (2)** 7:10 9:17
**balls (7)** 5:11,19 6:11 8:4,6 42:9,12
**bandanna (1)** 23:25
**bar (4)** 30:20,20,22,25
**bare (1)** 39:15
**bars (1)** 30:21
**base (1)** 46:15
**based (2)** 48:12 51:2
**basing (1)** 30:5
**Bate (1)** 13:17
**beginning (2)** 5:1 14:14
**behavior (4)** 29:17 46:13,14 48:16
**believed (5)** 10:23 28:15,24 58:11 60:16
**belonged (1)** 11:22
**best (1)** 63:12
**better (1)** 62:12
**beyond (2)** 5:3 6:2
**big (3)** 7:1 19:20 20:5
**bigger (1)** 38:6
**birthday (1)** 34:6
**bit (2)** 59:2 63:5
**block (3)** 20:12 21:2 63:17
**blocking (1)** 50:5
**blocks (1)** 27:22
**Blue (1)** 35:6
**bodies (1)** 38:6
**body (13)** 9:25 10:3,18 16:12 26:17 31:12,16 32:2 40:2,5,8 44:9 51:9
**bookers (1)** 12:6
**booking (1)** 39:20
**bottles (1)** 26:6
**bottom (1)** 48:8
**box (2)** 24:15 63:3
**boxcar (1)** 25:23
**boxed (1)** 24:13

**Brad (1)** 6:13
**Brady (1)** 57:8
**BRANDON (5)** 1:8,8 1:16 4:1 65:5
**break (1)** 52:14
**Brian (2)** 14:13 34:4
**brick (3)** 28:10,11 57:10
**bricks (2)** 26:6 53:16
**bridge (9)** 19:10,19 20:22 30:6,9 42:25 43:19 44:6 45:11
**brief (3)** 10:9 39:2 56:14
**briefed (1)** 59:11
**broke (1)** 27:20
**brought (1)** 16:24
**bruise (2)** 51:6,7
**bruising (6)** 51:3,4,14 51:15,19,22
**building (2)** 27:20 35:17
**bullet (1)** 7:4
**bullets (1)** 8:1
**bunch (3)** 19:18 37:21 62:13
**burst (1)** 23:18
**button (2)** 11:4 44:17

## C

**C (3)** 2:1 65:1,1
**call (5)** 27:19 38:7,20 43:22 51:10
**called (4)** 4:2 20:1 46:24 55:6
**calling (1)** 8:11
**calls (1)** 38:17
**camera (11)** 9:25 10:3 10:18,25 16:12,13 26:17 40:2,5 44:9,10
**cameras (1)** 40:8
**canister (2)** 6:17 8:17
**Captain (3)** 41:14,18 41:20
**capture (3)** 10:3,4,14
**captures (2)** 10:5,15
**car (3)** 35:14 36:15,20
**care (1)** 46:5
**cargo (1)** 63:4
**case (6)** 11:13 16:21 36:5 37:12,13 39:4
**cases (1)** 16:8
**catch (3)** 36:6 40:10,10
**cause (4)** 28:14 29:3 50:12 51:22
**caused (2)** 27:2 51:18
**center (3)** 20:18 21:4,6
**CENTRAL (1)** 1:2
**certain (1)** 59:22

**Certified (2)** 1:17 65:2
**certify (1)** 65:4
**chain (4)** 14:10,12,19 14:21
**changed (1)** 15:18
**chaos (2)** 27:3,4
**charge (2)** 20:8 55:25
**charged (1)** 29:5
**charges (3)** 29:3 52:21 53:9
**chase (1)** 33:12
**chemical (1)** 8:20
**chemicals (1)** 56:8
**chest (3)** 44:10,18 56:9
**Chief (1)** 14:25
**chin (1)** 54:10
**circle (1)** 7:2
**circular (1)** 8:7
**circumstances (3)** 29:14 50:10 57:2
**City (3)** 1:9,19 2:10
**civic (3)** 20:18 21:4,6
**civil (1)** 37:13
**clarification (1)** 16:22
**clarity (1)** 46:1
**CLARK (1)** 1:7
**class (1)** 34:5
**clear (3)** 9:11 26:17 37:18
**clearly (1)** 57:13
**close (7)** 30:20 32:14,15 33:12,13 46:25 63:2
**closed (1)** 27:13
**closer (4)** 30:10 32:5 33:3,4
**closest (3)** 24:24,24 62:18
**closing (1)** 30:23
**clustered (1)** 46:18
**code (3)** 52:18,19,25
**coincided (1)** 14:3
**combustible (1)** 8:23
**come (4)** 13:24 41:7 43:18 63:6
**comes (1)** 13:18
**coming (2)** 36:10 62:14
**command (8)** 5:21 14:10,12,19,21 15:14 15:17 23:10
**commands (2)** 34:20 47:6
**commencement (1)** 65:4
**commencing (1)** 1:19
**comments (1)** 41:20
**commotion (1)** 11:1
**communicate (2)** 47:5 47:24
**compiling (1)** 33:22

complete (2) 14:4,7
completed (1) 15:11
completely (2) 25:4
    46:21
complying (1) 29:5
comport (3) 45:23
    47:18 48:12
comprised (1) 8:6
computer-aided (1)
    65:8
concise (1) 5:15
concluded (1) 64:2
concussion (1) 19:16
conduct (1) 50:11
Conference (1) 1:18
confuse (1) 37:22
confusion (1) 39:22
consider (2) 48:24 49:1
considered (2) 58:2,25
consistent (2) 46:14
    48:2
constantly (1) 40:9
continue (1) 37:16
continued (1) 35:11
continuum (2) 55:11,12
control (2) 51:12 55:6
conversation (2) 13:3
    34:16
conversations (1) 41:11
copy (2) 18:18 40:16
corner (2) 23:15 24:11
correct (19) 4:8 10:21
    11:7 15:15,16,23 20:7
    20:9 22:1 23:16 30:7
    39:18 40:4 42:6 52:6
    52:22 55:20 57:16
    60:19
counsel (1) 65:12
count (1) 62:22
couple (7) 10:5,9 19:20
    25:17 44:1 45:14 58:1
Court (18) 1:1 4:7 10:8
    16:8 19:10 20:19 21:5
    21:12,19,25 25:22
    26:16 30:8 42:8,25
    57:9 62:4 63:20
covered (1) 31:16
crazy (1) 22:9
created (1) 4:25
crime (4) 26:11,13
    47:13 52:18
criminal (2) 36:5 55:25
criticized (1) 50:25
CROSS (1) 3:3
crossed (1) 26:7
CROSS-EXAMINA...
    52:15
crowd (2) 46:20 50:12
crowd-control (1) 5:10

crying (1) 59:25
CSR (2) 1:24 65:18
cubby (11) 21:20,23
    22:10 23:9,12,13
    24:22 31:6 32:12,24
    33:14
cube (7) 20:12 21:1
    26:1 35:16 36:19,22
    54:20
cuffs (1) 25:12
cumbersome (1) 25:11
curb (5) 22:21 31:25
    32:5,22 33:7
curious (2) 13:16 39:12
custody (6) 12:24 20:3
    24:20 29:8 31:10
    32:14

                D

D (2) 2:11 3:1
DANA (1) 1:9
dangerous (1) 47:8
date (3) 13:8,8 16:10
day (6) 5:8 10:6 14:10
    57:16,20 65:15
days (5) 5:6,7 57:23
    58:2,3
day-to-day (1) 58:24
deal (2) 15:20 34:8
dealing (2) 25:18 59:13
decision (2) 27:3,5
decisions (1) 53:6
Defendants (2) 1:11 2:8
definitely (1) 61:4
deliver (2) 7:15 8:19
delivered (3) 7:12
    23:18,20
delivers (1) 7:21
delivery (4) 6:16,17
    7:20 8:23
demeanor (1) 25:14
Dempsey (1) 61:3
Denver (24) 1:4 10:20
    12:8,25 20:11 21:11
    21:15 27:24 28:13
    29:22 30:2,11 32:6
    34:8 37:11 38:15,24
    39:6,13 42:20 50:15
    51:2 59:20 63:22
Denver's (2) 10:13
    13:13
department (1) 50:24
deploy (3) 6:4 42:9,14
deployed (7) 7:18 8:4
    9:14,16,17 45:25
    46:19
deploying (1) 42:12
deposition (4) 1:7,16

64:2 65:5
Des (8) 1:10,18,19 2:6
    2:10,12 5:3 56:21
describe (5) 31:21 32:3
    32:17,18 54:7
described (2) 32:22
    39:22
describing (1) 44:25
DeSMET (2) 2:9 62:10
destroying (1) 28:9
determine (1) 29:4
determines (2) 47:10
    56:7
determining (1) 53:9
device (1) 8:7
devices (4) 5:10,16,25
    9:4
diameter (1) 7:2
died (1) 10:18
difference (3) 8:3 49:25
    50:2
different (9) 4:18 6:16
    6:16 8:1,5 9:6 38:4
    45:3 49:17
differently (1) 51:9
difficult (1) 9:12
digital (1) 40:7
direct (3) 3:3 4:4 37:10
directed (1) 15:23
direction (2) 5:20 15:6
directions (1) 14:18
directly (2) 23:6 53:18
discern (3) 8:2 9:15,18
discrimination (1)
    57:15
discussed (1) 49:12
discussions (2) 61:21
    61:22
disorderly (2) 29:17
    50:11
dispersal (10) 6:18
    26:15,18 29:10,13,15
    29:24 30:1,13,25
disperse (14) 26:13,22
    26:25 28:2 29:9 30:5
    46:20 47:5 48:20
    49:11,13,23 50:2,7
dispersed (1) 43:16
distance (2) 27:16,17
distraction (1) 9:4
DISTRICT (2) 1:1,1
DIVISION (1) 1:2
DMPD (5) 14:19,21
    15:9,13,21
DOE (1) 1:7
doing (10) 12:5 13:25
    14:1 17:12 21:17
    25:22 52:24 53:2 59:8
    59:24

downtown (6) 10:1
    21:7 27:10 29:10,14
    58:15
drive (5) 2:11 36:13
    40:8,11 46:4
driving (3) 36:2,7,12
drop (3) 35:9 48:17
    59:8
drove (2) 20:12 21:1
drugs (1) 11:17
due (1) 51:16
duly (2) 4:2 65:5
Dunn (4) 11:6,13,23
    37:14
Dunn's (2) 10:16 37:5
duty (2) 57:16,23

                E

E (5) 2:1,1 3:1 65:1,1
earlier (9) 29:23 30:6
    30:16,25 31:2 39:22
    43:8 60:9 62:22
early (1) 5:24
east (5) 32:2 36:12
    53:20,21 62:14
east/west (1) 32:2
easy (1) 17:25
effects (1) 56:3
eight-hour (1) 59:3
either (4) 6:17 15:4
    16:20 42:11
employee (1) 65:11
encircle (1) 25:4
encounter (1) 21:14
encountered (4) 25:16
    46:15 53:23 54:15
encourage (2) 55:7,7
ended (1) 13:25
enforcement (2) 17:6,7
entire (2) 20:15 31:16
entirely (1) 38:4
Entrekin (1) 40:18
Entrekin's (1) 41:3
entries (1) 9:4
entry (2) 14:12 59:4
equipment (2) 44:20
    51:11
ERNESTO (1) 1:8
escape (1) 60:14
ESCOBAR (1) 1:8
essentially (3) 24:25
    31:8 33:13
evening (1) 53:8
event (3) 10:5 19:5
    36:22
events (5) 10:1,23,23
    28:24 55:1
eventually (1) 56:13
everybody (8) 9:19

25:23 28:10 30:22
    46:14 60:3,3,18
evidence (1) 40:7
exact (1) 54:23
exaggerate (1) 49:18
EXAMINATION (3)
    3:3 4:4 59:18
examined (1) 4:3
example (1) 27:25
Exhibit (5) 3:7 22:2,4
    52:8,9
exhibits (1) 46:2
expand (1) 59:2
experience (4) 9:9,10
    9:20 27:15
expert (1) 8:18
explain (1) 49:25
explained (1) 43:8
explode (1) 9:1
explosive (3) 8:11 42:17
    45:18
expressing (1) 58:11
eyes (4) 24:2 56:8 59:21
    59:23

                F

F (1) 65:1
face (3) 31:19 44:17
    54:9
facing (5) 31:23,23 33:2
fact (5) 40:11,12 53:15
    58:22 63:18
failure (6) 26:13 28:2
    29:9 30:4 49:13,23
fairly (1) 33:12
fall (1) 51:5
familiar (2) 6:20 8:2
families (1) 34:5
family (1) 59:8
far (9) 17:22 18:11
    22:18 25:8 26:8 30:22
    33:8 43:14 48:21
feasible (1) 60:15
federal (2) 35:17 52:18
feel (4) 33:5 49:4,7
    61:15
feet (6) 9:7 32:1 33:3
    47:22 53:22,24
fell (3) 44:10,22 48:9
felt (1) 49:2
field (1) 32:16
figure (3) 18:3 39:6,24
figuring (2) 17:23,24
file (1) 52:21
filed (2) 41:10 53:9
financially (1) 65:13
find (2) 33:19 40:2
fire (1) 55:13
firearm (1) 11:22

Defendants' Appendix 662

DEPOSITION OF BRANDON HOLTAN

**first (17)** 4:2 15:10 18:8
21:13,14,16 22:5,19
23:8 36:6 40:19,23
54:14 57:15 58:1,11
63:10
**fit (2)** 20:17 63:3
**five (4)** 4:11 43:4,5
49:17
**flash (1)** 46:4
**flat (1)** 31:11
**fled (1)** 29:20
**flex (1)** 25:12
**floating (1)** 46:4
**fly (1)** 59:13
**follows (1)** 4:3
**follow-up (1)** 13:20
**foot (3)** 33:12 35:11
36:8
**footage (4)** 10:1 16:13
40:6 44:9
**Foote (23)** 1:4 10:20
12:8,25 21:11 27:24
28:13 29:23 30:2,11
31:22 37:11 38:15,24
39:13 42:20 50:15
51:2 53:12,23 54:15
58:10 63:22
**Foote's (4)** 20:11 34:8
39:6 57:14
**force (23)** 14:4,6,7,18
15:1,3,8,10,25 16:4
33:22 40:15 41:4,6,12
42:2 46:22,25 47:9
50:25 55:11,13,14
**foregoing (1)** 65:7
**forehead (1)** 54:10
**forgetting (1)** 16:18
**form (5)** 12:11 27:1,1,1
27:2
**formal (1)** 49:13
**formed (1)** 4:18
**fortunate (1)** 40:9
**fortunately (1)** 44:8
**forward (9)** 19:20 20:5
43:19,21 44:5,22,25
45:8,9
**four (5)** 7:25 11:11 17:8
40:25 49:16
**fragments (1)** 9:9
**frame (1)** 56:5
**front (7)** 20:23 31:23
35:6,17 36:15 44:17
45:12
**full (2)** 54:9,22
**function (1)** 44:13
**further (3)** 21:25 37:9
59:17
**fuse (3)** 6:20 8:7,19

**G**

**game (1)** 48:18
**garage (3)** 26:5 63:19
63:22
**gas (9)** 5:10,18 6:3,10
8:17 9:15 42:14 54:4
54:5
**gathered (1)** 28:9
**general (8)** 5:12 13:3
50:11 51:5,22 55:9
59:10 61:22
**generalization (1)** 5:12
**generated (1)** 11:24
**George (2)** 1:8 34:4
**getting (2)** 24:5 48:4
**Gina (2)** 2:3 22:14
**give (4)** 5:14 40:12,13
40:15
**given (22)** 5:21 12:1
20:2 25:21 26:10,18
27:18 29:6,14,24 30:1
30:2,5,9,9,13 31:1
48:20 50:7,9 52:17
60:11
**gives (1)** 50:12
**giving (1)** 15:5 29:10
**glass (2)** 26:6 54:10
**glasses (2)** 34:8,14
**go (20)** 13:22 17:22
21:12,19 24:16,18
25:4 29:1 35:14 37:8
37:15 38:17 47:7,25
52:24 58:18,21 59:9
59:15 63:16
**goes (1)** 14:25
**goggles (2)** 23:24 24:2
**going (13)** 10:4 12:10
27:9,10,13,14 37:9,10
38:16,19 46:2 59:15
63:14
**gotten (1)** 30:19
**grabbed (1)** 19:20
**Grand (1)** 2:5
**great (1)** 32:16
**ground (20)** 19:10
23:11 24:5 25:9,10
31:9,11 32:18,20
33:11,13,17 34:17
44:7,10,19 47:18
48:17 57:11 60:23
**group (11)** 4:15 28:8
36:6,6 45:1 46:13,17
46:19 62:15,18,25
**guess (14)** 6:12 9:13
15:5 26:1 27:3,8 31:5
31:7 42:22 45:10
49:12 56:6,12 63:12
**guesses (1)** 57:1
**guessing (1)** 62:21

**guilty (1)** 29:2
**gun-type (1)** 7:19
**guy (4)** 6:12 47:18 49:7
60:23
**guys (7)** 8:25 31:24
34:2 43:20,25 50:16
51:25

**H**

**half (2)** 38:9 54:11
**Hall (1)** 1:19
**handcuffs (1)** 55:17
**handing (1)** 22:4
**hands (1)** 48:17
**hands-on (1)** 47:7
**hand-thrown (1)** 8:8
**hang (2)** 33:24 34:2
**happen (1)** 51:8
**happened (6)** 5:23
23:17 35:20 44:16
54:18 57:13
**happening (3)** 53:13,22
56:24
**happens (1)** 47:10
**hard (2)** 40:8,10
**harder (1)** 54:12
**head (6)** 19:9 31:25
32:14,15 33:4 54:11
**hear (3)** 41:7 42:1
58:20
**heard (3)** 29:12,15 42:5
**heavy (1)** 51:12
**helmet (1)** 19:14
**help (1)** 16:15
**helped (1)** 25:6
**helping (1)** 31:21
**Herman (18)** 1:9 2:14
4:21 18:21 22:16
24:11,20 25:6,17
31:20,22 32:4,6 33:4
33:16,19,24 61:3
**Herman's (2)** 34:23
40:23
**HERNANDEZ (1)** 1:8
**Hey (3)** 13:22 15:21
47:23
**Hi (1)** 4:6
**hide (1)** 23:10
**History (1)** 40:17
**hit (7)** 19:12 31:17 32:6
33:19 44:18,19 45:7
**hold (2)** 31:9 43:10
**holding (1)** 31:13
**holds (2)** 7:24,25
**hole (2)** 21:20,23
**Holtan (7)** 1:8,9,16 4:1
4:6 52:17 65:5
**home (2)** 58:18,21
**homeless (1)** 47:22

**Hook (1)** 6:13
**hours (4)** 10:5 26:19
29:20 30:6
**house (1)** 38:6
**hurt (2)** 47:9 51:6
**Hy-Vee (4)** 28:3,5,13
28:23

**I**

**idea (9)** 8:15 17:15
19:13 23:4 30:12 41:5
51:8 59:10 62:1
**identification (2)** 22:3
52:10
**identify (5)** 16:15,24
18:1 20:2 39:11
**identity (1)** 39:7
**immediate (1)** 27:11
**impact (5)** 6:21,22 7:5
7:15 44:19
**impacts (1)** 51:10
**impeding (1)** 50:5
**impression (2)** 26:23
27:8
**inches (1)** 7:2
**incident (1)** 10:4 28:15
40:2 41:24
**include (1)** 57:15
**including (1)** 19:6
**indicated (1)** 65:10
**indicates (1)** 19:3
**individual (4)** 7:14
48:25 56:6,6
**individuals (2)** 12:5
15:5 26:25
**industrial-grade (1)**
23:23
**information (1)** 30:15
**initial (4)** 22:17,18 26:4
34:17
**initially (4)** 4:17 15:16
21:18 32:23
**injured (4)** 48:19 49:1
49:3 57:5
**injury (2)** 48:22,24
**inside (1)** 20:13
**instance (7)** 7:11 19:22
40:14 45:4 47:21
50:25 59:6
**instances (1)** 18:9
**instantaneous (1)** 6:17
**instantaneously (1)**
48:16
**instructed (1)** 12:4
**instruction (2)** 12:3
13:21 14:5 25:24
**instructions (5)** 12:1
13:4 14:3 25:21,25
**intention (2)** 26:4 60:10

**intentionally (1)** 50:5
**intentions (1)** 47:20
**interact (1)** 39:14
**interacted (3)** 10:20
11:6 18:9
**interacting (1)** 37:20
**interaction (1)** 11:2
**interactions (1)** 51:2
**interested (1)** 65:13
**interfered (1)** 29:7
**interview (1)** 17:3
**interviews (2)** 17:12
61:21
**investigative (1)** 16:9
**involved (7)** 11:23 14:6
28:14,25 29:2,16
46:18
**involvement (1)** 41:4
**Iowa (8)** 1:1,10,19 2:6
2:12 52:18,25 65:3
**issue (1)** 48:21
**issued (1)** 6:2
**issues (1)** 63:19

**J**

**jail (2)** 55:19,23
**Jaquan (4)** 11:19 16:20
16:21 36:5
**Jeffrey (2)** 1:8 34:4
**job (3)** 19:24 47:11
48:4
**JOHN (1)** 1:7
**Jones (5)** 1:17,24 65:2
65:17,18
**Joseph (1)** 34:4
**July (2)** 1:20 65:15
**June (3)** 13:10 40:1
58:1
**justified (1)** 60:17

**K**

**keep (2)** 25:10 62:10
**kick (1)** 60:23
**kicked (2)** 30:22 56:18
**kicking (5)** 17:1,13
47:17 56:17 57:1
**kids (2)** 34:5 51:5
**kind (27)** 8:22 13:21
20:4,6,10 21:22 22:10
24:12,13 25:17 27:13
30:6 31:21,23 35:5,18
35:19 37:20 43:17
44:3 45:1,2 48:17
49:17 50:16 60:6
62:21
**KIRK (1)** 1:9
**knee (1)** 51:6
**knife (1)** 47:2
**knock (1)** 19:14

Defendants' Appendix 663

knocked (5) 19:10 44:6
    44:14,21 57:10
knowing (4) 50:4,4
    51:4 59:9
knowledge (8) 8:8 9:18
    15:10 16:5 18:14
    26:12,14 48:25

_____ L _____

laid (1) 25:9
language (1) 18:18
large (1) 31:15
larger (1) 38:5
late (1) 58:1
Law (1) 2:4
lawful (2) 29:5 49:14
law-enforcement (2)
    29:6 30:16
leader (1) 15:5
leave (8) 49:15,22,22
    50:3 55:3,8 58:17,21
leaving (1) 55:2
led (1) 20:11
left (5) 21:20 25:2,3
    45:9,10
legal (1) 50:2
legally (1) 60:16
legislature's (1) 53:1
legs (1) 31:13
lens (1) 54:11
lesser (1) 55:13
lethal (6) 6:12,14 46:24
    55:9
Level (1) 1:18
Lieutenant (6) 14:24
    25:25 27:8 41:16
    50:17,20
line (12) 19:19,24 20:4
    42:23,24 43:10,10,15
    43:17 45:6,13 57:9
lined (2) 19:19 43:25
literally (1) 18:2
litigated (1) 37:12
little (3) 31:6 59:2 63:5
live (1) 9:9
loaded (1) 62:20
location (4) 12:6 13:1
    27:18 31:2
Locust (3) 35:24,25
    36:13
long (5) 4:10,24 56:3,5
    57:18
longer (2) 7:24 56:11
look (7) 7:22 8:16,18
    22:13 45:17 54:7 55:2
looked (1) 48:18
looking (7) 15:12 23:1
    35:13,21,21 39:20
    62:5

looks (4) 7:23 8:17 9:16
    9:17
lost (1) 58:22
lots (1) 54:9
Lower (1) 1:18
LUKE (1) 2:9
lunch (1) 52:14
lungs (1) 56:10
luxury (1) 53:2

_____ M _____

Mackel (3) 60:2,12
    63:18
Mackel-Wiederande—
    2:8 3:5 6:7 12:10
    22:13,24 37:8 38:16
    46:1,6 52:2,13,16
    59:16 63:14,25
making (3) 43:23 50:15
    53:6
male (1) 11:23
man (4) 47:22 48:7
    51:11 60:25
manner (2) 4:18 45:25
manpower (1) 49:19
man's (1) 48:16
marching (1) 43:20
mark (5) 22:5,20 46:2
    51:25 52:7
marked (4) 13:10 22:2
    22:22 52:9
marking (1) 22:7
mask (6) 23:23,25 54:3
    54:4,5,9
masks (1) 54:2
matter (3) 37:14 54:16
    54:17
McTaggart (3) 14:24
    14:25 41:14
mean (11) 10:22 12:23
    28:6 30:1,8 36:7
    37:22 44:8,20 45:7
    50:8
Media (1) 62:11
member (2) 4:8 26:1
memory (1) 37:18
Messamer (13) 2:3 3:4
    4:5 22:15 23:1 28:18
    46:3,8 52:7,11 59:19
    60:20 63:24
met (1) 24:19
method (3) 8:23 9:6
    48:4
methods (1) 6:16
Metro (20) 4:7,10,16
    4:17,21 5:2,9 9:19
    15:2,7,14,16,19 17:17
    17:20 18:5,12 34:2
    45:24 50:24

MICHELLE (1) 2:8
military (3) 9:8,10,20
mind (2) 15:21 55:12
minimum (1) 39:15
minute (2) 27:20,22
minutes (3) 10:9 52:14
    54:16
missed (1) 32:9
missing (1) 33:6
mixed (1) 37:21
moderately (1) 54:22
Moffatt (6) 37:6,7,7,7
    37:19 38:9
Moines (8) 1:10,18,19
    2:6,10,12 5:3 56:21
money (1) 55:22
month (1) 5:7
monthly (1) 5:5
months (1) 5:8
morning (1) 5:24
motivated (1) 58:10
mouse (1) 62:10
moving (3) 20:10 21:20
    21:21
multiple (1) 29:10
munition (2) 6:14 8:13
munitions (2) 6:12 55:9
mutual (1) 44:5

_____ N _____

N (2) 2:1 3:1
name (5) 11:17 12:6
    16:19 39:7,15
named (1) 37:1
names (2) 38:13 46:9
nasal (1) 56:11
natural (1) 25:14
nature (1) 9:5
near (5) 21:4 22:21
    32:22 35:8 54:11
nearly (1) 58:22
need (4) 15:21 38:6
    45:16 47:5
needed (3) 15:25 16:22
    47:24
neither (1) 65:11
never (4) 15:21 33:8,9
    48:16
new (1) 38:13
night (34) 4:7 5:25 6:3
    10:7,8,24,25 11:9
    12:2,4 13:21,23 17:23
    18:8 19:4 20:11 26:11
    29:11,23 30:12,17,25
    34:25 37:21 42:21
    44:9 45:3 46:15 47:13
    53:3 55:2 57:5 61:20
    62:4
nights (1) 45:5

nonviolent (1) 57:24
nook (2) 51:25 52:1
normal (2) 27:15 59:3
north (7) 21:21 35:23
    45:11,19 46:11 52:5
    62:5
northeast/north (1)
    62:4
north/south (1) 32:3
Notary (2) 1:17 65:3
nudge (1) 47:22
number (2) 11:10 44:20

_____ O _____

object (3) 12:11 38:17
    63:15
objection (1) 37:9
objects (1) 26:9
observation (1) 39:2
observe (3) 26:15 42:18
    43:11
observed (4) 21:19
    32:23 38:25 46:14
observing (1) 47:6
obviously (4) 11:12
    37:4 47:9 50:4
OC (3) 6:15 7:12 56:4
occasions (1) 17:8
occurred (1) 10:1
occurring (2) 28:3
    29:17
Office (1) 17:4
officer (40) 4:6,21 7:14
    18:21 22:16,17,18
    24:11,20 25:6,17 29:6
    30:16 31:20,22 32:4,6
    32:13 33:4,16,19,24
    34:23 37:4,19 38:20
    40:22 44:13 46:19
    47:17,20,23 49:14
    52:17 56:18,21,22
    58:7 61:3,3
officers (29) 4:15 5:13
    16:16,25 17:15,17,19
    17:20 19:5,19 20:13
    20:14 37:1 38:12,14
    39:24 42:9 44:25 45:1
    50:11 53:16 57:4
    58:20 61:1 62:14,18
    62:23 63:6,12
official (1) 29:7
Oftentimes (1) 46:24
Oh (1) 9:15
okay (26) 6:6,9 9:19
    11:21 12:16 13:11,15
    21:21 22:4,6,10,18,23
    23:3 25:16 35:9 36:19
    37:17 40:24 41:2
    45:21 46:22 49:10,25

52:7 58:4
once (3) 29:7 31:6
    32:17
ones (2) 16:25 29:1
one-way (1) 36:14
on-call (2) 59:5,6
operations (1) 18:10
opinion (5) 29:16 48:1
    49:2,14 55:15
opportunity (1) 60:11
OPS (2) 39:4 61:21
order (9) 14:8 29:6,13
    30:1,13 34:17 45:7
    49:14 50:7
orders (10) 20:2 26:15
    26:18 29:10,16,24
    30:5,25 48:20 49:17
Outlaws (3) 21:9 46:11
    62:5
outlier (1) 58:25
outside (3) 33:24 34:3,6
overarching (1) 28:8
overview (1) 35:20

_____ P _____

P (2) 2:1,1
paddy (2) 12:13 35:5
page (7) 22:6 40:16,22
    41:1 46:12 59:7 65:10
PAGE(S) (1) 3:7
pain (4) 49:2,4,7 56:7
Palmer (1) 37:5
paperwork (2) 13:23
    41:8
park (1) 36:16
parked (8) 20:18 21:10
    35:5,16 36:15,18,22
    63:2
parking (5) 26:5 53:15
    63:8,19,22
part (3) 20:10 29:18
    45:3
participate (1) 19:18
particular (2) 27:24
    59:5
parties (2) 34:6 65:12
pass (1) 13:25
passage (1) 56:11
paste (1) 18:18
patrol (1) 36:20
Patton (4) 11:19 16:20
    16:21 36:5
peaceful (2) 58:2,5,7
Peak (1) 14:24
Pen (1) 22:23
people (32) 7:3 14:17
    16:16 18:5 19:21 20:3
    20:6 26:5 28:8 34:7
    39:1 41:7 43:6,18,25

Defendants' Appendix 664

DEPOSITION OF BRANDON HOLTAN

44:1 45:2,6,10,19
46:17,23 50:1 54:20
55:2,7,8 58:17,20
61:21 63:3,19
**pepper (4)** 23:18,20
42:21 43:2
**pepper-sprayed (10)**
31:17 43:7,11,15 48:8
48:24 49:5,8 59:20
60:24
**pepper-spraying (3)**
17:1,13 42:20
**period (2)** 6:18 56:14
**periods (2)** 10:3 57:25
**person (14)** 7:15 12:17
12:20 27:19 28:10
29:15,20 42:18 47:1
47:10 48:25 56:19
60:23,24
**personally (1)** 26:15
**person's (2)** 49:2 51:9
**petition (1)** 57:15
**photographs (2)** 41:21
41:23
**photos (1)** 39:20
**physical (1)** 47:9
**pick (1)** 7:12
**picking (1)** 7:16
**picture (1)** 51:24
**pin (1)** 9:11
**place (7)** 7:11 10:12
16:22 24:18 29:21
39:2 65:9
**Plaintiff (2)** 1:5 2:3
**plan (1)** 28:23
**planned (1)** 59:4
**planning (1)** 27:25
**played (2)** 62:9 63:7
**Player (1)** 62:11
**please (1)** 13:24
**point (7)** 10:20 15:18
25:10 26:20,22 45:12
53:11
**pointed (2)** 32:1 46:11
**pointing (1)** 47:16
**points (1)** 21:9
**police (3)** 5:4 27:16
56:22
**policy (1)** 5:20
**position (3)** 31:12,22
42:22
**possible (2)** 32:9 60:13
**possibly (4)** 13:19
20:21 23:21 35:2
**power (1)** 11:4
**PowerPoint-type (1)**
9:2
**practically (1)** 60:17
**Pratt (1)** 57:8

**preceded (1)** 44:11
**preceding (1)** 26:19
**precisely (1)** 23:5
**prepare (1)** 9:24
**prerequisite (1)** 49:10
**presence (1)** 26:21
**present (6)** 2:14 4:19
5:20 26:2 56:15 62:19
**presume (1)** 48:21
**presupposes (1)** 56:12
**pretty (5)** 16:21 23:6
25:19,20 54:18
**prevent (1)** 7:16
**previous (1)** 42:22
**primarily (1)** 9:4
**prior (6)** 10:5 26:10
30:2 39:9 58:4 65:4
**probable (3)** 28:14 29:3
50:12
**probably (4)** 31:15
39:9 40:14 43:22
**problems (2)** 35:13,22
**process (4)** 15:1,8 40:5
41:10
**processed (1)** 41:8
**professional (2)** 17:4
48:18
**projectile (1)** 6:23
**proper (1)** 28:7
**property (3)** 11:18,23
28:9
**protesters (3)** 57:21
58:5,8
**protests (3)** 57:22,24
58:1
**provide (2)** 12:5 25:25
**provided (2)** 5:12 12:4
**PR-24 (2)** 32:7 33:20
**psychologically (1)**
59:12
**Public (2)** 1:18 65:3
**pull (4)** 9:11 45:16
60:20 62:3
**purpose (1)** 9:5
**push (3)** 24:8 31:3
51:20
**pushed (6)** 24:10,12,16
25:1 31:4,6
**pushing (2)** 51:16,21
**put (8)** 7:11 11:22
16:22 34:11 48:17
54:15 55:16 57:13
**putting (1)** 55:19
**p.m (1)** 64:2

___

**Q**

**question (11)** 12:11
21:10 28:12,18 40:14
41:3 45:21 49:21

56:12 60:13,15
**questions (4)** 37:14
48:7 52:11 56:16
**quickly (1)** 54:18
**quiet (1)** 36:21
**quietly (1)** 25:13
**quite (4)** 22:7 31:15
33:13 57:16

___

**R**

**R (3)** 2:1,8 65:1
**ramp (1)** 53:15
**ran (9)** 21:11 24:18
25:16 29:7 32:24
33:15 43:15 44:1
45:11
**ranking (1)** 26:1
**Ray (1)** 2:11
**reacts (1)** 51:9
**read (5)** 28:18,20 34:23
35:1 46:8
**really (4)** 21:13 25:13
25:24 56:7
**reapply (1)** 4:12
**reason (7)** 28:4,12
29:12,22 46:25 61:14
63:21
**reasonable (5)** 27:17,21
29:15,20 46:21
**reasonableness (1)**
50:13
**recall (14)** 19:2 20:20
31:12 33:21 34:10
41:13,15 42:19 43:3,9
43:13 45:4 57:22 58:6
**recitation (1)** 44:3
**recollection (5)** 6:4 8:6
21:14 24:3 54:21
**record (4)** 28:20 40:11
46:2 56:1
**Recording (1)** 40:12
**records (1)** 13:19
**recover (2)** 40:3,11
**recovering (1)** 40:5
**REDIRECT (2)** 3:3
59:18
**refer (1)** 7:3
**reference (3)** 19:1 46:7
56:16
**referencing (2)** 20:25
45:4
**referred (2)** 3:7 53:15
**referring (1)** 60:12
**refused (1)** 29:8
**regards (1)** 45:21
**regular (1)** 7:23
**related (3)** 11:8 39:4
41:24
**relation (2)** 32:19 33:2

**relative (2)** 31:21 65:11
**released (1)** 10:24
**relevance (1)** 37:9
**remained (1)** 24:5
**remember (34)** 10:11
11:10,16 12:19 13:2
14:9,20 16:2 19:22
21:16 24:8 25:1 33:18
34:13,14,18,21,22
35:22 36:17,17,25
37:2 38:11 42:10,12
42:14 43:3 44:4,24
50:23 57:19 59:24
60:1
**remembered (2)** 39:17
39:21
**remote (1)** 62:4
**report (40)** 9:25 11:24
12:3 13:8,9,10,17,24
13:25 14:1,7,18 15:4
15:11,13,20 16:1,4,23
18:15,22,24 19:1,3
20:11 21:1 33:22,23
34:23,24,25 37:1
39:12,24 40:1,15 41:4
41:6 42:2 59:7
**Reported (1)** 1:24
**Reporter (2)** 1:17 65:3
**reporting (1)** 15:8
**reports (7)** 11:8 12:2
13:6,21 14:4 16:18
41:21
**request (2)** 13:20 40:7
**requirement (2)** 9:22
50:3
**research (2)** 39:19
**resistance (1)** 51:23
**resisting (2)** 51:13,21
**resists (1)** 47:10
**responding (2)** 60:13
61:15
**response (2)** 27:18
60:15
**responsibilities (1)** 16:7
**responsibility (1)** 16:10
**responsible (1)** 28:5
**restaurant (1)** 35:6
**result (1)** 51:14
**returned (1)** 35:24
**review (5)** 9:24 15:1
16:3,6,12
**reviewed (5)** 9:25 10:10
35:2,3 41:21
**reviewing (1)** 26:17
**rewriting (1)** 40:9
**rifle (1)** 7:23
**right (26)** 11:6 18:2
20:10,23 21:21 22:11

24:21 25:2,3,19,20
32:4 33:15 35:4,6
36:15,22 41:1 45:8
46:10,12 49:22 55:17
59:16 62:3 63:8
**rights (1)** 58:12
**rinse (1)** 57:6
**riot (1)** 59:14
**rioting (1)** 28:7
**road (2)** 50:6,16
**roads (2)** 35:23 36:11
**roadway (1)** 50:5
**Robert (1)** 2:11
**Robinson (2)** 17:5,9
**room (2)** 1:18 8:9
**roster (1)** 36:24
**roughly (1)** 62:21
**round (3)** 6:22 7:5,15
**rounds (1)** 6:21
**routed (3)** 15:13,14,16
**routing (1)** 15:18
**RPR (2)** 1:24 65:18
**rubber (3)** 7:3,10 8:1
**rubberized (1)** 6:23
**rule (2)** 51:18 61:1
**run (6)** 23:9 24:9 43:17
43:20,22 44:25
**running (5)** 21:18
28:15 33:9 39:1 53:25
**rush (3)** 19:20 20:5
45:8

___

**S**

**s (2)** 2:1 65:17
**safe (1)** 46:15
**safety (1)** 23:24
**Santizo (1)** 41:16
**saw (5)** 21:22 22:5,19
23:9 53:25
**saying (4)** 24:16 26:24
27:19 59:7
**says (5)** 19:4 20:12 21:1
40:1 41:20
**scared (1)** 45:10
**scene (3)** 18:8 27:21
55:3
**Schafnitz (6)** 14:13,15
25:25 27:9 50:18,20
**schools (1)** 5:14
**screen (1)** 48:8
**seals (1)** 54:9
**search (1)** 9:5
**searching (1)** 10:15
**Second (3)** 30:10 57:9
**seconds (7)** 6:19,19
25:17 44:11 54:16,17
62:8
**secure (1)** 26:5
**secured (1)** 21:4

Defendants' Appendix 665

security (1) 16:13
see (16) 9:1,14 21:25
22:22 32:6 36:16
38:14,15 42:9 53:12
54:12 57:21 58:7
62:11,13 63:13
seeing (3) 21:16 42:14
57:22
seen (4) 9:14 40:20
43:23 48:16
send (2) 15:21,23
sent (2) 5:13 40:17
separate (2) 5:18 17:8
sergeant (9) 13:19
14:13,23,23 15:23
17:5 40:17 41:3,11
severe (1) 27:3
Sharpie (2) 22:25 52:3
she'd (1) 30:12
she'll (1) 51:8
shield (10) 24:10,13
25:9,11 31:3,4,9,13
31:15 51:16
shields (1) 19:24
shift (3) 57:20 59:3,4
shirt (2) 48:8 60:25
Shorthand (2) 1:17
65:2
showed (1) 42:16
shown (2) 8:10 56:25
shows (2) 42:17 62:8
shut (3) 10:21,25 30:21
side (8) 13:17 26:8 32:5
45:9,9,10,11 52:5
sidewalk (5) 22:21
24:19 32:25 33:1 50:6
Sierra (6) 10:16 11:2,6
11:13,23 37:5
sight (1) 36:6
similar (3) 7:7,23 8:18
simple (1) 40:7
single (2) 6:24,25
sit (2) 13:5 42:7
situation (1) 49:19
six (4) 5:6 7:25 41:1
49:17
skipping (2) 33:5 62:6
skirmish (9) 19:24 20:4
42:23,24 43:9,17 45:6
45:13 57:8
skywalk (1) 47:22
slow (1) 6:18
slowly (1) 43:20
small (2) 8:7 23:14
smoke (1) 6:15
somebody (8) 14:19
27:22 32:14,15 47:8
50:3 56:9 61:16
sorry (5) 25:14 36:21

37:7 40:24 60:21
sort (5) 8:19 26:21
56:12
south (2) 21:21 26:3
SOUTHERN (1) 1:1
space (2) 23:14,14
Spaghetti (1) 35:8
speak (1) 6:8
speaking (5) 25:13
34:18,18 60:9,17
specialized (2) 5:14
7:21
specific (11) 5:13 8:21
11:10 17:22 18:7
25:24 35:15 52:17,25
56:5 57:20
specifically (11) 13:2
19:22 20:2,20 32:21
33:21 35:22 37:2 48:3
57:8 61:23
speculation (2) 38:17
61:24
spend (1) 55:22
Splash (1) 36:16
split (2) 37:23 38:1
sports (1) 48:18
spot (2) 45:13 57:13
spray (8) 23:18,21
38:14 42:21 43:2 56:4
56:9 57:1
sprayed (2) 24:4 56:8
stamp (2) 13:17 62:12
Standards (1) 17:4
standing (3) 18:2 32:19
33:7
start (1) 62:6
started (2) 57:19 61:13
starts (1) 40:22
State (1) 65:3
STATES (1) 1:1
station (4) 11:18 59:8,9
62:19
status (1) 59:5
staying (1) 29:18
stenographically (1)
65:9
stepping (1) 34:14
stinger (8) 5:11,18 6:11
8:4,6 9:17 42:9,12
stop (3) 7:16 27:4 62:21
straight (1) 24:19
street (10) 20:13,22,22
21:2,9 26:7,8 36:14
48:9 53:18
struck (1) 19:9
struggling (1) 51:22
stuff (1) 49:20
subject (3) 50:7,9 60:10
submitted (5) 16:23

39:23 40:21 41:6 42:4
subsequent (1) 16:17
substantively (1) 15:19
sudden (1) 44:1
SueAnn (5) 1:17,24
65:2,17,18
suffered (2) 19:8 51:15
summer (4) 14:11,22
17:6,7
summers (1) 17:11
supervisor (2) 17:9
50:14
supervisors (1) 53:5
supplemental (6) 9:25
11:24 13:5 16:17
34:25 39:23
supposed (3) 17:25
18:3 25:22
sure (6) 6:7 16:21 22:5
43:24 45:15 47:20
Sushi (1) 35:6
sworn (2) 4:2 65:5
system (2) 7:20 41:9
S-c-h (1) 14:14
S-c-h-a-f-n-i-t-z (1)
14:16
S.T.A.R (21) 4:7,10,16
4:18,22 5:2,9 9:19
15:2,7,14,17,19 17:17
17:20 18:5,13 34:2
37:20 45:24 50:25

T

T (2) 65:1,1
tactical (1) 18:10
take (9) 5:2 11:3 20:3
21:8 22:13 27:16
34:11 52:14 56:11
taken (10) 1:16 11:17
11:17 24:20 29:8
31:10 32:20 33:11,13
65:8
takes (2) 49:14 56:3
talk (3) 18:21 41:7 55:5
talked (3) 36:4 61:20
63:18
talking (14) 12:14 19:4
19:23 33:6 34:20 35:7
35:16 40:25 43:24
45:15 46:10 48:10
50:17 60:6
target (1) 24:24
tasked (2) 43:9 53:8
team (40) 4:19,20,24,25
6:10 9:10 13:22 14:12
15:5 17:6,7,24 20:1,1
20:15,16,16 37:20,21
37:23,23,25 38:1,1,1
38:3,4,4,10 43:8,12

59:4 61:2,7,10,14,16
61:17,20 62:7
teams (1) 4:18
tear (7) 5:10,18 6:2,10
8:17 9:15 42:14
tell (12) 8:13 24:12
26:25 29:1 31:24
35:18,19 49:11,22
50:1 55:5 61:16
telling (3) 15:7 21:22
26:21
ten-hour (1) 59:4
term (2) 55:9,12
terminology (1) 28:7
terms (3) 39:19 56:24
58:24
testified (2) 4:3 12:12
testify (1) 65:6
testimony (2) 12:20
65:8
Thank (1) 52:12
Thanks (1) 63:24
thing (6) 7:19 8:23 9:2
13:16 42:17 43:24
things (7) 6:5 9:5,14
34:6 44:20 45:24
46:18
think (20) 4:25 7:20,24
11:10 16:5 19:3 25:20
31:25 39:17 43:23
46:22 49:7 50:1 51:3
51:15 61:10,14,18
62:24 63:15
thinking (1) 46:6
Third (7) 20:19 26:2
45:19 46:11 62:4,5
63:20
thought (4) 22:24 29:2
60:6,7
three (3) 11:11 49:16
51:5
threw (2) 28:10 57:10
throw (5) 7:13 8:25 9:7
9:11 28:11
throwing (3) 7:17 9:9
26:6
thrown (5) 8:11,17 26:9
42:17 53:16
throws (1) 8:5
tie (2) 49:19 54:15
ties (2) 25:12 55:19
time (24) 4:19 5:23
6:18 10:11 13:6 23:20
25:19,25 27:16,17,18
35:15 36:23 40:19
42:13,15 54:14 56:5
56:14 57:25 62:9,12
63:7 65:9
times (5) 5:6 31:3 43:2

45:14 58:2
Timing (1) 10:12
title (1) 65:10
today (1) 9:24
told (3) 15:25 23:17
39:9
tolerance (1) 56:7
tool (1) 8:5
tools (1) 55:7
top (2) 62:12
totality (1) 50:9
traditional (1) 57:22
traffic (1) 50:6
trained (2) 5:10 48:3
training (19) 5:3,5,6,9
5:13,15 8:25 9:3,9
26:10 27:15 45:23
47:12,19 48:2,12
49:10,13 52:18
transcription (1) 65:8
transferred (1) 12:24
transferring (1) 39:9
Tremble (3) 14:24
15:24 41:12
trial (1) 38:19
tried (1) 40:1
tripped (1) 33:10
trouble (2) 17:23,24
truck (5) 62:24 63:3,4,8
63:13
true (1) 65:7
truth (1) 65:6
try (4) 16:15,24 22:8
62:10
trying (7) 9:7 39:24
47:21,24 48:19 49:18
61:16
Tucked (1) 23:13
Tunks (1) 14:25
turn (4) 11:3,5 12:9
44:17
turned (8) 11:1 12:16
23:19,21 32:15 33:16
44:21 58:3
turning (1) 58:4
turns (1) 44:14
TV (1) 9:15
two (13) 5:6,7 8:10 10:6
11:15 20:2 27:22 34:7
37:23 42:16 49:16
58:1 59:14
type (2) 8:13 18:15
types (1) 6:16
typically (6) 15:3 19:23
30:21 39:14 52:24
59:3
T-boned (1) 45:2

U

Defendants' Appendix 666

**unable (1)** 40:2
**unconscious (1)** 57:11
**understand (8)** 4:6
  15:12 35:5 37:10,12
  51:4,9 57:12
**understanding (4)** 6:1
  13:4 27:12 45:15
**uniforms (4)** 17:21,22
  18:6,12
**unit (8)** 6:25 7:21 15:4
  15:11 37:24 38:3,7
  40:8
**UNITED (1)** 1:1
**units (1)** 18:7
**unlawful (3)** 26:11
  47:13 53:12
**upper (1)** 54:11
**use (31)** 5:16,18,25
  6:10 7:7 14:4,7,18
  15:1,3,8,10,12,25
  16:3 24:25 33:22
  40:15 41:4,6,12 42:1
  42:21 43:2 45:24
  46:22 47:22 50:25
  52:2 55:11,14
**uses (1)** 18:12
**usually (3)** 4:21 38:11
  59:10

**V**

**van (12)** 20:12,17 21:1
  21:10 26:2 35:16,24
  36:1,2,19,23 54:20
**vandalism (5)** 28:3,5,6
  28:17 50:10
**vandalized (1)** 28:13
**vandalizing (1)** 28:22
**vantage (1)** 53:11
**varies (1)** 56:6
**vehicle (4)** 10:15,16
  21:4 62:17
**vehicles (2)** 62:18 63:2
**verbal (1)** 47:6
**version (1)** 5:15
**versus (1)** 9:16
**vicinity (4)** 27:12 50:21
  50:22 53:17
**video (21)** 8:11 10:6
  21:8 36:19 40:13
  41:21,24 42:16 43:23
  44:24 45:14,16,22
  46:10 47:16 48:13
  56:16 60:20 62:3,9
  63:7
**videos (1)** 56:25
**view (2)** 32:16 48:13
**viewing (1)** 54:11
**views (1)** 48:15
**violent (3)** 53:21 58:3,4

**visible (2)** 22:8,9
**voice (1)** 58:22
**vs (1)** 1:6

**W**

**wagon (6)** 12:13,22,23
  12:24 35:5 39:10
**waiting (1)** 45:2
**wake (1)** 47:21
**walk (3)** 21:11,13 27:22
**walked (3)** 26:2 35:21
  48:22
**walking (4)** 26:8 45:19
  46:16 50:16
**wall (6)** 24:9,15 31:5
  51:21 52:4,5
**Walnut (5)** 20:12,21,22
  21:2 63:17
**want (7)** 37:16 42:6
  45:17 55:5 56:16
  60:20 61:18
**wanted (1)** 29:18
**warrants (1)** 9:5
**wasn't (4)** 24:21 61:2,2
  61:3
**watch (1)** 63:5
**watched (3)** 8:10 45:14
  47:17
**watching (3)** 9:2 21:8
  28:10
**way (12)** 8:21 32:3
  36:13,19 39:10 42:11
  47:4,11 58:10 59:15
  61:15 62:11
**weapon (1)** 24:24
**wear (3)** 51:12 56:4,13
**wearing (1)** 23:23
**website (1)** 53:1
**weeks (2)** 58:1 59:14
**Wellman (1)** 14:13
**went (7)** 20:18 21:23
  27:25 30:11 35:19
  38:19 62:20
**Wessels (2)** 41:18,20
**west (4)** 26:8 32:1
  36:12 47:16
**we'll (3)** 51:10 52:13
  62:6
**we're (12)** 5:21 22:5
  27:9 33:5,5 43:24
  46:10,12 49:17 59:8
  62:5 63:6
**we've (4)** 13:22 36:4,4
  49:12
**white (2)** 48:7 60:25
**wife (1)** 51:7
**window (1)** 40:10
**Windows (1)** 62:11
**WINGERT (1)** 1:9

**wings (1)** 45:2
**witness (2)** 4:2 6:9
**witnessed (2)** 30:14
  38:20
**witnesses (2)** 8:10
  42:16
**work (8)** 4:21 9:1 23:3
  27:16 33:25 34:3
  58:24 59:3
**working (3)** 4:7,16
  22:23
**works (2)** 7:10 35:8
**worse (1)** 49:19
**wouldn't (2)** 51:18 55:3
**write (2)** 12:3 13:5
**writing (2)** 12:2 19:1
**written (1)** 18:24
**wrote (2)** 18:21 39:12

**X**

**X (3)** 3:1 22:22,22

**Y**

**Yeah (2)** 16:21 63:4
**year (4)** 4:13 5:7,24
  55:3
**years (2)** 4:11
**yell (1)** 58:17
**yelling (3)** 28:11 58:20
  58:23
**Yep (1)** 21:3
**younger (1)** 38:11

**Z**

**zero (1)** 30:12
**zip (3)** 25:12 54:15
  55:19

**1**

**1 (7)** 1:7 4:20,25 20:16
  37:25 38:1,3
**1:45 (1)** 30:21
**10 (3)** 6:19 13:10 54:25
**10:40 (1)** 1:19
**12 (1)** 1:20
**12th (1)** 65:15
**12:07 (1)** 64:2
**15 (2)** 62:22 63:3
**19-hour (1)** 57:20

**2**

**2 (5)** 1:18 7:2 9:7 38:1,4
**20 (2)** 54:24,25
**200 (3)** 20:12 21:1
  63:17
**200-pound (1)** 51:11
**2020 (1)** 5:1
**2021 (2)** 1:20 65:15
**22 (1)** 3:8

**2910 (1)** 2:5

**3**

**3 (1)** 4:19
**30 (3)** 5:23 6:19 62:8
**31 (1)** 5:24

**4**

**4 (7)** 3:4,8 22:2,4 37:20
  37:23 40:16
**4-1 (3)** 37:23,24 38:5
**4-2 (2)** 37:23 38:5
**4:21-cv-00043-SBJ (1)**
  1:6
**400 (1)** 2:11
**42:06 (1)** 62:6
**42:20 (1)** 63:6
**42:35 (1)** 62:13
**42:47 (1)** 63:13

**5**

**5 (3)** 3:9 52:8,9
**50309-1813 (1)** 2:12
**50312 (1)** 2:6
**52 (2)** 3:5,9
**59 (1)** 3:4

**6**

**60 (1)** 44:11

**7**

**75 (1)** 53:24

**9**

**9 (1)** 40:1

**METRO**
**SPECIAL TACTICS & RESPONSE UNIT**



**STANDARD OPERATING PROCEDURE**

Defendants' Appendix 668

**METRO SPECIAL TACTICS & RESPONSE UNIT
STANDARD OPERATING PROCEDURE
01 May 2018**

TABLE OF CONTENTS

| | | |
|---|---|---|
| Section I | General | Page 3 |
| Section II | Mission | Page 4 |
| Section III | Organization | Page 5-6 |
| Section IV | Specialized Teams | Page 7 |
| Section V | Dive Team | Page 8-9 |
| Section VI | Entry Teams | Page 10-11 |
| Section VII | Marksman/Observer Teams | Page 12 |
| Section VIII | Weapons of Mass Destruction S.W.A.T. Team | Page 13 |
| Section IX | Crisis Negotiator Team | Page 14 |
| Section X | Tactical Dispatchers | Page 15 |
| Section XI | Patrol Rifle Program | Page 16 |

Defendants' Appendix 669

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION I**
**GENERAL**

1. This document will serve as the approved Standard Operating Procedure (SOP) for the Metro Special Tactics And Response Unit.  (Metro STAR Unit)

2. The Metro Special Tactics and Response Unit is comprised of specially trained and equipped personnel utilized in circumstances which are not within the normal scope of capabilities routinely handled by Uniformed Division Patrol Officers.

3. The development of this Unit SOP is designed to provide operational guidelines and acknowledges the nature of law enforcement and related operations is such that every circumstance cannot be anticipated or specifically planned for.  Supervision and training emphasizes overall core competency, logic, and the ability to apply the training and equipment to situations encountered in the field in a lawful, controlled, competent and reasonable manner.

4. This Unit SOP guidance is in accordance with the Des Moines Police Department's Uniformed Operations Division SOP and the Department's Rules and Regulations.

5. Membership in the Unit is comprised from several law enforcement agencies from the Des Moines Metro Area.  All members assigned to the Des Moines Metro Special Tactics and Response Team are expected to follow the Unit SOP, related guidelines and training.  This does not exempt members from following their respective home agency SOP's or lawful orders from supervisors of their home agency.

6. The use of Metro STAR assets requires a decision process involving a cooperative evaluation by all involved supervisors of the circumstances and appropriateness of using tactical resources.  In non-emergency circumstances, as much intelligence information as possible will be collected and evaluated.

7. For non-emergency warrant service requests, requesting investigator/officer will provide:

   A.  Completed Metro STAR Information/Threat Form
   B.  Copy of Warrant or explanation of why a warrant is not needed
   C.  Case Summary
   D.  Background Information on Suspect(s) to include Criminal History

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION II**
**MISSION**

1.  Mission**:**  The mission of the Metro Special Tactics and Response Unit is to provide the public with a prepared and professional emergency response and defensive capability to manmade and naturally occurring critical incidents.  This is achieved through the combination of management, professional training, and the use of specialty equipment and techniques.

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION III**
**ORGANIZATION**

1.  The Metro STAR Chain of Command is as follows:

    A.  Uniformed Operations Division Headquarters Captain

    B.  Metro STAR Lieutenant

        1)  The Lieutenant is responsible for ensuring the overall mission capabilities of the Unit are maintained by direct daily supervision of the Sergeants.  The Lieutenant is responsible for the safety, proper training, equipping, and deployment actions of the Unit.  The Lieutenant will keep the Operations Division Headquarters Captain briefed on daily training, emergency deployments, any requests for use of the Unit, and any deficiencies in training or equipment.  The Lieutenant is responsible for the daily administrative requirements of the Unit and any other duties as directed by the Operations Division Headquarters Captain.

    C.  Metro STAR Sergeants

        1)  The Sergeants are responsible for ensuring the overall mission capabilities of the Unit are maintained by daily supervision of the Team Leaders.  The Sergeants will keep the Lieutenant briefed on daily training, emergency deployments, any requests for use of the Unit, and any deficiencies in training or equipment.  The Sergeants are responsible for the daily supervision of training, equipment maintenance, administrative duties and any other duties as directed by the Lieutenant.

    D.  Metro STAR Team Leaders

        1)  The Team Leaders are responsible for ensuring the overall mission capabilities of the Unit are maintained by direct supervision of team members and providing for the professional training of their assigned teams.  The Team Leaders will keep the Unit Sergeants briefed on daily training, emergency deployments, any requests for use of the Unit, and any deficiencies in training or equipment.  Team leaders are responsible for forwarding requests for administrative issues, outside agency training requests, and any other concerns or recommendations related to the teams.

    E.  Metro STAR Assistant Team Leaders

        1)  The Assistant Team Leaders are responsible for ensuring the overall mission capabilities of the Unit are maintained in the absence of the Team Leader.

2.  At each level of supervision, a primary responsibility is to provide training and guidance for subordinates to attain confidence and proficiency in fulfilling the duties of their immediate supervisor in the event of the supervisor's absence.

3.  The Lieutenant, Sergeants, Team Leaders and Assistant Team Leaders will maintain proficiency in the concepts and application of the Incident Command System and the National Incident Management System. Team Leaders and Assistant Team Leaders will maintain an understanding of the Incident Command System and the National Incident Management System as it applies to their operational responsibilities.

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION IV**
**SPECIALIZED TEAMS**

1.  Unit Specialized Teams are comprised of:

    A.  Dive Team
    B.  Entry Teams
    C.  Marksman/Observer Teams
    D.  Weapons of Mass Destruction Special Weapons and Tactics Team
    E.  Crisis Negotiation Team
    F.  Tactical Dispatchers
    G.  Bomb Squad

2.  Specialized functions include:

    A.  Waterway and Dive Operations
    B.  Motorcycle Functions
    C.  Civil Disturbances
    D.  Patrol Rifle Certification and Training
    E.  Dignitary Protection
    F.  High Risk Warrant Service
    G.  Barricaded/Hostage Situations
    H.  Weapons of Mass Destruction Interdiction and Response
    I.  Mobile Command Post Operations
    J.  Special Event Protection
    K.  Public Awareness Training
    L.  Explosives and Criminal Use of Hazardous Materials
    M.  Incident Command Functions
    N.  Crisis Negotiation
    O.  Training
    P.  Any other assignments/duties as directed by the Chief of Police

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION V**
**DIVE TEAM**

1. The Dive Team is tasked with assignments to conduct waterway operations, locate and recover drowning victims, search for and recover stolen property and evidence, conduct inspections and any other related assignments as directed by the Metro Special Tactics and Response Unit Commander.

   A. After notification, the Metro Special Tactics and Response Supervisor will notify the Dive Team Leader and appropriate personnel.  The Dive Team Leader will deploy with a minimum of three divers and a boat operator.

2. The Dive Team Supervisor or designate will proceed to the scene and obtain information and assess the feasibility and appropriateness for use of the team and to determine the personnel/equipment requirements.

   A. If a dive operation will be conducted, divers assigned to the team will respond to the scene with the equipment, identified by the Dive Team Leader, for the operation.

   B. Factors to be considered before making a dive;
      1) Physical and environmental Hazards
      2) Urgency of operation
      3) Safety of personnel

   C. Upon determination that a dive will take place, the Dive Team Leader, will assign personnel to the various operational assignments.

3. The Dive Team will function under the guidelines and best practices as identified in the training and certifications specified in the Emergency Response Diver (ERDi) certification courses for Public Safety Dive Teams.

   A. Levels of Training and Certification:

      1) Awareness – The Awareness level is achieved by participating in the associated classroom-based section of education for the ERDI course of interest. Upon completion of the classroom ERDI Academy courses, an individual will receive an awareness level certificate.

      2) Operations – The Operations level of certification requires the participant to complete the classroom academics and participate in the non-diving practical segments of the course taught by an ERDI Instructor. Depending on the program an individual is completing, this portion of the training shows how to properly perform and/or supervise non-diving emergency response duties.

Defendants' Appendix 675

3) Technician (ERDi I and II) – The Technician level is the final step and requires the participant to complete the required number of practical training sessions under the supervision of an ERDI Instructor. Here, the individual will apply what he or she has learned during the awareness and skill-development sessions, while learning practical lessons that can only be gained by performing all practical activities associated with the program.

4) Watercraft - Watercraft operations are taught within the Unit in accordance with the Army Corps of Engineer's Motor Boat Operator's Course.

4. All training records are documented and kept at the Unit level.

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION VI**
**ENTRY TEAMS**

1.  The Metro STAR Unit Entry Teams consist of Tactical Operators properly trained and equipped to handle unusually hazardous situations or missions which would otherwise exceed the capabilities of traditional law enforcement resources to include:

    A.  Hostage Situations
    B.  Barricaded Subjects
    C.  High Risk Warrant Service
    D.  High Risk Apprehension
    E.  High Risk Security Operations
    F.  Terrorism Response
    G.  Special Assignments as directed by the Chief of Police

2.  Entry Teams are supervised and trained by Senior Police Officer Team Leaders under the direct supervision of Unit Sergeants.  Training, equipment and specialty skill sets include:

    A.  Firearms
    B.  Chemical Munitions
    C.  Physical Entry Tools
    D.  Explosive Entry Tools
    E.  Explosive Distraction Devices
    F.  Specialty Vehicle Operation
    G.  Tactical First-Aid
    H.  Dignitary Protection
    I.  Critical Infrastructure Protection
    J.  Motorcycle Operation
    K.  High Risk Warrant Tactics
    L.  High Risk Apprehension Tactics
    M.  High Risk Patrol Functions
    N.  Civil Disturbance Response
    O.  Active Shooter Response
    P.  Terrorism Response

3.  Training and certifications are closely reflected in the guidelines and best practices as identified by the National Tactical Officer's Association.

4.  Initial training consists of regularly attended unit level instruction and basic S.W.A.T. Operations School to include:

    A.  Room Combat
    B.  Areas of Responsibility
    C.  Communications
    D.  Room Clearing

   E.  Tactical Movement
   F.  Emergency Withdrawal
   G.  Entry Points
   H.  Shield Use
   I.   Distraction Devices
   J.  Breaching
   K.  Hostage Rescue
   L.  Firearms
   M.  Tactical First-Aid and Extractions
   N.  Special Building Entry and Clearing Training
   O.  Tactical Equipment and Vehicles
   P.  Rappelling
   Q.  Chemical Munitions

5.  Advanced Schools are attended as available and may include:

   A.  Advanced Firearms Training
   B.  Chemical Munitions Instructor
   C.  Civil Disturbance Operations
   D.  Active Shooter Response
   E.  Explosive Breaching
   F.  Responding to Acts of Terrorism
   G.  Advanced Rappelling
   H.  Warrant Service Planning
   I.   Hazardous Materials
   J.  Advanced Dignitary Protection

6.  All training records are documented and maintained at the Unit level.

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION VII**
**MARKSMAN/OBSERVER TEAMS**

1. The Metro STAR Marksman/Observer Teams consist of specially trained Tactical Operators properly trained and equipped to utilize high power rifles in support of the Entry Teams or other protective assignments designated by the Unit Commander and includes:

   A. Control Inner Perimeter
   B. Gather and Provide Intelligence Information
   C. Provide Cover to Protect the Evacuation of Innocents.
   D. Provide Cover to Protect Entry Teams.
   E. Deliver Selective Fire on Command, or as needed, to neutralize an immediate threat

2. Marksman/Observer Teams are supervised and trained by Senior Police Officer Team Leaders under the direct supervision of Unit Sergeants.  Training, equipment and specialty skill sets include:

   A. Firearms
   B. Intelligence Gathering and Reporting
   C. Dignitary Protection
   D. Tactical First-Aid
   E. Vehicle Operation
   F. Active Shooter Response
   G. Terrorism Response
   H. Photography
   I. Use of Camouflage

3. Training and certifications are closely reflected in the guidelines and best practices as identified by the National Tactical Officer's Association.

4. Initial training consists of regularly attended unit level instruction and the Des Moines Police Department's Precision Marksman/Observer Basic School.  Standards, tactics, and best practices are specified in the Marksman/Observer Basic School Manual.

5. Advanced schools are attended as available.

6. All training records are documented and maintained at the Unit level.

Defendants' Appendix 679

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION VIII**
**WEAPONS OF MASS DESTRUCTION S.W.A.T. TEAM**

1.  The Metro STAR Unit Weapons of Mass Destruction S.W.A.T. Team consists of Tactical Operators properly trained and equipped to handle unusually high hazardous situations or missions related to the use, or threatened use of weapons of mass destruction.  Members of this team are trained at the Entry Team level and Hazardous Materials Technician certification in field operations involving the use of chemical, biological, radiological, nuclear, and explosives weapons.

2.  Entry Teams are supervised and trained by Senior Police Officer Team Leaders under the direct supervision of Unit Sergeants.  Training, equipment and specialty skill sets begin at the Entry Team level of training and in addition includes:

    A.  Hazardous Materials Technician Certification
    B.  Chemical, Biological, Radiological, Nuclear, and Explosives Recognition
    C.  Individual Protective Equipment and Decontamination
    D.  Environmental Monitoring Equipment
    E.  Tactical Operations in Contaminated Environments

3.  Advanced Schools are attended as available and may include:

    A.  Advanced Hazardous Materials Training
    B.  Incident Response to Bombing Incidents
    C.  Incident Response to Suicide Bombing Incidents
    D.  Advanced Radiological Detection and Response
    E.  Federal Center for Domestic Preparedness Operations Schools (CBRNE)
    F.  Air Monitoring
    G.  Sampling and Evidence Collection
    H.  CBRNE Related Warrant Planning and Service

4.  All training records are documented and maintained at the Unit level.

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION IX**
**CRISIS NEGOTIATOR TEAM**

1.  The Metro STAR Unit Crisis Negotiator Team consists of personnel properly trained and equipped to conduct crisis intervention and negotiating techniques with offenders for the purposes of:

    A.  Preventing Suicide
    B.  Gaining Compliance from a Barricaded Suspect
    C.  Gaining Compliance from a Hostage Taker
    D.  Providing Intelligence Information to Entry Team

2.  Crisis Negotiators are supervised and trained by a Senior Police Officer Team Leader under the direct supervision of Unit Sergeants.  Training, equipment and specialty skill sets include:

    A.  Basic Crisis Negotiator Training
    B.  Advanced Crisis Negotiator Training
    C.  Electronic Communication Equipment
    D.  Vehicle Operation
    E.  Fall Protection Equipment Training and Use

3.  All training records are documented and maintained at the Unit level.

Defendants' Appendix 681

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION X**
**TACTICAL DISPATCHERS**

1.  Tactical Dispatchers are specially trained communications and support personnel utilized in the Tactical Command Post in support of communication needs during critical incidents.

2.  Tactical Dispatchers are trained at the Communications Section operations level and receive additional training to include:

    A.  Command Post Operations
    B.  Tactical Team Terminology
    C.  Communications in Field Operations
    D.  Familiarity with Outside Agency Communications

3.  All training records are documented and maintained at the Unit level.

Defendants' Appendix 682

**METRO SPECIAL TACTICS & RESPONSE**
**STANDARD OPERATING PROCEDURE**
**SECTION XI**
**PATROL RIFLE PROGRAM**

1.  The Metro STAR Unit provides regular professional training as it applies to the use of patrol rifles.

2.  The Metro STAR Unit is responsible for providing:

    A.  Basic Patrol Rifle Training and Certification
    B.  Providing Armorers for Repairs and Inspections
    C.  Regularly Scheduled Marksmanship and Tactical Instruction
    D.  Advanced Tactical Instruction
    E.  Safety Instruction

3.  All training records are documented and maintained at the Unit level.



Name : **Foote, Denver Rose**

Alias :

| | | | |
|---|---|---|---|
| DOB: | ▮▮▮ | Age: | **24** |
| Race: | **ASIAN/PACIFI** | Sex: | **FEMALE** |
| Height: | **4'11** | Weight: | **101** |
| Hair: | **BLACK** | Eye: | **BROWN** |

Phone # : **H:(515) 529-2438  Emrg:(815) 830-8627**

Name # : **942716**          SSN # : ▮▮▮

FBI # :                       SBI # :

DR. Lic. : ▮▮▮     **IA**

Alerts :

NCIC FPC :

HENRY FPC :

Address History :
**411 N 5TH ST 3 CLEAR LAKE IA 50428**
**05/31/2020**
**1624 INGERSOLL AVE 3 DES MOINES IA 50312**
**05/31/2020**
**6124 HARWOOD DR  DES MOINES IA 50312**
Employment History :
**INSTYLE SALON  WEWST DES MOINES**
**05/31/2020**
**(EMPTY)**
**05/31/2020**
**INSTYLE SALON**

SMT :
**TATTOO LEFT ARM / MANDALL + WRITING**

Comments :
**[05/31/2020 16:50]  PRINTED DMPD RIOTING, CRIM MISC 2ND 20-14451 AG338735  DOO 5/31/20 (2C00BP) K.**
**PIERCE**

R_Rap3

**Des Moines Police Department**

## RAP Sheet

### Foote, Denver Rose

| Case | Arrest ID | Arrest Date | Charge | Disposition |
|------|-----------|-------------|--------|-------------|
| 2020-0014451 | DMPD 2020-0003595 | 05/31/2020 | RIOT | |
| 2020-0014451 | DMPD 2020-0003595 | 05/31/2020 | UNLAWFUL ASSEMBLY - 1978 (SMMS) | |
| 2020-0014451 | DMPD 2020-0003595 | 05/31/2020 | FAILURE TO DISPURSE - 1978 (SMMS) | |

R_Rap3

| | |
|---|---|
| **From:** | Jeffery K. Noble |
| **To:** | Nicolino, Chad M. |
| **Cc:** | Kate Clark; Jessica Molina |
| **Subject:** | RE: Okay, VERY minor tweak of the language, but let"s go with the plan. . . |
| **Date:** | Sunday, May 31, 2020 1:02:13 PM |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Okay, I talked to booking at the jail.  They will need a new or amended booking sheet on each inmate.   (The guy at the jail thought those were saved in Tracs and would be easy to update).

For those that we tried before to charge with Criminal Mischief, he said we could just leave that charge (Criminal Mischief) listed on the revised booking sheet, but cross it out, so they have a record that we decided not to file it.

Jeff

---

**From:** Nicolino, Chad M. <CMNicolino@dmgov.org>
**Sent:** Sunday, May 31, 2020 12:54 PM
**To:** Jeffery K. Noble <Jeff.Noble@polkcountyiowa.gov>; George, Jeffrey W. <jwgeorge@dmgov.org>; Buck, Brian P. <BPBuck@dmgov.org>
**Cc:** Kate Clark <Kate.Clark@polkcountyiowa.gov>; Jessica Molina <Jessica.Molina@polkcountyiowa.gov>
**Subject:** RE: Okay, VERY minor tweak of the language, but let's go with the plan. . .

Jeff

Thanks for the update.  WE will start working on the submittal of new charges and reviewing the arrests up to the 0230 hrs timeframe.  If you need updated bookers, we can take care of that as well.  Just let us know.  Thanks

Chad M. Nicolino
Sergeant
Crimes Against Persons Section
Des Moines Police Department
515-237-1554
cmnicolino@dmgov.org

---

**From:** Jeffery K. Noble <Jeff.Noble@polkcountyiowa.gov>
**Sent:** Sunday, May 31, 2020 12:51 PM
**To:** Nicolino, Chad M. <CMNicolino@dmgov.org>
**Cc:** Kate Clark <Kate.Clark@polkcountyiowa.gov>; Jessica Molina <Jessica.Molina@polkcountyiowa.gov>
**Subject:** Okay, VERY minor tweak of the language, but let's go with the plan. . .

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

. . . Rioting, Failure to Disperse, Unlawful Assembly using this language where appropriate. . .

> *Defendant was a member of a group (of WELL over three people) that assembled to protest allegations of racism and police brutality.  Initially, the protest was peaceful.  The protests evolved to rioting in the late evening of hours of May 30, 2020  into the early morning hours of May 31, 2020 with many of the remaining participants engaging in violent, intimidating and destructive behavior.*

> *Police officers clearly, loudly and repeatedly instructed all participants to disperse.*

> *Despite those instructions, Defendant willfully stayed among the group that remained.  This group was engaging in assaultive conduct, the intimidation of people and destruction of property.  The participants barricaded public streets.  Private businesses and public buildings were damaged with spray-paint.  Windows were shattered. Fires were started and rocks were thrown at people including police officers.   Citizens working in the area were afraid for their safety.*

> *This destruction was open, extensive and obvious, yet the defendant willfully remained among the group of persons responsible for this conduct all of which occurred in the City of Des Moines, Polk County, Iowa.*

We will wait on criminal Mischief.

Next issue is what to do about the booking sheets at the jail.  If you can work on getting the complaints submitted, I will see what they need.



**Jeff Noble**
Bureau Chief, Intake Division
Polk County Attorney's Office
Address: 222 5th Avenue, Des Moines, IA 50309
Phone: (515) 286-2159
Email: Jeff.Noble@polkcountyiowa.gov | www.polkcountyiowa.gov/attorney/

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

DENVER FOOTE,                    :
                                 :
             Plaintiff,          :
                                 :   No. 4:21-cv-00043-SBJ
        vs.                      :
                                 :
JOHN DOE 1; CLARK ALLEN;         :   DEPOSITION OF
ERNESTO ESCOBAR HERNANDEZ;       :
JEFFREY GEORGE; BRANDON          :   JEFFREY GEORGE
HOLTAN; ADAM HERMAN; KIRK        :
BAGBY; DANA WINGERT; CITY OF     :
DES MOINES, IOWA,                :
                                 :
             Defendants.         :

DEPOSITION OF JEFFREY GEORGE, taken before

SueAnn Jones, Certified Shorthand Reporter and Notary

Public, at Lower Level Conference Room 2, Des Moines

City Hall, Des Moines, Iowa, commencing at 8:15 a.m. on

July 12, 2021.

Reported by:  SueAnn Jones, CSR, RPR

Defendants' Appendix 688

DEPOSITION OF JEFFREY GEORGE

2

```
 1                    A P P E A R A N C E S

 2

 3    Plaintiff by:      GINA MESSAMER

 4                       Attorney at Law

 5                       2910 Grand Avenue

 6                       Des Moines, Iowa 50312

 7

 8    Defendants by:     MICHELLE R. MACKEL-WIEDERANDERS

 9                       LUKE DeSMET

10                       City of Des Moines Attorneys

11                       400 Robert D. Ray Drive

12                       Des Moines, Iowa 50309-1813

13

14    Also Present:      Brandon Holtan

15

16

17

18

19

20

21

22

23

24

25
```

Defendants' Appendix 689

DEPOSITION OF JEFFREY GEORGE

3

1                          I N D E X

2

3    EXAMINATION BY          DIRECT    CROSS     REDIRECT

4    Ms. Messamer               4                   37

5    Ms. Mackel-Wiederanders           35

6

7

8    EXHIBIT                      PAGE(S) REFERRED TO

9      1                          36, 37

10     2                          36, 37

11     3                          36, 37

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Defendants' Appendix 690

4

1                    JEFFREY GEORGE,

2  called as a witness, having been first duly sworn,

3  was examined and testified as follows:

4                    DIRECT EXAMINATION

5  BY MS. MESSAMER:

6    Q.  Hi, sir.  Could you please tell me what your

7  current rank is.

8    A.  Yeah.  Be senior police officer.  I'm assigned to

9  the detective bureau or investigations division, so

10  sometimes we're referred to as detective but --

11    Q.  Are you in a certain unit in the detectives?

12    A.  Yes.  Crimes against persons section.

13    Q.  And who's in your chain of command?

14    A.  Currently or at the time of this?

15    Q.  At the time of this.

16    A.  So I would have had Sergeant Chad Nicolino,

17  Sergeant Chad Steffen, and then Lieutenant Dan Blom, and

18  then from there it would have been -- I don't remember

19  the -- I think it was Captain Hardy maybe at the time.

20          We had some changes during the summer, and

21  then it would be Major Waymire and then chief of police.

22    Q.  As I understand it, you weren't around Friday

23  night or Saturday night of those first two nights of the

24  protests?

25    A.  That's correct.

DEPOSITION OF JEFFREY GEORGE

5

1    Q.  So your only involvement in regards to this case

2  is filing the complaints?

3    A.  Yes, ma'am.

4    Q.  Okay.  So tell me about how that came to pass.

5  What time did you even come into work that day, do you

6  remember?

7    A.  It would have been approximately 9 or 10 a.m. on

8  that Sunday, which I believe that would have been --

9  May 31 would have been Sunday.

10            So Sergeant Nicolino called me.  And

11  obviously I would have been aware of what had occurred

12  the night before.

13            He had stated that basically per the county

14  attorney's office, they decided to, I guess, refile

15  charges from what had been filed that night after

16  whatever decision they had made, the county attorney's

17  office.

18    Q.  What was your understanding of why that was

19  happening?

20    A.  I believe they did -- they had done a blanket

21  charge of criminal mischief on everyone, and -- I

22  believe it was criminal mischief, and then I think it

23  was rioting.

24            But upon further review, I think they

25  decided to drop the criminal mischief and go with

Defendants' Appendix 692

DEPOSITION OF JEFFREY GEORGE

6

1    rioting, unlawful assembly, and then the failure to

2    disperse.

3            So with that, they -- for sake of ease, they

4    even dropped the rioting -- the additional rioting

5    charges, so we had to refile rioting and then the

6    additional unlawful assembly and failure to disperse.

7    Q.  How did it come to pass that you ended up being

8    assigned to this and Nicolino?  How did it get assigned

9    to you?

10   A.  Honestly, a lot of stuff gets dumped on our

11   office as far as the detectives go.  So I'd not been in

12   the previous two evenings, so I was fresh, I guess.

13           So you know, I hadn't been up all night or

14   anything, so I came in.  Nicolino asked me to come in,

15   so I came in to help with it.

16   Q.  Was this a discussion about why they were

17   dropping the criminal mischief charges?

18   A.  Not at my level, no.  I don't know who made that

19   decision.  I just know it was coming from the county

20   attorney's office.

21           I think -- my understanding was that

22   criminal mischief, you'd have to prove individually who

23   did what whereas the rioting was kind of more of an

24   appropriate charge.

25   Q.  Before this morning when you came in, had there

Defendants' Appendix 693

7

1    been discussions within the police department of "Okay.

2    For training when you go out today, here's what these

3    crimes are.  Here's what you're looking for for unlawful

4    assembly" or "Here's what you're looking for for failure

5    to disperse"?

6        A.  Not to my recollection.

7        Q.  And I am kind of assuming, I guess, that these

8    aren't charges that come up -- like, had you in your

9    career ever charged somebody with these things before?

10       A.  No, ma'am.

11       Q.  Did you, prior to this weekend, know what those

12   crimes even consisted of?

13       A.  I had a general understanding of it, you know,

14   what unlawful assembly and failure to disperse, rioting

15   would be.

16       Q.  Did you do anything to familiarize yourself with

17   those charges further before you did all the complaints?

18       A.  Yeah.  I'd read the statute, the State of Iowa

19   statutes for them.

20       Q.  So you read them that morning?

21       A.  Yes, ma'am.

22       Q.  Did you read them with anybody else?

23       A.  No.  It was just Sergeant Nicolino and myself.

24   We were the only two people in the office that morning.

25       Q.  And you're the only two that filed the criminal

8

1    complaints that morning?

2    A.  Correct.  Basically we had a list of arrestees

3    the night before.  We just split them 50/50, just

4    divided equally.

5    Q.  Did you have any communication with the county

6    attorney?

7    A.  No, ma'am.

8    Q.  Do you know who it was that was the point person?

9    A.  I believe it was Nan Horvat.  That's my

10   understanding.  I don't know for sure but --

11   Q.  So I have got the complaints that you filed for

12   Denver Foote, and it looks like you brought them too

13   maybe?

14   A.  Yes, ma'am.  It's just the -- I had the original

15   complaints that were filed by Officer Isaac that were

16   canceled out and then my amended complaints.

17   Q.  I'll take a look at these ones by Officer -- so

18   the difference between what was filed previously is just

19   the language is longer then?

20   A.  The probable cause statement is different and

21   then, obviously, the amended charges.

22   Q.  When you fill these out, do you have to fill in

23   all the top part for the offender stuff?

24   A.  Yes, ma'am.  Well, I don't know where that

25   information originally came from.  For the charges, we

Defendants' Appendix 695

9

1    just copied what was originally charged the previous

2    night over onto the new charges.  So that would have

3    been generated by Officer Isaac.

4        Q.  Okay.  I guess I was just curious if there's some

5    auto-populating thing?

6        A.  There can be.  If they have a driver's license,

7    on the mobile computers, like in the patrol cars, you

8    can scan a driver's license, and it will populate into

9    there.

10       Q.  But you had to actually do it manually?

11       A.  I did, yes, ma'am.

12       Q.  Okay.  So looking at the complaint for unlawful

13   assembly, I mean the complaint and affidavit part says

14   "Being duly sworn."

15            What's your process for -- is there a

16   process for this?  Does somebody swear you in when you

17   do these?

18       A.  No.  It's just -- for preliminary complaint, no.

19   I think it's -- I mean for later down the road.  I'm

20   swearing to what I'm putting on there.

21       Q.  Okay.  That's just kind of --

22       A.  But I'm not sworn in, no.

23       Q.  And so what was the information told to you that

24   formed the basis of your information that, you know, you

25   were saying that stuff was true?

Defendants' Appendix 696

1    A.  So I -- I was going off of officers' reports.  At

2    that time the only -- we just had the general case

3    investigation report that was made by Officer VanVelzen,

4    and then I was also going off the previous charges filed

5    by Officer Isaac, so those were the two sources of

6    information I had.

7    Q.  Can I see this one?

8    A.  Yes, ma'am.

9    Q.  Who is Officer VanVelzen?

10    A.  She's a police officer.  I believe she's assigned

11    to the neighborhood-based service delivery unit.  And

12    they had kind of taken over.  She's with Officer Isaac

13    too.  They're in the same unit.

14          So I don't know specifically what their role

15    was the night before, but I know they kind of took care

16    of some of the paper flow.

17    Q.  So this list from VanVelzen just had all the

18    charges and which person got the charges?

19    A.  Correct.

20    Q.  And so you were referencing that?

21    A.  Yes, ma'am.  And then, like I said, with the

22    direction of the county attorney's office, they had said

23    to wipe the second and then add on the other two.

24    Q.  Because I guess in this VanVelzen report, it says

25    Denver Foote should have criminal mischief second and

DEPOSITION OF JEFFREY GEORGE

11

1    rioting, but you were being told when you came in, that

2    wasn't correct?

3        A.   Yes.   Upon further review from the county

4    attorney's office, they decided criminal mischief second

5    would not be the most appropriate charge and then to go

6    with the rioting and unlawful assembly and failure to

7    disperse.

8        Q.   So in terms of having information that Denver

9    Foote willfully stayed in a group of people who were

10   rioting, what information did you have about that?

11       A.   Just these two reports.   I know she'd been

12   arrested.   At that time obviously it was pretty chaotic,

13   so we were awaiting further reports.

14            Obviously there's body cam, different, you

15   know, sources of information.   I didn't know

16   specifically what in reference to Denver Foote at that

17   time.   But it was my understanding this was probable

18   cause for those charges.

19       Q.   Do you know how many complaints you would have

20   filed -- how many people?

21       A.   Whatever this list.   I think it was approximately

22   20.   I want to say there was maybe 40 people arrested or

23   somewhere around that number, so literally we just split

24   the names in half.

25       Q.   Were you then in charge of doing any follow-up to

Defendants' Appendix 698

12

1    look at these supplemental reports that were come in and

2    determine, okay.  Is that complaint I filed valid or

3    not, or do we need to go back and dismiss?

4            Was that part of your responsibility?

5    A.  No, ma'am.  There was a Detective Ben Carter did

6    a lot of the follow-up as far as, you know, looking over

7    videos, things of that nature, reports.

8    Q.  What's your understanding of the law on unlawful

9    assembly?  What's it actually take for somebody to be

10   guilty of that?

11   A.  I'm going to reference the thing.  It's been last

12   summer since I filed it.  So as it states, willingly

13   joined or remained part of an unlawful assembly by

14   assembling with multiple other persons in a violent

15   manner with the intent that they or any of them will

16   commit a public offense, knowing or have reasonable

17   grounds to believe it to be such.

18           So at that point I'd seen -- I'd seen some

19   of the news, you know, from the previous evening.  I

20   don't know specifically where Denver Foote was in the

21   group, but I know there was what I would consider

22   unlawful assembly downtown, you know, mass property

23   destruction, things of that nature.

24           I know there was some dispersals given that

25   were not -- people hadn't left, so with that, I believe

Defendants' Appendix 699

DEPOSITION OF JEFFREY GEORGE

13

1   the group was an unlawful assembly.

2      Q.  But you didn't have any particular information as

3   to Denver Foote?

4      A.  Not specifically.  Just the reports.  I know that

5   she had been arrested in that area.

6      Q.  And then how about the failure to disperse?

7   What's your understanding of how that crime is different

8   from unlawful assembly?

9      A.  So once again, I'll just reference the Code.  So

10  while in the vicinity of a riot or unlawful assembly,

11  refuse to obey a peace officer's order to disperse.

12         So once again, if she was -- if there was an

13  order to disperse and they refused to leave, it's the

14  refusal portion of the unlawful assembly -- or the

15  refusal to leave of the unlawful assembly.

16     Q.  Do you take both of these charges to mean that

17  the person would have to actually be assembled with some

18  other people to be guilty of the crime?

19     A.  Yeah.  It would be part of a group, yes, ma'am.

20     Q.  And then the participate in a riot, that's the

21  one that's the aggravated misdemeanor, so that was the

22  more serious one?

23     A.  Yes, ma'am.

24     Q.  What I have here is -- maybe I only have one

25  copy, but do you do this front sheet that has Kate

Defendants' Appendix 700

DEPOSITION OF JEFFREY GEORGE

14

1    Clark's name at the beginning?

2       A.  No, ma'am.  That would be -- my understanding,

3    that would be Kate Clark who generates that.  I know

4    that comes from the county attorney's office.

5       Q.  So when you're doing these, you write up the

6    complaint, and then you send it to the county attorney's

7    office, and then they file it?  Is that how it works?

8       A.  Yes.  So we -- we filed it.  TRACS is a program,

9    so we file the preliminary complaint in TRACS.  It then

10   gets routed through our record department -- or record

11   sergeant and then sent over to the county attorney's

12   office.

13           From there I don't really know the process.

14   I know, you know, like trial information would be filed

15   within 45 days for, like, aggravated level or less

16   crimes.  I don't really know the process for that.  If

17   it's a felony, obviously there's a preliminary hearing

18   or could be.

19      Q.  On this aggravated misdemeanor one, the

20   participation in a riot complaint, what was submitted by

21   the county attorney requested that there would be an

22   8 p.m. curfew.

23           Were you involved at all in making bond

24   recommendations when you're doing this?

25      A.  No, ma'am.

Defendants' Appendix 701

DEPOSITION OF JEFFREY GEORGE

15

1    Q.  Okay.  That's totally the county attorney's

2   office?

3    A.  Yes, ma'am.

4    Q.  When you were doing these three complaints, am I

5   correct it's the same language copy and pasted for all

6   three?

7    A.  Yes, ma'am.

8    Q.  Who wrote up that language?

9    A.  My understanding, it was given to us by the

10  county attorney's office.

11   Q.  And you think it was Nan Horvat?

12   A.  Yes, ma'am.  Or I don't know as far as the

13  language goes.  I don't know if somebody under her would

14  have written the language, but from my understanding it

15  came from them.

16   Q.  Was this e-mail communication with Nan or on the

17  phone?  Are you guys having conference calls about this?

18   A.  I don't know.  I did not speak to Nan.  And I was

19  not in the presence of anyone who had spoken to her.  So

20  I don't know how that communication took place.

21       My communication was just verbal from

22  Sergeant Nicolino, I guess, to my recollection.

23   Q.  So that had all been worked out before you got

24  into the office?

25   A.  Yes, ma'am.

Defendants' Appendix 702

DEPOSITION OF JEFFREY GEORGE

16

1    Q.  Have you done any follow-up on this case to see

2    what happened with Denver Foote and if the complaints

3    were accurate?

4    A.  No, ma'am.

5    Q.  Did you have any involvement with any of the

6    protester cases after the complaints were filed?

7    A.  No, ma'am.  I guess in reference to this 30th and

8    31st, like the initial stuff?

9    Q.  Yes.

10   A.  No.

11   Q.  Did you get looped in when they started to

12   dismiss these charges?

13   A.  You mean was I made aware of it?

14   Q.  Yes.

15   A.  Not directly.  I mean I know either through news

16   or just talking to other officers, obviously Detective

17   Carter, you know, he's kind of up to date on everything,

18   so talking to him.

19   Q.  And he's in your exact same unit?

20   A.  Yes, ma'am.

21   Q.  When these things started getting dismissed and

22   you started hearing about it, did you have any concern

23   that your name was on all these complaints and they were

24   not turning out to be true?

25   A.  No.  Charges get dismissed.  I mean it's not

Defendants' Appendix 703

17

1    uncommon.

2              MS. MACKEL-WIEDERANDERS:  I'm going to

3    object, just to the form of the question.  I don't think

4    that he ever testified that what's in the reports were

5    not true.  Go ahead and answer.

6        A.  Okay.  So yeah.  As far as actually the reports,

7    my understanding is that they were true.  As far as if

8    the county attorney's office prosecutes those or chooses

9    to further those, that's up to them.  I don't have

10   any -- that's the county attorney's office.

11             They don't -- oftentimes they don't really

12   consult with us as far as the police department goes as

13   far as if they're going to dismiss a charge or not.  So

14   we're kind of, I guess, kept out of the loop on that.

15       Q.  Is it your position that sitting here today that

16   what you wrote in these complaints about Denver Foote is

17   true?

18       A.  Yes.  At the time that I had made these, like I

19   said, there was additional follow-up done.  I don't know

20   what came of that, but at the time of this report,

21   that's what I understand to be true.

22       Q.  But as of today, you know, knowing whatever you

23   might know now, are you still, sitting here today,

24   saying this is true?

25       A.  Yeah.  My understanding would be it was true,

Defendants' Appendix 704

18

1    yes, ma'am.

2      Q.  Have you read the petition in this case?

3      A.  I haven't read it verbatim.  I've looked over it.

4      Q.  And I know that Denver Foote did an interview

5    with the police -- or not the police but the newspaper,

6    and there was an article.

7            Did you read that article?

8      A.  No, ma'am.

9      Q.  So you just literally have no more information

10   about Denver Foote and what happened with her?

11     A.  No, ma'am.  I just -- I know the basis of her

12   claims, you know, as far as reference, the petition or

13   lawsuit, but outside of that, no, ma'am.

14     Q.  You don't know if she was arrested by herself or

15   if she was in a group of people?

16     A.  No.  My understanding, she was -- she was near a

17   group of people, you know, in the vicinity of that large

18   group.

19     Q.  And it's your understanding that there was a riot

20   happening when she was arrested?

21     A.  Yes, ma'am.

22     Q.  I guess I kind of think it's interesting or

23   curious that you would sign all these and not bear any

24   responsibility for if it's actually true or not.

25     A.  It's -- I'm going off of other officers', you

DEPOSITION OF JEFFREY GEORGE

19

1    know, statements.  Not to, like, pass the ball, but it's

2    not uncommon for us to file charges, you know, based on

3    reports, other officers' statements, things of that

4    nature.

5        Q.  Does that bother you that you're relying on

6    something that might not be true?

7        A.  No.  I have no reason to doubt that their

8    statements or observations were not truthful so --

9        Q.  I mean the fact that she filed this lawsuit and

10   describes something else that happened, that doesn't

11   give you pause, or do you think "I should go actually

12   look into this"?

13       A.  I mean people lie all the time, make up,

14   embellish stories so --

15       Q.  So your position is that Denver Foote is lying in

16   her allegations?

17       A.  I have full reason to believe she was part of a

18   riot and unlawful assembly.

19       Q.  Well, that doesn't answer my question.  Is it

20   your position that her allegations are lies?

21       A.  Yes, ma'am.

22       Q.  But you haven't actually read them?

23       A.  I know the basis for her claims.

24       Q.  But you didn't read the petition?

25       A.  I've glanced over it.  I haven't read it

Defendants' Appendix 706

DEPOSITION OF JEFFREY GEORGE

20

1    verbatim.

2        Q.  And you haven't read the newspaper article?

3        A.  No, ma'am.  The news is -- I mean you can say

4    anything in the news.

5        Q.  Apparently you can say anything in a criminal

6    complaint too.

7        A.  Not necessarily.  I mean these were sworn

8    statements.  Last time I checked, reporters don't swear

9    people in.

10       Q.  So you made these sworn statements, but you have

11   no basis to know that Denver Foote actually did any of

12   these things?

13       A.  There's definitely basis.  She was arrested as

14   part of an unlawful assembly and a riot downtown.

15       Q.  But you also knew that the rioting charges were

16   all being dismissed because -- or not rioting -- that

17   the criminal mischief charges were all being dismissed

18   because they didn't have evidence on individual people;

19   right?

20       A.  Yeah.  I guess that's more for sake of ease.

21   Riot is more the blanket charge for that as opposed to

22   criminal mischief.

23       Q.  Isn't probable cause an individual determination?

24       A.  Not as part of a riot and unlawful assembly, I

25   wouldn't think.  I mean individually, yes, there is, but

Defendants' Appendix 707

DEPOSITION OF JEFFREY GEORGE

21

1    I mean after what was going on down there, I think any

2    reasonable person would understand that there was an

3    unlawful assembly and a riot and that there was multiple

4    orders to disperse.

5            I mean no -- no rational person would be

6    down there at that hour with what was being done at that

7    time.

8    Q.  Is it your position then that anyone that was

9    anywhere near Court Avenue at that time was committing a

10   crime?

11   A.  That would be my position, yes, particularly if

12   they're on Court Avenue or in the immediate vicinity.

13   Q.  But the crime requires that you be assembled with

14   other people.

15   A.  Correct.

16   Q.  So if you're on Court Avenue but you're not with

17   the other people, how is that committing a crime?

18   A.  If you're on Court Avenue, then you are with the

19   other people.

20   Q.  Even if they're a block away?

21   A.  The entire Court Avenue was a riot from basically

22   from my understanding from the -- almost the river

23   bridge all the way down to the courthouse.

24   Q.  Do you know where Denver Foote was arrested?

25   A.  I believe she was arrested just north of Court

Defendants' Appendix 708

DEPOSITION OF JEFFREY GEORGE

22

1    Avenue.  I think it was after fleeing from officers.

2        Q.  What else do you know about the circumstances of

3    Denver Foote's arrest?

4        A.  That's essentially the extent of it.

5        Q.  Where did you get that information?

6        A.  That she was arrested north of Court Avenue?

7        Q.  And that she was fleeing from officers.

8        A.  I believe that was in the petition that she was

9    arrested north of Court Avenue.

10       Q.  Where did you get the information that she was

11   fleeing from officers?

12       A.  I believe -- I believe she was part of the group

13   on Court Avenue.  I think that was -- I don't know for

14   sure.  It was my understanding she was part of the group

15   on Court Avenue and then had fled north.

16       Q.  Have you talked to Officer Holtan about Denver

17   Foote's case?

18       A.  No, ma'am.

19       Q.  Have you talked to Officer Herman about it?

20       A.  No, ma'am.

21       Q.  Who else have you talked to about her case?

22       A.  Specifically, I've talked to Detective Carter

23   about it.  Obviously he's done a lot of the follow-up,

24   so that was just a conversation.  I would say mainly

25   him.

Defendants' Appendix 709

DEPOSITION OF JEFFREY GEORGE

23

1          There hasn't been a lot of discussion in

2   general, I would say.

3      Q.   There's been a lot of discussion in general?

4      A.   No, there has not been.

5      Q.   Have you helped Detective Carter out at all in

6   his work on the protest cases from that Court Avenue

7   night?

8      A.   No, ma'am.

9      Q.   Did you receive any training after this night

10  about what the crimes of unlawful assembly and failure

11  to disperse are?

12     A.   We had -- during our annual training this year,

13  we had just general civil disorder training.  That

14  was -- I think we kind of went over the crimes, just

15  generalities about it.  That would have been, like,

16  January time period.

17     Q.   And just drilling down a little bit then, so I

18  know we talked about you think kind of anybody around

19  Court Avenue is part of this.

20          I mean what does the word "assemble" mean to

21  you?

22     A.   A group of people gathered together.

23     Q.   And what's it take, like, in terms of proximity

24  for a person to be gathered with another person, in your

25  opinion?

Defendants' Appendix 710

24

1    A.  I think that's a case-by-case situation.  You

2    could say that the farmer's market is an assembly, you

3    know, but obviously it's a peaceful thing, but at two in

4    the morning, you know, it's the mass property

5    destruction that's taking place, and then add that into

6    what had taken place throughout the evening before that

7    and then the night before, I would say that group would

8    be an unlawful or, you know --

9    Q.  How do you know if someone is in the group or

10   not?

11   A.  Because at that time -- at that time at that hour

12   based on what was going on, there's no reason to be down

13   there if you're not part of that group.

14   Q.  So you could be just a single person standing by

15   yourself by a bar, and you are still part of that group?

16   A.  At that time, yes, with the police presence, the

17   orders that had been given, the nature of what was

18   happening, the property crime, I would say that yes, you

19   were part of that group.

20        MS. MESSAMER:  I'm going to pull up some

21   videos.  Can I run the mouse?

22        MR. DeSMET:  Yeah.

23   Q.  All right.  I'm not going to mark these as

24   exhibits, but it's the Third and Court northeast/north

25   remote video from that night.

25

1          Are these videos that you access in doing

2    your job very much, these Court Avenue cams?

3      A.  Occasionally.  Just through my normal job duties,

4    I'll access them for assault cases or whatnot.

5      Q.  How do you get copies of these?

6      A.  So it's -- it's on a server.  So we go on there

7    and you just basically make a clip of it and then upload

8    it or save that clip, the footage.

9      Q.  So these are saved on the police server, though?

10   It's, like, your guys' video?

11     A.  It's weird.  It's not our server because it's --

12   I guess my understanding is that Operation Downtown owns

13   the server.  I know the server is not in the police

14   department, but we have access to the server.

15     Q.  What is Operation Downtown?

16     A.  It's -- I guess best way to describe it, a

17   coalition of downtown businesses.  So they provide --

18   you know, the people out cleaning the streets in the

19   daytime.  There's a lot of aspects to it.

20          Part of that is they also pay for officers

21   on the weekends to patrol, like, the bar district, and

22   then they also, I believe, pay for the cameras and

23   control the servers as well.

24     Q.  All right.  So in this --

25          MR. DeSMET:  Try turning it off and then

DEPOSITION OF JEFFREY GEORGE

26

1    back on.  That seemed to help earlier.

2        Q.  The northeast/north video, I'm going to skip

3    ahead to 48.  Do you recognize where this is pointing?

4        A.  Yes, ma'am.

5        Q.  And where is this?

6        A.  That would be on the northeast corner of Third

7    and Court facing north.  I believe it's the Outlaws bar,

8    the bar with the red light.

9        Q.  And this, we can see at the top, is at 2:48 in

10   the morning, and there are three people on the sidewalk

11   here.

12               Is it your opinion that those people are

13   part of an unlawful assembly?

14       A.  I would -- based on what was going on, I would --

15   I don't know specifically what was going on around the

16   corner at that time.

17               But I would say from my understanding of the

18   totality of what was going on, yes, they were part of an

19   unlawful assembly.  It appears they were leaving at that

20   time.

21       Q.  So are they part of an unlawful assembly right

22   now or they were before or both?

23       A.  I would say based on where they're coming from,

24   they were part -- they were probably part of an unlawful

25   assembly.  They're leaving, so they're dispersing at

Defendants' Appendix 713

DEPOSITION OF JEFFREY GEORGE

27

1    that time.

2       Q.  So what charges would you file on these people?

3       A.  Based on where they're coming from, I think

4    unlawful assembly and probably the rioting would be

5    appropriate.

6       Q.  From moving ahead to 48:15.  And I'm pausing

7    there at 48:26.  Did you see that big explosion there?

8       A.  Yes, ma'am.

9       Q.  Do you know what that would have been, what kind

10   of tool?

11      A.  A crowd dispersal tool.  I don't know

12   specifically what it is.

13      Q.  Do you have any training on those?

14      A.  Yes, ma'am.

15      Q.  Well, what types are there?  What could that have

16   been?

17      A.  We have -- there's ones that disperse gas, so it

18   could be, like, a CS gas.  There's ones that disperse,

19   like, pepper spray or pepper.  There's also distraction

20   or, you know, kind of, like, a noise device as well.

21             Those are generally the types that are

22   available.

23      Q.  What are stinger balls?

24      A.  Stinger balls are another one that could have

25   been deployed.  So that would have had, like, little

Defendants' Appendix 714

1    rubber balls that go out.  I believe there's either

2    pepper spray or gas associated with it as well.

3    Q.  I'll rewind a little bit, and you can watch this

4    again and see if you can tell me which type this would

5    be they're throwing, so going back to 48:12.

6           Are you able to tell what that was?

7    A.  No, not by the camera.  I just know it appears to

8    be a hand-deployable crowd-dispersal type.

9    Q.  Did the way that was used there, does that

10   comport with your training on those tools?

11   A.  I don't know what was leading up to this

12   situation, like I said, from the other camera angle.

13   But as far as those people leaving, you know, if they'd

14   been given multiple orders, depends on what officers had

15   observed them doing prior to that, yes, it would -- it

16   could fall into that.

17   Q.  It could be okay?

18   A.  Yes, ma'am.

19   Q.  Even though the people are leaving?

20   A.  Like I said, I wasn't there, so I don't know the

21   totality.  I mean we're just seeing a small video clip

22   of what had taken place that whole evening so --

23   Q.  Would you explain to me a scenario where that

24   would be okay?

25   A.  If those people were downtown, if they had

29

1    observed those individuals being assaultive, property

2    damage, depending how many times they'd been ordered to

3    disperse.

4              They're walking.  I don't know what's going

5    on up the street from there.  Like I said, I wasn't

6    there, so I don't know as far as the totality of

7    everything but --

8    Q.  Why would you do that versus arrest them if they

9    had been doing bad things earlier?

10   A.  Can't arrest everybody.  There's -- I mean

11   there's limited officers.  It appears there's three on

12   that camera.

13             Like I said, when you arrest somebody, you

14   have to take them into custody.  You know, there's a

15   booking process, all that, so it takes officers -- it

16   takes a lot of manpower to arrest somebody whereas if we

17   can get them to disperse and go home, that's the

18   ultimate goal.

19   Q.  So if there would have been sufficient officers

20   to arrest these people, that would have been the

21   appropriate thing to do instead of throwing an explosive

22   at them?

23   A.  I would disagree that it's an explosive.

24             MS. MACKEL-WIEDERANDERS:  I'm going to

25   object.  I don't think he ever testified this was an

Defendants' Appendix 716

DEPOSITION OF JEFFREY GEORGE

30

1    explosive.

2        A.   Yes.   Depending on what -- like I said, I wasn't

3    there, so I don't know.   But depending on their

4    observations, yes, they could arrest them.   If we had

5    unlimited manpower, that would probably be the more -- a

6    better approach, but based on manpower, it's not

7    uncommon just in general with what I call mass disorder,

8    if there's a large fight downtown, we'll deploy pepper

9    spray.

10              Even though there's 20, 30 people fighting,

11   they could all be arrested, but that's not feasible, so

12   the idea would be to get them to disperse and leave the

13   area.

14       Q.   You disagree that that thing just exploded?

15       A.   It's not an explosive, no.

16       Q.   Is an explosive different than something that

17   explodes?

18       A.   To me an explosive would be, like, some sort of

19   bomb, something like that.   It's meant to injure people.

20       Q.   But you agree that exploded?

21       A.   I would say it went off.   It's a nonlethal

22   crowd-dispersal device.

23       Q.   But it might have been full of rubber balls?

24       A.   No.

25       Q.   No, that's not what a stinger ball is?

Defendants' Appendix 717

31

1    A.  Not bullets, no.

2    Q.  Okay.  What are they exactly?

3    A.  They're little rubber balls.

4    Q.  How big?

5    A.  I'm not sure the size on them.  I've never seen

6    one.  I've never seen the projectile.  I assume they're,

7    like, marble size.

8    Q.  Closing out of that one and going to the

9    northeast/west cam.  Do you recognize this view?

10   A.  Yes, ma'am.

11   Q.  Okay.  What is this one?

12   A.  That appears that it's on the northeast corner of

13   Third and Court facing west, so I believe that's the

14   Annie's Bar in the top right of the screen.

15   Q.  Have you seen these videos from this night?

16   A.  No.  I've seen more videos closer to Hy-Vee.  I

17   don't recall specifically seeing these particular videos

18   we're watching right now.

19   Q.  Going to skip ahead.  Oh, one other question I

20   had.  That video I had pulled up previously, the three

21   officers that were walking there, what group would they

22   have been with?  Could you tell from their uniforms?

23   A.  They appeared to be part of a tactical unit.  I

24   know there was multiple tactical units, so there's Metro

25   S.T.A.R.  There's state patrol, I believe CERT, which is

Defendants' Appendix 718

32

1    a suburb team.

2         I don't know who was all because I wasn't

3    there that evening.  I know we got help from Story

4    County at one point.

5    Q.  All right.  So going to this northeast/west

6    video, going to about 43:14, and I'd like you to watch

7    up in the top area of this.

8         (The video was played at this time.)

9    Q.  Okay.  Pausing it at 43:32.  Did you see that

10   officer kick this civilian?

11   A.  No, ma'am.

12   Q.  Okay.  Let's rewind and watch it again.

13        (The video was played at this time.)

14   Q.  Did you see it that time?

15   A.  Yes, ma'am.

16   Q.  Does that comport with your training?

17   A.  I would say in that case, I don't think that

18   officer was -- clearly it's not kicking, like, with an

19   intent to injure.  I would say that's a light nudging

20   when you're trying to get somebody to get up to get out

21   of there to -- to go.

22        I'd say they were just encouraging them to

23   move along.

24   Q.  So that does comport with your training?

25   A.  I don't know that we've specifically been

33

1    trained, but I don't think it's inappropriate.

2       Q.  You think that's okay?

3       A.  I mean if they're kicking to injure, I think that

4    would be different, but I don't think that was the case

5    at all.

6       Q.  And rewind a little bit again, and then this time

7    I want you to watch the bottom part of the screen

8    starting at 43:11.

9            (The video was played at this time.)

10      Q.  Pausing it at 43:33.  Did you see that pepper

11   spray on this man in the white shirt here?

12      A.  Yes, ma'am.

13      Q.  Did that comport with your training?

14      A.  I don't know what was being said.  I'm assuming

15   based on what's going on, clearly he was given verbal

16   commands.  You can see the officer talking to him for

17   multiple times.

18           The guy appears to not be complying, so they

19   dispersed some pepper spray, tried to get him to leave

20   the area.

21           Once again, I wasn't there, so I don't know

22   specifically, but if that -- my assumption based on the

23   video would be yes, that would be appropriate with our

24   training.

25      Q.  That you can spray somebody in the face to get

DEPOSITION OF JEFFREY GEORGE

34

1    them to leave an area?

2       A.  Correct.  Crowd dispersal, yes.

3       Q.  In your opinion, is this a man in an assembly?

4       A.  I believe -- so on the video, it looks at this

5    time the police moved in, so everybody that was there

6    is -- is trying to avoid apprehension, so I believe that

7    yeah, he was probably part of that assembly based on

8    where he was coming from.

9       Q.  And this is something I'm curious about.  Why

10   wouldn't the police arrest this man if he was doing

11   something wrong?  Why spray him in the face?

12      A.  Once again, just to get him to leave.

13      Q.  But you're willing to say that this is okay?

14      A.  From my understanding from the video, it appears

15   he was given some sort of orders.  I'm assuming those

16   are orders to leave or to disperse, go the other way.

17             He was not doing that, so he was given a

18   crowd dispersal, you know, with the pepper spray.  I

19   would say in general on a day-to-day basis, no, that's

20   not appropriate, but given the circumstances at this

21   time, yes, that is appropriate.

22             MS. MESSAMER:  I think those are all my

23   questions.  Thank you.

24             MS. MACKEL-WIEDERANDERS:  I have just a

25   couple for you.

Defendants' Appendix 721

35

1                    CROSS-EXAMINATION

2  BY MS. MACKEL-WIEDERANDERS:

3    Q.  Officer George, are you aware that sometimes,

4  even if you've written a complaint and everything in it

5  is true, that sometimes the county attorney will make a

6  decision to dismiss the charges?

7    A.  Yes.  Our complaints are preliminary complaints.

8  When the county attorney's office files the trial

9  information or formal complaint, that's -- that's

10  actually what goes forward.

11          So it's basically what I would call a review

12  process, so probable cause is 51 percent.  So you need

13  51 percent probable cause to file a complaint.

14          From that point it goes to the county

15  attorney's office.  They can review the case and then

16  make a determination if that's something they want to

17  pursue and prosecute further.

18    Q.  And as part of -- I believe your testimony was

19  earlier that you relied in part on the previous

20  complaint that had been filled out by another officer;

21  is that correct?

22    A.  Yes, ma'am.

23    Q.  And was that a sworn statement as well?

24    A.  Yes, ma'am.

25    Q.  All right.  When you watched that first video of

Defendants' Appendix 722

36

1   the officer kicking that person, do you have any

2   information that that officer was a City of Des Moines

3   officer?

4      A.  No, ma'am.  Like I said, I wasn't there.  I know

5   there was multiple agencies involved at that time.

6      Q.  And is it fair to say that in Ms. Messamer's

7   questions about these videos, were you having to sort of

8   guess about the circumstances around them?

9      A.  Yes, ma'am.  I don't have firsthand knowledge of

10  the videos.  As I stated with the last one we watched,

11  that's just my assumption based on what I know of the

12  situation, but I was not personally there, so I don't

13  know what was transpiring.

14     Q.  And would you say it's fair to say that those

15  videos show a very narrow part of what was going on

16  around the area?

17     A.  Yes, ma'am.

18          MS. MACKEL-WIEDERANDERS:  All right.  I

19  don't have anything further.

20          MS. MESSAMER:  I would like to mark these

21  three things as exhibits, though, if we could.

22          (Exhibit Nos. 1 through 3 were marked for

23  identification.)

24

25

37

1                    REDIRECT EXAMINATION

2    BY MS. MESSAMER:

3        Q.   And for the record then, we have marked as

4    Exhibit 3 the VanVelzen report that we were referencing.

5    Exhibit 2 is the Shawna Isaac participate in a riot

6    complaint, and then Exhibit 1 is the criminal mischief

7    second complaint by Shawna Isaac?

8        A.   Yes, ma'am.

9                 MS. MESSAMER:   Thank you.

10                MS. MACKEL-WIEDERANDERS:   I don't have

11   anything further.

12                (Deposition concluded at 9:00 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Defendants' Appendix 724

38

C E R T I F I C A T E

  I, SueAnn Jones, a Certified Shorthand

Reporter and Notary Public in and for the State of Iowa,

do hereby certify that prior to the commencement of the

deposition, JEFFREY GEORGE was duly sworn by me to

testify to the truth;

   That the foregoing is a true and accurate

computer-aided transcription of the testimony as taken

stenographically by and before me at the time and place

indicated on the title page;

   That I am neither a relative nor employee

nor attorney nor counsel of any of the parties to this

action, and that I am not financially interested in the

action.

   Dated this 12th day of July, 2021.


    /s/ SueAnn Jones

    SueAnn Jones, CSR, RPR

Defendants' Appendix 725

DEPOSITION OF JEFFREY GEORGE

**A**

able (1) 28:6
access (3) 25:1,4,14
accurate (2) 16:3 38:7
action (2) 38:13,14
ADAM (1) 1:9
add (2) 10:23 24:5
additional (3) 6:4,6
   17:19
affidavit (1) 9:13
agencies (1) 36:5
aggravated (3) 13:21
   14:15,19
agree (1) 30:20
ahead (4) 17:5 26:3
   27:6 31:19
allegations (2) 19:16,20
ALLEN (1) 1:7
amended (2) 8:16,21
angle (1) 28:12
Annie's (1) 31:14
annual (1) 23:12
answer (2) 17:5 19:19
anybody (2) 7:22 23:18
Apparently (1) 20:5
appeared (1) 31:23
appears (6) 26:19 28:7
   29:11 31:12 33:18
   34:14
apprehension (1) 34:6
approach (1) 30:6
appropriate (7) 6:24
   11:5 27:5 29:21 33:23
   34:20,21
approximately (2) 5:7
   11:21
area (6) 13:5 30:13
   32:7 33:20 34:1 36:16
arrest (8) 22:3 29:8,10
   29:13,16,20 30:4
   34:10
arrested (11) 11:12,22
   13:5 18:14,20 20:13
   21:24,25 22:6,9 30:11
arrestees (1) 8:2
article (3) 18:6,7 20:2
asked (1) 6:14
aspects (1) 25:19
assault (1) 25:4
assaultive (1) 29:1
assemble (1) 23:20
assembled (2) 13:17
   21:13
assembling (1) 12:14
assembly (27) 6:1,6 7:4
   7:14 9:13 11:6 12:9
   12:13,22 13:1,8,10,14
   13:15 19:18 20:14,24
   21:3 23:10 24:2 26:13

26:19,21,25 27:4 34:3
   34:7
assigned (4) 4:8 6:8,8
   10:10
associated (1) 28:2
assume (1) 31:6
assuming (3) 7:7 33:14
   34:15
assumption (2) 33:22
   36:11
attorney (5) 2:4 8:6
   14:21 35:5 38:12
Attorneys (1) 2:10
attorney's (14) 5:14,16
   6:20 10:22 11:4 14:4
   14:6,11 15:1,10 17:8
   17:10 35:8,15
auto-populating (1) 9:5
available (1) 27:22
Avenue (14) 2:5 21:9
   21:12,16,18,21 22:1,6
   22:9,13,15 23:6,19
   25:2
avoid (1) 34:6
awaiting (1) 11:13
aware (3) 5:11 16:13
   35:3
a.m (3) 1:19 5:7 37:12

**B**

back (3) 12:3 26:1 28:5
bad (1) 29:9
BAGBY (1) 1:9
ball (2) 19:1 30:25
balls (5) 27:23,24 28:1
   30:23 31:3
bar (5) 24:15 25:21
   26:7,8 31:14
based (10) 19:2 24:12
   26:14,23 27:3 30:6
   33:15,22 34:7 36:11
basically (5) 5:13 8:2
   21:21 25:7 35:11
basis (6) 9:24 18:11
   19:23 20:11,13 34:19
bear (1) 18:23
beginning (1) 14:1
believe (20) 5:8,20,22
   8:9 10:10 12:17,25
   19:17 21:25 22:8,12
   22:12 25:22 26:7 28:1
   31:13,25 34:4,6 35:18
Ben (1) 12:5
best (1) 25:16
better (1) 30:6
big (2) 27:7 31:4
bit (3) 23:17 28:3 33:6
blanket (2) 5:20 20:21
block (1) 21:20

Blom (1) 4:17
body (1) 11:14
bomb (1) 30:19
bond (1) 14:23
booking (1) 29:15
bother (1) 19:5
bottom (1) 33:7
Brandon (2) 1:8 2:14
bridge (1) 21:23
brought (1) 8:12
bullets (1) 31:1
bureau (1) 4:9
businesses (1) 25:17

**C**

C (3) 2:1 38:1,1
call (2) 30:7 35:11
called (2) 4:2 5:10
calls (1) 15:17
cam (2) 11:14 31:9
camera (3) 28:7,12
   29:12
cameras (1) 25:22
cams (1) 25:2
canceled (1) 8:16
Captain (1) 4:19
care (1) 10:15
career (1) 7:9
cars (1) 9:7
Carter (4) 12:5 16:17
   22:22 23:5
case (9) 5:1 10:2 16:1
   18:2 22:17,21 32:17
   33:4 35:15
cases (3) 16:6 23:6 25:4
case-by-case (1) 24:1
cause (5) 8:20 11:18
   20:23 35:12,13
CENTRAL (1) 1:2
CERT (1) 31:25
certain (1) 4:11
Certified (2) 1:17 38:2
certify (1) 38:4
Chad (2) 4:16,17
chain (1) 4:13
changes (1) 4:20
chaotic (1) 11:12
charge (6) 5:21 6:24
   11:5,25 17:13 20:21
charged (2) 7:9 9:1
charges (20) 5:15 6:5
   6:17 7:8,17 8:21,25
   9:2 10:4,18,18 11:18
   13:16 16:12,25 19:2
   20:15,17 27:2 35:6
checked (1) 20:8
chief (1) 4:21
chooses (1) 17:8
circumstances (3) 22:2

34:20 36:8
City (4) 1:9,19 2:10
   36:2
civil (1) 23:13
civilian (1) 32:10
claims (2) 18:12 19:23
Clark (2) 1:7 14:3
Clark's (1) 14:1
cleaning (1) 25:18
clearly (2) 32:18 33:15
clip (3) 25:7,8 28:21
closer (1) 31:16
Closing (1) 31:8
coalition (1) 25:17
Code (1) 13:9
come (5) 5:5 6:7,14 7:8
   12:1
comes (1) 14:4
coming (4) 6:19 26:23
   27:3 34:8
command (1) 4:13
commands (1) 33:16
commencement (1)
   38:4
commencing (1) 1:19
commit (1) 12:16
committing (2) 21:9,17
communication (4) 8:5
   15:16,20,21
complaint (14) 9:12,13
   9:18 12:2 14:6,9,20
   20:6 35:4,9,13,20
   37:6,7
complaints (14) 5:2
   7:17 8:1,11,15,16
   11:19 15:4 16:2,6,23
   17:16 35:7,7
complying (1) 33:18
comport (4) 28:10
   32:16,24 33:13
computers (1) 9:7
computer-aided (1)
   38:8
concern (1) 16:22
concluded (1) 37:12
conference (2) 1:18
   15:17
consider (1) 12:21
consisted (1) 7:12
consult (1) 17:12
control (1) 25:23
conversation (1) 22:24
copied (1) 9:1
copies (1) 25:5
copy (2) 13:25 15:5
corner (3) 26:6,16
   31:12
correct (8) 4:25 8:2
   10:19 11:2 15:5 21:15

34:2 35:21
counsel (1) 38:12
county (18) 5:13,16
   6:19 8:5 10:22 11:3
   14:4,6,11,21 15:1,10
   17:8,10 32:4 35:5,8
   35:14
couple (1) 34:25
Court (17) 1:1 21:9,12
   21:16,18,21,25 22:6,9
   22:13,15 23:6,19
   24:24 25:2 26:7 31:13
courthouse (1) 21:23
crime (6) 13:7,18 21:10
   21:13,17 24:18
crimes (6) 4:12 7:3,12
   14:16 23:10,14
criminal (12) 5:21,22
   5:25 6:17,22 7:25
   10:25 11:4 20:5,17,22
   37:6
CROSS (1) 3:3
CROSS-EXAMINA... (1)
   35:1
crowd (3) 27:11 34:2
   34:18
crowd-dispersal (2)
   28:8 30:22
CS (1) 27:18
CSR (2) 1:24 38:18
curfew (1) 14:22
curious (3) 9:4 18:23
   34:9
current (1) 4:7
Currently (1) 4:14
custody (1) 29:14

**D**

D (2) 2:11 3:1
damage (1) 29:2
Dan (1) 4:17
DANA (1) 1:9
date (1) 16:17
Dated (1) 38:15
day (2) 5:5 38:15
days (1) 14:15
daytime (1) 25:19
day-to-day (1) 34:19
decided (3) 5:14,25
   11:4
decision (3) 5:16 6:19
   35:6
Defendants (2) 1:11 2:8
definitely (1) 20:13
delivery (1) 10:11
Denver (16) 1:4 8:12
   10:25 11:8,16 12:20
   13:3 16:2 17:16 18:4
   18:10 19:15 20:11

Defendants' Appendix 726

DEPOSITION OF JEFFREY GEORGE

40

21:24 22:3,16
**department (4)** 7:1
14:10 17:12 25:14
**depending (3)** 29:2
30:2,3
**depends (1)** 28:14
**deploy (1)** 30:8
**deployed (1)** 27:25
**deposition (4)** 1:7,16
37:12 38:5
**Des (7)** 1:10,18,19 2:6
2:10,12 36:2
**describe (1)** 25:16
**describes (1)** 19:10
**DeSMET (3)** 2:9 24:22
25:25
**destruction (2)** 12:23
24:5
**detective (6)** 4:9,10
12:5 16:16 22:22 23:5
**detectives (2)** 4:11 6:11
**determination (2)**
20:23 35:16
**determine (1)** 12:2
**device (2)** 27:20 30:22
**difference (1)** 8:18
**different (5)** 8:20 11:14
13:7 30:16 33:4
**DIRECT (2)** 3:3 4:4
**direction (1)** 10:22
**directly (1)** 16:15
**disagree (2)** 29:23
30:14
**discussion (3)** 6:16 23:1
23:3
**discussions (1)** 7:1
**dismiss (4)** 12:3 16:12
17:13 35:6
**dismissed (4)** 16:21,25
20:16,17
**disorder (2)** 23:13 30:7
**dispersal (3)** 27:11 34:2
34:18
**dispersals (1)** 12:24
**disperse (16)** 6:2,6 7:5
7:14 11:7 13:6,11,13
21:4 23:11 27:17,18
29:3,17 30:12 34:16
**dispersed (1)** 33:19
**dispersing (1)** 26:25
**distraction (1)** 27:19
**district (3)** 1:1,1 25:21
**divided (1)** 8:4
**division (2)** 1:2 4:9
**DOE (1)** 1:7
**doing (9)** 11:25 14:5,24
15:4 25:1 28:15 29:9
34:10,17
**doubt (1)** 19:7

**downtown (7)** 12:22
20:14 25:12,15,17
28:25 30:8
**drilling (1)** 23:17
**Drive (1)** 2:11
**driver's (2)** 9:6,8
**drop (1)** 5:25
**dropped (1)** 6:4
**dropping (1)** 6:17
**duly (3)** 4:2 9:14 38:5
**dumped (1)** 6:10
**duties (1)** 25:3

---

**E**

**E (5)** 2:1,1 3:1 38:1,1
**earlier (3)** 26:1 29:9
35:19
**ease (2)** 6:3 20:20
**either (2)** 16:15 28:1
**embellish (1)** 19:14
**employee (1)** 38:11
**encouraging (1)** 32:22
**ended (1)** 6:7
**entire (1)** 21:21
**equally (1)** 8:4
**ERNESTO (1)** 1:8
**ESCOBAR (1)** 1:8
**essentially (1)** 22:4
**evening (4)** 12:19 24:6
28:22 32:3
**evenings (1)** 6:12
**everybody (1)** 29:10
34:5
**evidence (1)** 20:18
**exact (1)** 16:19
**exactly (1)** 31:2
**EXAMINATION (3)**
3:3 4:4 37:1
**examined (1)** 4:3
**Exhibit (5)** 3:8 36:22
37:4,5,6
**exhibits (2)** 24:24 36:21
**explain (1)** 28:23
**exploded (2)** 30:14,20
**explodes (1)** 30:17
**explosion (1)** 27:7
**explosive (6)** 29:21,23
30:1,15,16,18
**extent (1)** 22:4
**e-mail (1)** 15:16

---

**F**

**F (1)** 38:1
**face (2)** 33:25 34:11
**facing (2)** 26:7 31:13
**fact (1)** 19:9
**failure (7)** 6:1,6 7:4,14
11:6 13:6 23:10
**fair (2)** 36:6,14

**fall (1)** 28:16
**familiarize (1)** 7:16
**far (10)** 6:11 12:6 15:12
17:6,7,12,13 18:12
28:13 29:6
**farmer's (1)** 24:2
**feasible (1)** 30:11
**felony (1)** 14:17
**fight (1)** 30:8
**fighting (1)** 30:10
**file (5)** 14:7,9 19:2 27:2
35:13
**filed (13)** 5:15 7:25
8:11,15,18 10:4 11:20
12:2,12 14:8,14 16:6
19:9
**files (1)** 35:8
**filing (1)** 5:2
**fill (2)** 8:22,22
**filled (1)** 35:20
**financially (1)** 38:13
**first (3)** 4:2,23 35:25
**firsthand (1)** 36:9
**fled (1)** 22:15
**fleeing (3)** 22:1,7,11
**flow (1)** 10:16
**follows (1)** 4:3
**follow-up (5)** 11:25
12:6 16:1 17:19 22:23
**footage (1)** 25:8
**Foote (14)** 1:4 8:12
10:25 11:9,16 12:20
13:3 16:2 17:16 18:4
18:10 19:15 20:11
21:24
**Foote's (2)** 22:3,17
**foregoing (1)** 38:7
**form (1)** 17:3
**formal (1)** 35:9
**formed (1)** 9:24
**forward (1)** 35:10
**fresh (1)** 6:12
**Friday (1)** 4:22
**front (1)** 13:25
**full (2)** 19:17 30:23
**further (8)** 5:24 7:17
11:3,13 17:9 35:17
36:19 37:11

---

**G**

**gas (3)** 27:17,18 28:2
**gathered (2)** 23:22,24
**general (7)** 7:13 10:2
23:2,3,13 30:7 34:19
**generalities (1)** 23:15
**generally (1)** 27:21
**generated (1)** 9:3
**generates (1)** 14:3
**George (6)** 1:8,8,16 4:1

35:3 38:5
**getting (1)** 16:21
**GINA (1)** 2:3
**give (1)** 19:11
**given (8)** 12:24 15:9
24:17 28:14 33:15
34:15,17,20
**glanced (1)** 19:25
**go (12)** 5:25 6:11 7:2
11:5 12:3 17:5 19:11
25:6 28:1 29:17 32:21
34:16
**goal (1)** 29:18
**goes (4)** 15:13 17:12
35:10,14
**going (23)** 10:1,4 12:11
17:2,13 18:25 21:1
24:12,20,23 26:2,14
26:15,18 28:5 29:4,24
31:8,19 32:5,6 33:15
36:15
**Grand (1)** 2:5
**grounds (1)** 12:17
**group (16)** 11:9 12:21
13:1,19 18:15,17,18
22:12,14 23:22 24:7,9
24:13,15,19 31:21
**guess (13)** 5:14 6:12 7:7
9:4 10:24 15:22 16:7
17:14 18:22 20:20
25:12,16 36:8
**guilty (2)** 12:10 13:18
**guy (1)** 33:18
**guys (2)** 15:17 25:10

---

**H**

**half (1)** 11:24
**Hall (1)** 1:19
**hand-deployable (1)**
28:8
**happened (3)** 16:2
18:10 19:10
**happening (3)** 5:19
18:20 24:18
**Hardy (1)** 4:19
**hearing (2)** 14:17 16:22
**help (3)** 6:15 26:1 32:3
**helped (1)** 23:5
**Herman (2)** 1:9 22:19
**HERNANDEZ (1)** 1:8
**Hi (1)** 4:6
**Holtan (3)** 1:9 2:14
22:16
**home (1)** 29:17
**Honestly (1)** 6:10
**Horvat (2)** 8:9 15:11
**hour (2)** 21:6 24:11
**Hy-Vee (1)** 31:16

**I**

**idea (1)** 30:12
**identification (1)** 36:23
**immediate (1)** 21:12
**inappropriate (1)** 33:1
**indicated (1)** 38:10
**individual (2)** 20:18,23
**individually (2)** 6:22
20:25
**individuals (1)** 29:1
**information (14)** 8:25
9:23,24 10:6 11:8,10
11:15 13:2 14:14 18:9
22:5,10 35:9 36:2
**initial (1)** 16:8
**injure (3)** 30:19 32:19
33:3
**intent (2)** 12:15 32:19
**interested (1)** 38:13
**interesting (1)** 18:22
**interview (1)** 18:4
**investigation (1)** 10:3
**investigations (1)** 4:9
**involved (2)** 14:23 36:5
**involvement (2)** 5:1
16:5
**Iowa (7)** 1:1,10,19 2:6
2:12 7:18 38:3
**Isaac (6)** 8:15 9:3 10:5
10:12 37:5,7

---

**J**

**January (1)** 23:16
**JEFFREY (5)** 1:8,8,16
4:1 38:5
**job (2)** 25:2,3
**JOHN (1)** 1:7
**joined (1)** 12:13
**Jones (5)** 1:17,24 38:2
38:17,18
**July (2)** 1:20 38:15

---

**K**

**Kate (2)** 13:25 14:3
**kept (1)** 17:14
**kick (1)** 32:10
**kicking (3)** 32:18 33:3
36:1
**kind (12)** 6:23 7:7 9:21
10:12,15 16:17 17:14
18:22 23:14,18 27:9
27:20
**KIRK (1)** 1:9
**knew (1)** 20:15
**knowing (2)** 12:16
17:22
**knowledge (1)** 36:9

---

**L**

Defendants' Appendix 727

DEPOSITION OF JEFFREY GEORGE

language (5) 8:19 15:5
15:8,13,14
large (2) 18:17 30:8
law (2) 2:4 12:8
lawsuit (2) 18:13 19:9
leading (1) 28:11
leave (7) 13:13,15
30:12 33:19 34:1,12
34:16
leaving (4) 26:19,25
28:13,19
left (1) 12:25
Let's (1) 32:12
level (3) 1:18 6:18
14:15
license (2) 9:6,8
lie (1) 19:13
lies (1) 19:20
Lieutenant (1) 4:17
light (2) 26:8 32:19
limited (1) 29:11
list (3) 8:2 10:17 11:21
literally (2) 11:23 18:9
little (5) 23:17 27:25
28:3 31:3 33:6
longer (1) 8:19
look (3) 8:17 12:1 19:12
looked (1) 18:3
looking (4) 7:3,4 9:12
12:6
looks (2) 8:12 34:4
loop (1) 17:14
looped (1) 16:11
lot (7) 6:10 12:6 22:23
23:1,3 25:19 29:16
Lower (1) 1:18
LUKE (1) 2:9
lying (1) 19:15

## M

Mackel-Wiederande...
2:8 3:5 17:2 29:24
34:24 35:2 36:18
37:10
Major (1) 4:21
making (1) 14:23
man (3) 33:11 34:3,10
manner (1) 12:15
manpower (3) 29:16
30:5,6
manually (1) 9:10
marble (1) 31:7
mark (2) 24:23 36:20
marked (2) 36:22 37:3
market (1) 24:2
mass (3) 12:22 24:4
30:7
mean (18) 9:13,19
13:16 16:13,15,25

19:9,13 20:3,7,25
21:1,5 23:20,20 28:21
29:10 33:3
meant (1) 30:19
Messamer (8) 2:3 3:4
4:5 24:20 34:22 36:20
37:2,9
Messamer's (1) 36:6
Metro (1) 31:24
MICHELLE (1) 2:8
mischief (10) 5:21,22
5:25 6:17,22 10:25
11:4 20:17,22 37:6
misdemeanor (2) 13:21
14:19
mobile (1) 9:7
Moines (7) 1:10,18,19
2:6,10,12 36:2
morning (6) 6:25 7:20
7:24 8:1 24:4 26:10
mouse (1) 24:21
move (1) 32:23
moved (1) 34:5
moving (1) 27:6
multiple (6) 12:14 21:3
28:14 31:24 33:17
36:5

## N

N (2) 2:1 3:1
name (2) 14:1 16:23
names (1) 11:24
Nan (4) 8:9 15:11,16,18
narrow (1) 36:15
nature (4) 12:7,23 19:4
24:17
near (2) 18:16 21:9
necessarily (1) 20:7
need (2) 12:3 35:12
neighborhood-based ...
10:11
neither (1) 38:11
never (2) 31:5,6
new (1) 9:2
news (4) 12:19 16:15
20:3,4
newspaper (2) 18:5
20:2
Nicolino (6) 4:16 5:10
6:8,14 7:23 15:22
night (13) 4:23,23 5:12
5:15 6:13 8:3 9:2
10:15 23:7,9 24:7,25
31:15
nights (1) 4:23
noise (1) 27:20
nonlethal (1) 30:21
normal (1) 25:3
north (5) 21:25 22:6,9

22:15 26:7
northeast (2) 26:6
31:12
northeast/north (2)
24:24 26:2
northeast/west (2) 31:9
32:5
Nos (1) 36:22
Notary (2) 1:17 38:3
nudging (1) 32:19
number (1) 11:23

## O

obey (1) 13:11
object (2) 17:3 29:25
observations (2) 19:8
30:4
observed (2) 28:15 29:1
obviously (8) 5:11 8:21
11:12,14 14:17 16:16
22:23 24:3
Occasionally (1) 25:3
occurred (1) 5:11
offender (1) 8:23
offense (1) 12:16
office (17) 5:14,17 6:11
6:20 7:24 10:22 11:4
14:4,7,12 15:2,10,24
17:8,10 35:8,15
officer (19) 4:8 8:15,17
9:3 10:3,5,9,10,12
22:16,19 32:10,18
33:16 35:3,20 36:1,2
36:3
officers (13) 10:1 16:16
18:25 19:3 22:1,7,11
25:20 28:14 29:11,15
29:19 31:21
officer's (1) 13:11
oftentimes (1) 17:11
Oh (1) 31:19
okay (16) 5:4 7:1 9:4,12
9:21 12:2 15:1 17:6
28:17,24 31:2,11 32:9
32:12 33:2 34:13
once (4) 13:9,12 33:21
34:12
ones (3) 8:17 27:17,18
Operation (2) 25:12,15
opinion (3) 23:25 26:12
34:3
opposed (1) 20:21
order (2) 13:11,13
ordered (1) 29:2
orders (5) 21:4 24:17
28:14 34:15,16
original (1) 8:14
originally (2) 8:25 9:1
Outlaws (1) 26:7

outside (1) 18:13
owns (1) 25:12

## P

P (2) 2:1,1
page (1) 38:10
PAGE(S) (1) 3:8
paper (1) 10:16
part (26) 8:23 9:13 12:4
12:13 13:19 19:17
20:14,24 22:12,14
23:19 24:13,15,19
25:20 26:13,18,21,24
26:24 31:23 33:7 34:7
35:18,19 36:15
participate (2) 13:20
37:5
participation (1) 14:20
particular (2) 13:2
31:17
particularly (1) 21:11
parties (1) 38:12
pass (3) 5:4 6:7 19:1
pasted (1) 15:5
patrol (3) 9:7 25:21
31:25
pause (1) 19:11
pausing (3) 27:6 32:9
33:10
pay (2) 25:20,22
peace (1) 13:11
peaceful (1) 24:3
people (25) 7:24 11:9
11:20,22 12:25 13:18
18:15,17 19:13 20:9
20:18 21:14,17,19
23:22 25:18 26:10,12
27:2 28:13,19,25
29:20 30:10,19
pepper (7) 27:19,19
28:2 30:8 33:10,19
34:18
percent (2) 35:12,13
period (1) 23:16
person (9) 8:8 10:18
13:17 21:2,5 23:24,24
24:14 36:1
personally (1) 36:12
persons (2) 4:12 12:14
petition (4) 18:2,12
19:24 22:8
phone (1) 15:17
place (5) 15:20 24:5,6
28:22 38:9
Plaintiff (2) 1:5 2:3
played (3) 32:8,13 33:9
please (1) 4:6
point (4) 8:8 12:18 32:4
35:14

pointing (1) 26:3
police (12) 4:8,21 7:1
10:10 17:12 18:5,5
24:16 25:9,13 34:5,10
populate (1) 9:8
portion (1) 13:14
position (5) 17:15
19:15,20 21:8,11
preliminary (4) 9:18
14:9,17 35:7
presence (2) 15:19
24:16
Present (1) 2:14
pretty (1) 11:12
previous (5) 6:12 9:1
10:4 12:19 35:19
previously (2) 8:18
31:20
prior (3) 7:11 28:15
38:4
probable (5) 8:20 11:17
20:23 35:12,13
probably (4) 26:24
27:4 30:5 34:7
process (6) 9:15,16
14:13,16 29:15 35:12
program (1) 14:8
projectile (1) 31:6
property (4) 12:22 24:4
24:18 29:1
prosecute (1) 35:17
prosecutes (1) 17:8
protest (1) 23:6
protester (1) 16:6
protests (1) 4:24
prove (1) 6:22
provide (1) 25:17
proximity (1) 23:23
public (3) 1:18 12:16
38:3
pull (1) 24:20
pulled (1) 31:20
pursue (1) 35:17
putting (1) 9:20
p.m (1) 14:22

## Q

question (3) 17:3 19:19
31:19
questions (2) 34:23
36:7

## R

R (3) 2:1,8 38:1
rank (1) 4:7
rational (1) 21:5
Ray (1) 2:11
read (10) 7:18,20,22
18:2,3,7 19:22,24,25

20:2

**really (3)** 14:13,16 17:11

**reason (3)** 19:7,17 24:12

**reasonable (2)** 12:16 21:2

**recall (1)** 31:17

**receive (1)** 23:9

**recognize (2)** 26:3 31:9

**recollection (2)** 7:6 15:22

**recommendations (1)** 14:24

**record (3)** 14:10,10 37:3

**red (1)** 26:8

**REDIRECT (2)** 3:3 37:1

**reference (5)** 11:16 12:11 13:9 16:7 18:12

**referencing (2)** 10:20 37:4

**referred (2)** 3:8 4:10

**refile (2)** 5:14 6:5

**refusal (2)** 13:14,15

**refuse (1)** 13:11

**refused (1)** 13:13

**regards (1)** 5:1

**relative (1)** 38:11

**relied (1)** 35:19

**relying (1)** 19:5

**remained (1)** 12:13

**remember (2)** 4:18 5:6

**remote (1)** 24:25

**report (4)** 10:3,24 17:20 37:4

**Reported (1)** 1:24

**Reporter (2)** 1:17 38:3

**reporters (1)** 20:8

**reports (9)** 10:1 11:11 11:13 12:1,7 13:4 17:4,6 19:3

**requested (1)** 14:21

**requires (1)** 21:13

**responsibility (2)** 12:4 18:24

**review (4)** 5:24 11:3 35:11,15

**rewind (3)** 28:3 32:12 33:6

**right (9)** 20:19 24:23 25:24 26:21 31:14,18 32:5 35:25 36:18

**riot (11)** 13:10,20 14:20 18:19 19:18 20:14,21 20:24 21:3,21 37:5

**rioting (13)** 5:23 6:1,4 6:4,5,23 7:14 11:1,6

11:10 20:15,16 27:4

**river (1)** 21:22

**road (1)** 9:19

**Robert (1)** 2:11

**role (1)** 10:14

**Room (1)** 1:18

**routed (1)** 14:10

**RPR (2)** 1:24 38:18

**rubber (3)** 28:1 30:23 31:3

**run (1)** 24:21

---

**S**

**s (2)** 2:1 38:17

**sake (1)** 6:3 20:20

**Saturday (1)** 4:23

**save (1)** 25:8

**saved (1)** 25:9

**saying (2)** 9:25 17:24

**says (2)** 9:13 10:24

**scan (1)** 9:8

**scenario (1)** 28:23

**screen (2)** 31:14 33:7

**second (4)** 10:23,25 11:4 37:7

**section (1)** 4:12

**see (9)** 10:7 16:1 26:9 27:7 28:4 32:9,14 33:10,16

**seeing (2)** 28:21 31:17

**seen (6)** 12:18,18 31:5,6 31:15,16

**send (1)** 14:6

**senior (1)** 4:8

**sent (1)** 14:11

**sergeant (6)** 4:16,17 5:10 7:23 14:11 15:22

**serious (1)** 13:22

**server (6)** 25:6,9,11,13 25:13,14

**servers (1)** 25:23

**service (1)** 10:11

**Shawna (2)** 37:5,7

**sheet (1)** 13:25

**she'd (1)** 11:11

**shirt (1)** 33:11

**Shorthand (2)** 1:17 38:2

**show (1)** 36:15

**sidewalk (1)** 26:10

**sign (1)** 18:23

**single (1)** 24:14

**sir (1)** 4:6

**sitting (2)** 17:15,23

**situation (3)** 24:1 28:12 36:12

**size (2)** 31:5,7

**skip (2)** 26:2 31:19

**small (1)** 28:21

**somebody (8)** 7:9 9:16 12:9 15:13 29:13,16 32:20 33:25

**sort (3)** 30:18 34:15 36:7

**sources (2)** 10:5 11:15

**SOUTHERN (1)** 1:1

**speak (1)** 15:18

**specifically (10)** 10:14 11:16 12:20 13:4 22:22 26:15 27:12 31:17 32:25 33:22

**split (2)** 8:3 11:23

**spoken (1)** 15:19

**spray (8)** 27:19 28:2 30:9 33:11,19,25 34:11,18

**standing (1)** 24:14

**started (3)** 16:11,21,22

**starting (1)** 33:8

**state (3)** 7:18 31:25 38:3

**stated (2)** 5:13 36:10

**statement (2)** 8:20 35:23

**statements (5)** 19:1,3,8 20:8,10

**states (2)** 1:1 12:12

**statute (1)** 7:18

**statutes (1)** 7:19

**stayed (1)** 11:9

**Steffen (1)** 4:17

**stenographically (1)** 38:9

**stinger (3)** 27:23,24 30:25

**stories (1)** 19:14

**Story (1)** 32:3

**street (1)** 29:5

**streets (1)** 25:18

**stuff (4)** 6:10 8:23 9:25 16:8

**submitted (1)** 14:20

**suburb (1)** 32:1

**SueAnn (5)** 1:17,24 38:2,17,18

**sufficient (1)** 29:19

**summer (2)** 4:20 12:12

**Sunday (2)** 5:8,9

**supplemental (1)** 12:1

**sure (3)** 8:10 22:14 31:5

**swear (2)** 9:16 20:8

**swearing (1)** 9:20

**sworn (7)** 4:2 9:14,22 20:7,10 35:23 38:5

**S.T.A.R (1)** 31:25

---

**T**

**T (2)** 38:1,1

**tactical (2)** 31:23,24

**take (5)** 8:17 12:9 13:16 23:23 29:14

**taken (5)** 1:16 10:12 24:6 28:22 38:8

**takes (2)** 29:15,16

**talked (5)** 22:16,19,21 22:22 23:18

**talking (3)** 16:16,18 33:16

**team (1)** 32:1

**tell (5)** 4:6 5:4 28:4,6 31:22

**terms (2)** 11:8 23:23

**testified (3)** 4:3 17:4 29:25

**testify (1)** 38:6

**testimony (2)** 35:18 38:8

**Thank (2)** 34:23 37:9

**they'd (2)** 28:13 29:2

**thing (5)** 9:5 12:11 24:3 29:21 30:14

**things (8)** 7:9 12:7,23 16:21 19:3 20:12 29:9 36:21

**think (25)** 4:19 5:22,24 6:21 9:19 11:21 15:11 17:3 18:22 19:11 20:25 21:1 22:1,13 23:14,18 24:1 27:3 29:25 32:17 33:1,2,3 33:4 34:22

**Third (3)** 24:24 26:6 31:13

**three (6)** 15:4,6 26:10 29:11 31:20 36:21

**throwing (2)** 28:5 29:21

**time (29)** 4:14,15,19 5:5 10:2 11:12,17 17:18 17:20 19:13 20:8 21:7 21:9 23:16 24:11,11 24:16 26:16,20 27:1 32:8,13,14 33:6,9 34:5,21 36:5 38:9

**times (2)** 29:2 33:17

**title (1)** 38:10

**today (4)** 7:2 17:15,22 18:24

**told (2)** 9:23 11:1

**tool (2)** 27:10,11

**tools (1)** 28:10

**top (4)** 8:23 26:9 31:14 32:7

**totality (3)** 26:18 28:21 29:6

**totally (1)** 15:1

**TRACS (2)** 14:8,9

**trained (1)** 33:1

**training (10)** 7:2 23:9 23:12,13 27:13 28:10 32:16,24 33:13,24

**transcription (1)** 38:8

**transpiring (1)** 36:13

**trial (2)** 14:14 35:8

**tried (1)** 33:19

**true (12)** 9:25 16:24 17:5,7,17,21,24,25 18:24 19:6 35:5 38:7

**truth (1)** 38:6

**truthful (1)** 19:8

**Try (1)** 25:25

**trying (2)** 32:20 34:6

**turning (1)** 16:24 25:25

**two (8)** 4:23 6:12 7:24 7:25 10:5,23 11:11 24:3

**type (2)** 28:4,8

**types (2)** 27:15,21

---

**U**

**ultimate (1)** 29:18

**uncommon (3)** 17:1 19:2 30:7

**understand (3)** 4:22 17:21 21:2

**understanding (19)** 5:18 6:21 7:13 8:10 11:17 12:8 13:7 14:2 15:9,14 17:7,25 18:16 18:19 21:22 22:14 25:12 26:17 34:14

**uniforms (1)** 31:22

**unit (5)** 4:11 10:11,13 16:19 31:23

**UNITED (1)** 1:1

**units (1)** 31:24

**unlawful (25)** 6:1,6 7:3 7:14 9:12 11:6 12:8 12:13,22 13:1,8,10,14 13:15 19:18 20:14,24 21:3 23:10 24:8 26:13 26:19,21,24 27:4

**unlimited (1)** 30:5

**upload (1)** 25:7

---

**V**

**valid (1)** 12:2

**VanVelzen (5)** 10:3,9 10:17,24 37:4

**verbal (2)** 15:21 33:15

**verbatim (2)** 18:3 20:1

**versus (1)** 29:8

**vicinity (3)** 13:10 18:17 21:12

**video (13)** 24:25 25:10 26:2 28:21 31:20 32:6

DEPOSITION OF JEFFREY GEORGE

| | |
|---|---|
| 32:8,13 33:9,23 34:4 34:14 35:25 | 34:7 |
| **videos (9)** 12:7 24:21 25:1 31:15,16,17 36:7 36:10,15 | **year (1)** 23:12 |
| **view (1)** 31:9 | **1** |
| **violent (1)** 12:14 | **1 (4)** 1:7 3:9 36:22 37:6 |
| **vs (1)** 1:6 | **10 (1)** 5:7 |
| | **12 (1)** 1:20 |
| **W** | **12th (1)** 38:15 |
| **walking (2)** 29:4 31:21 | **2** |
| **want (3)** 11:22 33:7 35:16 | **2 (3)** 1:18 3:10 37:5 |
| **wasn't (7)** 11:2 28:20 29:5 30:2 32:2 33:21 36:4 | **2:48 (1)** 26:9 |
| | **20 (2)** 11:22 30:10 |
| | **2021 (2)** 1:20 38:15 |
| **watch (4)** 28:3 32:6,12 33:7 | **2910 (1)** 2:5 |
| **watched (2)** 35:25 36:10 | **3** |
| **watching (1)** 31:18 | **3 (3)** 3:11 36:22 37:4 |
| **way (4)** 21:23 25:16 28:9 34:16 | **30 (1)** 30:10 |
| **Waymire (1)** 4:21 | **30th (1)** 16:7 |
| **weekend (1)** 7:11 | **31 (1)** 5:9 |
| **weekends (1)** 25:21 | **31st (1)** 16:8 |
| **weird (1)** 25:11 | **35 (1)** 3:5 |
| **went (2)** 23:14 30:21 | **36 (3)** 3:9,10,11 |
| **weren't (1)** 4:22 | **37 (4)** 3:4,9,10,11 |
| **west (1)** 31:13 | |
| **we'll (1)** 30:8 | **4** |
| **we're (4)** 4:10 17:14 28:21 31:18 | **4 (1)** 3:4 |
| **we've (1)** 32:25 | **4:21-cv-00043-SBJ (1)** 1:6 |
| **whatnot (1)** 25:4 | **40 (1)** 11:22 |
| **white (1)** 33:11 | **400 (1)** 2:11 |
| **willfully (1)** 11:9 | **43:11 (1)** 33:8 |
| **willing (1)** 34:13 | **43:14 (1)** 32:6 |
| **willingly (1)** 12:12 | **43:32 (1)** 32:9 |
| **WINGERT (1)** 1:9 | **43:33 (1)** 33:10 |
| **wipe (1)** 10:23 | **45 (1)** 14:15 |
| **witness (1)** 4:2 | **48 (1)** 26:3 |
| **word (1)** 23:20 | **48:12 (1)** 28:5 |
| **work (2)** 5:5 23:6 | **48:15 (1)** 27:6 |
| **worked (1)** 15:23 | **48:26 (1)** 27:7 |
| **works (1)** 14:7 | |
| **wouldn't (2)** 20:25 34:10 | **5** |
| **write (1)** 14:5 | **50/50 (1)** 8:3 |
| **written (2)** 15:14 35:4 | **50309-1813 (1)** 2:12 |
| **wrong (1)** 34:11 | **50312 (1)** 2:6 |
| **wrote (2)** 15:8 17:16 | **51 (2)** 35:12,13 |
| | **8** |
| **X** | **8 (1)** 14:22 |
| **X (1)** 3:1 | **8:15 (1)** 1:19 |
| | **9** |
| **Y** | **9 (1)** 5:7 |
| **yeah (8)** 4:8 7:18 13:19 17:6,25 20:20 24:22 | **9:00 (1)** 37:12 |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

DENVER FOOTE,                          :
                                       :
              Plaintiff,               :
                                       :   No. 4:21-cv-00043-SBJ
       vs.                             :
                                       :
JOHN DOE 1; CLARK ALLEN;               :   DEPOSITION OF
ERNESTO ESCOBAR HERNANDEZ;             :
JEFFREY GEORGE; BRANDON                :   CLARK ALLEN
HOLTAN; ADAM HERMAN; KIRK              :
BAGBY; DANA WINGERT; CITY OF           :
DES MOINES, IOWA,                      :
                                       :
              Defendants.              :

---

          DEPOSITION OF CLARK ALLEN, taken before

SueAnn Jones, Certified Shorthand Reporter and Notary

Public, at Lower Level Conference Room 2, Des Moines

City Hall, Des Moines, Iowa, commencing at 9:00 a.m. on

July 12, 2021.

          Reported by:  SueAnn Jones, CSR, RPR

Defendants' Appendix 731

2

1                     A P P E A R A N C E S

2

3    Plaintiff by:        GINA MESSAMER

4                         Attorney at Law

5                         2910 Grand Avenue

6                         Des Moines, Iowa 50312

7

8    Defendants by:       MICHELLE R. MACKEL-WIEDERANDERS

9                         LUKE DeSMET

10                        City of Des Moines Attorneys

11                        400 Robert D. Ray Drive

12                        Des Moines, Iowa 50309-1813

13

14   Also Present:        Brandon Holtan

15

16

17

18

19

20

21

22

23

24

25

3

1                    I N D E X

2

3    EXAMINATION BY        DIRECT   CROSS   REDIRECT   RECROSS

4    Ms. Messamer            4                 39

5    Ms. Mackel-Wiederanders        34                    41

6

7

8    EXHIBIT                    PAGE(S) REFERRED TO

9      1                        20

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Defendants' Appendix 733

4

1                    CLARK ALLEN,

2    called as a witness, having been first duly sworn,

3    was examined and testified as follows:

4                    DIRECT EXAMINATION

5    BY MS. MESSAMER:

6       Q.  Hi, Officer Allen.  Could you please tell me what

7    your rank is?

8       A.  Senior police officer.

9       Q.  Do you want some paper?

10      A.  Yes, please.  That would be great.  Thanks.

11              (Off-the-record discussion.)

12      Q.  Who is in your chain of command?

13      A.  Currently I --

14      Q.  Actually, I will stop you.  Who was in your chain

15   of command last summer when the Court Avenue protests

16   happened?

17      A.  I believe my commander was -- McTaggart was my

18   captain, and then I believe it was Lieutenant Peak was

19   second in command, and then Sergeant Entrekin was my

20   sergeant at the time.

21      Q.  Has that shifted around?

22      A.  Yes.

23      Q.  As I understand it, on the Saturday of the Court

24   Avenue protests, you maybe started out over by the

25   courthouse?

5

1    A.  On which night was this?

2    Q.  This was the Saturday night where you ended up

3  down on Court Avenue.

4    A.  Yes.  Every night I started out at the station

5  actually and then -- yeah.

6    Q.  I was saying, though, were you by the state

7  courthouse, though, later?

8    A.  I'm honestly not sure.

9    Q.  In any event, you ended up going down to Court

10  Avenue, and when you were headed down to Court Avenue

11  after the people had broken into Hy-Vee, what were the

12  orders on what you guys were supposed to be doing?

13    A.  We were there to basically be a quick reaction

14  force for the officers that were already present, and in

15  terms of actual orders, wasn't super clear, just to

16  basically prevent disorder.

17    Q.  Who were you getting your orders from that night?

18    A.  The only individuals that were in the vehicle

19  that I was riding over with were actually my -- it was

20  Lieutenant Peak, and then Sergeant Entrekin was in the

21  passenger seat.

22    Q.  So when you jumped in that car, what instructions

23  were you given?

24    A.  Honestly, I can't recall the exact instructions.

25  It was very vague.  We knew that there were reports of

Defendants' Appendix 735

6

1  some, I guess, general disorder.  I'm not sure what

2  exactly was said.  We just got in with the intention of

3  preventing more chaos.

4     Q.  And I understand when you got out of that van,

5  pretty much right away you encountered Trent Schwab;

6  right?

7     A.  Yes, that's -- yep.

8     Q.  And I think you said maybe in your

9  interrogatories that somebody directed you over to him,

10  or do you remember how that played out?

11     A.  From what I recall, I think after watching my

12  body camera footage, Sergeant Entrekin had pointed him

13  out by -- I think he basically identified him by his

14  shirt color and pointed over in his direction.

15           And so he just said something like "White

16  shirt, white shirt," and so I went over -- immediately

17  over to him and I guess interacted with him initially

18  that way.

19     Q.  And then it was Entrekin that got out and then

20  kind of followed through and made the arrest?

21     A.  That's correct.

22     Q.  Did you author any reports from that Court Avenue

23  night?

24     A.  I don't know if I did a supplemental report or

25  not.  I know the only paperwork that I'm aware of that I

Defendants' Appendix 736

7

1    completed was -- was the Friday of bookers.

2    Q.  And also as I understand it, you didn't use force

3    against anybody else that night besides whatever limited

4    contact you had with Trent Schwab?

5    A.  That's correct.

6    Q.  And I'll say too, you know, I don't think that

7    you were a jerk this night.  I think that you were

8    treating people with respect, and I appreciate that.

9         So my questions are more just geared to the

10   charging decisions and how those got made.  Okay?

11   A.  Okay.

12   Q.  How did you end up getting to be put in charge of

13   this paddy wagon and doing the charging?

14   A.  As far as I know, I think from what I recall, it

15   was -- it was random, kind of like as an as-needed

16   basis.

17        I'm somewhat low on the totem pole, and the

18   wagon is generally for -- I guess it just kind of gets

19   randomly from assigned from what I understand.  I've

20   been on it since, but I don't know.

21   Q.  Do you know who assigned you to that?

22   A.  No, I don't remember exactly.

23   Q.  And are you usually partners with Officer Escobar

24   Hernandez?

25   A.  I have been but only on the wagon.  I've never

Defendants' Appendix 737

8

1    been patrol, a two-man patrol with him, but it's again

2    kind of random.

3        Q.  I understand that there was some tear gas that

4    was deployed kind of by the wagon.  Do you remember

5    that?

6        A.  When was this?

7        Q.  Just a little bit later on in that night after

8    you guys had come down to Court Avenue.

9        A.  I do not remember that actually.

10       Q.  Have you been in tear gas before?

11       A.  Yes.

12       Q.  How would you describe how it feels?

13       A.  It's very uncomfortable.  Makes it -- makes

14    you -- I guess makes you cough a lot.

15       Q.  How does it compare to tear gas?  Or how does it

16    compare to pepper spray?  I'm sorry.

17       A.  I'd rather be tear-gassed personally.  I've

18    been -- I've been through both.  I don't know.  Pepper

19    spray reacts pretty poorly with my fair skin.

20       Q.  And tear gas isn't that bad?

21       A.  I'd rather be tear-gassed.  I'd rather go into a

22    room with tear gas rather than have a blast of pepper

23    spray personally.

24       Q.  Why is that?

25       A.  Tear gas goes away faster once you're out of it.

Defendants' Appendix 738

9

1    With pepper spray, it just keeps on burning for the next

2    two hours.

3        Q.  Is the burning a similar feeling, though, in

4    terms of your eyes and your throat for both of those?

5        A.  Yes.  Yeah.

6        Q.  It's more the length?

7        A.  It's the length and I don't know.  It's hard to

8    say.  Both of them suck but from -- I definitely had a

9    much -- with my military experience, getting -- getting

10   tear-gassed and then my police experience, getting --

11   getting hit with OC, I prefer the tear gas.

12       Q.  And what kind of burning sensation is it?  Does

13   it compare to eating spicy food?

14       A.  With the tear gas?

15       Q.  Either one.

16       A.  Oh, I don't know.  It's just -- it's just a lot

17   of pain.  Yeah.  It sucks but --

18       Q.  Trying to get these videos up.  How many years

19   have you been on the police force?

20       A.  Coming up on four.

21       Q.  And in your training, are you trained on use of

22   pepper spray?

23       A.  Yes.

24       Q.  Why do you say it like a question?

25       A.  I mean we don't have a set, like, in this

Defendants' Appendix 739

1    instance you can; in this instance you can't.  It's

2    where you -- it's more trained in its deployment than

3    its -- I guess -- I guess yes, yeah.  Sorry.  I worked

4    last night.  I'm a little fuzzy but yeah.

5        Q.  Okay.  And are you also personally trained in

6    tear gas?

7        A.  I am not, no.

8        Q.  And this night are you authorized to carry tear

9    gas or anything like that, or are you just authorized to

10   carry pepper spray?

11       A.  That's correct.

12           MS. MACKEL-WIEDERANDERS:  I just want to

13   make sure that your answer -- which are you saying is

14   correct?  Were you authorized to carry tear gas or OC

15   spray?

16           THE WITNESS:  OC spray.  That is all.  No

17   tear gas.

18       Q.  How many times have you been pepper-sprayed?

19       A.  Let's see here.  Three times.  Well, I mean

20   directly?  Twice.

21       Q.  Is that in training?

22       A.  That was once in my current employment and then

23   once prior as a security guard at BYU.

24       Q.  Were officers coming and dropping people off to

25   you that they had arrested that night?

Defendants' Appendix 740

1    A.  No, not that I -- from what I recall, we brought

2    the wagon downtown to the location of the arrestees, and

3    then we loaded them into the wagon and then transported

4    them back to the station for paperwork.

5    Q.  Do you have any idea who arresting officers were

6    for any of the people?

7    A.  No, with the exception of Schwab.

8    Q.  And I know that one of your biggest

9    responsibilities you had that night was taking the zip

10   ties off of people and putting them in regular

11   handcuffs?

12   A.  Yes.

13   Q.  Did I ask you, did you review your body camera

14   videos before today?

15   A.  Yes, I did.  I won't say that I reviewed every

16   single moment of it, but I at least went through it.

17   Q.  When did you go through that?

18   A.  What day was that?  I don't recall.

19   Q.  In the last week or so?

20   A.  Yes.

21   Q.  What was the deal with the zip ties, and why were

22   you taking them off?

23   A.  So the zip ties were utilized by, I think,

24   whatever arresting officers were -- were deploying

25   those.

Defendants' Appendix 741

12

1          In order to facilitate an easier transition

2   out of the jail, it's a lot easier to remove -- remove

3   handcuffs, not to mention the fact that they are more, I

4   guess, exact in terms of the -- I guess the tightness or

5   looseness of them.

6          And so in order -- like, on an initial

7   arrest, utilizing the flex cuffs is just a rapid

8   deployment, and then when everything is back under

9   control, we switch out, and then it's -- we just dispose

10  of the flex cuffs after that point.

11  Q.  Did you encounter a lot of people who had flex

12  cuffs on in a way that was cutting off their

13  circulation?

14  A.  In a way that was actually cutting off their

15  circulation, no.  I did, I guess, experience a lot of

16  people complaining that they were tight.

17          However, there was no, like, actual

18  restriction of circulation to the point where it wasn't

19  causing any actual physical damage.

20          Were they uncomfortable?  Absolutely.  But

21  yeah.  There was -- not that I could see at least.

22  Q.  So it's your testimony that the flex cuffs were

23  applied correctly by the officers who put them on?

24  A.  As far as my training goes, yes.

25  Q.  And what is your training on that?

Defendants' Appendix 742

1    A.  I've actually never been officially trained on

2    deploying flex cuffs.

3    Q.  So when you say they were put on correctly

4    according to your training, is that accurate?

5    A.  As far as I can, I guess, assume based on my

6    training with normal handcuffs, like in terms of the --

7    in terms of the tightness and things like that, yeah.

8    Q.  Do you remember when you first came into contact

9    with Denver Foote?

10    A.  Yes.

11    Q.  Was she wearing goggles?

12    A.  That, I do not remember.

13    Q.  What do you remember about your initial

14    interaction with her?

15    A.  It was switching out her handcuffs right outside

16    of the wagon, and her purse was on her body in such a

17    way that it was unable to be removed with the flex

18    cuffs, and then it was a very long and tedious process

19    of trying to cut off the flex cuffs without the proper

20    tools.

21    Q.  What is the proper tool to cut off flex cuffs?

22    A.  Whatever works.  I mean I know there's a variety

23    of them, but as far as I know, the wire snips work

24    really well, but I don't know if -- I don't know of

25    particular --

Defendants' Appendix 743

14

1    Q.  What were the tools you tried that night?

2    A.  Scissors.  Well, I guess medical shears.

3    Q.  Did that work?

4    A.  No.  It broke the medical shears.  The flex cuffs

5    are pretty durable.  I know at one point I ended up

6    using a multitool on somebody else's, but the wire

7    snipping part was only able to cut through half, so I

8    had to go at it from both ways.  It was just kind of a

9    pain but --

10   Q.  Are flex cuffs essentially zip ties?

11   A.  Yes.  They work on the same principle but wider

12   so that they don't bite in.

13   Q.  How wide are they?

14   A.  I would have to guess.  I mean if you want me to

15   guess.  Maybe a half.

16   Q.  Prior to this night, had you gotten any training

17   on what the crime of unlawful assembly is?

18   A.  Not specifically, no, I don't believe so.  Or not

19   that I recall.

20   Q.  How about the crime of failure to disperse?

21   A.  No, not that I recall.

22   Q.  Did you get any training about those crimes after

23   this Court Avenue night?

24   A.  After that particular night?  Like, are we

25   talking subsequent days or -- okay.  Not immediately.  I

Defendants' Appendix 744

1   mean I think I looked them up on my own, but no, I don't

2   believe I was -- or, like, sat down and instructed this

3   is what this consists of, no.

4       Q.  What's your understanding of the crime of

5   unlawful assembly?

6       A.  I would have to relook at the Code.  I don't want

7   to misquote the -- misquote the concept.  I would have

8   to look it up again, I would say.

9       Q.  So then you're told you're going to be in charge

10  of doing the booking sheets?

11      A.  That's correct.

12      Q.  How do police officers normally do booking sheets

13  if it was just, you know, a single person that you're

14  arresting during a traffic stop?

15      A.  The persons involved in making the arrest do

16  the -- do the paperwork.

17      Q.  But what's it take on the computer?  What's that

18  process like?

19      A.  In terms of time?

20      Q.  No.  Just in terms of what you even fill out.

21  Because I know there was some discussion of doing paper

22  bookers versus I understand there's some maybe computer

23  system?

24      A.  Yeah.  There's a digital format or there's a

25  program which we use called TRACS, T-R-A-C-S.  I don't

16

1    remember exactly what that stands for.

2           But essentially it's a way where you can

3    easily import individuals' details from NCIC and thus

4    technically or at least try to be more faster and

5    efficient.

6           And then if you don't have access to that,

7    then you can just fill out a paper booker, which is --

8    has two carbon copies behind it that you hand in the

9    appropriate person's -- yeah.

10   Q.  What did you end up doing for paperwork on these

11   people who were arrested that night?

12   A.  I completed a variety of bookers for each

13   individual that I was assigned on TRACS.

14   Q.  So no paper bookers?

15   A.  None that I recall, no.

16   Q.  When you go and take people to the jail then,

17   what do you give the jail to let them know what the

18   charge is?

19   A.  We print off a copy from TRACS and give it to

20   them so there's a hard copy.

21   Q.  And you have got a printer in your paddy wagon?

22   A.  Uh-huh.

23   Q.  You have to say yes.

24   A.  Yes.  Sorry.

25   Q.  And in terms of the case numbers, I know there

Defendants' Appendix 746

17

1  was some discussion about it was going to be a hassle if

2  everybody had their case number.

3          Could you explain how the case number gets

4  assigned and why it matters?  Do you get multiple case

5  numbers or if you only have one?

6    A.  So with -- that's another question entirely.

7  The -- the main question was were each individual going

8  to have a case number or not?

9          And because it was one incident, they

10 determined that it was going to -- everyone was going to

11 be under that one case number unless there was some kind

12 of extraneous circumstance in which they were not

13 directly involved in the -- I guess in the unlawful

14 assembly, protest, whatever you want to call it.

15   Q.  For everybody that you filled out, did you put

16 them under the one case number?

17   A.  Yes.

18   Q.  So you didn't have any that as far as you knew

19 had these extraneous circumstances?

20   A.  No.

21   Q.  Would it be a lot more difficult to give each

22 person their own case number?

23   A.  No.  I mean it's just a number.

24   Q.  There's some point in your body camera where

25 someone is saying that every arrest is going to need its

18

1    own case number, and you and Officer Escobar Hernandez

2    are saying "That's crazy" or "That's insane."

3              Do you know why -- like, why was that your

4    reaction to that?  Is there something that's kind of a

5    pain about doing it that way?

6      A.  I honestly do not recall saying that, but maybe I

7    did.

8              (Off-the-record discussion.)

9      Q.  I'm trying to remember.  Did you work Friday

10   night too, the night before this, the first night of the

11   protests?

12     A.  Yes.

13     Q.  And what time did you come on duty then on

14   Saturday?

15     A.  I'm trying to recall exactly.  So the first --

16   both nights, from what I remember at least, I came on at

17   my normal time of 9 p.m., so 21:00 hours.

18     Q.  How --

19              MS. MACKEL-WIEDERANDERS:  Just make sure you

20   speak up so the court reporter can hear you.

21              THE WITNESS:  Oh, sorry.

22     Q.  Do you know how many individual body cam

23   recordings you have from that night?

24     A.  No, I do not.

25     Q.  What did you review before you came here today?

Defendants' Appendix 748

19

1    Just one?

2      A.   Just one from that night, yes.  Yes, the one

3    where it shows me -- well, I think it's both actually on

4    the same body camera footage, the incident with Schwab

5    and then later on when I was assigned to the wagon.

6      Q.   All right.  So I'm going to pull up your body

7    camera from May 31 starting at 2:35 a.m.

8      A.   Okay.

9      Q.   Do you recognize this as the one that you

10   reviewed?

11     A.   Yes.

12     Q.   I'll just skip ahead to minute 40.  This is where

13   you were talking about the charging decisions.

14           MS. MESSAMER:  We will need volume for this

15   one.

16           (Off-the-record discussion.)

17     Q.   Okay.  I'll play from 40:06 here.

18           (The video was played at this time.)

19           (Off-the-record discussion.)

20     Q.   Did you hear that on the radio the woman saying

21   "Every person needs to be on their own case"?

22     A.   I'm sorry.  I was kind of tuned out.  I was

23   waiting for myself or Escobar to speak.

24           MS. MACKEL-WIEDERANDERS:  We can go off the

25   record.

Defendants' Appendix 749

20

1          (Off-the-record discussion.)

2     Q.  Did you have any responsibility with these cases

3  after this night?

4     A.  No.

5     Q.  You were never called to be a witness in any of

6  the criminal cases?

7     A.  No.

8     Q.  Never talked to the county attorney about any of

9  the criminal cases?

10     A.  No.

11     Q.  When you took all these people to the jail, could

12  you explain what that process is like?  You print out

13  then, I take it, the charge sheet that would look like

14  this Exhibit 1; is that correct?

15     A.  So I had nothing to do with the charge.  That

16  typically actually isn't printed, just because it's in

17  the digital system, and like, the only thing that the

18  jail needs from us is the administrative paperwork,

19  which is the booker.  That's all.

20     Q.  That's all?

21     A.  Yep.

22     Q.  What other responsibilities do you have when

23  you're taking people to the jail?  You just hand them

24  over with the booker, and then that's pretty much it?

25     A.  (The witness nodded his head affirmatively.)

Defendants' Appendix 750

1    Q.  Is that a yes?

2    A.  Yes.  Sorry.  Yeah.  First deposition so --

3    Q.  That's okay.

4         Have you testified in court before?

5    A.  Yes.

6    Q.  I am going to play now Third and Court

7  northeast/north video.  There is no sound on this one.

8  Do you recognize what this is showing, if this is

9  Outlaws bar and this right there?  Do you recognize

10  that?

11    A.  I believe so, yeah.  So is this -- this sidewalk

12  is the east side?

13    Q.  Yes.  It's the east side of Third Avenue --

14    A.  Yeah.

15    Q.  -- pointing north.

16    A.  Got it.

17    Q.  I'm going to skip ahead to minute 48 here, and so

18  this is 2:48 in the morning.

19         (The video was played at this time.)

20    Q.  Pause for a second.  Do you recognize any of

21  these people walking north there with their hands up?

22    A.  No.

23    Q.  And then we see some officers come into view at

24  the bottom of the screen at 48:22.  With this kind of

25  uniform, who would these officers be with?

22

1    A.  Is it riot gear?

2    Q.  Can you tell?

3    A.  If it says police -- well, from what I

4  understand, it could be a variety of officers from -- I

5  mean that are assigned to Metro S.T.A.R., so I don't

6  know which department per se.  I don't know which

7  department specifically.

8    Q.  So you think these uniforms are Metro S.T.A.R.?

9    A.  I don't know of any other officers that have that

10  equipment assigned to them on that night besides Metro

11  S.T.A.R.

12    Q.  Let me back up just a little bit here and direct

13  your attention towards the top.  Did you see that

14  explosion there?

15    A.  I did.

16    Q.  At 48:25?

17    A.  Yes.

18    Q.  Do you know what kind of tool that would have

19  been?

20    A.  I'm not familiar with it, no.  I would be

21  completely guessing if I said anything.  I don't know.

22    Q.  Are you trained on things like stinger balls?

23    A.  No.

24    Q.  Did you see anybody do anything like that when

25  you were around the Court Avenue area that night?

Defendants' Appendix 752

23

1      A.  No.

2      Q.  And when I say see anybody do that, I am talking

3    about see officers throw whatever kind of explosive that

4    was.

5      A.  No.

6      Q.  Did you personally see officers deploying tear

7    gas canisters?

8      A.  When?

9      Q.  This night down on Court Avenue.

10     A.  Down on Court Avenue, no, I did not.

11     Q.  And did you say you have no training on how to

12   deploy canisters or things like stinger balls?

13     A.  No.  Yeah.  I have no training, that's correct.

14     Q.  I am going to pull up the Third and Court

15   northeast/west camera now.  Do you recognize what this

16   shows?

17     A.  So is this the south side of Court on -- that

18   we're looking straight down at?

19     Q.  This corner I'm circling here, this would be the

20   east side of Third where it hits Court Avenue.

21     A.  Okay.  So south side of -- okay.

22     Q.  And this is Annie's Pub.

23     A.  Oh, wait.

24     Q.  Just on the north side of Court.

25     A.  Okay.  Got it.

Defendants' Appendix 753

24

1    Q.  This camera is pointing west.

2    A.  Yeah.  Now I see it.  Yep.

3    Q.  All right.

4    A.  So this is from the parking garage.

5    Q.  Yes.

6    A.  Got it.

7    Q.  Skipping ahead to --

8          MS. MACKEL-WIEDERANDERS:  Go off for a

9    little bit here.

10          (Off-the-record discussion.)

11    Q.  Going back to the Third and Court northeast/west

12    cam, I'm skipping ahead to a minute 43, and then I'd

13    like you to watch the top half of the screen here.

14          (The video was played at this time.)

15    Q.  Okay.  Pausing at 43:29, did you see that officer

16    kick that guy at the top of the screen?

17    A.  I believe they did, yes.

18    Q.  I'll replay it.

19          (The video was played at this time.)

20    Q.  Okay.  So the time is 43:34.  Is that kick

21    something that's consistent with your training?

22    A.  I don't know what the situation was that caused

23    him to kick.  I mean there are -- kicks are, I guess,

24    allowed in certain circumstances.

25          I don't know what circumstances were present

Defendants' Appendix 754

1  from the video, what was going on from the standpoint.

2  I mean from appearances, no, it doesn't look like that

3  would be consistent with -- with the training that we

4  receive, but I guess I would -- again, I'd be guessing.

5      Q.  What circumstances can you think of that would

6  justify a kick?

7      A.  The same circumstances that would justify a

8  strike, whether it be resisting of some kind with, like,

9  not -- not just laying hands.  I mean trying to invent

10  something on the fly that would be applicable.

11          I guess to put it, I guess, for the sake of

12  brevity, I think from what this -- from what this looks

13  like, it does not look like the kick would have been

14  justified according to our training.

15      Q.  And I am going to rewind again, and this time I

16  want you to watch the bottom of the screen again at

17  42:59.

18          (The video was played at this time.)

19      Q.  Did you see that pepper spray there to the guy in

20  the white shirt?

21      A.  Yes, I did.

22      Q.  Is that consistent with your training?

23      A.  In order to disperse individuals?  Yeah.

24      Q.  You think that was okay according to your

25  training?

26

1      A.   From what I was understanding, at least with

2  the -- with the state of affairs as they were with the

3  dispersal order being given, utilizing pepper spray to

4  disperse individuals is within -- within policy.

5           Would I have done that personally?  Probably

6  not.  But I know that pepper spray in itself, like --

7  again, I'm assuming a lot right now.  But it seems like

8  there were some commands possibly being given, and he

9  was not complying possibly.

10          I mean that's the only thing that I could --

11  I could think why they would be deploying it.

12     Q.   If someone is not complying with the commands,

13  how do you decide if I'm going to use force against them

14  versus arrest them?

15     A.   You mean just go to put hands on someone or --

16     Q.   Maybe I am wrong, but it seems to me that if a

17  person isn't complying with what an officer is telling

18  them to do and I mean it's a crime or something like

19  this man has to leave and he's not doing it, why don't

20  you arrest them versus spraying them in the face?

21          MS. MACKEL-WIEDERANDERS:  I'm going to

22  object.  I think that calls for speculation.  He didn't

23  spray this person, but go ahead and answer if you can.

24     A.   Again, I think it's -- it's a question of the

25  discretion that we have to arrest or not to arrest.

Defendants' Appendix 756

1    There were a lot of individuals who did get

2    pepper-sprayed from what I understand with the

3    intentions of dispersing them that did end up dispersing

4    and thus they weren't arrested.

5         But again, that's -- like she was saying,

6    I'm just guessing.

7    Q.  Did you have any direction from your supervisors

8    when you came down to Court Avenue about were you just

9    supposed to arrest anybody who was still down there?

10   A.  I didn't receive any specific instruction, no.

11   Q.  Was it your understanding that anybody who was

12   still down there was committing a crime?

13   A.  Yes.

14   Q.  And what crime was that?

15   A.  Failure to disperse was my thought at the time.

16   Q.  What dispersal warnings had been given to your

17   knowledge in the Court Avenue area?

18   A.  I don't know.  I have no idea.

19   Q.  When you were down there, did you ever hear a

20   dispersal order given?

21   A.  No.

22   Q.  Was it your understanding that a dispersal order

23   is a requirement or prerequisite to finding that someone

24   has disobeyed an order to disperse?

25   A.  At this point in time, I was unaware of that

Defendants' Appendix 757

1    requirement being as this is the first time that I had

2    ever been involved in any kind of a riot situation.

3            I had heard the dispersal orders being given

4    over a PA system from a squad car.  I can't remember

5    exactly when, whether it was before this or after this

6    or on a different night entirely, but yes, I'm aware of

7    that now, I guess.

8    Q.  When did you become aware of it?

9    A.  I don't know.  I don't remember the exact time or

10   date or --

11   Q.  Was it any kind of structured training or just

12   kind of picking this up?

13   A.  Picking it up initially, and then there was an

14   explosive policy given out to clarify things later.

15   Q.  Now we will go to your body camera video, the

16   Clark Allen 20200531 at 2:35.  And in this video, I'll

17   skip ahead to -- skip ahead to 42.

18           (The video was played at this time.)

19   Q.  Did you hear the dispatch that time?

20   A.  Yes.  I didn't -- she said that they're all going

21   to go under one case.

22   Q.  We'll play it one more time at 42:07.

23           (The video was played at this time.)

24   Q.  Did you hear that?

25   A.  All under one -- all under one case is what she

Defendants' Appendix 758

29

1    said?  Or --

2        Q.  We'll go back.

3        A.  Maybe I'm not -- I'm sorry.  Am I just not

4    understanding?

5        Q.  You're okay.  We'll go back and play it for you

6    at 42:07.

7                (The video was played at this time.)

8        A.  Every vandalism is every --

9        Q.  And every case.  Or "Every arrest and every

10   vandalism is going to have its own case."  That's what I

11   heard.

12       A.  Play at that one more time.  Yeah.

13               (The video was played at this time.)

14       A.  Okay.  Is to have its own case.

15       Q.  Did you hear --

16       A.  Yes.

17       Q.  Was that you that said "There's no way"?

18       A.  So I guess I want to --

19               MS. MACKEL-WIEDERANDERS:  Wait for a

20   question.

21       Q.  Go ahead.  I want you to explain what you were

22   thinking there or what your reaction is to that.

23       A.  So sorry.  What is the question?  Go ahead.

24       Q.  So you said "There's no way" after the dispatch

25   said that.  Why did you say that?

1    A.  So the amount of individuals that we had arrested

2  was going to be -- like, there's -- there's not really

3  any more difficulty in terms of the numbers, but in

4  terms of managing, making sure that every -- every

5  individual is matched up with that specific number, so

6  that way we don't -- I guess for lack of a better term

7  cross-contaminate, so like if somebody fat-fingers a

8  number and puts a different person under a different

9  case, then it can be a little bit of a managerial

10  nightmare in that regard.

11          But in itself, whether one person is under

12  one case number or if they're all under the same, the

13  charge is what matters.

14    Q.  I'll skip ahead a little bit here to 45:30 and

15  just listen a while, and then I'll kind of ask you to

16  explain.

17          (The video was played at this time.)

18    Q.  Pause it here at 47:43.  You said something about

19  calling Allison?

20    A.  House.

21    Q.  House.  Sorry.

22    A.  As in Sergeant House.

23    Q.  What was his responsibility that night?

24    A.  He was one of the midnight supervisors.  I

25  believe -- I don't remember what I -- exactly what I

31

1    wanted to call him about.

2       Q.  And as I understand it, the dispatch person who's

3    talking to you, they're just relaying messages that some

4    supervisor gave them?

5       A.  Or someone gave them.  Yeah.  They're not making

6    any -- any of the decisions.  They're just there to --

7       Q.  Skip ahead to 1:45.

8              (The video was played at this time.)

9       Q.  Who was that guy that was talking in your window?

10      A.  That's Lieutenant Bagby -- or at the time

11   Lieutenant Bagby.

12             (The video was played at this time.)

13      Q.  So pause it at 1:45:22.  This guy here in the

14   window, that's Lieutenant Bagby?

15      A.  Yeah.

16      Q.  Okay.  So ultimately, what you ended up doing was

17   at Lieutenant Bagby's direction?

18      A.  That's correct.

19      Q.  Did you have any reason to believe that the

20   people in your paddy wagon had committed criminal

21   mischief?

22      A.  I had no -- I had no -- it would be conjecture

23   for me to guess one way or the other.

24      Q.  How did you even have information about what the

25   people in your paddy wagon had done?  Who gave that to

Defendants' Appendix 761

32

1   you?  Was it the arresting officers, or did anybody give

2   you particular information about the people in your

3   wagon?

4      A.  No, and -- yeah.  No.  The answer is no.

5      Q.  So you actually had no particular probable cause

6   information that night?

7      A.  That's correct.

8      Q.  Did you have any concerns about charging all

9   these people with things when you didn't have any

10  probable cause information?

11     A.  So I guess one thing to make it clear there that

12  I want to make clear, there was -- I did not do any of

13  the charges and nor as a booker any part of the charge.

14         Like the charge -- charging document like

15  you printed out over here showed me somewhere, that is

16  what actually goes to the -- the courts.  This, like the

17  bookers, are just an administrative paperwork.

18     Q.  But you were responsible for taking these people

19  to jail?

20     A.  Yes.

21     Q.  And saying this is what they're being taken to

22  jail for?

23     A.  Yes.

24     Q.  So do you --

25     A.  As told to me, yeah.

Defendants' Appendix 762

33

1    Q.  And you say that as distinct from the charge?

2    A.  Well, I'm just saying that when I -- when I put

3    my name on the booker, it was -- I guess it was based on

4    what I was told to charge -- to put on as what was being

5    charged, but the actual charging and the affidavit

6    portion of that was done separate from what I did.

7    Q.  So in terms of who is responsible for charging

8    these people with criminal mischief, which they didn't

9    do, who do you think was responsible for that?

10    A.  Whoever made the charging decision.  I don't

11    know.

12    Q.  So in this circumstance you think that would be

13    Bagby because he was the one who was making the call on

14    what these people are being charged with?

15    A.  I'm not sure if he made that call specifically or

16    if he was passing it down.  I don't know.

17    Q.  Okay.  Had you been with Lieutenant Bagby earlier

18    in the night at all?

19    A.  No.

20    Q.  When you were filling out these bookers and knew

21    the people were getting charged with criminal mischief,

22    did you more or less know that was not accurate?

23    A.  I had no reason to believe that it was or was not

24    because I hadn't been -- I guess everybody was arrested

25    when I arrived on scene.  I didn't know one way or the

Defendants' Appendix 763

34

1    other.

2    Q.  Do you think if an officer assaults someone on

3    the job and there wasn't a legitimate justification for

4    that that the officer should be charged with assault?

5              MS. MACKEL-WIEDERANDERS:  I'm going to

6    object.  There's no evidence in the record about

7    officers assaulting people.  Go ahead and answer.

8    A.  I think that officers need to be held accountable

9    for their unlawful actions, yes.

10    Q.  Do you have an opinion on if that should be

11    through OPS or through criminal charges or both?

12    A.  I guess I'll leave that up to the courts.  I

13    don't --

14              MS. MESSAMER:  Those are all my questions.

15    Thank you.

16              MS. MACKEL-WIEDERANDERS:  I have got a few

17    for you, Officer Allen.

18                    CROSS-EXAMINATION

19    BY MS. MACKEL-WIEDERANDERS:

20    Q.  I am going to kind of jump around here a little

21    bit just based on some of your previous testimony.  You

22    talked about being trained on handcuffs and that the

23    flex cuffs training, you haven't been specifically

24    trained on.  I want to make sure that I understand your

25    response.

Defendants' Appendix 764

35

1          Were you indicating that in terms of safety,

2   the trainings that you have -- the safety training that

3   you have had with regular handcuffs that flex cuffs were

4   being used consistent with that training?

5      A.   So I guess my intention in answering that was

6   that with our normal handcuff training, we are trained

7   in such a way that we do not cut off the circulation of

8   the individual's hands with the -- with the tightness of

9   the cuffs.

10          And with all of the flex cuffs that I

11  removed that night, I did not detect them to be --

12  actually being cause -- or to actually causing physical

13  harm.

14          They were causing physical discomfort by all

15  means, and that's consistent with their design.  But

16  they weren't causing any physical damage.

17     Q.   Can regular handcuffs also cause discomfort?

18     A.   Yes.

19     Q.   Did you attend a training in January this year, a

20  regular annual training?

21     A.   For the -- for the department?

22     Q.   Yes.

23     A.   Yes.  Yes.

24     Q.   Do you remember there being a session on general

25  disorder?

Defendants' Appendix 765

36

1    A.  Yes.

2    Q.  A little earlier Ms. Messamer asked you to

3  explain what you understand I believe unlawful assembly,

4  one of the charges that was charged.

5        Do you generally memorize the criminal code?

6    A.  No.

7    Q.  Were you aware that there were teams assisting

8  that night from other departments outside of the

9  S.T.A.R. unit from other cities, the State?

10    A.  I was under the impression that they were part of

11  Metro S.T.A.R. as a conglomeration of different

12  departments, but I didn't know there were other teams

13  besides Metro S.T.A.R.

14    Q.  You have answered "I don't know" to a lot of

15  questions, I'm going to say.  Is it fair to say that you

16  were not part of sort of a core decision-making unit

17  about this evening?

18    A.  That's very accurate.

19    Q.  Did you hear officers yelling at people to go

20  home?

21    A.  Yes.

22    Q.  Did you personally yell at people to go home?

23    A.  Yes, or just leave.

24    Q.  It didn't matter where they went so long as they

25  dispersed?

Defendants' Appendix 766

37

1      A.  Yes.

2      Q.  And I can't remember.  Did you say you had worked

3  the wagon before or after?

4      A.  After, yes.

5      Q.  You have worked the wagon?

6      A.  Yes.  Are we talking this specific --

7      Q.  Anytime.

8      A.  Yes.  I just got off a three-month stint

9  actually.

10     Q.  So let's talk about the normal kind of course of

11  events when you work the wagon.  How do you get people

12  on the wagon and to the jail?  Take us through that

13  process.

14     A.  So we arrive on scene.  We're -- the individuals

15  have already been arrested by whatever officer is making

16  the arrest, and typically they don't have flex cuffs on.

17  They have normal handcuffs.

18          And so we perform a switch where we put on a

19  second set of handcuffs and then remove the first, thus

20  maintaining control of the detainee, arrestee, whatever

21  you want to call them, and return the original set of

22  handcuffs to the arresting officer.

23          After that point we perform a pat-down

24  search and take all their property and secure it, and

25  then we load them into the wagon, and we drive them up

38

1    to the jail.

2        Q.   Who fills out the booker?

3        A.   Typically the arresting officer does.

4        Q.   But you are still handing that off to the jail?

5        A.   Yes.

6        Q.   And you don't have any personal knowledge about

7    what's in that booker?

8        A.   No.  It's all occurred before I arrive.

9        Q.   That night did you trust the information that was

10   provided to you about the probable cause for arresting

11   these folks?

12       A.   Yes.

13       Q.   Did you have any reason not to trust that

14   information?

15       A.   No.

16       Q.   Have you had situations where police officers in

17   reports have lied to you?

18       A.   Not that I recall.

19       Q.   Any that you are aware of?

20       A.   No.

21       Q.   The video that you watched earlier with the

22   person who was kicked, do you have any information about

23   whether or not that officer was a City of Des Moines

24   officer?

25       A.   None.

Defendants' Appendix 768

1    Q.  And Ms. Messamer asked you questions about pepper

2    spray, whether or not the kicking was part of the, you

3    know, protocol.

4          In order to give an opinion about that, were

5    you having to sort of imagine some of the circumstances

6    on the videos?

7    A.  Yes.

8    Q.  Is it fair to say that those videos are a very

9    narrow picture of what was going on down there?

10   A.  Yes, at the time, yeah.

11         MS. MACKEL-WIEDERANDERS:  All right.  I

12   don't have anything further.

13                REDIRECT EXAMINATION

14   BY MS. MESSAMER:

15   Q.  I think Ms. Mackel asked you about the probable

16   cause information you had that night.  I thought that

17   you told me you didn't receive any information about

18   what these individual people had done?

19   A.  So I had no reason to believe that they were

20   being charged inaccurately.  I had no -- I had no

21   evidence to the contrary is what I'm saying.

22         And as a result, I mean if -- if I did, I

23   would have -- I would have said "Hey, this person most

24   certainly did not do this."

25   Q.  Well, you did make statements about how there was

1  no way that all these people committed criminal

2  mischief?

3     A.  Okay.  I mean I had my personal opinion, but at

4  the same time I had no evidence to the contrary.

5     Q.  Well, what was your personal opinion based on?

6     A.  Just the fact that it would be a -- let me see

7  here if I can rephrase this correctly.  I did not see

8  everyone -- or I did not see anyone when I went down

9  there committing criminal mischief.

10           That being said, on our initial, like, the

11  reason why we went down there initially before I was

12  placed on the wagon was because those things were

13  happening, so I had no -- I had no evidence to the

14  contrary.

15    Q.  So you doubted it, but you were willing to go

16  along with it because it was an order from your

17  supervisor.  Is that fair?

18    A.  Sure, yes.

19           MS. MESSAMER:  I think that's all I have.

20  Thank you.

21           MS. MACKEL-WIEDERANDERS:  I have one other

22  question which may lead to others.  I'm not sure.

23

24

25

41

1                    RECROSS-EXAMINATION

2  BY MS. MACKEL-WIEDERANDERS:

3     Q.  So Officer Allen, when you made those statements

4  about the charges, did you believe that you were going

5  to have to swear out the arrest affidavits?

6     A.  No.

7     Q.  Did you have any concern that you were going to

8  have to swear to any firsthand knowledge?

9     A.  No.

10    Q.  If you had been required to, would that have been

11 concerning?

12    A.  Yes.

13         MS. MACKEL-WIEDERANDERS:  All right.  I

14 don't have anything further.

15         MS. MESSAMER:  Me either.  Thank you.

16         (Deposition concluded at 10:30 a.m.)

17

18

19

20

21

22

23

24

25

Defendants' Appendix 771

42

C E R T I F I C A T E

I, SueAnn Jones, a Certified Shorthand Reporter and Notary Public in and for the State of Iowa, do hereby certify that prior to the commencement of the deposition, CLARK ALLEN was duly sworn by me to testify to the truth;

That the foregoing is a true and accurate computer-aided transcription of the testimony as taken stenographically by and before me at the time and place indicated on the title page;

That I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am not financially interested in the action.

Dated this 12th day of July, 2021.


/s/ SueAnn Jones

SueAnn Jones, CSR, RPR

Defendants' Appendix 772

**A**

able (1) 14:7
Absolutely (1) 12:20
access (1) 16:6
accountable (1) 34:8
accurate (4) 13:4 33:22
  36:18 42:7
action (2) 42:13,14
actions (1) 34:9
actual (4) 5:15 12:17,19
  33:5
ADAM (1) 1:9
administrative (2)
  20:18 32:17
affairs (1) 26:2
affidavit (1) 33:5
affidavits (1) 41:5
affirmatively (1) 20:25
ahead (12) 19:12 21:17
  24:7,12 26:23 28:17
  28:17 29:21,23 30:14
  31:7 34:7
Allen (9) 1:7,8,16 4:1,6
  28:16 34:17 41:3 42:5
Allison (1) 30:19
allowed (1) 24:24
amount (1) 30:1
Annie's (1) 23:22
annual (1) 35:20
answer (4) 10:13 26:23
  32:4 34:7
answered (1) 36:14
answering (1) 35:5
anybody (6) 7:3 22:24
  23:2 27:9,11 32:11
Anytime (1) 37:7
appearances (1) 25:2
applicable (1) 25:10
applied (1) 12:23
appreciate (1) 7:8
appropriate (1) 16:9
area (2) 22:25 27:17
arrest (12) 6:20 12:7
  15:15 17:25 26:14,20
  26:25,25 27:9 29:9
  37:16 41:5
arrested (6) 10:25
  16:11 27:4 30:1 33:24
  37:15
arrestee (1) 37:20
arrestees (1) 11:2
arresting (7) 11:5,24
  15:14 32:1 37:22 38:3
  38:10
arrive (2) 37:14 38:8
arrived (1) 33:25
asked (3) 36:2 39:1,15
assault (1) 34:4
assaulting (1) 34:7

assaults (1) 34:2
assembly (4) 14:17 15:5
  17:14 36:3
assigned (7) 7:19,21
  16:13 17:4 19:5 22:5
  22:10
assisting (1) 36:7
assume (1) 13:5
assuming (1) 26:7
as-needed (1) 7:15
attend (1) 35:19
attention (1) 22:13
attorney (3) 2:4 20:8
  42:12
Attorneys (1) 2:10
author (1) 6:22
authorized (3) 10:8,9
  10:14
Avenue (16) 2:5 4:15
  4:24 5:3,10,10 6:22
  8:8 14:23 21:13 22:25
  23:9,10,20 27:8,17
aware (5) 6:25 28:6,8
  36:7 38:19
a.m (3) 1:19 19:7 41:16

**B**

back (6) 11:4 12:8
  22:12 24:11 29:2,5
bad (1) 8:20
Bagby (6) 1:9 31:10,11
  31:14 33:13,17
Bagby's (1) 31:17
balls (2) 22:22 23:12
bar (1) 21:9
based (4) 13:5 33:3
  34:21 40:5
basically (3) 5:13,16
  6:13
basis (1) 7:16
believe (12) 4:17,18
  14:18 15:2 21:11
  24:17 30:25 31:19
  33:23 36:3 39:19 41:4
better (1) 30:6
biggest (1) 11:8
bit (6) 8:7 22:12 24:9
  30:9,14 34:21
bite (1) 14:12
blast (1) 8:22
body (8) 6:12 11:13
  13:16 17:24 18:22
  19:4,6 28:15
booker (7) 16:7 20:19
  20:24 32:13 33:3 38:2
  38:7
bookers (6) 7:1 15:22
  16:12,14 32:17 33:20
booking (2) 15:10,12

bottom (2) 21:24 25:16
Brandon (2) 1:8 2:14
brevity (1) 25:12
broke (1) 14:4
broken (1) 5:11
brought (1) 11:1
burning (3) 9:1,3,12
BYU (1) 10:23

**C**

C (3) 2:1 42:1,1
call (5) 17:14 31:1
  33:13,15 37:21
called (3) 4:2 15:25
  20:5
calling (1) 30:19
calls (1) 26:22
cam (2) 18:22 24:12
camera (8) 6:12 11:13
  17:24 19:4,7 23:15
  24:1 28:15
canisters (2) 23:7,12
captain (1) 4:18
car (2) 5:22 28:4
carbon (1) 16:8
carry (3) 10:8,10,14
case (17) 16:25 17:2,3,4
  17:8,11,16,22 18:1
  19:21 28:21,25 29:9
  29:10,14 30:9,12
cases (3) 20:2,6,9
cause (6) 32:5,10 35:12
  35:17 38:10 39:16
caused (1) 34:22
causing (4) 12:19 35:12
  35:14,16
CENTRAL (1) 1:2
certain (1) 24:24
certainly (1) 39:24
Certified (2) 1:17 42:2
certify (1) 42:4
chain (2) 4:12,14
chaos (1) 6:3
charge (10) 7:12 15:9
  16:18 20:13,15 30:13
  32:13,14 33:1,4
charged (6) 33:5,14,21
  34:4 36:4 39:20
charges (4) 32:13 34:11
  36:4 41:4
charging (8) 7:10,13
  19:13 32:8,14 33:5,7
  33:10
circling (1) 23:19
circulation (2) 12:13,15
  12:18 35:7
circumstance (2) 17:12
  33:12
circumstances (6)

17:19 24:24,25 25:5,7
  39:5
cities (1) 36:9
City (4) 1:9,19 2:10
  38:23
clarify (1) 28:14
Clark (6) 1:7,8,16 4:1
  28:16 42:5
clear (3) 5:15 32:11,12
code (2) 15:6 36:5
color (1) 6:14
come (3) 8:8 18:13
  21:23
coming (2) 9:20 10:24
command (3) 4:12,15
  4:19
commander (1) 4:17
commands (2) 26:8,12
commencement (1)
  42:4
commencing (1) 1:19
committed (2) 31:20
  40:1
committing (2) 27:12
  40:9
compare (3) 8:15,16
  9:13
complaining (1) 12:16
completed (2) 7:1 16:12
completely (1) 22:21
complying (3) 26:9,12
  26:17
computer (2) 15:17,22
computer-aided (1)
  42:8
concept (1) 15:7
concern (1) 41:7
concerning (1) 41:11
concerns (1) 32:8
concluded (1) 41:16
Conference (1) 1:18
conglomeration (1)
  36:11
conjecture (1) 31:22
consistent (5) 24:21
  25:3,22 35:4,15
consists (1) 15:3
contact (2) 7:4 13:8
contrary (3) 39:21 40:4
  40:14
control (2) 12:9 37:20
copies (1) 16:8
copy (2) 16:19,20
core (1) 36:16
corner (1) 23:19
correct (9) 6:21 7:5
  10:11,14 15:11 20:14
  23:13 31:18 32:7
correctly (3) 12:23 13:3

40:7
cough (1) 8:14
counsel (1) 42:12
county (1) 20:8
course (1) 37:10
court (22) 1:1 4:15,23
  5:3,9,10,6 6:22 8:8
  14:23 18:20 21:4,6
  22:25 23:9,9,10,14,17
  23:20,24 24:11 27:8
  27:17
courthouse (2) 4:25 5:7
courts (2) 32:16 34:12
crazy (1) 18:2
crime (6) 14:17,20 15:4
  26:18 27:12,14
crimes (1) 14:22
criminal (9) 20:6,9
  31:20 33:8,21 34:11
  36:5 40:1,9
CROSS (1) 3:3
cross-contaminate (1)
  30:7
CROSS-EXAMINA... (1)
  34:18
CSR (2) 1:24 42:18
cuffs (15) 12:7,10,12,22
  13:2,18,19,21 14:4,10
  34:23 35:3,9,10 37:16
current (1) 10:22
Currently (1) 4:13
cut (4) 13:19,21 14:7
  35:7
cutting (2) 12:12,14

**D**

D (2) 2:11 3:1
damage (2) 12:19 35:16
DANA (1) 1:9
date (1) 28:10
Dated (1) 42:15
day (2) 11:18 42:15
days (1) 14:25
deal (1) 11:21
decide (1) 26:13
decision (1) 33:10
decisions (3) 7:10 19:13
  31:6
decision-making (1)
  36:16
Defendants (2) 1:11 2:8
definitely (1) 9:8
Denver (2) 1:4 13:9
department (3) 22:6,7
  35:21
departments (2) 36:8
  36:12
deploy (1) 23:12
deployed (1) 8:4

**deploying (4)** 11:24
13:2 23:6 26:11
**deployment (2)** 10:2
12:8
**deposition (5)** 1:7,16
21:2 41:16 42:5
**Des (7)** 1:10,18,19 2:6
2:10,12 38:23
**describe (1)** 8:12
**design (1)** 35:15
**DeSMET (1)** 2:9
**details (1)** 16:3
**detainee (1)** 37:20
**detect (1)** 35:11
**determined (1)** 17:10
**different (4)** 28:6 30:8
30:8 36:11
**difficult (1)** 17:21
**difficulty (1)** 30:3
**digital (2)** 15:24 20:17
**direct (3)** 3:3 4:4 22:12
**directed (1)** 6:9
**direction (3)** 6:14 27:7
31:17
**directly (2)** 10:20 17:13
**discomfort (2)** 35:14,17
**discretion (1)** 26:25
**discussion (8)** 4:11
15:21 17:1 18:8 19:16
19:19 20:1 24:10
**disobeyed (1)** 27:24
**disorder (3)** 5:16 6:1
35:25
**dispatch (3)** 28:19
29:24 31:2
**dispersal (5)** 26:3 27:16
27:20,22 28:3
**disperse (5)** 14:20
25:23 26:4 27:15,24
**dispersed (1)** 36:25
**dispersing (2)** 27:3,3
**dispose (1)** 12:9
**distinct (1)** 33:1
**DISTRICT (2)** 1:1,1
**DIVISION (1)** 1:2
**document (2)** 32:14
**DOE (1)** 1:7
**doing (8)** 5:12 7:13
15:10,21 16:10 18:5
26:19 31:16
**doubted (1)** 40:15
**downtown (1)** 11:2
**drive (2)** 2:11 37:25
**dropping (1)** 10:24
**duly (2)** 4:2 42:5
**durable (1)** 14:5
**duty (1)** 18:13

─────── **E** ───────

**E (5)** 2:1,1 3:1 42:1,1
**earlier (3)** 33:17 36:2
38:21
**easier (2)** 12:1,2
**easily (1)** 16:3
**east (3)** 21:12,13 23:20
**eating (1)** 9:13
**efficient (1)** 16:5
**either (2)** 9:15 41:15
**else's (1)** 14:6
**employee (1)** 42:11
**employment (1)** 10:22
**encounter (1)** 12:11
**encountered (1)** 6:5
**ended (5)** 5:2,9 14:5
31:16
**entirely (2)** 17:6 28:6
**Entrekin (4)** 4:19 5:20
6:12,19
**equipment (1)** 22:10
**ERNESTO (1)** 1:8
**Escobar (4)** 1:8 7:23
18:1 19:23
**essentially (2)** 14:10
16:2
**evening (1)** 36:17
**event (1)** 5:9
**events (1)** 37:11
**everybody (3)** 17:2,15
33:24
**evidence (4)** 34:6 39:21
40:4,13
**exact (3)** 5:24 12:4 28:9
**exactly (6)** 6:2 7:22
16:1 18:15 28:5 30:25
**EXAMINATION (3)**
3:3 4:4 39:13
**examined (1)** 4:3
**exception (1)** 11:7
**Exhibit (3)** 3:8 20:14
**experience (3)** 9:9,10
12:15
**explain (5)** 17:3 20:12
29:21 30:16 36:3
**explosion (1)** 22:14
**explosive (2)** 23:3 28:14
**extraneous (2)** 17:12,19
**eyes (1)** 9:4

─────── **F** ───────

**F (1)** 42:1
**face (1)** 26:20
**facilitate (1)** 12:1
**fact (2)** 12:3 40:6
**failure (2)** 14:20 27:15
**fair (4)** 8:19 36:15 39:8
40:17
**familiar (1)** 22:20
**far (5)** 7:14 12:24 13:5

13:23 17:18
**faster (2)** 8:25 16:4
**fat-fingers (1)** 30:7
**feeling (1)** 9:3
**feels (1)** 8:12
**fill (2)** 15:20 16:7
**filled (1)** 17:15
**filling (1)** 33:20
**fills (1)** 38:2
**financially (1)** 42:13
**finding (1)** 27:23
**first (7)** 4:2 13:8 18:10
18:15 21:2 28:1 37:19
**firsthand (1)** 41:8
**flex (14)** 12:7,10,11,22
13:2,17,19,21 14:4,10
34:23 35:3,10 37:16
**fly (1)** 25:10
**folks (1)** 38:11
**followed (1)** 6:20
**follows (1)** 4:3
**food (1)** 9:13
**footage (2)** 6:12 19:4
**Foote (2)** 1:4 13:9
**force (4)** 5:14 7:2 9:19
26:13
**foregoing (1)** 42:7
**format (1)** 15:24
**four (1)** 9:20
**Friday (2)** 7:1 18:9
**further (2)** 39:12 41:14
**fuzzy (1)** 10:4

─────── **G** ───────

**garage (1)** 24:4
**gas (13)** 8:3,10,15,20
8:22,25 9:11,14 10:6
10:9,14,17 23:7
**gear (1)** 22:1
**geared (1)** 7:9
**general (2)** 6:1 35:24
**generally (2)** 7:18 36:5
**GEORGE (1)** 1:8
**getting (7)** 5:17 7:12
9:9,9,10,11 33:21
**GINA (1)** 2:3
**give (5)** 16:17,19 17:21
32:1 39:4
**given (7)** 5:23 26:3,8
27:16,20 28:3,14
**go (18)** 8:21 11:17 14:8
16:16 19:24 24:8
26:15,23 28:15,21
29:2,5,21,23 34:7
36:19,22 40:15
**goes (3)** 8:25 12:24
32:16
**goggles (1)** 13:11
**going (25)** 5:9 15:9 17:1

17:7,10,10,25 19:6
21:6,17 23:14 24:11
25:1,15 26:13,21
28:20 29:10 30:2 34:5
34:20 36:15 39:9 41:4
41:7
**gotten (1)** 14:16
**Grand (1)** 2:5
**great (1)** 4:10
**guard (1)** 10:23
**guess (27)** 6:1,17 7:18
8:14 10:3,3 12:4,4,15
13:5 14:2,14,15 17:13
24:23 25:4,11,11 28:7
29:18 30:6 31:23
32:11 33:3,24 34:12
35:5
**guessing (3)** 22:21 25:4
27:6
**guy (4)** 24:16 25:19
31:9,13
**guys (5)** 5:12 8:8

─────── **H** ───────

**half (3)** 14:7,15 24:13
**Hall (1)** 1:19
**hand (2)** 16:8 20:23
**handcuff (1)** 35:6
**handcuffs (10)** 11:11
12:3 13:6,15 34:22
35:3,17 37:17,19,22
**handing (1)** 38:4
**hands (4)** 21:21 25:9
26:15 35:8
**happened (1)** 4:16
**happening (1)** 40:13
**hard (2)** 9:7 16:20
**harm (1)** 35:13
**hassle (1)** 17:1
**head (1)** 20:25
**headed (1)** 5:10
**hear (7)** 18:20 19:20
27:19 28:19,24 29:15
36:19
**heard (2)** 28:3 29:11
**held (1)** 34:8
**HERMAN (1)** 1:9
**Hernandez (3)** 1:8 7:24
18:1
**Hey (1)** 39:23
**Hi (1)** 4:6
**hit (1)** 9:11
**hits (1)** 23:20
**Holtan (2)** 1:9 2:14
**home (2)** 36:20,22
**honestly (5)** 5:8,24 18:6
**hours (2)** 9:2 18:17
**House (3)** 30:20,21,22
**Hy-Vee (1)** 5:11

─────── **I** ───────

**idea (2)** 11:5 27:18
**identified (1)** 6:13
**imagine (1)** 39:5
**immediately (2)** 6:16
14:25
**import (1)** 16:3
**impression (1)** 36:10
**inaccurately (1)** 39:20
**incident (2)** 17:9 19:4
**indicated (1)** 42:10
**indicating (1)** 35:1
**individual (6)** 16:13
17:7 18:22 30:5 39:18
**individuals (7)** 5:18
16:3 25:23 26:4 27:1
30:1 37:14
**individual's (1)** 35:8
**information (9)** 31:24
32:2,6,10 38:9,14,22
39:16,17
**initial (3)** 12:6 13:13
40:10
**initially (3)** 6:17 28:13
40:11
**insane (1)** 18:2
**instance (2)** 10:1,1
**instructed (1)** 15:2
**instruction (1)** 27:10
**instructions (2)** 5:22,24
**intention (2)** 6:2 35:5
**intentions (1)** 27:3
**interacted (1)** 6:17
**interaction (1)** 13:14
**interested (1)** 42:13
**interrogatories (1)** 6:9
**invent (1)** 25:9
**involved (3)** 15:15
17:13 28:2
**Iowa (6)** 1:1,10,19 2:6
2:12 42:3

─────── **J** ───────

**jail (11)** 12:2 16:16,17
20:11,18,23 32:19,22
37:12 38:1,4
**January (1)** 35:19
**JEFFREY (1)** 1:8
**jerk (1)** 7:7
**job (1)** 34:3
**JOHN (1)** 1:7
**Jones (5)** 1:17,24 42:2
42:17,18
**July (2)** 1:20 42:15
**jump (1)** 34:20
**jumped (1)** 5:22
**justification (1)** 34:3
**justified (1)** 25:14
**justify (2)** 25:6,7

Defendants' Appendix 774

**K**

**keeps (1)** 9:1
**kick (5)** 24:16,20,23
25:6,13
**kicked (1)** 38:22
**kicking (1)** 39:2
**kicks (1)** 24:23
**kind (20)** 6:20 7:15,18
8:2,4 9:12 14:8 17:11
18:4 19:22 21:24
22:18 23:3 25:8 28:2
28:11,12 30:15 34:20
37:10
**KIRK (1)** 1:9
**knew (3)** 5:25 17:18
33:20
**know (38)** 6:24,25 7:6
7:14,20,21 8:18 9:7
9:16 11:8 13:22,23,24
13:24 14:5 15:13,21
16:17,25 18:3,22 22:6
22:6,9,18,21 24:22,25
26:6 27:18 28:9 33:11
33:16,22,25 36:12,14
39:3
**knowledge (3)** 27:17
38:6 41:8

**L**

**lack (1)** 30:6
**Law (1)** 2:4
**laying (1)** 25:9
**lead (1)** 40:22
**leave (3)** 26:19 34:12
36:23
**legitimate (1)** 34:3
**length (2)** 9:6,7
**let's (2)** 10:19 37:10
**Level (1)** 1:18
**lied (1)** 38:17
**Lieutenant (7)** 4:18
5:20 31:10,11,14,17
33:17
**limited (1)** 7:3
**listen (1)** 30:15
**little (8)** 8:7 10:4 22:12
24:9 30:9,14 34:20
36:2
**load (1)** 37:25
**loaded (1)** 11:3
**location (1)** 11:2
**long (2)** 13:18 36:24
**look (4)** 15:8 20:13 25:2
25:13
**looked (1)** 15:1
**looking (1)** 23:18
**looks (1)** 25:12
**looseness (1)** 12:5
**lot (9)** 8:14 9:16 12:2

12:11,15 17:21 26:7
27:1 36:14
**low (1)** 7:17
**Lower (1)** 1:18
**LUKE (1)** 2:9

**M**

**Mackel (1)** 39:15
**Mackel-Wiederande...**
2:8 3:5 10:12 18:19
19:24 24:8 26:21
29:19 34:5,16,19
39:11 40:21 41:2,13
**main (1)** 17:7
**maintaining (1)** 30:10
**making (5)** 15:15 30:4
31:5 33:13 37:15
**man (1)** 26:19
**managerial (1)** 30:9
**managing (1)** 30:4
**matched (1)** 30:5
**matter (1)** 36:24
**matters (2)** 17:4 30:13
**McTaggart (1)** 4:17
**mean (15)** 9:25 10:19
13:22 14:14 15:1
17:23 22:5 24:23 25:2
25:9 26:10,15,18
39:22 40:3
**means (1)** 35:15
**medical (2)** 14:2,4
**memorize (1)** 36:5
**mention (1)** 12:3
**messages (1)** 31:3
**Messamer (10)** 2:3 3:4
4:5 19:14 34:14 36:2
39:1,14 40:19 41:15
**Metro (5)** 22:5,8,10
36:11,13
**MICHELLE (1)** 2:8
**midnight (1)** 30:24
**military (1)** 9:9
**minute (3)** 19:12 21:17
24:12
**mischief (5)** 31:21 33:8
33:21 40:2,9
**misquote (1)** 15:7,7
**Moines (7)** 1:10,18,19
2:6,10,12 38:23
**moment (1)** 11:16
**morning (1)** 21:18
**multiple (1)** 17:4
**multitool (1)** 14:6

**N**

**N (2)** 2:1 3:1
**name (1)** 33:3
**narrow (1)** 39:9
**NCIC (1)** 16:3

**need (3)** 17:25 19:14
34:8
**needs (2)** 19:21 20:18
**neither (1)** 42:11
**never (4)** 7:25 13:1
20:5,8
**night (34)** 5:1,2,4,17
6:23 7:3,7 8:7 10:4,8
10:25 11:9 14:1,16,23
14:24 16:11 18:10,10
18:10,23 19:2 20:3
22:10,25 23:9 28:6
30:23 32:6 33:18
35:11 36:8 38:9 39:16
**nightmare (1)** 30:10
**nights (1)** 18:16
**nodded (1)** 20:25
**normal (5)** 13:6 18:17
35:6 37:10,17
**normally (1)** 15:12
**north (3)** 21:15,21
23:24
**northeast/north (1)**
21:7
**northeast/west (2)**
23:15 24:11
**Notary (2)** 1:17 42:3
**number (11)** 17:2,3,8
17:11,16,22,23 18:1
30:5,8,12
**numbers (3)** 16:25 17:5
30:3

**O**

**object (2)** 26:22 34:6
**OC (3)** 9:11 10:14,16
**occurred (1)** 38:8
**officer (15)** 4:6,8 7:23
18:1 24:15 26:17 34:2
34:4,17 37:15,22 38:3
38:23,24 41:3
**officers (17)** 5:14 10:24
11:5,24 12:23 15:12
21:23,25 22:4,9 23:3
23:6 32:1 34:7,8
36:19 38:16
**officially (1)** 13:1
**Off-the-record (6)** 4:11
18:8 19:16,19 20:1
24:10
**Oh (3)** 9:16 18:21 23:23
**okay (18)** 7:10,11 10:5
14:25 19:8,17 21:3
23:21,21,25 24:15,20
25:24 29:5,14 31:16
33:17 40:3
**once (3)** 8:25 10:22,23
**opinion (4)** 34:10 39:4
40:3,5

**OPS (1)** 34:11
**order (9)** 12:1,6 25:23
26:3 27:20,22,24 39:4
40:16
**orders (4)** 5:12,15,17
28:3
**original (1)** 37:21
**Outlaws (1)** 21:9
**outside (2)** 13:15 36:8

**P**

**P (2)** 2:1,1
**PA (1)** 28:4
**paddy (4)** 7:13 16:21
31:20,25
**page (1)** 42:10
**PAGE(S) (1)** 3:8
**pain (3)** 9:17 14:9 18:5
**paper (4)** 4:9 15:21
16:7,14
**paperwork (6)** 6:25
11:4 15:16 16:10
20:18 32:17
**parking (1)** 24:4
**part (5)** 14:7 32:13
36:10,16 39:2
**particular (4)** 13:25
14:24 32:2,5
**parties (1)** 42:12
**partners (1)** 7:23
**passenger (1)** 5:21
**passing (1)** 33:16
**patrol (2)** 8:1,1
**pat-down (1)** 37:23
**pause (3)** 21:20 30:18
31:13
**Pausing (1)** 24:15
**Peak (2)** 4:18 5:20
**people (26)** 5:11 7:8
10:24 11:6,10 12:11
12:16 16:11,16 20:11
20:23 21:21 31:20,25
32:2,9,18 33:8,14,21
34:7 36:19,22 37:11
39:18 40:1
**pepper (10)** 8:16,18,22
9:1,22 10:10 25:19
26:3,6 39:1
**pepper-sprayed (2)**
10:18 27:2
**perform (2)** 37:18,23
**person (10)** 15:13
17:22 19:21 26:17,23
30:8,11 31:2 38:22
39:23
**personal (3)** 38:6 40:3
40:5
**personally (6)** 8:17,23
10:5 23:6 26:5 36:22

**persons (1)** 15:15
**person's (1)** 16:9
**physical (4)** 12:19
35:12,14,16
**picking (2)** 28:12,13
**picture (1)** 39:9
**place (1)** 42:9
**placed (1)** 40:12
**Plaintiff (2)** 1:5 2:3
**play (5)** 19:17 21:6
28:22 29:5,12
**played (13)** 6:10 19:18
21:19 24:14,19 25:18
28:18,23 29:7,13
30:17 31:8,12
**please (2)** 4:6,10
**point (6)** 12:10,18 14:5
17:24 27:25 37:23
**pointed (2)** 6:12,14
**pointing (2)** 21:15 24:1
**pole (1)** 7:17
**police (6)** 4:8 9:10,19
15:12 22:3 38:16
**policy (2)** 26:4 28:14
**poorly (1)** 8:19
**portion (1)** 9:3
**possibly (2)** 26:8,9
**prefer (1)** 9:11
**prerequisite (1)** 27:23
**present (2)** 2:14 5:14
24:25
**pretty (4)** 6:5 8:19 14:5
20:24
**prevent (1)** 5:16
**preventing (1)** 6:3
**previous (1)** 34:21
**principle (1)** 14:11
**print (2)** 16:19 20:12
**printed (2)** 20:16 32:15
**printer (1)** 16:21
**prior (3)** 10:23 14:16
42:4
**probable (4)** 32:5,10
38:10 39:15
**Probably (1)** 26:5
**process (4)** 13:18 15:18
20:12 37:13
**program (1)** 15:25
**proper (2)** 13:19,21
**property (1)** 37:24
**protest (1)** 17:14
**protests (3)** 4:15,24
18:11
**protocol (1)** 39:3
**provided (1)** 38:10
**Pub (1)** 23:22
**Public (2)** 1:18 42:3
**pull (2)** 19:6 23:14
**purse (1)** 13:16

Defendants' Appendix 775

**put (9)** 7:12 12:23 13:3 17:15 25:11 26:15 33:2,4 37:18
**puts (1)** 30:8
**putting (1)** 11:10
**p.m (1)** 18:17

**Q**

**question (7)** 9:24 17:6,7 26:24 29:20,23 40:22
**questions (4)** 7:9 34:14 36:15 39:1
**quick (1)** 5:13

**R**

**R (3)** 2:1,8 42:1
**radio (1)** 19:20
**random (2)** 7:15 8:2
**randomly (1)** 7:19
**rank (1)** 4:7
**rapid (1)** 12:7
**Ray (1)** 2:11
**reaction (3)** 5:13 18:4 29:22
**reacts (1)** 8:19
**really (2)** 13:24 30:2
**reason (5)** 31:19 33:23 38:13 39:19 40:11
**recall (11)** 5:24 6:11 7:14 11:1,18 14:19,21 16:15 18:6,15 38:18
**receive (2)** 25:4 27:10 39:17
**recognize (5)** 19:9 21:8 21:9,20 23:15
**record (2)** 19:25 34:6
**recordings (1)** 18:23
**RECROSS (1)** 3:3
**RECROSS-EXAMI...** 41:1
**REDIRECT (2)** 3:3 39:13
**REFERRED (1)** 3:8
**regard (1)** 30:10
**regular (4)** 11:10 35:3 35:17,20
**relative (1)** 42:11
**relaying (1)** 31:3
**relook (1)** 15:6
**remember (5)** 6:10 7:22 8:4,9 13:8,12,13 16:1 18:9,16 28:4,9 30:25 35:24 37:2
**remove (3)** 12:2,2 37:19
**removed (2)** 13:17 35:11
**rephrase (1)** 40:7
**replay (1)** 24:18

**report (1)** 6:24
**Reported (1)** 1:24
**reporter (3)** 1:17 18:20 42:3
**reports (3)** 5:25 6:22 38:17
**required (1)** 41:10
**requirement (2)** 27:23 28:1
**resisting (1)** 25:8
**respect (1)** 7:8
**response (1)** 34:25
**responsibilities (2)** 11:9 20:22
**responsibility (2)** 20:2 20:23
**responsible (3)** 32:18 33:7,9
**restriction (1)** 12:18
**result (1)** 39:22
**return (1)** 37:21
**review (2)** 11:13 18:25
**reviewed (2)** 11:15 19:10
**rewind (1)** 25:15
**riding (1)** 5:19
**right (9)** 6:5,6 13:15 19:6 21:9 24:3 26:7 39:11 41:13
**riot (2)** 22:1 28:2
**Robert (1)** 2:11
**room (2)** 1:18 8:22
**RPR (2)** 1:24 42:18

**S**

**s (2)** 2:1 42:17
**safety (2)** 35:1,2
**sake (1)** 25:11
**sat (1)** 15:2
**Saturday (3)** 4:23 5:2 18:14
**saying (10)** 5:6 10:13 17:25 18:2,6 19:20 27:5 32:21 33:2 39:21
**says (1)** 22:3
**scene (2)** 33:25 37:14
**Schwab (4)** 6:5 7:4 11:7 19:4
**Scissors (1)** 14:2
**screen (4)** 21:24 24:13 24:16 25:16
**se (1)** 22:6
**search (1)** 37:24
**seat (1)** 5:21
**second (3)** 4:19 21:20 37:19
**secure (1)** 37:24
**security (1)** 10:23
**see (14)** 10:19 12:21

21:23 22:13,24 23:2,3 23:6 24:2,15 25:19 40:6,7,8
**Senior (1)** 4:8
**sensation (1)** 9:12
**separate (1)** 33:6
**sergeant (5)** 4:19,20 5:20 6:12 30:22
**session (1)** 35:24
**set (3)** 9:25 37:19,21
**shears (2)** 14:2,4
**sheet (1)** 20:13
**sheets (2)** 15:10,12
**shifted (1)** 4:21
**shirt (4)** 6:14,16,16 15:20
**Shorthand (2)** 1:17 42:2
**showed (1)** 32:15
**showing (1)** 21:8
**shows (2)** 19:3 23:16
**side (6)** 21:12,13 23:17 23:20,21,24
**sidewalk (1)** 21:11
**similar (1)** 9:3
**single (2)** 11:16 15:13
**situation (2)** 24:22 28:2
**situations (1)** 38:16
**skin (1)** 8:19
**skip (6)** 19:12 21:17 28:17,17 30:14 31:7
**skipping (2)** 24:7,12
**snipping (1)** 14:7
**snips (1)** 13:23
**somebody (3)** 6:9 14:6 30:7
**somewhat (1)** 7:17
**sorry (9)** 8:16 10:3 16:24 18:21 19:22 21:2 29:3,23 30:21
**sort (2)** 36:16 39:5
**sound (1)** 21:7
**south (2)** 23:17,21
**SOUTHERN (1)** 1:1
**speak (2)** 18:20 19:23
**specific (3)** 27:10 30:5 37:6
**specifically (4)** 14:18 22:7 33:15 34:23
**speculation (1)** 26:22
**spicy (1)** 9:13
**spray (13)** 8:16,19,23 9:1,22 10:10,15,16 25:19 26:3,6,23 39:2
**spraying (1)** 26:20
**squad (1)** 28:4
**standpoint (1)** 25:1
**stands (1)** 16:1
**started (2)** 4:24 5:4

**starting (1)** 19:7
**state (4)** 5:6 26:2 36:9 42:3
**statements (2)** 39:25 41:3
**STATES (1)** 1:1
**station (2)** 5:4 11:4
**stenographically (1)** 42:9
**stinger (2)** 22:22 23:12
**stint (1)** 37:8
**stop (2)** 4:14 15:14
**straight (1)** 23:18
**strike (1)** 25:8
**structured (1)** 28:11
**subsequent (1)** 14:25
**suck (1)** 9:8
**sucks (1)** 9:17
**SueAnn (5)** 1:17,24 42:2,17,18
**summer (1)** 4:15
**super (1)** 5:15
**supervisor (2)** 31:4 40:17
**supervisors (2)** 27:7 30:24
**supplemental (1)** 6:24
**supposed (2)** 5:12 27:9
**sure (9)** 5:8 6:1 10:13 18:19 30:4 33:15 34:24 40:18,22
**swear (2)** 41:5,8
**switch (2)** 12:9 37:18
**switching (1)** 13:15
**sworn (2)** 4:2 42:5
**system (3)** 15:23 20:17 28:4
**S.T.A.R (6)** 22:5,8,11 36:9,11,13

**T**

**T (2)** 42:1,1
**take (5)** 15:17 16:16 20:13 37:12,24
**taken (3)** 1:16 32:21 42:8
**talk (1)** 37:10
**talked (2)** 20:8 34:22
**talking (6)** 14:25 19:13 23:2 31:3,9 37:6
**teams (3)** 36:7,12
**tear (13)** 8:3,10,15,20 8:22,25 9:11,14 10:6 10:8,14,17 23:6
**tear-gassed (3)** 8:17,21 9:10
**technically (1)** 16:4
**tedious (1)** 13:18
**tell (2)** 4:6 22:2

**telling (1)** 26:17
**term (1)** 30:6
**terms (12)** 5:15 9:4 12:4 13:6,7 15:19,20 16:25 30:3,4 33:7 35:1
**testified (2)** 4:3 21:4
**testify (1)** 42:5
**testimony (3)** 12:22 34:21 42:8
**Thank (3)** 34:15 40:20 41:15
**Thanks (1)** 4:10
**thing (3)** 20:17 26:10 32:11
**things (6)** 13:7 22:22 23:12 28:14 32:9 40:12
**think (22)** 6:8,11,13 7:6 7:7,14 11:23 15:1 19:3 22:8 25:5,12,24 26:11,22,24 33:9,12 34:2,8 39:15 40:19
**thinking (1)** 29:22
**Third (5)** 21:6,13 23:14 23:20 24:11
**thought (2)** 27:15 39:16
**Three (1)** 10:19
**three-month (1)** 37:8
**throat (1)** 9:4
**throw (1)** 23:3
**ties (4)** 11:10,21,23 14:10
**tight (1)** 12:16
**tightness (3)** 12:4 13:7 35:8
**time (29)** 4:20 15:19 18:13,17 19:18 21:19 24:14,19,20 25:15,18 27:15,25 28:1,9,18,19 28:22,23 29:7,12,13 30:17 31:8,10,12 39:10 40:4 42:9
**times (2)** 10:18,19
**title (1)** 42:10
**today (1)** 11:14 18:25
**told (4)** 15:9 32:25 33:4 39:17
**tool (2)** 13:21 22:18
**tools (2)** 13:20 14:1
**top (3)** 22:13 24:13,16
**totem (1)** 7:17
**TRACS (3)** 15:25 16:13 16:19
**traffic (1)** 15:14
**trained (8)** 9:21 10:2,5 13:1 22:22 34:22,24 35:6
**training (22)** 9:21

10:21 12:24,25 13:4,6
14:16,22 23:11,13
24:21 25:3,14,22,25
28:11 34:23 35:2,4,6
35:19,20
**trainings (1)** 35:2
**transcription (1)** 42:8
**transition (1)** 12:1
**transported (1)** 11:3
**treating (1)** 7:8
**Trent (2)** 6:5 7:4
**tried (1)** 14:1
**true (1)** 42:7
**trust (2)** 38:9,13
**truth (1)** 42:6
**try (1)** 16:4
**trying (5)** 9:18 13:19
18:9,15 25:9
**tuned (1)** 19:22
**Twice (1)** 10:20
**two (2)** 9:2 16:8
**two-man (1)** 8:1
**typically (3)** 20:16
37:16 38:3
**T-R-A-C-S (1)** 15:25

___

**U**

**Uh-huh (1)** 16:22
**ultimately (1)** 31:16
**unable (1)** 13:17
**unaware (1)** 27:25
**uncomfortable (2)** 8:13
12:20
**understand (11)** 4:23
6:4 7:2,19 8:3 15:22
22:4 27:2 31:2 34:24
36:3
**understanding (5)** 15:4
26:1 27:11,22 29:4
**uniform (1)** 21:25
**uniforms (1)** 22:8
**unit (2)** 36:9,16
**UNITED (1)** 1:1
**unlawful (5)** 14:17 15:5
17:13 34:9 36:3
**use (4)** 7:2 9:21 15:25
26:13
**usually (1)** 7:23
**utilized (1)** 11:23
**utilizing (2)** 12:7 26:3

___

**V**

**vague (1)** 5:25
**van (1)** 6:4
**vandalism (2)** 29:8,10
**variety (3)** 13:22 16:12
22:4
**vehicle (1)** 5:18
**versus (3)** 15:22 26:14

26:20
**video (17)** 19:18 21:7
21:19 24:14,19 25:1
25:18 28:15,16,18,23
29:7,13 30:17 31:8,12
38:21
**videos (1)** 9:18 11:14
39:6,8
**view (1)** 21:23
**volume (1)** 19:14
**vs (1)** 1:6

___

**W**

**wagon (18)** 7:13,18,25
8:4 11:2,3 13:16
16:21 19:5 31:20,25
32:3 37:3,5,11,12,25
40:12
**wait (2)** 23:23 29:19
**waiting (1)** 19:23
**walking (1)** 21:21
**want (11)** 4:9 10:12
14:14 15:6 17:14
25:16 29:18,21 32:12
34:24 37:21
**wanted (1)** 31:1
**warnings (1)** 27:16
**wasn't (3)** 5:15 12:18
34:3
**watch (2)** 24:13 25:16
**watched (1)** 38:21
**watching (1)** 6:11
**way (13)** 6:18 12:12,14
13:17 16:2 18:5 29:17
29:24 30:6 31:23
33:25 35:7 40:1
**ways (1)** 14:8
**wearing (1)** 13:11
**week (1)** 11:19
**went (5)** 6:16 11:16
36:24 40:8,11
**weren't (2)** 27:4 35:16
**west (1)** 24:1
**We'll (3)** 28:22 29:2,5
**we're (2)** 23:18 37:14
**white (3)** 6:15,16 25:20
**wide (1)** 14:13
**wider (1)** 14:11
**willing (1)** 40:15
**window (2)** 31:9,14
**WINGERT (1)** 1:9
**wire (2)** 13:23 14:6
**witness (5)** 4:2 10:16
18:21 20:5,25
**woman (1)** 19:20
**work (5)** 13:23 14:3,11
18:9 37:11
**worked (3)** 10:3 37:2,5
**works (1)** 13:22

**wrong (1)** 26:16

___

**X**

**X (1)** 3:1

___

**Y**

**yeah (21)** 5:5 9:5,17
10:3,4 12:21 13:7
15:24 16:9 21:2,11,14
23:13 24:2 25:23
29:12 31:5,15 32:4,25
39:10
**year (1)** 35:19
**years (1)** 9:18
**yell (1)** 36:22
**yelling (1)** 36:19
**yep (3)** 6:7 20:21 24:2

___

**Z**

**zip (4)** 11:9,21,23 14:10

___

**1**

**1 (3)** 1:7 3:9 20:14
**1:45 (1)** 31:7
**1:45:22 (1)** 31:13
**10:30 (1)** 41:16
**12 (1)** 1:20
**12th (1)** 42:15

___

**2**

**2 (1)** 1:18
**2:35 (2)** 19:7 28:16
**2:48 (1)** 21:18
**20 (1)** 3:9
**20200531 (1)** 28:16
**2021 (2)** 1:20 42:15
**21:00 (1)** 18:17
**2910 (1)** 2:5

___

**3**

**31 (1)** 19:7
**34 (1)** 3:5
**39 (1)** 3:4

___

**4**

**4 (1)** 3:4
**4:21-cv-00043-SBJ (1)**
1:6
**40 (1)** 19:12
**40:06 (1)** 19:17
**400 (1)** 2:11
**41 (1)** 3:5
**42 (1)** 28:17
**42:07 (2)** 28:22 29:6
**42:59 (1)** 25:17
**43 (1)** 24:12
**43:29 (1)** 24:15
**43:34 (1)** 24:20
**45:30 (1)** 30:14

**47:43 (1)** 30:18
**48 (1)** 21:17
**48:22 (1)** 21:24
**48:25 (1)** 22:16

___

**5**

**50309-1813 (1)** 2:12
**50312 (1)** 2:6

___

**9**

**9 (1)** 18:17
**9:00 (1)** 1:19

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DENVER FOOTE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 4:21-cv-00043-SBJ |
| vs. | : | |
| | : | |
| JOHN DOE 1; CLARK ALLEN; | : | DEPOSITION OF |
| ERNESTO ESCOBAR HERNANDEZ; | : | |
| JEFFREY GEORGE; BRANDON | : | ERNESTO ESCOBAR |
| HOLTAN; ADAM HERMAN; KIRK | : | HERNANDEZ |
| BAGBY; DANA WINGERT; CITY OF | : | |
| DES MOINES, IOWA, | : | |
| | : | |
| Defendants. | : | |

DEPOSITION OF ERNESTO ESCOBAR HERNANDEZ,

taken before SueAnn Jones, Certified Shorthand Reporter

and Notary Public, at Lower Level Conference Room 2,

Des Moines City Hall, Des Moines, Iowa, commencing at

2:50 p.m. on July 12, 2021.

Reported by:  SueAnn Jones, CSR, RPR

Defendants' Appendix 778

2

1                      A P P E A R A N C E S

2

3    Plaintiff by:        GINA MESSAMER

4                         Attorney at Law

5                         2910 Grand Avenue

6                         Des Moines, Iowa 50312

7

8    Defendants by:       MICHELLE R. MACKEL-WIEDERANDERS

9                         LUKE DeSMET

10                        City of Des Moines Attorneys

11                        400 Robert D. Ray Drive

12                        Des Moines, Iowa 50309-1813

13

14   Also Present:        Brandon Holtan

15

16

17

18

19

20

21

22

23

24

25

Defendants' Appendix 779

3

1                         I N D E X

2

3    EXAMINATION BY        DIRECT    CROSS    REDIRECT

4    Ms. Messamer             4                 17

5    Ms. Mackel-Wiederanders        14

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Defendants' Appendix 780

4

1                   ERNESTO ESCOBAR HERNANDEZ,

2    called as a witness, having been first duly sworn,

3    was examined and testified as follows:

4                       DIRECT EXAMINATION

5    BY MS. MESSAMER:

6        Q.  Thank you for coming in this afternoon.

7        A.  Absolutely.

8        Q.  Do you use both Escobar and Hernandez?

9        A.  I mainly go by Escobar.

10       Q.  And what is your rank then right now?

11       A.  Senior police officer.

12       Q.  What were you as of last May when this incident

13   happened?

14       A.  Still a senior police officer.

15       Q.  How long have you been with the Des Moines

16   police?

17       A.  It will be four years in November.

18       Q.  So you are about the same as Officer Allen?

19       A.  Yes.  We were in the same class.

20       Q.  How many reports did you author from this night,

21   the Court Avenue arrest night?

22       A.  None.

23       Q.  Okay.  Do you know when you started working that

24   night?

25       A.  I believe that night it might have been earlier

Defendants' Appendix 781

5

1    prior to my shift, around 8 p.m.

2        Q.  Can you give me the high level on what you did

3    when you started work?

4        A.  The high level meaning --

5        Q.  Where were you?  Did you go over to the

6    courthouse when there was an incident over at the

7    courthouse with somebody breaking the window, or what

8    were you doing prior to ending up downtown on Court

9    Avenue?

10       A.  So I -- from what I can recall, I was on the

11   skirmish line when we had people downtown protecting the

12   station.

13            Eventually I was put on a react team with --

14   with a group of other officers, and we stood by near the

15   DART station when I think those people were -- when

16   something was going on at the Cherry -- at the

17   courthouse.

18       Q.  When you were on the skirmish line on the bridge

19   there, did you use pepper spray or any force against

20   anybody?

21       A.  No.

22       Q.  And from talking to some other officers today

23   sounds like there was a skirmish line and then separate

24   people who were in charge of making arrests; is that

25   right?

6

1    A.  I believe so.

2    Q.  So were you personally involved in making any

3  arrests?

4    A.  No.

5    Q.  When you went down to Court Avenue, were you in

6  the same car as Officer Allen and Sergeant Entrekin,

7  whatever his title is?

8    A.  No.  I was in a different one.

9    Q.  Did you get down there about the same time as

10  those other cars, do you know?

11    A.  During the Court Avenue incident or --

12    Q.  Yes, the response to the Hy-Vee break-in?

13    A.  So during that time I had -- we had gone back to

14  our patrol functions for the night, so I was on the

15  wagon that night.  I was assigned to the wagon.

16         And I was at the station getting the wagon

17  ready, and then that's when the call came out that they

18  had needed officers down there and -- but I didn't know

19  where Allen was because he was my partner for that

20  night.  So I was at the station while this was going on.

21    Q.  And sounds like then you were the person who

22  ended up bringing the wagon down to the Court Avenue

23  area?

24    A.  Yes.

25    Q.  It was parked kind of over by Spaghetti Works?

7

1      A.  I believe so.

2      Q.  And I should say, I don't have any problem with

3   what you did that night in terms of how you treated

4   people.  I thought you were very respectful.  My

5   questions have to do with the charging decisions.

6      A.  Okay.

7      Q.  So talked to Officer Allen a little bit about

8   this today, but there was some information you guys were

9   given earlier in the night that you were going to be

10  doing individual case numbers for everybody.

11            Do you recall that?

12     A.  Yes.

13     Q.  And did you watch your body camera before you

14  came in today?

15     A.  Yes.

16     Q.  So you kind of know what I am talking about then?

17     A.  Yes.

18     Q.  All right.  And I think it was Officer Allen said

19  that was insane or that was crazy to do individual case

20  numbers for people.  Why would that be?

21     A.  So it would be difficult because we were on the

22  wagon, and our job as the wagon crew is to transport

23  prisoners from Point A to Point B; Point A being the

24  place of arrest, Point B being Polk County usually.

25            And it would be chaotic for us because I did

Defendants' Appendix 784

8

1  not personally witness what each individual person was

2  arrested for.

3          Therefore, when we were being told that we

4  were now going to have to draw a case number, do a

5  booker, and do the charges for each individual, that

6  would be a CIR, a booker, and a complaint.

7          That's three different documents per

8  individual, and not having any idea why they were being

9  arrested or witnessing the arrest itself, that's what

10  would have made it difficult on top of just having to do

11  all the paperwork by ourselves.

12     Q.  When officers were dropping the arrestees off,

13  did they tell you anything about what had happened with

14  the arrests or say "Hey, I'm the arresting officer"?

15     A.  No.

16     Q.  So for all the people that were in your wagon,

17  you had zero idea who the arresting officer even was?

18     A.  Yes.

19     Q.  What's the CIR?

20     A.  It's the -- it's just the incident report.

21     Q.  And the way things ended up happening where there

22  weren't individual case numbers, what work did that save

23  you?

24     A.  Can you repeat that?

25     Q.  Yes.  So I know you didn't end up doing

9

 1    individual case numbers for everybody.  They just had

 2    one case number; right?

 3              How did that make the process easier?

 4    A.  So it made it easier because we were able to then

 5    put all of them under one case number while we went to

 6    do the booker.

 7    Q.  And when you do it that way, do you not have to

 8    do the charges either?

 9    A.  So typically the way it works, if you're

10    arresting somebody, you're going to be the one that is

11    the arresting officer, and you file the complaint, and

12    you typically do the booker for that individual.

13    Q.  So the way it ended up, your understanding was

14    the arresting officer is the one that's going to do

15    these complaints later?

16    A.  That's typically how it's done, but in that

17    moment we were being told different things as far as

18    what we were expected to do.

19    Q.  What did you understand about who was actually

20    going to write the complaints?

21    A.  It changed at different times throughout the

22    night.  Initially we were told that there was a staging

23    area near the tac office that we were supposed to bring

24    the individuals, arrestees down there, and that they

25    would take care of paperwork for us, and then -- then it

Defendants' Appendix 786

1   changed to if they were arrested downtown that each

2   individual person needed to have their own case number.

3            And then finally later on towards the end of

4   the night, then it was said that they were going to put

5   all these under one case number.

6   Q.  And when that happened, that meant you did not

7   have to do the complaints?

8   A.  Yes.

9   Q.  Did you have any idea who was going to do the

10  complaints?

11  A.  Later on I was told by Sergeant Entrekin that he

12  had a team of four cops that they were going to knock

13  out the -- do the complaints for us if I were to get

14  them all the bookers.

15  Q.  How does it work when you take somebody to the

16  jail?  Do you not have to have the charges actually at

17  that time when you drop them off at jail?

18  A.  So in the -- in the booker form -- form, you have

19  the individual's name, the arresting officer, the case

20  number, their information.

21            You have what charges they're being charged

22  with and then a series of questions, whether they were

23  injured, if they have mental-health issues, if they're

24  suicidal.

25            And then it's signed, and so that's what you

1   hand over to the jail so that they know what this

2   individual is being charged with.

3       Q.  So the booker kind of is a charge, at least for

4   the jail's purposes?

5       A.  Yes.

6       Q.  Did you have any concern when you were told all

7   these people were being charged with criminal mischief?

8       A.  Yes.

9       Q.  And explain why and what your concern was.

10      A.  The concern was I didn't witness why they were

11  being charged with that.  And that's -- that was a

12  concern.

13      Q.  Did you have that same concern for the rioting

14  charges?

15      A.  The rioting was a little bit different.  Seeing

16  that they were all in the same -- in the vicinity of --

17  of this going on, based on radio traffic, I would say

18  that I could definitely see why the rioting was easier.

19  I didn't have much concerns with that.

20          But the criminal mischief second is a felony

21  charge, and so that -- with that charge, you know, being

22  able to identify which individual caused what damage to

23  what property, that's what I had a concern with, not

24  knowing exactly where, what property, all those typical

25  questions that you need to prove.

Defendants' Appendix 788

12

1    Q.  Who made that charging decision that night?

2    A.  The charging decision for --

3    Q.  To charge everybody with criminal mischief and

4    the rioting?

5    A.  Those would have been up to the individuals that

6    actually arrested them and brought them to the location

7    of the wagon.

8          Ultimately I can't recall who it was over

9    the radio that had said that individuals associated with

10   this were going to be charged with what charges, and

11   also I don't recall, but I do know that Officer Allen

12   was on -- on the radio while I was filling out bookers

13   on a different channel with a different supervisor that

14   had directed him to tell us that we were going to charge

15   them with criminal mischief second and rioting.

16   Q.  My understanding was that it was Lieutenant Bagby

17   who made that call.  Is that correct with what you know?

18   A.  I don't know.

19   Q.  Okay.  You just got the information from dispatch

20   and Officer Allen?

21   A.  Yes.

22   Q.  That's how it trickled down to you knew what to

23   do.

24          At one point in your video you say about the

25   charges that they're not going to work, but it keeps

Defendants' Appendix 789

13

1    them inside.  What did you mean by that?

2        A.  Just meant that they were -- they were going to

3    go to jail for the night.  That's what it means to be

4    locked up.

5        Q.  In terms of the it's not going to work, what did

6    you mean?  What wasn't going to work?

7        A.  It meant that if I was -- because at that moment,

8    I still had the knowledge that I needed to fill out all

9    the case numbers and charge -- and the charges for each

10   individual.

11           And if I had to testify as to what each

12   individual did and how they did it and all those

13   questions in a court of law, that would not stick.  It

14   would get thrown out.

15       Q.  I know there were a lot of people that you had to

16   cut their zip-tie handcuffs off.  Do you recall that?

17       A.  I don't really recall that.

18       Q.  Okay.  Did you have people in your wagon who had

19   been pepper-sprayed?

20       A.  I know that there was one individual that I

21   helped that had been pepper-sprayed.

22       Q.  Do you know who that is?

23       A.  I don't recall his name.  I actually think he

24   decided to not cooperate and identify himself.

25       Q.  That day in the Court Avenue area, did you see

Defendants' Appendix 790

14

1    any other officers using force?

2      A.  No.

3      Q.  Did you witness any of the arrests?

4      A.  No.

5      Q.  And you don't remember dealing with switching out

6    the zip ties to handcuffs?

7      A.  From my recollection, I recall the idea of, like,

8    having -- we needed -- we didn't have tools, I think, to

9    be able to cut them off, but I don't physically remember

10   cutting them off of people.

11           MS. MESSAMER:  Go ahead and show you a few

12   videos here.  Actually, I think I'll call it.  I think

13   that's all the questions I have.

14           MS. MACKEL-WIEDERANDERS:  Really?

15                CROSS-EXAMINATION

16   BY MS. MACKEL-WIEDERANDERS:

17     Q.  I just have a couple for you.  You started to

18   talk about this, but I want you to explain because I

19   assume you said your regular duties were on the wagon

20   that night, so you have driven the wagon on nights that

21   were not like this; right?

22     A.  Yes.

23     Q.  Okay.  So explain kind of how it typically works

24   where you pick up an arrestee.  You take them from

25   Point A to B, like you said.

Defendants' Appendix 791

1    A.   Yeah.   I kind of went through this earlier, but

2  the way it works is the wagon is a two-man team, and --

3  is a two-man team and when over the radio typically it

4  will be announced that the wagon is needed at a certain

5  location to transport arrestees.

6         At that point we will drive to that

7  location.  We will show up, speak with the arresting

8  officers.  We will receive their -- their jail booker,

9  which has the individual's information, charges, and all

10  of the information that -- paperwork that we need to

11  then take this individual where we swap out their

12  handcuffs, return the handcuffs back to the arresting

13  officer.

14         We pat them down before we put them in the

15  wagon, make sure they don't have any weapons or anything

16  like that, any other illegal drugs or illegal

17  contraband.

18         We'll place the individual in the wagon, and

19  then we will drive to Polk County where we will drop

20  them off, and we will drop them off along with the

21  paperwork.

22    Q.  And who typically fills out the paperwork for the

23  arrest?

24    A.  The individual, the officer that arrested that

25  individual.

1    Q.  And specifically the booker also, does the

2  arresting officer typically fill out the booker?

3    A.  Typically, yes.

4    Q.  So it was unusual for you to be asked to do the

5  booker as well as any other reports?

6    A.  Yes.

7    Q.  And also when you're picking someone up from the

8  site of the arrest, you haven't typically witnessed the

9  criminal acts, have you?

10    A.  No.

11    Q.  So if I am correct in hearing your testimony --

12  and you tell me if I am not -- when you stated that it's

13  not going to work or something like that, your primary

14  concern was of your lack of firsthand knowledge; is that

15  correct?

16    A.  Yes.

17    Q.  Did you have any reason to believe that there was

18  not probable cause to charge anyone in the wagon with

19  unlawful assembly?

20    A.  No.

21    Q.  Did you have any concern about charging anyone in

22  the wagon with rioting?

23    A.  No.

24    Q.  Did you have any problem with the idea of

25  charging anyone with failure to disperse?

17

1    A.  No.

2    Q.  And was that based on your knowledge of the

3    events in the immediate vicinity?

4    A.  Yes.

5         MS. MACKEL-WIEDERANDERS:  I don't have

6    anything further.

7              REDIRECT EXAMINATION

8    BY MS. MESSAMER:

9    Q.  I guess I should ask, do you have any specific

10   memories of interacting with Denver Foote?

11   A.  Only through my body camera where I asked her for

12   her -- reviewing my body camera where I asked her for

13   her name.

14   Q.  Besides what's reflected on your body camera, do

15   you remember anything else?

16   A.  No.

17        MS. MESSAMER:  That's all.  Thank you.

18        MS. MACKEL-WIEDERANDERS:  We're good.

19        (Deposition concluded at 3:10 p.m.)

20

21

22

23

24

25

Defendants' Appendix 794

18

C E R T I F I C A T E

I, SueAnn Jones, a Certified Shorthand Reporter and Notary Public in and for the State of Iowa, do hereby certify that prior to the commencement of the deposition, ERNESTO ESCOBAR HERNANDEZ was duly sworn by me to testify to the truth;

That the foregoing is a true and accurate computer-aided transcription of the testimony as taken stenographically by and before me at the time and place indicated on the title page;

That I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am not financially interested in the action.

Dated this 14th day of July, 2021.


/s/ SueAnn Jones

SueAnn Jones, CSR, RPR

Defendants' Appendix 795

**A**

able (3) 9:4 11:22 14:9
Absolutely (1) 4:7
accurate (1) 18:7
action (2) 18:13,14
acts (1) 16:9
ADAM (1) 1:9
afternoon (1) 4:6
ahead (1) 14:11
Allen (8) 1:7 4:18 6:6
    6:19 7:7,18 12:11,20
announced (1) 15:4
anybody (1) 5:20
area (3) 6:23 9:23
    13:25
arrest (5) 4:21 7:24 8:9
    15:23 16:8
arrested (5) 8:2,9 10:1
    12:6 15:24
arrestee (1) 14:24
arrestees (3) 8:12 9:24
    15:5
arresting (9) 8:14,17
    9:10,11,14 10:19 15:7
    15:12 16:2
arrests (4) 5:24 6:3
    8:14 14:3
asked (3) 16:4 17:11,12
assembly (1) 16:19
assigned (1) 6:15
associated (1) 12:9
assume (1) 14:19
attorney (2) 2:4 18:12
Attorneys (1) 2:10
author (1) 4:20
Avenue (7) 2:5 4:21 5:9
    6:5,11,22 13:25

**B**

B (3) 7:23,24 14:25
back (2) 6:13 15:12
Bagby (2) 1:9 12:16
based (2) 11:17 17:2
believe (4) 4:25 6:1 7:1
    16:17
bit (2) 7:7 11:15
body (4) 7:13 17:11,12
    17:14
booker (10) 8:5,6 9:6
    9:12 10:18 11:3 15:8
    16:1,2,5
bookers (2) 10:14 12:12
Brandon (2) 1:8 2:14
breaking (1) 5:7
break-in (1) 6:12
bridge (1) 5:18
bring (1) 9:23
bringing (1) 6:22
brought (1) 12:6

**C**

C (3) 2:1 18:1,1
call (3) 6:17 12:17
    14:12
called (1) 4:2
camera (4) 7:13 17:11
    17:12,14
car (1) 6:6
care (1) 9:25
cars (1) 6:10
case (11) 7:10,19 8:4,22
    9:1,2,5 10:2,5,19 13:9
cause (1) 16:18
caused (1) 11:22
CENTRAL (1) 1:2
certain (1) 15:4
Certified (2) 1:17 18:2
certify (1) 18:5
changed (2) 9:21 10:1
channel (1) 12:13
chaotic (1) 7:25
charge (8) 5:24 11:3,21
    11:21 12:3,14 13:9
    16:18
charged (5) 10:21 11:2
    11:7,11 12:10
charges (9) 8:5 9:8
    10:16,21 11:14 12:10
    12:25 13:9 15:9
charging (5) 7:5 12:1,2
    16:21,25
Cherry (1) 5:16
CIR (2) 8:6,19
City (3) 1:9,19 2:10
CLARK (1) 1:7
class (1) 4:19
coming (1) 4:6
commencement (1)
    18:4
commencing (1) 1:19
complaint (2) 8:6 9:11
complaints (5) 9:15,20
    10:7,10,13
computer-aided (1)
    18:8
concern (8) 11:6,9,10
    11:12,13,23 16:14,21
concerns (1) 11:19
concluded (1) 17:19
Conference (1) 1:18
contraband (1) 15:17
cooperate (1) 13:24
cops (1) 10:12
correct (2) 12:17 16:11
    16:15
counsel (1) 18:12
County (2) 7:24 15:19
couple (1) 14:17
court (8) 1:1 4:21 5:8

6:5,11,22 13:13,25
courthouse (3) 5:6,7,17
crazy (1) 7:19
crew (1) 7:22
criminal (5) 11:7,20
    12:3,15 16:9
CROSS (1) 3:3
CROSS-EXAMINA... (1)
    14:15
CSR (2) 1:24 18:18
cut (2) 13:16 14:9
cutting (1) 14:10

**D**

D (2) 2:11 3:1
damage (1) 11:22
DANA (1) 1:9
DART (1) 5:15
Dated (1) 18:15
day (2) 13:25 18:15
dealing (1) 14:5
decided (1) 13:24
decision (2) 12:1,2
decisions (1) 7:5
Defendants (2) 1:11 2:8
definitely (1) 11:18
Denver (2) 1:4 17:10
deposition (4) 1:7,16
    17:19 18:5
Des (7) 1:10,19,19 2:6
    2:10,12 4:15
DeSMET (1) 2:9
different (7) 6:8 8:7
    9:17,21 11:15 12:13
    12:13
difficult (2) 7:21 8:10
DIRECT (2) 3:3 4:4
directed (1) 12:14
dispatch (1) 12:19
disperse (1) 16:25
DISTRICT (2) 1:1,1
DIVISION (1) 1:2
documents (1) 8:7
DOE (1) 1:7
doing (3) 5:8 7:10 8:25
downtown (3) 5:8,11
    10:1
draw (1) 8:4
drive (3) 2:11 15:6,19
driven (1) 14:20
drop (3) 10:17 15:19,20
dropping (1) 8:12
drugs (1) 15:16
duly (2) 4:2 18:5
duties (1) 14:19

**E**

E (5) 2:1,1 3:1 18:1,1
earlier (3) 4:25 7:9 15:1

easier (3) 9:3,4 11:18
either (1) 9:8
employee (1) 18:11
ended (3) 6:22 8:21
    9:13
Entrekin (2) 6:6 10:11
ERNESTO (5) 1:8,8,16
    4:1 18:5
Escobar (7) 1:8,8,16
    4:1,8,9 18:5
events (1) 17:3
Eventually (1) 5:13
everybody (3) 7:10 9:1
    12:3
exactly (1) 11:24
EXAMINATION (3)
    3:3 4:4 17:7
examined (1) 4:3
expected (1) 9:18
explain (3) 11:9 14:18
    14:23

**F**

F (1) 18:1
failure (1) 16:25
far (1) 9:17
felony (1) 11:20
file (1) 9:11
fill (2) 13:8 16:2
filling (1) 12:12
fills (1) 15:22
finally (1) 10:3
financially (1) 18:13
first (1) 4:2
firsthand (1) 16:14
follows (1) 4:3
Foote (2) 1:4 17:10
force (2) 5:19 14:1
foregoing (1) 18:7
form (2) 10:18,18
four (2) 4:17 10:12
functions (1) 6:14
further (1) 17:6

**G**

GEORGE (1) 1:8
getting (1) 6:16
GINA (1) 2:3
give (1) 5:2
given (1) 7:9
go (4) 4:9 5:5 13:3
    14:11
going (18) 5:16 6:20 7:9
    8:4 9:10,14,20 10:4,9
    10:12 11:17 12:10,14
    12:25 13:2,5,6 16:13
good (1) 17:18
Grand (1) 2:5
group (1) 5:14

guess (1) 17:9
guys (1) 7:8

**H**

Hall (1) 1:19
hand (1) 11:1
handcuffs (4) 13:16
    14:6 15:12,12
happened (3) 4:13 8:13
    10:6
happening (1) 8:21
hearing (1) 16:11
helped (1) 13:21
HERMAN (1) 1:9
Hernandez (6) 1:8,9,16
    4:1,8 18:5
Hey (1) 8:14
high (2) 5:2,4
Holtan (1) 1:9 2:14
Hy-Vee (1) 6:12

**I**

idea (5) 8:8,17 10:9
    14:7 16:24
identify (2) 11:22 13:24
illegal (2) 15:16,16
immediate (1) 17:3
incident (4) 4:12 5:6
    6:11 8:20
indicated (1) 18:10
individual (18) 7:10,19
    8:1,5,8,22 9:1,12 10:2
    11:2,22 13:10,12,20
    15:11,18,24,25
individuals (3) 9:24
    12:5,9
individual's (2) 10:19
    15:9
information (5) 7:8
    10:20 12:19 15:9,10
Initially (1) 9:22
injured (1) 10:23
insane (1) 7:19
inside (1) 13:1
interacting (1) 17:10
interested (1) 18:13
involved (1) 6:2
Iowa (6) 1:1,10,19 2:6
    2:12 18:3
issues (1) 10:23

**J**

jail (5) 10:16,17 11:1
    13:3 15:8
jail's (1) 11:4
JEFFREY (1) 1:8
job (1) 7:22
JOHN (1) 1:7
Jones (5) 1:17,24 18:2

18:17,18
**July (2)** 1:20 18:15

---

**K**

**keeps (1)** 12:25
**kind (5)** 6:25 7:16 11:3
  14:23 15:1
**KIRK (1)** 1:9
**knew (1)** 12:22
**knock (1)** 10:12
**know (13)** 4:23 6:10,18
  7:16 8:25 11:1,21
  12:11,17,18 13:15,20
  13:22
**knowing (1)** 11:24
**knowledge (3)** 13:8
  16:14 17:2

---

**L**

**lack (1)** 16:14
**law (2)** 2:4 13:13
**level (3)** 1:18 5:2,4
**Lieutenant (1)** 12:16
**line (3)** 5:11,18,23
**little (2)** 7:7 11:15
**location (3)** 12:6 15:5,7
**locked (1)** 13:4
**long (1)** 4:15
**lot (1)** 13:15
**Lower (1)** 1:18
**LUKE (1)** 2:9

---

**M**

**Mackel-Wiederande...**
  2:8 3:5 14:14,16 17:5
  17:18
**making (2)** 5:24 6:2
**mean (2)** 13:1,6
**meaning (1)** 5:4
**means (1)** 13:3
**meant (3)** 10:6 13:2,7
**memories (1)** 17:10
**mental-health (1)** 10:23
**Messamer (6)** 2:3 3:4
  4:5 14:11 17:8,17
**MICHELLE (1)** 2:8
**mischief (4)** 11:7,20
  12:3,15
**Moines (7)** 1:10,19,19
  2:6,10,12 4:15
**moment (2)** 9:17 13:7

---

**N**

**N (2)** 2:1 3:1
**name (3)** 10:19 13:23
  17:13
**near (2)** 5:14 9:23
**need (2)** 11:25 15:10
**needed (5)** 6:18 10:2

13:8 14:8 15:4
**neither (1)** 18:11
**night (14)** 4:20,21,24
  4:25 6:14,15,20 7:3,9
  9:22 10:4 12:1 13:3
  14:20
**nights (1)** 14:20
**Notary (2)** 1:18 18:3
**November (1)** 4:17
**number (6)** 8:4 9:2,5
  10:2,5,20
**numbers (5)** 7:10,20
  8:22 9:1 13:9

---

**O**

**office (1)** 9:23
**officer (16)** 4:11,14,18
  6:6 7:7,18 8:14,17
  9:11,14 10:19 12:11
  12:20 15:13,24 16:2
**officers (6)** 5:14,22
  6:18 8:12 14:1 15:8
**Okay (5)** 4:23 7:6 12:19
  13:18 14:23

---

**P**

**P (2)** 2:1,1
**page (1)** 18:10
**paperwork (5)** 8:11
  9:25 15:10,21,22
**parked (1)** 6:25
**parties (1)** 18:12
**partner (1)** 6:19
**pat (1)** 15:14
**patrol (1)** 6:14
**people (10)** 5:11,15,24
  7:4,20 8:16 11:7
  13:15,18 14:10
**pepper (1)** 5:19
**pepper-sprayed (2)**
  13:19,21
**person (3)** 6:21 8:1
  10:2
**personally (2)** 6:2 8:1
**physically (1)** 14:9
**pick (1)** 14:24
**picking (1)** 16:7
**place (3)** 7:24 15:18
  18:9
**Plaintiff (2)** 1:5 2:3
**point (7)** 7:23,23,23,24
  12:24 14:25 15:6
**police (3)** 4:11,14,16
**Polk (2)** 7:24 15:19
**Present (1)** 2:14
**primary (1)** 16:13
**prior (3)** 5:1,8 18:4
**prisoners (1)** 7:23
**probable (1)** 16:18

**problem (2)** 7:2 16:24
**process (1)** 9:3
**property (2)** 11:23,24
**protecting (1)** 5:11
**prove (1)** 11:25
**Public (2)** 1:18 18:3
**purposes (1)** 11:4
**put (4)** 5:13 9:5 10:4
  15:14
**p.m (3)** 1:20 5:1 17:19

---

**Q**

**questions (7)** 7:5 10:22
  11:25 13:13 14:13

---

**R**

**R (3)** 2:1,8 18:1
**radio (4)** 11:17 12:9,12
  15:3
**rank (1)** 4:10
**Ray (1)** 2:11
**react (1)** 5:13
**ready (1)** 6:17
**really (2)** 13:17 14:14
**reason (1)** 16:17
**recall (8)** 5:10 7:11
  12:8,11 13:16,17,23
  14:7
**receive (1)** 15:8
**recollection (1)** 14:7
**REDIRECT (2)** 3:3
  17:7
**reflected (1)** 17:14
**regular (1)** 14:19
**relative (1)** 18:11
**remember (3)** 14:5,9
  17:15
**repeat (1)** 8:24
**report (1)** 8:20
**Reported (1)** 1:24
**Reporter (2)** 1:17 18:3
**reports (2)** 4:20 16:5
**respectful (1)** 7:4
**response (1)** 6:12
**return (1)** 15:12
**reviewing (1)** 17:12
**right (5)** 4:10 5:25 7:18
  9:2 14:21
**rioting (6)** 11:13,15,18
  12:4,15 16:22
**Robert (1)** 2:11
**Room (1)** 1:18
**RPR (2)** 1:24 18:18

---

**S**

**s (2)** 2:1 18:17
**save (1)** 8:22
**second (2)** 11:20 12:15
**see (2)** 11:18 13:25

**Seeing (1)** 11:15
**senior (2)** 4:11,14
**separate (1)** 5:23
**Sergeant (2)** 6:6 10:11
**series (1)** 10:22
**shift (1)** 5:1
**Shorthand (2)** 1:17
  18:2
**show (2)** 14:11 15:7
**signed (1)** 10:25
**site (1)** 16:8
**skirmish (3)** 5:11,18,23
**somebody (3)** 5:7 9:10
  10:15
**sounds (2)** 5:23 6:21
**SOUTHERN (1)** 1:1
**Spaghetti (1)** 6:25
**speak (1)** 15:7
**specific (1)** 17:9
**specifically (1)** 16:1
**spray (1)** 5:19
**staging (1)** 9:22
**started (3)** 4:23 5:3
  14:17
**State (1)** 18:3
**stated (1)** 16:12
**STATES (1)** 1:1
**station (4)** 5:12,15 6:16
  6:20
**stenographically (1)**
  18:9
**stick (1)** 13:13
**stood (1)** 5:14
**SueAnn (5)** 1:17,24
  18:2,17,18
**suicidal (1)** 10:24
**supervisor (1)** 12:13
**supposed (1)** 9:23
**sure (1)** 15:15
**swap (1)** 15:11
**switching (1)** 14:5
**sworn (2)** 4:2 18:5

---

**T**

**T (2)** 18:1,1
**tac (1)** 9:23
**take (4)** 9:25 10:15
  14:24 15:11
**taken (2)** 1:17 18:8
**talk (1)** 14:18
**talked (1)** 7:7
**talking (2)** 5:22 7:16
**team (5)** 5:13 10:12
  15:2,3
**tell (3)** 8:13 12:14 16:12
**terms (2)** 7:3 13:5
**testified (1)** 4:3
**testify (1)** 13:11 18:6
**testimony (2)** 16:11

18:8
**Thank (2)** 4:6 17:17
**things (2)** 8:21 9:17
**think (6)** 5:15 7:18
  13:23 14:8,12,12
**thought (1)** 7:4
**three (1)** 8:7
**thrown (1)** 13:14
**ties (1)** 14:6
**time (4)** 6:9,13 10:17
  18:9
**times (1)** 9:21
**title (2)** 6:7 18:10
**today (3)** 5:22 7:8,14
**told (5)** 8:3 9:17,22
  10:11 11:6
**tools (1)** 14:8
**top (1)** 8:10
**traffic (1)** 11:17
**transcription (1)** 18:8
**transport (2)** 7:22 15:5
**treated (1)** 7:3
**trickled (1)** 12:22
**true (1)** 18:7
**truth (1)** 18:6
**two-man (1)** 15:2,3
**typical (1)** 11:24
**typically (9)** 9:9,12,16
  14:23 15:3,22 16:2,3
  16:8

---

**U**

**Ultimately (1)** 12:8
**understand (1)** 9:19
**understanding (2)** 9:13
  12:16
**UNITED (1)** 1:1
**unlawful (1)** 16:19
**unusual (1)** 16:4
**use (2)** 4:8 5:19
**usually (1)** 7:24

---

**V**

**vicinity (2)** 11:16 17:3
**video (1)** 12:24
**videos (1)** 14:12
**vs (1)** 1:6

---

**W**

**wagon (17)** 6:15,15,16
  6:22 7:22,22 8:16
  12:7 13:18 14:19,20
  15:2,4,15,18 16:18,22
**want (1)** 14:18
**wasn't (1)** 13:6
**watch (1)** 7:13
**way (5)** 8:21 9:7,9,13
  15:2
**weapons (1)** 15:15

**went (3)** 6:5 9:5 15:1
**weren't (1)** 8:22
**We'll (1)** 15:18
**We're (1)** 17:18
**window (1)** 5:7
**WINGERT (1)** 1:9
**witness (4)** 4:2 8:1
  11:10 14:3
**witnessed (1)** 16:8
**witnessing (1)** 8:9
**work (7)** 5:3 8:22 10:15
  12:25 13:5,6 16:13
**working (1)** 4:23
**works (4)** 6:25 9:9
  14:23 15:2
**write (1)** 9:20

#### X
**X (1)** 3:1

#### Y
**Yeah (1)** 15:1
**years (1)** 4:17

#### Z
**zero (1)** 8:17
**zip (1)** 14:6
**zip-tie (1)** 13:16

#### 1
**1 (1)** 1:7
**12 (1)** 1:20
**14 (1)** 3:5
**14th (1)** 18:15
**17 (1)** 3:4

#### 2
**2 (1)** 1:18
**2:50 (1)** 1:20
**2021 (2)** 1:20 18:15
**2910 (1)** 2:5

#### 3
**3:10 (1)** 17:19

#### 4
**4 (1)** 3:4
**4:21-cv-00043-SBJ (1)**
  1:6
**400 (1)** 2:11

#### 5
**50309-1813 (1)** 2:12
**50312 (1)** 2:6

#### 8
**8 (1)** 5:1

**IN THE IOWA DISTRICT COURT IN AND FOR**
**POLK COUNTY**

This Complaint and Affidavit is to be:

☐ Filed with Court Clerk (cc: CA)

☒ Submitted to County Attorney

☐ Filed with JCO - Defendant is a Juvenile

Agency Case Number: __20200014451__

Arrest Date: __05/31/2020__

## THE STATE OF IOWA

VS.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| **FOOTE** | **DENVER** | **ROSE** | |

| Address | | City | State | Zip Code |
|---|---|---|---|---|
| **411 N 5TH ST** | | **CLEAR LAKE** | **IA** | **50428** |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| | **IA** | | | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| ▇▇▇ | **FEMALE** | **ASIAN/PACIFIC ISLANDER - A** | **UNKNOWN - U** |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| **4' 11"** | **105 LBS** | **BROWN - BRO** | **BLACK - BLK** |

### OFFENSE

| State | County | Local | Code Section | Crime Description | | Speed | in | Zone |
|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | **723.3** | **FAILURE TO DISPERSE** | | | | |

| Class | | | | | |
|---|---|---|---|---|---|
| **SMMS** | Serious P.I. ☐ | Fatal Accident ☐ | Civil Damage Assessment ☐ | Other ☐ | |

| Location Type |
|---|
| **13 - HIGHWAY/ROAD/ALLEY** |

| Literal Description |
|---|
| **4TH & COURT AVENUE** |

| Address | City | State | Zip Code |
|---|---|---|---|
| **4TH ST AND COURT AVE** | **DES MOINES** | **IA** | **50309** |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| **YES** | **05/31/2020** | | **03:47** | |

### STATUS OF OFFENDER/JUVENILE

| ☒ TAKEN INTO CUSTODY | CUSTODY **1 - JAILED** | ☐ SUMMONS TO APPEAR (Citation Issued) |
|---|---|---|
| ☐ WARRANT REQUESTED | ☐ NO CONTACT ORDER REQUESTED | ☐ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

while in the vicinity of a riot or unlawful assembly, refuse to obey a peace officer's order to disperse

AFFIDAVIT

STATE OF IOWA,                    POLK COUNTY

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that he defendant committed his crime

State all facts and persons relied upon supporting elements of alleged crime

Defendant was a member of a group (of WELL over three people) that assembled to protest allegations of racism and police brutality. Initially, the protest was peaceful. The protests evolved to rioting in the late evening of hours of May 30, 2020 into the early morning hours of May 31, 2020 with many of the remaining participants engaging in violent, intimidating and destructive behavior. Police officers clearly, loudly and repeatedly instructed all participants to disperse.

Despite those instructions, Defendant willfully stayed among the group that remained. This group was engaging in assaultive conduct, the intimidation of people and destruction of property. The participants barricaded public streets. Private businesses and public buildings were damaged with spray-paint. Windows were shattered. Fires were started and rocks were thrown at people including police officers. Citizens working in the area were afraid for their safety.

This destruction was open, extensive and obvious, yet the defendant willfully remained among the group of persons responsible for this conduct all of which occurred in the City of Des Moines, Polk County, Iowa.

Defendants' Appendix 799

GEORGE, JEFFREY    5127

Signature of Complainant or Officer, Officer Name & Number

**GENERAL PROBABLE CAUSE**

Defendant Implicated

**02 - CAUGHT IN ACT, 04 - CAUSED PROPERTY DAMAGE, 08 - CRIME OBSERVED BY OFFICERS, 09 - NEAR SCENE OF CRIME**

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| | | |

**STATE OF IOWA,**          **POLK COUNTY**

| | |
|---|---|
| Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on  05/31/2020 | |
| Notary Name          **NICHOLAS J LLOYD** | Signature of Verifying Party |
| Commission Number    **824244** | |
| My Commission Expires  **03/10/2023** | ☐ Peace Officer  ☒ Notary  ☐ Prosecuting Attorney |

NOTARIAL SEAL IOWA

Defendants' Appendix 800

### IN THE IOWA DISTRICT COURT IN AND FOR
### POLK COUNTY

This Complaint and Affidavit is to be:

☐ Filed with Court Clerk (cc: CA)

☒ Submitted to County Attorney

☐ Filed with JCO - Defendant is a Juvenile

Agency Case Number: **20200014451**

Arrest Date: **05/31/2020**

### THE STATE OF IOWA

VS.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| **FOOTE** | **DENVER** | **ROSE** | |

| Address | | City | State | Zip Code |
|---|---|---|---|---|
| **411 N 5TH ST** | | **CLEAR LAKE** | **IA** | **50428** |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| | **IA** | | | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| ▮ | **FEMALE** | **ASIAN/PACIFIC ISLANDER - A** | **UNKNOWN - U** |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| **4' 11"** | **105 LBS** | **BROWN - BRO** | **BLACK - BLK** |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | **723.2** | **UNLAWFUL ASSEMBLY** | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| **SMMS** | ☐ | ☐ | ☐ | ☐ |

Location Type
**13 - HIGHWAY/ROAD/ALLEY**

Literal Description
**4TH & COURT AVENUE**

| Address | City | State | Zip Code |
|---|---|---|---|
| **4TH ST AND COURT AVE** | **DES MOINES** | **IA** | **50309** |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| **YES** | **05/31/2020** | | **03:47** | |

### STATUS OF OFFENDER/JUVENILE

| ☒ TAKEN INTO CUSTODY | CUSTODY **1 - JAILED** | ☐ SUMMONS TO APPEAR (Citation Issued) |
|---|---|---|
| ☐ WARRANT REQUESTED | ☐ NO CONTACT ORDER REQUESTED | ☐ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

willingly join in or remain a part of an unlawful assembly, by assembling with multiple other persons in a violent manner, with the intent that they or any of them will commit a public offense, knowing or having reasonable grounds to believe it to be such

<u>AFFIDAVIT</u>

STATE OF IOWA,                    POLK COUNTY

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that  he defendant committed  his crime

State all facts and persons relied upon supporting elements of alleged crime

Defendant was a member of a group (of WELL over three people) that assembled to protest allegations of racism and police brutality.  Initially, the protest was peaceful.  The protests evolved to rioting in the late evening of hours of May 30, 2020  into the early morning hours of May 31, 2020 with many of the remaining participants engaging in violent, intimidating and destructive behavior. Police officers clearly, loudly and repeatedly instructed all participants to disperse.

Despite those instructions, Defendant willfully stayed among the group that remained.  This group was engaging in assaultive conduct, the intimidation of people and destruction of property.  The participants barricaded public streets.  Private businesses and public buildings were damaged with spray-paint.  Windows were shattered. Fires were started and rocks were thrown at people including police officers.  Citizens working in the area were afraid for their safety.

This destruction was open, extensive and obvious, yet the defendant willfully remained among the group of persons responsible for this conduct all of which occurred in the City of Des Moines, Polk County, Iowa.

Defendants' Appendix 801

_____    **GEORGE, JEFFREY**    **5127**

Signature of Complainant or Officer, Officer Name & Number

**GENERAL PROBABLE CAUSE**

Defendant Implicated

**02 - CAUGHT IN ACT, 04 - CAUSED PROPERTY DAMAGE, 08 - CRIME OBSERVED BY OFFICERS, 09 - NEAR SCENE OF CRIME**

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| | | |

**STATE OF IOWA,**    **POLK COUNTY**

Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on  05/31/2020

Notary Name    **NICHOLAS J LLOYD**    Signature of Verifying Party

Commission Number    **824244**

My Commission Expires    **03/10/2023**    ☐ Peace Officer  ☒ Notary  ☐ Prosecuting Attorney

## IN THE IOWA DISTRICT COURT IN AND FOR
## POLK COUNTY

This Complaint and Affidavit is to be:

- [ ] Filed with Court Clerk (cc: CA)
- [x] Submitted to County Attorney
- [ ] Filed with JCO - Defendant is a Juvenile

Agency Case Number: **20200014451**

Arrest Date: **05/31/2020**

### THE STATE OF IOWA

VS.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| **FOOTE** | **DENVER** | **ROSE** | |

| Address | City | State | Zip Code |
|---|---|---|---|
| **411 N 5TH ST** | **CLEAR LAKE** | **IA** | **50428** |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| | **IA** | | | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| ▇▇▇ | **FEMALE** | **ASIAN/PACIFIC ISLANDER - A** | **UNKNOWN - U** |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| **4' 11"** | **105 LBS** | **BROWN - BRO** | **BLACK - BLK** |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | **723.1** | **PARTICIPATE IN A RIOT** | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| **AGMS** | [ ] | [ ] | [ ] | [ ] |

| Location Type |
|---|
| **13 - HIGHWAY/ROAD/ALLEY** |

| Literal Description |
|---|
| **4TH & COURT AVENUE** |

| Address | City | State | Zip Code |
|---|---|---|---|
| **4TH ST AND COURT AVE** | **DES MOINES** | **IA** | **50309** |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| **YES** | **05/31/2020** | | **03:47** | |

### STATUS OF OFFENDER/JUVENILE

| | | |
|---|---|---|
| [x] TAKEN INTO CUSTODY | CUSTODY **1 - JAILED** | [ ] SUMMONS TO APPEAR (Citation Issued) |
| [ ] WARRANT REQUESTED | [ ] NO CONTACT ORDER REQUESTED | [ ] RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

willingly join in or remain a part of a riot by assembling with multiple other persons in a violent manner, to the disturbance of others, and with use of unlawful force or violence by them or any of them against another person or causing property damage, knowing or having reasonable grounds to believe it to be a riot

### AFFIDAVIT

**STATE OF IOWA,**          **POLK COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that  he defendant committed  his crime

State all facts and persons relied upon supporting elements of alleged crime

Defendant was a member of a group (of WELL over three people) that assembled to protest allegations of racism and police brutality.  Initially, the protest was peaceful.  The protests evolved into rioting in the late evening of hours of May 30, 2020  into the early morning hours of May 31, 2020 with many of the remaining participants engaging in violent, intimidating and destructive behavior. Police officers clearly, loudly and repeatedly instructed all participants to disperse.

Despite those instructions, Defendant willfully stayed among the group that remained.  This group was engaging in assaultive conduct, the intimidation of people and destruction of property.  The participants barricaded public streets.  Private businesses and public buildings were damaged with spray-paint.  Windows were shattered. Fires were started and rocks were thrown at people including police officers.   Citizens working in the area were afraid for their safety.

This destruction was open, extensive and obvious, yet the defendant willfully remained among the group of persons respons ble for this conduct all of which occurred in the City of Des Moines, Polk County, Iowa.

Defendants' Appendix 803

GEORGE, JEFFREY        5127

Signature of Complainant or Officer, Officer Name & Number

**GENERAL PROBABLE CAUSE**

Defendant Implicated

**02 - CAUGHT IN ACT, 04 - CAUSED PROPERTY DAMAGE, 08 - CRIME OBSERVED BY OFFICERS, 09 - NEAR SCENE OF CRIME**

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| | | |

**STATE OF IOWA,         POLK COUNTY**

Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on  05/31/2020

| Notary Name | **NICHOLAS J LLOYD** | Signature of Verifying Party |
|---|---|---|
| Commission Number | **824244** | |
| My Commission Expires | **03/10/2023** | ☐ Peace Officer  ☒ Notary  ☐ Prosecuting Attorney |

Defendants' Appendix 804

Dispersal Orders

Video of Polk County Courthouse Fire

Downtown Camera, 3rd-Court NE-N Remote-2020-05-30_21h00min00s000ms

Downtown Camera, 3rd-Court NE-West Cam-2020-05-30_21h00min00s000ms

Defendants' Appendix 808

Body Camera, NataleChiodo_202005310242_WFC1059108_111636920

Body Camera, ClarkAllen_202005310235_WFC1035595_59205971

Hy-Vee Video



**The Riots of 2020**
**Des Moines, Iowa**
**Anthony DiCara, Consultant**

Defendants' Appendix 812

# The Des Moines Riot of May 2020

## Examining the Arrest of Denver Foote

## Background

The nationwide riots of 2020 will forever be remembered as the most violent, and costly, riots in the history of the United States. Insurance industry estimates place a conservative estimate on the losses at over 2 billion dollars. More importantly, dozens of civilians were killed and thousands more were injured as a result of the violence which spread across the country as relatively small numbers of violent opportunists sought to exploit the unlawful death of George Floyd at the hands of a Minneapolis police officer. According to the Major Cities Chiefs Association, between May 25th 2020 and July 31st 2020 there were nearly 9,000 protests nationwide. This number is a low estimate since it encompasses the member agencies of MCCA and excludes some smaller cities and towns, such as Des Moines, Iowa. During that time, over 2,000 law enforcement officers were injured as they deployed nationwide to preserve the peace and protect life and property. Again, this is likely a low estimate due to the

> *"The vast majority of protests that occurred in 2020 were, thankfully, peaceful in nature"*

methodology of the study. While the 2020 riots may be remembered by the public for the sheer magnitude of violence and destruction that occurred, law enforcement professionals and academics will remember the riots for the unprecedented sophistication, planning, and coordination exhibited by those who organized and participated in the riots. The vast majority of the protests that occurred in 2020 were, thankfully, peaceful in nature. Fewer than 10% of the protests descended into chaos and violence. Of the nearly 9,000 that MCCA studied, only 7% became violent. This is a testimony to the American people, who decided, nearly *en masse*, that their 1st Amendment right to **peacefully** protest was so sacred that it could not be

undermined by those few who sought to do harm. In many cities, Baltimore for instance, the protesters joined forces with police to identify and arrest violent opportunists who intended to harm police and turn a legitimate, peaceful demonstration into a riot. The term violent opportunist is defined by the United States Department of Homeland Security as follows: "illicit actors who may or may not hold violent extremist ideological beliefs, but seek to exploit opportunities in non-violent protests to engage in unlawful violence against federal, state, or local government , law enforcement personnel or facilities, as well as other critical infrastructure, that either poses a danger to human life, threat of potential destruction of critical infrastructure, or would be so disruptive as to endanger the minimal operations of state".

Unfortunately, for the community of Des Moines, that city fell into the unenviable category, along with the minority of cities and towns, that experienced violence and destruction. For a period of three days, from May 29th to May 31st, 2020, the city of Des Moines experienced rioting by a relatively small group of individuals. The dichotomy between Baltimore and Des Moines begs obvious questions: why did most protests during those two months, and those few days in particular, remain peaceful while a small number turned violent? Why did relatively violent cities like Baltimore remain peaceful while relatively peaceful cities like Des Moines turn violent? The answer to these questions is simple: **the conduct of the crowds**. Violent opportunists in Des Moines were prepared to cause a riot from the outset. In fact, as we will discuss in further detail below, they planned and prepared for violence prior to the actual protests beginning. They also planned and prepared for confrontation with the police, and they accomplished their goal. Some of them were ultimately arrested for their actions during these riots. One of those violent opportunists arrested was Denver Foote.

## Arrest of Denver Foote

In order to apply the designation of violent opportunist (VO) to a person, we would look at that individuals' tactics, techniques, and procedures (TTPs). TTPs which were identified during the riots of 2020 manifested themselves during the Des Moines riots, specifically on May 29th, 30th and 31st. On May 29th, there was an assault on and attempted invasion of the State Capitol building in a scene that would be repeated for months on other state and national capitol buildings. Des Moines police officers who were providing traffic direction for the protestors were set upon in an unprovoked attack as they protected the rights and physical safety of the participants. This attack devolved into widespread destruction, assaults, and looting that lasted well into the night. Some arrests were made, however, these were not enough to prevent what would occur on the night of May 30th and the morning of May 31st.

A common theme around the country during the protests of 2020 was that, if violence was going to occur, it was most likely going to occur once the sun set. The evening of May 30th in Des Moines would follow that trend. Following the violence at the State Capitol building on the 29th, crowds once again returned to the Capitol building. This time, however, law enforcement was there in order to prevent a repeat of the previousnight's violence. Denver Foote was there as well. She admitted to being part of the demonstration at the Capitol on the night of May 30th. This demonstration ultimately descended into violence as the group of rioters who Foote was with sought to recreate the events of the night before. Foote wore dark clothing, a common outfit for violent opportunists when action is expected after dark. She can be seen on video advancing *toward* the police lines at the Capitol even after multiple orders to disperse had been given. What's more, even after pepper spray and CS had been deployed, she again advanced toward the police while using a wall as cover and concealment. At that point she is with a group of rioters who are throwing lit road flares at the police officers. While the majority of the crowd can be seen running away from the police to regroup, Foote holds her ground despite the multiple dispersal orders which can clearly be heard. Perhaps the gear she brought with her allowed her to remain longer than others. Foote can be seen wearing industrial goggles over her eyes and a red mask over her face and nose. Her face is completely covered at one point in an

apparent attempt to either conceal her identity or mitigate the effects of the munitions, or perhaps both. It is telling, and not uncommon, for violent opportunists to come prepared with protective gear. Clearly, Foote had come to the Capitol that night with a purpose and she, like many others in the crowd, expected violence. Some VOs in the crowd at the Capitol that night deployed shields and umbrellas as a front line guard to protect the others from projectiles and to conceal identities. The rioters formed their own skirmish line and advanced on the police who had been lined up in a fixed position guarding the front of the Capitol. The crowd, in which Foote was an active participant, consisted of many members with different roles. Some members of the group acted as "firefighters". These VOs wear protective masks, gloves, and goggles and utilize traffic cones or makeshift devices to defeat police munitions. Their job is to protect the crowd from police munitions. An indication of the level of violence and sophistication of the crowd on the 30th at the Capitol is not only the presence of such actors but, in at least one instance captured on video, their willingness to pick up a burning CS canister and throw it at the police line. This is a serious assault that speaks to this group's determination to cause violence and injure police officers. Other VO designations are scouts who use skateboards or bicycles to scout police positions and provide intelligence to the main body of the force and barricade teams, whose job it is to build and man barricades which are established to prevent police and ems response and block vehicular traffic on public roads. These barricades also allow other members of the group to commit crimes while delaying or interrupting police ability to intervene. One such barricade was constructed on the evening of May 30th on Court Avenue as members of Foote's group manned that barricade while the rioting continued.

An unknown voice in the crowd at the Capitol shouts "move like water". This phrase further demonstrates the sophistication of this crowd. That phrase became popular on social media and in the world of public disorder over the past several years due to its' use inthe demonstrations in Hong Kong. Foote and the rest of the rioters did indeed utilize these tactics that night. They conducted mobile operations and remained "fluid", like water. At times the group would appear to be merely walking down the street. In fact, they were repositioning and staying mobile in order to avoid detection and arrest. These fluid riots are a challenge for law enforcement. Back at the Capitol, Foote and the others regrouped and continued to clash with police. After

multiple deployments of munitions and clashes with police, Foote and the group of VOs moved into the Court Ave area where the riot continued. Foote is observed with a group of VOs who are destroying property as fires and fireworks burn in the street. Everywhere that Denver Foote and the other rioters went, violence and destruction ensued. The riot proceeded along Court Avenue where multiple businesses had their windows smashed and some were even looted. She was in close proximity to the group who was vandalizing and looting a grocery store known as HyVee, however, when the police approached she fled on foot. Foote was also part of a group of VOs who obstructed the intersection of 3rd and Court Ave. and blocked traffic in all directions. One of the rioters was struck by a vehicle during that particular event. Denver Foote was clearly participating in a riot on May 30th and 31st of 2020. Along with other violent opportunists, there is ample evidence that she was part of an unlawful assembly and she ignored multiple orders to disperse. In fact, instead of dispersing, she held her ground and even advanced toward the police lines. The result of the riots in which she participated were serious and included physical injuries and property destruction. By Foote's own admission, she expected to be arrested that night. There existed on the morning of May 31st 2020 sufficient probable cause and evidence to arrest and charge Denver Foote under Iowa law.

## Use of Force during the arrest of Denver Foote

The duties of a police officer to make an arrest, even in the best of circumstances, often carry an element of risk and danger. In the landmark case of *Graham vs. Connor*, the Supreme Court opined that "it has long been recognized that the right to make an arrest carries with it the right to use some degree of physical coercion or threat thereof to effect it". This would be true in the best of circumstances. The conditions in which the Des Moines officers operated during the 2020 riots were the worst of circumstances. They were under constant threat from the rioters and violent opportunists such as Denver Foote. Foote and her fellow VOs came prepared for violence and their actions guaranteed the police response. The types of force that Foote alleges were used on her fall under the category of "minimally intrusive". OC spray, commonly known as "pepper spray", is a relatively low level of force. It is designed to cause discomfort in the mucus membranes, eyes, nose, and throat. The hope is that this mild discomfort is enough to encourage the offender to comply with

police orders. This level of force applied to Foote and the other VOs that night is certainly reasonable and proportionate given the totality of the circumstances. Denver Foote was running from the arriving police presence And the e element of flight is important when considering if and what force is appropriate. Flight is a form of resisting arrest. When the police eventually caught up with Foote she did not relent, rather she stood her ground. One officer again used OC spray and she did not get on the ground. Since OC spray was not effective in controlling Foote, two officers used their shields to block her in and one officer used his baton to deliver 2-3 strikes. It should be noted that while the officers reported using their shields, they report that Foote was actively pushing away from them, which is an assault against an officer. Even if one accepts Foote's version of events that she did not go to the ground based on pepper spray and the shields, it was a reasonable decision to use the baton considering the ineffectiveness of the other attempts at force. Furthermore, the areas of the body where the strikes were delivered are consistent with the training and best practices for that baton. The use of the strikes caused Foote to go to the ground, which was the desired outcome. She was then handcuffed using means that are consistent with training.

Considering the violence to which the officers were exposed during the riot that evening, they acted reasonable by moving quickly to make arrests when the opportunities presented themselves. Denver Foote was able to elude arrest for hours until the officers finally caught up with her and were in a position to make arrests. They were carrying shields which make it difficult to effect arrests, however, they had no choice due to the amount of projectiles being thrown at them all night. Appropriate uses of the riot shield include using it to pin a person to a wall or ground or to use multiple shields to detain a person and prevent escape. Foote did attempt to push past the officers and pushed against one of the shields. In addition to being an assault, this also caused the officers to react with force in a reasonable fashion. By all accounts the officers used a measured, reasonable approach to the arrest of Denver Foote and only resorted to additional force options based on her resistance.

*Anthony DiCara*

October 13, 2021

City of Des Moines, Iowa

Office of the City Attorney

Senior Litigator Michelle R. Mackel-Wiederanders

400 Robert D. Ray Dr.

Des Moines, IA 50309-1891

Re:    **Denver Foote**

Dear Attorney Mackel-Wiederanders -

At your request, I have reviewed the matter of Denver Foote and the City of Des Moines, IA.  Though this investigation is still on-going due to the extremely voluminous materials and scope, I have arrived at several opinions which are being made to a reasonable degree of probability.  As I continue to review the available evidence, I reserve the right to modify or otherwise amend these opinions as dictated by the physical evidence.

On March 8, 2021, your office retained my company to assist in processing, reviewing, and analyzing a voluminous body of video and photographic evidence related to the civil disturbances of May 30th & May 31st of 2020, and to provide an objective analysis of the actions I observed.  I was further asked to determine if I would be able to render an opinion about several named Plaintiffs.

After reviewing all the video files and materials with which I was given, my team spent many hours combing through the footage to identify persons of interest to this investigation.  This report does not contain a complete set of final opinions as my team and I are continuing to identify these persons.  We are discovering that some footage originally believed to be indiscernible shows clear evidence of criminal behavior.

This particular report pertains to an adult female identified as Denver Foote.  Ms. Foote was seen on multiple camera feeds during the evening of May 30th, 2020 and continuing throughout the night, until her arrest at 02:43 hours on May 31st, 2020.  Ms. Foote was identified by her unique clothing combination and arrest photograph.

As a result of my review of the materials, I have come to the following preliminary conclusions:

1) Denver Foote attended the protests with Miranda Nicolai and Jacob Grobe.

2) Denver Foote came to the protests equipped materials expressing her clear intent to provoke protesters into violence.

3) Denver Foote was seen at the Capitol building during the protests from which the crowd was ordered to disperse, multiple times, but failed to do so as directed.

4) Denver Foote was with Miranda Nicolai and a group of vandals when they broke windows and attempted to set fire to the courthouse at 6th Avenue and Cherry Street.
   a. Video showed a subject resembling Ms. Foote approaching Miranda Nicolai in close proximity to those individuals who were detonating incendiary devices in and around the courthouse.

5) As the crowd moved to engage law enforcement at 6th Avenue and Cherry Street, Denver Foote positioned herself on the front line of confrontation with a sign containing a slogan that was clearly meant to provoke violence (see point 6).
   a. During the early minutes of this activity, Denver Foote was also observed walking through the crowd with the same sign.

6) Denver Foote, was observed within approximately 40 feet from Miranda Nicolai and holding a sign that read, "A riot is the language of the unheard --- Are you listening now?"
   a. The term "protest" is defined as, "<u>A statement or action expressing disapproval of or objection to something</u>."
   b. The term "riot" is defined as "<u>A violent disturbance of the peace by a crowd</u>."

7) Denver Foote arrived at intersection of 2nd Avenue at Court Street where she was seen loitering with a growing crowd of people, including Miranda Nicolai and Jacob Grobe.
   a. Here, garbage cans were thrown into the street, a violent assault occurred, and people were throwing objects at vehicles.

8) Denver Foote, Miranda Nicolai, and Jacob Grobe were with the crowd while a voice could be heard shouting "Hyvee!"  The crowd, in response began to walk westbound toward "Hyvee".

9) As the crowd moved past "Tonic" Denver Foote, Miranda Nicolai, and Jacob Grobe were within hearing, sight, and physical proximity to acts of property destruction and the group of people who engaged in these acts.

    a. Denver Foote, Miranda Nicolai, and Jacob Grobe were in the immediate proximity of "Tonic" as its windows were broken and the business was looted.

10) As the crowd began to move past "District" Denver Foote, Miranda Nicolai, and Jacob Grobe were within hearing, sight, and physical proximity to acts of property destruction and the group of people who engaged in these acts.

    a. Denver Foote, Miranda Nicolai, and Jacob Grobe were in the immediate proximity of "District" as its windows were broken and the business was looted.

11) As the crowd was at the corner by "Johnny's Hall of Fame", Denver Foote, Miranda Nicolai, and Jacob Grobe were within hearing, sight, and physical proximity to acts of property destruction and the group of people who engaged in these acts.

    a. Denver Foote, Miranda Nicolai, and Jacob Grobe were in the immediate proximity of "Johnny's Hall of Fame" as its windows were broken and the business was looted.

12) As the crowd continued moving toward "Hyvee" from "Johnny's Hall of Fame" Denver Foote, Miranda Nicolai, and Jacob Grobe remained together, and when police began to respond, the three individuals started to run from the immediate area.

13) Approaching 309 Court Avenue, Denver Foote, and Jacob Grobe entered the alleyway.

    a. This was another location where vandalism and looting occurred.

14) After Miranda Nicolai retreated to the alley to run from police officers, she reconnected with Denver Foote and Jacob Grobe.

15) Denver Foote, Miranda Nicolai, and Jacob Grobe loitered near "Outlaw's" bar and then walked southbound on 3rd Street back toward the rioting.

16) After the three moved out of camera view, Miranda Nicolai could be seen emerging back at 3rd Avenue and Court Street in a flanking-similar act to the police presence west of that location. Upon stopping, Denver Foote is not seen emerging back to the north, placing her in the immediate vicinity of Ms. Nicolai while this was occuring.

17) Police officers began to move in, dispersing the rioters.  It was during this time that Miranda Nicolai and other yet-to-be identified individuals walk toward Denver Foote's last known location, and toward the officers who are approaching southbound on 3rd Street.

18) Though Denver Foote's arrest is not captured at the scene, Miranda Nicolai can be seen falling to the ground before officers engage her to make an arrest.

19) Denver Foote was seen on the footage of one body worn camera as she was escorted by police officers.  She did not appear to have difficulty walking while being escorted.  In fact, there is no evidence of injury to Ms. Foote apparent on the video footage.


As a result of reviewing the materials with which I have been provided I must conclude that Denver Foote was clearly active in the riots, grouped among other violent actors, and not simply a distant observer.  The totality of the circumstances, make it clear that Denver Foote was present for the riots and aided in inciting the other rioters during which much property was destroyed, and persons were injured.


Sincerely,

Daniel R. Billington II, ACTAR #1913

| SUPPLEMENTAL REPORT<br>Des Moines Iowa Police Department | 1.Complainant, Driver #1, Victim, or Arrestee<br>**Denver Rose Foote** | 2. Arrest No.<br>N/A | 3. Case No.<br>**20-14451** |
|---|---|---|---|

| ☐ Form used as Continuation Sheet for Current Report | 4. Date this Report<br>**10 June 2020** | 5. Date Original Occurrence<br>**31 May 2020** |
|---|---|---|

| ☒ Form used to Report Follow-up Investigation or Supplemental Information | 6. Correct offense or Incident Classification        Changed ☐ Yes<br>**Failure to Dispurse: Riot: Unlawful Assembly** |
|---|---|

| 7. Kind of Report Continued    ☐ Witness Statement<br>☒ Follow-up or Supplemental or Prosecution    ☐ Offense<br>☐ Traffic Accident    ☐ Arrest | 8. Multiple Clear Up?    ☒ No<br>☐ Yes (list other case numbers in narrative) |
|---|---|

| 9. Page No.<br>**1** of **1** | 10. Traffic Citation No. | 11. Value of Property Recovered and Type<br>**$N/A** |
|---|---|---|

| INSTRUCTIONS FOR FOLLOW-UP<br>OR SUPPLEMENTAL USAGE | Under narrative, record your activity and all developments in the case subsequent to last report. Describe and record value of any property recovered, names and arrest numbers of any persons arrested. Explain any offense classification change. Clearly show disposition of recovered property and inventory number. Recommend to supervisor case status and to reviewer UCR disposition. Indicate "Item Number Continued" at left, if any. |
|---|---|

Item No.

While working as a team member of the Metro STAR Response Pool I was working the protest/riots which were occured in the court avenue district on 31 May 2020. Several officers had been assaulted during this event including myself. Our team had been told to return to the Tac office and shortly after the order was given to gear back up and return to the downtown area.

I drove the cube van to the 200 block of Walnut St with several officers inside. I secured the vehicle near the Civic center and I approached Court ave on foot.

I observed an individual later identified as Denver Rose Foote (6-12-1996) running from the 300 block of court Ave where the riot was taking place. She then attempted to hide near the East patio entrance of Annie's Irish Pub at 206 3rd St. I was carrying a riot shield and holding pepper spray when I attempted to take her into custody. I gave her verbal commands to get down on the ground and she did not comply. I deployed a stream of pepper spray to her face which was not effective due to her wearing a mask and industrial grade safety goggles. At this time I had exhausted all means of non phyiscal force so using the closest weapon closest target theory I attempted to push her up against the nearest wall with my shield to prevent her escape. Her hands were still free so she was able to use her hands to deflect my shield and ran past me. Officer A. Herman #5155 arrived to assist me.

Foote was taken into custody and walked to the 300 block of Court Ave and delivered to the wagon.

My body camera was worn but not activated during this incident. I attempted to retrieve the footage by recording after the fact on 9 June 2020 however it was not possible to recover the footage.

2020 JUN 10 PM 10: 34

| 14. Reporting Officer<br>**Holtan, B** | No.<br>5118 | 15.Status (check one) ☐ Suspended ☒ Open<br>☐ Ex. Closed  ☐ Closed | 13.Date/Time Typed  No. | Reproduced    No. |
|---|---|---|---|---|
| | | | 17. Unit Referred To: | 18.   UCR Disposition |
| Second Officer<br>**Herman, A** | No.<br>5155 | Supervisor Approving    No. | 19. Reviewer | No. |

Defendants' Appendix 823

| SUPPLEMENTAL REPORT<br>Des Moines Iowa Police Department | 1.Complainant, Driver #1, Victim, or Arrestee<br>**Victim City of Des Moines** | | 2. Arrest No.<br>N/A | 3. Case No.<br>**20-14451** |
|---|---|---|---|---|
| ☐ Form used as Continuation Sheet for Current Report | 4. Date this Report<br>**10 June 2020** | | 5. Date Original Occurrence<br>**31 May 2020** | |
| ☒ Form used to Report Follow-up Investigation or Supplemental Information | 6. Correct offense or Incident Classification<br>**Unlawful assembly** | | | Changed ☐ Yes |
| 7. Kind of Report Continued   ☐ Witness Statement<br>☐ Follow-up or Supplemental or Prosecution   ☐ Offense<br>☐ Traffic Accident   ☒ Arrest | 8. Multiple Clear Up?   ☒ No<br>☐ Yes  (list other case numbers in narrative) | | | |
| 9. Page No.<br>**1** of **2** | 10. Traffic Citation No. | 11. Value of Property Recovered and Type<br>**$N/A** | | |

| INSTRUCTIONS FOR FOLLOW-UP<br>OR SUPPLEMENTAL USAGE | Under narrative, record your activity and all developments in the case subsequent to last report.  Describe and record value of any property recovered, names and arrest numbers of any persons arrested.  Explain any offense classification change.  Clearly show disposition of recovered property and inventory number. Recommend to supervisor case status and to reviewer UCR disposition.  Indicate "Item Number Continued" at left, if any. |
|---|---|

**Item No.**

It should be noted that on the night of 30 May 2020 I, along with several other officers, were assaulted and injured by individuals from a large crowd protesting the recent events. Injuries I had sustained inclued a blunt force trauma injury to my right thumb which caused an instant bruise under my fingernail and swelling to my knuckle.

During the incident earlier in the night members of the crowd had been throwing homeade inciciary devices at officers, had thrown large stones and bricks off the top of the parking ramps, had lit/thrown industrial grade fireworks at police officers, tackled and assaulted police officer. I did observe a fellow officer being struck in the head with a large stone that was thrown off the parking ramp. This caused his helmet to come off and knocked him to the ground. Other officers had cuts and bruises from the rocks that were thrown at us from the protestors. There protestors were violent and had no regard for the safety of officer or the general public.

Individuals had also broken into the County Courthouse and attempted to light it on fire but were unsuccessful due to the quick response of officers.

Sometime after midnight on 31 May 2020 officers were regrouping at the Tac Office and being told we could take our gear off to get ready to head home. While we were doing this an order came out to head back downtown as individuals had broken the front glass and made their way into the Hy-Vee near 4th and Court. We were aslo advised that someone was again on top of the parking ramp of 3rd and Court throwing objects down at the officers.

Several of us jumped into a department vehicle that dropped us off at the Federal Building. The plan was to enter the skywalk and trap the indivduals in the ramp so the officers below would be safe. As we arrived we were notified on the radio that the officers inside the Federal Building did not have access to the skywalk. We then continued on foot and were directed to the Hy-Vee where individuals were still inside looting the business.

As we ran south down 3rd Street towards Court Ave. I observed an individual running north on 3rd street on the west side of the road. Coming from the area of the Hy-Vee that was being looted. Officer Holtan initially made contact with the individual as they attempted to hide from the officer in a cubby hole between businesses. I made my way over to assist Officer Holtan and once I got there I observed this individual push his shield away from him and attempted to get away. I was equipped with a riot shield velcro'd to my left forearm and my left hand was using the grip on the shield. In my right hand was an issued PR-24. I did not have a free hand to grab this individual so I also attempted to use my shield to push the individual into the wall so that they could be detained since we had orders to arrest the individuals that were downtown. As I was doing this I could tell my shield was not effective so the only other option I had left to use was my PR-24 which was being carried with the long end under my right arm and the short end facing forward. I held the grip in the up position. Commands were given for the individual to stop resisting and to get down. The individual refused and continued to attempt to push past us. Given the location and Officer/Subject factors we did not have very good leverage, this made our shields ineffective and the individual was able to push the shields around to create a gap to escape. Using the closest weapon/closest target theory I delivered two short/straight strikes with the short end of my PR-24 with the target being the individuals left shoulder area. These two strikes caused the individual to stop resisting.

The individual, later identified as Foote, Denver 6-12-96, told us after the second strike something to the effect of "ok, I'm done, I'll quit, I'll stop" and she went to the ground on her stomach on her own. Officer Holtan then placed zip tie handcuffs on her. I asked her if she was ok and she told me she was. As I looked

down around her I observed industrial grade goggles that were attached to her. She also had a backpack on and face covering.

She did make a comment to me about how she had left the downtown area earlier in the night and that she shouldn't have come back. I agreed with her statement. I also noticed that she had glasses that were on the ground that appeared to be broken. I picked them up as we got her off the ground and walked her over to the wagon that was located just west of 3rd and Court. She was passed off to the wagon crew and advised to put Holtan as the arresting officer. Her glasses were also given to the wagon crew.

Both officers were wearing full riot gear, with police markings on them that identified us as police officers. Officers both had on gas masks but had working annunciators on them which amplified our voices so the subject could hear the commands that were given. Those annunciators were working because the individual could answer questions that were asked of her after the incident.

After taking her to the wagon crew I felt a pain on my right knuckles. I sustained two scrapes on my knuckles from where Denver had resisted us. She should have also been charged with interference with official acts causing injury.

We began work at 1100hrs the previous day and were nearly 16 hours into our shift so my body camera was worn but the battery had died.

I did assist officers with other arrests that night but did not use force or place zip tie handcuffs on any other individuals.

| 14. Reporting Officer | No. | 15.Status (check one) ☐ Suspended ☐ Open | 13.Date/Time Typed   No. | Reproduced    No. |
| Herman | 5155 | ☐ Ex. Closed  ☐ Closed | 17. Unit Referred To: CID | 18.  UCR Disposition |
| Second Officer | No. | Supervisor Approving    No. | 19. Reviewer | No. |
| Holtan | 5118 | | | |

# ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| [1] Yes | [1] Yes |
| [X] No | [2] No |

| 1 ORI # IA0770300 | 2 AGENCY NAME Des Moines Police Department | 3a. ARREST # 20200003595 | 3b CASE # 2020-0014451 | 4 SFX |
|---|---|---|---|---|

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME Foote, Denver Rose | 6 ALIAS AKA |
|---|---|

| 7 SEX [M] [X]F | 8 RACE [W] [X]B [A] [I] | 9 HGT. 4'11 | 10 WGT. 101-0 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN | 14 [1] SCARS [2] MARKS [X] TATOOS [4] AMPUTATIONS  Tatt/Left/Arm/Mandall + Writing |
|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) Mason City, Iowa | 16 SSN 4 8 2 - 2 5 - 5 0 1 3 | 17 DATE OF BIRTH 06/12/1996 | 18 AGE 23 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS   KEY   MAJOR   PRIMARY   SCDV   SUB-SECONDARY   FINAL | 22 DL # 349AE4942 | 23 ST IA |
|---|---|---|---|
| 24 FBI # | HENRY CLASS    NCIC CLASS | 25 IDENTIFICATION COMMENTS | |

| 26 [ ] RESIDENT [X] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 411 N 5th St Apt 3, Clear Lake, IA 50428 | 28 RESIDENCE PHONE (515) 529-2438 | 29 OCCUPATION (BE SPECIFIC) Dietician |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Instyle Salon | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) Wewst Des Moines | 32 BUSINESS PHONE |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 4th St / Court Ave Des Moines, Ia 50309 | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? [ ] YES [ ] NO  [ ] IN STATE [ ] OUT STATE [ ] AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: [1] DRUNK [2] DRINKING [1] SOBER [2] DRUGS | 37 RESIST ARREST? | 38 INJURIES? [1] NONE [2] OFFICER [3] ARRESTEE | 39 ARMED? [Y] [X]N | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST 05/31/2020 | 42 TIME OF ARREST 03:47 [X]1. AM [2] PM [ ] MIL | 43 DAY OF ARREST [M] [T] [W] [T] [F] [S] [S] | 44 TYPE ARREST ON-VIEW ARREST | 45 ARRESTED BEFORE? [ ] YES [ ] NO [X] UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE-1 [ ]FEL [X]MISD Unlawful Assembly - 1978 | 47 UCR CODE 90C | 50 STATE CODE/LOCAL ORD. 723.2 | 51 WARRANT # | DISPOSITION | 52 DATE ISSUED 05/31/2020 |
|---|---|---|---|---|---|
| 48 CHARGE-2 [ ]FEL [X]MISD Failure To Dispurse - 1978 | 49 UCR CODE 90C | 53 STATE CODE/LOCAL ORD. 723.3 | 54 WARRANT # | DISPOSITION | 55 DATE ISSUED 05/31/2020 |
| 56 CHARGE-3 [ ]FEL [X]MISD Riot | 57 UCR CODE 90Z | 60 STATE CODE/LOCAL ORD. 723.1 | 61 WARRANT # | DISPOSITION | 62 DATE ISSUED 05/31/2020 |
| 58 CHARGE-4 [ ]FEL [ ]MISD | 59 UCR CODE | 63 STATE CODE/LOCAL ORD. | 64 WARRANT # | DISPOSITION | 65 DATE ISSUED |

| **Total Charges this Arrest: (3)** | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|
| 66 ARREST DISPOSITION | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| VEHICLE RELATED TO: | VEHICLE RELATION: |
|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY [5] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |

**RELEASE**

| 91 DATE AND TIME OF RELEASE 06/01/2020 12:12 [1] AM [X]2 PM [ ] MIL | 92 RELEASING OFFICER NAME Taylor, Jaime R | 93 AGENCY/DIVISION | 94 ID # 3682223 |
|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | LOCAL USE |
|---|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Allen, Clark C | 112 ID # 718410 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR   ID # | 116 WATCH CMDR. |
|---|---|---|---|---|---|

**County:**  **POLK - 77**

| | SUICIDAL |
| | ASSAULTIVE |
| **CHECK ALL THAT APPLY** | JUVENILE |
| | KEEP SEPARATE |

**Jail Booking Information**
**by Arresting or Transporting Officer**

| | | | | | |
|---|---|---|---|---|---|
| **Last Name** FOOTE | | **Gender** FEMALE | **Race** A | **Ethnicity** N | |
| **First Name** DENVER | | **SSN#** ▓▓▓ | **Height** 4' 11" | **Weight** 105 LBS | |
| **Middle Name** ROSE | | **Hair** BLK | **Eyes** BRO | | |
| **Suffix Name** | | **Date of Birth** ▓▓▓ | | | |
| **Street Address** 411 N 5TH ST | **City** CLEAR LAKE | | **State** IA | **Zip** 50428 | |
| **Arrest Date** 05/31/2020 | **Arrest Time** 03:47 | **Hrs** | **Arrest Location** 4TH AND COURT | | |
| **County** 77 | **Arresting Agency** DES MOINES POLICE DEPARTMENT | | **Agency Case Number** 20200014451 | | |
| **Booking Sheet No.** | **Arresting Officer** C.ALLEN | | **Badge No.** 5228 | | |
| **Vehicle Impounded?** | **Impound Agency** | | | | |

## CHARGES

| | Charge Class | Statute / Ordinance | Warrant? | Warrant Number |
|---|---|---|---|---|
| **First Charge** RIOTING | 01 - SIMPLE MISDEMEANOR | 723.1 | NO | |
| **Second Charge** CRIMINAL MISCHIEF 2ND | 04 - FELONY | 716.4 | NO | |
| **Third Charge** | Charge Class | Statute / Ordinance | Warrant? | Warrant Number 3 |
| **Fourth Charge** | Charge Class | Statute / Ordinance | Warrant? | Warrant Number 4 |
| **Fifth Charge** | Charge Class | Statute / Ordinance | Warrant? | Warrant Number 5 |
| **Six h Charge** | Charge Class | Statute / Ordinance | Warrant? | Warrant Number 6 |

| | | | |
|---|---|---|---|
| Is the person injured? ☐ Yes ☑ No | Prior to Arrest? ☐ Yes ☑ No | During Arrest? ☐ Yes ☑ No |
| If injured, was the prisoner treated before being brought to jail? ☐ Yes ☑ No | If so, where? N | |
| Is the prisoner chemically impaired? ☐ Yes ☑ No | If so, by what? | |
| Has the prisoner given indications of having mental health problems? ☐ Yes ☑ No | If so, what? | |
| Has the prisoner displayed or communicated self-harm or suicidal behavior or intentions? ☐ Yes ☑ No (If yes, Explain below) | | |
| Has the prisoner been resistive? ☐ Yes ☑ No | Has the prisoner been assaultive towards officers? ☐ Yes ☑ No | |
| Did the prisoner use a weapon? ☐ Yes ☑ No | If yes, what was it? | |
| Keep this prisoner separate from: | Reason? | |
| Was the prisoner fingerprinted and photographed by the arresting agency? ☐ Yes ☑ No | | |

| Officer Completing Form ALLEN, CLARK | Badge Number 5228 |
|---|---|

Signature of Officer Completing Form:

## COMMENTS

No Record - 05/31/2020 09:11:28 - 1 ailally

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENVER FOOTE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE 1, BRANDON HOLTON, ADAM HERMAN, CLARK ALLEN, ERNESTO ESCOBAR HERNANDEZ; JEFFREY GEORGE, KIRK BAGBY, DANA WINGERT; and the CITY OF DES MOINES, IOWA,<br><br>Defendants. | Case No. 4:21-cv-00043<br><br><br>AFFIDAVIT OF KIRK BAGBY |

State of Iowa        )
                      )
County of Polk      )
United States of America  )

I, Kirk Bagby, being duly sworn and under the penalty of perjury state as follows:

I am Kirk Bagby. I am currently a Captain with the Des Moines Police Department. I was working the night of May 30, 2020 into the early hours of the morning on May 31, 2020, in response to the riots occurring at the Capitol, the Police Department, the Polk County Courthouse, and the Court Avenue district. I did not make charging decision that night. I passed on charging decisions from command staff to officers transporting arrested individuals to jail.

Pursuant to Iowa Rule of Civil Procedure 1.413.4, I certify under penalty of perjury and pursuant to the laws of the state of Iowa that the preceding is true and correct.

_Z̄ Z̄ ⌀ẟ⌀ Z̄ ſ_
Date

_[signature]_
Kirk Bagby



# PATROL SERVICES BUREAU STANDARD OPERATING PROCEDURE

## CHAPTER 7 - TRAINING

**7-1    FIELD TRAINING**

A.  Recruits

1.  Recruit officers receive classroom and practical training at the Police Academy.  When the officer is assigned to the Patrol Services Bureau, intensive field training is undertaken.

2.  Field Training Officers are selected by the Watch Commanders with approval from the Bureau Commander.  The new officer is assigned to a Field Training Officer and is evaluated on a Daily Observation Report. <span style="color:red">(Revised 6-16-05)</span>

3.  Details of the training and evaluation process are found in the Field Training Guide. Produced by Support Unit personnel, the Field Training Guide may be supplemented by instruction deemed appropriate by the Watch Commander.

**7-2    FIELD TRAINING OFFICER**

A.  Selection

1.  Field Training Officers are selected by the Watch Commanders, with approval by the Bureau Commander.

2.  Persons selected should have a solid understanding of patrol operations, a positive attitude, integrity, and the ability to instruct. <span style="color:red">(Revised 6-16-05)</span>

B.  Instruction

Field Training Officers shall have instruction on the duties and responsibilities of the F.T.O. assignment.

C.  Assignment

Assignment of a recruit officer and F.T.O. may be maintained or changed at the discretion of the Watch Commander.

Defendants' Appendix 829

D.  Duties

1.  Field Training Officer duties include, but are not limited to, the following.
    a.  Explain operational procedures and existing policy.
    b.  Explain all tasks covered in the Field Training Guide, with continued review of those tasks that, due to lack of opportunity, cannot be demonstrated and practiced.
    c.  Acquaint the trainee with geographical areas of the City, the quickest routes to various points, familiarization with public buildings, potential trouble spots and areas subject to high criminal activity.
    d.  Training on traffic law violation, estimating speed of vehicles and recognition of various makes and models of cars.
    e.  Demonstrate the procedure in operation of police vehicles and emergency equipment associated with the vehicle.
    f.  Demonstrate and explain the need for professionalism and objective incident control.

E.  Field Training Guide

1.  The Field Training Guide consists of all pertinent forms and guidelines applicable to the training program, including: Evaluation Guidelines, Daily Observation Reports, Remedial Training Forms, Training Officer Critique Form and a Field Training Checklist.

2.  It will be the responsibility of the Probationary Officer to ensure that the Field Training Guide is made available to the Field Training Officer throughout the training program.

3.  The Field Training Officer will complete a Daily Observation Report on the probationary officer for each day of work, a copy of which will remain in the Field Training Guide.  The original copy of the Daily Observation Report will be forwarded to the individual designated as the facilitator of the Field Training Program, for review by the Bureau Commander or program facilitator.  The Daily Observation Report shall be signed by both the training officer and the probationary officer after reviewing its contents.

4.  Remedial Training Forms are included in the Field Training Guide to document additional training in respect to a specific area requiring extra attention.

5.  At the completion of the Field Training, the Probationary Officer will complete the Training Officer Critique form on their Primary Training Officer, to be forwarded to the program facilitator.

6.  The Field Training Checklist serves as documentation of certain tasks performed during the training program, and as a reference as to important items to be covered by the Field Training Officer.

**7-3    FIREARMS TRAINING**

A.  General

This subsection provides guidance on the methods and procedure to be use in maintaining a continuing program of firearms training.

1.  Members of this Bureau will shoot the established pistol/revolver qualification course semi-annually as required by Departmental General Order 04-1, Chapter Six, "Firearms".

2.  Only certified firearms instructors will conduct the training.

3.  Department qualification shoots will be scheduled and conducted by the Personnel and Training Section.

4.  Only authorized service weapons will be fired during qualification shoots.

5.  Range use will be in accordance with the Standard Operating Procedure, Personnel and Training Section, Inspectional Services Bureau.

B.  Responsibilities

1.  Watch and Unit Commanders

    a.  Ensure that personnel under their command shoot the approved qualification course for service weapons as prescribed.
    b.  Ensure that all qualification scores are reported to the Personnel and Training Section.
    c.  Remedial training should be provided for individuals who fail the qualification course or who are otherwise in need of assistance.  This training may be conducted by certified firearms instructors under their command or by the Personnel and Training Section.

2.  Firearms Instructors

    a.  Firearms Instructors will be utilized to provide training in the safe, efficient and accurate use of firearms by personnel within the Police Department.
    b.  Firearms Instructors will operate the range and other shooting related training events and ensure that safe practices are followed.
    c.  Firearms Instructors will be available to evaluate and make recommendations concerning the serviceability and safety of firearms, where appropriate.
    d.  Firearms Instructors will provide guidance on the general subject of firearms, which may be encountered by personnel of the department.

7-4      **ROLL CALL TRAINING**

Des Moines Police Department
Patrol Services Bureau SOP
01 June 1997
**Revised July 2005**

Roll call training will be utilized to provide instruction on new laws, procedures, information on new equipment or technology and instruction on subject matter unique to the Watch or Unit involved.



# PATROL SERVICES BUREAU STANDARD OPERATING PROCEDURE

## CHAPTER 10 - FIELD OPERATIONS

### 10-1   INTRODUCTION

A.   This section contains guidelines on methods and procedures to be used by personnel of this Bureau when performing tasks pertaining to field operations.  It provides for efficiency and shall be applied on a Bureau wide basis.

B.   This SOP will be used as a reference document in the instruction of probationary police officers and for review by those persons transferred to this bureau.

C.   This SOP sets out guidelines that should be followed within this Bureau.  It is recognized that some situations may arise which reasonably require deviation. (Revised 6-16-05)

D.   Watch and Unit Commanders shall acquaint themselves and all personnel of their command with the provisions of this chapter, but this shall not relieve individual employees of their responsibility to know and apply the contents.

### 10-2   RIGHTS OF THE INDIVIDUAL

A.   The individual citizen has certain rights guaranteed under the provisions of the Constitution of the United States of America.  To ensure protection of those rights, all personnel will comply with the provisions of this chapter.

B.   Freedom of Speech and Assembly

1.   Citizens may occasionally engage in speech and assembly events that are offensive and upsetting to others.  Police officers must be mindful of the proper role of a law enforcement agency, which is not to encourage or prevent the exercise of rights based upon the content of the speech or the purpose of the assembly. (Revised 6-16-05)

2.   The police role is to act with firm legal foundation to prevent or enforce violations of the law.

3.   This may require a significant effort to avoid becoming "caught up" in an event being serviced, particularly when one side or the other attempts to usurp the role of the police.

C.   Unreasonable Search and Seizure

To protect the community from unlawful search and seizure, personnel of this Bureau will develop an understanding of the rules of search and seizure, legal methods of searching

persons, premises, vehicles and obtaining search warrants in accordance with Chapter 808, Code of Iowa. (Revised 6-16-05)

D.  Rights of the Accused

1.  When the police encounter a citizen, we must carefully observe the rights of all parties under the Constitution of the United States and the State Code of Iowa.

2.  Personnel of this Bureau shall ensure that personal sentiments and prejudices do not affect their responsibilities as law enforcement officers. (Revised 6-16-05)

## 10-3    ARRESTS BY PEACE OFFICERS

To protect citizens from unlawful arrest, personnel of this Bureau will develop an understanding of the rules governing arrests as set forth in Chapter 804.7, Code of Iowa:

*Chapter 804.7 Code of Iowa*

*A peace officer may make an arrest in obedience to a warrant delivered to the peace officer; and without a warrant:*
*1.  For a public offense committed or attempted in the peace officer's presence.*
*2.  Where a public offense has in fact been committed, and the peace officer has reasonable grounds for believing that the person arrested has committed it.*
*3.  Where the peace officer has reasonable grounds for believing that an indictable public offense has been committed and has reasonable grounds for believing that the person to be arrested has committed it.*
*4.  Where the peace officer has received from the Department of Public Safety, or from any other peace officer of this state or any other state or the United States an official communication by bulletin, radio, telegraph, telephone, or otherwise, informing the peace officer that a warrant has been issued and is being held for the arrest of the person to be arrested on a designated charge.*

*There are certain additional arrest duties and requirements pertaining to domestic abuse found in Chapter 236 of the Code of Iowa 2003.

## 10-4    COURTESY

A.  Public Courtesy

1.  It is very important that police employees approach all persons with common courtesy.  An impolite or condescending attitude will generate or enhance such an attitude in others.

2.  A good rule to follow is to treat citizens of all status just as you would like to be treated in a similar encounter.

3.    A significant effort may be needed to separate incidents and avoid carrying tension from a volatile incident directly into the next call for service.

4.    It is understood that special techniques may be necessary and appropriate in dealing with crimes in progress or dangerous, combative persons.

B.    Employee Relationships

Personnel of this Bureau shall establish a rapport with fellow employees that is conducive to good business relations and maintains high standards of professional courtesy and diplomacy.(Revised 6-16-05)

## 10-5    COMMAND PRESENCE

The concept of command presence involves projecting confidence, competence and avoiding an image of confusion or uncertainty.  It also involves appearance and bearing.  It will be enhanced if an officer has a plan of action and avoids distraction.

Command presence is strengthened if officers cooperate with each other rather than argue and debate among themselves in front of citizens.  It is enhanced if the impression is clear that the officer will take decisive action, even though he or she may pursue a more moderate course.

The concept of command presence is best projected when it is based upon actual competence, job knowledge, and confidence in real ability. (Revised 6-16-05)

## 10-6    USE OF FORCE

A.    References

1.    Chapters 704.1 and 804.8 of the Code of Iowa 2003

2.    Paragraph 1.1.1b, General Order 04-1 (Personnel Rules)

B.    State Law

3.    Chapter 704.1 Code of Iowa  (Reasonable Force)
*"Reasonable Force" is that force and no more which a reasonable person, in like circumstances, would judge to be necessary to prevent an injury or loss and can include deadly force if it is reasonable to believe that such force is necessary to avoid injury or risk to ones life or safety or the life or safety of another, or it is reasonable to believe that such force is necessary to resist a like force or threat.  Reasonable force, including deadly force, may be used even if an alternative course of action is available if the alternative entails a risk to life or safety, or the life or safety of a third party, or requires one to abandon or retreat from ones dwelling or place of business or employment.*

4. <u>Chapter 804.8 Code of Iowa</u>  (Use of Force by Peace Officer Making an Arrest)

*A peace officer, while making a lawful arrest, is justified in the use of any force which the peace officer reasonably believes to be necessary to effect the arrest or to defend any person from bodily harm while making the arrest.  However, the use of deadly force is only justified when a person cannot be captured any other way and either:*
*1.  The person has used or threatened to use deadly force in committing a felony or;*
*2.  The peace officer reasonable believes the person would use deadly force against any person unless immediately apprehended.*
*A peace officer making an arrest pursuant to an invalid warrant is justified in the use of any force which the peace officer would be justified in using if the warrant were valid, unless the peace officer knows that the warrant is invalid.*

C.  Departmental Regulation

1. <u>General Order 04-1</u>  (Personnel Rules)

Officers shall not use more force than necessary in making an arrest or while maintaining custody of the individual arrested.  When force is used against an individual, except in instances of deadly force, an Arrest Incident Report shall be completed by the employee and reviewed by the chain of command.  The Bureau Commander shall forward such reports to the Office of Professional Standards where the report will be maintained as a confidential record for a period of five years.

## 10-7  OFFICER INVOLVED SHOOTINGS

A.  Responsibilities

1.  Officer involved shootings require a well orchestrated, collaborative effort between the Patrol Services Bureau and Detective Bureau personnel. The initial identification of an Incident Commander, normally the Watch Commander, must be quickly established.

2.  The Incident Commander shall assign a police officer to segregate and remain with the officer involved in the shooting.  In cases where multiple officers are involved, a support officer shall be assigned to each individual.

3.  The support officer will be charged with transporting the officer to the police station without delay or detour, making notifications as appropriate, and providing for the  needs of the officer until relieved by Detective Bureau personnel.

4.  In the case of an officer involved shooting, the weapon used becomes a key evidentiary component.  In order to maintain the integrity of the investigation, the weapon shall be relinquished to Identification Unit personnel as soon as possible, and a replacement issued by the Personnel and Training Section at the earliest convenience. (Revised 6-16-05)

5.    The replacement weapon shall be of similar make and model of the officer's sidearm, and arrangements will be made with the Personnel and Training Section for the officer to shoot the approved qualification course.

# Response to Civil Disturbances

Des Moines Regional Academy
SPO Chris Latcham
17 October 2013

Defendants' Appendix 838

# CIVIL DISTURBANCES



Defendants' Appendix 839

# Purpose of this training is:

- Become aware of the immediate potential for civil disturbances.
- Become familiar with types of demonstrations.
- Become familiar with the dynamics of organized demonstrations.
- Become aware of non-violent and violent crowd behavior.



Defendants' Appendix 840

# TRAINING GOALS

- Understand Departmental policy.
- Understand crowd psychology
- Understand basic formations.
- Understand basic munitions used in crowd control situations.
- Become familiar with the equipment that is available for use.



# Why now?

Defendants' Appendix 842

# **War On Terror**

- The longer the occupation, the greater the risk for local protests and activity.

- Future conflicts associated with the "war on terrorism."

- Future unidentified situations.



Defendants' Appendix 843

# Election year protest:




- Frustration with current administration.
- Anti-War Protests
- Social Issues
- Candidate conflicts

Defendants' Appendix 844

# Purpose of Crowd Control

- Maintain order
- Re-establish order
- Protect lives and property.
- Remember, all citizens have the **RIGHT to gather peacefully and express their opinions.**



# Your opinion does not matter.



Defendants' Appendix 846

# If this bothers you, there are many exciting opportunities available in the construction, fast food, and convenience store industries.




Defendants' Appendix 847

# Types of demonstrations



Barry Wong © The Seattle Times

# PEACEFUL



Defendants' Appendix 849

# **Peaceful**

- Legal
- Appropriate
- Non-violent
- Calm
- Usually, Short in duration



Jimi Lott © The Seattle Times

Defendants' Appendix 850

# Passive



Defendants' Appendix 851

# **Passive**

- Planned
- Non-violent
- Non-confrontational
- Press is notified prior to demonstration
- Usually symbolic locations



Defendants' Appendix 852

# Passive Interference



Defendants' Appendix 853

# **Passive Interference**

- Usually non-violent
- Planned
- Press is contacted prior to event
- Will gather in an effort to peacefully disrupt a community.
- Will resist officers efforts to move them.





Defendants' Appendix 854

# Active Resistance



Defendants' Appendix 855





Defendants' Appendix 857



Barry Wong © The Seattle Times

Defendants' Appendix 858





Defendants' Appendix 860



Defendants' Appendix 861



Defendants' Appendix 862



Defendants' Appendix 863

# VIOLENT RESISTANCE



Defendants' Appendix 864

# **Violent resistance**

- Can be planned.
- Usually stems from non-violent gatherings that get out of hand.
- Participants may be trained.
- Equipment and supplies may support protesters.
- Usually only a small "core" group.





Defendants' Appendix 866



Harley Soltes © The Seattle Times

Defendants' Appendix 867



Defendants' Appendix 868



Defendants' Appendix 869



Defendants' Appendix 870





Defendants' Appendix 872



Defendants' Appendix 873

# Dynamics of crowd behavior



Defendants' Appendix 874

# **Most gatherings are:**

- Peaceful.
- Lawful.
- Easily controlled.
- Pass without serious event.



Harley Soltes © The Seattle Times

Defendants' Appendix 875

# Categories of Offenders

- Impulsive/Lawless
- Suggestive
- Cautious
- Yield
- Supporter
- Resister
- Psychopath



Defendants' Appendix 876

# Gatherings can erode without warning. (Iowa State Fair 2010)

Defendants' Appendix 877



Defendants' Appendix 878

# The largest group of people will be in the supporter and yield category.



Fortunately, these are the easiest to control.

Defendants' Appendix 880

# Methods to control these:

- Obviously photograph and videotape offenders and participants.

- Quickly and efficiently arrest and remove obvious instigators and offenders.

- Do not incite them.

# Be aware of counter surveillance.



Defendants' Appendix 882

# *Definition of Arrest*
# *Iowa Code 804.5*

- Arrest is the taking of a person into ***custody*** when and in the manner ***authorized*** by ***law***, including the restraint of the person or the person's ***submission*** to custody.



# *When to Make an Arrest*
# *Iowa Code 804.7*

- A peace officer may make an arrest in obedience to a warrant delivered to the peace officer; and without a warrant:
  - For a public offense ***committed or attempted in the peace officer's presence.***
  - Where a public offence ***has in fact been committed, and the peace officer has reasonable ground for believing that the person to be arrested committed it.***

# *When to Make an Arrest*
# *Iowa Code 804.7*

– Where the peace officer **_has
reasonable ground for believing
that an indictable public offense
has been committed and has
reasonable ground for believing
that the person to be arrested has
committed it._**

# When to Make an Arrest
## Iowa Code 804.7

– Where the peace officer *has received from the department of public safety, or from any other peace officer of this state or any other state or the United States an official communication by bulletin, radio, telegraph, telephone, or otherwise, informing the peace officer that a warrant has been issued and is being held for the arrest of the person to be arrested on a designated charge.*

# *When to Make an Arrest*
# *Iowa Code 804.7*

– If the peace officer ***has reasonable grounds for believing that domestic abuse, as defined in section 236.2, has occurred and has reasonable grounds for believing that the person to be arrested committed it.***

– As required by section 236.12, subsection 2 (Domestic abuse / injury)

# *Manner of Making and Arrest Iowa Code 804.14*

- The person making the arrest must inform the person to be arrested of the ***intention*** to ***arrest***, the ***reason*** for arrest, and that the person making the arrest is a ***peace officer***, and require the person to be arrested to submit to custody except:

- When the person is actually engaged in the ***commission*** of or attempting to ***commit*** an ***offense***, or escape so that there is no opportunity to do so.

# *Manner of Making and Arrest*
## *Iowa Code 804.14*

- If acting under authority of a **_warrant_** the law enforcement officer need not have the warrant in the officer's **_possession_** at the time of the arrest. But upon **_request_** the officer shall show the warrant to the person being arrested as soon as **_possible_**.

- If the officer does not have the **_warrant_** in the officer's **_possession_** at the time of the arrest, the officer shall inform the **_person_** being arrested of the fact that a **_warrant_** has been issued.

# *Hazards of Arrest*

- According to 2009 FBI Statistics:
  - **In 2009 48 Officers were feloniously killed** in the line of duty.
  - 45 of the 48 were killed with Firearms and 3 were killed by vehicles used as weapons.
  - 15 officers were ambushed
  - 8 officers involved in arrest situations (16.6%)
  - 8 officers performing traffic stops

# *Hazards of Arrest*

- According to 2009 FBI Statistics: (Cont)
  - 6 officers answering disturbance calls
  - 5 officers in tactical situations (high risk entries)
  - 4 officers investigating suspicious persons or activities
  - 2 were handling, transporting, or maintaining custody of prisoners.

# *Hazards of Arrest*

- According to 2009 FBI Statistics: (Cont)


- In 2009 80% of Officers Assaulted were assigned to uniform patrol positions.


- In 2009, in the State of Iowa, 426 Peace Officers were assaulted.

# *Information to be gathered at time of arrest*

- ***Location***
- ***Time and Date***
- ***Reason or Charge***
- ***Record or Document Conversations with:***
  - **Persons arrested**
  - **Complainant**
  - **Other Officers**
  - **Witnesses**

# As emotions go up, reasoning will go down.



# *Proper force while effecting an arrest is:*

- **REASONABLE**
- **NECESSARY**
- **JUSTIFIABLE**



Defendants' Appendix 896

# *Mechanics of Arrest*

- Reviewed by

  Patrol Bureau Commander,

  Captain Steve Waymire,  15 Nov 10

  Assistant Chief James O'Donnell, 15 Nov 10

  Assistant Polk County Attorney, Joe Weeg,

  8 Nov 10

# USE OF FORCE AND DEADLY FORCE

INSTRUCTOR:  Douglas P. Philiph

Defendants' Appendix 898

# INTRODUCTION

- Definition of Force:

  – Dictionary:  Power that is in motion or in action; constraining power, compulsion; strength directed to an end

Defendants' Appendix 899

- **Definition of Deadly Force**

  – **Dictionary:  Force which will or may potentially cause death or serious injury.**

Defendants' Appendix 900

- **Iowa Code § 704.2:  The term "deadly force" means any of the following:**

  – **Force used for the purpose of causing serious injury**
  – **Force which the actor knows or reasonably should know will create a strong probability that serious injury will result**

– **The discharge of a firearm, other than a firearm loaded with less lethal munitions and discharged by a peace officer, corrections officer, or corrections official in the line of duty, in the direction of some person with the knowledge of the person's presence there, even though no intent to inflict serious physical injury can be shown.**

– **The discharge of a firearm, other than a firearm loaded with less lethal munitions and discharged by a peace officer, corrections officer, or corrections official in the line of duty, at a vehicle in which a person is known to be.**

Defendants' Appendix 902

- **704.2(1A)**

*"Deadly force"* **does not include a threat to cause serious injury or death, by the production, display, or brandishing of a deadly weapon, as long as the actions of the person are limited to creating an expectation that the person may use deadly force to defend oneself, another, or as otherwise authorized by law.**

– Generally a progression should be used but can go directly to more force if circumstances warrant.  (See progression chart.)

Defendants' Appendix 904

# LIMITATIONS ON USE OF FORCE

- Police Standard Operating Procedures 10-6 Use of Force:

– Iowa Code § 704.1(1):  The term "reasonable force" means that force and no more which a reasonable person, in like circumstances, would judge to be necessary to prevent an injury or loss and

- Can include deadly force:

  – If it is reasonable to believe that such force is necessary to avoid injury or risk to one's life or safety or the life or safety of another, or

  – It is reasonable to believe that such force is necessary to resist a like force or threat

-Iowa Code § 704.1(2):  A person may be wrong in the estimation of the danger or the force necessary to repel the danger as long as there is a reasonable basis for the belief of the person and the person acts reasonably in the response to that belief.

-Iowa Code § 704.1(3): A person who is not engaged in illegal activity has no duty to retreat from any place where the person is lawfully present before using force as specified in this chapter.

Defendants' Appendix 908

- Iowa Code § 804.8; Use of force by peace officer making an arrest:

   A peace officer, while making a lawful arrest, is justified in the use of any force which the peace officer reasonably believes to be necessary to effect the arrest or to defend any person from bodily harm while making the arrest.  However, the use of deadly force is only justified when the person cannot be captured in any other way and either the person has used or threatened to use deadly force in committing a felony or the peace officer reasonably believes the person would use deadly force against any person unless immediately apprehended

- A peace officer making an arrest pursuant to an invalid warrant is justified in the use of any force which the peace officer would be justified in using if the warrant were valid, unless the peace officer knows that the warrant is invalid

- **POLICE RULES AND REGULATIONS CHAPTER 1**

  **b.  USE OF FORCE:**

- Employees shall only use that force which is necessary to make an arrest or maintain custody of an individual arrested.

- When force is used against an individual, except in incidents of deadly force, an Arrest Incident Report shall be completed by the employee and reviewed by the chain of command.

- The bureau commander shall forward the report to the Office of Professional Standards where it will be maintained as a confidential record for a period of five years.

Defendants' Appendix 911

- **POLICE RULES AND REGULATIONS CHAPTER 6**

**m.  USE OF DEADLY FORCE:**

**2.  The decision to use deadly force shall rest solely with the employee's individual judgment.**

**(The individual judgment must be reasonable in light of the circumstances and is limited by the following as well as state, common law and constitutional principles.)**

Defendants' Appendix 912

# POLICE RULES AND REGULATIONS CHAPTER 6

## n.  Discharge of Firearms – Not Permitted.

1.  For the purpose of warning.

2.  At moving vehicles except in self-defense, the defense of another Police Officer, or a third party.

3.  In cases where a warrant is on file, the identify  is known to the employee and such escape would not be an immediate danger to innocent persons or the employee.

Defendants' Appendix 913

# POLICE RULES AND REGULATIONS CHAPTER 6

## o. Discharge of Firearms – Permitted:

1.     At an approved range.

2.     To destroy animals seriously injured or dangerous, when other disposition is impractical.

3.     When legally ordered or authorized by a Commanding Officer.

4.     When the employee reasonably believes that such force is necessary to protect himself or another person from the use or threat of use of deadly force.

Defendants' Appendix 914

5.  **When the employee reasonably believes that such force is necessary to effect the arrest of a person who, in the employee's mind, is known to have committed a felony if:**

- **The person has used or threatened to use deadly force, and;**

- **The employee has made a reasonable attempt to make known his official identity and intent to arrest, and;**

- **All other methods of apprehension have been exhausted, and;**
- **The employee reasonably believes that such discharge of firearms can be done without substantial risk or injury to innocent persons.**

Defendants' Appendix 916

# Iowa Code: Justifiable Use of Force

- Iowa Code § 704.2A 1. For purposes of this chapter, a person is presumed to reasonably believe that deadly force is necessary to avoid injury or risk to one's life or safety or the life or safety of another in either of the following circumstances:

  *a.* The person against whom force is used, at the time the force is used, is doing any of the following:

  > (1) Unlawfully entering the dwelling, place of business or employment, or occupied vehicle of the person using force by force or stealth, or has unlawfully entered by force or stealth and remains within the dwelling, place of business or employment, or occupied vehicle of the person using force.

  > (2) Unlawfully removing or is attempting to unlawfully remove another person against the other person's will from the dwelling, place of business or employment, or occupied vehicle of the person using force.

  *b.* The person using force knows or has reason to believe that any of the conditions set forth in paragraph *"a"* are occurring.

Defendants' Appendix 917

- Iowa Code § 704.2A 2. The presumption set forth in subsection 1 does not apply if, at the time force is used, any of the following circumstances are present:

  *a.* The person using defensive force is engaged in a criminal offense, is attempting to escape from the scene of a criminal offense that the person has committed, or is using the dwelling, place of business or employment, or occupied vehicle to further a criminal offense.

  *b.* The person sought to be removed is a child or grandchild or is otherwise in the lawful custody or under the lawful guardianship of the person against whom force is used.

  *c.* The person against whom force is used is a peace officer who has entered or is attempting to enter a dwelling, place of business or employment, or occupied vehicle in the lawful performance of the peace officer's official duties.

  *d.* The person against whom the force is used has the right to be in, or is a lawful resident of, the dwelling, place of business or employment, occupied vehicle of the person using force, and a protective or no-contact order is not in effect against the person against whom the force is used.

Defendants' Appendix 918

- Iowa Code § 704.3; Defense of self or another:  A person is justified in the use of reasonable force when the person reasonably believes that such force is necessary to defend oneself or another from any actual or imminent use of unlawful force.

- Iowa Code § 704.4; Defense of property:  A person is justified in the use of reasonable force to prevent or terminate criminal interference with the person's possession or other right in property…

- Spring guns or traps to protect property are specifically not authorized by this section.

# AIDING ANOTHER IN THE DEFENSE OF PROPERTY

- Iowa Code § 704.5; a person is justified in the use of reasonable force to aid another in the lawful defense of the other persons rights in property or in any public property.

# WHEN DEFENSE IS NOT AVAILABLE

- Iowa Code § 704.6; The defense of justification is not available to the following
  - One who is participating in a forcible felony, or riot, or a duel
  - The one who initially provokes the use of force against ones self, with the intent to use such force as an excuse to inflict injury on the assailant

– Iowa Code § 704.6 (Continued)

- One who initially provokes the use of force against ones self by ones unlawful acts, unless:

- Such force is grossly disproportionate to the provocation, and is so great that the person reasonably believes that the person is in imminent danger of death or serious injury or

- The person withdraws from physical contact with the other and indicates clearly to the other that the person desires to terminate the conflict but the other continues or resumes the use of force.

- Iowa Code § 704.7; Resisting forcible felony:  A person who reasonably believes that a forcible felony is being or will imminently be perpetrated is justified in using reasonable force, including deadly force, against the perpetrator or perpetrators to prevent or terminate the perpetration of that felony.

# Iowa Code 704.8 <u>Escape from place of confinement</u>

**A correctional officer or peace officer is justified in using reasonable force, including deadly force, which is necessary to prevent the escape of any person from any jail, penal institution, correctional facility, or similar place of confinement, or place of trial or other judicial proceeding, or to prevent the escape from custody of any person who is being transported from any such place of confinement, trial or judicial proceeding to any other such place, except that deadly force may not be used to prevent the escape of one who the officer knows or should know is confined on a charge or conviction of any class of misdemeanor.**

- Iowa Code § 704:12; Use of force in making an arrest:

  A peace officer making an arrest or securing an arrested person may use such force as is permitted by sections 804.8, 804.10, 804.13 and 804.15

– Iowa Code § 804.10; Use of force in arrest by private person:

A private person who makes or assists another private person in making a lawful arrest is justified in using any force which the person reasonably believes to be necessary to make the arrest or to prevent serious injury to any person.

A private person who is summoned or directed by a peace officer to assist in making an arrest may use whatever force the peace officer could use under the circumstances, provided that, if the arrest is unlawful, the private person assisting the officer shall be justified as if the arrest were a lawful arrest, unless the person knows that the arrest is unlawful.

– Iowa Code § 804.8; (Included in SOP 10-6)

Defendants' Appendix 927

– Iowa Code § 804.13; Use of force in preventing an escape:

A peace officer or other person who has an arrested person in custody is justified in the use of such force to prevent the escape of the arrested person from custody as the officer or other person would be justified in using if the officer were arresting such person

– Iowa Code § 804.15; Breaking and entering premises – demand to enter:

If an officer has reasonable cause to believe that a person whom the officer is authorized to arrest is present on any private premises, the officer may upon identifying the officer as such, demand that the officer be admitted to such premises for the purpose of making the arrest. If such demand is not promptly complied with, the officer may thereupon enter such premises to make the arrest, using such force as is reasonably necessary

– Iowa Code § 804.12: A person is not authorized to use force to resist an arrest, either of the person's self, or another which the person knows is being made either by a peace officer or by a private person summoned and directed by a peace officer to make the arrest, even if the person believes that the arrest is unlawful or the arrest is in fact unlawful.

– Violation of Section 804.12 is not a crime.  The charge for resisting arrest is made under Iowa Code § 719.1

– The City charge is 70-67 which encompasses all City officials in performance of their official duties

# COMMON LAW

- Negligence principles are applicable

  – Assault and Battery
  – Similar to the criminal charge except damages must be proven to recover.

Defendants' Appendix 932

# CONSTITUTIONAL LIMITATIONS

- Eighth Amendment

    – Prohibits "cruel and unusual punishments"
    – Deliberate indifference standard:  intentional action meant to punish
    – Applies to convicted prisoners

Defendants' Appendix 933

- Due Process (5th and 14th Amendments)

  – Prohibits actions that "shock the conscience"

Defendants' Appendix 934

- Factors the Court will consider:

  – Need for application of the force
  – Relationship between the need and the amount of force used
  – Extent of injury caused
  – Whether the force applied was in a good faith effort or maliciously and sadistically for the very purpose of causing harm

- Applies to pre-trial detainees

- The Fourth Amendment

  – Prohibits "unreasonable searches and seizures"

  – Applies to all seizures of persons –arrests, investigative stops

Defendants' Appendix 936

– "Seizure" defined:  "a governmental termination of freedom of movement through means intentionally applied"

- Intentional acquisition of control

- Through means intentionally applied

Defendants' Appendix 937

# APPLYING THE "OBJECTIVE REASONABLENESS" STANDARD

"….Whether the officers' actions are 'objectively reasonable' in light of the facts and circumstances confronting them ..judged from the perspective of a reasonable officer on the scene, rather than with the 20/20 vision of hindsight…"

Defendants' Appendix 938

- Goal of the Inquiry:  "…whether the officers' actions are 'objectively reasonable'…"

  – No "precise definition or mechanical application."

– "Reasonable" v. "Right" – "The Fourth Amendment is not violated by an arrest based on probable cause, even though the wrong person is arrested…nor by the mistaken execution of a valid search warrant on the wrong premises…with respect to a claim of excessive force, the same standard of reasonableness at the moment applies…"

– "Reasonableness" does not require officers to
   select the "least intrusive" alternative, only a
   "reasonable" one.

- Scope of the Inquiry: "…the facts and circumstances confronting them…at the moment"

Defendants' Appendix 942

– Relevant Factors:

- Severity of the crime;

- Immediate threats to officers/others;

- Whether the suspect is actively resisting or attempting to evade arrest by flight

Defendants' Appendix 943

– Irrelevant Factors:

- Fact later discovered

- Violations of Departmental policy.  Note, however, that Departmental policy may be relevant in a suit against the agency alleging the policy caused the constitutional violation.   Also, this is not relevant for a constitutional violation but may be relevant in a negligence claim.

Defendants' Appendix 944

– "Dubious" police Procedures.  No legal duty to refrain from "creating unreasonably dangerous circumstances in which to effect a legal arrest…It is the arrest itself and not the scheme that must be scrutinized for reasonableness under the Fourth Amendment."

– Subjective factors, such as an officer's intent or motivation

Defendants' Appendix 945

- Perspective of the Inquiry.  "The perspective of a reasonable officer…"

  – Unique knowledge and experience

Defendants' Appendix 946

– Inherent risks of the job – Law enforcement training and experience emphasize the potential dangers.  40% of deaths occurred while making arrests; 17% investigating disturbances; 12.5% during traffic stops/pursuits

– Threat Assessment.  Realistic assessment of the need to use deadly force requires knowledge of the following:

– Limited time to formulate a response to a potential threat (action v. reaction); and

– Limited means to cause a timely halt to threatening action. (Capacity of the human body to continue deliberate acts after sustaining grievous [even lethal] wounds.)

– Context of the decision: "…officers are often forced to make split-second judgments— circumstances that are tense, uncertain, and rapidly-evolving.."

# POSSIBLE CONSEQUENCES OF USING EXCESSIVE FORCE

- Disciplinary action

- Civil liability

- Criminal liability

Defendants' Appendix 949

- **Firearms Review Committee**

Defendants' Appendix 950

– **The purpose of the Firearms Review Committee is to examine all facts concerning shooting incidents and to determine if they are in conformance with Departmental policy.**

Defendants' Appendix 951

– A "Case Investigation Report" of each incident will be forwarded to the office of the Chief of Police at the end of the officer's shift or at 0800 hours the next day, whichever occurs first.

Defendants' Appendix 952

– **A completed "Arrest Incident Report",
completed "Case Investigation Report"
and all pertinent reports and accounts of
the incident will be forwarded to the Office
of Professional Standards commander
within five (5) days of the incident or as
soon as all reports are available, whichever
occurs first.**

– **(Deadly force incidents do not require an
Arrest Incident Report)**

– **The Firearms Review Committee will be composed of:**

  • **Police Legal Advisor, as Chairperson,**

  • **Bureau Commanders**

– **The Firearms Review Committee will meet and review all shooting incidents involving the use of force by department personnel, except shooting incidents involving the destruction of animals.**

– **Shooting incidents involving the destruction of animals will be reviewed by the bureau commander.  The Firearms Review Committee will be required to review such shooting incidents upon the request of the bureau commander.**

– **The Committee's findings shall be drafted by the Police Legal Advisor and submitted to the Chief of Police.**

&ndash; **All meetings convened shall be recorded, and such recording filed in the Office of Professional Standards.**

Defendants' Appendix 958

- **Negligent/Accidental Discharge of Firearms:**

  – **When an officer, on or off duty, negligently/accidentally discharges a firearm, a "Case Investigation Report" and "Arrest Incident Report" shall be completed.**
  – **A negligent/accidental discharge of a firearm will be investigated in the same manner as an intentional discharge.**

Defendants' Appendix 959

# Patrol Services SOP    10-7
# Officer Involved Shootings

A.  Responsibilities

1. Officer involved shootings require a well orchestrated, collaborative effort between the Patrol Services Bureau and the Detective Bureau personnel.  The initial identification of a Incident Commander, normally the Watch Commander, must be quickly established.

2. The Incident Commander shall assign a police officer to segregate and remain with the officer involved in the shooting.  In cases where multiple officers are involved, a support officer shall be assigned to each individual.

Defendants' Appendix 960

3.  The support officer will be charged with transporting the officer to the police station without delay or detour, making notifications as appropriate, and providing for the needs of the officer until relieved by Detective Bureau personnel.

4.  In the case of an officer involved shooting, the weapon used becomes a key evidentiary component. In order to maintain the integrity of the investigation, the weapon shall be relinquished to the Identification Unit personnel as soon as possible, and a replacement issued by the Personnel and Training Section at the earliest convenience.

5. The replacement weapon shall be of similar make and model of the officer's sidearm, and arrangements will be made with the Personnel and Training Section for the officer to shoot the approved qualification course.

# USE OF FORCE AND DEADLY FORCE

INSTRUCTOR:  Douglas P. Philiph

Defendants' Appendix 963

# **INTRODUCTION**

- Definition of Force:

  – Dictionary:  Power that is in motion or in action; constraining power, compulsion; strength directed to an end

Defendants' Appendix 964

- **Definition of Deadly Force**

  – **Dictionary:  Force which will or may potentially cause death or serious injury.**

- **Iowa Code § 704.2:  The term "deadly force" means any of the following:**

  – **Force used for the purpose of causing serious injury**
  – **Force which the actor knows or reasonably should know will create a strong probability that serious injury will result**

– **The discharge of a firearm in the direction of some person with the knowledge of the person's presence there, even though no intent to inflict serious physical injury can be shown.**

– **The discharge of a firearm at a vehicle in which a person is known to be.**

– Generally a progression should be used but can go directly to more force if circumstances warrant.  (See progression chart.)

Defendants' Appendix 968

# LIMITATIONS ON USE OF FORCE

- Police Standard Operating Procedures 10-6 Use of Force:

Defendants' Appendix 969

– Iowa Code § 704:1:  The term "reasonable force" is that force and no more which a reasonable person, in like circumstances, would judge to be necessary to prevent an injury or loss.

- Can include deadly force:

  - If it is reasonable to believe that such force is necessary to avoid injury or risk to one's life or safety or the life or safety of another, or

  - It is reasonable to believe that such force is necessary to resist a like force or threat

- Reasonable force, including deadly force, may be used even if an alternative course of action is available if the alternative entails

    – Risk to life or safety, or the life or safety of a third party, or

    – Requires one to abandon or retreat from one's dwelling or place of business or employment

- Iowa Code § 804.8; Use of force by peace officer making an arrest:  A peace officer, while making a lawful arrest, is justified in the use of any force which the peace officer reasonably believes to be necessary to effect the arrest or to defend any person from bodily harm while making the arrest. However, the use of deadly force is only justified when the person cannot be captured in any other way and either the person has used or threatened to use deadly force in committing a felony or the peace officer reasonably believes the person would use deadly force against any person unless immediately apprehended

- A peace officer making an arrest pursuant to an invalid warrant is justified in the use of any force which the peace officer would be justified in using if the warrant were valid, unless the peace officer knows that the warrant is invalid

- **POLICE RULES AND REGULATIONS CHAPTER 1**

  **b.  USE OF FORCE:**

- Employees shall only use that force which is necessary to make an arrest or maintain custody of an individual arrested.

- When force is used against an individual, except in incidents of deadly force, an Arrest Incident Report shall be completed by the employee and reviewed by the chain of command.

- The bureau commander shall forward the report to the Inspectional Services Bureau commander, where it will be maintained as a confidential record for a period of five years.

- **POLICE RULES AND REGULATIONS CHAPTER 6**

**m.  USE OF DEADLY FORCE:**

**2.  The decision to use deadly force shall rest solely with the employee's individual judgment.**

**(The individual judgment must be reasonable in light of the circumstances and is limited by the following as well as state, common law and constitutional principles.)**

Defendants' Appendix 976

# POLICE RULES AND REGULATIONS CHAPTER 6

## n.  Discharge of Firearms – Not Permitted.

1.  For the purpose of warning.

2.   At moving vehicles except in self-defense, the defense of another Police Officer, or a third party.

3.  In cases where a warrant is on file, the identify  is known to the employee and such escape would not be an immediate danger to innocent persons or the employee.

# POLICE RULES AND REGULATIONS CHAPTER 6

## o. Discharge of Firearms – Permitted:

1. At an approved range.

2. To destroy animals seriously injured or dangerous, when other disposition is impractical.

3. When legally ordered or authorized by a Commanding Officer.

4. When the employee reasonably believes that such force is necessary to protect himself or another person from the use or threat of use of deadly force.

5.  When the employee reasonably believes that such force is necessary to effect the arrest of a person who, in the employee's mind, is known to have committed a felony if:

- **The person has used or threatened to use deadly force, and;**

- **The employee has made a reasonable attempt to make known his official identity and intent to arrest, and;**

- **All other methods of apprehension have been exhausted, and;**
- **The employee reasonably believes that such discharge of firearms can be done without substantial risk or injury to innocent persons.**

Defendants' Appendix 980

- Iowa Code:  Justifiable Use of Force:

  – Iowa Code § 704.3; Defense of self or another:
    A person is justified in the use of reasonable
    force when the person reasonably believes that
    such force is necessary to defend oneself or
    another from any imminent use of unlawful
    force.

- Iowa Code § 704.4; Defense of property:  A person is justified in the use of reasonable force to prevent or terminate criminal interference with the person's possession or other right in property.  Spring guns or traps to protect property are specifically not authorized by this section.

# AIDING ANOTHER IN THE DEFENSE OF PROPERTY

- Iowa Code § 704.5; a person is justified in the use of reasonable force to aid another in the lawful defense of the other persons rights in property or in any public property.

# WHEN DEFENSE IS NOT AVAILABLE

- Iowa Code § 704.6; The defense of justification is not available to the following
  - One who is participating in a forcible felony, or riot, or a duel
  - The one who initially provokes the use of force against ones self, with the intent to use such force as an excuse to inflict injury on the assailant

– Iowa Code § 704.6 (Continued)

- One who initially provokes the use of force against ones self by ones unlawful acts, unless:

- Such force is grossly disproportionate to the provocation, and is so great that the person reasonably believes that the person is in imminent danger of death or serious injury or

- The person withdraws from physical contact with the other and indicates clearly to the other that the person desires to terminate the conflict but the other continues or resumes the use of force.

- Iowa Code § 704.7; Resisting forcibly felony:  A person who knows that a forcible felony is being perpetrated is justified in using, against the perpetrator, reasonable force to prevent the completion of that felony.

# Iowa Code 704.8 <u>Escape from place of confinement</u>

**A peace officer is justified in using reasonable force, including deadly force, which is necessary to prevent the escape of any person from any jail, penal institution, correctional facility, or similar place of confinement, or place of trial or other judicial proceeding, or to prevent the escape from custody of any person who is being transported from any such place of confinement, trial or judicial proceeding to any other such place, except that deadly force may not be used to prevent the escape of one who the officer knows or should know is confined on a charge or conviction of any class of misdemeanor.**

- Iowa Code § 704:12; Use of force in making an arrest:  A peace officer making an arrest or securing an arrested person may use such force as is permitted by sections 804.8, 804.10, 804.13 and 804.15

– Iowa Code § 804.10; Use of force in arrest by private person:  A private person who makes a lawful arrest is justified in using any force which the person reasonably believes to be necessary to make the arrest or to prevent serious injury to any person

– Iowa Code § 804.8; (Included in SOP 10-6)

– Iowa Code § 804.13; Use of force in preventing an escape:  A peace officer who has an arrested person in custody is justified in the use of such force to prevent the escape of the arrested person from custody as the officer would be justified in using if the officer were arresting such person

– Iowa Code § 804.15; Breaking and entering premises – demand to enter:  If an officer has reasonable cause to believe that a person whom the officer is authorized to arrest is present on any private premises, the officer may upon identifying the officer as such, demand that the officer be admitted to such premises for the purpose of making the arrest.  If such demand is not promptly complied with, the officer may thereupon enter such premises to make the arrest, using such force as is reasonably necessary

– Iowa Code § 804.12: A person is not authorized to use force to resist an arrest, either of the person's self, or another which the person knows is being made either by a private person summoned and directed by a peace officer to make the arrest, even if the person believes that the arrest is unlawful or the arrest is in fact unlawful

– Violation of Section 804.12 is not a crime.  The charge for resisting arrest is made under Iowa Code § 719.1

– The City charge is 70-67 which encompasses all City officials in performance of their official duties

# COMMON LAW

- Negligence principles are applicable

    – Assault and Battery
    – Similar to the criminal charge except damages must be proven to recover.

# CONSTITUTIONAL LIMITATIONS

- Eighth Amendment

  – Prohibits "cruel and unusual punishments"
  – Deliberate indifference standard:  intentional action meant to punish
  – Applies to convicted prisoners

- Due Process (5th and 14th Amendments)

  – Prohibits actions that "shock the conscience"

- Factors the Court will consider:

  – Need for application of the force
  – Relationship between the need and the amount of force used
  – Extent of injury caused
  – Whether the force applied was in a good faith effort or maliciously and sadistically for the very purpose of causing harm

- Applies to pre-trial detainees

- The Fourth Amendment

  – Prohibits "unreasonable searches and seizures"

  – Applies to all seizures of persons –arrests, investigative stops

– "Seizure" defined:  "a governmental termination of freedom of movement through means intentionally applied"

- Intentional acquisition of control

- Through means intentionally applied

# APPLYING THE "OBJECTIVE REASONABLENESS" STANDARD

"….Whether the officers' actions are 'objectively reasonable' in light of the facts and circumstances confronting them ..judged from the perspective of a reasonable officer on the scene, rather than with the 20/20 vision of hindsight…"

Defendants' Appendix 1000

- Goal of the Inquiry: "…whether the officers' actions are 'objectively reasonable'…"

  – No "precise definition or mechanical application."

– "Reasonable" v. "Right" – "The Fourth Amendment is not violated by an arrest based on probable cause, even though the wrong person is arrested…nor by the mistaken execution of a valid search warrant on the wrong premises…with respect to a claim of excessive force, the same standard of reasonableness at the moment applies…"

– "Reasonableness" does not require officers to select the "least intrusive" alternative, only a "reasonable" one.

Defendants' Appendix 1003

- Scope of the Inquiry: "…the facts and circumstances confronting them…at the moment"

Defendants' Appendix 1004

– Relevant Factors:

- Severity of the crime;

- Immediate threats to officers/others;

- Whether the suspect is actively resisting or attempting to evade arrest by flight

– Irrelevant Factors:

• Fact later discovered

• Violations of Departmental policy.  Note, however, that Departmental policy may be relevant in a suit against the agency alleging the policy caused the constitutional violation.   Also, this is not relevant for a constitutional violation but may be relevant in a negligence claim.

– "Dubious" police Procedures.  No legal duty to refrain from "creating unreasonably dangerous circumstances in which to effect a legal arrest…It is the arrest itself and not the scheme that must be scrutinized for reasonableness under the Fourth Amendment."

– Subjective factors, such as an officer's intent or motivation

- Perspective of the Inquiry.  "The perspective of a reasonable officer…"

  – Unique knowledge and experience

– Inherent risks of the job – Law enforcement training and experience emphasize the potential dangers.  40% of deaths occurred while making arrests; 17% investigating disturbances; 12.5% during traffic stops/pursuits

– Threat Assessment.  Realistic assessment of the need to use deadly force requires knowledge of the following:

– Limited time to formulate a response to a potential threat (action v. reaction); and

– Limited means to cause a timely halt to threatening action. (Capacity of the human body to continue deliberate acts after sustaining grievous [even lethal] wounds.)

– Context of the decision: "…officers are often forced to make split-second judgments— circumstances that are tense, uncertain, and rapidly-evolving.."

# POSSIBLE CONSEQUENCES OF USING EXCESSIVE FORCE

- Disciplinary action

- Civil liability

- Criminal liability

Defendants' Appendix 1011

- **Firearms Review Committee**

– **The purpose of the Firearms Review Committee is to examine all facts concerning shooting incidents and to determine if they are in conformance with Departmental policy.**

– A "Case Investigation Report" of each incident will be forwarded to the office of the Chief of Police at the end of the officer's shift or at 0800 hours the next day, whichever occurs first.

– A completed "Arrest Incident Report", completed "Case Investigation Report" and all pertinent reports and accounts of the incident will be forwarded to the Office of Professional Standards commander within five (5) days of the incident or as soon as all reports are available, whichever occurs first.

– (Deadly force incidents do not require an Arrest Incident Report)

– **The Firearms Review Committee will be composed of:**

- **Police Legal Advisor, as Chairperson,**
- **Two Assistant Chiefs**

Defendants' Appendix 1016

– **The Firearms Review Committee will meet and review all shooting incidents involving the use of force by Department personnel, except shooting incidents involving the destruction of animals.**

Defendants' Appendix 1017

– **Shooting incidents involving the destruction of animals will be reviewed by the bureau commander.  The Firearms Review Committee will be required to review such shooting incidents upon the request of the bureau commander.**

Defendants' Appendix 1018

– **The Committee's findings shall be drafted
by the Police Legal Advisor and submitted to
the Chief of Police.**

– **All meetings convened shall be recorded, with a transcript of the recording to be filed in the Inspectional Services Bureau.**

- **Negligent Discharge of Firearms:**

  – **When an officer, on or off duty, negligently discharges a firearm, a "Case Investigation Report" and "Arrest Incident Report" shall be completed.**

  – **A negligent discharge of a firearm will be investigated in the same manner as an intentional discharge.**

# Patrol Services SOP   10-7
## Officer Involved Shootings

A.   Responsibilities

1. Officer involved shootings require a well orchestrated, collaborative effort between the Patrol Services Bureau and the Detective Bureau personnel.  The initial identification of a Incident Commander, normally the Watch Commander, must be quickly established.

2. The Incident Commander shall assign a police officer to segregate and remain with the officer involved in the shooting.  In cases where multiple officers are involved, a support officer shall be assigned to each individual.

Defendants' Appendix 1022

3.  The support officer will be charged with transporting the officer to the police station without delay or detour, making notifications as appropriate, and providing for the needs of the officer until relieved by Detective Bureau personnel.

4.  In the case of an officer involved shooting, the weapon used becomes a key evidentiary component. In order to maintain the integrity of the investigation, the weapon shall be relinquished to the Identification Unit personnel as soon as possible, and a replacement issued by the Personnel and Training Section at the earliest convenience.

# Oleoresin Capsicum Training (Pepper Spray)

Sgt. Joe Leo

SPO Chris Latcham

06 November 2012

Des Moines Police Department Regional Academy

Defendants' Appendix 1024

# Course Background

- **Target Group is DMPD Recruit Officers**

- **Duration of Training (4 Hours-Approx)**

- **Methods of Instruction:  Lecture, Demonstration, Exposure, and Decontamination**

# Training Goal

Upon completing this block of instruction, students will understand the deployment methods and considerations, decontamination procedures, and effects of Oleoresin Capsicum spray.

Defendants' Appendix 1026

# OBJECTIVES: After Four (4) hours of instruction, the student will;

- Understand and explain what Oleoresin Capsicum is
- Be able to explain what the effects of OC are
- Explain and demonstrate methods of carry and deployment of the OC canister
- Be able to explain and demonstrate decontamination procedures for persons exposed to OC
- Be able to articulate when OC can be used as a force option
- Be able to perform a series of law enforcement related tasks after exposure to OC

Defendants' Appendix 1027

# Testable Criteria

- What does OC stand for in LE sprays?
- What are the target areas when engaging subjects with OC?
- What are the decontamination procedures for exposure to OC?
- What is the OC percentage in Sabre Red Defense spray?
- What is the major capsacinoid content of Sabre Red Defense spray?
- Describe the proper engagement method when deploying OC spray?
- What is the SHU(Scoville Heat Unit) level for Sabre Red Defense spray?
- Is Sabre Red Defense spray Taser compatible?
- What type of carrier does Sabre Red Defense spray use?
- What is the major active component of OC defense spray?

Defendants' Appendix 1028

# Testable Criteria Answers?

- OC stands for Oleoresin Capsicum
- Target areas are the eyes, nose and mouth
- Decontamination procedures consist of facing the exposed person toward the wind and flushing the affected area with water-do not remove contacts for suspects-medical personnel only!
- Sabre Red Defense spray is 2 million SHU, 1.33 Major Capsacinoid content, and 10% OC
- Sabre Red Defense spray is Taser compatible
- Sabre Red Defense spray uses a water based carrier
- The major active component in OC is cayenne pepper

Defendants' Appendix 1029

# What is OC?

- OC stand for Oleoresin Capsicum (it is not Mace aka Tear Gas!)
- Major active component in OC is cayenne pepper
- OC is an irritant, not an inflammatory
- Will not cause death, but extreme discomfort
- It is not a silver bullet, effects are diminished on persons under the influence of alcohol or drugs
- Is a naturally occurring substance (basically a food product)
- It is not a control implement, it is a compliance force option
- As a force option, should be considered before using hard hands techniques if possible?

Defendants' Appendix 1030

# Carry and Deployment

- Should be carried on duty belt where easily accesible (not in the middle of your back)
- Strong support carry considerations
- Support side carry considerations
- Strong side hand deployment considerations
- Support side hand deployment considerations

Defendants' Appendix 1031

# Canister Issues/Nomenclature

- Test spray your canister periodically!!!!!!!!!!
- Inspect canister for damage to ensure proper functioning when needed
- If you are unsure about serviceability, see logistics and get a new can!
- Canister Nomenclature-nozzle, actuator button, canister, safety cap
- Sabre Red Defense uses a stream, nitrogen based propellant, max effective range of 12ft, depending on conditions

Defendants' Appendix 1032

# Methods of Engagement

- Criss Cross
- Side to Side
- "X" Method
- Regardless of method used, target area is still eyes, nose and mouth

Defendants' Appendix 1033

# Important OC considerations

- Engagement distance should be no less than 3 ft when possible
- Beware of "hypodermic effect"-Do not spray directly into subjects eyes when in close proximity
- Cross contamination of yourself and other officers!!!!!!!!!!!!!!!!!!!!!!
- Positional asphyxia

Defendants' Appendix 1034

# Exposure portion

- All recruits will test fire their OC canister
- Recruits will engage an assailant armed with a striking instrument until the assaultive behavior ceases. (Assailant will be another recruit who will be acting as an officer attempting to strike a suspect with their baton and was exposed to OC by a suspect
- Upon exposure of OC, recruit will engage DT bag with three strong side and three support side elbow strikes, properly handcuff a training dummy, then proceed to DMPD academy range and identify and engage a hostile target with 6 rounds.
- Recruit will then proceed to the decontamination area and perform proper decontamination procedures with the assistance of their partner

Defendants' Appendix 1035

# QUESTIONS?

- If you can see this slide to read it?  You have not been exposed to OC yet!

Defendants' Appendix 1036



# DES MOINES
# POLICE ACADEMY

Defendants' Appendix 1037

# DES MOINES POLICE DEPARTMENT

# REGIONAL POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

# BASIC TRAINING UNIT



JUDY A. BRADSHAW

CHIEF OF POLICE

# 71ST RECRUIT TRAINING CLASS

**06 August 2012 – 04 January 2013**

**22 WEEKS**

TRAINING OFFICERS:

SENIOR POLICE OFFICER CHUCK GUHL
SENIOR POLICE OFFICER CHRIS LATCHAM

# RECRUIT REFERENCE MANUAL/SYLLABUS

Defendants' Appendix 1038

SYLLABUS

DES MOINES REGIONAL POLICE ACADEMY

RECRUIT TRAINING COURSE

There are nine Divisions of training presented to recruits at the Academy.  Each Division contains a number of individual Units.  The syllabi of these nine Divisions are contained herein.

This program of instruction is intended to present recruits the fundamentals of modern law enforcement and general knowledge to make them competent and professional police officers.

The training curriculum consists of lectures, demonstrations, class discussions, classroom performance, role-playing, videos, mock trials, physical training, practical exercises, examinations, and critiques.

General Orders, Chief of Police Special Orders and Memorandums, and Standard Operating Procedures of the Patrol Services Bureau are utilized within the appropriate Units of instruction.

The Academy training consists of a total of 824 hours, 784 hours of classroom and practical exercise, and an additional 40 hours spent with an experienced field-training officer where they will observe police operations under actual street conditions.

The course of instruction is designed to fulfill the requirements of the Mandated Training Act for Peace Officers of the State of Iowa, (14 week segment).

Defendants' Appendix 1039

# DIVISION I

## Introduction to Law Enforcement

## 100 Series (47 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 100 | Administrative Procedures | 21 |
| 101 | Introduction to Criminal Justice, an Overview | 2 |
| 102 | Classroom Note Taking & Study Skills | 1 |
| 103 | Insurance Programs | 2 |
| 104 | Des Moines Police Burial Association State Associations and Credit Union | 2 |
| 105 | Organization of the Des Moines Police Department | 1 |
| 106 | Office of Professional Standards | 4 |
| 107 | Des Moines Police Department, Bargaining Unit | 1 |
| 108 | Chief and Staff | 1 |
| 109 | Peer Support Team | 1 |
| 110 | School Resource Officer Unit | 1 |
| 113 | History of DMPD | 2 |
| 115 | Metro Star Unit | 2 |
| 119 | Medical Examiner | 2 |
| 137 | Airport Operations | 1 |
| 138 | Des Moines Fire Department | 1 |
| 139 | DMPS School Board Patrol | 1 |
| 142 | Probation and Parole | 1 |

Defendants' Appendix 1040

UNIT OBJECTIVES

DIVISION I

INTRODUCTION TO LAW ENFORCEMENT

UNIT NO.

100    ADMINISTRATIVE PROCEDURES

Swearing in, indoctrination, equipment issue, and return.

101    INTRODUCTION TO CRIMINAL JUSTICE SYSTEMS AN OVERVIEW

An orientation to the Law Enforcement program and its relationship to the broad spectrum of the criminal justice and enforcement professions; the philosophic basis and historic development of law enforcement as related to local, state, federal and industrial processes; principles and underlying social organization, legal systems and control devices.

102    CLASSROOM NOTE-TAKING AND STUDY SKILLS

Recruits will develop comprehension of the proper format for outlining lecture type lessons, identify key words, ideas and facts including the major barricades to good listening and will express that acquired skill by typing notes and creating a complete notebook.

103    INSURANCE PROGRAMS

Recruits will become familiar with the city provided insurance programs and the benefits entitled.

104    DMPD POLICE ASSOCIATIONS

Recruits will understand the functions of the Des Moines Police Burial Association, the Iowa Association of Chiefs of Police, the Iowa State Police Officers Association and the Des Moines Police Officers Credit Union.

105    DMPD ORGANIZATION

Recruits will learn the organizational structure of the Des Moines Police Department.

106    OFFICE OF PROFESSIONAL STANDARDS AND DEPARTMENT RULES AND REGULATIONS

Recruits will identify their responsibilities and obligations under departmental Rules and Regulations and develop an understanding of the purpose and reasons for rules and regulations, department policies and comprehend the purpose of the Office of Professional Standards.

Defendants' Appendix 1041

UNIT NO.

107    DES MOINES POLICE DEPARTMENT, BARGAINING UNIT

Recruits will become familiar with the Department pay scales, salary increases, withholdings and court pay.  Duty hours are also covered.

108    CHIEF AND STAFF

Recruits will become familiar with the duties and functions of Departmental Divisions.

109    PEER SUPPORT TEAM

Recruits will be introduced to the Departments PST and its functions.

110    SCHOOL RESOURCE OFFICER UNIT

Recruits will learn about the role of our SRO Unit.

113    HISTORY OF LAW ENFORCEMENT

Recruits will become familiar with the history of the police profession, how it started, why, the progress achieved over the years, including the history of the Des Moines Police Department.

115    METRO STAR UNIT

Recruits will become familiar with the duties of the Metro Star Unit.

119    POLK COUNTY MEDICAL EXAMINER

Recruits will obtain an understanding of the operations and responsibilities of this office.

137    AIRPORT OPERATIONS

Recruits will be trained in the responsibilities of the Law Enforcement Officer's role at our International Airport.

138    DES MOINES FIRE DEPARTMENT

Recruits will gain an understanding of the operations of our City's Fire Department.

-4-

UNIT NO.

139     DES MOINES PUBLIC SCHOOLS, SCHOOL BOARD PATROL

Recruits will become familiar with the duties and functions of School Board Patrol.

142     PROBATION AND PAROLE

Recruits will gain understanding of the duties of Probation and Parole Officers.

Defendants' Appendix 1043

## DIVISION II
### Community Awareness
200 Series (103 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 201 | Crime Prevention/Community Relations | 2 |
| 202 | Ethics, Professionalism | 1 |
| 203 | Police Discretion | 1 |
| 204 | Cultural Competency | 24 |
| 206 | Des Moines Human Rights Commission | 1 |
| 207 | Community Policing | 2 |
| 209 | Self Understanding & Handling Stress | 8 |
| 214 | News and Media Relations | 1 |
| 215 | Street Intoxication | 2 |
| 216 | National Incident Management System | 3 |
| 218 | Use of Force - Legal Liability | 3 |
| 220 | Civil Disturbance | 4 |
| 223 | Equal Employment Opportunities - Affirmative Action | 1 |
| 224 | Polk County Mediation Center | 1 |
| 225 | Polk County Victim Services/Victim Resource Officer/Death Notifications | 3 |
| 231 | Insurance Fraud | 3 |
| 232 | Iowa Civil Rights Commission | 1 |
| 233 | Crisis Intervention Training | 40 |

-6-

Defendants' Appendix 1044

DIVISION II

COMMUNITY AWARENESS

UNIT NO.

201    CRIME PREVENTION/COMMUNITY RELATIONS

Recruits will become familiar with the concept of crime prevention as a positive approach to the reduction of crime, the history, definition and operational procedures involved in crime prevention.  Crime prevention programs and their contribution to the reduction of crime will be emphasized.

202    ETHICS AND PROFESSIONALISM

Recruits will develop an understanding of how all phases of personal conduct on and off duty affect the public attitude toward police officers.

203    POLICE DISCRETION

Recruits will gain an understanding of the need for discretion in the law enforcement function, comprehend a working knowledge of the policy approaches the Department can adopt dealing with the use of discretion.

204    CULTURAL COMPETENCY

Recruits will become familiar with the functions of the minority organizations; gain an understanding of some of the problems between the minority communities and the police, and how the police officer can help solve those problems through cooperation and understanding. There will be an emphasis on the Hispanic Language.

206    DES MOINES HUMAN RIGHTS COMMISSION

Recruits will become familiar with the purpose and scope of the City and State Human Rights Commissions, the problems they encounter and how they can recognize those problems, and contribute to their solution.

209    SELF UNDERSTANDING AND HANDLING STRESS

Recruits will develop a general understanding of why people act and react the way they do, better understand themselves and help establish better self-control.

214    NEWS AND MEDIA RELATIONS

Recruits will develop an understanding of the problems faced by the police and the news media and how the officer can help to resolve those problems through cooperation.

215    STREET INTOXICATION

Recruits will identify methods of handling intoxicated persons; develop an understanding of the various medical and moral aspects of alcoholism and its treatment.

Defendants' Appendix 1045

UNIT NO.

216    NATIONAL INCIDENT MANAGEMENT SYSTEM.

Recruits will be trained in command control for public emergencies including the incident command system supported by the Federal Government

218    USE OF FORCE LEGAL & CIVIL LIABILITY

Recruits will identify the criminal and civil responsibilities and liabilities of a police officer in the performance of duty, especially as related to the use of force.

220    CIVIL DISTURBANCE

Recruits will become familiar with different crowd and group dynamics.  Recruits will also become familiar with different methods to perform crowd and control and respond to civil disturbance situations.

223    EQUAL EMPLOYMENT OPPORTUNITY / AFFIRMATIVE ACTION

Recruits will become familiar with the Civil Rights Act of 1964 as amended in 1972, Title VII Prohibitions Employment and Executive Order 11246, 1965 (amended 1967) creating the Affirmative Action Program.

224    POLK COUNTY MEDIATION CENTER

Recruits will become familiar with the operation and goals of the Mediation Center, how the center can be of assistance to them in handling domestic related crime.

225    POLK COUNTY VICTIM SERVICES/VICTIM RESOURCE OFFICER/DEATH NOTIFICATIONS

A representative from these various associations will present an informational block of instruction on the services they provide.

231    INSURANCE FRAUD

A representative from this association will present an informational block of instruction on the services they provide.

232    IOWA CIVIL RIGHTS COMMISSION

Recruits will become familiar with the functions of the ICRC

233    CRISIS INTERVENTION TRAINING

Recruits will develop an understanding and learn techniques for working with persons with special needs.  The physiology of persons suffering from drug addiction.  Understanding human relations and familiarization with criminology and corrections.

Defendants' Appendix 1046

DIVISION III

Basic Academic Skills

300 Series (25 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 301 | Practical Report Writing | 19 |
| 302 | Spelling (To run concurrent with Physical Training) | 4 |
| 303 | Report Writing Guide | 1 |
| 304 | Public Speaking | 1 |

Defendants' Appendix 1047

DIVISION III

BASIC ACADEMIC SKILLS

UNIT NO.

301     PRACTICAL REPORT WRITING

Recruits will be introduced to our departmental reports and the proper way of completing them. They will demonstrate their knowledge through various scenarios and completing the appropriate report.

302     SPELLING

Recruits will have a weekly spelling test on words provided to them by the Academy staff.

303     REPORT WRITING GUIDE

Recruits will be issued and instructed on the use of the Des Moines Police Field Reporting Guide.

304     PUBLIC SPEAKING

Recruits will develop and understand the proper method of speaking before an audience and demonstrate that understanding with oral presentations.

Defendants' Appendix 1048

## DIVISION IV

### Physical Skills

400 Series (281 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|:---:|:---|:---:|
| 401 | Physical Training | 85 |
| 402 | Firearms Training | 105 |
| 403 | Defensive Tactics | 27 |
| 404 | Precision / Defensive Driving / P.I.T. | 35 |
| 406 | Weapon Retention | 7 |
| 408 | Risk Assessment and Officer Survival | 2 |
| 409 | Taser Training | 7 |
| 410 | Use of Force Application Training | 13 |

.

-11-

Defendants' Appendix 1049

DIVISION IV
BASIC PHYSICAL SKILLS

UNIT NO.

401    PHYSICAL TRAINING

Recruits will participate in a physical training program designed to enhance their ten components of physical fitness and durability.

402    FIREARMS TRAINING

Recruits will receive training in the use and safe handling of firearms, along with basic weapon nomenclature. They will attain a high level of marksmanship ability, both with their duty pistol and the department shotgun. Recruits will become familiar with gun laws and the legal and moral issues associated with the use of a firearm.   Recruits will demonstrate proficiency with their weapon (both pistol and shotgun) by qualifying with a minimum score of 80% on the ILEA pistol and shotgun courses of fire. They will become familiar with active shooter training.

403    DEFENSIVE TACTICS

Recruits will receive training in defensive tactics, which will include empty hand techniques. Each recruit will be required to demonstrate proficiency in these techniques.

404    PRECISION / DEFENSIVE DRIVING & PURSUIT INTERVENTION TECHNIQUE

Recruits will develop the proper skill to be a defensive driver, become adept at precision maneuvering a motor vehicle, and demonstrate the proper driving methods by completing several driving courses, to include pursuit and evasive driving.  Recruits will be instructed in P.I.T. and will demonstrate their skills in a practical exercise.

406    WEAPON RETENTION

Recruits will become familiar with defensive tactics and moves to overcome an attacker attempting to remove the officer's duty weapon and physically demonstrate the ability to retain their weapon.

408    RISK ASSESSMENT AND OFFICERS SURVIVAL

Recruits will become familiar with the risks involved in the Law Enforcement Profession, with the emphasis on developing tactical skills and evaluation.

409    TASER TRAINING

Recruits will become certified in the operation of the Taser.

-12-

<u>UNIT NO.</u>

410     USE OF FORCE APPLICATION TRAINING

Recruits will perform in different scenario based training to apply the concepts and tactics that have been instructed in their various defensive tactics, baton, spray and weapon retention blocks of instruction.

-13-

Defendants' Appendix 1051

DIVISION V

Criminal and Constitutional Law

500 Series (60 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 501 | Procedural Due Process | 2 |
| 504 | Criminal Law- 4th Amendment | 6 |
| 504 | Criminal Law-5th and 6th Amendment | 7 |
| 504 | Iowa Criminal Code<br>-Simple Misdemeanors<br>-Other Misdemeanors<br>-Felonies<br>-Domestic Abuse<br>-Homicides | 17 |
| 504 | Rules of Evidence/Testifying in Court | 3 |
| 504 | Laws of Arrest | 3 |
| 506 | Interviews, Interrogation & Confessions | 4 |
| 508 | Criminal Law Review and Perjury | 3 |
| 509 | Courtroom Testimony (Moot Court) | 7 |
| 510 | Municipal Code Enforcement | 2 |
| 511 | Forfeitures | 1 |
| 513 | Court Organization | 3 |
| 514 | Tort Liability | 2 |

-14-

Defendants' Appendix 1052

DIVISION V

CRIMINAL LAW AND PROCEDURES

UNIT NO.

501     PROCEDURAL DUE PROCESS

Recruits will become familiar with those portions of the United States Constitution dealing with the rights of the accused and limitations of police powers.  Pertinent portions of Iowa Constitution are also discussed along with Federal and State Court decisions and legislation that deals with due process and civil rights.

504     Criminal Law

Recruits will be given the background and elements of misdemeanor and felony criminal violations and the applicable constitutional issues involving the fourth, fifth and sixth amendments.  In addition, recruits will be instructed in preparation for and testifying in court proceedings and laws relating to their testimony.

506     INTERVIEWS & INTERROGATIONS

Recruits will become familiar with the framework in which these methods and functions may be legally used for Courts of Law.

508     CASE PREPARATION FOR THE COURTROOM

Recruits will develop an understanding of what evidence is needed and how to present a case that has been investigated before a Court of Law.

509     MOOT COURT

Recruits will demonstrate and practice courtroom procedures and demeanor in a Moot Court setting.

510     MUNICIPAL CODE ENFORCEMENT

Recruits will develop comprehension of the Municipal Code, police duties in enforcing those laws and combine that understanding with those of human relations in enforcing these laws.

Defendants' Appendix 1053

<u>UNIT NO.</u>

511     FORFEITURES

The Recruit will be advised of the forfeiture procedures, laws, and benefits to law enforcement.

513     COURT ORGANIZATION

Recruits will gain a working knowledge of the Iowa Court System, including initial appearances, preliminary hearings, Grand Jury procedures, County Attorney information, arraignment, pleas, pre-trial motions, jury selection and order of trial.

514     TORT LIABILITY

Recruits will become familiar with civil law suit issues.

Defendants' Appendix 1054

DIVISION VI

<u>Traffic Procedures</u>

600 Series (40hours)

| <u>UNIT NO.</u> | <u>UNIT TITLE</u> | HOURS OF<br><u>INSTRUCTION</u> |
|---|---|---|
| 601 | Iowa Traffic Laws | 3 |
| 602 | Traffic Law Enforcement | 4 |
| 603 | Accident Investigation/TRACS Training | 25 |
| 604 | Traffic Direction | 4 |
| 605 | Radar Operation | 2 |
| 606 | In-Car Camera Operation | 2 |

Defendants' Appendix 1055

DIVISION VI

TRAFFIC PROCEDURES

<u>UNIT NO.</u>

601    IOWA TRAFFIC LAWS

Recruits will develop an understanding of state and city of Des Moines traffic codes and enforcement of those laws.

602    TRAFFIC LAW ENFORCEMENT

Recruits will become proficient with the various types of traffic summons issued along with the demeanor and discretion to be used.

603    ACCIDENT INVESTIGATION AND HIT AND RUN

Recruits will develop an understanding of accident and hit and run investigations. They will learn how to protect the scene and gather evidence. Recruits will also become familiar with the operation of Stop Sticks.

604    TRAFFIC DIRECTION

Recruits will become familiar with the signals and gestures used to maintain a smooth flow of traffic under all conditions.

605    RADAR OPERATION

Recruits will be presented a general overview of radar operation and its importance to traffic enforcement.

606    IN-CAR CAMERA

Recruits will become familiar with the camera's operation, functions, and capabilities for officers in all situations.

-18-

Defendants' Appendix 1056

# DIVISION VII

## Criminal Investigation

### 700 Series (68 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 700 | Principles of Investigation | 2 |
| 703 | Death Investigation | 1 |
| 704 | Juvenile Law | 4 |
| 705 | Forensic Investigations & Crime Scene, Searching, and Recording | 8 |
| 706 | Arson | 2 |
| 707 | Fingerprints | 2 |
| 708 | Auto Theft | 2 |
| 710 | Use of Informants | 1 |
| 711 | Polygraph Procedures | 1 |
| 712 | Forgeries-Frauds | 2 |
| 713 | Investigative Note-Taking | 2 |
| 714 | Explosive and Incendiary Devices | 6 |
| 715 | Narcotics Law and Investigation | 7 |
| 716 | Vice Control | 3 |
| 717 | Hate Crimes | 2 |
| 719 | Witness Perception & Interviewing | 1 |
| 723 | Sex Crimes | 4 |
| 724 | DMPD Crimes Against Property Section | 1 |
| 725 | DMPD Crimes Against Persons Section | 1 |
| 726 | DMPD Traffic Unit | 1 |
| 727 | DMPD Animal Control Unit | 1 |
| 728 | Animal Fighting | 2 |
| 729 | Child Abuse-Recognizing and Reporting | 3 |
| 731 | Gangs | 2 |
| 732 | DMPD Domestic Abuse Response Team | 3 |
| 733 | DMPD Mounted Patrol | 1 |
| 734 | DMPD K-9 Unit | 1 |
| 735 | DMPD H.O.N.R.A. Unit | 1 |
| 736 | Homeland Security Bureau | 1 |

Defendants' Appendix 1057

## DIVISION VII

## INVESTIGATION PROCEDURES

UNIT NO.

700    PRINCIPLES OF INVESTIGATION

Recruits will identify the proper principles of investigating.

703    DEATH INVESTIGATIONS

Recruits will become familiar with death investigations, including emphasis on the value of physical evidence in establishing cause of death.

704    JUVENILE LAW

Recruits will develop an understanding of youth and law enforcement procedures and the importance of the proper handling of juvenile offenders.

705    FORENSIC INVESTIGATIONS & CRIME SCENE, SEARCHING, AND RECORDING

Recruits will develop a broad understanding of the various identification procedures and their use in solving crimes.

706    ARSON INVESTIGATIONS

Recruits will understand the importance in determining the point of origin and cause of fires, the importance of cooperation between police and fire officials.

707    FINGERPRINTS

Recruits will be presented with a general view of fingerprint evidence, how it is preserved, collected, and its importance in an investigation.

708    AUTO THEFT

Recruits will develop knowledge of automobile identification, how to obtain vehicle ownership information and methods used by auto thieves to destroy serial numbers.

710    USE OF INFORMANTS

Recruits will become knowledgeable in the proper use and handling of informants, and departmental policy.

711    POLYGRAPH PROCEDURES

Recruits will understand the value of the polygraph as an investigative aid.

712    FORGERIES-FRAUDS

Recruits will become familiar with the procedures used by officers in the field when encountered with bad checks and stolen credit cards.

Defendants' Appendix 1058

UNIT NO.

713    INVESTIGATIVE NOTE-TAKING

Recruits will become familiar with the importance of taking notes while conducting an investigation.

714    EXPLOSIVE AND INCENDIARY DEVICES

Recruits will develop an understanding of how to search for and recognize explosive and incendiary devices.

715    NARCOTICS LAW AND INVESTIGATION

Recruits will become familiar with narcotics law, the various types of drugs and how they affect the user.

716    VICE CONTROL

Recruits will develop an understanding of the crimes that are listed as vices and the procedures for investigating those types of cases.

717    HATE CRIMES

Recruits will become familiar with and develop an understanding of the DMPD and its working relationship with hate crimes.

719    WITNESS PERCEPTION & INTERVIEWING

Recruits will learn to compile pertinent data gathered from witnesses.

723    SEX ABUSE

Recruits will become familiar with the investigative techniques for sexual abuse investigations, the needs of the sex abuse victim, crisis intervention and recommended interviewing techniques used to obtain the necessary information in a sex abuse case.

724    DMPD CRIMES AGAINST PROPERTY & SPECIAL ASSIGNMENT SECTIONS

Recruits will become familiar with and develop an understanding of the duties of the Crimes Against Property and Special Assignment Sections.

725    CRIMES AGAINST PERSONS

Recruits will become familiar with and develop an understanding of the duties of the Crimes Against Persons Section.

726    DMPD TRAFFIC UNIT

Recruits will become familiar with and develop an understanding of the functions of the Traffic Unit.

Defendants' Appendix 1059

UNIT NO.

727    DMPD ANIMAL CONTROL UNIT

Recruits will become familiar with and develop an understanding of the functions of the Animal Control Unit and the requirements of a police officer concerning enforcement of pertinent laws.

728    ANIMAL FIGHTING

Recruits will be introduced to signs that indicate animal fighting.

729    MANDATORY REPORTING OF DEPENDENT ADULT AND CHILD ABUSE

Recruits will be instructed on the mandatory reporting laws and procedures involving adult and child abuse.

731    GANGS

Recruits will become familiar with the various street gangs and the behavioral characteristics, which are exhibited by them.

732    DMPD DOMESTIC ABUSE RESONSE TEAM

Members of D.A.R.T. will familiarize the recruits with the teams' duties and functions.  They will also instruct the recruits in the proper procedures in handling domestic abuse crimes and victims.

733    DMPD MOUNTED PATROL

Recruits will become familiar with and develop an understanding of the functions of the Mounted Patrol Unit.

734    DMPD K-9 UNIT

Recruits will become familiar with and develop an understanding of the functions of the K-9 Unit

735    DMPD H.O.N.R.A. UNIT

Recruits will become familiar with and develop an understanding of the functions of the H.O.N.R.A. Unit

736    HOMELAND SECURITY BUREAU

Recruits will gain an understanding of the functions of Homeland Security Bureau

-22-

Defendants' Appendix 1060

# DIVISION VIII

## Patrol Standard Operating Procedures

800 Series (142 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 801 | Purpose of Patrol | 1 |
| 802 | One Person Patrol | 1 |
| 803 | Observation and Perception | 1 |
| 805 | Mechanics of Arrest | 2 |
| 806 | Use of Handcuffs | 3 |
| 807 | Searching, Handling & Transporting | 1 |
| 809 | Deadly Force | 2 |
| 811 | Functions of Field Training Officer | 1 |
| 813 | Telecommunications/Iowa Systems | 7 |
| 815 | Crime Scene, Searches and Recording-Practical Exercise | 4 |
| 819 | OWI Arrest & Testing Procedures (General) | 17 |
| 821 | Chemical Mace | 4 |
| 822 | First Responder (ILEA - Emergency Care Provider) | 32 |
| 823 | Bloodborne Pathogens | 2 |
| 824 | Property Management Section | 1 |
| 826 | Comprehensive Field Projects | 32 |
| 828 | Chemical Testing - Intoxilyzer | 3 |
| 829 | Burglary Investigation | 2 |
| 830 | Use of the Baton | 21 |
| 835 | Hazardous Material Storage | 1 |
| 836 | Critical Incident Stress | 2 |
| 837 | Tactical Speech | 2 |

Defendants' Appendix 1061

DIVISION VIII

PATROL STANDARD OPERATING PROCEDURES

UNIT NO.

801     PURPOSE OF PATROL

Recruits will develop an understanding of the patrol functions duties in protection of the public, apprehension of violators and the preservation of peace.

802     ONE-PERSON PATROL

Recruits will develop an understanding of the advantages and disadvantages of one-man patrol and the procedures that must be followed to make it safe and effective.

803     PATROL OBSERVATION

Recruits will develop an understanding of the need for alertness and the observation skills necessary for successful patrol, the methods and objectivity to be used.

804     ARREST PROCEDURES

Recruits will develop an understanding of the steps necessary to make a legal arrest, with or without a warrant.

805     TECHNIQUES AND MECHANICS OF ARREST

Recruits will develop an understanding of the problems confronted in making an arrest and the various techniques and methods that can be used to safely effect the arrest.

806     USE OF HANDCUFFS

Recruits will successfully demonstrate the proper use of handcuffs and will express an understanding of the rules and procedures governing their use to include instruction on in custody death situations.

807     SEARCHING AND HANDLING PRISONERS

Recruits will learn the procedures for searching prisoners and the dangers to watch for.

Defendants' Appendix 1062

UNIT NO.

809    DEADLY FORCE POLICY

Recruits will be instructed on both the legal guidelines under the law and the departmental policy in the use of deadly force.

811    FUNCTIONS OF THE F.T.O.

Recruits will become familiar with the function of Field Training Officers and how recruits work with them to develop their law enforcement skills.

813    TELECOMMUNICATIONS/IOWA SYSTEM

Recruits will become familiar with the functions of the Communications Unit and proper use of radio communications equipment.

815    CRIME SCENE DUTIES & SEARCHES-PRACTICAL EXERCISE

Recruits will identify their responsibilities at the crime scene and the precautions that must be followed.

819    O.W.I. ARREST & TESTING PROCEDURES (GENERAL)

Recruits will develop an understanding of the procedures, from arrest to courtroom, which a police officer must know to successfully enforce the "O.W.I." law, and the Department's S.T.O.P. Program.

821    DEFENSIVE SPRAY (Oleoresin Capsicum)

Recruits will develop an understanding of the Departmental policies governing the use of OC defense spray, become familiar with the proper decontamination procedures to be used after the use of OC defense spray and be individually exposed to the OC spray.

822    ILEA EMERGENCY CARE PROVIDER (CRASH INJURY MANAGEMENT)

Recruits will become proficient with the use of emergency first aid and satisfactorily pass an examination to obtain State certification.

823    BLOODBORNE PATHOGENS

Recruits will be educated on bloodborne pathogens and the procedures to be followed in the case of an exposure.

Defendants' Appendix 1063

UNIT NO.

824      PROPERTY MANAGEMENT SECTION

Recruits will be able to understand the function of this Section, proper methods of handling the property, from obtaining custody to final disposition.

826      FIELD PROJECTS

Recruits will participate in a number of practical field problems.

828      O.W.I. CHEMICAL TESTING

Recruits will become proficient with various means of testing for alcoholic and drug content, of blood, breath and urine, and will be certified on the intoxilyzer.

829      BURGLARY INVESTIGATION

Recruits will become familiar with proper methods of a burglary investigation.

830      USE OF BATONS (PR24 & ASP)

Recruits will become proficient in the proper use of the both Batons.

835      HAZARDOUS MATERIAL STORAGE

Recruits will be instructed on the proper procedures for the storage of hazardous materials.

836      CRITICAL INCIDENT STRESS

Recruits will develop an understanding on techniques used to manage stress related to critical incidents

837      TACTICAL SPEECH

Recruits will become familiar with the techniques of tactical speech and their application in a field environment.

Defendants' Appendix 1064

DIVISION IX
Testing and Evaluations

900 Series (29 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 901 | Weekly Testing | 14 |
| 902 | Final Test | 5 |
| 904 | Evaluation Interviews (To run concurrent with Firearms Training) | 2 |
| 905 | Graduation | 8 |

Defendants' Appendix 1065

DIVISION IX

TESTING AND EVALUATIONS

<u>UNIT NO.</u>

901   WEEKLY TESTING AND EVALUATIONS

Recruits will undergo tests and evaluations each week to determine the recruit's academic achievement, physical testing and attitudes.

902   FINAL TESTING AND EVALUATIONS

Recruits will complete a final examination and a final evaluation to determine their over-all retention of subjects taught.

904   EVALUATION INTERVIEWS

Each recruit will participate in the evaluation process with the Basic Training Unit Staff.  Recruits will express their opinions toward their training and progress.  When possible, interviews will be concurrent with firearms training.

905   GRADUATION

Defendants' Appendix 1066

## ACADEMIC STANDARDS

Certification Criteria

      In order for a recruit to be certified as a peace officer and successfully complete the Des Moines Regional Police Academy Basic Training, the following criteria must be met:

1)     Recruits must demonstrate proficiency in all skill areas.

2)     Recruits must pass written examinations with a minimum score of 70% for:

    a)  Each of the identified divisional areas.

    b)  Each subject area that has been designated as an independent unit within the divisional area for purposes of testing.

Retesting and Remediation Policy

      Students will be required to retest under certain circumstances.

1)     In subject or divisional areas in which the required 70% was not initially acquired or proficiency in a skill area was not demonstrated.

2)     Should a recruit score below 70% in a particular topical unit area within a division they will be required to remediate that portion of the test one time for credit.

    a)  The student will be retested over that particular portion and the remediated score shall be recorded not to exceed 70% score for total test computations.

        EXAMPLE:      100 point test
                         Original Score      60
                         Remediated Score   90
                         Recorded Score     70

3)     Remediation Policy

    a)  Recruits will be monitored weekly and apprised of their remediated standing.  At the 8% point the following will occur:

        1)  At 8% of remediation a full academic review will be conducted by the Academy staff.

        2)  The recruit will attend an academic counseling with Academy staff and be apprised of the critical nature of their performance.

-29-

Defendants' Appendix 1067

Page 2

<u>Dismissal</u>

Any of the following are grounds for recommending dismissal from The Des Moines Regional Police Academy basic training and the Des Moines Police Department:

1) Failure to attain 70% minimum score on each of any two remediation tests in <u>subject</u> <u>areas</u> <u>designated</u> <u>as</u> <u>independent</u> <u>topic</u> <u>units</u>.

2) Failure to attain 70% minimum score in any two <u>divisional</u> <u>areas</u> after remediation testing.

3) Failure to attain 70% minimum score in a <u>divisional</u> <u>area</u> <u>and</u> <u>an</u> <u>independent</u> <u>unit</u> after remediation testing.

4) At the 10% point of remediation the recruit will have failed to meet the criteria set by the Iowa Law Enforcement Academy Council for certification and recommendation to the Chief of Police will be made to terminate employment.

-30-



# DES MOINES
# POLICE ACADEMY

# DES MOINES POLICE DEPARTMENT

# REGIONAL POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

## BASIC TRAINING UNIT



## JUDY A. BRADSHAW

### CHIEF OF POLICE

# 72ND RECRUIT TRAINING CLASS

**26 August 2013 – 31 January 2014**

**23 WEEKS**

TRAINING OFFICERS:

SENIOR POLICE OFFICER CHRIS LATCHAM
SENIOR POLICE OFFICER TRUDY SIMONSON

# RECRUIT REFERENCE MANUAL/SYLLABUS

Defendants' Appendix 1070

SYLLABUS

DES MOINES REGIONAL POLICE ACADEMY

RECRUIT TRAINING COURSE

There are nine Divisions of training presented to recruits at the Academy.  Each Division contains a number of individual Units.  The syllabi of these nine Divisions are contained herein.

This program of instruction is intended to present recruits the fundamentals of modern law enforcement and general knowledge to make them competent and professional police officers.

The training curriculum consists of lectures, demonstrations, class discussions, classroom performance, role-playing, videos, mock trials, physical training, practical exercises, examinations, and critiques.

General Orders, Chief of Police Special Orders and Memorandums, and Standard Operating Procedures of the Patrol Services Bureau are utilized within the appropriate Units of instruction.

The Academy training consists of a total of 864 hours, 824 hours of classroom and practical exercise, and an additional 40 hours spent with an experienced field-training officer where they will observe police operations under actual street conditions.

The course of instruction is designed to fulfill the requirements of the Mandated Training Act for Peace Officers of the State of Iowa, (14 week segment).

Defendants' Appendix 1071

DIVISION I

Introduction to Law Enforcement

100 Series (55 hours)

| <u>UNIT NO.</u> | <u>UNIT TITLE</u> | HOURS OF<br><u>INSTRUCTION</u> |
|---|---|---|
| 100 | Administrative Procedures | 29 |
| 100A | Functional Areas of DMPD | 6 |
| 101 | Introduction to Criminal Justice, an Overview | 2 |
| 102 | Note Taking & Study Skills | 1 |
| 103 | City of Des Moines Insurance Plans | 2 |
| 104 | DMPD Burial Association/ State PO Association | 1 |
| 105 | Organization of the Des Moines Police Department | 1 |
| 106 | Office of Professional Standards/DMPD Rules and Regulations | 4 |
| 107 | Des Moines Police Department, Bargaining Unit | 1 |
| 108 | Departmental Goals and Objectives – Chief and Staff | 1 |
| 109 | Peer Support Team | 1 |
| 113 | History of Law Enforcement | 2 |
| 115 | Metro Star Unit | 2 |
| 119 | Polk County Medical Examiner | 2 |

Defendants' Appendix 1072

UNIT OBJECTIVES

DIVISION I

INTRODUCTION TO LAW ENFORCEMENT

UNIT NO.

100    ADMINISTRATIVE PROCEDURES

Swearing in, indoctrination, equipment issue, and return.

100A    FUNCTIONAL AREAS OF DMPD

Recruits will be introduced to multiple department units and community agencies the department works with.

101    INTRODUCTION TO CRIMINAL JUSTICE SYSTEMS AN OVERVIEW

An orientation to the Law Enforcement program and its relationship to the broad spectrum of the criminal justice and enforcement professions; the philosophic basis and historic development of law enforcement as related to local, state, federal and industrial processes; principles and underlying social organization, legal systems and control devices.

102    NOTE-TAKING AND STUDY SKILLS

Recruits will develop comprehension of the proper format for outlining lecture type lessons, identify key words, ideas and facts including the major barricades to good listening and will express that acquired skill by typing notes and creating a complete notebook.

103    CITY OF DES MOINES INSURANCE PLANS

Recruits will become familiar with the city provided insurance programs and the benefits entitled.

104    DMPD BURIAL ASSOCIATION/STATE PO ASSOCIATION

Recruits will understand the functions of the Des Moines Police Burial Association, the Iowa Association of Chiefs of Police, the Iowa State Police Officers Association.

105    DMPD ORGANIZATION

Recruits will learn the organizational structure of the Des Moines Police Department.

Defendants' Appendix 1073

UNIT NO.

106    OFFICE OF PROFESSIONAL STANDARDS/DMPD RULES AND
REGULATIONS

Recruits will identify their responsibilities and obligations under departmental
Rules and Regulations and develop an understanding of the purpose and
reasons for rules and regulations, department policies and comprehend the
purpose of the Office of Professional Standards.

107    DES MOINES POLICE DEPARTMENT, BARGAINING UNIT

Recruits will become familiar with the Department pay scales, salary increases,
withholdings and court pay.  Duty hours are also covered.

108    DEPARTMENTAL GOALS AND OBJECTIVES – CHIEF AND STAFF

Recruits will become familiar with the duties and functions of Departmental
Divisions.

109    PEER SUPPORT TEAM

Recruits will be introduced to the Departments PST and its functions.

113    HISTORY OF LAW ENFORCEMENT

Recruits will become familiar with the history of the police profession, how it
started, why, the progress achieved over the years, including the history of the
Des Moines Police Department.

115    METRO STAR UNIT

Recruits will become familiar with the duties of the Metro Star Unit.

119    POLK COUNTY MEDICAL EXAMINER

Recruits will obtain an understanding of the operations and responsibilities of this
office.

Defendants' Appendix 1074

DIVISION II

Community Awareness

200 Series (95 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|-----------|----------------------|
| 201 | Crime Prevention/Community Relations | 2 |
| 202 | Ethics | 1 |
| 203 | Discretion | 1 |
| 204 | Cultural Competency | 22 |
| 206 | Des Moines Human Rights Commission | 1 |
| 207 | Community Policing | 2 |
| 209 | Self Awareness & Handling Stress | 8 |
| 214 | News and Media Relations | 1 |
| 215 | Street Intoxication | 2 |
| 216 | National Incident Management System | 3 |
| 218 | Use of Force - Legal Liability | 3 |
| 220 | Civil Disturbance | 4 |
| 223 | Equal Employment Opportunities/City Drug Policy | 1 |
| 224 | Polk County Mediation Center | 1 |
| 225 | Victim Resource Officer/PC Crisis and Advocacy | 2 |
| 231 | Iowa Insurance Fraud Bureau | 1 |
| 232 | Iowa Civil Rights Commission | 1 |
| 233 | Crisis Intervention Training | 39 |

Defendants' Appendix 1075

DIVISION II

COMMUNITY AWARENESS

UNIT NO.

201    CRIME PREVENTION/COMMUNITY RELATIONS

Recruits will become familiar with the concept of crime prevention as a positive approach to the reduction of crime, the history, definition and operational procedures involved in crime prevention.  Crime prevention programs and their contribution to the reduction of crime will be emphasized.

202    ETHICS

Recruits will develop an understanding of how all phases of personal conduct on and off duty affect the public attitude toward police officers.

203    DISCRETION

Recruits will gain an understanding of the need for discretion in the law enforcement function, comprehend a working knowledge of the policy approaches the Department can adopt dealing with the use of discretion.

204    CULTURAL COMPETENCY

Recruits will become familiar with the functions of the minority organizations; gain an understanding of some of the problems between the minority communities and the police, and how the police officer can help solve those problems through cooperation and understanding. There will be an emphasis on the Hispanic Language.

206    DES MOINES HUMAN RIGHTS COMMISSION

Recruits will become familiar with the purpose and scope of the City and State Human Rights Commissions, the problems they encounter and how they can recognize those problems, and contribute to their solution.

209    SELF AWARENESS AND HANDLING STRESS

Recruits will develop a general understanding of why people act and react the way they do, better understand themselves and help establish better self-control.

214    NEWS AND MEDIA RELATIONS

Recruits will develop an understanding of the problems faced by the police and the news media and how the officer can help to resolve those problems through cooperation.

215    STREET INTOXICATION

Recruits will identify methods of handling intoxicated persons; develop an understanding of the various medical and moral aspects of alcoholism and its treatment.

UNIT NO.

216    NATIONAL INCIDENT MANAGEMENT SYSTEM.

Recruits will be trained in command control for public emergencies including the incident command system supported by the Federal Government

218    USE OF FORCE LEGAL & CIVIL LIABILITY

Recruits will identify the criminal and civil responsibilities and liabilities of a police officer in the performance of duty, especially as related to the use of force.

220    CIVIL DISTURBANCE

Recruits will become familiar with different crowd and group dynamics.  Recruits will also become familiar with different methods to perform crowd and control and respond to civil disturbance situations.

223    EQUAL EMPLOYMENT OPPORTUNITY / CITY DRUG POLICY

Recruits will become familiar with the City Drug Policy and the Civil Rights Act of 1964 as amended in 1972, Title VII Prohibitions Employment and Executive Order 11246, 1965 (amended 1967) creating the Affirmative Action Program.

224    POLK COUNTY MEDIATION CENTER

Recruits will become familiar with the operation and goals of the Mediation Center, how the center can be of assistance to them in handling domestic related crime.

225    VICTIM RESOURCE OFFICER/PC CRISIS AND ADVOCACY

A representative from these various associations will present an informational block of instruction on the services they provide.

231    IOWA INSURANCE FRAUD BUREAU

A representative from this association will present an informational block of instruction on the services they provide.

232    IOWA CIVIL RIGHTS COMMISSION

Recruits will become familiar with the functions of the ICRC

233    CRISIS INTERVENTION TRAINING

Recruits will develop an understanding and learn techniques for working with persons with special needs.  The physiology of persons suffering from drug addiction.  Understanding human relations and familiarization with criminology and corrections.

Defendants' Appendix 1077

DIVISION III

Basic Academic Skills

300 Series (23 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 301 | Report Writing | 18 |
| 302 | Spelling (To run concurrent with Physical Training) | 0 |
| 304 | Public Speaking | 5 |

-8-

Defendants' Appendix 1078

DIVISION III

BASIC ACADEMIC SKILLS

UNIT NO.

301    REPORT WRITING

Recruits will be introduced to our departmental reports and the proper way of completing them. They will demonstrate their knowledge through various scenarios and completing the appropriate report.

302    SPELLING

Recruits will have a weekly spelling test on words provided to them by the Academy staff.

304    PUBLIC SPEAKING

Recruits will develop and understand the proper method of speaking before an audience and demonstrate that understanding with oral presentations.

Defendants' Appendix 1079

## DIVISION IV

Physical Skills

400 Series (293 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 401 | Physical Training | 77 |
| 402 | Firearms Training | 116 |
| 403 | Defensive Tactics | 43 |
| 404 | Precision / Defensive Driving / P.I.T. | 36 |
| 408 | Risk Assessment and Officer Survival | 2 |
| 409 | Taser Training | 7 |
| 410 | Use of Force Application Training | 12 |

.

Defendants' Appendix 1080

DIVISION IV
BASIC PHYSICAL SKILLS

UNIT NO.

401    PHYSICAL TRAINING

Recruits will participate in a physical training program designed to enhance their ten components of physical fitness and durability.

402    FIREARMS TRAINING

Recruits will receive training in the use and safe handling of firearms, along with basic weapon nomenclature. They will attain a high level of marksmanship ability, both with their duty pistol and the department shotgun. Recruits will become familiar with gun laws and the legal and moral issues associated with the use of a firearm.   Recruits will demonstrate proficiency with their weapon (both pistol and shotgun) by qualifying with a minimum score of 80% on the ILEA pistol and shotgun courses of fire. They will become familiar with active shooter training.

403    DEFENSIVE TACTICS

Recruits will receive training in defensive tactics, which will include empty hand techniques. Each recruit will be required to demonstrate proficiency in these techniques.

404    PRECISION / DEFENSIVE DRIVING & PURSUIT INTERVENTION TECHNIQUE

Recruits will develop the proper skill to be a defensive driver, become adept at precision maneuvering a motor vehicle, and demonstrate the proper driving methods by completing several driving courses, to include pursuit and evasive driving.  Recruits will be instructed in P.I.T. and will demonstrate their skills in a practical exercise.

408    RISK ASSESSMENT AND OFFICERS SURVIVAL

Recruits will become familiar with the risks involved in the Law Enforcement Profession, with the emphasis on developing tactical skills and evaluation.

409    TASER TRAINING

Recruits will become certified in the operation of the Taser.

Defendants' Appendix 1081

<u>UNIT NO.</u>

410     USE OF FORCE APPLICATION TRAINING

Recruits will perform in different scenario based training to apply the concepts and tactics that have been instructed in their various defensive tactics, baton, spray and weapon retention blocks of instruction.

-12-

Defendants' Appendix 1082

DIVISION V

<u>Criminal and Constitutional Law</u>

500 Series (61 hours)

| <u>UNIT NO.</u> | <u>UNIT TITLE</u> | HOURS OF<br><u>INSTRUCTION</u> |
|---|---|---|
| 501 | Procedural Due Process | 2 |
| 504 | Criminal Law- 4th Amendment | 6 |
| 504 | Criminal Law-5th and 6th Amendment | 7 |
| 504 | Iowa Criminal Code<br>-Simple Misdemeanors<br>-Other Misdemeanors<br>-Felonies<br>-Domestic Abuse<br>-Homicides | 17 |
| 504 | Rules of Evidence/Testifying in Court | 3 |
| 504 | Laws of Arrest | 3 |
| 506 | Interviews, Interrogation & Confessions | 4 |
| 508 | Criminal Law Review and Perjury (COURT HOUSE TOUR) | 4 |
| 509 | Moot Court (Courtroom Testimony Practical) | 7 |
| 510 | Municipal Code Enforcement | 2 |
| 511 | Forfeitures | 1 |
| 513 | Court Organization | 3 |
| 514 | Tort Liability | 2 |

Defendants' Appendix 1083

DIVISION V

CRIMINAL LAW AND PROCEDURES

<u>UNIT NO.</u>

501   PROCEDURAL DUE PROCESS

Recruits will become familiar with those portions of the United States Constitution dealing with the rights of the accused and limitations of police powers.  Pertinent portions of Iowa Constitution are also discussed along with Federal and State Court decisions and legislation that deals with due process and civil rights.

504   Criminal Law

Recruits will be given the background and elements of misdemeanor and felony criminal violations and the applicable constitutional issues involving the fourth, fifth and sixth amendments.  In addition, recruits will be instructed in preparation for and testifying in court proceedings and laws relating to their testimony.

506   INTERVIEWS, INTERROGATIONS & CONFESSIONS

Recruits will become familiar with the framework in which these methods and functions may be legally used for Courts of Law.

508   CRIMINAL LAW REVIEW AND PERJURY (COURT HOUSE TOUR)

Recruits will develop an understanding of what evidence is needed and how to present a case that has been investigated before a Court of Law.

509   MOOT COURT (COURT ROOM TESTIMONY PRACTICAL)

Recruits will demonstrate and practice courtroom procedures and demeanor in a Moot Court setting.

510   MUNICIPAL CODE ENFORCEMENT

Recruits will develop comprehension of the Municipal Code, police duties in enforcing those laws and combine that understanding with those of human relations in enforcing these laws.

Defendants' Appendix 1084

<u>UNIT NO.</u>

511     FORFEITURES

The Recruit will be advised of the forfeiture procedures, laws, and benefits to law enforcement.

513     COURT ORGANIZATION

Recruits will gain a working knowledge of the Iowa Court System, including initial appearances, preliminary hearings, Grand Jury procedures, County Attorney information, arraignment, pleas, pre-trial motions, jury selection and order of trial.

514     TORT LIABILITY

Recruits will become familiar with civil law suit issues.

Defendants' Appendix 1085

DIVISION VI

Traffic Procedures

600 Series (40hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 601 | Iowa Traffic Laws | 3 |
| 602 | Traffic Law Enforcement | 4 |
| 603 | Accident Investigation/TRACS Training | 28 |
| 604 | Traffic Direction | 4 |
| 605 | Radar Operation | 1 |

-16-

Defendants' Appendix 1086

DIVISION VI

TRAFFIC PROCEDURES

<u>UNIT NO.</u>

601   IOWA TRAFFIC LAWS

Recruits will develop an understanding of state and city of Des Moines traffic codes and enforcement of those laws.

602   TRAFFIC LAW ENFORCEMENT

Recruits will become proficient with the various types of traffic summons issued along with the demeanor and discretion to be used.

603   ACCIDENT INVESTIGATION/TRACS TRAINING

Recruits will develop an understanding of accident and hit and run investigations. They will learn how to protect the scene and gather evidence. Recruits will also become familiar with the operation of Stop Sticks.

604   TRAFFIC DIRECTION

Recruits will become familiar with the signals and gestures used to maintain a smooth flow of traffic under all conditions.

605   RADAR OPERATION

Recruits will be presented a general overview of radar operation and its importance to traffic enforcement.

Defendants' Appendix 1087

DIVISION VII

Criminal Investigation

700 Series (64 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 700 | Principles of Investigation | 2 |
| 703 | Death Investigation | 2 |
| 704 | Juvenile Law | 4 |
| 705 | Forensic Investigations & Crime Scene, Searching, and Recording | 8 |
| 706 | Arson | 2 |
| 707 | Fingerprints | 2 |
| 708 | Vehicle Theft | 2 |
| 710 | Use of Informants | 1 |
| 711 | Polygraph Procedures | 1 |
| 712 | Fraud and Forgeries | 1 |
| 713 | Investigative Note-Taking | 1 |
| 714 | Explosive and Incendiary Devices | 6 |
| 715 | Narcotics Law and Investigation | 8 |
| 716 | Vice Section Violations | 3 |
| 717 | Hate Crimes | 2 |
| 719 | Witness Perception & Interviewing | 1 |
| 723 | Sex Abuse | 4 |
| 724 | DMPD Crimes Against Property Section | 1 |
| 728 | Animal Fighting | 2 |
| 729 | Child Abuse-Recognizing and Reporting | 3 |
| 731 | Gangs | 2 |
| 732 | DMPD Domestic Abuse Response Team | 3 |
| 732A | Violation of No Contact Order | 2 |
| 736 | Homeland Security & Incident Command | 1 |

Defendants' Appendix 1088

DIVISION VII

INVESTIGATION PROCEDURES

<u>UNIT NO.</u>

700    PRINCIPLES OF INVESTIGATION

Recruits will identify the proper principles of investigating.

703    DEATH INVESTIGATIONS

Recruits will become familiar with death investigations, including emphasis on the value of physical evidence in establishing cause of death.

704    JUVENILE LAW

Recruits will develop an understanding of youth and law enforcement procedures and the importance of the proper handling of juvenile offenders.

705    FORENSIC INVESTIGATIONS & CRIME SCENE, SEARCHING, AND RECORDING

Recruits will develop a broad understanding of the various identification procedures and their use in solving crimes.

706    ARSON INVESTIGATIONS

Recruits will understand the importance in determining the point of origin and cause of fires, the importance of cooperation between police and fire officials.

707    FINGERPRINTS

Recruits will be presented with a general view of fingerprint evidence, how it is preserved, collected, and its importance in an investigation.

708    VEHICLE THEFT

Recruits will develop knowledge of automobile identification, how to obtain vehicle ownership information and methods used by auto thieves to destroy serial numbers.

710    USE OF INFORMANTS

Recruits will become knowledgeable in the proper use and handling of informants, and departmental policy.

711    POLYGRAPH PROCEDURES

Recruits will understand the value of the polygraph as an investigative aid.

712    FRAUD AND FORGERIES

Recruits will become familiar with the procedures used by officers in the field when encountered with bad checks and stolen credit cards.

Defendants' Appendix 1089

UNIT NO.

713    INVESTIGATIVE NOTE-TAKING

Recruits will become familiar with the importance of taking notes while conducting an investigation.

714    EXPLOSIVE AND INCENDIARY DEVICES

Recruits will develop an understanding of how to search for and recognize explosive and incendiary devices.

715    NARCOTICS LAW AND INVESTIGATION

Recruits will become familiar with narcotics law, the various types of drugs and how they affect the user.

716    VICE SECTION VIOLATIONS

Recruits will develop an understanding of the crimes that are listed as vices and the procedures for investigating those types of cases.

717    HATE CRIMES

Recruits will become familiar with and develop an understanding of the DMPD and its working relationship with hate crimes.

719    WITNESS PERCEPTION & INTERVIEWING

Recruits will learn to compile pertinent data gathered from witnesses.

723    SEX ABUSE

Recruits will become familiar with the investigative techniques for sexual abuse investigations, the needs of the sex abuse victim, crisis intervention and recommended interviewing techniques used to obtain the necessary information in a sex abuse case.

724    DMPD CRIMES AGAINST PROPERTY SECTION

Recruits will become familiar with and develop an understanding of the duties of the Crimes Against Property Section.

Defendants' Appendix 1090

<u>UNIT NO.</u>

728 ANIMAL FIGHTING

Recruits will be introduced to signs that indicate animal fighting.

729 CHILD ABUSE-RECOGNIZING AND REPORTING

Recruits will be instructed on the mandatory reporting laws and procedures involving adult and child abuse.

731 GANGS

Recruits will become familiar with the various street gangs and the behavioral characteristics, which are exhibited by them.

732 DMPD DOMESTIC ABUSE RESONSE TEAM

Members of D.A.R.T. will familiarize the recruits with the teams' duties and functions.  They will also instruct the recruits in the proper procedures in handling domestic abuse crimes and victims.

732 VIOLATION OF NO CONTACT ORDER

Recruits will gain an understanding of No Contact Orders.

736 HOMELAND SECURITY & INCIDENT COMMAND

Recruits will gain an understanding of Homeland Security and Incident Command.

Defendants' Appendix 1091

## DIVISION VIII

### Patrol Standard Operating Procedures

800 Series (164 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 801 | Purpose of Patrol | 1 |
| 802 | Patrol Techniques | 1 |
| 803 | Observation and Perception | 1 |
| 806 | Use of Handcuffs & In Custody Deaths | 3 |
| 809 | Use of Deadly Force | 2 |
| 811 | Functions of Field Training Officer | 1 |
| 813 | Telecommunications/Iowa Systems | 6 |
| 815 | Homicide Scene -Practical Exercise | 4 |
| 819 | OWI Arrest & Testing Procedures (General) | 16 |
| 821 | Chemical Agents/OC Certification | 4 |
| 822 | Iowa Law Enforcement Emergency Care Provider | 28 |
| 826 | Field Projects | 39 |
| 828 | Chemical Testing – Intoxilyzer/Datamaster | 6 |
| 829 | Burglary Investigation | 2 |
| 830 | Defensive Baton | 31 |
| 835 | Hazardous Material Storage | 2 |
| 836 | Critical Incident Stress | 2 |
| 837 | Tactical Speech | 15 |

Defendants' Appendix 1092

DIVISION VIII

PATROL STANDARD OPERATING PROCEDURES

<u>UNIT NO.</u>

801    PURPOSE OF PATROL

Recruits will develop an understanding of the patrol functions duties in protection of the public, apprehension of violators and the preservation of peace.

802    PATROL TECHNIQUES

Recruits will develop an understanding of the advantages and disadvantages of one-man patrol and the procedures that must be followed to make it safe and effective.

803    PATROL OBSERVATION

Recruits will develop an understanding of the need for alertness and the observation skills necessary for successful patrol, the methods and objectivity to be used.

806    USE OF HANDCUFFS & IN CUSTODY DEATHS

Recruits will successfully demonstrate the proper use of handcuffs and will express an understanding of the rules and procedures governing their use to include instruction on in custody death situations.

809    USE OF DEADLY FORCE

Recruits will be instructed on both the legal guidelines under the law and the departmental policy in the use of deadly force.

811    FUNCTIONS OF THE F.T.O.

Recruits will become familiar with the function of Field Training Officers and how recruits work with them to develop their law enforcement skills.

813    TELECOMMUNICATIONS/IOWA SYSTEM

Recruits will become familiar with the functions of the Communications Unit and proper use of radio communications equipment.

815    HOMICIDE SCENE -PRACTICAL EXERCISE

Recruits will identify their responsibilities at the crime scene and the precautions that must be followed.

Defendants' Appendix 1093

UNIT NO.

819   O.W.I. ARREST & TESTING PROCEDURES (GENERAL)

Recruits will develop an understanding of the procedures, from arrest to courtroom, which a police officer must know to successfully enforce the "O.W.I." law, and the Department's S.T.O.P. Program.

821   CHEMICAL AGENTS/OC CERTIFICATION (Oleoresin Capsicum)

Recruits will develop an understanding of the Departmental policies governing the use of OC defense spray, become familiar with the proper decontamination procedures to be used after the use of OC defense spray and be individually exposed to the OC spray.

822   IOWA LAW ENFORCEMENT EMERGENCY CARE PROVIDER

Recruits will become proficient with the use of emergency first aid and satisfactorily pass an examination to obtain State certification.

826   FIELD PROJECTS

Recruits will participate in a number of practical field problems.

828   CHEMICAL TESTING – INTOXILYZER/DATAMASTER

Recruits will become proficient with various means of testing for alcoholic and drug content, of blood, breath and urine, and will be certified on the intoxilyzer.

829   BURGLARY INVESTIGATION

Recruits will become familiar with proper methods of a burglary investigation.

830   DEFENSIVE BATONS (PR24 & ASP)

Recruits will become proficient in the proper use of the both Batons.

835   HAZARDOUS MATERIAL STORAGE

Recruits will be instructed on the proper procedures for the storage of hazardous materials.

836   CRITICAL INCIDENT STRESS

Recruits will develop an understanding on techniques used to manage stress related to critical incidents

Defendants' Appendix 1094

<u>UNIT NO.</u>

837     TACTICAL SPEECH

Recruits will become familiar with the techniques of tactical speech and their application in a field environment.

Defendants' Appendix 1095

DIVISION IX
Testing and Evaluations

900 Series (30 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 901 | Weekly Testing | 16 |
| 902 | Final Test | 6 |
| 904 | Evaluation Interviews (To run concurrent with Firearms Training) | 0 |
| 905 | Graduation | 8 |

Defendants' Appendix 1096

DIVISION IX

TESTING AND EVALUATIONS

<u>UNIT NO.</u>

901     WEEKLY TESTING AND EVALUATIONS

Recruits will undergo tests and evaluations each week to determine the recruit's academic achievement, physical testing and attitudes.

902     FINAL TESTING AND EVALUATIONS

Recruits will complete a final examination and a final evaluation to determine their over-all retention of subjects taught.

904     EVALUATION INTERVIEWS

Each recruit will participate in the evaluation process with the Basic Training Unit Staff.  Recruits will express their opinions toward their training and progress. When possible, interviews will be concurrent with firearms training.

905     GRADUATION

Defendants' Appendix 1097

## ACADEMIC STANDARDS

Certification Criteria

        In order for a recruit to be certified as a peace officer and successfully complete the Des Moines Regional Police Academy Basic Training, the following criteria must be met:

1)    Recruits must demonstrate proficiency in all skill areas.

2)    Recruits must pass written examinations with a minimum score of 70% for:

    a)  Each of the identified divisional areas.

    b)  Each subject area that has been designated as an independent unit within the divisional area for purposes of testing.

Retesting and Remediation Policy

        Students will be required to retest under certain circumstances.

1)    In subject or divisional areas in which the required 70% was not initially acquired or proficiency in a skill area was not demonstrated.

2)    Should a recruit score below 70% in a particular topical unit area within a division they will be required to remediate that portion of the test one time for credit.

    a)  The student will be retested over that particular portion and the remediated score shall be recorded not to exceed 70% score for total test computations.

| EXAMPLE: | 100 point test | |
|---|---|---|
| | Original Score | 60 |
| | Remediated Score | 90 |
| | Recorded Score | 70 |

3)    Remediation Policy

    a)  Recruits will be monitored weekly and apprised of their remediated standing.  At the 8% point the following will occur:

        1)  At 8% of remediation a full academic review will be conducted by the Academy staff.

        2)  The recruit will attend an academic counseling with Academy staff and be apprised of the critical nature of their performance.

-28-

Defendants' Appendix 1098

Dismissal

Any of the following are grounds for recommending dismissal from The Des Moines Regional Police Academy basic training and the Des Moines Police Department:

1)    Failure to attain 70% minimum score on each of any two remediation tests in <u>subject</u> <u>areas</u> <u>designated</u> <u>as</u> <u>independent</u> <u>topic</u> <u>units</u>.

2)    Failure to attain 70% minimum score in any two <u>divisional</u> <u>areas</u> after remediation testing.

3)    Failure to attain 70% minimum score in a <u>divisional</u> <u>area</u> <u>and</u> <u>an</u> <u>independent</u> <u>unit</u> after remediation testing.

4)    At the 10% point of remediation the recruit will have failed to meet the criteria set by the Iowa Law Enforcement Academy Council for certification and recommendation to the Chief of Police will be made to terminate employment.

Defendants' Appendix 1099



# DES MOINES
# POLICE ACADEMY

# DES MOINES POLICE DEPARTMENT

# REGIONAL POLICE ACADEMY

# PERSONNEL & TRAINING SECTION

# BASIC TRAINING UNIT



DANA WINGERT

CHIEF OF POLICE

# 76TH RECRUIT TRAINING CLASS

**6 November 2017 – 20 April 2018**

**24 WEEKS**

TRAINING OFFICERS:

SENIOR POLICE OFFICER MICHAEL FONG
SENIOR POLICE OFFICER GRETCHEN HAYS

# RECRUIT REFERENCE MANUAL/SYLLABUS

Defendants' Appendix 1101

SYLLABUS

DES MOINES REGIONAL POLICE ACADEMY

RECRUIT TRAINING COURSE

There are nine Divisions of training presented to recruits at the Academy.  Each Division contains a number of individual Units.  The syllabi of these nine Divisions are contained herein.

This program of instruction is intended to present recruits with the fundamentals of modern law enforcement and general knowledge to make them competent and professional police officers.

The training curriculum consists of lectures, demonstrations, class discussions, classroom performance, role-playing, videos, mock trials, physical training, practical exercises, examinations, and critiques.

General Orders, Chief of Police Special Orders and Memorandums, and Standard Operating Procedures of the Patrol Services Bureau are utilized within the appropriate Units of instruction.

The Academy training consists of a total of 908 hours, 868 hours of classroom and practical exercise, and an additional 40 hours spent with an experienced field-training officer where they will observe police operations under actual street conditions.

The course of instruction is designed to fulfill the requirements of the Mandated Training Act for Peace Officers of the State of Iowa, (14 week segment).

Defendants' Appendix 1102

DIVISION I

Introduction to Law Enforcement

100 Series (96 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 100 | Administrative Procedures | 65 |
| 100A | Functional Areas of DMPD | 6 |
| 101 | Introduction to Criminal Justice, an Overview | 2 |
| 102 | Note Taking & Study Skills | 1 |
| 103 | City of Des Moines Insurance Plans | 2 |
| 104 | DMPD Burial Association/ State PO Association | 1 |
| 105 | Organization of the Des Moines Police Department | 1 |
| 106 | Office of Professional Standards/DMPD Rules and Regulations | 4 |
| 107 | Des Moines Police Department, Bargaining Unit | 1 |
| 108 | Departmental Goals and Objectives – Chief and Staff | 1 |
| 109 | Peer Support Team | 1 |
| 110 | Body Camera Policy & Operations | 5 |
| 113 | History of Law Enforcement | 2 |
| 115 | Metro Star Unit | 2 |
| 119 | Polk County Medical Examiner | 2 |

Defendants' Appendix 1103

UNIT OBJECTIVES

DIVISION I

INTRODUCTION TO LAW ENFORCEMENT

UNIT NO.

100    ADMINISTRATIVE PROCEDURES

Swearing in, indoctrination, equipment issue, and return.

100A    FUNCTIONAL AREAS OF DMPD

Recruits will be introduced to multiple department units and community agencies the department works with.

101    INTRODUCTION TO CRIMINAL JUSTICE SYSTEMS AN OVERVIEW

An orientation to the Law Enforcement program and its relationship to the broad spectrum of the criminal justice and enforcement professions; the philosophic basis and historic development of law enforcement as related to local, state, federal and industrial processes; principles and underlying social organization, legal systems and control devices.

102    NOTE-TAKING AND STUDY SKILLS

Recruits will develop comprehension of the proper format for outlining lecture type lessons, identify key words, ideas and facts including the major barricades to good listening and will express that acquired skill by typing notes and creating a complete electronic notebook.

103    CITY OF DES MOINES INSURANCE PLANS

Recruits will become familiar with the city provided insurance programs and the benefits entitled.

104    DMPD BURIAL ASSOCIATION/STATE PO ASSOCIATION

Recruits will understand the functions of the Des Moines Police Burial Association, the Iowa Association of Chiefs of Police and the Iowa State Police Officers Association.

105    DMPD ORGANIZATION

Recruits will learn the organizational structure of the Des Moines Police Department.

Defendants' Appendix 1104

UNIT NO.

106    OFFICE OF PROFESSIONAL STANDARDS/DMPD RULES AND
       REGULATIONS

       Recruits will identify their responsibilities and obligations under departmental
       Rules and Regulations and develop an understanding of the purpose and
       reasons for rules and regulations, department policies and comprehend the
       purpose of the Office of Professional Standards.

107    DES MOINES POLICE DEPARTMENT, BARGAINING UNIT

       Recruits will become familiar with the Department pay scales, salary increases,
       withholdings and court pay.  Duty hours are also covered.

108    DEPARTMENTAL GOALS AND OBJECTIVES – CHIEF AND STAFF

       Recruits will become familiar with the duties and functions of Departmental
       Divisions.

109    PEER SUPPORT TEAM

       Recruits will be introduced to the Departments PST and its functions.

113    HISTORY OF LAW ENFORCEMENT

       Recruits will become familiar with the history of the police profession, how it
       started, why, the progress achieved over the years, including the history of the
       Des Moines Police Department.

115    METRO STAR UNIT

       Recruits will become familiar with the duties of the Metro Star Unit.

119    POLK COUNTY MEDICAL EXAMINER

       Recruits will obtain an understanding of the operations and responsibilities of this
       office.

Defendants' Appendix 1105

DIVISION II

<u>Community Awareness</u>

200 Series (106 hours)

| <u>UNIT NO.</u> | <u>UNIT TITLE</u> | HOURS OF<br><u>INSTRUCTION</u> |
|---|---|---|
| 201 | Crime Prevention/Community Relations | 2 |
| 202 | Ethics | 1 |
| 203 | Discretion | 2 |
| 204 | Cultural Awareness | 28 |
| 206 | Des Moines Human Rights Commission | 1 |
| 207 | Community Policing | 2 |
| 209 | Self Awareness & Handling Stress | 8 |
| 214 | News and Media Relations | 1 |
| 215 | Street Intoxication | 2 |
| 216 | National Incident Management System | 3 |
| 218 | Use of Force - Legal Liability | 3 |
| 218A | Practical Aspects of Use of Force and Liability | 4 |
| 220 | Civil Disturbance | 4 |
| 223 | Equal Employment Opportunities/City Drug Policy | 1 |
| 224 | Polk County Mediation Center | 1 |
| 225 | Victim Resource Officer/PC Crisis and Advocacy | 2 |
| 231 | Iowa Insurance Fraud Bureau | 1 |
| 232 | Iowa Civil Rights Commission | 1 |
| 233 | Crisis Intervention Training | 39 |

DIVISION II

COMMUNITY AWARENESS

UNIT NO.

201    CRIME PREVENTION/COMMUNITY RELATIONS

Recruits will become familiar with the concept of crime prevention as a positive approach to the reduction of crime, the history, definition and operational procedures involved in crime prevention.  Crime prevention programs and their contribution to the reduction of crime will be emphasized.

202    ETHICS

Recruits will develop an understanding of how all phases of personal conduct on and off duty affect the public attitude toward police officers.

203    DISCRETION

Recruits will gain an understanding of the need for discretion in the law enforcement function, comprehend a working knowledge of the policy approaches the Department can adopt dealing with the use of discretion.

204    CULTURAL COMPETENCY

Recruits will become familiar with the functions of the minority organizations; gain an understanding of some of the problems between the minority communities and the police, and how the police officer can help solve those problems through cooperation and understanding. This will include an implicit bias course through Drake University.

206    DES MOINES HUMAN RIGHTS COMMISSION

Recruits will become familiar with the purpose and scope of the City and State Human Rights Commissions, the problems they encounter and how they can recognize those problems, and contribute to their solution.

209    SELF AWARENESS AND HANDLING STRESS

Recruits will develop a general understanding of why people act and react the way they do, better understand themselves and help establish better self-control.

214    NEWS AND MEDIA RELATIONS

Recruits will develop an understanding of the problems faced by the police and the news media and how the officer can help to resolve those problems through cooperation.

215    STREET INTOXICATION

Recruits will identify methods of handling intoxicated persons; develop an understanding of the various medical and moral aspects of alcoholism and its treatment.

UNIT NO.

216   NATIONAL INCIDENT MANAGEMENT SYSTEM.

Recruits will be trained in command control for public emergencies including the incident command system supported by the Federal Government

218   USE OF FORCE LEGAL & CIVIL LIABILITY

218A   PRACTICAL ASPECTS OF USE OF FORCE & LIABILITY

Recruits will be instructed on the department's policies and standards regarding use of force and the liabilities involved

220   CIVIL DISTURBANCE

Recruits will become familiar with different crowd and group dynamics. Recruits will also become familiar with different methods to perform crowd and control and respond to civil disturbance situations.

223   EQUAL EMPLOYMENT OPPORTUNITY / CITY DRUG POLICY

Recruits will become familiar with the City Drug Policy and the Civil Rights Act of 1964 as amended in 1972, Title VII Prohibitions Employment and Executive Order 11246, 1965 (amended 1967) creating the Affirmative Action Program.

224   POLK COUNTY MEDIATION CENTER

Recruits will become familiar with the operation and goals of the Mediation Center, how the center can be of assistance to them in handling domestic related crime.

225   VICTIM RESOURCE OFFICER/PC CRISIS AND ADVOCACY

A representative from these various associations will present an informational block of instruction on the services they provide.

231   IOWA INSURANCE FRAUD BUREAU

A representative from this association will present an informational block of instruction on the services they provide.

232   IOWA CIVIL RIGHTS COMMISSION

Recruits will become familiar with the functions of the ICRC

233   CRISIS INTERVENTION TRAINING

Recruits will develop an understanding and learn techniques for working with persons with special needs. The physiology of persons suffering from drug addiction. Understanding human relations and familiarization with criminology and corrections.

Defendants' Appendix 1108

DIVISION III

<u>Basic Academic Skills</u>

300 Series (24 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|-----------|----------------------|
| 301 | Report Writing | 19 |
| 302 | Spelling (To run concurrent with Physical Training) | 0 |
| 304 | Public Speaking | 5 |

Defendants' Appendix 1109

DIVISION III

BASIC ACADEMIC SKILLS

UNIT NO.

301    REPORT WRITING

Recruits will be introduced to our departmental reports and the proper way of completing them. They will demonstrate their knowledge through various scenarios and completing the appropriate report.

302    SPELLING

Recruits will have a weekly spelling test on words provided to them by the Academy staff.

304    PUBLIC SPEAKING

Recruits will develop and understand the proper method of speaking before an audience and demonstrate that understanding with oral presentations.

Defendants' Appendix 1110

DIVISION IV

<u>Physical Skills</u>

400 Series (297 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 401 | Physical Training | 76 |
| 402 | Firearms Training | 114 |
| 403 | Defensive Tactics | 40 |
| 404 | Precision / Defensive Driving / P.I.T. | 39 |
| 408 | Risk Assessment and Officer Survival | 2 |
| 409 | Taser Training | 7 |
| 410 | Use of Force Application Training | 19 |

.

Defendants' Appendix 1111

DIVISION IV
BASIC PHYSICAL SKILLS

<u>UNIT NO.</u>

401    PHYSICAL TRAINING

Recruits will participate in a physical training program designed to enhance their ten components of physical fitness and durability.

402    FIREARMS TRAINING

Recruits will receive training in the use and safe handling of firearms, along with basic weapon nomenclature. They will attain a high level of marksmanship ability, both with their duty pistol and the department shotgun. Recruits will become familiar with gun laws and the legal and moral issues associated with the use of a firearm.   Recruits will demonstrate proficiency with their weapon (both pistol and shotgun) by qualifying with a minimum score of 80% on the ILEA pistol and shotgun courses of fire. In addition they will become familiar with bean bag shotgun usage and active shooter training.

403    DEFENSIVE TACTICS

Recruits will receive training in defensive tactics, which will include empty hand techniques. Each recruit will be required to demonstrate proficiency in these techniques.

404    PRECISION / DEFENSIVE DRIVING & PURSUIT INTERVENTION TECHNIQUE

Recruits will develop the proper skill to be a defensive driver, become adept at precision maneuvering a motor vehicle, and demonstrate the proper driving methods by completing several driving courses, to include pursuit and evasive driving.  Recruits will be instructed in P.I.T. and will demonstrate their skills in a practical exercise.

408    RISK ASSESSMENT AND OFFICERS SURVIVAL

Recruits will become familiar with the risks involved in the Law Enforcement Profession, with the emphasis on developing tactical skills and evaluation.

409    TASER TRAINING

Recruits will become certified in the operation of the Taser.

-11-

UNIT NO.

410     USE OF FORCE APPLICATION TRAINING

Recruits will perform in different scenario based training to apply the concepts and tactics that have been instructed in their various defensive tactics, baton, chemical spray and weapon retention blocks of instruction.

Defendants' Appendix 1113

DIVISION V

<u>Criminal and Constitutional Law</u>

500 Series (60 hours)

| <u>UNIT NO.</u> | <u>UNIT TITLE</u> | HOURS OF<br><u>INSTRUCTION</u> |
|---|---|---|
| 501 | Procedural Due Process | 2 |
| 504 | Criminal Law- 4th Amendment | 6 |
| 504 | Criminal Law-5th and 6th Amendment | 7 |
| 504 | Iowa Criminal Code<br>-Simple Misdemeanors<br>-Other Misdemeanors<br>-Felonies<br>-Domestic Abuse<br>-Homicides | 17 |
| 504 | Rules of Evidence/Testifying in Court | 3 |
| 504 | Laws of Arrest | 3 |
| 506 | Interviews, Interrogation & Confessions | 4 |
| 508 | Criminal Law Review and Perjury (COURT HOUSE TOUR) | 4 |
| 509 | Moot Court (Courtroom Testimony Practical) | 7 |
| 510 | Municipal Code Enforcement | 2 |
| 511 | Forfeitures | 1 |
| 513 | Court Organization | 3 |
| 514 | Tort Liability | 1 |

Defendants' Appendix 1114

DIVISION V

CRIMINAL LAW AND PROCEDURES

<u>UNIT NO.</u>

501    PROCEDURAL DUE PROCESS

Recruits will become familiar with those portions of the United States Constitution dealing with the rights of the accused and limitations of police powers.  Pertinent portions of Iowa Constitution are also discussed along with Federal and State Court decisions and legislation that deals with due process and civil rights.

504    Criminal Law

Recruits will be given the background and elements of misdemeanor and felony criminal violations and the applicable constitutional issues involving the fourth, fifth and sixth amendments.  In addition, recruits will be instructed in preparation for and testifying in court proceedings and laws relating to their testimony.

506    INTERVIEWS, INTERROGATIONS & CONFESSIONS

Recruits will become familiar with the framework in which these methods and functions may be legally used for Courts of Law.

508    CRIMINAL LAW REVIEW AND PERJURY (COURT HOUSE TOUR)

Recruits will develop an understanding of what evidence is needed and how to present a case that has been investigated before a Court of Law.

509    MOOT COURT (COURT ROOM TESTIMONY PRACTICAL)

Recruits will demonstrate and practice courtroom procedures and demeanor in a Moot Court setting.

510    MUNICIPAL CODE ENFORCEMENT

Recruits will develop comprehension of the Municipal Code, police duties in enforcing those laws and combine that understanding with those of human relations in enforcing these laws.

Defendants' Appendix 1115

<u>UNIT NO.</u>

511    FORFEITURES

The Recruit will be advised of the forfeiture procedures, laws, and benefits to law enforcement.

513    COURT ORGANIZATION

Recruits will gain a working knowledge of the Iowa Court System, including initial appearances, preliminary hearings, Grand Jury procedures, County Attorney information, arraignment, pleas, pre-trial motions, jury selection and order of trial.

514    TORT LIABILITY

Recruits will become familiar with civil law suit issues.

Defendants' Appendix 1116

## DIVISION VI

<u>Traffic Procedures</u>

600 Series (41hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|------------|----------------------|
| 601 | Iowa Traffic Laws | 3 |
| 602 | Traffic Law Enforcement | 4 |
| 603 | Accident Investigation/TRACS Training | 29 |
| 604 | Traffic Direction | 4 |
| 605 | Radar Operation | 1 |

-16-

## DIVISION VI

## TRAFFIC PROCEDURES

UNIT NO.

601  IOWA TRAFFIC LAWS

Recruits will develop an understanding of state and city of Des Moines traffic codes and enforcement of those laws.

602  TRAFFIC LAW ENFORCEMENT

Recruits will become proficient with the various types of traffic summons issued along with the demeanor and discretion to be used.

603  ACCIDENT INVESTIGATION/TRACS TRAINING

Recruits will develop an understanding of accident and hit and run investigations. They will learn how to protect the scene and gather evidence. Recruits will also become familiar with the operation of Stop Sticks.

604  TRAFFIC DIRECTION

Recruits will become familiar with the signals and gestures used to maintain a smooth flow of traffic under all conditions.

605  RADAR OPERATION

Recruits will be presented a general overview of radar operation and its importance to traffic enforcement.

Defendants' Appendix 1118

# DIVISION VII

## Criminal Investigation

### 700 Series (61 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|---|---|---|
| 700 | Principles of Investigation | 2 |
| 703 | Death Investigation | 2 |
| 704 | Juvenile Law | 4 |
| 705 | Forensic Investigations & Crime Scene, Searching, and Recording | 5 |
| 706 | Arson | 2 |
| 707 | Fingerprints | 2 |
| 708 | Vehicle Theft | 2 |
| 710 | Use of Informants | 1 |
| 711 | Polygraph Procedures | 1 |
| 712 | Fraud and Forgeries | 1 |
| 713 | Investigative Note-Taking | 1 |
| 714 | Explosive and Incendiary Devices | 7 |
| 715 | Narcotics Law and Investigation | 8 |
| 716 | Vice Section Violations | 2 |
| 717 | Hate Crimes | 2 |
| 719 | Witness Perception & Interviewing | 1 |
| 723 | Sex Abuse | 4 |
| 724 | DMPD Crimes Against Property Section | 1 |
| 728 | Animal Fighting | 2 |
| 729 | Child Abuse-Recognizing and Reporting | 3 |
| 731 | Gangs | 2 |
| 732 | DMPD Domestic Abuse Response Team | 3 |
| 732A | Violation of No Contact Order | 2 |
| 736 | Homeland Security & Incident Command | 1 |

-18-

## DIVISION VII

## INVESTIGATION PROCEDURES

**UNIT NO.**

**700    PRINCIPLES OF INVESTIGATION**

Recruits will identify the proper principles of investigating.

**703    DEATH INVESTIGATIONS**

Recruits will become familiar with death investigations, including emphasis on the value of physical evidence in establishing cause of death.

**704    JUVENILE LAW**

Recruits will develop an understanding of youth and law enforcement procedures and the importance of the proper handling of juvenile offenders.

**705    FORENSIC INVESTIGATIONS & CRIME SCENE, SEARCHING, AND RECORDING**

Recruits will develop a broad understanding of the various identification procedures and their use in solving crimes.

**706    ARSON INVESTIGATIONS**

Recruits will understand the importance in determining the point of origin and cause of fires, the importance of cooperation between police and fire officials.

**707    FINGERPRINTS**

Recruits will be presented with a general view of fingerprint evidence, how it is preserved, collected, and its importance in an investigation.

**708    VEHICLE THEFT**

Recruits will develop knowledge of automobile identification, how to obtain vehicle ownership information and methods used by auto thieves to destroy serial numbers.

**710    USE OF INFORMANTS**

Recruits will become knowledgeable in the proper use and handling of informants, and departmental policy.

**711    POLYGRAPH PROCEDURES**

Recruits will understand the value of the polygraph as an investigative aid.

**712    FRAUD AND FORGERIES**

Recruits will become familiar with the procedures used by officers in the field when encountered with bad checks and stolen credit cards.

Defendants' Appendix 1120

UNIT NO.

713     INVESTIGATIVE NOTE-TAKING

Recruits will become familiar with the importance of taking notes while conducting an investigation.

714     EXPLOSIVE AND INCENDIARY DEVICES

Recruits will develop an understanding of how to search for and recognize explosive and incendiary devices.

715     NARCOTICS LAW AND INVESTIGATION

Recruits will become familiar with narcotics law, the various types of drugs and how they affect the user.

716     VICE SECTION VIOLATIONS

Recruits will develop an understanding of the crimes that are listed as vices and the procedures for investigating those types of cases.

717     HATE CRIMES

Recruits will become familiar with and develop an understanding of the DMPD and its working relationship with hate crimes.

719     WITNESS PERCEPTION & INTERVIEWING

Recruits will learn to compile pertinent data gathered from witnesses.

723     SEX ABUSE

Recruits will become familiar with the investigative techniques for sexual abuse investigations, the needs of the sex abuse victim, crisis intervention and recommended interviewing techniques used to obtain the necessary information in a sex abuse case.

724     DMPD CRIMES AGAINST PROPERTY SECTION

Recruits will become familiar with and develop an understanding of the duties of the Crimes Against Property Section.

Defendants' Appendix 1121

UNIT NO.

728    ANIMAL FIGHTING

Recruits will be introduced to signs that indicate animal fighting.

729    CHILD ABUSE-RECOGNIZING AND REPORTING

Recruits will be instructed on the mandatory reporting laws and procedures involving adult and child abuse.

731    GANGS

Recruits will become familiar with the various street gangs and the behavioral characteristics, which are exhibited by them.

732    DMPD DOMESTIC ABUSE RESONSE TEAM

Members of D.A.R.T. will familiarize the recruits with the teams' duties and functions.  They will also instruct the recruits in the proper procedures in handling domestic abuse crimes and victims.

732    VIOLATION OF NO CONTACT ORDER

Recruits will gain an understanding of No Contact Orders.

736    HOMELAND SECURITY & INCIDENT COMMAND

Recruits will gain an understanding of Homeland Security and Incident Command.

Defendants' Appendix 1122

# DIVISION VIII

## Patrol Standard Operating Procedures

800 Series (190 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|-----------|---------------------|
| 801 | Purpose of Patrol | 1 |
| 802 | Patrol Techniques | 1 |
| 803 | Observation and Perception | 1 |
| 806 | Use of Handcuffs & In Custody Deaths | 4 |
| 807 | Searching, Handling and Transporting Prisoners | 2 |
| 807A | Handcuffing | 2 |
| 809 | Use of Deadly Force | 2 |
| 811 | Functions of Field Training Officer | 1 |
| 813 | Telecommunications/Iowa Systems | 6 |
| 815 | Homicide Scene -Practical Exercise | 4 |
| 819 | OWI Arrest & Testing Procedures (General) | 16 |
| 821 | Chemical Agents/OC Certification | 4 |
| 822 | Iowa Law Enforcement Emergency Care Provider | 39 |
| 826 | Field Projects | 48 |
| 828 | Chemical Testing – Intoxilyzer/Datamaster | 6 |
| 829 | Burglary Investigation | 2 |
| 830 | Defensive Baton | 31 |
| 835 | Hazardous Material Storage/Property Tracker | 3 |
| 836 | Critical Incident Stress | 2 |
| 837 | Tactical Speech | 15 |

Defendants' Appendix 1123

DIVISION VIII
PATROL STANDARD OPERATING PROCEDURES

UNIT NO.

801    PURPOSE OF PATROL

Recruits will develop an understanding of the patrol functions duties in protection of the public, apprehension of violators and the preservation of peace.

802    PATROL TECHNIQUES

Recruits will develop an understanding of the advantages and disadvantages of one-man patrol and the procedures that must be followed to make it safe and effective.

803    PATROL OBSERVATION

Recruits will develop an understanding of the need for alertness and the observation skills necessary for successful patrol, the methods and objectivity to be used.

806    USE OF HANDCUFFS & IN CUSTODY DEATHS

Recruits will successfully demonstrate the proper use of handcuffs and will express an understanding of the rules and procedures governing their use to include instruction on in custody death situations.

807    SEARCHING, HANDLING AND TRANSPORTING PRISONERS

Recruits will learn the procedures for searching prisoners and the dangers to watch for.

809    USE OF DEADLY FORCE

Recruits will be instructed on both the legal guidelines under the law and the departmental policy in the use of deadly force.

811    FUNCTIONS OF THE F.T.O.

Recruits will become familiar with the function of Field Training Officers and how recruits work with them to develop their law enforcement skills.

813    TELECOMMUNICATIONS/IOWA SYSTEM

Recruits will become familiar with the functions of the Communications Unit and proper use of radio communications equipment.

815    HOMICIDE SCENE -PRACTICAL EXERCISE

Recruits will identify their responsibilities at the crime scene and the precautions that must be followed.

Defendants' Appendix 1124

<u>UNIT NO.</u>

819    O.W.I. ARREST & TESTING PROCEDURES (GENERAL)

Recruits will develop an understanding of the procedures, from arrest to courtroom, which a police officer must know to successfully enforce the "O.W.I." law, and the Department's S.T.O.P. Program.

821    CHEMICAL AGENTS/OC CERTIFICATION (Oleoresin Capsicum)

Recruits will develop an understanding of the Departmental policies governing the use of OC defense spray, become familiar with the proper decontamination procedures to be used after the use of OC defense spray and be individually exposed to the OC spray.

822    IOWA LAW ENFORCEMENT EMERGENCY CARE PROVIDER

Recruits will become proficient with the use of emergency first aid and satisfactorily pass an examination to obtain State certification.

826    FIELD PROJECTS

Recruits will participate in a number of practical field problems.

828    CHEMICAL TESTING – INTOXILYZER/DATAMASTER

Recruits will become proficient with various means of testing for alcoholic and drug content, of blood, breath and urine, and will be certified on the intoxilyzer.

829    BURGLARY INVESTIGATION

Recruits will become familiar with proper methods of a burglary investigation.

830    DEFENSIVE BATONS (PR24 & ASP)

Recruits will become proficient in the proper use of the both Batons.

835    HAZARDOUS MATERIAL STORAGE/PROPERTY TRACKER

Recruits will be instructed on the proper procedures for the storage of hazardous materials, as well as general property tracking for the department.

836    CRITICAL INCIDENT STRESS

Recruits will develop an understanding on techniques used to manage stress related to critical incidents

Defendants' Appendix 1125

<u>UNIT NO.</u>

837     TACTICAL SPEECH

Recruits will become familiar with the techniques of tactical speech and their application in a field environment.

Defendants' Appendix 1126

DIVISION IX
Testing and Evaluations

900 Series (32 hours)

| UNIT NO. | UNIT TITLE | HOURS OF INSTRUCTION |
|----------|-----------|----------------------|
| 901 | Weekly Testing | 17 |
| 902 | Final Test | 6 |
| 904 | Evaluation Interviews (To run concurrent with Firearms Training) | 0 |
| 905 | Graduation | 9 |

-26-

Defendants' Appendix 1127

DIVISION IX

TESTING AND EVALUATIONS

<u>UNIT NO.</u>

901    WEEKLY TESTING AND EVALUATIONS

Recruits will undergo tests and evaluations each week to determine the recruit's academic achievement, physical testing and attitudes.

902    FINAL TESTING AND EVALUATIONS

Recruits will complete a final examination and a final evaluation to determine their over-all retention of subjects taught.

904    EVALUATION INTERVIEWS

Each recruit will participate in the evaluation process with the Basic Training Unit Staff.  Recruits will express their opinions toward their training and progress. When possible, interviews will be concurrent with firearms training.

905    GRADUATION

Defendants' Appendix 1128

## ACADEMIC STANDARDS

### Certification Criteria

In order for a recruit to be certified as a peace officer and successfully complete the Des Moines Regional Police Academy Basic Training, the following criteria must be met:

1) Recruits must demonstrate proficiency in all skill areas.

2) Recruits must pass written examinations with a minimum score of 70% for:

   a) Each of the identified divisional areas.

   b) Each subject area that has been designated as an independent unit within the divisional area for purposes of testing.

### Retesting and Remediation Policy

Students will be required to retest under certain circumstances.

1) In subject or divisional areas in which the required 70% was not initially acquired or proficiency in a skill area was not demonstrated.

2) Should a recruit score below 70% in a particular topical unit area within a division they will be required to remediate that portion of the test one time for credit.

   a) The student will be retested over that particular portion and the remediated score shall be recorded not to exceed 70% score for total test computations.
      EXAMPLE:        100 point test
                      Original Score        60
                      Remediated Score      90
                      Recorded Score        70

3) Remediation Policy

   a) Recruits will be monitored weekly and apprised of their remediated standing.  At the 8% point the following will occur:

      1) At 8% of remediation a full academic review will be conducted by the Academy staff.

      2) The recruit will attend an academic counseling with Academy staff and be apprised of the critical nature of their performance.

-28-

Defendants' Appendix 1129

<u>Dismissal</u>

Any of the following are grounds for recommending dismissal from The Des Moines Regional Police Academy basic training and the Des Moines Police Department:

1)    Failure to attain 70% minimum score on each of any two remediation tests in <u>subject</u> <u>areas</u> <u>designated</u> <u>as</u> <u>independent</u> <u>topic</u> <u>units</u>.

2)    Failure to attain 70% minimum score in any two <u>divisional</u> <u>areas</u> after remediation testing.

3)    Failure to attain 70% minimum score in a <u>divisional</u> <u>area</u> <u>and</u> <u>an</u> <u>independent</u> <u>unit</u> after remediation testing.

4)    At the 10% point of remediation the recruit will have failed to meet the criteria set by the Iowa Law Enforcement Academy Council for certification and recommendation to the Chief of Police will be made to terminate employment.

Defendants' Appendix 1130



# State of Iowa
# Law Enforcement Academy

grants law enforcement officer certification to

## *Ernesto Escobar-Hernandez*

in recognition of the successful completion of

### *A 868 HOUR BASIC LEVEL I TRAINING CLASS*
### *CONDUCTED BY THE DES MOINES POLICE DEPARTMENT*

provided by the
Iowa Code Chapter 80B and 501 Iowa Administrative Code

*Issued on this 20th day of April, 2018*

_____
Brian D. Gardner, Council Chair

_____
Judy A. Bradshaw, Academy Director

Defendants' Appendix 1131



# State of Iowa
# Law Enforcement Academy

grants law enforcement officer certification to

*Jeffrey Walker George*

in recognition of the successful completion of

## *A 808 HOUR BASIC LEVEL I TRAINING CLASS CONDUCTED BY THE DES MOINES POLICE DEPARTMENT*

provided by the
Iowa Code Chapter 80B and 501 Iowa Administrative Code

Issued on this 4*th* day of *January, 2013*

_____
Brian D. Guy, Council Chair

_____
Arlen Ciechanowski, Academy Director



State of Iowa
Law Enforcement Academy

grants law enforcement officer certification to

*Clark Allen*

in recognition of the successful completion of

*A 868 HOUR BASIC LEVEL I TRAINING CLASS*
*CONDUCTED BY THE DES MOINES POLICE DEPARTMENT*

provided by the
Iowa Code Chapter 80B and 501 Iowa Administrative Code

*Issued on this 20th day of April, 2018*

_____
Brian D. Gardner, Council Chair

_____
Judy A. Bradshaw, Academy Director

Defendants' Appendix 1133

# TRAINING LOG  -- Through December 31, 2019

**NAME:** ALLEN CLARK

**IDENT:** 5228

**DATE STARTED:** 11/06/2017

| START | END | HOURS | SUBJECT | LOCATION |
|-------|-----|-------|---------|----------|
| 03/26/2019 | 03/26/2019 | 3 | STOP STICK | DMPD |
| 01/16/2019 | 01/17/2019 | 16 | 2019 IN-SERVICE | ACADEMY |
| 11/08/2018 | 11/08/2018 | 1 | TASER ANNUAL USE UPDATE | DMPD |
| 08/23/2018 | 08/23/2018 | 1 | USE OF FORCE & TASER POLICE REVIEW | DMPD |
| 07/17/2018 | 07/17/2018 | 1 | PURSUIT POLICY AND PROCEDURES | DMPD |
| 05/29/2018 | 05/29/2018 | 1 | HEROIN OERDOSE, HUMAN TRAFFICKING, DRUG GUN CRIMES | DMPD |
| 05/08/2018 | 05/08/2018 | 1 | SECURING WEAPONS AT THE JAIL | DMPD |
| 04/02/2018 | 04/02/2018 | 3 | IS-700.A. NATIONAL INCIDENT MGMT SYSTEM | ACADEMY |
| 04/02/2018 | 04/02/2018 | 3 | IS-100.B INTRO TO INCIDENT COMMAND | ACADEMY |
| 03/21/2018 | 03/21/2018 | 4 | DATAMASTER DMT | ACADEMY |
| 03/14/2018 | 03/14/2018 | 1 | FENTANYL AWARENESS, DEADLY FORCE ENCOUNTER- TACTICS & CONSIDERATIONS | DMPD |
| 02/14/2018 | 02/14/2018 | 4 | BEAN BAG CERTIFICATION | ACADEMY |
| 02/09/2018 | 02/09/2018 | 4 | CHEMICAL AGENTS | ACADEMY |
| 01/08/2018 | 01/12/2018 | 40 | CIT TRAINING | ACADEMY |
| 12/04/2017 | 12/04/2017 | 8 | X26P& X2 TASER CERTIFICATION | ACADEMY |
| 11/14/2017 | 11/14/2017 | 1 | AMBER ALERT | ACADEMY |
| 11/08/2017 | 11/08/2017 | 3 | WATCHGUARD BODY CAMERA TRAINING | DMPD |
| 11/06/2017 | 04/20/2018 | 908 | 76TH RECRUIT CLASS | ACADEMY |

***Total Hours***     **1003**

| Last Name | First Name | Job Title | Location | Certificate Name | Awarded Date | Expiration Date | Certificate Type | Credit Hours |
|---|---|---|---|---|---|---|---|---|
| Holtan | Brandon | Senior Police Officer | POL | IOWA/NCIC Recertification | 7/27/2020 22:19 | 6/27/2022 22:19 | LENCIR | 2 |
| Holtan | Brandon | Senior Police Officer | POL | IOWA/NCIC Recertification | 8/1/2018 | 7/1/2020 | LENCIR | 2 |
| Holtan | Brandon | Senior Police Officer | POL | Annual Taser (CEW) Certification | 2/9/2021 20:41 | 2/1/2022 | Annual Training | 2 |
| Holtan | Brandon | Senior Police Officer | POL | Annual Taser (CEW) Certification | 3/4/2020 13:55 | 2/1/2021 | Annual Training | 2 |
| Holtan | Brandon | Senior Police Officer | POL | Annual Taser (CEW) Certification | 6/26/2019 13:48 | 2/1/2020 | Annual Training | 2 |
| Holtan | Brandon | Senior Police Officer | POL | Annual Taser (CEW) Certification | 11/21/2018 | 2/1/2019 | Annual Training | 2 |
| Holtan | Brandon | Senior Police Officer | POL | Fentanyl Safety Recommendations for First Responders | 3/20/2019 21:52 | | Safety Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Use of force and decoding canine body language | 1/25/2020 21:18 | | Continuing Education | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Chief Update (2020 In-Service) | 1/27/2020 9:00 | | 2020 In-Service Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Crime Free Housing (2020 In-Service) | 1/27/2020 9:30 | | 2020 In-Service Training | 0.5 |
| Holtan | Brandon | Senior Police Officer | POL | Giglio / Brady Update (2020 In-Service) | 1/27/2020 10:00 | | 2020 In-Service Training | 0.5 |
| Holtan | Brandon | Senior Police Officer | POL | Managing Implicit Bias in Your Daily Interactions (2020 In-Service) | 1/27/2020 11:00 | | 2020 In-Service Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Mental Health Update (2020 In-Service) | 1/27/2020 12:00 | | 2020 In-Service Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Defensive Tactics (2020 In-Service) | 1/27/2020 15:00 | | 2020 In-Service Training | 2 |
| Holtan | Brandon | Senior Police Officer | POL | DMPD and DMFD - Working Together at Incidents (2020 In-Service) | 1/27/2020 15:30 | | 2020 In-Service Training | 0.5 |
| Holtan | Brandon | Senior Police Officer | POL | ILEECP - TAC MED (2020 In-Service) | 1/27/2020 17:00 | | 2020 In-Service Training | 1.5 |
| Holtan | Brandon | Senior Police Officer | POL | Sexual Harassment / Civil Rights OCR / Standard Assurance (2020 In-Service) | 1/28/2020 11:00 | | 2020 In-Service Training | 3 |
| Holtan | Brandon | Senior Police Officer | POL | Section 1983 Litigation (2020 In-Service) | 1/28/2020 12:00 | | 2020 In-Service Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Humanizing the Badge - Suicide Prevention (2020 In-Service) | 1/28/2020 17:00 | | 2020 In-Service Training | 4 |
| Holtan | Brandon | Senior Police Officer | POL | Annual Handgun and Shotgun Qualification | 9/24/2020 | 12/31/2021 | Firearms Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Stop Stick Refresher Training | 7/27/2020 21:36 | | Online Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | ILEA Qualification Course @ Academy | 3/17/2020 | | Firearms Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Training Hours Prior to 01-01-2020 (Cumulative) for 5118 | 1/1/2020 | | Training Hours Prior to 01-01-2020 (Cumulative) | 1448 |
| Holtan | Brandon | Senior Police Officer | POL | Administrative Load of the Shotgun - Refresher | 11/9/2020 3:51 | | Firearms Training | 0.5 |
| Holtan | Brandon | Senior Police Officer | POL | Taser CEW V.22 User Certification Course | 11/23/2020 | | Training Records | 8 |
| Holtan | Brandon | Senior Police Officer | POL | Department Policy Review (2021 In-Service) | 1/25/2021 10:00 | | 2021 In-Service Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Crowd Control (2021 In-Service) | 1/25/2021 12:00 | | 2021 In-Service Training | 2 |
| Holtan | Brandon | Senior Police Officer | POL | CPR Certification (2021 In-Service) | 1/25/2021 16:00 | | 2021 In-Service Training | 4 |
| Holtan | Brandon | Senior Police Officer | POL | Mental Health Update (2021 In-Service) | 1/26/2021 9:30 | | 2021 In-Service Training | 1.5 |
| Holtan | Brandon | Senior Police Officer | POL | Peer Support (2021 In-Service) | 1/26/2021 10:00 | | 2021 In-Service Training | 0.5 |
| Holtan | Brandon | Senior Police Officer | POL | De-escalation training (2021 In-Service) | 1/26/2021 12:00 | | 2021 In-Service Training | 2 |
| Holtan | Brandon | Senior Police Officer | POL | Social Media (2021 In-Service) | 1/26/2021 14:00 | | 2021 In-Service Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Implicit Bias (2021 In-Service) | 1/26/2021 16:00 | | 2021 In-Service Training | 3 |
| Holtan | Brandon | Senior Police Officer | POL | Chief Update (2021 In-Service) | 1/25/2021 9:00 | | 2021 In-Service Training | 1 |
| Holtan | Brandon | Senior Police Officer | POL | Display of force reporting in BlueTeam training | 2/3/2021 11:08 | | Online Training | 0.25 |

# TRAINING LOG
-- Through December 31, 2019

**NAME:** HOLTAN BRANDON

**IDENT:** 5118

**DATE STARTED:** 08/06/2012

| START | END | HOURS | SUBJECT | LOCATION |
|---|---|---|---|---|
| 06/18/2019 | 06/18/2019 | 8 | GLOCK ARMORER COURSE | ACADEMY |
| 04/29/2019 | 04/29/2019 | 8 | SIG SAUER P320 ARMORER | COUNCIL BLUFFS |
| 03/06/2019 | 03/08/2019 | 24 | FTO BASIC | ACADEMY |
| 01/19/2019 | 01/21/2019 | 24 | SPRINGFIELD ARMORY ARMORER COURSE | LAS VEGAS, NV |
| 01/14/2019 | 01/15/2019 | 16 | 2019 IN-SERVICE | ACADEMY |
| 11/21/2018 | 11/21/2018 | 1 | TASER ANNUAL USE UPDATE | DMPD |
| 10/22/2018 | 10/23/2018 | 16 | SMITH AND WESSON ARMORER COURSE | CLIVE, IA |
| 07/17/2018 | 07/17/2018 | 1 | PURSUIT POLICY AND PROCEDURES | DMPD |
| 05/29/2018 | 05/29/2018 | 1 | HEROIN OERDOSE, HUMAN TRAFFICKING, DRUG GUN CRIMES | DMPD |
| 04/16/2018 | 04/16/2018 | 1 | SECURING WEAPONS AT THE JAIL | DMPD |
| 03/23/2018 | 03/23/2018 | 1 | FENTANYL AWARENESS, DEADLY FORCE ENCOUNTER- TACTICS & CONSIDERATIONS | DMPD |
| 03/19/2018 | 03/23/2018 | 40 | PHYSICAL SURVEILLANCE FOR COUNTER NARCOTICS MISSIONS | JOHNSTON |
| 01/29/2018 | 01/30/2018 | 16 | 2018 IN-SERVICE | ACADEMY |
| 12/19/2017 | 12/19/2017 | 1 | TASER ANNUAL USE UPDATE | DMPD |
| 11/13/2017 | 11/14/2017 | 16 | INTERDICTION SEMINAR | DMPD |
| 10/30/2017 | 10/30/2017 | 1 | REVIEWED CHAPTER 6, DEADLY FORCE POLICY | DM |
| 06/20/2017 | 06/20/2017 | 1 | REVIEWED CHAPTER 6, DEADLY FORCE POLICY | DM |
| 04/17/2017 | 04/28/2017 | 80 | FIREARMS INSTRUCTOR SCHOOL | ILEA |
| 01/16/2017 | 01/16/2017 | 3 | WATCHGUARD BODY CAMERA TRAINING | DMPD |

**NAME:** HOLTAN BRANDON

**IDENT:** 5118

**DATE STARTED:** 08/06/2012

| | | | | |
|---|---|---|---|---|
| 01/03/2017 | 01/04/2017 | 16 | 2017 IN-SERVICE | ACADEMY |
| 12/12/2016 | 12/12/2016 | 2 | X26P TASER QUALIFICATION | DMPD |
| 10/21/2016 | 10/28/2016 | 64 | PATROL RIFLE COURSE | POLK COUNTY |
| 05/20/2016 | 05/20/2016 | 3 | POLK COUNTY ATTORNEY DRUG AND GANG UNIT PRESENTATION OF LAW UPDATES | DMPD |
| 02/11/2016 | 02/11/2016 | 4 | TACTICAL COMBAT | 4 |
| 02/10/2016 | 02/11/2016 | 16 | 2016 IN-SERVICE | ACADEMY |
| 01/12/2016 | 01/12/2016 | 1 | 2016 1ST QUARTER SHOOT | ACADEMY |
| 01/10/2016 | 01/10/2016 | 8 | TASER X26P | ACADEMY |
| 12/01/2015 | 12/03/2015 | 24 | REID INTERVIEW AND INTERROGATION | ACADEMY |
| 08/04/2015 | 08/07/2015 | 32 | ACTIVE SHOOTER THREAT TRAINING | JOHNSTON |
| 04/14/2015 | 04/16/2015 | 24 | DISORDER CONTROL TRAINING | JOHNSTON, IA |
| 01/21/2015 | 01/21/2015 | 4 | CPR RECERTIFICATION | ACADEMY |
| 01/20/2015 | 01/21/2015 | 16 | 2015 IN-SERVICE | ACADEMY |
| 11/17/2014 | 11/19/2014 | 21 | STREET CRIMES SEMINAR | ACADEMY |
| 04/07/2014 | 04/09/2014 | 24 | INTERVIEW AND INTERROGATION | ACADEMY |
| 02/03/2014 | 02/04/2014 | 16 | 2014 IN-SERVICE | ACADEMY |
| 03/27/2013 | 03/27/2013 | 2 | AMERICANS WITH DISABILITY ACT | DMPD |
| 02/18/2013 | 02/18/2013 | 2 | MPS TRAINING | ACADEMY |
| 12/19/2012 | 12/19/2012 | 8 | DATAMASTER DMT | ACADEMY |
| 11/23/2012 | 11/23/2012 | 40 | CPR CERTIFICATION | ACADEMY |
| 11/22/2012 | 11/22/2012 | 1 | STOP STICK | ACADEMY |

**NAME:** HOLTAN BRANDON

**IDENT:** 5118

**DATE STARTED:** 08/06/2012

| | | | | |
|---|---|---|---|---|
| 11/08/2012 | 11/08/2012 | 4 | 12 GUAGE BEAN BAG SHOOTGUN CERTIFICATION | ACADEMY |
| 11/01/2012 | 11/01/2012 | 4 | EVOC 101 | DMPD |
| 10/15/2012 | 10/15/2012 | 3 | IS-00700.A NIMS AN INTROCTION | ACADEMY |
| 10/15/2012 | 10/15/2012 | 3 | IS-00100.B INTRO TO INCIDENT COMMAND | ACADEMY |
| 09/24/2012 | 09/26/2012 | 24 | BASIC SPANISH FOR LAW ENFORCEMENT | ACADEMY |
| 09/21/2012 | 09/21/2012 | 2 | SOUNDMETER CERTIFICATION | ACADEMY |
| 09/10/2012 | 09/10/2012 | 8 | TASER X26 AND X2 | ACADEMY |
| 08/13/2012 | 08/13/2012 | 1 | AMBER ALERT | ACADEMY |
| 08/12/2012 | 08/12/2012 | 4 | NCIC CERTIFICATION | ACADEMY |
| 08/06/2012 | 01/04/2013 | 808 | 71ST RECRUIT CLASS | ACADEMY |

*Total Hours*     **1448**

| Username | Last Name | First Name | Job Title | Certificate Name | Awarded Date | Expiration Date | Certificate Type | Credit Hours |
|---|---|---|---|---|---|---|---|---|
| ADHerman | Herman | Adam | Senior Police Officer | IOWA/NCIC Recertification | 5/20/2019 21:03 | 4/20/2021 21:03 | LENCIR | 2 |
| ADHerman | Herman | Adam | Senior Police Officer | IOWA/NCIC Recertification | 6/20/2017 | 5/20/2019 | LENCIR | 2 |
| ADHerman | Herman | Adam | Senior Police Officer | Fentanyl Safety Recommendations for First Responders | 3/20/2019 11:14 | | Safety Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Use of force and decoding canine body language | 3/24/2020 12:13 | | Continuing Education | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Chief Update (2020 In-Service) | 1/27/2020 9:00 | | 2020 In-Service Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Crime Free Housing (2020 In-Service) | 1/27/2020 9:30 | | 2020 In-Service Training | 0.5 |
| ADHerman | Herman | Adam | Senior Police Officer | Giglio / Brady Update (2020 In-Service) | 1/27/2020 10:00 | | 2020 In-Service Training | 0.5 |
| ADHerman | Herman | Adam | Senior Police Officer | Managing Implicit Bias in Your Daily Interactions (2020 In-Service) | 1/27/2020 11:00 | | 2020 In-Service Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Mental Health Update (2020 In-Service) | 1/27/2020 12:00 | | 2020 In-Service Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Defensive Tactics (2020 In-Service) | 1/27/2020 15:00 | | 2020 In-Service Training | 2 |
| ADHerman | Herman | Adam | Senior Police Officer | DMPD and DMFD - Working Together at Incidents (2020 In-Service) | 1/27/2020 15:30 | | 2020 In-Service Training | 0.5 |
| ADHerman | Herman | Adam | Senior Police Officer | ILEECP - TAC MED (2020 In-Service) | 1/27/2020 17:00 | | 2020 In-Service Training | 1.5 |
| ADHerman | Herman | Adam | Senior Police Officer | Sexual Harassment / Civil Rights OCR / Standard Assurance (2020 In-Service) | 1/28/2020 11:00 | | 2020 In-Service Training | 3 |
| ADHerman | Herman | Adam | Senior Police Officer | Section 1983 Litigation (2020 In-Service) | 1/28/2020 12:00 | | 2020 In-Service Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Humanizing the Badge - Suicide Prevention (2020 In-Service) | 1/28/2020 17:00 | | 2020 In-Service Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Annual Handgun and Shotgun Qualification | 9/22/2020 | 12/31/2021 | Firearms Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Dependent Adult Abuse Mandatory Reporter Training | 3/30/2021 23:00 | 3/30/2024 23:00 | Mandatory Training | 2 |
| ADHerman | Herman | Adam | Senior Police Officer | Child Abuse Mandatory Reporter Training | 3/29/2021 23:00 | 3/29/2024 23:00 | Mandatory Training | 2 |
| ADHerman | Herman | Adam | Senior Police Officer | Stop Stick Refresher Training | 7/29/2020 14:03 | | Online Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Radar Enforcement - Regional Instructor | 10/1/2020 | 10/1/2024 | Regional Instructor Certifications | 0 |
| ADHerman | Herman | Adam | Senior Police Officer | Radar Enforcement - Regional Instructor | 12/7/2017 | 12/7/2021 | Regional Instructor Certifications | 0 |
| ADHerman | Herman | Adam | Senior Police Officer | Radar Instructor (Prior to 2020) | 10/26/2017 | 12/31/2020 | Instructor Certifications | 0 |
| ADHerman | Herman | Adam | Senior Police Officer | Defensive Tactics Instructor Re-Certification (Prior to 2020) | 11/6/2019 | 12/31/2022 | Instructor Certifications | 0 |
| ADHerman | Herman | Adam | Senior Police Officer | Training Hours Prior to 01-01-2020 (Cumulative) for 5155 | 1/1/2020 | | Training Hours Prior to 01-01-2020 (Cumulative) | 1636 |
| ADHerman | Herman | Adam | Senior Police Officer | Administrative Load of the Shotgun - Refresher | 10/26/2020 15:37 | | Firearms Training | 0.5 |
| ADHerman | Herman | Adam | Senior Police Officer | Radar/Lidar Instructor | 10/14/2020 | 12/31/2023 | Instructor Certifications | 4 |
| ADHerman | Herman | Adam | Senior Police Officer | Department Policy Review (2021 In-Service) | 1/25/2021 10:00 | | 2021 In-Service Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Crowd Control (2021 In-Service) | 1/25/2021 12:00 | | 2021 In-Service Training | 2 |
| ADHerman | Herman | Adam | Senior Police Officer | CPR Certification (2021 In-Service) | 1/25/2021 16:00 | | 2021 In-Service Training | 4 |
| ADHerman | Herman | Adam | Senior Police Officer | Mental Health Update (2021 In-Service) | 1/26/2021 9:30 | | 2021 In-Service Training | 1.5 |
| ADHerman | Herman | Adam | Senior Police Officer | Peer Support (2021 In-Service) | 1/26/2021 10:00 | | 2021 In-Service Training | 0.5 |
| ADHerman | Herman | Adam | Senior Police Officer | De-escalation training (2021 In-Service) | 1/26/2021 12:00 | | 2021 In-Service Training | 2 |
| ADHerman | Herman | Adam | Senior Police Officer | Social Media (2021 In-Service) | 1/26/2021 14:00 | | 2021 In-Service Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Implicit Bias (2021 In-Service) | 1/26/2021 16:00 | | 2021 In-Service Training | 3 |
| ADHerman | Herman | Adam | Senior Police Officer | Chief Update (2021 In-Service) | 1/25/2021 9:00 | | 2021 In-Service Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Bloodborne Pathogen Refresher (2021 In-Service) | 1/1/2021 23:00 | | 2021 In-Service Training | 0.5 |
| ADHerman | Herman | Adam | Senior Police Officer | Preventing Discrimination and Harassment for Employees (2021 In-Service) | 1/1/2021 23:00 | | 2021 In-Service Training | 1 |
| ADHerman | Herman | Adam | Senior Police Officer | Display of force reporting in BlueTeam training | 2/1/2021 11:20 | | Online Training | 0.25 |

# TRAINING LOG
-- Through December 31, 2019

**NAME:** HERMAN ADAM

**IDENT:** 5155

**DATE STARTED:** 08/26/2013

| START | END | HOURS | SUBJECT | LOCATION |
|-------|-----|-------|---------|----------|
| 11/22/2019 | 11/22/2019 | 8 | TECHNICAL ACCIDENT INVESTIGATION | ILEA |
| 11/12/2019 | 11/22/2019 | 80 | TECHNICICAL ACCIDENT INVESTIGATION COURSE | WDM |
| 11/06/2019 | 11/06/2019 | 8 | DEFENSIVE TACTICS INSTRUCTOR RECERTIFICATION | ILEA |
| 09/16/2019 | 09/20/2019 | 40 | SPEAR INSTRUCTOR SCHOOL | ACADEMY |
| 04/01/2019 | 04/02/2019 | 16 | TRIMBLE REVEAL SOFTWARE DRAWING INSTRUCTION | DMPD |
| 02/04/2019 | 02/05/2019 | 16 | 2019 IN-SERVICE | ACADEMY |
| 11/05/2018 | 11/09/2018 | 40 | ADVANCE COLLISION INVESTIGATION | ILEA |
| 11/01/2018 | 11/07/2018 | 64 | PATROL RIFLE SCHOOL | DM |
| 04/12/2018 | 04/15/2018 | 32 | LABOR RELATIONS INFORMATION SYSTEM | LAS VEGAS |
| 01/16/2018 | 01/17/2018 | 16 | 2018 IN-SERVICE | ACADEMY |
| 11/06/2017 | 11/06/2017 | 1 | REVIEWED CHAPTER 6, DEADLY FORCE POLICY | DM |
| 10/23/2017 | 10/26/2017 | 32 | RADAR/LIDAR INSTRUCTOR SCHOOL | ILEA |
| 10/17/2017 | 10/19/2017 | 24 | REID INTERVIEW SCHOOL | ACADEMY |
| 06/22/2017 | 06/22/2017 | 8 | CRIME FREE MULTI HOUSING | ACADEMY |
| 06/20/2017 | 06/20/2017 | 1 | REVIEWED CHAPTER 6, DEADLY FORCE POLICY | DM |
| 06/01/2017 | 06/01/2017 | 8 | RANGE OPERATIONS LIVE FIRE SHOOT HOUSE | DM |
| 03/01/2017 | 03/03/2017 | 24 | EDGED WEAPONS DEFENSE & WEAPON RETENTION | ACADEMY |
| 01/03/2017 | 01/04/2017 | 16 | 2017 IN-SERVICE | ACADEMY |
| 12/13/2016 | 12/13/2016 | 2 | X26P TASER QUALIFICATION | DMPD |

**NAME:** HERMAN ADAM

**IDENT:** 5155

**DATE STARTED:** 08/26/2013

| | | | | |
|---|---|---|---|---|
| 12/07/2016 | 12/08/2016 | 16 | PUBLIC SAFETY OFFICER BENEFIT LIAISON TRAINING | ALEXANDRIA, VA |
| 09/30/2016 | 10/03/2016 | 40 | NATIONAL COPS CO-WORKER RETREAT | POTOSI, MO |
| 09/28/2016 | 09/29/2016 | 16 | MONADNOCK DEFENSIVE TACTICS SYSTEM INSTRUCTOR COURSE | ACADEMY |
| 09/27/2016 | 09/27/2016 | 8 | TACTICAL HANDCUFFING | ACADEMY |
| 07/01/2016 | 07/01/2016 | 8 | BELOW 100 INTENSIVE | ACADEMY |
| 05/16/2016 | 05/20/2016 | 40 | DEFENSIVE TACTICS CERTIFICATION | ILEA |
| 05/10/2016 | 05/17/2016 | 40 | NATIONAL POLICE WEEK | WASHINGTON, D.C. |
| 04/18/2016 | 04/20/2016 | 24 | COMBAT CONTROL DEFENSIVE TACTICS | ILEA |
| 04/10/2016 | 04/13/2016 | 24 | CONCERNS OF POLICE SURVIVORS | BETTENDORF, IA |
| 01/28/2016 | 01/28/2016 | 4 | TACTICAL COMBAT | 4 |
| 01/27/2016 | 01/28/2016 | 16 | 2016 IN-SERVICE | ACADEMY |
| 02/05/2015 | 02/05/2015 | 3 | CPR RECERTIFICATION | ACADEMY |
| 02/04/2015 | 02/05/2015 | 16 | 2015 IN-SERVICE | ACADEMY |
| 01/15/2014 | 01/15/2014 | 3 | DATA MASTER DMT | ACADEMY |
| 01/02/2014 | 01/06/2014 | 40 | CPR CERTIFICATION | ACADEMY |
| 12/23/2013 | 12/23/2013 | 4 | BEAN BAG CERTIFICATION | ACADEMY |
| 11/25/2013 | 11/25/2013 | 1 | AMBER ALERT | ACADEMY |
| 11/04/2013 | 11/04/2013 | 1 | STOP STICK | ACADEMY |
| 11/01/2013 | 11/01/2013 | 6 | MANDATORY REPORTER | ACADEMY |
| 10/31/2013 | 10/31/2013 | 3 | IS-00100.B INTRO TO INCIDENT COMMAND SYSTEM | ACADEMY |
| 10/29/2013 | 10/29/2013 | 3 | IS-700 NATIONAL INCIDENT MGMT SYSTEM | ACADEMY |

**NAME:** HERMAN ADAM

**IDENT:** 5155

**DATE STARTED:** 08/26/2013

| 10/15/2013 | 10/15/2013 | 4 | CHEMICAL AGENTS | ACADEMY |
|---|---|---|---|---|
| 10/07/2013 | 10/09/2013 | 24 | BASIC SPANISH | ACADEMY |
| 09/23/2013 | 09/27/2013 | 40 | CIT | ACADEMY |
| 09/10/2013 | 09/10/2013 | 3 | TASER X26/P AND X2 | ACADEMY |
| 08/29/2013 | 08/29/2013 | 4 | NCIC CERTIFICATION | ACADEMY |
| 08/26/2013 | 01/31/2014 | 808 | 72ND RECRUIT CLASS | ACADEMY |
| 08/26/2013 | 08/26/2013 | 1 | AIRPORT PROCEDURES | ACADEMY |

*Total Hours*    **1636**

| Username | Last Name | First Name | Job Title | Certificate Name | Awarded Date | Expiration Date | Certificate Type | Credit Ho |
|---|---|---|---|---|---|---|---|---|
| JWGeorge | George | Jeffrey | Senior Police Officer | IOWA/NCIC Recertification | 5/16/2020 9:45 | 4/16/2022 9:45 | LENCIR | 2 |
| JWGeorge | George | Jeffrey | Senior Police Officer | IOWA/NCIC Recertification | 5/14/2018 | 4/14/2020 | LENCIR | 2 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Fentanyl Safety Recommendations for First Responders | 4/1/2019 8:33 | | Safety Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Use of force and decoding canine body language | 1/22/2020 13:42 | | Continuing Education | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Chief Update (2020 In-Service) | 2/19/2020 9:00 | | 2020 In-Service Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Crime Free Housing (2020 In-Service) | 2/19/2020 9:30 | | 2020 In-Service Training | 0.5 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Giglio / Brady Update (2020 In-Service) | 2/19/2020 10:00 | | 2020 In-Service Training | 0.5 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Managing Implicit Bias in Your Daily Interactions (2020 In-Service) | 2/19/2020 11:00 | | 2020 In-Service Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Mental Health Update (2020 In-Service) | 2/19/2020 12:00 | | 2020 In-Service Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Sexual Harassment / Civil Rights OCR / Standard Assurance (2020 In-Service) | 2/20/2020 11:00 | | 2020 In-Service Training | 3 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Section 1983 Litigation (2020 In-Service) | 2/20/2020 12:00 | | 2020 In-Service Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Humanizing the Badge - Suicide Prevention (2020 In-Service) | 2/20/2020 17:00 | | 2020 In-Service Training | 4 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Annual Handgun and Shotgun Qualification | 10/7/2020 | 12/31/2021 | Firearms Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Annual Handgun and Shotgun Qualification | 9/4/2020 | 12/31/2021 | Firearms Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | MRDS Transition Training | 9/4/2020 | | Firearms Training | 8 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Training Hours Prior to 01-01-2020 (Cumulative) for 5127 | 1/1/2020 | | Training Hours Prior to 01-01-2020 (Cumulative) | 1659 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Administrative Load of the Shotgun - Refresher | 10/28/2020 9:25 | | Firearms Training | 0.5 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Department Policy Review (2021 In-Service) | 1/6/2021 10:00 | | 2021 In-Service Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Crowd Control (2021 In-Service) | 1/6/2021 12:00 | | 2021 In-Service Training | 2 |
| JWGeorge | George | Jeffrey | Senior Police Officer | CPR Certification (2021 In-Service) | 1/6/2021 16:00 | | 2021 In-Service Training | 4 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Mental Health Update (2021 In-Service) | 1/7/2021 9:30 | | 2021 In-Service Training | 1.5 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Peer Support (2021 In-Service) | 1/7/2021 10:00 | | 2021 In-Service Training | 0.5 |
| JWGeorge | George | Jeffrey | Senior Police Officer | De-escalation training (2021 In-Service) | 1/7/2021 12:00 | | 2021 In-Service Training | 2 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Social Media (2021 In-Service) | 1/7/2021 14:00 | | 2021 In-Service Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Implicit Bias (2021 In-Service) | 1/7/2021 16:00 | | 2021 In-Service Training | 3 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Chief Update (2021 In-Service) | 1/6/2021 9:00 | | 2021 In-Service Training | 1 |
| JWGeorge | George | Jeffrey | Senior Police Officer | Display of force reporting in BlueTeam training | 2/8/2021 11:40 | | Online Training | 0.25 |

# TRAINING LOG -- Through December 31, 2019

**NAME:** GEORGE JEFFREY

**IDENT:** 5127

**DATE STARTED:** 08/06/2012

| START | END | HOURS | SUBJECT | LOCATION |
|---|---|---|---|---|
| 07/23/2019 | 07/25/2019 | 21 | MOBILE PHONE ANALYSIS PHYSICAL METHODS USEING CELLEBRITE | ANKENY |
| 04/11/2019 | 04/12/2019 | 16 | OPEN SOURCE INVESTIGATIONS FOR ANTI-TRAFFICKING OPERATIONS | JOHNSTON |
| 02/11/2019 | 02/12/2019 | 16 | 2019 IN-SERVICE | ACADEMY |
| 05/07/2018 | 05/10/2018 | 32 | MIDWEST GANG INVESTIGATORS ASSOC | SOUTH BEND, IN |
| 04/23/2018 | 04/27/2018 | 40 | BASIC CRIMINAL INVESTIGATIONS & NEW FETECTIV TRAINING | LAVISTA, NE |
| 02/06/2018 | 02/07/2018 | 16 | 2018 IN-SERVICE | ACADEMY |
| 11/28/2017 | 11/30/2017 | 24 | BALLISTIC SHIELD INSTRUCTOR | BROWNSBURG, IN |
| 11/07/2017 | 11/07/2017 | 1 | REVIEWED CHAPTER 6, DEADLY FORCE POLICY | DM |
| 06/20/2017 | 06/20/2017 | 1 | REVIEWED CHAPTER 6, DEADLY FORCE POLICY | DM |
| 05/31/2017 | 06/02/2017 | 24 | FIELD TRAINING SOLUTIONS | DM |
| 05/19/2017 | 05/19/2017 | 8 | TACTICAL MEDICINE TCCC REFRESHER | JOHNSTON |
| 04/12/2017 | 04/13/2017 | 16 | SOCIAL MEDIA AND TECHNICAL SKILLS | ACADEMY |
| 01/17/2017 | 01/18/2017 | 16 | 2017 IN-SERVICE | ACADEMY |
| 01/11/2017 | 01/11/2017 | 3 | WATCHGUARD BODY CAMERA TRAINING | DMPD |
| 12/12/2016 | 12/12/2016 | 2 | X26P TASER QUALIFICATION | DMPD |
| 11/07/2016 | 11/09/2016 | 24 | BASIC TACTICAL MEDICAL INSTRUCTOR TRAINING | ACADEMY |
| 10/21/2016 | 10/28/2016 | 64 | PATROL RIFLE COURSE | DM |
| 05/15/2016 | 05/18/2016 | 32 | MIDWEST GANG INVESTIGATORS ASSOC | DUBUQUE, IA |
| 03/16/2016 | 03/17/2016 | 16 | ARMED NARCOTIC RECOGNITION & ILLEGAL FIREARM SEIZURE | CAMP DODGE |

Defendants' Appendix 1144

**NAME:** GEORGE JEFFREY

**IDENT:** 5127

**DATE STARTED:** 08/06/2012

| 02/08/2016 | 02/08/2016 | 2 | 2016 1ST QUARTER SHOOT | ACADEMY |
|---|---|---|---|---|
| 02/02/2016 | 02/02/2016 | 4 | TACTICAL COMBAT | 4 |
| 02/01/2016 | 02/02/2016 | 16 | 2016 IN-SERVICE | ACADEMY |
| 09/21/2015 | 09/25/2015 | 32 | INTERVIEW AND INTERROGATION TRAINING | JOHNSTON |
| 07/21/2015 | 07/23/2015 | 24 | TACTICAL MEDICINE FOR HIGH RISK RESPONSE SCHOOL | JOHNSTON |
| 06/24/2015 | 06/24/2015 | 8 | MIDWEST GANG INVESTIGATORS ASSOC | IOWA CITY |
| 04/14/2015 | 04/16/2015 | 24 | DISORDER CONTROL TRAINING | JOHNSTON |
| 02/10/2015 | 02/10/2015 | 3 | CPR RECERTIFICATION | ACADEMY |
| 02/09/2015 | 02/10/2015 | 16 | 2015 IN-SERVICE | ACADEMY |
| 09/29/2014 | 10/01/2014 | 24 | CRIMINAL STREET GANG IDENTIFICATION & INTERDICTION-ADVANCED | JOHNSTON |
| 09/03/2014 | 09/05/2014 | 24 | INFORMANT DEVELOPMENT & MANAGEMENT | JOHNSTON, IA |
| 08/12/2014 | 08/14/2014 | 24 | CRIMINAL STREET GANG IDENTIFICATION & INTERDICTION | JOHNSTON |
| 07/21/2014 | 07/25/2014 | 32 | CRISIS/HOSTAGE NEGOTIATION | JOHNSTON |
| 07/14/2014 | 07/18/2014 | 40 | PHYSICAL SURVEILLANCE | JOHNSTON |
| 03/03/2014 | 03/07/2014 | 40 | PATROL OFFICER RESPONSE TO STREET DRUGS | JOHNSTON, IA |
| 02/05/2014 | 02/06/2014 | 16 | 2014 IN-SERVICE | ACADEMY |
| 10/15/2013 | 10/18/2013 | 32 | ROADSIDE INTERVIEWS | JOHNSTON, IA |
| 03/15/2013 | 03/15/2013 | 2 | AMERICANS WITH DISABILITY ACT | DMPD |
| 02/18/2013 | 02/18/2013 | 2 | MPS TRAINING | ACADEMY |
| 12/20/2012 | 12/20/2012 | 6 | MANDATORY REPORTER | ACADEMY |
| 12/19/2012 | 12/19/2012 | 8 | DATAMASTER DMT | ACADEMY |

**NAME:** GEORGE JEFFREY

**IDENT:** 5127

**DATE STARTED:** 08/06/2012

| | | | | |
|---|---|---|---|---|
| 11/23/2012 | 11/28/2012 | 40 | CPR CERTIFICATION | ACADEMY |
| 11/08/2012 | 11/08/2012 | 4 | 12 GUAGE BEAN BAG SHOOTGUN CERTIFICATION | ACADEMY |
| 11/06/2012 | 11/06/2012 | 4 | CHEMICAL AGENTS | ACADEMY |
| 11/04/2012 | 11/04/2012 | 4 | EVOC 101 | DMPD |
| 10/22/2012 | 10/22/2012 | 1 | STOP STICK | ACADEMY |
| 10/16/2012 | 10/16/2012 | 3 | IS-00700.A NIMS AN INTRODUCTION | ACADEMY |
| 10/16/2012 | 10/16/2012 | 3 | IS-00100.B INTRO TO INCIDENT COMMAND | ACADEMY |
| 09/24/2012 | 09/26/2012 | 24 | BASIC SPANISH FOR LAW ENFORCEMENT | ACADEMY |
| 09/21/2012 | 09/21/2012 | 2 | SOUNDMETER CERTIFICATION | ACADMEY |
| 09/10/2012 | 09/10/2012 | 8 | TASER X26 AND X2 | ACADEMY |
| 09/05/2012 | 09/05/2012 | 2 | AIRPORT PROCEDURES | ACADEMY |
| 08/13/2012 | 08/13/2012 | 1 | AMBER ALERT | ACADEMY |
| 08/10/2012 | 08/10/2012 | 4 | NCIC CERTIFICATION | ACADEMY |
| 08/06/2012 | 01/04/2013 | 808 | 71ST RECRUIT CLASS | ACADEMY |

*Total Hours*     **1659**

Defendants' Appendix 1146

| Username | Last Name | First Name | Job Title | Certificate Name | Awarded Date | Expiration Date | Certificate Type | Credit H |
|---|---|---|---|---|---|---|---|---|
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | IOWA/NCIC Recertification | 10/24/2019 21:58 | 9/24/2021 21:58 | LENCIR | 2 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | IOWA/NCIC Recertification | 11/16/2017 | 10/16/2019 1:00 | LENCIR | 2 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Annual Taser (CEW) Certification | 2/9/2021 20:41 | 2/1/2022 | Annual Training | 2 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Annual Taser (CEW) Certification | 3/17/2020 10:37 | 2/1/2021 | Annual Training | 2 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Annual Taser (CEW) Certification | 6/25/2019 14:45 | 2/1/2020 | Annual Training | 2 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Annual Taser (CEW) Certification | 12/4/2017 | 2/1/2019 | Annual Training | 2 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Fentanyl Safety Recommendations for First Responders | 3/21/2019 | | Safety Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Use of force and decoding canine body language | 1/28/2020 21:31 | | Continuing Education | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Chief Update (2020 In-Service) | 1/6/2020 9:00 | | 2020 In-Service Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Crime Free Housing (2020 In-Service) | 1/6/2020 9:30 | | 2020 In-Service Training | 0.5 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Giglio / Brady Update (2020 In-Service) | 1/6/2020 10:00 | | 2020 In-Service Training | 0.5 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Managing Implicit Bias in Your Daily Interactions (2020 In-Service) | 1/6/2020 11:00 | | 2020 In-Service Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Mental Health Update (2020 In-Service) | 1/6/2020 12:00 | | 2020 In-Service Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Defensive Tactics (2020 In-Service) | 1/6/2020 15:00 | | 2020 In-Service Training | 2 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | DMPD and DMFD - Working Together at Incidents (2020 In-Service) | 1/6/2020 15:30 | | 2020 In-Service Training | 0.5 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | ILEECP - TAC MED (2020 In-Service) | 1/6/2020 17:00 | | 2020 In-Service Training | 1.5 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Sexual Harassment / Civil Rights OCR / Standard Assurance (2020 In-Service) | 1/7/2020 11:00 | | 2020 In-Service Training | 3 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Section 1983 Litigation (2020 In-Service) | 1/7/2020 12:00 | | 2020 In-Service Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Humanizing the Badge - Suicide Prevention (2020 In-Service) | 1/7/2020 17:00 | | 2020 In-Service Training | 4 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Annual Handgun and Shotgun Qualification | 10/7/2020 | 12/31/2021 | Firearms Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Motorola APX Next Portable and Mobile Radio Train the Trainer | 5/22/2020 | | Training Records | 4 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Stop Stick Refresher Training | 7/23/2020 21:45 | | Online Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Shotgun and Handgun Transition Shooting | 2/25/2020 | | Firearms Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Training Hours Prior to 01-01-2020 (Cumulative) for 5236 | 1/1/2020 | | Training Hours Prior to 01-01-2020 (Cumulative) | 1001 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Administrative Load of the Shotgun - Refresher | 11/2/2020 21:28 | | Firearms Training | 0.5 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Taser CEW V.22 User Certification Course | 11/17/2020 | | Training Records | 8 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Department Policy Review (2021 In-Service) | 1/11/2021 10:00 | | 2021 In-Service Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Crowd Control (2021 In-Service) | 1/11/2021 12:00 | | 2021 In-Service Training | 2 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | CPR Certification (2021 In-Service) | 1/11/2021 16:00 | | 2021 In-Service Training | 4 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Mental Health Update (2021 In-Service) | 1/12/2021 9:30 | | 2021 In-Service Training | 1.5 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Peer Support (2021 In-Service) | 1/12/2021 10:00 | | 2021 In-Service Training | 0.5 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | De-escalation training (2021 In-Service) | 1/12/2021 12:00 | | 2021 In-Service Training | 2 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Social Media (2021 In-Service) | 1/12/2021 14:00 | | 2021 In-Service Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Implicit Bias (2021 In-Service) | 1/12/2021 16:00 | | 2021 In-Service Training | 3 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Chief Update (2021 In-Service) | 1/11/2021 9:00 | | 2021 In-Service Training | 1 |
| EAEscobarHernandez | Escobar-Hernandez | Ernesto | Senior Police Officer | Display of force reporting in BlueTeam training | 2/16/2021 21:33 | | Online Training | 0.25 |

| Username | Last Name | First Name | Job Title | Certificate Name | Awarded Date | Expiration Date | Certificate Type | Credit |
|---|---|---|---|---|---|---|---|---|
| CCAllen | Allen | Clark | Senior Police Officer | IOWA/NCIC Recertification | 10/28/2019 4:22 | 9/28/2021 4:22 | LENCIR | 2 |
| CCAllen | Allen | Clark | Senior Police Officer | IOWA/NCIC Recertification | 11/16/2017 | 10/16/2019 1:00 | LENCIR | 2 |
| CCAllen | Allen | Clark | Senior Police Officer | Annual Taser (CEW) Certification | 2/11/2021 12:39 | 2/1/2022 | Annual Training | 2 |
| CCAllen | Allen | Clark | Senior Police Officer | Annual Taser (CEW) Certification | 3/3/2020 7:47 | 2/1/2021 | Annual Training | 2 |
| CCAllen | Allen | Clark | Senior Police Officer | Annual Taser (CEW) Certification | 7/2/2019 9:45 | 2/1/2020 | Annual Training | 2 |
| CCAllen | Allen | Clark | Senior Police Officer | Annual Taser (CEW) Certification | 11/8/2018 | 2/1/2019 | Annual Training | 2 |
| CCAllen | Allen | Clark | Senior Police Officer | Fentanyl Safety Recommendations for First Responders | 3/29/2019 0:28 | | Safety Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Use of force and decoding canine body language | 1/26/2020 21:19 | | Continuing Education | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Chief Update (2020 In-Service) | 1/29/2020 9:00 | | 2020 In-Service Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Crime Free Housing (2020 In-Service) | 1/29/2020 9:30 | | 2020 In-Service Training | 0.5 |
| CCAllen | Allen | Clark | Senior Police Officer | Giglio / Brady Update (2020 In-Service) | 1/29/2020 10:00 | | 2020 In-Service Training | 0.5 |
| CCAllen | Allen | Clark | Senior Police Officer | Managing Implicit Bias in Your Daily Interactions (2020 In-Service) | 1/29/2020 11:00 | | 2020 In-Service Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Mental Health Update (2020 In-Service) | 1/29/2020 12:00 | | 2020 In-Service Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Defensive Tactics (2020 In-Service) | 1/29/2020 15:00 | | 2020 In-Service Training | 2 |
| CCAllen | Allen | Clark | Senior Police Officer | DMPD and DMFD - Working Together at Incidents (2020 In-Service) | 1/29/2020 15:30 | | 2020 In-Service Training | 0.5 |
| CCAllen | Allen | Clark | Senior Police Officer | ILEECP - TAC MED (2020 In-Service) | 1/29/2020 17:00 | | 2020 In-Service Training | 1.5 |
| CCAllen | Allen | Clark | Senior Police Officer | Sexual Harassment / Civil Rights OCR / Standard Assurance (2020 In-Service) | 1/30/2020 11:00 | | 2020 In-Service Training | 3 |
| CCAllen | Allen | Clark | Senior Police Officer | Section 1983 Litigation (2020 In-Service) | 1/30/2020 12:00 | | 2020 In-Service Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Humanizing the Badge - Suicide Prevention (2020 In-Service) | 1/30/2020 17:00 | | 2020 In-Service Training | 4 |
| CCAllen | Allen | Clark | Senior Police Officer | Annual Handgun and Shotgun Qualification | 9/21/2020 | 12/31/2021 | Firearms Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Stop Stick Refresher Training | 7/24/2020 23:00 | | Online Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Shotgun and Handgun Transition Shooting | 3/4/2020 | | Firearms Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Training Hours Prior to 01-01-2020 (Cumulative) for 5228 | 1/1/2020 | | Training Hours Prior to 01-01-2020 (Cumulative) | 1003 |
| CCAllen | Allen | Clark | Senior Police Officer | Administrative Load of the Shotgun - Refresher | 10/28/2020 0:43 | | Firearms Training | 0.5 |
| CCAllen | Allen | Clark | Senior Police Officer | Department Policy Review (2021 In-Service) | 2/1/2021 10:00 | | 2021 In-Service Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Crowd Control (2021 In-Service) | 2/1/2021 12:00 | | 2021 In-Service Training | 2 |
| CCAllen | Allen | Clark | Senior Police Officer | CPR Certification (2021 In-Service) | 2/1/2021 16:00 | | 2021 In-Service Training | 4 |
| CCAllen | Allen | Clark | Senior Police Officer | Mental Health Update (2021 In-Service) | 2/2/2021 9:30 | | 2021 In-Service Training | 1.5 |
| CCAllen | Allen | Clark | Senior Police Officer | Peer Support (2021 In-Service) | 2/2/2021 10:00 | | 2021 In-Service Training | 0.5 |
| CCAllen | Allen | Clark | Senior Police Officer | De-escalation training (2021 In-Service) | 2/2/2021 12:00 | | 2021 In-Service Training | 2 |
| CCAllen | Allen | Clark | Senior Police Officer | Social Media (2021 In-Service) | 2/2/2021 14:00 | | 2021 In-Service Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Implicit Bias (2021 In-Service) | 2/2/2021 | | 2021 In-Service Training | 3 |
| CCAllen | Allen | Clark | Senior Police Officer | Chief Update (2021 In-Service) | 2/1/2021 9:00 | | 2021 In-Service Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Bloodborne Pathogen Refresher (2021 In-Service) | 2/23/2021 23:00 | | 2021 In-Service Training | 0.5 |
| CCAllen | Allen | Clark | Senior Police Officer | Preventing Discrimination and Harassment for Employees (2021 In-Service) | 2/23/2021 23:00 | | 2021 In-Service Training | 1 |
| CCAllen | Allen | Clark | Senior Police Officer | Display of force reporting in BlueTeam training | 2/5/2021 7:08 | | Online Training | 0.25 |