## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr , U.S. Magistrate Judge

| Case No. 4:21-cv-00043-SBJ | : | Clerk's Court Minutes – Motion Hearing |

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| Denver Foote | : | Doe et. al |

Plaintiff(s) Counsel: Gina Messamer

Defendant(s) Counsel: Michelle Mackel-Wiederanders, Luke DeSmet

| Court Reporter: Kelli Mulcahy | : | Interpreter: N/A |

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| MOTION for Summary Judgment [35] | : | | X |
| MOTION to Strike Defendants' Experts [46] | : | | X |

Proceedings:

Court and above mentioned Counsel are present in the courtroom for a Motion Hearings [35] and [46]. 9:02 AM Argument by Defense counsel (Mackel-Wiederanders) regarding [35] MOTION for Summary Judgment. 9:15 AM Court and counsel. 9:40 AM Argument by Plaintiff counsel. Court holds colloquy with counsel.

10:11 AM Matters proceed to [46] MOTION to Strike Defendants' Experts. 10:11 AM Argument by Plaintiff. 10:16 AM Argument by Defense counsel (DeSmet) . Court holds colloquy with counsel.

Court takes motions under advisement. Order to follow. 10:23 Court in Recess.

Time Start: 8:58 AM
Time End: 10:23 AM
Date: May 5, 2022

/s/ P. Luthens
_____
Deputy Clerk