**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **DENVER FOOTE,**<br><br>Plaintiff,<br><br>vs.<br><br>**BRANDON HOLTAN & ADAM HERMAN,**<br><br>Defendants. | Case No. 4:21-cv-00043-SBJ<br><br><br>**PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(ii) – Count 14** |

**COME NOW** the Plaintiff and hereby voluntarily dismisses Count 14 (Libel), with prejudice against all named Defendants, without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii). Plaintiff continues to maintain all other claims. Plaintiff will proceed to trial on Count 1 (Illegal Seizure), Count 3 (Excessive Force), 11 (IIED), 12 (Malicious Prosecution), 13 (False Arrest), and 15 (Battery).

                          **PARRISH KRUIDENIER, L.L.P.**

                By: */s/ Gina Messamer*
                    Gina Messamer      AT0011823
                    2910 Grand Avenue
                    Des Moines, Iowa 50312
                    Telephone: (515) 284-5737
                    Facsimile: (515) 284-1704
                    Email: gmessamer@parrishlaw.com
                    **ATTORNEY FOR PLAINTIFF**

## DEFENDANTS' STIPULATION

**COME NOW**, the Defendants, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of Count 14 with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

By: */s/ Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders AT0004790
DES MOINES CITY ATTORNEY
400 ROBERT D. RAY DRIVE
DES MOINES, IA 50309-1891
515-283-4537
Fax: 515-237-1748
Email: mrmackel@dmgov.org

Luke DeSmet
DES MOINES CITY ATTORNEY
400 ROBERT D. RAY DRIVE
DES MOINES, IA 50309-1891
515-283-4110
Fax: 515-237-1748
Email: lmdesmet@dmgov.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: */s/ Gina Messamer*