## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge

Case No. 4:21-cv-00043-SBJ : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Denver Foote | Doe et al |

Plaintiff(s) Counsel: Gina Messamer, Nathan Sandbothe

Defendant(s) Counsel: Michelle Mackel-Wiederanders, Luke DeSmet

Court Reporter: Karla Ray    :    Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Defendant's Motion in Limine (ECF 103) | | : | X |
| Plaintiff's Motion in Limine (ECF 104) | | : | X |

Proceedings:

Counsel appear for a Motion Hearing on pending Motions in Limine, ECF [103, 104]. Court holds colloquy with counsel regarding jury trial set for July 29, 2024. Court and counsel discuss exhibits, witness list, and proposed pretrial order. Counsel to provide updated exhibit list to the court.

Court and counsel take up Motions in Limine (ECF 103, 104). Argument by parties. Court reserves ruling.

Court and counsel discuss pretrial particulars. Court and counsel discuss jury selection.

Parties amended final pretrial order due by call of business July 25th, 2024.

Order to follow.

Adjourn.

Time Start: 1:00 PM
Time End: 2:49 PM
Date: July 23, 2024

/s/ Penny Luthens
Deputy Clerk