14:12   August 2, 2024

What do we do if we have 1 item that is making no progression. The other items are unanimous.

14:12 | August 2, 2024

What do we do if we have 1 item that is making no progression.
The other items are unanimous.