# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | | |
|---|---|---|
| DENVER FOOTE, | * | CIVIL NO. 4:21-cv-00043-SBJ |
| Plaintiff, | * | |
| v. | * | **RESPONSE TO JURY QUESTION** |
| BRANDON HOLTAN and ADAM HERMAN, | * | |
| Defendants. | * | |

In response to your question, you are reminded:

Your verdict must be the unanimous decision of all jurors. Therefore, it is your duty, as jurors, to discuss this case with one another in the jury room. You should try to reach agreement, if you can do this without going against what you believe to be true.

Each of you must come to your own decision, but only after you have considered all the evidence, discussed the evidence fully with your fellow jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your mind if the discussion persuades you that you should. But, do not come to a decision just because other jurors think it is right, or just to reach a unanimous verdict. Remember you are not for or against any party. You are judges – judges of the facts. Your only job is to study the evidence and decide what is true.

In addition, while you are deliberating, do not tell anyone - including me - how many jurors are voting for any side.

Dated August 2, 2024.

_Stephen B. Jackson, Jr._
Stephen B. Jackson, Jr.
Chief U.S. Magistrate Judge