# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| DENVER FOOTE, | * | CIVIL NO. 4:21-cv-00043-SBJ |
| Plaintiff, | * | |
| v. | * | **JURY INSTRUCTION** |
| BRANDON HOLTAN and ADAM HERMAN, | * | **TO CONTINUE DELIBERATIONS** |
| Defendants. | * | |

Good Morning and Welcome Back. Please continue with your deliberations.

Dated August 5, 2024.

*[signature]*

Stephen B. Jackson, Jr.
Chief U.S. Magistrate Judge