Aug 5, 2024    12:25

IS THERE A DIFFERENCE BETWEEN DETAINTING SOMEONE VERSUS ARRESTING THEM?

WHAT RISES ABOVE SUSPICION AND STILL BELOW CONVICTION EVIDENCE?