# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | | |
|---|---|---|
| DENVER FOOTE, | * | CIVIL NO. 4:21-cv-00043-SBJ |
| Plaintiff, | * | |
| v. | * | **RESPONSE TO JURY QUESTIONS** |
| BRANDON HOLTAN and ADAM HERMAN, | * | |
| Defendants. | * | |

In response to your questions dated August 5, 2024 with a time of 12:25 p.m., you are instructed as follows:

As to the first question: "Is there a difference between detaining someone versus arresting them?":

Yes. For a brief investigatory detention, an officer only has to have reasonable suspicion that criminal activity is afoot. To make an arrest, an officer needs probable cause a crime was committed. The parties have stipulated Denver Foote was arrested.

As to the second question, "What rises above suspicion and still below conviction evidence?", you are referred to Final Instruction No. 7, specifically the following two paragraphs:

> Probable cause exists for an arrest if, at the moment the arrest was made, a reasonable person in defendant's position would have believed that plaintiff had committed or was committing a crime. In determining whether there was probable cause for the arrest, you should consider what the defendant knew and the reasonably trustworthy information defendant had received.

Probable cause requires more than just a suspicion. But it does not need to be based on evidence that would be sufficient to support a conviction, or even a showing that defendant's belief was probably right. The fact that plaintiff was not convicted of the charges against her does not by itself mean that there was no probable cause at the time of her arrest. It is not necessary that defendant had probable cause to arrest plaintiff for all the crimes she was charged with, so long as defendant had probable cause to arrest her for one of those crimes.

Dated August 5, 2024.

_____
Stephen B. Jackson, Jr.
Chief U.S. Magistrate Judge