


RECEIVED AUG 0 5 2024 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DENVER FOOTE, | * | CIVIL NO. 4:21-cv-00043-SBJ |
| Plaintiff, | * | |
| v. | * | **VERDICT** |
| BRANDON HOLTAN and ADAM HERMAN, | * | |
| Defendants. | * | |

### I. CLAIMS AGAINST DEFENDANT BRANDON HOLTAN

We, the Jury, find the following verdict on the questions submitted to us on the claims asserted by plaintiff Denver Foote against defendant Brandon Holtan:

**QUESTION NO. 1: Illegal Seizure**

On the claim against defendant Brandon Holtan for illegal seizure in violation of the Fourth Amendment to the United States Constitution, we find in favor of:

\_\_\_\_\_ Plaintiff Denver Foote      ✓ Defendant Brandon Holtan

**QUESTION NO. 2: Use of Excessive Force**

On the claim against defendant Brandon Holtan for use of excessive force in violation of the Fourth Amendment to the United States Constitution, we find in favor of:

\_\_\_\_\_ Plaintiff Denver Foote      ✓ Defendant Brandon Holtan

**QUESTION NO. 3: Compensatory Damages**

If you found in favor of plaintiff Denver Foote on either of her claims against defendant Brandon Holtan, what is the amount of compensatory damages you assess?

| | |
|---|---|
| Past physical pain and suffering: | $_____ |
| Past mental/emotional pain and suffering: | $_____ |
| Past loss of function of the mind and body: | $_____ |
| Future physical pain and suffering: | $_____ |
| Future mental/emotional pain and suffering: | $_____ |
| Future loss of function of the mind and body: | $_____ |

If you found in favor of plaintiff Denver Foote on either of her claims but you find she has failed to prove damages against defendant Brandon Holtan, you must still award nominal damages of $1.00. Do not award "nominal damages" if you award any "compensatory damages" for either claim.

        Nominal Damages:     $_____

## II. CLAIMS AGAINST DEFENDANT ADAM HERMAN

We, the Jury, find the following verdict on the questions submitted to us on the claims asserted by plaintiff Denver Foote against defendant Adam Herman:

### QUESTION NO. 1: Illegal Seizure

On the claim against defendant Adam Herman for illegal seizure in violation of the Fourth Amendment to the United States Constitution, we find in favor of:

    _____ Plaintiff Denver Foote      ✓ Defendant Adam Herman

### QUESTION NO. 2: Use of Excessive Force

On the claim against defendant Adam Herman for use of excessive force in violation of the Fourth Amendment to the United States Constitution, we find in favor of:

    _____ Plaintiff Denver Foote      ✓ Defendant Adam Herman

### QUESTION NO. 3: Compensatory Damages

If you found in favor of plaintiff Denver Foote on either of her claims against defendant Adam Herman, what is the amount of compensatory damages you assess?

| | |
|---|---|
| Past physical pain and suffering: | $_____ |
| Past mental/emotional pain and suffering: | $_____ |
| Past loss of function of the mind and body: | $_____ |
| Future physical pain and suffering: | $_____ |
| Future mental/emotional pain and suffering: | $_____ |
| Future loss of function of the mind and body: | $_____ |

If you found in favor of plaintiff Denver Foote on either of her claims but you find she has failed to prove damages against defendant Adam Herman, you must still award nominal damages of $1.00. Do not award "nominal damages" if you award any "compensatory damages" for either claim.

        Nominal Damages:     $_____

[Please date and sign the form and inform the Court Security Officer that you have completed your deliberations.]

Dated this __5th__ day of August, 2024.

_____    _____
FOREPERSON                   JUROR

_____    _____
JUROR                        JUROR

_____    _____
JUROR                        JUROR

_____    _____
JUROR                        JUROR