# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

DENVER FOOTE,

                      **CIVIL NUMBER:  4:21-cv-43-SBJ**

    Plaintiff(s),

v.                          **JUDGMENT IN A CIVIL CASE**

BRANDON HOLTAN and
ADAM HERMAN

    Defendant(s),

☑ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

In accordance with the unanimous verdict by the jury, judgment is entered against plaintiff Denver Foote and in favor of defendant Brandon Holtan and defendant Adam Herman.

Date: August 7, 2024

CLERK, U.S. DISTRICT COURT

/s/  Brian Phillips
_____

By: Deputy Clerk