# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2811

Denver Foote

Appellant

v.

Brandon Holtan and Adam Herman

Appellees

John Doe, 1, et al.

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00043-SBJ)

---

## ORDER

Appellees' motion to file a supplemental appendix is granted.

January 28, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Maureen W. Gornik